| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 16-42121<br>Eastern District of Texas<br>Sherman<br>Tue Nov 22 09:41:28 CST 2016 | 3 Ten Resources, Inc.<br>2601 Ridgmar Plaza Suite #201<br>Fort Worth, TX 76116-2686 | Anne Johnson<br>2323 Victory Ave<br>Suite 700<br>Dallas, TX 75219-7672 |
| Arrow Engine Company<br>PO Box 203065<br>Dallas, TX 75320-3065 | Aruba Petroleum, Inc<br>555 Republic Drive<br>Suite 505<br>Plano, TX 75074-8865 | Ben Barron<br>4516 Lover Lane<br>Suite 280<br>Dallas, TX 75225-6925 |
| Bosco Services LLC<br>PO Box 333<br>Bridgeport, TX 76426-0333 | Bradford Gilde<br>55 Waugh Drive<br>Suite 850<br>Houston, TX 77007-6293 | Bradley Law Firm<br>PO Box 1176<br>Cleburne, TX 76033-1176 |
| Bridgeport Fishing & Rental Tools, I<br>PO Box 631<br>Bridgeport, TX 76426-0631 | Bridgeport Pump & Supply, Inc.<br>PO Box 235<br>Bridgeport, TX 76426-0235 | Bruckner Truck Sales, Inc.<br>PO Box 1000 Dept 959<br>Memphis, TN 38148-0001 |
| Burnett Oil Co., Inc.<br>PO Box 413<br>Bowie, TX 76230-0413 | CSI Compressco LP<br>PO Box 840082<br>Dallas, TX 75284-0082 | Case Backhoe Service<br>PO Box 413<br>Bowie, TX 76230-0413 |
| Cherokee County Appraisal District<br>PO Box 494<br>Rusk, TX 75785-0494 | Cherokee County Tax Assessor/Coll<br>135 S Main Courthouse<br>Rusk, TX 75785 | Chris Burns Welding LLC<br>PO Box 9<br>Sunset, TX 76270-0009 |
| Chris Collins<br>C/O John Pease<br>901 Main Street<br>Suite 3900<br>Dallas, TX 75202-3746 | Collin County Tax Assessor-Collecto<br>P.O. Box 8046<br>McKinney, TX 75070-8046 | Complete Energy Services Inc.<br>PO Box 201653<br>Dallas, TX 75320-1653 |
| Cooke County Appraisal District<br>201 North Dixon Street<br>Gainsville, TX 76240-3974 | David Matthews<br>2905 Sackett Street<br>Houston, TX 77098-1127 | EGD Holding<br>Sydnesplass 1<br>5007 Bergen<br>Norway |
| Frontier Communications<br>PO Box 740407<br>Cincinnati, OH 45274-0407 | GW Wireline, Inc.<br>PO Box 725<br>Mineral Wells, TX 76068-0725 | Gilbow Tank Truck Service, Inc.<br>PO Box 1203<br>Bowie, TX 76230-1203 |
| Greenwell Energy Solutions<br>PO Box 69337<br>Odessa, TX 79769-0337 | Hertiage-Crystal Clean, LLC<br>13621 Collections Center Drive<br>Chicago, IL 60693-0136 | Hood County Appraisal District<br>PO Box 819<br>Granbury, TX 76048-0819 |

Hurd Oil Field Service, Inc.
PO Box 728
Jacksboro, TX 76458-0728

Hy-Bon Engineering Co., Inc.
7911 Solutions Center
Chicago, IL 60677-0001

Interstate All Battery Center
Suite 1530
Frisco, TX 75034

J. H. Walker, Jr.
23612 Corral Court
Tehachapi, CA 93561-9244

Jacksboro Pump & Specialty
PO Box 548
Jacksboro, TX 76458-0548

James Poston
555 Republic Drive
Suite 505
Plano, TX 75074-8865

Jay & Melissa Gribble
c/o Neil Berger
901 Main Street
Suite 5500
Dallas, TX 75202-3767

Jeff Tollotson
750 N St PAul
Suite 610
Dallas, TX 75201-3202

Jet Specialty, Inc.
PO Box 678286
Dallas, TX 75267-8286

Jim Lovett
555 Republic Drive
Suite 505
Plano, TX 75074-8865

Keith Loudermilk
c/o John Pease
901 Main Street
Suite 3900
Dallas, TX 75202-3746

Kimark Systems, Inc.
2105 Greenwood Drive
Southlake, TX 76092-8319

Kimball Midwest
Dept L-2780
Columbus, OH 43260-0001

LH Chaney Materials, Inc.
PO Box 1665
Roanoke, TX 76262-1665

Eric A. Liepins
12770 Coit Road
Suite 1100
Dallas, TX 75251-1329

Lisa Parr
c/o Richard Capshaw
3031 Allen Street
Suite 201
Dallas, TX 75204-1059

Lois Anders
595 Flat Rock Road
Azle, TX 76020-1903

Lucretia Young
7620 Sybil Drive
N Richland Hills, TX 76180-6836

M&J Valve Services
PO Box 3307
Lafayette, LA 70502-3307

Marcus Eric Peterson
1742 County Lane
Escondido, CA 92025-6217

Mark Allan Gershner
1600 CR 805, #7
Cleburne, TX 76031-0120

Melanie Brownrigg
1405 Belle Place
Fort Worth, TX 76107-3362

Memorial Machine, Inc.
6303 S 40th W Avenue
Tulsa, OK 74132-1200

Mike McAlister
555 Republic
Suite 505
Plano, TX 75074-8865

Montague CAD
PO Box 121
Montague, TX 76251-0121

Montague County Tax Office
P.O. Box 8
Montague, TX 76251-0008

Myrell Kassell
10548 Berry Knoll Drive
Dallas, TX 75230-4245

NeoFirma, Inc.
8140 Walnut Hill
Suite 830
Dallas, TX 75231-4376

Norman's Well Services, Inc
PO Box 875
Gainesville, TX 76241-0875

Ox Oil & Gas Inc
c/o Ronald Tharp, PC
12900 Preston Road, Suite 800
Dallas, TX 75230-1335

PCS Ferguson, Inc
PO Box 732131
Dallas, TX 75373-2131

Parker County Appraisal District
1108 Santa Fe Dr.
Weatherford, TX 76086-5818

Premium Assignment corporation
PO Box 800
Tallahassee, FL 32302

Providence Engineering and Environ
1201 Main Street
Baton Rouge, LA 70802-4658

Purvis Industries
PO Box 540757
Dallas, TX 75354-0757

RES Energy Solutions
PO Box 848545
Dallas, TX 75284-8545

ROC Service Company, LLC
PO Box 95405
Grapevine, TX 76099-9734

Silversmith
PO Box 1934
Gaylord, MI 49734-5934

Skinner Tank Trucks, Inc.
Box 353
Nocona, TX 76255-0353

Staples Advantage
PO Box 1486
Houston, TX 77251-1486

T&M Line Locators, LLC
3810 FM 1758
Bowie, TX 76230-7142

Tarrant County Tax Assessor Collec
PO Box 961018
Fort Worth, TX 76161-0018

Taylor Oil
3701 No. Sylvania
Fort Worth, TX 76137-5098

Texas Excavation Safety System, In
PO Box 678058
Dallas, TX 75267-8058

Texas General Land Office
PO Box 12873
Austin, TX 78711-2873

The Estate of Nancy Murphy
466 Pennsylvania Ave., Unit E
Glen Ellyn, IL 60137-4458

Tubing Testers Inc.
P.O. Box 655
Archer City, TX 76351-0655

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Watkins Metal Fabrication, Inc.
PO Box 1268
Mineral Wells, TX 76068-1268

Weatherford Artificial Lift Systems
PO Box 301003
Dallas, TX 75303-1003

Wise Appraisal District
400 E. Business 380
Decatur, TX 76234-3165

Wise County Tax Assessor-Collecto
404 W. Walnut
Decatur, TX 76234-1372

Wise County Tax Office
404 W. Walnut
Decatur, TX 76234-1372

WolfePak, Inc
2901 South First Street
Abilene, TX 79605-1813

Wolverine Directional LLC
c/o Jeff Smith
9201 n Central Expressway
Suite 600
Dallas, TX 75231-6042

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Aruba Petroleum, Inc.<br>555 Republic Drive, Ste. 505<br>Plano, TX 75074-8865 | (u)Estate of Jepsie White | (u)Nita M. Rush Walker |

End of Label Matrix
Mailable recipients    85
Bypassed recipients     3
Total                  88