Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 16–42121
Chapter: 11
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aruba Petroleum, Inc
   555 Republic Drive
   Suite 505
   Plano, TX 75074

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   75–2580690

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 1/3/17 at 09:30 AM

to consider and act upon the following:

Hearing Set (RE: related document(s)5 Emergency Motion to Pay Critical Vendors Filed by Aruba Petroleum, Inc Hearing scheduled for 1/3/2017 at 09:30 AM at Plano Bankruptcy Courtroom. (sr)

Dated: 11/28/16

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                              Eastern District of Texas
In re:                                                                    Case No. 16-42121-btr
Aruba Petroleum, Inc                                                      Chapter 11
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0540-4          User: rascos                 Page 1 of 3          Date Rcvd: Nov 28, 2016
                              Form ID: 100                 Total Noticed: 93


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db           +Aruba Petroleum, Inc,   555 Republic Drive,   Suite 505,   Plano, TX 75074-8865
cr           +Archer County,    Linebarger Goggan Blair & Sampson, LLP,    c/o Laurie Spindler Huffman,
               2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr           +Cherokee CAD,    Linebarger Goggan Blair & Sampson,LLP,    c/o Laurie Spindler Huffman,
               2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr           +ERA ISD,   Linebarger Goggan Blair & Sampson,LLP,    c/o Laurie Spindler Huffman,
               2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr           +Hood CAD,    Linebarger Goggan Blair & Sampson LLP,    c/o Laurie Spindler Huffman,
               2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr           +Jack CAD,    Linebarger Goggan Blair & Sampson,    c/o Laurie Spindler Huffman,
               2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr           +Jack County,    Linebarger Goggan Blair & Sampson, LLP,    c/o Laurie Spindler Huffman,
               2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr           +Montague County,   Linebarger Goggan Blair & Sampson LLP,    c/o Laurie Spindler Huffman,
               2777 N. Stemmons Freeway,   Suite 1000,   Dallas, Tx 75207-2328
cr           +Parker CAD,    Linebarger Goggan Blair & Sampson, LLP,    c/o Laurie Spindler Huffman,
               2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr           +Tarrant County,    Linebarger Goggan Blair & Sampson LLP,    c/o Laurie Spindler Huffman,
               2777 N. Stemmons Freeway,   Suite 1000,   Dallas, Tx 75207-2328
cr           +Wise CAD,    Lienbarger Goggan Blair & Sampson,LLP,    c/o Laurie Spindler Huffman,
               2777 N Stemmons Freeway,   Suite 1000,   Dallas, TX 75207-2328
cr           +Wise County,    Linebarger Goggan Blair & Sampson,LLP,    c/o Laurie Spindler Huffman,
               2777 N. Stemmons Freeway,   Suite 1000,   Dallas, TX 75207-2328
7204372      +3 Ten Resources, Inc.,   2601 Ridgmar Plaza Suite #201,    Fort Worth, TX 76116-2686
7204373      +Anne Johnson,   2323 Victory Ave,   Suite 700,   Dallas, TX 75219-7672
7204374       Arrow Engine Company,   PO Box 203065,   Dallas, TX 75320-3065
7204376      +Ben Barron,   4516 Lover Lane,   Suite 280,   Dallas, TX 75225-6925
7204377      +Bosco Services LLC,   PO Box 333,   Bridgeport, TX 76426-0333
7204378      +Bradford Gilde,    55 Waugh Drive,   Suite 850,   Houston, TX 77007-6293
7204379      +Bradley Law Firm,   PO Box 1176,   Cleburne, TX 76033-1176
7204380      +Bridgeport Fishing & Rental Tools, I,    PO Box 631,   Bridgeport, TX 76426-0631
7204381      +Bridgeport Pump & Supply, Inc.,    PO Box 235,   Bridgeport, TX 76426-0235
7204382      +Bruckner Truck Sales, Inc.,    PO Box 1000 Dept 959,   Memphis, TN 38148-0001
7204383      +Burnett Oil Co., Inc.,    PO Box 413,   Bowie, TX 76230-0413
7204392      +CSI Compressco LP,    PO Box 840082,   Dallas, TX 75284-0082
7204384      +Case Backhoe Service,   PO Box 413,   Bowie, TX 76230-0413
7204385      +Cherokee County Appraisal District,    PO Box 494,   Rusk, TX 75785-0494
7204386       Cherokee County Tax Assessor/Coll,    135 S Main Courthouse,   Rusk, TX 75785
7204387      +Chris Burns Welding LLC,   PO Box 9,   Sunset, TX 76270-0009
7204388      +Chris Collins,   C/O John Pease,   901 Main Street,   Suite 3900,   Dallas, TX 75202-3746
7204389      +Collin County Tax Assessor-Collecto,    P.O. Box 8046,   McKinney, TX 75070-8046
7204390      +Complete Energy Services Inc.,    PO Box 201653,   Dallas, TX 75320-1653
7204391      +Cooke County Appraisal District,    201 North Dixon Street,   Gainsville, TX 76240-3974
7204393      +David Matthews,   2905 Sackett Street,   Houston, TX 77098-1127
7204394       EGD Holding,   Sydnesplass 1,   5007 Bergen,   Norway
7204399      +GW Wireline, Inc.,   PO Box 725,   Mineral Wells, TX 76068-0725
7204397      +Gilbow Tank Truck Service, Inc.,    PO Box 1203,   Bowie, TX 76230-1203
7204398      +Greenwell Energy Solutions,   PO Box 69337,   Odessa, TX 79769-0337
7204400      +Hertiage-Crystal Clean, LLC,    13621 Collections Center Drive,   Chicago, IL 60693-0136
7204401      +Hood County Appraisal District,    PO Box 819,   Granbury, TX 76048-0819
7204402      +Hurd Oil Field Service, Inc.,    PO Box 728,   Jacksboro, TX 76458-0728
7204403      +Hy-Bon Engineering Co., Inc.,    7911 Solutions Center,   Chicago, IL 60677-0001
7204404       Interstate All Battery Center,    Suite 1530,   Frisco, TX 75034
7204405      +J. H. Walker, Jr.,   23612 Corral Court,   Tehachapi, CA 93561-9244
7204406      +Jacksboro Pump & Specialty,   PO Box 548,   Jacksboro, TX 76458-0548
7204407      +James Poston,   555 Republic Drive,   Suite 505,   Plano, TX 75074-8865
7204408      +Jay & Melissa Gribble,    c/o Neil Berger,   901 Main Street,   Suite 5500,
               Dallas, TX 75202-3767
7204409      +Jeff Tollotson,   750 N St PAul,   Suite 610,   Dallas, TX 75201-3202
7204410      +Jet Specialty, Inc.,    PO Box 678286,   Dallas, TX 75267-8286
7204411      +Jim Lovett,   555 Republic Drive,   Suite 505,   Plano, TX 75074-8865
7204412      +Keith Loudermilk,   c/o John Pease,   901 Main Street,   Suite 3900,   Dallas, TX 75202-3746
7204413      +Kimark Systems, Inc.,   2105 Greenwood Drive,   Southlake, TX 76092-8319
7204414      +Kimball Midwest,   Dept L-2780,   Columbus, OH 43260-0001
7204415      +LH Chaney Materials, Inc.,    PO Box 1665,   Roanoke, TX 76262-1665
7204416      +Lisa Parr,   c/o Richard Capshaw,   3031 Allen Street,   Suite 201,   Dallas, TX 75204-1059
7204417      +Lois Anders,   595 Flat Rock Road,   Azle, TX 76020-1903
7204418      +Lucretia Young,   7620 Sybil Drive,   N Richland Hills, TX 76180-6836
7204419      +M&J Valve Services,   PO Box 3307,   Lafayette, LA 70502-3307
7204420      +Marcus Eric Peterson,   1742 County Lane,   Escondido, CA 92025-6217
7204421      +Mark Allan Gershner,   1600 CR 805, #7,   Cleburne, TX 76031-0120
7204422      +Melanie Brownrigg,   1405 Belle Place,   Fort Worth, TX 76107-3362
7204423      +Memorial Machine, Inc.,   6303 S 40th W Avenue,   Tulsa, OK 74132-1200
7204424      +Mike McAlister,   555 Republic,   Suite 505,   Plano, TX 75074-8865
```

```
District/off: 0540-4          User: rascos               Page 2 of 3                   Date Rcvd: Nov 28, 2016
                              Form ID: 100               Total Noticed: 93


7204425        +Montague CAD,    PO Box 121,    Montague, TX 76251-0121
7204426        +Montague County Tax Office,    P.O. Box 8,    Montague, TX 76251-0008
7204427        +Myrell Kassell,    10548 Berry Knoll Drive,    Dallas, TX 75230-4245
7204428        +NeoFirma, Inc.,    8140 Walnut Hill,    Suite 830,    Dallas, TX 75231-4376
7204430        +Norman's Well Services, Inc,    PO Box 875,    Gainesville, TX 76241-0875
7204431        +Ox Oil & Gas Inc,    c/o Ronald Tharp, PC,    12900 Preston Road, Suite 800,
                 Dallas, TX 75230-1335
7204433        +PCS Ferguson, Inc,    PO Box 732131,    Dallas, TX 75373-2131
7204432        +Parker County Appraisal District,    1108 Santa Fe Dr.,    Weatherford, TX 76086-5818
7204434        +Premium Assignment corporation,    PO Box 800,    Tallahassee, FL 32302
7204435        +Providence Engineering and Environ,    1201 Main Street,    Baton Rouge, LA 70802-4658
7204436        +Purvis Industries,    PO Box 540757,    Dallas, TX 75354-0757
7204437        +RES Energy Solutions,    PO Box 848545,    Dallas, TX 75284-8545
7204438        +ROC Service Company, LLC,    PO Box 95405,    Grapevine, TX 76099-9734
7204439       #+Silversmith,    PO Box 1934,    Gaylord, MI 49734-5934
7204440        +Skinner Tank Trucks, Inc.,    Box 353,    Nocona, TX 76255-0353
7204441        +Staples Advantage,    PO Box 1486,    Houston, TX 77251-1486
7204442        +T&M Line Locators, LLC,    3810 FM 1758,    Bowie, TX 76230-7142
7204444        +Taylor Oil,    3701 No. Sylvania,    Fort Worth, TX 76137-5098
7204445        +Texas Excavation Safety System, In,    PO Box 678058,    Dallas, TX 75267-8058
7204446        +Texas General Land Office,    PO Box 12873,    Austin, TX 78711-2873
7204447        +The Estate of Nancy Murphy,    466 Pennsylvania Ave.,    Unit E,    Glen Ellyn, IL 60137-4458
7204448        +Tubing Testers Inc.,    P.O. Box 655,    Archer City, TX 76351-0655
7204449        +Watkins Metal Fabrication, Inc.,    PO Box 1268,    Mineral Wells, TX 76068-1268
7204450        +Weatherford Artificial Lift Systems,    PO Box 301003,    Dallas, TX 75303-1003
7204451        +Wise Appraisal District,    400 E. Business 380,    Decatur, TX 76234-3165
7204452        +Wise County Tax Assessor-Collecto,    404 W. Walnut,    Decatur, TX 76234-1372
7204453        +Wise County Tax Office,    404 W. Walnut,    Decatur, TX 76234-1372
7204455        +Wolverine Directional LLC,    c/o Jeff Smith,    9201 n Central Expressway,    Suite 600,
                 Dallas, TX 75231-6042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7204396        +E-mail/Text: bankruptcynotification@ftr.com Nov 29 2016 01:27:10      Frontier Communications,
                 PO Box 740407,    Cincinnati, OH 45274-0407
7204443        +E-mail/Text: delinquenttax@tarrantcounty.com Nov 29 2016 01:26:26
                 Tarrant County Tax Assessor Collec,    PO Box 961018,    Fort Worth, TX 76161-0018
7204454        +E-mail/Text: karen@wolfepak.com Nov 29 2016 01:26:23      WolfePak, Inc,
                 2901 South First Street,    Abilene, TX 79605-1813
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7204395         Estate of Jepsie White
7204429         Nita M. Rush Walker
7204375*       +Aruba Petroleum, Inc.,    555 Republic Drive, Ste. 505,    Plano, TX 75074-8865
                                                                                               TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                    Signature:  /s/Joseph Speetjens

───────────────────────────────────────────────────────────────────────────────

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
              Eric A. Liepins    on behalf of Debtor    Aruba Petroleum, Inc eric@ealpc.com, martha@ealpc.com
              Laurie Spindler Huffman    on behalf of Creditor    Jack County laurie.spindler@publicans.com,
               Matilde.Alvarado@publicans.com
              Laurie Spindler Huffman    on behalf of Creditor    ERA ISD laurie.spindler@publicans.com,
               Matilde.Alvarado@publicans.com
```

```
District/off: 0540-4          User: rascos               Page 3 of 3             Date Rcvd: Nov 28, 2016
                              Form ID: 100               Total Noticed: 93
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Laurie Spindler Huffman   on behalf of Creditor   Archer County laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com
        Laurie Spindler Huffman   on behalf of Creditor   Jack CAD laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com
        Laurie Spindler Huffman   on behalf of Creditor   Cherokee CAD laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com
        Laurie Spindler Huffman   on behalf of Creditor   Parker CAD laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com
        Laurie Spindler Huffman   on behalf of Creditor   Wise CAD laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com
        Laurie Spindler Huffman   on behalf of Creditor   Tarrant County laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com
        Laurie Spindler Huffman   on behalf of Creditor   Montague County laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com
        Laurie Spindler Huffman   on behalf of Creditor   Hood CAD laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com
        Laurie Spindler Huffman   on behalf of Creditor   Wise County laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com
        US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV

                                                                                                                                      TOTAL: 13