
**EOD**
12/01/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE § | |
| § | |
| ARUBA PETROLEUM, INC § | |
| § | Case no. 16-42121-11 |
| § | CHAPTER 11 |
| DEBTOR § | |

ORDER ON EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH APPEAL

CAME ON to be considered this day the Motion of Aruba Petroleum. Inc. for relief from the automatic stay to proceed with appeal. The Court having reviewed the pleading and heard argument of counsel is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED the automatic stay pursuant to 11 U.S.C. §362 is lifted to allow the appeal pending before the 5th Appellate Court Dallas Texas ("Appellate Court") in a case styled, <u>Aruba Petroleum, Inc., Appellant v. Lisa Parr, individually and as next friend to her minor daughter E.D. and Robert "Bob" Parr</u>, Case 05-14-01285-CV to proceed.

Signed on 12/1/2016

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

EMERGENCY MOTION FOR RELIEF FROM STAY - Page 1