# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | Case No. 16-42121 |
| | § | |
| **ARUBA PETROLEUM, INC.** | § | |
| | § | |
| Debtor. | § | Chapter 11 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for **Jay and Melissa Gribble** pursuant to the Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure, and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

Neil R. Burger (TSBN 24036289)
 nburger@ccsb.com
D. Lance Currie (TSBN 24065106)
 lcurrie@ccsb.com
CARRINGTON, COLEMAN, SLOMAN
 & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, TX 75202-3767
Telephone: 214/855-3000
Telecopy:  214/855-1333

Dated: December 9, 2016

                                                       Respectfully submitted,

                                           /s/ Neil R. Burger
                                          Neil R. Burger (TSBN 24036289)
                                            nburger@ccsb.com
                                          D. Lance Currie (TSBN 24065106)
                                            lcurrie@ccsb.com
                                          CARRINGTON, COLEMAN, SLOMAN
                                            & BLUMENTHAL, L.L.P.
                                          901 Main Street, Suite 5500
                                          Dallas, TX 75202-3767
                                          Telephone: 214/855-3000
                                          Telecopy:  214/855-1333

                                          *Attorneys for Jay and Melissa Gribble*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 9, 2016, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

                                             /s/ Neil R. Burger
                                          Neil R. Burger