IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| ARUBA PETROLEUM, INC. | § | |
| | § | Case no.16-42121 -11 |
| | § | |
| | § | |
| DEBTOR | § | |

ORDER GRANTING EMERGENCY HEARING ON MOTION TO COMPEL PAYMENT

CAME ON this day the Court considered the request for emergency hearing filed by Aruba

Petroleum, Inc.,  ("Debtor") on Debtor's Motion to Compel Payment.  The Court finds that the

request complies with  LBR 9007(b) and demonstrates that sufficient cause exists for the scheduling

of an emergency hearing on the Motion. It is Accordingly,

**IT IS THEREFORE ORDERED**  that the request for emergency hearing is **GRANTED**

and that a hearing on  Debtor's Motion to Compel Payment Stay shall be held on **December 15,**

**2016, at 9:30 a.m.** in the Courtroom of the United States Bankruptcy Court.

**IT IS FURTHER ORDERED** that the Movant or its counsel shall give notice of this

emergency hearing by forwarding a copy of this Order by the most expedient means available,

including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduling hearing.

Signed on 12/12/2016

*Brenda T. Rhoades*                SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE