ERIC A. LIEPINS.
12770 Coit Road,
Suite 1100
Dallas, Texas 75251
Telephone:    (972) 991-5591
Telecopy:    (972) 991-5788
PROPOSED COUNSEL FOR DEBTOR


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| ARUBA PETROLEUM, INC | § | |
| | § | Case no. 16-42121-11 |
| | § | CHAPTER 11 |
| DEBTOR | § | |


WITNESS AND EXHIBIT LIST OF HEARING ON EMERGENCY MOTION FOR
<u>AUTHORITY TO PAY CERTAIN CRITICAL VENDORS</u>


TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Aruba Petroleum. Inc. ( the "Debtor") and files this its Witness and Exhibit list for hearing on Motion to pay certain pre-petition critical vendors, and in support thereof, respectfully states:

Witnesses

Jim Lovett

Larry Poston

Any witness designated by any other party

Exhibits

Invoices from Critical Vendors

Any Exhibit designated by any other party

Respectfully submitted,

ERIC A. LIEPINS
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Telephone:  (972) 991-5591
Telecopy:   (972) 991-5788

By:   _/s/ Eric Liepins__
      Eric A. Liepins
      Texas State Bar No. 12338110
PROPOSED COUNSEL FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of December 2016 a true and correct copy of the foregoing list was served on all creditors of the Debtor via United States mail and on the 20 largest unsecured creditors and those requesting notice via telecopier.

__/s/ Eric Liepins___
Eric A. Liepins