

EOD

01/03/2017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| ARUBA PETROLEUM, INC | § | |
| | § | Case no. 16-42121-11 |
| | § | CHAPTER 11 |
| DEBTOR | § | |

## ORDER ON EMERGENCY MOTION TO COMPEL PAYMENT

CAME ON to be considered this day the Motion of Aruba Petroleum. Inc. ( the "Debtor") to compel payment of monies to Debtor. The Court having reviewed the Motion and having heard argument of counsel and been informed the parties have reached an agreement, is of the opinion the Motion should be Granted. IT is accordingly,

ORDERED, ADJUDGED AND DECREED Texas Energy Management ("TEM") shall remit all funds in its possession or that it has in the future from oil & gas sales to Nextera Energy who after deducting its fees will remit the funds to the Debtor for disbursement to the interest holders.

Signed on 1/3/2017

*Brenda T. Rhoades*                    SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE