

EOD
01/04/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE § | |
| § | |
| ARUBA PETROLEUM INC § | |
| § | Case no. 16-42121-11 |
| § | CHAPTER 11 |
| DEBTOR § | |

ORDER ON DEBTOR'S MOTION FOR AUTHORITY
TO PAY CERTAIN CRITICAL VENDORS

CAME ON to be considered this day the Motion of Debtor, Aruba Petroleum, Inc., For Authority to Pay Certain Critical Vendors ("Motion"). The Court having reviewed the Motion, the Objection filed by Nextera Energy, heard testimony of the witness, and argument of counsel is of the opinion, for the reasons set forth in open Court, the Motion should be Granted. It is accordingly

ORDERED, ADJUDGED AND DECREED the Debtor is authorized to pay the following vendors the following amount on their pre-petition claims:

Bridgeport Pump & Supply, Inc. $7,500.

Gilbow Energy Solution $100,000.

Greenwell Energy Solutions $44,000

Taylor Oil $31,500

Buckner Truck Sales, Inc. $7,000.

Signed on 1/4/2017

*Brenda T. Rhoades* SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE