**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)*    **16-42121**                    Chapter        **11**

■ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Aruba Petroleum, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **75-2580690** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **555 Republic Drive** **Suite 505** **Plano, TX 75074** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Collin** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor   **Aruba Petroleum, Inc.**                                          Case number (*if known*) **16-42121**
_____
Name

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

| Debtor | **Aruba Petroleum, Inc.** | Case number *(if known)* **16-42121** |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Aruba Petroleum, Inc.**                                          Case number (*if known*)  **16-42121**
                    Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 11, 2017**
                        MM / DD / YYYY

**X** **/s/ James Poston**                                                **James Poston**
         Signature of authorized representative of debtor                 Printed name

Title     **President**

**18. Signature of attorney**

**X** **/s/ Eric A. Liepins**                                   Date **January 11, 2017**
         Signature of attorney for debtor                            MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins P.C.**
Firm name

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone     **972-991-5591**          Email address    **eric@ealpc.com**

**12338110**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Aruba Petroleum, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TEXAS

Case number (if known)   **16-42121**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 11, 2017**          X **/s/ James Poston**
                                             Signature of individual signing on behalf of debtor

                                             **James Poston**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Aruba Petroleum, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): | **16-42121** |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arrow Engine Company PO Box 203065 Dallas, TX 75320-3065** | | | | | | **$18,834.71** |
| **Bridgeport Pump & Supply, Inc. PO Box 235 Bridgeport, TX 76426** | | | | | | **$28,142.30** |
| **Bruckner Truck Sales, Inc. PO Box 1000 Dept 959 Memphis, TN 38148** | | | | | | **$11,129.63** |
| **FX5 Construction & Excavation PO Box 1297 Decatur, TX 76234** | | | | | | **$10,795.00** |
| **Gilbow Tank Truck Service, Inc. PO Box 1203 Bowie, TX 76230** | | | | | | **$472,294.05** |
| **Greenwell Energy Solutions PO Box 69337 Odessa, TX 79769** | | | | | | **$104,400.74** |
| **Hy-Bon Engineering Co., Inc. 7911 Solutions Center Chicago, IL 60677** | | | | | | **$14,850.00** |
| **Kimark Systems, Inc. 2105 Greenwood Drive Southlake, TX 76092** | | | | | | **$15,318.57** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **LH Chaney Materials, Inc.**<br>**PO Box 1665**<br>**Roanoke, TX 76262** | | | | | | **$11,037.50** |
| **M&J Valve Services**<br>**PO Box 3307**<br>**Lafayette, LA 70502** | | | | | | **$10,763.38** |
| **Norman's Well Services, Inc**<br>**PO Box 875**<br>**Gainesville, TX 76241** | | | | | | **$12,113.17** |
| **Ox Oil & Gas Inc**<br>**c/o Ronald Tharp, PC**<br>**12900 Preston Road, Suite 800**<br>**Dallas, TX 75230** | | | | | | **$3,308,331.08** |
| **Parker County Appraisal District**<br>**1108 Santa Fe Dr.**<br>**Weatherford, TX 76086** | | | | | | **$13,791.21** |
| **Premium Assignment corporation**<br>**PO Box 800**<br>**Tallahassee, FL 32314** | | | | | | **$132,542.22** |
| **RES Energy Solutions**<br>**PO Box 848545**<br>**Dallas, TX 75284** | | | | | | **$11,938.01** |
| **T&M Line Locators, LLC**<br>**3810 FM 1758**<br>**Bowie, TX 76230** | | | | | | **$52,723.54** |
| **Tarrant County Tax Assessor Collec**<br>**PO Box 961018**<br>**Fort Worth, TX 76161** | | | | | | **$10,830.99** |
| **Taylor Oil**<br>**3701 No. Sylvania**<br>**Fort Worth, TX 76137** | | | | | | **$63,228.45** |
| **Watkins Metal Fabrication, Inc.**<br>**PO Box 1268**<br>**Mineral Wells, TX 76068** | | | | | | **$26,997.55** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wise Appraisal District 400 E. Business 380 Decatur, TX 76234** | | | | | | **$27,407.35** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Aruba Petroleum, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TEXAS

Case number (if known)   **16-42121**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................   $     **670,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.........................................................................   $     **7,165,000.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................................   $     **7,835,000.00**

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **75,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     **153,764.52**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$     **4,383,402.85**

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b                                 $     **4,612,167.37**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Aruba Petroleum, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **16-42121**

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Chase bank** | **operating** | | **$706,000.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$706,000.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1.  **Debtor has posted a cash bond during an appeal of the Parr litigation** | **$2,300,000.00** |
| --- | --- |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

**$2,300,000.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Aruba Petroleum, Inc.**    Case number *(If known)* **16-42121**
Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **700,000.00** - **0.00** = .... **$700,000.00**
face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$700,000.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture, and equipment and inventory** | **$0.00** | | **$500,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    **$500,000.00**
Add lines 39 through 42.  Copy the total to line 86.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

Debtor    **Aruba Petroleum, Inc.**                                                  Case number *(If known)* **16-42121**
          Name

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<table>
<tr><td>Part 8:</td><td>Machinery, equipment, and vehicles</td></tr>
</table>

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    Debtor has 12 vehicles | $0.00 | | $176,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                      $176,000.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<table>
<tr><td>Part 9:</td><td>Real property</td></tr>
</table>

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Aruba Petroleum, Inc.**                                    Case number *(If known)*  **16-42121**
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **Debtor owns real property near Decater Texas 10 acres** | | **$0.00** | **$120,000.00** |
| 55.2. | **Debtor owns a lake lot at Lake Granbury** | | **$0.00** | **Unknown** |
| 55.3. | **Debtor owns 30 acres of real property north of Decater, Texas** | | **$0.00** | **$550,000.00** |

56.     **Total of Part 9.**                                                                    **$670,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                                    **Current value of debtor's interest**

71.     **Notes receivable**
Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Aruba Petroleum, Inc.** | Case number *(If known)* **16-42121** |
|---|---|---|
| | Name | |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Debtor has approximately 250 wells in which it owns an interest** | **$2,783,000.00** |
|---|---|---|

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$2,783,000.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
■ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Aruba Petroleum, Inc.**                                         Case number *(If known)* **16-42121**
          Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $706,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,300,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $700,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $176,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $670,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,783,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,165,000.00 + 91b. | $670,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,835,000.00 |

**Fill in this information to identify the case:**

Debtor name **Aruba Petroleum, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **16-42121**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **EGD Holding** | Describe debtor's property that is subject to a lien | $75,000.00 | $500,000.00 |
|---|---|---|---|---|

Creditor's Name

**Sydnesplass 1
5007 Bergen
Norway**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $75,000.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Aruba Petroleum, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **16-42121**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50.83** | **$0.00** |
|---|---|---|---|---|
|  | **Cherokee County Appraisal District**<br>**PO Box 494**<br>**Rusk, TX 75785** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25.98** | **$0.00** |
|---|---|---|---|---|
|  | **Cherokee County Tax Assessor/Coll**<br>**135 S Main Courthouse**<br>**Rusk, TX 75785** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

| Debtor | **Aruba Petroleum, Inc.** | Case number *(if known)* | **16-42121** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,678.12** | **$0.00** |
|---|---|---|---|---|

**Collin County Tax
Assessor-Collecto
P.O. Box 8046
McKinney, TX 75070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$223.15** | **$0.00** |
|---|---|---|---|---|

**Cooke County Appraisal District
201 North Dixon Street
Gainsville, TX 76240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,071.06** | **$0.00** |
|---|---|---|---|---|

**Cooke County Appraisal District
201 North Dixon Street
Gainsville, TX 76240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$949.82** | **$0.00** |
|---|---|---|---|---|

**Hood County Appraisal District
PO Box 819
Granbury, TX 76048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Aruba Petroleum, Inc.** | | Case number (if known) | **16-42121** |
|---|---|---|---|---|

Name

**2.7** | Priority creditor's name and mailing address

**Hood County Appraisal District**
**PO Box 819**
**Granbury, TX 76048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

$668.89    $0.00

**2.8** | Priority creditor's name and mailing address

**James Poston**
**555 Republic Drive**
**Suite 505**
**Plano, TX 75074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$26,251.23    $12,850.00

**2.9** | Priority creditor's name and mailing address

**Jim Lovett**
**555 Republic Drive**
**Suite 505**
**Plano, TX 75074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$34,375.00    $12,850.00

**2.10** | Priority creditor's name and mailing address

**Mike McAlister**
**555 Republic**
**Suite 505**
**Plano, TX 75074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$15,625.00    $12,850.00

| Debtor | **Aruba Petroleum, Inc.** | Case number (if known) | **16-42121** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.06 | $0.00 |
|---|---|---|---|---|

**Montague County Tax Office**
P.O. Box 8
Montague, TX 76251

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.62 | $0.00 |
|---|---|---|---|---|

**Montague County Tax Office**
P.O. Box 8
Montague, TX 76251

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,791.21 | $0.00 |
|---|---|---|---|---|

**Parker County Appraisal District**
1108 Santa Fe Dr.
Weatherford, TX 76086

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,830.99 | $0.00 |
|---|---|---|---|---|

**Tarrant County Tax Assessor
Collec**
PO Box 961018
Fort Worth, TX 76161

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,407.35 | $0.00 |
|---|---|---|---|---|

**Wise Appraisal District**
**400 E. Business 380**
**Decatur, TX 76234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,812.62 | $0.00 |
|---|---|---|---|---|

**Wise County Tax**
**Assessor-Collecto**
**404 W. Walnut**
**Decatur, TX 76234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (9)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $856.42 | $0.00 |
|---|---|---|---|---|

**Wise County Tax**
**Assessor-Collecto**
**404 W. Walnut**
**Decatur, TX 76234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,585.60 | $0.00 |
|---|---|---|---|---|

**Wise County Tax Office**
**404 W. Walnut**
**Decatur, TX 76234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Aruba Petroleum, Inc.** | Case number (if known) | **16-42121** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,479.57 | $0.00 |
|---|---|---|---|---|

**Wise County Tax Office**
**404 W. Walnut**
**Decatur, TX 76234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $673.40 |
|---|---|---|---|

**3 Ten Resources, Inc.**
**2601 Ridgmar Plaza Suite #201**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,834.71 |
|---|---|---|---|

**Arrow Engine Company**
**PO Box 203065**
**Dallas, TX 75320-3065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $528.08 |
|---|---|---|---|

**Bosco Services LLC**
**PO Box 333**
**Bridgeport, TX 76426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,958.00 |
|---|---|---|---|

**Bradley Law Firm**
**PO Box 1176**
**Cleburne, TX 76033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,796.76 |
|---|---|---|---|

**Bradley Law Firm**
**PO Box 1176**
**Cleburne, TX 76033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aruba Petroleum, Inc.** | | Case number (*if known*) | **16-42121** |
|---|---|---|---|---|

Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,796.16** |
|---|---|---|---|

**Bradley Law Firm**
**PO Box 1176**
**Cleburne, TX 76033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,850.06** |
|---|---|---|---|

**Bridgeport Fishing & Rental Tools, I**
**PO Box 631**
**Bridgeport, TX 76426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,142.30** |
|---|---|---|---|

**Bridgeport Pump & Supply, Inc.**
**PO Box 235**
**Bridgeport, TX 76426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,129.63** |
|---|---|---|---|

**Bruckner Truck Sales, Inc.**
**PO Box 1000 Dept 959**
**Memphis, TN 38148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93.75** |
|---|---|---|---|

**Burnett Oil Co., Inc.**
**PO Box 413**
**Bowie, TX 76230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,240.00** |
|---|---|---|---|

**Case Backhoe Service**
**PO Box 413**
**Bowie, TX 76230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$597.80** |
|---|---|---|---|

**Chris Burns Welding LLC**
**PO Box 9**
**Sunset, TX 76270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Aruba Petroleum, Inc.** | Case number (if known) | **16-42121** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $628.13 |
|---|---|---|---|

**Complete Energy Services Inc.**
PO Box 201653
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,384.00 |
|---|---|---|---|

**CSI Compressco LP**
PO Box 840082
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,316.40 |
|---|---|---|---|

**DTI**
PO Box 93658
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.14 |
|---|---|---|---|

**Estate of Jepsie White**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.23 |
|---|---|---|---|

**Frontier Communications**
PO Box 740407
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,795.00 |
|---|---|---|---|

**FX5 Construction & Excavation**
PO Box 1297
Decatur, TX 76234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Gilbow Tank Truck Service, Inc.**
PO Box 1203
Bowie, TX 76230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Aruba Petroleum, Inc.** | Case number (if known) | **16-42121** |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,452.00** |
|---|---|---|---|

**Gilbow Tank Truck Service, Inc.**
**PO Box 1203**
**Bowie, TX 76230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$472,294.05** |
|---|---|---|---|

**Gilbow Tank Truck Service, Inc.**
**PO Box 1203**
**Bowie, TX 76230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,400.74** |
|---|---|---|---|

**Greenwell Energy Solutions**
**PO Box 69337**
**Odessa, TX 79769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,499.21** |
|---|---|---|---|

**GW Wireline, Inc.**
**PO Box 725**
**Mineral Wells, TX 76068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$497.95** |
|---|---|---|---|

**Hertiage-Crystal Clean, LLC**
**13621 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,790.00** |
|---|---|---|---|

**Hurd Oil Field Service, Inc.**
**PO Box 728**
**Jacksboro, TX 76458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,850.00** |
|---|---|---|---|

**Hy-Bon Engineering Co., Inc.**
**7911 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|

Name

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,111.44**

**Interstate All Battery Center**
**Suite 1530**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,776.03**

**Jacksboro Pump & Specialty**
**PO Box 548**
**Jacksboro, TX 76458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jay & Melissa Gribble**
**c/o Neil Berger**
**901 Main Street**
**Suite 5500**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$710.43**

**Jet Specialty, Inc.**
**PO Box 678286**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,318.57**

**Kimark Systems, Inc.**
**2105 Greenwood Drive**
**Southlake, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$818.68**

**Kimball Midwest**
**Dept L-2780**
**Columbus, OH 43260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,037.50**

**LH Chaney Materials, Inc.**
**PO Box 1665**
**Roanoke, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Aruba Petroleum, Inc.** | Case number (if known) | **16-42121** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lisa Parr**
**c/o Richard Capshaw**
**3031 Allen Street**
**Suite 201**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,763.38** |
|---|---|---|---|

**M&J Valve Services**
**PO Box 3307**
**Lafayette, LA 70502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,080.00** |
|---|---|---|---|

**Memorial Machine, Inc.**
**6303 S 40th W Avenue**
**Tulsa, OK 74132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.51** |
|---|---|---|---|

**Montague CAD**
**PO Box 121**
**Montague, TX 76251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,734.20** |
|---|---|---|---|

**NeoFirma, Inc.**
**8140 Walnut Hill**
**Suite 830**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,113.17** |
|---|---|---|---|

**Norman's Well Services, Inc**
**PO Box 875**
**Gainesville, TX 76241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,308,331.08** |
|---|---|---|---|

**Ox Oil & Gas Inc**
**c/o Ronald Tharp, PC**
**12900 Preston Road, Suite 800**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Aruba Petroleum, Inc.** | Case number (if known) | **16-42121** |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,453.17 |
|---|---|---|---|

**PCS Ferguson, Inc**
PO Box 732131
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,542.22 |
|---|---|---|---|

**Premium Assignment corporation**
PO Box 800
Tallahassee, FL 32314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,703.50 |
|---|---|---|---|

**Providence Engineering and Environ**
1201 Main Street
Baton Rouge, LA 70802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.60 |
|---|---|---|---|

**Purvis Industries**
PO Box 540757
Dallas, TX 75354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,938.01 |
|---|---|---|---|

**RES Energy Solutions**
PO Box 848545
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,218.50 |
|---|---|---|---|

**ROC Service Company, LLC**
PO Box 95405
Grapevine, TX 76099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,452.80 |
|---|---|---|---|

**Silversmith**
PO Box 1934
Gaylord, MI 49735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aruba Petroleum, Inc.** | Case number (if known) | **16-42121** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|
| | **Skinner Tank Trucks, Inc.**<br>**Box 353**<br>**Nocona, TX 76255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61.88** |
|---|---|---|---|
| | **Staples Advantage**<br>**PO Box 1486**<br>**Houston, TX 77251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,723.54** |
|---|---|---|---|
| | **T&M Line Locators, LLC**<br>**3810 FM 1758**<br>**Bowie, TX 76230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,228.45** |
|---|---|---|---|
| | **Taylor Oil**<br>**3701 No. Sylvania**<br>**Fort Worth, TX 76137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.45** |
|---|---|---|---|
| | **Texas Excavation Safety System, In**<br>**PO Box 678058**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.00** |
|---|---|---|---|
| | **Texas Q A Service, Inc.**<br>**PO Box 975073**<br>**Dallas, TX 75397** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,766.56** |
|---|---|---|---|
| | **Tubing Testers Inc.**<br>**P.O. Box 655**<br>**Archer City, TX 76351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Aruba Petroleum, Inc.** | | Case number (if known) | **16-42121** |
|---|---|---|---|---|
| | Name | | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,997.55 |
|---|---|---|---|
| | **Watkins Metal Fabrication, Inc.**<br>**PO Box 1268**<br>**Mineral Wells, TX 76068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.88 |
|---|---|---|---|
| | **Weatherford Artificial Lift Systems**<br>**PO Box 301003**<br>**Dallas, TX 75303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,976.25 |
|---|---|---|---|
| | **WolfePak, Inc**<br>**2901 South First Street**<br>**Abilene, TX 79605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Wolverine Directional LLC**<br>**c/o Jeff Smith**<br>**9201 n Central Expressway**<br>**Suite 600**<br>**Dallas, TX 75231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anne Johnson**<br>**2323 Victory Ave**<br>**Suite 700**<br>**Dallas, TX 75219** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Ben Barron**<br>**4516 Lover Lane**<br>**Suite 280**<br>**Dallas, TX 75225** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Bradford Gilde**<br>**55 Waugh Drive**<br>**Suite 850**<br>**Houston, TX 77007** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **David Matthews**<br>**2905 Sackett Street**<br>**Houston, TX 77098** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Aruba Petroleum, Inc.** | Case number (*if known*) | **16-42121** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5 **Jeff Tollotson**<br>**750 N St PAul**<br>**Suite 610**<br>**Dallas, TX 75201** | Line  **3.29** <br><br>☐  Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 153,764.52 |
| **5b. Total claims from Part 2** | 5b. + $ | 4,383,402.85 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 4,537,167.37 |

**Fill in this information to identify the case:**

Debtor name        **Aruba Petroleum, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF TEXAS

Case number (if known)    **16-42121**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **106 Bear Cat LP<br>PO Box 92<br>Aledo, TX 76008** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **1187 Enterprises Ltd.<br>4906 Camp Bowie<br>Ft. Worth, TX 76107** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **1307 LTD Attn Mr William C Mcmanemin<br>3838 Oak Lawn Avenue Suite 425<br>Dallas, TX 75219-4523** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **1st Southwest Consultants, LLC<br>P.O. Box 168<br>Montague, TX 76251** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **375 Energy Inc. C/O White Stone Energy L** |
| | List the contract number of any government contract | **801 Travis, Suite 2150** **Houston, TX 77002** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **4 Square Construction L.P.** |
| | List the contract number of any government contract | **416 Valley View Ct.** **Aledo, TX 76008** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **750 Jenkins Road, LLC** |
| | List the contract number of any government contract | **750 Dakar Road East** **Fort Worth, TX 76116** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **A D Pinkerton** |
| | List the contract number of any government contract | **P.O. Box 940** **Decatur, TX 76234** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **A Wilbert's Sons LLC** |
| | List the contract number of any government contract | **P.O. Box 694** **Plaquemine, LA 70765-0694** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **A-1 Mobile Homes** |
| | List the contract number of any | **49 Rice Lane** **Dry Prong, LA 71423** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **A5 Land & Cattle Company LLC** |
| | List the contract number of any government contract | **5678 State Hwy 59N** <br> **Bowie, TX 76230** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Aadne Tremyr** |
| | List the contract number of any government contract | **Fjellstadvegen 8** <br> **3825 Lunde** <br> **Norway** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Aaron & Kannan Moore** |
| | List the contract number of any government contract | **344 CR 1595** <br> **Alvord, TX 76225** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **ABH Baxter, LP** |
| | List the contract number of any government contract | **P.O. Box 1649** <br> **Austin, TX 78767** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Abigail H. Kubacka** |
| | List the contract number of any government contract | **303 Jeanwood Ct** <br> **Dundalk, MD 21222** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Abner B. and Ann Lemert** <br> **602 Eagle Road** <br> **Cedarville, KS 67024** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | Abraham M. Wilcox<br>4953 Bristle Cone Circle<br>Aberdeen, MD 21001-2605 |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | Ace Royalties LLC<br>PO Box 50181<br>Midland, TX 79710 |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | Ada Clarisse Garza Pewitt<br>2023 Singing Brook<br>Austin, TX 78723 |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | Ada Frances Bunting<br>515 N. Bridge<br>Henrietta, TX 76365 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | ADF Series III LP<br>2140 Lake Park Blvd Ste 208<br>Richardson, TX 75080 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Adobe Acquisition, LLC**<br>**1000 Ballpark Way**<br>**Suite 216**<br>**Arlington, TX 76011** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aimee Breaux**<br>**5705 Morton St**<br>**Metairie, LA 70003** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aka&E Properties LLC**<br>**P.O. Box 150428**<br>**Lakewood, CO 80215** |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alamo Custom Home Builders**<br>**P.O.Box 14765**<br>**Fort Worth, TX 76117** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alan Bergstrom**<br>**PO Box 26983**<br>**Austin, TX 78755** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Alan Edward Hudson**<br>**4100 Weeks Park Lane Apt 256**<br>**Whichita Falls, TX 76308** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Alan H Levi Estate of Tim Carrington Tem** |
| | List the contract number of any government contract | **9418 Hillsdale Dr**<br>**Dallas, TX 75230** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Alan S Haynes** |
| | List the contract number of any government contract | **4839 S. Zang Ct.**<br>**Morrison, CO 80465** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Alan Winton Taylor** |
| | List the contract number of any government contract | **PO Box 327**<br>**Alma, CO 80420** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Albert Smith** |
| | List the contract number of any government contract | **P.O. Box 506**<br>**Ponder, TX 76259-0506** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Aledo Christian Center, Inc.** |
| | List the contract number of any government contract | **PO Box 117**<br>**Aledo, TX 76008** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Aledo Church of Christ**<br>**P.O.Box 127**<br>**Aledo, TX 76008** |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Aledo ISD**<br>**P.O.Box Drawer D**<br>**Aledo, TX 76008** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Aledo United Methodist Church**<br>**Oak At Pecan**<br>**P.O.Box 126**<br>**Aledo, TX 76008** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Aledo Volunteer Fire Department**<br>**P.O.Box 100**<br>**Aledo, TX 76008** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Alejandro D. Gomez and Anne O. Gomez**<br>**413 Rolling Hills Dr.**<br>**Aledo, TX 76008** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Alex Segura and Rebeckah Segura**<br>**125 James St.**<br>**Aledo, TX 76008** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**                                   Case number *(if known)*   **16-42121**
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.39.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Alexandra B. Davis**
**10035 Bordley Dr.**
**Houston, TX 77042-2003**

**2.40.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Alexis H. Chatham**
**1515 Floribunda**
**#108**
**Burlingame, CA 94410**

**2.41.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Alexis Lee Rodgers**
**3117 Winward Ct**
**Norman, OK 73072**

**2.42.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Alfred B Guinn**
**1111 Seventh Street**
**Wichita Falls, TX 76301**

**2.43.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Alfred Davies, Jr.**
**13206 Woodthorpe**
**Austin, TX 78729**

**2.44.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Alica Gaby**
**3241 Donnelly Circle, Apt 1301**
**Fort Worth, TX 76107**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Alicia Kay Lanier** |
| | List the contract number of any government contract | **928 McCoy Drive**<br>**Irving, TX 75062** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Aline Liebert** |
| | List the contract number of any government contract | **2038 Tyler Lane**<br>**Louisville, KY 40205** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Allen Max and Judy A Ates** |
| | List the contract number of any government contract | **104 Sanchez Trail**<br>**Aledo, TX 76008** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Allene B Grigg** |
| | List the contract number of any government contract | **2215 Baltimore Circle**<br>**Lawton, OK 73501** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Alma Caswell Yager C/O Arbret Sue Yager** |
| | List the contract number of any government contract | **3424 Frankford**<br>**Apt 14E**<br>**Lubbock, TX 79407** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Alma Jean Taylor**<br>**4085 FM Rd 1810**<br>**Chico, TX 76431** |
|---|---|---|

Debtor 1  **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Alma Rae Elsom**<br>**3008 Garland St**<br>**Decatur, TX 76234** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Alpha Gose**<br>**101 W Lamar St**<br>**Alvord, TX 76225** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Alpha Inez Williams**<br>**139 FM 713**<br>**Rosanky, TX 78953** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Alta Mae Murphey**<br>**P.O. Box 334**<br>**Fairview, TN 37062** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Alta Mae Murphey**<br>**PO Box 334**<br>**Fairview, TN 37062** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number (*if known*) | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Althea Schwing Cointment** |
| | List the contract number of any government contract | **P.O. Box 422** <br> **Plaquemine, LA 70765** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Alvie Max Winegar and Alice Jean Winegar** |
| | List the contract number of any government contract | **416 E. Oak St.** <br> **Aledo, TX 76008** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Alvord Cemetery Assoc c/o Belva Garrett** |
| | List the contract number of any government contract | **614 Grand Oaks Ct** <br> **Alvord, TX 76225-6020** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Alyene Walker c/o Ronnie Walker** |
| | List the contract number of any government contract | **1933 Toler Trail** <br> **Garland, TX 75043** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Alyssa Banta** |
| | List the contract number of any government contract | **1400 Washington Avenue** <br> **Fort Worth, TX 76104** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ama-Lewis Investments, Inc.** |
| | List the contract number of any | **537 Kiowa Drive East** <br> **Lake Kiowa, TX 76240** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Amanda M. Jenkins** |
| | List the contract number of any government contract | **1217 Concho Drive**<br>**Benbrook, TX 76126** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Amber Davidson Wood** |
| | List the contract number of any government contract | **7713 Silverleaf Drive**<br>**N. Richland Hills, TX 76182** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **American National Insurance Co** |
| | List the contract number of any government contract | **2525 South Shore Blvd Suite 207**<br>**League City, TX 77573-2988** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Amir Oil Company** |
| | List the contract number of any government contract | **P.O. Box 925591**<br>**Houston, TX 77292-5591** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Amko Resources International LLC** |
| | List the contract number of any government contract | **2323 Mccue Road Suite 1809**<br>**Houston, TX 77056** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Amma A. Ross**<br>**10707 Overton Cir.**<br>**Houston, TX 77065** |
|---|---|---|

Debtor 1    **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

2.68. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Amtex Oil & Gas Inc Attn: Ron Tharp**
**12900 Preston Road Suite 800**
**Dallas, TX 75230**

2.69. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Amy Diane Allen Fullerton**
**P.O. Drawer 10687**
**Midland, TX 79702**

2.70. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Amy Hetzler**
**11825 Elko Ln.**
**Fort Worth, TX 76108**

2.71. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Amy Michelle Scroggin**
**P.O. Box 1648**
**Artesia, NM 88211**

2.72. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Amye Jean Burt**
**1520 Sugar Creek Drive**
**Carrollton, TX 75007**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Anastasia Law**<br>**149 Portales Dr.**<br>**Aledo, TX 76008** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Andrea Heaberg**<br>**400 Blue Sage Court**<br>**Irving, TX 75063** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Andrea Lanier Cox**<br>**616 Arcady Drive**<br>**Suite 407**<br>**Grapevine, TX 76051** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Andrea Thibodeaux Bodiford**<br>**10535 Rosedale Road**<br>**Port Allen, LA 70767** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Andrew D Sheetz**<br>**13021 Evanston St**<br>**Rockville, MD 20853-3028** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Andrew Dwayne Merritt**<br>**2116 Valerian Trail**<br>**Round Rock, TX 78665** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.79. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Andrew Edvar Thibodeaux Jr
14060 Greenwell Springs-Port Hudson Rd
Pride, LA 70770**

---

2.80. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Andrew Lionel Major
P.O. Box 108
Rosedale, LA 70772-0108**

---

2.81. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Aneita J. Weaver c/o Weaver Oil & Gas Co
4605 Post Oak Place Drive, #275
Houston, TX 77027**

---

2.82. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Angela Hill
P.O. Box 804
Aledo, TX 76008**

---

2.83. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Angela K. Allen
P.O. Drawer 10687
Midland, TX 79702**

---

2.84. State what the contract or
lease is for and the nature of
the debtor's interest

**Angela Kay Hector
3816 Cooper's Hawk Drive
Norman, OK 73072**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.85. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Anita Hancock & Ruth Ann Hancock**
**Box 344**
**Alvord, TX 76225-0344**

---

2.86. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Anita L. Walker**
**11303 Wakehurst Court**
**Bakersfield, CA 93311**

---

2.87. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Anita S. Wallace**
**4097 Kesler Drive**
**Arlington, TX 76017**

---

2.88. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Anita Tipton Individually and Executrix**
**11764 Old Fannette Rd**
**Beaumont, TX 77705**

---

2.89. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Ann Block**
**685 South Garfield Street**
**Denver, CO 80209**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **Aruba Petroleum, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*) **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.90.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ann E. Nobles
3984 U.S. Hwy 380
Decatur, TX 76234

**2.91.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ann Forman Swingler
5208 Ranch Road 962 East
Cypress Mill, TX 78663

**2.92.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ann King Spilger
5306 Westerdale Drive
Fulshear, TX 77411

**2.93.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ann Logan Spurlock Swearingen
387 Old Haw Creek Road
Asheville, NC 28805

**2.94.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ann Mercedes Ohlmeyer Dore
24010 Ferdinand Street
Plaquemine, LA 70764

**2.95.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Ann Rainey Haltom
8343 Douglas Avenue, Suite 370
Dallas, TX 75225

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## ▮ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ann Robertson**<br>**9013 Green Oaks Circle**<br>**Dallas, TX 75243** |
| | List the contract number of any government contract | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ann Rose Krumm**<br>**8303 Bucknell Drive**<br>**Tyler, TX 75703-5104** |
| | List the contract number of any government contract | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Anna Pauline Hart**<br>**6360 Pueblo Pass**<br>**San Angelo, TX 76901** |
| | List the contract number of any government contract | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Anne Carlton Hagelstein**<br>**427 E. Hildebrand Ave.**<br>**San Antonio, TX 78212** |
| | List the contract number of any government contract | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Anne Mahoney and Marc Mahoney**<br>**101 Oakcrest Hills Dr.**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Anne Taylor Van De Walle Robert H Van De**<br>**1308 Acord Road**<br>**Hondo, TX 78861** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Annette Ackley Rudolph** |
|  | List the contract number of any government contract | **221 Lakeshore Drive**<br>**Waxahachie, TX 75165** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Annette Weiland** |
|  | List the contract number of any government contract | **8233 Lakeview Circle**<br>**Lone Oak, TX 75453** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Anteon Exploration Inc** |
|  | List the contract number of any government contract | **2825 Rebel Drive**<br>**Bossier City, LA 71111** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Anthony Atkinson** |
|  | List the contract number of any government contract | **6730 CR 4154**<br>**Laneville, TX 75667** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Anthony C and Cherry D Wedgeworth** |
|  | List the contract number of any government contract | **116 Hidden Valley Drive**<br>**Aledo, TX 76008** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Anthony Energy Ltd.**<br>**7900 Monticello Drive**<br>**Granbury, TX 76049** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Anthony Energy, Ltd**<br>**7900 Monticello Drive**<br>**Granbury, TX 76049** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Anthony Kosse**<br>**3817 Fairfax Dr.**<br>**Bedford, TX 76021** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Anthony Len Wells**<br>**P.O. Box 652**<br>**Graham, TX 76450-0652** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Antonie McGregory**<br>**7010 South FM Road 5**<br>**Aledo, TX 76008-4712** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **April Shae Perry**<br>**14019 Windwood Falls Lane**<br>**Humble, TX 77396-1587** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ardyce Peck** |
| | List the contract number of any government contract | **2207 De Verne Street**<br>**Austin, TX 78704-3929** |

---

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Arlie and Connie Oliver** |
| | List the contract number of any government contract | **1305 Gerry Drive**<br>**Aledo, TX 76008** |

---

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Arnold Burris** |
| | List the contract number of any government contract | **7020 Jay Lane**<br>**Azle, TX 76020** |

---

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Arnold N. Sweet Trust Harold & Arnold Sw** |
| | List the contract number of any government contract | **7278 Ashington**<br>**Dallas, TX 75225** |

---

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Arron J. Moore et ux, Kannan Y. Moore** |
| | List the contract number of any government contract | **218 Scenic Dr.**<br>**Aledo, TX 76008** |

---

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Arthur & Shirley Lovett**<br>**P.O. Box 221**<br>**Alma, AR 72921-0221** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number (*if known*) | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Arthur B. McLemore and Betty J. McLemore |
| | List the contract number of any government contract | 417 Pecan Dr. Aledo, TX 76008 |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Arthur L. Bonwell, III |
| | List the contract number of any government contract | 799 W. Oak Dr. Apt. D5 Cookeville, TN 38501-3772 |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Aruba Petroleum Inc |
| | List the contract number of any government contract | 555 Republic Drive, Suite 505 Plano, TX 75074 |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Arvil and Joyce Jackson |
| | List the contract number of any government contract | 900 Jenkins Rd Aledo, TX 76008 |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Ashlee Davidson Britting |
| | List the contract number of any government contract | 7012 Serrano Drive Forth Worth, TX 76126 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.124.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ashley Cameron Upham**
**P. O. Box 940**
**Mineral Wells, TX 76068**

**2.125.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Atlas OBO Energy LP**
**15603 Kuykendahl**
**Suite 200**
**Houston, TX 77090-3655**

**2.126.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Audrey G Johnson**
**9808 Copper Hill Rd.**
**St. Louis, MO 63124**

**2.127.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Audrey Lee Watkins**
**226 Post Oak Drive**
**Whitney, TX 76692**

**2.128.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Audrey Slough**
**542 N Pagosa Blvd.**
**Pagosa Springs, CO 81147**

**2.129.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Auralia P Wren**
**1006 Trinity Street**
**Decatur, TX 76234**

Debtor 1   **Aruba Petroleum, Inc.**                                          Case number *(if known)*   **16-42121**

_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Aurora Hebert** |
| | List the contract number of any government contract | **P.O. Box 8256**<br>**Seminole, FL 33775** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Avery Helm** |
| | List the contract number of any government contract | **2069 Golf Avenue**<br>**Tempe, AZ 85282** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Avery W and Kimberly A Davis** |
| | List the contract number of any government contract | **108 Hidden Valley Drive**<br>**Aledo, TX 76008** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Avy Joseph Thibodeaux** |
| | List the contract number of any government contract | **415 V & A Street**<br>**Denham Springs, LA 70726** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **AWS Wireline Services Inc Attn: Donnie A** |
| | List the contract number of any government contract | **1101 Highway 180 West**<br>**Albany, TX 76430** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **B. J. Waters**<br>**P. O. Box 720970**<br>**Dallas, TX 75372-0970** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
    government contract

_____

---

2.136.    State what the contract or
    lease is for and the nature of
    the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Bacone College**
**2299 Old Bacone Road**
**Muskogee, OK 74403**

---

2.137.    State what the contract or
    lease is for and the nature of
    the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Baloney Feathers, LTD**
**PO Box 1586**
**Lubbock, TX 79408**

---

2.138.    State what the contract or
    lease is for and the nature of
    the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Balthrop #2 Joint Venture**
**17304 Preston Rd Suite 700**
**Dallas, TX 75252-5697**

---

2.139.    State what the contract or
    lease is for and the nature of
    the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Baptist Church of Weatherford**
**306 Palo Pinto St**
**Weatherford, TX 76086**

---

2.140.    State what the contract or
    lease is for and the nature of
    the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Baptist Foundation Of Texas**
**1601 Elm Street**
**Suite 1700**
**Dallas, TX 75201-7241**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.141.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Barbara Ann Alt**
**1951 Patricia Lane**
**Pacific, MO 63069**

**2.142.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Barbara B Morris**
**277 West 11 Street, #3D**
**New York, NY 10014**

**2.143.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Barbara Bauserman c/o Mathew M. Bauserma**
**701 East Byrd St. 17th Floor**
**Richmond, VA 23219**

**2.144.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Barbara Davidson**
**1806 CR 4411**
**Reklaw, TX 75784**

**2.145.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Barbara Gene Fowler**
**21078 Hwy 38**
**Kentwood, LA 70444**

**2.146.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Barbara Graham**
**1105 Serenada Lane**
**Richardson, TX 75081**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Barbara Hellman Johnson**
**6300 Inca Road**
**Fort Worth, TX 76116**

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Barbara Jackson**
**124 Fieldstone Place**
**Cleveland, TN 37312**

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Barbara Jean  Pickard**
**2001 Wood Trail**
**Wudco Properties**
**Azle, TX 76020**

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Barbara June Steilwart**
**1229 North Creek**
**Saginaw, TX 76179**

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Barbara L Harberts**
**22116 Iron Knoll Dr.**
**Kingswood, TX 77339**

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|

**Barbara Lee Upham**
**P. O. Box 940**
**Mineral Wells, TX 76068**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

---

| **2.153.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Barbara Lynn Cagle Bell**<br>**2622 Claremont Drive**<br>**Grand Prairie, TX 75052** |

---

| **2.154.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Barbara M. Moore**<br>**4604 Erie Dr.**<br>**Midland, TX 79703** |

---

| **2.155.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Barbara McKenzie**<br>**113 Westgate Drive**<br>**Aledo, TX 76008** |

---

| **2.156.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Barbara Mulhall**<br>**2765 Cherry Ave**<br>**Ontario, CA 91761** |

---

| **2.157.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Barbara Nichols**<br>**129 Roberts St.**<br>**Aledo, TX 76008** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Barbara Oros** |
| | List the contract number of any government contract | **724 Suzanne Dr.**<br>**Sandwich, IL 60548** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Barbara Pigg Evartt** |
| | List the contract number of any government contract | **4016 Westmont Ct.**<br>**Bedford, TX 76021-2736** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Barbara Ruth Medley Life Estate** |
| | List the contract number of any government contract | **5014 Elms Court**<br>**Granbury, TX 76049** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Barbara Sigler Robinson** |
| | List the contract number of any government contract | **621 Roberts Road**<br>**Alvord, TX 76225** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Barbara Wright** |
| | List the contract number of any government contract | **812 W. Oregon Street**<br>**Seymour, TX 76380** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Barbara Yarbrough Mciver** |
| | List the contract number of any | **P.O. Box 1447**<br>**Huntington, TX 75949** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Barbra L. McRaney**<br>**302 Quite Valley Drive**<br>**Coppell, TX 75019** |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Barnett Exploration Inc.**<br>**903 Glen Rose Drive**<br>**Allen, TX 75013** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Barney B. Holland**<br>**3647 Encanto Dr.**<br>**Fort Worth, TX 76109-3545** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Barry A Durham**<br>**144 Gibson Ln**<br>**Valley View, TX 76272** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Basin Fuels LLC**<br>**P.O. Box 478**<br>**Weatherford, TX 76086** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Basin Oil & Gas LLC**<br>**P.O. Box 470444**<br>**Fort Worth, TX 76147** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract    _____

---

2.170.   State what the contract or
         lease is for and the nature of
         the debtor's interest

    State the term remaining

    List the contract number of any       **Bassett California Company**
        government contract                **6213 Turnberry Drive**
                                           **Fort Worth, TX 76132**

---

2.171.   State what the contract or
         lease is for and the nature of
         the debtor's interest

    State the term remaining

    List the contract number of any       **Baxsto, LLC**
        government contract                **PO Box 302857**
                                           **Austin, TX 78703**

---

2.172.   State what the contract or
         lease is for and the nature of
         the debtor's interest

    State the term remaining

    List the contract number of any       **Beatrice Schmidzinsky**
        government contract                **120 John St.**
                                           **Aledo, TX 76008**

---

2.173.   State what the contract or
         lease is for and the nature of
         the debtor's interest

    State the term remaining

    List the contract number of any       **Beau & Cynthia Y Chambo**
        government contract                **1556 Harrington Drive**
                                           **Plano, TX 75075**

---

2.174.   State what the contract or
         lease is for and the nature of
         the debtor's interest

    State the term remaining

    List the contract number of any       **Belinda Woodruff**
        government contract                **3533 W. Lambert Road**
                                           **Weatherford, TX 76088**

---

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.175.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ben & Barbara Peace**
**407 CR 1590**
**Alvord, TX 76225**

**2.176.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ben Ed and Patsy Hale**
**Box 274**
**Aledo, TX 76008**

**2.177.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ben I. Waters, Jr.**
**700 Hogan Drive**
**Conroe, TX 77302**

**2.178.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ben K Drake**
**3801 Minot Ave.**
**Fort Worth, TX 76133**

**2.179.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ben Richard Boyd**
**189 E Camp**
**New Braunfels, TX 78130-4411**

**2.180.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Ben Richard Taylor Living Trust**
**PO Box 101266**
**Fort Worth, TX 76185**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
<u>First Name</u>          <u>Middle Name</u>          <u>Last Name</u>

Case number (*if known*)    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.181.    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Benigno J. and Herlinda Paredes**
**524 East Oak**
**Aledo, TX 76008**

---

2.182.    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Benjamin and Marion Lewark**
**1200 Pete Drive**
**Aledo, TX 76008**

---

2.183.    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Benjamin C. Bailey c/o Marion D Bailey**
**655 Riverside Dr. #607**
**Memphis, TN 38103-4623**

---

2.184.    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Benjamin Jarvis**
**326 S Fannin Avenue**
**Tyler, TX 75702-7320**

---

2.185.    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Benjiman Leroy Reed, Jr.**
**10623 W. 73rd Street**
**Sapulpa, OK 74066**

---

2.186.    State what the contract or lease is for and the nature of the debtor's interest

**Bennett A. Boone**
**106 Cynthia Ann Parker Ln.**
**Weatherford, TX 76087**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **BENNETT WALTER R JR TUW FBO BEVERLY ELIZ**<br>**Wells Fargo Bank - SAO**<br>**P.O. Box 41779**<br>**Austin, TX 78704** |
| | List the contract number of any government contract | |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **BENNETT WALTER R JR TUW FBO WALTER EVANS**<br>**Wells Fargo Bank - SAO**<br>**P.O. Box 41779**<br>**Austin, TX 78704** |
| | List the contract number of any government contract | |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bennie D & Marijon M Rutherford**<br>**575 CR 2646**<br>**Decatur, TX 76234** |
| | List the contract number of any government contract | |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bennie Jane Moyers Garcia**<br>**1542 Cuba Rd**<br>**Bridgeport, TX 76426** |
| | List the contract number of any government contract | |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bennie R Wallace**<br>**5206 Ledgestone Drive**<br>**Ft. Worth, TX 76132** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.192.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Bernabe E. Sanchez
2101 E. Kearney Str. #4
Laredo, TX 78043

---

**2.193.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Bernie Todd Smith C/O Travis Property Ma
P.O. Box 56429
Houston, TX 77256-6429

---

**2.194.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Bertie Price Morton
11017 Spruce Drive North
La Porte, TX 77571-4487

---

**2.195.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Bessie L. Johnson
2315 Yale Avenue
Wichita Falls, TX 76301-6311

---

**2.196.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Beth Butler Vogelsang
P.O. Box 1106
Rosenberg, TX 77471

---

**2.197.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

Bettie Carolyn Carr
2200 Bryce Cove
Nashville, TN 37211

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
|  | government contract |  |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Bettie Jo Mayhugh** |
| | List the contract number of any government contract | **376 Theresa Dr**<br>**Graham, TX 76450** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Bettigene R. Wiley** |
| | List the contract number of any government contract | **2436 Almira Ave**<br>**Fullerton, CA 92831** |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Betty Bohning Gibbons** |
| | List the contract number of any government contract | **8511 Edgemere Road**<br>**# 301**<br>**Dallas, TX 75225** |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Betty Bornefeld Nicolle** |
| | List the contract number of any government contract | **160 Live Oak Road**<br>**Newport, NC 28570** |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Betty Edwards** |
| | List the contract number of any government contract | **Route 2, Box 274**<br>**Raymondville, TX 78580** |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Betty Fitzgerald Life Estate c/o Mark an**<br>**7600 Ambassador Row**<br>**Dallas, TX 75247** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

---

2.204.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Betty Grayson Sherman**
**411 Bistineau Lake Rd**
**Ringgold, LA 71068**

---

2.205.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Betty H Davis**
**3902 Bettes Lane**
**Abilene, TX 79606-4122**

---

2.206.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Betty Hawley**
**7832 Hermanson Place NE**
**Albuquerque, NM 87110**

---

2.207.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Betty J. Atkins**
**1104 S Stratton St**
**Decatur, TX 76234**

---

2.208.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Betty Jane Hebert**
**58650 St Clement Ave**
**Plaquemine, LA 70764**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.209.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Betty Jean Booth**
**5625 Whitman**
**Fort Worth, TX 76133**

---

**2.210.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Betty Jean Thornton**
**11517 Eagle Vista Drive**
**Fort Worth, TX 76179**

---

**2.211.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Betty Joan Sears**
**1304 N. Milan**
**Fredericksburg, TX 78624**

---

**2.212.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Betty Johnston**
**5920 Elizabeth Nicole Lane, Apt. 2604**
**Fort Worth, TX 76119**

---

**2.213.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Betty Joyce Pendergast**
**12020 De Or Drive**
**Dallas, TX 75230**

---

**2.214.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Betty Joyce Prendergast**
**12020 De Or Drive**
**Dallas, TX 75230**

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Betty K Dupont**<br>**62400 Belleview Dr**<br>**Palquemine, LA 70764** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Betty L Hicks**<br>**203 B Street Northwest**<br>**Ardmore, OK 73401** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Betty Lynn Hughes**<br>**3311 Edgemont**<br>**Midland, TX 79707** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Betty Noel Mills**<br>**PO Box 280**<br>**Weatherford, TX 76086** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Betty Parr Sands**<br>**5129 Maryanna Way**<br>**Ft Worth, TX 76180-6965** |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Betty R. Bunting**<br>**3311 Edgemont Dr**<br>**Midland, TX 79707-4215** |
|---|---|---|

Debtor 1   **Aruba Petroleum, Inc.**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Betty Rumbo**<br>**2113 Yosemite Court**<br>**Fort Worth, TX 76112** |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Betty Smith**<br>**5404 E BankHead Hwy**<br>**Weatherford, TX 76087** |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Betty Smith**<br>**112 S. Delmonte Drive E.**<br>**Conroe, TX 77301** |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Betty Sue Benison**<br>**3817 Brookhaven Circle**<br>**Fort Worth, TX 76109-3333** |

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Betty Sue Law**<br>**PO Box 2248**<br>**Albany, TX 76430** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.226.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Bettye Ellen Edgington**
**1208 Cliffwood Rd**
**Euless, TX 76040**

---

**2.227.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Beulah Beatrice Cole**
**512 Alex Street**
**Saginaw, TX 76179**

---

**2.228.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Beverly Ann Duncan**
**2129 Shumard Lane**
**Flower Mound, TX 75028**

---

**2.229.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Beverly Hart Burklow**
**P.O. Box 640**
**Monahans, TX 79756**

---

**2.230.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Beverly Hellman Cardona**
**Bellaire Ranch Dr**
**Fort Worth, TX 76109**

---

**2.231.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Beverly Musick Hammond**
**9365 Greenbriar**
**Baton Rouge, LA 70815**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **BGT Minerals, LLC** |
| | List the contract number of any government contract | **P.O.Box 9**<br>**Aledo, TX 76008** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **BHCH Minerals, Ltd.** |
| | List the contract number of any government contract | **5111 Broadway**<br>**San Antonio, TX 78209-5709** |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Big Sky Mineral Trust Serena B. Kyndysek** |
| | List the contract number of any government contract | **PO Box 3788**<br>**Arlington, TX 76007** |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bill A Williamson** |
| | List the contract number of any government contract | **812 Green Brook**<br>**Allen, TX 75002** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bill Bogle** |
| | List the contract number of any government contract | **777 Main Street**<br>**Suite 1800**<br>**Fort Worth, TX 76102** |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Bill Poer**<br>**5713 Pecan Place Dr**<br>**Mckinney, TX 75071** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

2.238. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Bill Williamson
812 Green Brook Dr
Allen, TX 75002**

2.239. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billa Stovall Willis
6919 Townbluff Drive
Dallas, TX 75248**

2.240. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billie J Griffith
5930 Birchbrook, # 109
Dallas, TX 75206**

2.241. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billie J Shaw Bell
PO Box 95
Aledo, TX 76008**

2.242. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billie Jean Williams
2510 West Highway 82
Gainesville, TX 76240**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.243.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billie Jean Williams
2510 West Highway 82
Gainesville, TX 76240**

**2.244.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billie Marie Cook
514 Montague St
Nocona, TX 76255**

**2.245.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billie Perrin
PO Box 932
Decatur, TX 76234**

**2.246.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billie Rae Hanley
200 Meadow Lane Drive
Aledo, TX 76008**

**2.247.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billie Ruth Bledsoe
19414 Wood Village Lane
Houston, TX 77084**

**2.248.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Billy A Gilliland
500 South Taylor Lb 249
Amarillo, TX 79101**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Billy Bateman**<br>**2089 A CR 320**<br>**Frankston, TX 75763** |

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Billy C. Tage**<br>**1779 CR 2644**<br>**Decatur, TX 76234** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Billy Carl Boyd**<br>**6122 Buffalo Speedway**<br>**Houston, TX 77005** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Billy D Pigg**<br>**214 Wisteria**<br>**Mansfield, TX 76063-1838** |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Billy Deane Glenn**<br>**108 Endive Ct.**<br>**Weatherford, TX 76088** |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **Billy Don Caswell**<br>**Rr 2 Box 35**<br>**Sunset, TX 76270** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

---

2.255.    State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Billy Don Coursey
2176 Cuba Road
Bridgeport, TX 76426**

---

2.256.    State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Billy F. Waters
P. O. Box 720970
Dallas, TX 75372-0970**

---

2.257.    State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Billy J Black
P.O.Box 1028
Aledo, TX 76008**

---

2.258.    State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Billy Jack Maxwell Trustee
1276 FM 1204
Decatur, TX 76234**

---

2.259.    State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Billy Jean Williams
2510 W Highway 82
Gainesville, TX 76240**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.260.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billy Joe Campbell**
**8243 W Hodges**
**Dallas, TX 75217**

---

2.261.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billy Joe Wren**
**439 Barker Dr**
**Hurst, TX 76054**

---

2.262.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billy K Lynch**
**638 Bryan Rd**
**Sunset, TX 76270**

---

2.263.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billy R Ince**
**1422 Cuba Road**
**Bridgeport, TX 76426**

---

2.264.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Billy Raymond Harrison**
**265 Tanner Michael Dr**
**Bakersfield, CA 93308**

---

2.265.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Black Stone Mineral Company LP**
**1001 Fannin**
**Suite 2020**
**Houston, TX 77002**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Blacklands Investment Corporation** |
| | List the contract number of any government contract | **PO Box 782**<br>**Aledo, TX 76008** |

| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Blackstone Resources III-B LP** |
| | List the contract number of any government contract | **1001 Fannin**<br>**Suite 2020**<br>**Houston, TX 77002** |

| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Blairbax Energy, LLC** |
| | List the contract number of any government contract | **815-A Brazos Street #491**<br>**Austin, TX 78701** |

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Blake Rivers Smith** |
| | List the contract number of any government contract | **PO Box 10**<br>**Frankston, TX 75763** |

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Blake Webb Andrews Trust** |
| | List the contract number of any government contract | **1715 North Wolcott Avenue**<br>**Chicago, IL 60622** |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Blanco-D Trust**<br>**12214 Gaylawood Drive**<br>**Houston, TX 77066** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Blue Oil & Gas Company** |
| | List the contract number of any government contract | **1861 E US 74 Hwy** **Hamlet, NC 28345** |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Blue Waters Energy Partners, LP** |
| | List the contract number of any government contract | **PO Box 149** **Graham, TX 76450** |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Blythe Stratton** |
| | List the contract number of any government contract | **527 Hill Street** **#1** **Santa Monica, CA 90405** |

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **BMB White Inc** |
| | List the contract number of any government contract | **326 Elm St** **Hereford, TX 79045** |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bob Bowen** |
| | List the contract number of any government contract | **Route 2, Box 40** **Saginaw, TX 76179** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bob Leonard Royalties, Ltd.** |
| | List the contract number of any government contract | **P.O. Box 1718**<br>**Ft. Worth, TX 76101** |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bob Nuttall** |
| | List the contract number of any government contract | **PO Box 1193**<br>**Weatherford, TX 76086** |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bobbie Ellen Roberts** |
| | List the contract number of any government contract | **501 Samuels Ave**<br>**Fort Worth, TX 76102** |

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bobbie Freda Hartin** |
| | List the contract number of any government contract | **P.O. Box 373**<br>**Caney, KS 67333** |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bobbie Jo and Jerry Ruth Ballard** |
| | List the contract number of any government contract | **200 Hidden Valley Drive**<br>**Aledo, TX 76008** |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bobbie Lee Foster** |
| | List the contract number of any | **1405 S Church**<br>**Decatur, TX 76234** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|---|---|
| | First Name | Middle Name | | Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bobbie Sue Jones** |
| | List the contract number of any government contract | **101 N 9th St.**<br>**Sanger, TX 76266-4656** |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bobby & Kerri Capps** |
| | List the contract number of any government contract | **312 Sandra Lane**<br>**Aledo, TX 76008** |

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bobby Addison** |
| | List the contract number of any government contract | **8000 Ellis Dr.**<br>**Weatherford, TX 76088** |

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bobby D. and/or Robbie G. Eason** |
| | List the contract number of any government contract | **13300 FM 2210 E.**<br>**Bridgeport, TX 76426-5610** |

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bobby Faulks** |
| | List the contract number of any government contract | **601 W Eula St.**<br>**Hollis, OK 75350** |

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | **Bobby Gene Thornton**<br>**11517 Eagle Vista Drive**<br>**Ft. Worth, TX 76179** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract
_____

---

2.289.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Bobby Holman**
**303 E Summit Ave.**
**Electra, TX 76360**

---

2.290.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Bobby John Greenwood**
**P.O. Box 301**
**Alvord, TX 76225**

---

2.291.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Bobby Lee Wren**
**1076 Easy St**
**Grapevine, TX 76051**

---

2.292.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Bobbylea Fortenberry Lindley c/o Jim Bax**
**5660 Jamaica Circle**
**N. Richland Hills, TX 76180**

---

2.293.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**BOKF, NA, Agent for Hendrix College #628**
**P. O. Box 1588**
**Tulsa, OK 74101-1588**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Boulevard Associates LLC** |
| | List the contract number of any government contract | **700 Universe Boulevard** |
| | | **Juno Beach, FL 33408** |

| 2.295. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **BPR Enterprises, LLC** |
| | List the contract number of any government contract | **10303 East Bankhead Hwy.** |
| | | **Ste. 103** |
| | | **Aledo, TX 76008** |

| 2.296. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brack Rhodes** |
| | List the contract number of any government contract | **4831 Tin Top Road** |
| | | **Weatherford, TX 76087** |

| 2.297. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brad McDavid** |
| | List the contract number of any government contract | **PO Box 1119** |
| | | **Aledo, TX 76008** |

| 2.298. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brad S and Desta L Sherrod** |
| | List the contract number of any government contract | **P.O.Box 1323** |
| | | **Aledo, TX 76008** |

| 2.299. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brad Taylor Properties LP c/o Hugo Nauma** |
| | List the contract number of any | **126 Top Flight Dr.** |
| | | **Weatherford, TX 76087** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number (*if known*) | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Braden Exploration LLC**<br>**307 W 7th Street, Suite 1300**<br>**Fort Worth, TX 76102** |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bradley Duain and Joanna Rae Burney**<br>**521 E Oak St**<br>**Aledo, TX 76008-4343** |

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bradley Forrest Sills**<br>**13401 E. Dove Hill Street**<br>**Derby, KS 67037** |

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bradley James Toomey**<br>**5239 Mercier St**<br>**Kansas City, MO 64112** |

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bradley Nobile**<br>**583 N Johnson Loop**<br>**Montague, TX 76251** |

| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | **Bradley Producing Corp**<br>**313 N Main St**<br>**Wellsville, NY 14895-1016** |
|---|---|---|

Debtor 1    **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-42121**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brandii Barclay** |
| | List the contract number of any government contract | **P.O. Box 82**<br>**Alvord, TX 76225-0082** |

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brandor Petroleum Company** |
| | List the contract number of any government contract | **4123 LaPlace Dr.**<br>**Dallas, TX 75220** |

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brant Hawkins** |
| | List the contract number of any government contract | **1909 9th Street**<br>**Bridgeport, TX 76426** |

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brenda J Hogue** |
| | List the contract number of any government contract | **310 McFarland Ranch Road**<br>**Aledo, TX 76008** |

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brenda Jann Grayson Bennett** |
| | List the contract number of any government contract | **2141 Country Club Trail #123**<br>**Lake Charles, LA 70605** |

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name    Middle Name    Last Name

Case number (*if known*)  **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.311.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Brenda Kay Sheeley**
**8420 Raymond Ave.**
**Fort Worth, TX 76108**

---

**2.312.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Brenda Lankford**
**4114 Thomas Avenue**
**Wichita Falls, TX 76308**

---

**2.313.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Brenda Mae Lockett**
**23121 Adler Trail**
**Grand Prairie, TX 75052**

---

**2.314.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Brenda Stewart**
**5412 Lake View Drive**
**Granbury, TX 76048**

---

**2.315.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Brenda Sustala**
**120 Links Lane**
**Aledo, TX 76008**

---

**2.316.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any
_____

**Brenda Wallace**
**12513 NE 197th Ct.**
**Bothell, WA 98011**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Brendy Browne Kilber**<br>**890 Little Ranches Road**<br>**Wimberley, TX 78676** |

| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Brennan Pinkerton**<br>**6905 Camino Ct**<br>**Fort Worth, TX 76126** |

| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Brent  A. Gough**<br>**313 N. FM Rd. 1187**<br>**Aledo, TX 76008** |

| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Brent Barker**<br>**13901 Midway, #102-221**<br>**Dallas, TX 75224** |

| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Brett and Karie Bearden**<br>**785 Jenkins Rd.**<br>**Aledo, TX 76008** |

| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | **Brett G. Taylor**<br>**P.O. Box 9**<br>**Aledo, TX 76008** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.323. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brett G Taylor, Trustee Brett G Taylor** |
| | List the contract number of any government contract | **PO Box 9**<br>**Aledo, TX 76008** |

| 2.324. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brian David Rhodes** |
| | List the contract number of any government contract | **7031 CR 176**<br>**Stephenville, TX 76401** |

| 2.325. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brian Jones** |
| | List the contract number of any government contract | **209 Scenic Drive**<br>**Aledo, TX 76008** |

| 2.326. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brian M Wrinkle and Shelly A. Wrinkle** |
| | List the contract number of any government contract | **303 Howard Way Dr.**<br>**Aledo, TX 76008** |

| 2.327. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brian Turner** |
| | List the contract number of any government contract | **2600 CR 248**<br>**Georgetown, TX 78633** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brien C and Phyllis Johnson** |
| | List the contract number of any government contract | **148 Deer Creek Drive** **Aledo, TX 76008** |

| 2.329. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Britt Eason** |
| | List the contract number of any government contract | **13290 FM 2210 East** **Bridgeport, TX 76426** |

| 2.330. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Brooke B. Bass** |
| | List the contract number of any government contract | **3461 Shenandoah St.** **Dallas, TX 75205** |

| 2.331. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Browning Childrens Management Trust** |
| | List the contract number of any government contract | **P.O. Box 2271** **Vernon, TX 76385** |

| 2.332. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bruce Allen Rozelle** |
| | List the contract number of any government contract | **5820 Demott Avenue** **Commerce City, CO 80222** |

| 2.333. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bruce HC Hill** |
| | List the contract number of any | **5111 Broadway** **San Antonio, TX 78209-5709** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**
　　　　First Name　　Middle Name　　Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.334. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Bruce Hecht**<br>**5950 Berkshire Lane Suite 500**<br>**Dallas, TX 75225** |

| 2.335. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Bruce Kenison Bornefeld**<br>**101 Avant Lane**<br>**Port Arthur, TX 77642** |

| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Bruce Moore**<br>**102 Deer Creek Dr**<br>**Aledo, TX 76008-3900** |

| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Bruce Moore**<br>**144 County Road 1745**<br>**Laguna Park, TX 76634** |

| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Bruce Smith and Pamela Smith**<br>**481 Pecan Dr.**<br>**Burleson, TX 76028** |

| 2.339. | State what the contract or lease is for and the nature of the debtor's interest | **Bryan & Kyndall Cunningham**<br>**10198 Sunridge Drive**<br>**Benbrook, TX 76126-9512** |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.340. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Bryan Curtis Miller**<br>**4255 Peppermill Lane**<br>**Dallas, TX 75287** |

| 2.341. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Bryant Hainey**<br>**3813 Hibbs Street**<br>**Plano, TX 75025-4381** |

| 2.342. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Buckle Energy, LLC**<br>**12900 Preston Road**<br>**Suite 800**<br>**Dallas, TX 75230** |

| 2.343. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Budd & Diane Aven 1990 Trust**<br>**4649 Quartz Hill Road**<br>**Lancaster, CA 93536** |

| 2.344. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Buddy & Lora Cotton**<br>**100 Gilley Lane**<br>**Azle, TX 76020** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.345.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Buddy and Barbara Martin Revocable Trust**
**PO Box 341**
**Van Horn, TX 79855**

---

**2.346.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Buddy Chapman**
**566 CR 4898**
**Springtown, TX 76082**

---

**2.347.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Buffalo Bay Inc**
**307 East Third Street**
**Burkburnett, TX 76354**

---

**2.348.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Buffy Energy, LLC**
**PO Box 1649**
**Austin, TX 78767**

---

**2.349.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Bullock Interests II LLC**
**P.O. Box 66953**
**Baton Rouge, LA 70891**

---

**2.350.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Bunita Woods**
**2548 CR 4680**
**Boyd, TX 76023**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**
First Name    Middle Name    Last Name

Case number (*if known*)  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Burke Oil & Gas, LLC c/o Sean C. Burke** |
| | List the contract number of any government contract | **PO Box 1175** **Aledo, TX 76008** |

| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Burke Oil Company, LLC c/o AAron S. Burk** |
| | List the contract number of any government contract | **PO Box 784** **Aledo, TX 76008** |

| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Burke T. Edwards c/o BTE Energy LLC** |
| | List the contract number of any government contract | **3001 Ranch Road 620, Suite 321** **Austin, TX 78738** |

| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Burlington Resources Oil & Gas Company L** |
| | List the contract number of any government contract | **PO Box 7500** **Bartlesville, OK 74005** |

| 2.355. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Burt Family Trust John or Carlene Burt T** |
| | List the contract number of any government contract | **832 Thompson Rd.** **Weatherford, TX 76087** |

| 2.356. | State what the contract or lease is for and the nature of the debtor's interest | **Burwell J Thompson Jr** **1244 West 4th Ave** **Corsicana, TX 75110** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
            First Name        Middle Name        Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.357. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Burwell J Thompson Jr., Trustee** |
| | List the contract number of any government contract | **1244 West 4th Ave**<br>**Corsicana, TX 75110** |

| 2.358. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Byron Carroll Johnston** |
| | List the contract number of any government contract | **4205 Ember Lane**<br>**Deer Park, TX 77563** |

| 2.359. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Byron Lynn Evans** |
| | List the contract number of any government contract | **2634 Beechmont Drive**<br>**Dallas, TX 75228** |

| 2.360. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **C B Moncrief Oil & Gas LLC Moncrief Buil** |
| | List the contract number of any government contract | **950 Commerce Street**<br>**Fort Worth, TX 76102-5418** |

| 2.361. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **C David Crockett** |
| | List the contract number of any government contract | **1206 North Main Street**<br>**Meridian, TX 76665** |

Debtor 1    **Aruba Petroleum, Inc.**
      First Name      Middle Name      Last Name

Case number (*if known*)    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.362.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**C R Upham, Jr., Trustee Ida Irene Upham**
**PO Box 940**
**Mineral Wells, TX 76068**

---

**2.363.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**C. B. Moncrief**
**Moncrief Bldg.**
**950 Commerce St.**
**Ft. Worth, TX 76102-5418**

---

**2.364.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**C. L. Gage, Jr.**
**PO Box 167**
**Decatur, TX 76234**

---

**2.365.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**C. Taylor Pruitt Trust**
**3746 Weeburn Dr.**
**Dallas, TX 75229-2715**

---

**2.366.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**C.A. McLarty III**
**P.O. Box 3274**
**Flint, TX 75762**

---

**2.367.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**C.M. and Damaris McClendon**
**2301 Capri Drive**
**Fort Worth, TX 76114**

Debtor 1    **Aruba Petroleum, Inc.**
  First Name            Middle Name            Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.368.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**C.R. Upham, III Custodian for Olivia Bec**
**PO Box 940**
**Mineral Wells, TX 76068**

2.369.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**C.Warren and Susan L. Pearson**
**200 South FM Road 1187**
**Aledo, TX 76008**

2.370.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CAJJ Limited Liability Company**
**P.O. Box 1863**
**Lake Charles, LA 70602**

2.371.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Calbert Development Co LP**
**1715 9Th Street**
**Wichita Falls, TX 76301**

2.372.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Calvin Hunter**
**PO Box 269**
**Big Pine, CA 93513**

2.373.  State what the contract or lease is for and the nature of the debtor's interest

**Calvin W. Taylor**
**PO Box 327**
**Alma, CO 80420**

Debtor 1   **Aruba Petroleum, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract _____ | |
| **2.374.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Calvin Wayne Woolaver**<br>**4897 Knight Lane**<br>**Krum, TX 76249** |
| **2.375.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Cameron Mccall**<br>**777 E 15Th Street**<br>**Plano, TX 75074** |
| **2.376.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Cameron Venable**<br>**2089 Wembley Place**<br>**Oviedo, FL 32765** |
| **2.377.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Cammi Pate**<br>**2952 Lavell**<br>**Wichita Falls, TX 76308** |
| **2.378.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Cammy S Terrell**<br>**1160 CR 1770**<br>**Chico, TX 76431** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number (*if known*) | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.379. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Cammy Terrell**
**1160 CR 1770**
**Chico, TX 76431**

| 2.380. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Cannco LLC**
**P.O. Box 460609**
**Glendale, CO 80246**

| 2.381. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Carburante Land Mgmt LLC**
**1475 Heritage Parkway**
**Suite 301**
**Mansfield, TX 76087**

| 2.382. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Cari Joyce Pearlman**
**605 Regency Crossing**
**Southlake, TX 76092**

| 2.383. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Carl & Linda Montgomery**
**109 East Cherry Drive**
**Azle, TX 76020**

| 2.384. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any |

**Carl B. Seashore**
**4003 E. Durant Ct**
**Wilmington, NC 28412-7446**

Debtor 1    **Aruba Petroleum, Inc.**
      First Name      Middle Name      Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

      government contract

---

2.385.   State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Carl F Allen
1135 Chattahoochee Avenue NW
Suite 101
Atlanta, GA 30318**

---

2.386.   State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Carl Haedge III
10000 Ancient Crest Circle, Apt 10101
Franklin, TN 37067**

---

2.387.   State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Carl J Kunasek
8156 Sunnyside Dr
Scottsdale, AZ 85260-5680**

---

2.388.   State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Carl V. and Toni G. Strukely
5729 Carb Drive
Fort Worth, TX 76114**

---

2.389.   State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Carl W and Fern Green
310 E. Oak Street
Aledo, TX 76008-4341**

---

2.390.   State what the contract or lease is for and the nature of the debtor's interest

**Carmelita Hogan
PO Box 2176
Granbury, TX 76048**

Debtor 1   **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.391. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carol Alison Masure Life Estate**<br>**2520 Timbercreek Drive**<br>**Plano, TX 75075** |
| | List the contract number of any government contract | |

| 2.392. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carol Ann Brady Buchanan**<br>**9630 Shady Dale Ln.**<br>**Dallas, TX 75238** |
| | List the contract number of any government contract | |

| 2.393. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carol Ann Lange**<br>**11838 Caprock Canyons LN #A**<br>**Sugar Land, TX** |
| | List the contract number of any government contract | |

| 2.394. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carol Ann Reeves, Trustee of the Reeves**<br>**2511 East Rocky Slope Drive**<br>**Phoenix, AZ 85048** |
| | List the contract number of any government contract | |

| 2.395. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carol Ann Sinclair**<br>**13821 FM 1740**<br>**Wichita Falls, TX 76305** |
| | List the contract number of any government contract | |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.396. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Carol Anne Adamson<br>4426 Newport Woods<br>San Antonio, TX 78249-1820 |

| 2.397. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Carol B. Good<br>600 Port Of New Orleans Place, Apt. 7A<br>New Orleans, LA 70130 |

| 2.398. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Carol Bearid<br>P.O. Box 688<br>Aledo, TX 76008 |

| 2.399. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Carol Bigley<br>10713 Sans Souci Place<br>Austin, TX 78759 |

| 2.400. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Carol Clower Wise<br>533 West 1St St<br>Justin, TX 76247 |

| 2.401. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | Carol Haedge Clarkson<br>325 North Meramec, #22<br>St. Louis, MO 63105 |

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.402. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carol Jane Bullard**<br>**6028 East University Blvd**<br>**#113**<br>**Dallas, TX 75206** |
| | List the contract number of any government contract | |

| 2.403. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carol Littell**<br>**P.O. Box 772429**<br>**Steamboat, CO 80477** |
| | List the contract number of any government contract | |

| 2.404. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carol M. Cribbs**<br>**4223 Yosemite Dr.**<br>**Pasadena, TX 77504** |
| | List the contract number of any government contract | |

| 2.405. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carol Moore Lange**<br>**P.O. Box 37**<br>**Carlsbad, TX 76934** |
| | List the contract number of any government contract | |

| 2.406. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carol Perkins Potter**<br>**442 Pr 4520**<br>**Decatur, TX 76234** |
| | List the contract number of any government contract | |

| 2.407. | State what the contract or lease is for and the nature of the debtor's interest | **Carol Rathbun**<br>**607 N Johnson Loop**<br>**Montague, TX 76251** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)* **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract   _____

---

2.408.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract   _____

**Carol Reeves**
**2511 East Rocky Slope Drive**
**Phoenix, AZ 85048**

---

2.409.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract   _____

**Carol Stewart Hellman**
**1112 Aplleton Dr**
**Mansfield, TX 76063**

---

2.410.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract   _____

**Carol Talley**
**903 Cold Springs Road**
**Concord, NC 28025**

---

2.411.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract   _____

**Carol W Gentry**
**P. O. Box 574**
**Harlowton, MT 59036-0574**

---

2.412.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract   _____

**Carol Zachau Conniff**
**5938 N Camino Miraval**
**Tucson, AZ 85718**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.413.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Carola J. Poynor**
**5206 Lehigh**
**Lubbock, TX 79416**

**2.414.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Carole F. Putnam**
**6101 Bending Bough Drive**
**Angleton, TX 77515-2507**

**2.415.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Carole Gene Meek Hernandez**
**295 Oak Tree Lane**
**Ozark, MO 65721**

**2.416.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Caroline A Smith**
**2536 Prospect Hill Drive**
**Ft. Worth, TX 76123**

**2.417.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Carolyn Brogan**
**PO Box 172**
**Bridgeport, TX 76426**

**2.418.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Carolyn Coursey Meek**
**14017 Korbyn Dr**
**Yukon, OK 73099**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
      First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.419. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Carolyn Elizabeth Howell<br>118 Mockingbird Ln.<br>Tyler, TX 75701-3018 |
|---|---|---|
| 2.420. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Carolyn Hawk<br>4434 Dye Mound Rd<br>Forestburg, TX 76239 |
| 2.421. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Carolyn King<br>2401 Via Villani #2013<br>Fort Worth, TX 76109-5547 |
| 2.422. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Carolyn Lynch Holloway<br>1916 CR 1790<br>Sunset, TX 76270 |
| 2.423. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Carolyn R. Ohl<br>8307 Briar Drive<br>Dallas, TX 75243 |
| 2.424. | State what the contract or lease is for and the nature of the debtor's interest | Carolyn S. Konecny<br>504 West Walnut<br>Decatur, TX 76234 |

Debtor 1   **Aruba Petroleum, Inc.**

Case number *(if known)*   **16-42121**

First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |
| **2.425.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carolyn S. McGaha**<br>**444 Pecan Dr.**<br>**Aledo, TX 76008** |
| **2.426.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carolyn Varuska**<br>**P.O.Box  1295**<br>**Aledo, TX 76008** |
| **2.427.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carolyn Yarbrough Dearden**<br>**P.O. Box 10765**<br>**Austin, TX 78766** |
| **2.428.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carrel Enlow Lindsay**<br>**P.O. Box 23**<br>**Shallowater, TX 79363** |
| **2.429.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carrel Enlow Lindsay**<br>**PO Box 23**<br>**Shallowater, TX 79363** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.430. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carrie A. Wood**<br>**116 Robert St.**<br>**Aledo, TX 76008** |

| 2.431. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carrie Bryant**<br>**528 East Terrace Lane**<br>**Tulare, CA 93274** |

| 2.432. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carrie Elizabeth Flake Allen**<br>**1660 West Plana Avenue**<br>**Mesa, AZ 85202** |

| 2.433. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carrie L. Davidson**<br>**136 Runaway Bay Drive**<br>**Runaway Bay, TX 76426** |

| 2.434. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carrie Lee Boring Simpson Revocable Fami**<br>**243 CR 3573**<br>**Paradise, TX 76073** |

| 2.435. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Carrie Lee Simpson c/o James Simpson**<br>**243 CR 3573**<br>**Paradise, TX 76073** |

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.436. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carrol D. and Janice Wallace** |
| | List the contract number of any government contract | **729 Oakwood**<br>**Hurst, TX 76053** |

| 2.437. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Carson A Turner** |
| | List the contract number of any government contract | **2268 CR 1340**<br>**Chico, TX 76431** |

| 2.438. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Cartus Financial Corporation** |
| | List the contract number of any government contract | **40 Apple Ridge Road**<br>**Danbury, CT 06810** |

| 2.439. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Caryn E. Stevens** |
| | List the contract number of any government contract | **1800 Meadow Lane**<br>**Midlothian, TX 76065** |

| 2.440. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Cascade Acquisition Partnership** |
| | List the contract number of any government contract | **P.O. Box 7849**<br>**Dallas, TX 75209** |

| 2.441. | State what the contract or lease is for and the nature of the debtor's interest | **Casey & Brittany Clayborn**<br>**PO Box 918**<br>**Wilburton, OK 74578** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

_____

2.442.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

_____

**Casey Brown**
**2621 John Drive**
**Denton, TX 76205**

2.443.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

_____

**Catherine Annette Westlake**
**3860 Steeplechase Court**
**Midlothian, TX 76065**

2.444.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

_____

**Catherine E Moore**
**303 Rolling Hills Drive**
**Aledo, TX 76008**

2.445.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

_____

**Cathy Foster**
**15 Muirfield Ln**
**Amarillo, TX 79124-4938**

2.446.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

_____

**Cathy Sue Wood Parrish**
**2201 Liberty Ct.**
**Eagleville, PA 19403**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.447. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Cecil Lee Ellis, III |
| | List the contract number of any government contract | 9754 Grenadier |
| | | Houston, TX 77089 |

| 2.448. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Cecil Lloyd Coursey |
| | List the contract number of any government contract | 171 Private Road 3206 |
| | | Bridgeport, TX 76426-6710 |

| 2.449. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Cecil Partick Murphy |
| | List the contract number of any government contract | 548 Ballew Springs Rd. |
| | | Weatherford, TX 76088 |

| 2.450. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Cecil Venable |
| | List the contract number of any government contract | 7650 Cottonwood Street |
| | | Friscon, TX 75034 |

| 2.451. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Cecilia Whiteside Prine |
| | List the contract number of any government contract | 141 Senora Ct. |
| | | St. Augustine, FL 32095-4838 |

| 2.452. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Celesta N. Whatley |
| | List the contract number of any | 8614 Mile Run Rd |
| | | Humble, TX 77346 |

Debtor 1   **Aruba Petroleum, Inc.**
_____     Case number (if known)   **16-42121**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.453. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Celeste Bohning**<br>**1042 Lake View Drive**<br>**Montgomery, TX 77356** |
|---|---|---|
| 2.454. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cener Elizabeth Wren**<br>**2812 North Haven**<br>**Cornith, TX 76210** |
| 2.455. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Central Crude Inc**<br>**P.O. Box 1863**<br>**Lake Charles, LA 70602** |
| 2.456. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Century 2000 Royalty Partnership**<br>**P.O. Box 587**<br>**Marlow, OK 73055** |
| 2.457. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Chad & Tina Bagley**<br>**105 Princess Ct.**<br>**Aledo, TX 76008** |
| 2.458. | State what the contract or lease is for and the nature of the debtor's interest | **Charlene Alice Marsh**<br>**1260 St Alberts Drive**<br>**Reno, NV 89503** |

Debtor 1   **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.459. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Charlene Gearhart Irrevocable Trust** |
| | List the contract number of any government contract | **924 SE 24th Ave.** **Perryton, TX 79070** |

| 2.460. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Charles & Jackie Sayles** |
| | List the contract number of any government contract | **117 E Cherry Dr** **Azle, TX 76020** |

| 2.461. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Charles A & Loraine Burton** |
| | List the contract number of any government contract | **PO Box 508** **Deactur, TX 76234-0508** |

| 2.462. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Charles A. Gideon and Gayla S. Gideon** |
| | List the contract number of any government contract | **128 Jearl St.** **Aledo, TX 76008** |

| 2.463. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Charles A. Jones Irrevocable Trust** |
| | List the contract number of any government contract | **2600 West 7th Street #2432** **Ft Worth, TX 76107** |

Debtor 1   **Aruba Petroleum, Inc.**
            First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.464.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Charles and Eileen Herrington
301 John St.
Aledo, TX 76008

**2.465.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Charles and Linda Wells
109 Sanchez Trail
Aledo, TX 76008

**2.466.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Charles Brassfield
PO Box 311152
new Braunfels, TX 78131

**2.467.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Charles C and Cheryl LCox
301 Boutwell Lane
Aledo, TX 76008

**2.468.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Charles D. Kennedy, Jr.
6345 Waterhill Lane
Fort Worth, TX 76179

**2.469.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Charles Douglas Stevens
4013 Collinwood Ave.
Fort Worth, TX 76107

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.470. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Charles Douglas Stevens** |
| | List the contract number of any government contract | **4013 Collinwood Avenue**<br>**Fort Worth, TX 76107** |

| 2.471. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Charles Edwell Fleming** |
| | List the contract number of any government contract | **614 FM 32**<br>**San Marcos, TX 78666** |

| 2.472. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Charles F Brinkley** |
| | List the contract number of any government contract | **230 Boohollow Lane**<br>**Taylosville, NC 28681** |

| 2.473. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Charles H Riley** |
| | List the contract number of any government contract | **302 East Cottonwood**<br>**Decatur, TX 76234** |

| 2.474. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Charles Harrell** |
| | List the contract number of any government contract | **P.O. Box 8**<br>**Graham, TX 76450** |

| 2.475. | State what the contract or lease is for and the nature of the debtor's interest | **Charles Harris**<br>**514 Private Rd. 3549**<br>**Paradise, TX 76073-4308** |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| **2.476.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Charles Henry Buberl**<br>**3535 Asbury St**<br>**Dallas, TX 75205-5484** |
| **2.477.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Charles Holman**<br>**5518 Edith Street**<br>**Houston, TX 77081** |
| **2.478.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Charles K and Debra L Birkmanis**<br>**P.O.Box 748**<br>**Fort Worth, TX 76101-0748** |
| **2.479.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Charles Lee Johnson**<br>**1820 Linden Dr**<br>**Denton, TX 76201** |
| **2.480.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Charles McDougal, Jr.**<br>**2217 MH379**<br>**Mineral Wells, TX 76067** |

Debtor 1   **Aruba Petroleum, Inc.**                                      Case number *(if known)*   **16-42121**
       First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.481.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Charles P & Judy L Smith
311 S O'Neil
Alvord, TX 76225

**2.482.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Charles P & Marilyn S Petty
818 Mansfield Road Unit 189
Port Mansfield, TX 78598

**2.483.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Charles P. Nolte Life Estate
7000 E. Bankhead Hwy.
Aledo, TX 76008-2869

**2.484.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Charles Poer
6019 Ancient Oaks Dr
Humble, TX 77346

**2.485.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Charles Pride
P.O. Box 885
Perryton, TX 79070

**2.486.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

Charles Reed Sayles, Jr
6119 Greenville Ave., Ste. 431
Dallas, TX 75206

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.487.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Charles Reed Sayles, Sr.**
**P.O. Box 460194**
**Houston, TX 77056**

---

2.488.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Charles Robert Hart**
**2220 Canterbury Drive**
**Mansfield, TX 76063**

---

2.489.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Charles Roeser Meeker Trust Bank of Amer**
**PO Box 840738**
**Dallas, TX 75284-0738**

---

2.490.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Charles Ryan**
**2729 Encino**
**Bay City, TX 77414**

---

2.491.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Charles S Nichols**
**1318 Crocker Street**
**Houston, TX 77019**

---

2.492.   State what the contract or lease is for and the nature of the debtor's interest

**Charles T Brown**
**P.O. Box 691**
**Jewett, TX 75846-0691**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number (*if known*) | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

---

2.493.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Charles Thomas Hoog**
**P.O. Box 515**
**Devine, TX 78016**

---

2.494.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Charles Webb**
**963 Bullard Rd**
**Bellevue, TX 76228**

---

2.495.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Charlie and Kit Moncrief**
**Moncrief Building**
**950 Commerce**
**Fort Worth, TX 76102-5418**

---

2.496.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Charlie Wayne Young**
**601 Hodge St**
**Bowie, TX 76230**

---

2.497.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Charlotte G Meador**
**PO Box 395**
**Decatur, TX 76234**

---

Debtor 1   **Aruba Petroleum, Inc.**                                          Case number *(if known)*   **16-42121**

First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.498.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Charlotte I Clower**
**211 W Franklin St**
**Alvord, TX 76225**

---

**2.499.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Charlotte Reynolds**
**7349 Cottonwood**
**North Richland Hill, TX 76180**

---

**2.500.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Cheri Forman**
**110 Woodland Drive**
**Krugerville, TX 76227**

---

**2.501.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Cheryl A. Bryant 1986 Revocable Trust**
**PO Box 6833**
**Granbury, TX 76049**

---

**2.502.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Cheryl A. Merritt, Trustee Cheryl A. Bry**
**PO Box 6833**
**Granbury, TX 76049**

---

**2.503.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Cheryl Anne Davis**
**PO Box 1301**
**Frankston, TX 75763**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.504. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Cheryl Chandler** |
| | List the contract number of any government contract | **1103 Laurelhill Ct**<br>**Arlington, TX 76015-3520** |
| 2.505. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Cheryl Fostel** |
| | List the contract number of any government contract | **1505 Hidden Springs Rd**<br>**Decatur, TX 76234** |
| 2.506. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Cheryl Lynn Shaw Green** |
| | List the contract number of any government contract | **969 Miles Road**<br>**Lufkin, TX 75901** |
| 2.507. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Chester Glancy Jr.** |
| | List the contract number of any government contract | **801 S 9th Street**<br>**Clinton, OK 73601-5227** |
| 2.508. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Chester R. Upham III** |
| | List the contract number of any government contract | **P. O. Box 940**<br>**Mineral Wells, TX 76068** |
| 2.509. | State what the contract or lease is for and the nature of the debtor's interest | **Chester Willie and Vickie Lea Burdette**<br>**425 Pecan Dr**<br>**Aledo, TX 76008-4369** |

Debtor 1    **Aruba Petroleum, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.510. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Chicago Title Insurance Company Attn: Sa** |
| | | **601 Riverside Avenue** |
| | List the contract number of any government contract | **Bldg. 5, Corporate Tax Dept** |
| | | **Jacksonville, FL 32204** |

| 2.511. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Chong OK Holman** |
| | | **9211 Gem Street** |
| | List the contract number of any government contract | **Olympia, WA 98513** |

| 2.512. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Chris & Sandra Blackburn** |
| | | **1273 Jenkins Rd.** |
| | List the contract number of any government contract | **Aledo, TX 76008** |

| 2.513. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Chris Rief** |
| | | **1600 S Eads St** |
| | List the contract number of any government contract | **#419S** |
| | | **Arlington, VA 22202** |

| 2.514. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Christine Armstrong** |
| | | **530 Richardson St** |
| | List the contract number of any government contract | **Jacksboro, TX 76458** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.515. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Christine Vaneckhoutte** |
| | List the contract number of any government contract | **P.O. Box 71**<br>**Flora Vista, NM 87415** |

| 2.516. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Christine Wilcox** |
| | List the contract number of any government contract | **3615 Ostdiek Ct**<br>**Cheyenne, WY 82001** |

| 2.517. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Christopher and Lanell Derby** |
| | List the contract number of any government contract | **3167 Stonebrier Ridge Drive**<br>**Orange Park, FL 32065** |

| 2.518. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Christopher Austin Stovall** |
| | List the contract number of any government contract | **12867 Lily Pond Lane**<br>**Knoxville, TN 37922** |

| 2.519. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Christopher C. Kowalis** |
| | List the contract number of any government contract | **20302 Morning Creek Drive**<br>**Katy, TX 77450** |

| 2.520. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Christopher Collins** |
| | List the contract number of any | **6532 Pheasant Run Road**<br>**plano, TX 75023** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Aruba Petroleum, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.521. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Christopher J. Stovall** |
| | List the contract number of any government contract | **1534 Bailey Park Ln**<br>**Knoxville, TN 37922** |
| 2.522. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Christopher Phillips** |
| | List the contract number of any government contract | **612 Westgate Drive**<br>**Aledo, TX 76008** |
| 2.523. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Christy Phaby Trustee, Christy Phaby Tru** |
| | List the contract number of any government contract | **4938 Livingston Dr.**<br>**Frisco, TX 75033** |
| 2.524. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Church Of Christ** |
| | List the contract number of any government contract | **101 N Oneal St**<br>**Alvord, TX 76225** |
| 2.525. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Church Of The Nazarene West Texas Distri** |
| | List the contract number of any government contract | **860 Airport Freeway, Suite 206**<br>**Hurst, TX 76054** |
| 2.526. | State what the contract or lease is for and the nature of the debtor's interest | **Cindy A Sites**<br>**6000 FM 2325**<br>**Wimberley, TX 78676** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |
| 2.527. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Cindy Doris Bolton** |
| List the contract number of any government contract _____ | **6721 Lucas Lane** <br> **N. Richland Hills, TX 76182** |
| 2.528. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Cindy Smith Puritt Trust U.A. By Robert** |
| List the contract number of any government contract _____ | **P.O. Box 1315** <br> **Marshall, TX 75671** |
| 2.529. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Cindy Sue Ladurini 1996 Revocable Trust** |
| List the contract number of any government contract _____ | **PO Box 546** <br> **Niceville, FL 32588** |
| 2.530. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Cirrus Minerals LLC** |
| List the contract number of any government contract _____ | **330 Marshall Street Suite 1200** <br> **Shreveport, LA 71101** |
| 2.531. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Citi Mortgage, Inc.** |
| List the contract number of any government contract _____ | **14700 Citicorp Drive** <br> **Hagerstown, MD 21742-2205** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.532.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**City of Aledo**
**P.O. Box 1**
**Aledo, TX 76008**

---

**2.533.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**City Of Alvord**
**Box 63**
**Alvord, TX 76225**

---

**2.534.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**City Of Alvord Fire Dept**
**P.O. Box 63**
**Alvord, TX 76225**

---

**2.535.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Claire Rochelle Stone**
**7219 Lavendale Circle**
**Dallas, TX 75230**

---

**2.536.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Clara Mae Hill**
**112 Mckinney St**
**Farmersville, TX 75442**

---

**2.537.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any

**Clara Whisenant**
**1715 Martin Dr.**
**Room 417**
**Weatherford, TX 76086**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.538. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Clarence J. Spangler**<br>**5455 La Sierra Dr., Apt. # 607**<br>**Dallas, TX 75231-4117** |

| 2.539. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Clarence J. Spangler, Trustee**<br>**5455 La Sierra Dr., Apt. # 607**<br>**Dallas, TX 75231-4117** |

| 2.540. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Clarice Benton Whiteside Estate**<br>**P.O. Box 540**<br>**Nocona, TX 76255** |

| 2.541. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Clarice Stockton**<br>**2700 FM 51**<br>**Decatur, TX 76234** |

| 2.542. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Clark R. Walker**<br>**79935 Boqueron Way**<br>**Permuda Dunes, CA 92203** |

| 2.543. | State what the contract or lease is for and the nature of the debtor's interest | **Clarke Covington**<br>**426 Bayou View**<br>**Seabrook, TX 77586** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.544. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Claude T Scott**<br>**4348 Westdale Dr**<br>**Fort Worth, TX 76109-4930** |

---

| 2.545. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Claudean Pollock**<br>**1456 Cuba Road**<br>**Bridgeport, TX 76426** |

---

| 2.546. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Claudia Roberts**<br>**108 Lake Ridge Road**<br>**Lakeside, TX 76108** |

---

| 2.547. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Claudia Ruth Hutchins**<br>**898 Thompson Rd.**<br>**Weatherford, TX 76087** |

---

| 2.548. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Claudia Walls**<br>**1108 County Rd 314**<br>**Cleburne, TX 76301** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
     First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.549.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Claudie Ross Mikus**<br>**4850 Diamond Creek Drive**<br>**Midlothian, TX 76065** |
| **2.550.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Clayt Monroe Roberts**<br>**1945 CR 298**<br>**Caldwell, TX 77836** |
| **2.551.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Clear Fork Minerals LLC**<br>**309 W 7Th St Suite 500**<br>**Fort Worth, TX 76102** |
| **2.552.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Clear Fork Royalty 4, LP**<br>**309 W 7th Street, Suite 500**<br>**Fort Worth, TX 76102** |
| **2.553.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Clear Fork Royalty II, LP**<br>**309 W 7th Street, Suite 500**<br>**Fort Worth, TX 76102** |
| **2.554.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Clifford & Paula Odom**<br>**1201 FM 1187**<br>**Aledo, TX 76008** |

Debtor 1  **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.555. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Clifford D and Trudy Smith, II** |
| | List the contract number of any government contract | **207 Sanchez Circle**<br>**Aledo, TX 76008** |

| 2.556. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Clifton Scott Brinkley, Jr.** |
| | List the contract number of any government contract | **1058 6Th Avenue Drive Nw**<br>**Hickory, NC 28601** |

| 2.557. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Clint Saizon** |
| | List the contract number of any government contract | **865 N. Hearne  Street**<br>**Waskom, TX 75692** |

| 2.558. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Clinton Dwight Ritchey** |
| | List the contract number of any government contract | **5716 Eaglebend**<br>**Richardson, TX 75082** |

| 2.559. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Cly Family Partnership** |
| | List the contract number of any government contract | **PO Box 1433**<br>**Gilmer, TX 75644** |

| 2.560. | State what the contract or lease is for and the nature of the debtor's interest | **Clyde and Alice Ford**<br>**11008 Legends Lane**<br>**Austin, TX 78747** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.561. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Clyde Boyd Greeley** |
| | List the contract number of any government contract | **125 Peatree Lane** |
| | | **Low Gap, NC 27024** |

| 2.562. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Clyde Cole** |
| | List the contract number of any government contract | **855 CR 2627** |
| | | **Decatur, TX 76234** |

| 2.563. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Clyde Curby Rhodes** |
| | List the contract number of any government contract | **400 Highway 16** |
| | | **Desdemona, TX 76445** |

| 2.564. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Clyde Emerson Whiteside** |
| | List the contract number of any government contract | **3006 McNiel Avenue, Apt 248** |
| | | **Wichita Falls, TX 76309** |

| 2.565. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Coastal Management** |
| | List the contract number of any government contract | **PO Box 1569** |
| | | **Porter, TX 77365** |

| Debtor 1 | **Aruba Petroleum, Inc.** | Case number *(if known)* | **16-42121** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.566.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

**Coby W and Barbara Denham**
**126 Sanchez Trail**
**Aledo, TX 76008**

---

**2.567.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

**Cody Cassity**
**225 Britton Street**
**Krum, TX 76249**

---

**2.568.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

**Cody Guy Greenwood**
**P.O. Box 1141**
**Bowie, TX 76230-1141**

---

**2.569.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

**Colby David Crockett II**
**133 CR 4175**
**Clifton, TX 76634**

---

**2.570.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

**Cole Williamson**
**812 Green Brook Dr.**
**Allen, TX 75002**

---

**2.571.**  State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any

**Colleen Bishop**
**2115 South Hwy 84**
**Snyder, TX 79549**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.572. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Colt Exploration Co., Inc** |
| | List the contract number of any government contract | **512 Main Street** **Suite 600** **Fort Worth, TX 76102** |

| 2.573. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Colton Hughes** |
| | List the contract number of any government contract | **14418 Big Sur Dr.** **Houston, TX 77095** |

| 2.574. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Columbine I Limited Partnership** |
| | List the contract number of any government contract | **PO Box 22066** **Denver, CO 80222** |

| 2.575. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Compass Bank, Trustee of the Lane T Tayl** **Farmers National Company, Agent** |
| | List the contract number of any government contract | **P.O. Box 3480** **Omaha, NE 68103-0480** |

| 2.576. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Comptroller Public Accounts Ada Lowrance** |
| | List the contract number of any government contract | **Box 13528** **Capital Station** **Austin, TX 78711** |

| 2.577. | State what the contract or lease is for and the nature of the debtor's interest | **Comptroller Public Accounts Evelyn Rhyne** **Box 13528** **Capital Station** **Austin, TX 78711** |
|---|---|---|

Debtor 1  **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.578. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Comptroller Public Accounts Jackie E Max** |
| | List the contract number of any government contract | **Box 13528** **Capital Station** **Austin, TX 78711** |

| 2.579. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Comptroller Public Accounts Nola Rae Web** |
| | List the contract number of any government contract | **Box 13528** **Capitol Station** **Austin, TX 78711** |

| 2.580. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Comptroller Public Accounts, Henry or Li** |
| | List the contract number of any government contract | **Box 13528** **Capitol Station** **Austin, TX 78711-3528** |

| 2.581. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Conie Lee Petro** |
| | List the contract number of any government contract | **402 N. Oak** **Sweeny, TX 77480** |

| 2.582. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Connie A. Conners** |
| | List the contract number of any government contract | **1298 Admiral Nelson Dr.** **Slidell, LA 70461-4571** |

Debtor 1   **Aruba Petroleum, Inc.**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.583. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Connie Lee Chapman Petro**<br>**402 N. Oak St.**<br>**Sweeny, TX 77480** |
| | List the contract number of any government contract | |

| 2.584. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Connie Lou Holt**<br>**129 Highview**<br>**Georgetown, TX 78628** |
| | List the contract number of any government contract | |

| 2.585. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Connie Shelburn c/o Dustin Swanson**<br>**1021 Kuekue St**<br>**Honolulu, HI 96825** |
| | List the contract number of any government contract | |

| 2.586. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Connie Sirchio Webber**<br>**914 Lake Point Circle**<br>**Mckinney, TX 75070** |
| | List the contract number of any government contract | |

| 2.587. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Constance Louise Carson**<br>**113 Patton Court**<br>**Folsom, CA 95630** |
| | List the contract number of any government contract | |

| 2.588. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Constance Van Meter Smith**<br>**1600 Texas Street #2703**<br>**Fort Worth, TX 76102** |
| | List the contract number of any | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**                                    Case number *(if known)*    **16-42121**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.589. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Contact Services Inc Attn: Rod MacLean** |
| | List the contract number of any government contract | **8605 Pauline St.** **Plano, TX 75024** |

| 2.590. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Contra Energy Group, LLC** |
| | List the contract number of any government contract | **2805 Scenic Drive** **Austin, TX 78703** |

| 2.591. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Controller Public Accounts Myrtle Poteet** |
| | List the contract number of any government contract | **Box 13528** **Capitol Station** **Austin, TX 78711** |

| 2.592. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Copano Field Services North Texas LLC** |
| | List the contract number of any government contract | **P.O. Box 297** **Saint Jo, TX 76265** |

| 2.593. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Coppedge Oil & Gas Inc** |
| | List the contract number of any government contract | **372 Southern Mills Dr** **Fairview, TX 75069** |

| 2.594. | State what the contract or lease is for and the nature of the debtor's interest | **Corey and Craig Sylvis** **305 Sandra Lane** **Aledo, TX 76008** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

---

2.595.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract _____

**Cori Lynn Johnston Noakes**
**13005 Mountain Trail**
**Corpus Christi, TX 78410**

---

2.596.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract _____

**Corrie E & Timothy S Watson**
**1316 Jarden Lane**
**Fort Worth, TX 76116-1600**

---

2.597.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract _____

**Courtenay A Taylor, Trustee Courtenay A**
**P.O. Box 720429**
**Dallas, TX 75372**

---

2.598.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract _____

**Coy Ann Stephens**
**103 Sendero**
**Decatur, TX 76234**

---

2.599.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract _____

**Craig Dean Couey**
**8036 CR 313 East Lot 9**
**Tyler, TX 75706**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.600.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Craig Newby**
**1918 Wheeler Road**
**North Palm Beach, FL 33408**

2.601.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Creative Educational Media Corp**
**4900 West Utica**
**Broken Arrow, OK 74011**

2.602.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Cressman Tubular Product Inc**
**3939 Beltline Road Suite 460**
**Addison, TX 75001**

2.603.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Culroy P/A**
**P.O. Box 7666**
**Tyler, TX 75711**

2.604.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Curleen Richard Pike**
**1133 Liberty Hall Dr.**
**Morristown, TN 37813-5761**

2.605.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Curt Magee, Receiver On behalf of Estate**
**2225 W Southlake Blvd**
**#423**
**Southlake, TX 76092**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.606. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Curt Magee, Receiver On behalf of Estate** |
| | List the contract number of any government contract | **2225 W Southlake Blvd. #423 Southlake, TX 76092** |

| 2.607. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Curt Magee, Receiver On behalf of Estate** |
| | List the contract number of any government contract | **2225 W Southlake Blvd. #423 Southlake, TX 76092** |

| 2.608. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Curt Magee, Receiver On behalf of Estate** |
| | List the contract number of any government contract | **2225 W Southlake Blvd. #423 Southlake, TX 76092** |

| 2.609. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Curt Magee, Receiver On behalf of Estate** |
| | List the contract number of any government contract | **2225 W Southlake Blvd. #423 Southlake, TX 76092** |

| 2.610. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Curt Magee, Reciever On behalf of Estate** |
| | List the contract number of any government contract | **2225 W Southlake Blvd. #423 Southlake, TX 76092** |

| 2.611. | State what the contract or lease is for and the nature of the debtor's interest | **Curtis G Conner 10 Cedar Lane Bedford, TX 76201-5619** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract

---

2.612.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Cynthia Ann Hall**
**2992 Tom Cole Road**
**Ponder, TX 76259**

---

2.613.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Cynthia Ann Sheetz Dillman**
**17 Jersey Ave St.**
**Cloud, FL 34769**

---

2.614.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Cynthia E Allison**
**2343 L. Don Dodson**
**Apt#279**
**Bedford, TX 76021**

---

2.615.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Cynthia Elizabeth Pylant**
**504 Scenic Dr**
**Alvord, TX 76225**

---

2.616.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Cynthia Horn**
**5205 N Highland Drive**
**Granbury, TX 76049**

---

Debtor 1   **Aruba Petroleum, Inc.**

First Name         Middle Name         Last Name

Case number (*if known*)   **16-42121**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.617.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Cynthia Jean Walker**
**7105 Round Hill Road**
**McKinney, TX 75070**

---

**2.618.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Cynthia L. Clark**
**145 Porto Villageo Drive**
**Port Aransas, TX 78373**

---

**2.619.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Cynthia Weaver**
**PO Box 354**
**Decatur, TX 76234**

---

**2.620.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Cystic Fibrosis Foundation**
**6931 Arlington Road, Ste 200**
**Bethesda, MD 20814**

---

**2.621.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**D. Tiller Law PLLC**
**1525 Merrimac Circle, Suite 210**
**Fort Worth, TX 76107**

---

**2.622.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**D. Woodard Glenn**
**2626 Cole Avenue**
**Suite 510**
**Dallas, TX 75204**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.623. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Daisy Ann Pinkerton**<br>**300 East Devereaux St, Apt 39** |
| | List the contract number of any government contract | **Decatur, TX 76234-3087** |

| 2.624. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dale Harvill**<br>**27109 S Creek Drive** |
| | List the contract number of any government contract | **Magnolia, TX 77354** |

| 2.625. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dale Ray Childers**<br>**228 PR2522** |
| | List the contract number of any government contract | **Decatur, TX 76234** |

| 2.626. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dale S. Bilhartz**<br>**1126 Frost Hollow Drive** |
| | List the contract number of any government contract | **Duncanville, TX 75115** |

| 2.627. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dale Wade**<br>**9415 N Hwy 287** |
| | List the contract number of any government contract | **Sunset, TX 76270-2903** |

| 2.628. | State what the contract or lease is for and the nature of the debtor's interest | **Dallas Society for Crippled Children**<br>**4139 Cochran Chapel**<br>**Dallas, TX 75209** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.629. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Damon Kelley**<br>**PO Box 441**<br>**Plainview, TX 79073** |

| 2.630. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dan A Myrick**<br>**15600 S Big Rock Loop**<br>**Mulino, OR 97042** |

| 2.631. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dan Meyer**<br>**4421 Arcady**<br>**Dallas, TX 75205** |

| 2.632. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dana L Knight**<br>**8713 San Joaquin**<br>**Fort Worth, TX 76118** |

| 2.633. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Daniel Kent Bailey**<br>**4707 Poland Place**<br>**Raleigh, NC 27609** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.634. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Daniel Lewis Taylor** |
| | List the contract number of any government contract | **123 Retta Drive** **San Antonio, TX 78222** |

| 2.635. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Daniel R. Wiesner et ux, Wendee A. Wiesn** |
| | List the contract number of any government contract | **200 Scenic Dr.** **Aledo, TX 76008** |

| 2.636. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Daniel V & Mary Lou Lee** |
| | List the contract number of any government contract | **216 Hidden Valley Drive** **Aledo, TX 76008** |

| 2.637. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Daniel Webster Spurlock III** |
| | List the contract number of any government contract | **1223 Quail Hollow Drive** **Baton Rouge, LA 70810** |

| 2.638. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Daniella A Nix** |
| | List the contract number of any government contract | **512 Magnolia Street** **Burkburnett, TX 76354** |

| 2.639. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Danna Lindsay** |
| | List the contract number of any | **4100 Scottsdale Lane** **Wichita Falls, TX 76302** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.640. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dannie Dale Holt** |
| | List the contract number of any government contract | **1701 Stevens Street** **Bridgeport, TX 76426** |

| 2.641. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dannie Venable** |
| | List the contract number of any government contract | **123 Jacksonian Dr** **Hermitage, TN 37076** |

| 2.642. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Danny and Deborah Coulson** |
| | List the contract number of any government contract | **1713 McDavid Court** **Aledo, TX 76008** |

| 2.643. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Danny F. Christopher** |
| | List the contract number of any government contract | **P.O. Box 615** **Cushing, TX 75788** |

| 2.644. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Danny Hodges** |
| | List the contract number of any government contract | **P.O. Box 168** **Alvord, TX 76225** |

| 2.645. | State what the contract or lease is for and the nature of the debtor's interest | **Danny Lewis** **308 Hidden Valley Drive** **Aledo, TX 76008** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

---

| 2.646. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Danny P Harbour**<br>**820 Nandina Way**<br>**Waxahacie, TX 75165-4685** |

---

| 2.647. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Danny Ray Steadham**<br>**P.O. Box 188**<br>**Saint Jo, TX 76265** |

---

| 2.648. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Danny Sanders**<br>**P. O. Box 613**<br>**Alvord, TX 76225** |

---

| 2.649. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Danny Thomas Cochran**<br>**608 East 5th**<br>**Muenster, TX 76252** |

---

| 2.650. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Danny W and Maggie Johnson Co-Trustees o**<br>**313 Hidden Valley Drive**<br>**Aledo, TX 76008** |

---

Debtor 1  **Aruba Petroleum, Inc.**
     First Name      Middle Name      Last Name

Case number (*if known*)  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.651.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Danny W. Kennemur
436 Rolling Hills Dr.
Aledo, TX 76008

**2.652.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Dara Gayle Johnston Smith
21010 Ochre Willow Trail
Cypress, TX 77433

**2.653.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Darlene Bobo
706 Meadow Vista Circle
Weatherford, TX 76087

**2.654.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Darlene D. Stovall
14829 SD Highway 40
Hermosa, SD 57744

**2.655.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Darlene Halford
1402 El Patio Drive
Dallas, TX 75218

**2.656.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Darlene Tompkins
4941 Bolero Ct
Fort Worth, TX 76135

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.657. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Darrell Lyon |
| | List the contract number of any government contract | 9624 Canyon Country Dr. Azle, TX 76020 |

| 2.658. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Darwin Lawson |
| | List the contract number of any government contract | PO Box 1493 Hope, NM 88250 |

| 2.659. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Dash/ Gas Ltd |
| | List the contract number of any government contract | 777 East 15th Street Plano, TX 75074 |

| 2.660. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Dave Deison |
| | List the contract number of any government contract | PO Box 1177 Weatherford, TX 76086 |

| 2.661. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | David & Gwendolyn Cavin |
| | List the contract number of any government contract | 1112 Gabriel Lane Ft. Worth, TX 76116 |

| 2.662. | State what the contract or lease is for and the nature of the debtor's interest | David & Patricia O'Connor 119 Southwood Drive Burleson, TX 76028 |
|---|---|---|

Debtor 1    **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.663. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **David and Christine Kubosh** |
| | List the contract number of any government contract | **1156 W Lake Drive**<br>**Weatherford, TX 76087** |

| | | |
|---|---|---|
| 2.664. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **David and Debbie J LeBlanc** |
| | List the contract number of any government contract | **205 Hidden Valley Drive**<br>**Aledo, TX 76008** |

| | | |
|---|---|---|
| 2.665. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **David B. Kennedy** |
| | List the contract number of any government contract | **7343 Hutcheson Hill Rd**<br>**Springtown, TX 76082** |

| | | |
|---|---|---|
| 2.666. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **David Banta** |
| | List the contract number of any government contract | **3124 Travis Avenue**<br>**Dallas, TX 75204** |

| | | |
|---|---|---|
| 2.667. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **David Berry** |
| | List the contract number of any government contract | **7700 Brookside Drive**<br>**Oklahoma City, OK 73132** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.668.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

David Berry, Jr In Trust FBO Chauna Anna
1705 Tudor
Moore, OK 73160

---

**2.669.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

David Berry, Jr.
1705 Tudor
Moore, OK 73160

---

**2.670.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

David Butler Gray Life Estate
7202 Lane Park
Dallas, TX 75225

---

**2.671.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

David C Lanier
749 Hallelujah Trail
Keller, TX 76248

---

**2.672.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

David C Walker Jr
P.O. Box 3888
Corpus Christi, TX 78463

---

**2.673.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any

David Caswell
P.O. Box 547
Bowie, TX 76230

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.674. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **David Franklin Sills** |
| | List the contract number of any government contract | **23266 SW Tawakoni** **Douglass, KS 67039** |

| 2.675. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **David Fuller** |
| | List the contract number of any government contract | **P.O. Box 1297** **Decatur, TX 76234** |

| 2.676. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **David H Stephens** |
| | List the contract number of any government contract | **P.O. Box 58** **Marine, MN 55047** |

| 2.677. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **David Hudgins** |
| | List the contract number of any government contract | **303 Matthews St** **Waxahachie, TX 75165-4235** |

| 2.678. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **David K Skidmore** |
| | List the contract number of any government contract | **400 N. Saint Paul St. Ste 800** **Dallas, TX 75201** |

| 2.679. | State what the contract or lease is for and the nature of the debtor's interest | **David King Huffman, Jr.** **2200 Lebanon Pike** **Nashville, TN 37214** |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.680. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **David King Huffman, Jr.** |
|  | List the contract number of any government contract | **2200 Lebanon Pike** **Nashville, TN 00037-2147** |

| 2.681. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **David L Lindsay** |
|  | List the contract number of any government contract | **18464 Shore Drive** **Kemp, TX 75143-4445** |

| 2.682. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **David Lane Shaw** |
|  | List the contract number of any government contract | **3808 32nd Street** **Lubbock, TX 79410** |

| 2.683. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **David Lynn and Josie Robinson** |
|  | List the contract number of any government contract | **3120 Rosehill Drive** **Fort Worth, TX 76112** |

| 2.684. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **David M. Beveridge Jr.** |
|  | List the contract number of any government contract | **2320 Brun St.** **Houston, TX 77019** |

Debtor 1   **Aruba Petroleum, Inc.**
          First Name          Middle Name          Last Name

Case number (*if known*)   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.685.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**David McCall**
**777 East 15th Street, Suite 202**
**Plano, TX 75074**

---

2.686.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**David McCall**
**777 East 15th Street, Suite 202**
**Plano, TX 75074**

---

2.687.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**David Mceachern**
**209 North Wickham St**
**Alvord, TX 76225**

---

2.688.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**David Nivens**
**5611 Ridgerock Rd**
**Fort Worth, TX 76132-2546**

---

2.689.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**David P Zimmerman**
**1205 Ridgeway Dr**
**Richardson, TX 75080**

---

2.690.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**David P. Lozuk**
**PO Box 121066**
**Fort Worth, TX 76121-1066**

Debtor 1  **Aruba Petroleum, Inc.**
     First Name       Middle Name       Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.691. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **David Palmer Trustee, David Palmer Trust** |
| | List the contract number of any government contract | **751 Landsway Rd**<br>**Weatherford, TX 76087** |

| 2.692. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **David Paul and Mary Ann Sixta** |
| | List the contract number of any government contract | **62 N Westwinds Circle**<br>**Spring, TX 77382** |

| 2.693. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **David Richmond Jones** |
| | List the contract number of any government contract | **80 Staceys Road, Anakie R.M.D.**<br>**Mail Centre Geelong**<br>**Victoria, Australia   03213** |

| 2.694. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **David Russell Brake and Diana Brake** |
| | List the contract number of any government contract | **121 St. Clare Dr.**<br>**Crowley, TX 76036** |

| 2.695. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **David S. Pickard and Barbara Pickard** |
| | List the contract number of any government contract | **PO Box 55**<br>**Aledo, TX 76008** |

| 2.696. | State what the contract or lease is for and the nature of the debtor's interest | **David Slade**<br>**49 Rice Lane**<br>**Dry Prong, LA 71423** |
|---|---|---|

Debtor 1    **Aruba Petroleum, Inc.**
     First Name       Middle Name       Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining |  |
| List the contract number of any government contract |  |

| 2.697. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **David Stickley**<br>**2630 Bernhardt Drive**<br>**Port Arthur, TX 77642** |

| 2.698. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **David W Mackie**<br>**2719 E Street**<br>**Washougal, WA 98671** |

| 2.699. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **David W. Cone**<br>**903 Sam Drive**<br>**Rocky Face, GA 30740** |

| 2.700. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **David Wayne Gandee**<br>**611 Margie Tewmey Rd**<br>**Port Lavaca, TX 77979** |

| 2.701. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **David Webb and Roxann Webb**<br>**23162 Lisbon Rd.**<br>**Apple Valley, CA 92308** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number (*if known*) | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.702.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**David Woodard**
**1021 South Clinton Lane**
**Midlothian, TX 76065-6283**

---

**2.703.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Dawn Schertz**
**8880 North Branch Road**
**Krum, TX 76249**

---

**2.704.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Dayna Fowler**
**213 Walnut St.**
**Aledo, TX 76008**

---

**2.705.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**De Ann Cox**
**P. O. Box 1112**
**Archer City, TX 76351**

---

**2.706.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Dean and Robin Samrow**
**5 Bankhead Cove**
**Aledo, TX 76008**

---

**2.707.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Dean J Deslatte**
**P.O. Box 140**
**Plaquemine, LA 70765**

Debtor 1    **Aruba Petroleum, Inc.**
      First Name      Middle Name      Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

      government contract

---

**2.708.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**DeAnn & Guy Denton & Bank of America**
**2380 Performance Dr, Bldg C**
**Richardson, TX 75082**

---

**2.709.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Deanne Prince**
**6712 Sambar Circle**
**Cypress, CA 90630**

---

**2.710.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Deborah Ann St. Cyr**
**2704 Cordova Circle**
**Denton, TX 76201**

---

**2.711.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Deborah Armstrong**
**500 Rolling Hills Dr.**
**Aledo, TX 76008**

---

**2.712.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Deborah Burgett**
**10104 Kildee Trail**
**Sanger, TX 76266**

---

**2.713.** State what the contract or lease is for and the nature of the debtor's interest

**Deborah J Perkins**
**1113 Meadow Drive**
**Blue Bell, PA 19422**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.714. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Deborah Jean Perkins** |
| | List the contract number of any government contract | **219 Aberdeen Avenue** **Exton, PA 19341** |

| 2.715. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Deborah Jo Rhodes Ginn** |
| | List the contract number of any government contract | **2213 Lanshire Drive** **McKinney, TX 75070** |

| 2.716. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Deborah K. Morgan** |
| | List the contract number of any government contract | **12807 Poquoson Dr.** **Austin, TX 78727** |

| 2.717. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Deborah Lynn Brumbalow Fry** |
| | List the contract number of any government contract | **3544 Manderly Place** **Fort Worth, TX 76109** |

| 2.718. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Deborah Lynn Busey Kipp** |
| | List the contract number of any government contract | **65 Via Malaga Street** **Fremont, CA 94536** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.719. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Deborah Sage Hardcastle**<br>**626 W Berkely Court**<br>**Ontario, CA 91762** |

| 2.720. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Debra A. Fleming**<br>**132 James St.**<br>**Aledo, TX 76008** |

| 2.721. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Debra K. Moore and Michael Moore**<br>**2287 S. W. Hulen St.**<br>**Burleson, TX 76028** |

| 2.722. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Debra Laraine McDougall**<br>**9 Cliff Dr.**<br>**Mineral Wells, TX 76067** |

| 2.723. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Debra Lowrance**<br>**416 Live Oak**<br>**Weatherford, TX 76020** |

| 2.724. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Debra Stasey**<br>**1300 Prairie Wind**<br>**Stephenville, TX 76401** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | |
|---|---|---|

| 2.725. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Deeann Cobb Bolton** |
| | List the contract number of any government contract | **191 Round Rock Cove** **Holly Lake Ranch, TX 75765** |

| 2.726. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **DEF Minerals LLC** |
| | List the contract number of any government contract | **2803 Hwy 101** **Las Animas, CO 81054** |

| 2.727. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Delbert Steven Christopher** |
| | List the contract number of any government contract | **2642 CR 4055** **Jacksonville, TX 75766** |

| 2.728. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Della Lewis Mann** |
| | List the contract number of any government contract | **501 S. Washburn Street** **Decatur, TX 76234** |

| 2.729. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Delois Jean Coursey** |
| | List the contract number of any government contract | **7343 Hutchenson Hill Road** **Springtown, TX 76082** |

| 2.730. | State what the contract or lease is for and the nature of the debtor's interest | **Delwin Morton** **777 East 15th Street, Suite 202** **Plano, TX 75074** |
|---|---|---|

Debtor 1    **Aruba Petroleum, Inc.**                                    Case number *(if known)*   **16-42121**
              First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.731. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dema Lou McNew** |
| | List the contract number of any government contract | **500 Waters Edge #137** **Lake Dallas, TX 75065** |

| 2.732. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Deneise Stockon** |
| | List the contract number of any government contract | **113 McKinzie Ln.** **Weatherford, TX 76087** |

| 2.733. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Denis M Lanier** |
| | List the contract number of any government contract | **556 S Elizabeth Street** **Denver, CO 80209** |

| 2.734. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Denise Marie Montanino** |
| | List the contract number of any government contract | **432 Rolling Hills Dr.** **Aledo, TX 76008** |

| 2.735. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Denman-Friesen Company** |
| | List the contract number of any government contract | **1401 Holiday Suite 426** **Wichita Falls, TX 76301-7194** |

Debtor 1   **Aruba Petroleum, Inc.**
First Name    Middle Name    Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.736.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Dennis & Brenda Shifflett**
**104 Belladonna Court**
**Aledo, TX 76008**

2.737.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Dennis & Colleen Buschbaum**
**4537 Phillip Court**
**Benbrook, TX 76116**

2.738.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Dennis and Carol Harlin**
**1208 Becky Drive**
**Aledo, TX 76008**

2.739.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Dennis Dwane Maxwell**
**1276 FM 1204**
**Decatur, TX 76234**

2.740.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Dennis F. Goke and Brenda R. Goke**
**124 James St.**
**Aledo, TX 76008**

2.741.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Dennis G Bryan Inv Inc**
**P.O. Box 839**
**Graham, TX 76450**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.742. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dennis G Bryan Investments, Inc.**<br>**P. O. Box 839**<br>**Graham, TX 76420** |
| | List the contract number of any government contract | |

---

| 2.743. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dennis H Evans**<br>**P.O. Box 1599**<br>**Mason, TX 76856** |
| | List the contract number of any government contract | |

---

| 2.744. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dennis Henson**<br>**6902 Shore Breeze Court**<br>**Arlington, TX 76016** |
| | List the contract number of any government contract | |

---

| 2.745. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dennis Woods**<br>**545 Diamond Bar Trail**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

---

| 2.746. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Derrell J. Jennings**<br>**1100 Zion Hill Loop**<br>**Weatherford, TX 76088** |
| | List the contract number of any government contract | |

---

| 2.747. | State what the contract or lease is for and the nature of the debtor's interest | **Derrick G Durham**<br>**2308 Amhearst Lane**<br>**Flower Mound, TX 75028** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
<div></div>
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.748.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Desert Partners II, L.P.**
**P.O. Box 3579**
**Midland, TX 79702**

---

2.749.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Desert Partners IV LP**
**P.O. Box 3579**
**Midland, TX 79702**

---

2.750.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Desoto Land and Leasing, LLC**
**1900 Preston Rd, Suite 267, PMB 78**
**Plano, TX 75093**

---

2.751.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Devan Burt**
**2701 Larkin Ave**
**Fort Worth, TX 76113**

---

2.752.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Deveraux Gregg**
**3920 Silver Bell Drive**
**Charlotte, NC 28211**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.753. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Devon Energy Production Co. LP** |
| | List the contract number of any government contract | **333 West Sheridan Avenue** **Oklahoma City, OK 73102-5010** |

| 2.754. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Diane and Warren Shipman, III** |
| | List the contract number of any government contract | **4540 Overton Terrace Ct.** **Fort Worth, TX 76109** |

| 2.755. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Diane Brown Wallace** |
| | List the contract number of any government contract | **4917 Walton Heath** **Garland, TX 75044-5124** |

| 2.756. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Diane Hawkins Loper** |
| | List the contract number of any government contract | **3110 Ashmont** **Germantown, TN 38138** |

| 2.757. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Diane Mayo** |
| | List the contract number of any government contract | **13101 Arnold Drive** **Glen Ellen, CA 95442** |

| 2.758. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Diane Russell** |
| | List the contract number of any | **232 Milan Street** **Granger, IN 46530** |

Debtor 1    **Aruba Petroleum, Inc.**
First Name            Middle Name            Last Name

Case number *(if known)*    **16-42121**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |

| 2.759. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Diann Christopher**<br>**2642 CR 4055**<br>**Jacksonville, TX 75766** |

| 2.760. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Diann Elkins Mahaffey**<br>**616 E Ole Maverick Road**<br>**Cheyenne, WY 82009** |

| 2.761. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Dianna Lynn Stockton**<br>**758 Tuchahoe**<br>**Franklinville, NJ 08322** |

| 2.762. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Dick Blair**<br>**P.O. Box 1894**<br>**Edwards, CO 81632** |

| 2.763. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Dick Fletcher**<br>**5911 Via Serena**<br>**Alta Loma, CA 91701** |

| 2.764. | State what the contract or lease is for and the nature of the debtor's interest | **Dick W. Simpson Trust**<br>**2218 W. Leland, Apt #2**<br>**Chicago, IL 60625** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.765. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dick Weldon Simpson** |
| | List the contract number of any government contract | **2218 W. Leland, Apt #2**<br>**Chicago, IL 60625** |

| 2.766. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dickie B and Katherine E Moore** |
| | List the contract number of any government contract | **1725 Salt Creek Rd**<br>**Springtown, TX 76082** |

| 2.767. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dickie Jay Read** |
| | List the contract number of any government contract | **1024 County Road 3225**<br>**Bridgeport, TX 76426** |

| 2.768. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Diversified Energy 1 LLC Series A** |
| | List the contract number of any government contract | **One North End Avenue, Suite 1301**<br>**New York, NY 10282** |

| 2.769. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Diversified Energy LLC Series B** |
| | List the contract number of any government contract | **One North End Avenue, Suite 1301**<br>**New York, NY 10282** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.770. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dixie Read Hawkins**<br>**3 One Horse Lane**<br>**Gainsville, TX 76240** |

| 2.771. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dixon Water Foundation**<br>**P.O. Box 177**<br>**Marfa, TX 79843** |

| 2.772. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Doloraso Services, LLC**<br>**P.O. Box 50005**<br>**Denton, TX 76206** |

| 2.773. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dolores Carmical**<br>**109 Neely Road**<br>**Hewitt, TX 76643** |

| 2.774. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Don & Debra Diane Barnes**<br>**344 County Road 1793**<br>**Sunset, TX 76270-4308** |

| 2.775. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Don Clements**<br>**111 Rio Vista Drive**<br>**Hereford, TX 79045** |

Debtor 1   **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.776. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Don E. Hinshaw** |
| | List the contract number of any government contract | **3533 Lily Court**<br>**Abilene, TX 79606-2636** |
| 2.777. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Don Elliott Residual Trust A #WA250** |
| | List the contract number of any government contract | **PO Box 1600**<br>**San Antonio, TX 78296** |
| 2.778. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Don Elliott Residual Trust B #WA251** |
| | List the contract number of any government contract | **PO Box 1600**<br>**San Antonio, TX 78296** |
| 2.779. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Don Elliott Trust #3 #WA253** |
| | List the contract number of any government contract | **PO Box 1600**<br>**San Antonio, TX 78296** |
| 2.780. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Don Elliott Trust #4 #WA254** |
| | List the contract number of any government contract | **PO Box 1600**<br>**San Antonio, TX 78296** |
| 2.781. | State what the contract or lease is for and the nature of the debtor's interest | **Don P. Miller, II**<br>**P.O. Box 161507**<br>**Austin, TX 78716** |

Debtor 1   **Aruba Petroleum, Inc.**                                      Case number *(if known)*   **16-42121**
      First Name       Middle Name      Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract

| 2.782. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donald & Debra Harwell** |
| | List the contract number of any government contract | **P.O. Box 576** **Greenwood, TX 76246** |

| 2.783. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donald & Karen Fowler** |
| | List the contract number of any government contract | **3160 N Hwy 101** **Chico, TX 76431** |

| 2.784. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donald and Mary Davis** |
| | List the contract number of any government contract | **7507 S Ballantrae Drive** **McKinney, TX 75070** |

| 2.785. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donald C Potts** |
| | List the contract number of any government contract | **1601 Elm Street #3900** **Dallas, TX 75201** |

| 2.786. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donald D Drury** |
| | List the contract number of any government contract | **P.O. Box 487** **Angel Fire, NM 87710** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.787. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Donald E Vanderbeken & Barbara E Vanderb |
| | List the contract number of any government contract | 5359 N FM 51<br>Decatur, TX 76234 |

| 2.788. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Donald Guinn |
| | List the contract number of any government contract | 7762 Beaver Head Road<br>Fort Worth, TX 76137 |

| 2.789. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Donald Hartman |
| | List the contract number of any government contract | 2398 S FM 373<br>Muenster, TX 76252 |

| 2.790. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Donald I. Gentry |
| | List the contract number of any government contract | 107 CR 3673<br>Paradise, TX 76073 |

| 2.791. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Donald J Guidry |
| | List the contract number of any government contract | P.O. Box 5451<br>Covington, LA 70434-5451 |

| 2.792. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Donald Lee Proctor |
| | List the contract number of any | 2047 Pittman Hollow Rd<br>Sunset, TX 76270 |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

---

| 2.793. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donald M Sollock** |
| | List the contract number of any government contract | **9938 CR 400**<br>**Yoakum, TX 77995** |

---

| 2.794. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donald Ray Pembroke** |
| | List the contract number of any government contract | **6906 Overlook Drive**<br>**Dallas, TX 75227-5819** |

---

| 2.795. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donald Richard and Beverly Sue Brown** |
| | List the contract number of any government contract | **209 Hidden Valley Drive**<br>**Aledo, TX 76008** |

---

| 2.796. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donald S. Mackie** |
| | List the contract number of any government contract | **318 NW 19th Ave**<br>**Camas, WV 98607** |

---

| 2.797. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donald W. Hawkins** |
| | List the contract number of any government contract | **721 Graham Street**<br>**Mineola, TX 75773** |

---

| 2.798. | State what the contract or lease is for and the nature of the debtor's interest | **Donald Wayne Bailey**<br>**4703 Molera Drive**<br>**Austin, TX 78749** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

---

2.799.　State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract _____

**Donna Baker
1895 Crestlake Drive
Rockwall, TX 75087**

---

2.800.　State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract _____

**Donna Campbell
10206 Brookshore Lane
Pearland, TX 77584**

---

2.801.　State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract _____

**Donna Clower Endres
604 Greenwood Rd
Decatur, TX 76234**

---

2.802.　State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract _____

**Donna Covin
18 Harbouton Mont Airy Road
Lambertville, NJ 08530-2901**

---

2.803.　State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract _____

**Donna Gail Jergins Life Estate
PO Box 192
Aledo, TX 76008**

---

Debtor 1    **Aruba Petroleum, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.804.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Donna K Skinner
697 Wagonseller Rd
Bowie, TX 76230**

---

2.805.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Donna Kay Newberry Martinez
31419 N 165th Ave
Surprise, AZ 85387**

---

2.806.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Donna Lee Hill & William Hurley
P.O.Box 888
Aledo, TX 76008**

---

2.807.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Donna Mae Stiles
316 Holly
Destin, FL 32541**

---

2.808.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Donna Monroe Olsson
11718 Spriggs
Houston, TX 77024**

---

2.809.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any

**Donna Sue Crane Ainsworth
519 E 3rd Street
Cordell, OK 73632**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.810. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donna Sue Mowrey** |
| | List the contract number of any government contract | **442 Paradise Point**<br>**Boerne, TX 78006** |

| 2.811. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donna Sue Waters Peebles** |
| | List the contract number of any government contract | **804 E. Ashley Rose Lane**<br>**Austin, TX 78717** |

| 2.812. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Donny H. Addison** |
| | List the contract number of any government contract | **200 Robert St.**<br>**Aledo, TX 76008** |

| 2.813. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dora Redwine Rose** |
| | List the contract number of any government contract | **3207 Lipsey**<br>**Decatur, TX 76234** |

| 2.814. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Dorcas Lee Brumbalow Thornton** |
| | List the contract number of any government contract | **262 C R 2650**<br>**Decatur, TX 76234** |

| 2.815. | State what the contract or lease is for and the nature of the debtor's interest | **Doris A Pettus**<br>**30755 Hwy 75**<br>**Plaquemine, LA 70764** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-42121**
_____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.816. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Doris Bollinger** |
| | List the contract number of any government contract | **309 N Stadium Dr**<br>**Alvord, TX 76225** |

| | | |
|---|---|---|
| 2.817. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Doris Clara Evartt** |
| | List the contract number of any government contract | **202 Renolds Ave**<br>**Taft, TX 78390** |

| | | |
|---|---|---|
| 2.818. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Doris Dunn MacOmber Kevin M. Dunn, POA** |
| | List the contract number of any government contract | **288 Belleair Drive N.E.**<br>**St. Petersberg, FL 33704** |

| | | |
|---|---|---|
| 2.819. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Doris Fay Jennings** |
| | List the contract number of any government contract | **1100 Zion Hill Loop**<br>**Weatherford, TX 76088** |

| | | |
|---|---|---|
| 2.820. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Doris J Crocker, Trustee Hunter Family T** |
| | List the contract number of any government contract | **523 Hudgins Ave.**<br>**Fort Worth, TX 76111-5208** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.821.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Doris Juanita Bolton Downard
6701 Lucas Lane
N. Richland Hills, TX 76182

---

**2.822.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Doris Stafford c/o Mack Stafford
PO Box 336
Madill, OK 73446

---

**2.823.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Doris Strange Edwards
7920 Bal Harbour Ct
Fort Worth, TX 76179

---

**2.824.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Dorothea G Kellam
3915 Colby Ave
#430
Everett, WA 98201

---

**2.825.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Dorothea L. Culpepper
2308 Millgate Rd
Anderson, SC 29621

---

**2.826.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Dorothy Annetta Humphries
106 Chevy Chase Lane
Waxahachie, TX 75165

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   __Aruba Petroleum, Inc._____      Case number (*if known*)   __16-42121__
       First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
|     government contract | |

| | | |
|---|---|---|
| 2.827. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Dorothy Burnette Ezba** |
| | List the contract number of any government contract | **4401 Spicewood Springs Road** **#146** **Austin, TX 78759** |
| 2.828. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Dorothy Childers** |
| | List the contract number of any government contract | **145 PR 2507** **Decatur, TX 76234** |
| 2.829. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Dorothy Deene Shahinian** |
| | List the contract number of any government contract | **1770 Baden Avenue** **Grover Beach, CA 93443** |
| 2.830. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Dorothy L. Nelson** |
| | List the contract number of any government contract | **730 PR 3450** **Paradise, TX 76073** |
| 2.831. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Dorothy Mae Weiser** |
| | List the contract number of any government contract | **4804 Gamble Ct.** **Las Cruces, NM 88011** |
| 2.832. | State what the contract or lease is for and the nature of the debtor's interest | **Dorothy R. Johnson** **1985 S. Meade Street** **Denver, CO 80219** |

Debtor 1  **Aruba Petroleum, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.833. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dorothy Row Dornan**<br>**1321 S 96Th Street**<br>**Omaha, NE 68124** |

| 2.834. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dotte A Hoppe**<br>**3044 Mcnaught Street**<br>**Woodburn, OR 97071** |

| 2.835. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Doug & Judith Cormier**<br>**P.O. Box 756**<br>**Weatherford, TX 76086** |

| 2.836. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Doug Or Nelle Pylant**<br>**8236 Saddlebrook**<br>**Benbrook, TX 76116** |

| 2.837. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Doughtie Wayne and Karen V Law**<br>**105 Maverick Street**<br>**Aledo, TX 76008** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.838. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Douglas E Kunkle** |
| | List the contract number of any government contract | **4508 Weeks Park Lane** **Wichita Falls, TX 76308** |

| 2.839. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Douglas Hall Trust** |
| | List the contract number of any government contract | **1203 Windward Trail** **Rockwall, TX 75032** |

| 2.840. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Douglas W and Jeanne Maloney** |
| | List the contract number of any government contract | **316 Hidden Valley Drive** **Aledo, TX 76008** |

| 2.841. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Doyce Allred** |
| | List the contract number of any government contract | **503 Center Street** **Whitesboro, TX 76273** |

| 2.842. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Doyle Guinn** |
| | List the contract number of any government contract | **4824 Meadowbrook Drive** **Fort Worth, TX 76103** |

| 2.843. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Doyle Hanley Properties Partnership, L.P** |
| | List the contract number of any | **101 Kimbro Court** **Aledo, TX 76008** |

Debtor 1   **Aruba Petroleum, Inc.**

      First Name         Middle Name         Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.844. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Doyle Lynch**<br>**6830 FM 1655**<br>**Forestburg, TX 76239** |

| 2.845. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Doyle Wayne Price**<br>**1508 Edison Street**<br>**Bridgeport, TX 76426** |

| 2.846. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Doyle Wright**<br>**2301 Kell Blvd**<br>**Wichita Falls, TX 76308** |

| 2.847. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dr. Sydney L Bonnick**<br>**37 Wellington Oaks Circle**<br>**Denton, TX 76210** |

| 2.848. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Drew Addison**<br>**200 Robert St.**<br>**Aledo, TX 76008** |

| 2.849. | State what the contract or lease is for and the nature of the debtor's interest | **Drew Reid**<br>**1502 Spring Garden Rd**<br>**Austin, TX 78746-7475** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.850.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Drew Richards**
**7213 Horseshoe Bend Trail**
**Weatherford, TX 76087**

---

2.851.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**DRF Oil And Gas**
**211Park Road**
**Nocona, TX 76255**

---

2.852.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Duane & Bonnie Knesek**
**330 Howard Way Dr**
**Aledo, TX 76008**

---

2.853.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Dura & Mary Hopkins Family Trust C/O F B**
**P.O. Box 1588**
**Tulsa, OK 74101**

---

2.854.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Dwayne Merritt**
**1144 Westgrove**
**Saginaw, TX 76179**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.855.**   State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

Dwight D Skinner Et Al
1708 Oak Tree Drive
Denton, TX 76209

---

**2.856.**   State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

Dwight Dodson
4633 S FM Road 730
Decatur, TX 76234

---

**2.857.**   State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

Dwight Simpson Griggs
5709 Long Ct.
Austin, TX 78730-5056

---

**2.858.**   State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

E N Taylor Trust Argent Trust Co Of LA
P.O. Box 1410
Ruston, LA 71273

---

**2.859.**   State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

E. B. Adkins
2112 East 60th Street
Tulsa, OK 74105

---

**2.860.**   State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any

E.R. Gregg, III
9910 Royal Lane, #103
Dallas, TX 75231

Debtor 1  **Aruba Petroleum, Inc.**
_____
　First Name　　Middle Name　　Last Name

Case number *(if known)*  **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.861. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Eagle Oil & Gas Co.** |
| | List the contract number of any government contract | **2525 Kell Blvd, One Parker Square Suite 510 Wichia Falls, TX 76308** |

| 2.862. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Eagle Oil & Gas Company** |
| | List the contract number of any government contract | **2525 Kell Boulevard Suite 510 Wichita Falls, TX 76308** |

| 2.863. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Earl A Allain** |
| | List the contract number of any government contract | **23965 Sherwood Dr Plaquemine, LA 70764** |

| 2.864. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Earle Frost Read Barnhill** |
| | List the contract number of any government contract | **PO Box 1796 Amarillo, TX 79105** |

| 2.865. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Earlene Haynes** |
| | List the contract number of any government contract | **128 PR 4656 Boyd, TX 76023** |

| 2.866. | State what the contract or lease is for and the nature of the debtor's interest | **Earlene M. McClellan P.O. Box 1086 Benton, LA 71006** |
|---|---|---|

Debtor 1  **Aruba Petroleum, Inc.**
        First Name         Middle Name        Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | State the term remaining | |
| --- | --- | --- |
| | List the contract number of any government contract | |

| 2.867. | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | **Earlene R. Lemert** |
| | List the contract number of any government contract | **602 Eagle Road** <br> **Cedarville, KS 67024** |

| 2.868. | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | **Eastland Production LTD** |
| | List the contract number of any government contract | **927 Green Tree Lane** <br> **Duncanville, TX 75137** |

| 2.869. | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | **EC Stryker, Inc.** |
| | List the contract number of any government contract | **PO Box 1149** <br> **Decatur, TX 76234** |

| 2.870. | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | **Ed F Vanston II** |
| | List the contract number of any government contract | **9202 Esplande Drive** <br> **Dallas, TX 75220** |

| 2.871. | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | **Ed Mccormick** |
| | List the contract number of any government contract | **1230 Reed Road** <br> **Bellevue, TX 76228** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.872. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ed McCormick** |
| | List the contract number of any government contract | **1230 Reed Road**<br>**Bellevue, TX 76228-2416** |

| 2.873. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ed Mcguire** |
| | List the contract number of any government contract | **211 Driftwood Drive**<br>**Coppell, TX 75019-6314** |

| 2.874. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ed Miller** |
| | List the contract number of any government contract | **3003 County Road 4560**<br>**Winnsboro, TX 75494-6622** |

| 2.875. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Eddie & Cheryl Hale** |
| | List the contract number of any government contract | **Box 14**<br>**Alvord, TX 76225** |

| 2.876. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Eddie C. Stafford** |
| | List the contract number of any government contract | **2798 Montreaux**<br>**Frisco, TX 75034** |

| 2.877. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Eddie Godfrey** |
| | List the contract number of any | **2947 W Division**<br>**Arlington, TX 76012** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|

| 2.878. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edgar and Betty Harvalene Ames, Jr** |
| | List the contract number of any government contract | **126 Homes Lane** |
| | | **Weatherford, TX 76085** |

| 2.879. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edgewood Cockfield Project LLC** |
| | | **C/O Delta Bank Attn: Wanda Wiggins** |
| | List the contract number of any government contract | **P.O. Box 339** |
| | | **Vidalia, LA 71373** |

| 2.880. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edgewood Exploration Inc** |
| | List the contract number of any government contract | **13803 Sweetwoods Hollow** |
| | | **St Francisville, LA 70775** |

| 2.881. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edith Lillian Haile** |
| | List the contract number of any government contract | **513 South FM 1187** |
| | | **Aledo, TX 76008** |

| 2.882. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edna M Goldman** |
| | List the contract number of any government contract | **1500 Roebuck Dr** |
| | | **Meridian, MS 39301** |

| 2.883. | State what the contract or lease is for and the nature of the debtor's interest | **Edward & Rebecca Hemenway** |
|---|---|---|
| | | **714 Meadow Hill Rd** |
| | | **Fort Worth, TX 76108** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

| 2.884. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edward B Middleton** |
| | List the contract number of any government contract | **22160 Talbot Drive** **Plaquemine, LA 70764** |

| 2.885. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edward C. Bleyl** |
| | List the contract number of any government contract | **129 Jearl St.** **Aledo, TX 76008** |

| 2.886. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edward J and Milissa R Machel** |
| | List the contract number of any government contract | **509 Hilldale St** **Aledo, TX 76008** |

| 2.887. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edward Sanders** |
| | List the contract number of any government contract | **1301 Becky Drive** **Aledo, TX 76008** |

| 2.888. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edward Tubbs, Jr.** |
| | List the contract number of any government contract | **4229 NW 57th Street** **Oklahoma City, OK 73112** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.889. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edwin D Pruett** |
| | List the contract number of any government contract | **P.O. Box 87**<br>**Slidell, TX 76267** |

| 2.890. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edwin Hudson** |
| | List the contract number of any government contract | **106 Rocking Chair Ranch Road**<br>**Trinidad, TX 75163** |

| 2.891. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edwin Hutson** |
| | List the contract number of any government contract | **106 Rocking Chair Ranch Road**<br>**Trinidad, TX 75163** |

| 2.892. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edwin W Strange** |
| | List the contract number of any government contract | **P.O. Box 29**<br>**Alvord, TX 76225** |

| 2.893. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Edwin Warren Rumage** |
| | List the contract number of any government contract | **146 Quail Run**<br>**Jacksboro, TX 76458** |

| 2.894. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Effie S.M. Blanton** |
| | List the contract number of any | **PO Box 250981**<br>**Plano, TX 75025** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.895. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Effie S.M. Blanton, Life Estate** |
| | List the contract number of any government contract | **PO Box 250981** <br> **Plano, TX 75025** |
| 2.896. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Effygene Bull** |
| | List the contract number of any government contract | **436 Pecan Dr.** <br> **Aledo, TX 76008** |
| 2.897. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **EKA Minerals, LLC** |
| | List the contract number of any government contract | **PO Box 5391** <br> **Wichita Falls, TX 76307** |
| 2.898. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Elaine Garrett** |
| | List the contract number of any government contract | **3075 Willow Grove Blvd., #3101** <br> **McKinney, TX 75070** |
| 2.899. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Elaine McKay Clemmons** |
| | List the contract number of any government contract | **PO Box 162** <br> **Bridgeport, TX 76426** |
| 2.900. | State what the contract or lease is for and the nature of the debtor's interest | **Elaine Sue Shaw Burress** <br> **P.O. Box 95** <br> **Aledo, TX 76008** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**                                        Case number *(if known)*   **16-42121**
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |

| 2.901. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining<br><br>List the contract number of any<br>government contract | **Elayne J. Lemons**<br>**1704 West McGee**<br>**Sherman, TX 75092** |

| 2.902. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining<br><br>List the contract number of any<br>government contract | **Elbert & Deanna Lewis**<br>**113 Yeary Lane**<br>**Aledo, TX 76008** |

| 2.903. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining<br><br>List the contract number of any<br>government contract | **Elbert Allred**<br>**1142 County Road 212**<br>**Gainesville, TX 76240** |

| 2.904. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining<br><br>List the contract number of any<br>government contract | **Elbert Ray Forman**<br>**110 Woodland Dr**<br>**Krugerville, TX 76227** |

| 2.905. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining<br><br>List the contract number of any<br>government contract | **Eldorado Land & Investment Co LLC**<br>**2107 Twin Dr**<br>**Duncan, OK 73533** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.906.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Eleanor J Howard
200 Jackson Street
Nocona, TX 76255

---

**2.907.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Eleanor Lois Johnson
18400 Euclid Street
Unit 256
Farmington, MN 55024

---

**2.908.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Elese F. McDougal - Life Estate
310 Broadway
Newcastle, TX 76372

---

**2.909.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Elizabeth A Putthoff
1164 CF 345
Forestburg, TX 76239

---

**2.910.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Elizabeth A Strange
P.O. Box 29
Alvord, TX 76225

---

**2.911.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Elizabeth Ashlie Robertson
312 Stratford Drive
Benbrook, TX 76126

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.912. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Elizabeth B Karolyi** |
| | List the contract number of any government contract | **4225 McKinney Ave**<br>**Apt. C**<br>**Dallas, TX 75205** |

| 2.913. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Elizabeth Gay Ellis McIlheran** |
| | List the contract number of any government contract | **5804 Longhorn Landing**<br>**Austin, TX 78734** |

| 2.914. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Elizabeth H. Morse Unclaimed Property Di** |
| | List the contract number of any government contract | **P. O. Box 12019**<br>**Austin, TX 78711-2019** |

| 2.915. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Elizabeth Kay Rosen** |
| | List the contract number of any government contract | **717 Heather Lane**<br>**Easton, PA 18040** |

| 2.916. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Elizabeth Luster** |
| | List the contract number of any government contract | **120 Westgate Dr**<br>**Aledo, TX 76008** |

| 2.917. | State what the contract or lease is for and the nature of the debtor's interest | **Elizabeth M. Coker**<br>**P.O. Box 4410**<br>**Bryan, TX 77805** |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.918. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Elizabeth Nichols and Aaron Nichols** |
| | List the contract number of any government contract | **416 Rolling Hills Dr.** |
| | | **Aledo, TX 76008** |

| 2.919. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Elizaeth Yahr** |
| | List the contract number of any government contract | **P.O. Box 71** |
| | | **Thicket, TX 77374** |

| 2.920. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ella Lucille Homsley** |
| | List the contract number of any government contract | **517 South FM 1187** |
| | | **Aledo, TX 76008** |

| 2.921. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ellen Brissey Hammack, Deceased** |
| | List the contract number of any government contract | **10069 Calle Chulita, NW** |
| | | **Albuquerque, NM 87114** |

| 2.922. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ellen Carrie Murack** |
| | List the contract number of any government contract | **13177 Kirkmichael Terrace** |
| | | **Bristow, VA 20136-5600** |

Debtor 1    **Aruba Petroleum, Inc.**
    First Name      Middle Name      Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.923.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ellen Duckwitz**<br>**1705 Hemphill**<br>**Odessa, TX 79763** |
| **2.924.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ellen Forrester c/o Carole A Stamm, POA**<br>**5025 Lady Bank Lane**<br>**Aiken, SC 29803** |
| **2.925.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ellen Holland**<br>**150 Boland St.**<br>**#209**<br>**Fort Worth, TX 76107** |
| **2.926.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Elliott Garsek**<br>**920 Foch Street**<br>**Fort Worth, TX 76107** |
| **2.927.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ellise Wilson Mcdonald**<br>**760 Hill Rd**<br>**Willis, TX 77378** |
| **2.928.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Elma Lenore Kennedy**<br>**PO Box 221**<br>**Manvel, TX 77578-0221** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.929. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Elmer Eugene Vogt** |
| | List the contract number of any government contract | **3609 Green Ridge Dr San Angelo, TX 76904** |

| | | |
|---|---|---|
| 2.930. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Elnora Wootton** |
| | List the contract number of any government contract | **10 Shadowood Conroe, TX 77304-1772** |

| | | |
|---|---|---|
| 2.931. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Eloise Williams** |
| | List the contract number of any government contract | **201 Palomino Court Cresson, TX 76035** |

| | | |
|---|---|---|
| 2.932. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Elrica Kay Young Kleck** |
| | List the contract number of any government contract | **2544 East 11Th Street Odessa, TX 79761** |

| | | |
|---|---|---|
| 2.933. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Elrica Lynn Tarpley** |
| | List the contract number of any government contract | **7825 Hood St Fort. Worth, TX 76135** |

| | | |
|---|---|---|
| 2.934. | State what the contract or lease is for and the nature of the debtor's interest | **Elvin Gentry 1340 CR 621 Hamilton, TX 76531** |

Debtor 1    **Aruba Petroleum, Inc.**                                Case number *(if known)*    **16-42121**
            First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.935. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Emelia Hoefle**<br>**P.O. Box 16303**<br>**Ft. Worth, TX 76162** |

| 2.936. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Emerson Tad Richey**<br>**6954 39th St.**<br>**Groves, TX 77619** |

| 2.937. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Emily Mitchell**<br>**6682 County Road 4064**<br>**Kemp, TX 75143** |

| 2.938. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Emma Beekman**<br>**4731 Sierra Vista Ave.**<br>**Apt. 111**<br>**Riverside, CA 92505** |

| 2.939. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Emma Jo Williamson**<br>**58515 St Clement Ave**<br>**Plaquemine, LA 70764** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.940. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Emma Josephine Garretson** |
| | List the contract number of any government contract | **3616 Landy Lane**<br>**Richland Hills, TX 76118-5507** |

| 2.941. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Emma Read Moore** |
| | List the contract number of any government contract | **10805 Owl Creek Drive**<br>**Ft. Worth, TX 76179** |

| 2.942. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Emory D. Garner c/o the EDG Trust** |
| | List the contract number of any government contract | **5004 Sea Pines Dr.**<br>**Dallas, TX 75287** |

| 2.943. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Encap Partners LLC c/o Jacob Warnock Oil** |
| | List the contract number of any government contract | **P.O. Box 9285**<br>**Wichita Falls, TX 76308** |

| 2.944. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Encore Energy Inc** |
| | List the contract number of any government contract | **118 Hogan Drive**<br>**Lake Kiowa, TX 76240** |

| 2.945. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Energy 12 LLC** |
| | List the contract number of any | **12222 Merit Drive, Suite 1850**<br>**Dallas, TX 75251-2217** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
First Name    Middle Name    Last Name

Case number *(if known)* **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.946. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Energy Royalties LLC** |
| | List the contract number of any government contract | **1021 Main Street** **Houston, TX 77002** |

---

| 2.947. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Enexco Inc** |
| | List the contract number of any government contract | **3131 Turtle Creek Blvd Ste 1200** **Dallas, TX 75219** |

---

| 2.948. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **EOG Resources, Inc.** |
| | List the contract number of any government contract | **P. O. Box 4362** **Houston, TX 77210** |

---

| 2.949. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Eri - O&G III LP** |
| | List the contract number of any government contract | **4880 Long Prairie Road Suite 200** **Flower Mound, TX 75028** |

---

| 2.950. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Eric Aaron Baker** |
| | List the contract number of any government contract | **1260 ElRancho Dr Apt 27A** **Sparks, NV 89431** |

---

| 2.951. | State what the contract or lease is for and the nature of the debtor's interest | **Erin Davis Heineking** **715 Jenkins Road** **Aledo, TX 76008** |

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.952. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Erin McCrary c/o Ms. Terry McCrary** |
| | List the contract number of any government contract | **1443 E. Nichols Circle**<br>**Centennial, CO 80122** |

| 2.953. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Erlene Pugh Smith** |
| | List the contract number of any government contract | **158 Chestnut St.**<br>**Aledo, TX 76008** |

| 2.954. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ermal Moody, Trustee W Emmett Moody Trus** |
| | List the contract number of any government contract | **6900 Little Ranch Road**<br>**Fort Worth, TX 76182** |

| 2.955. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ernest D. Gentry** |
| | List the contract number of any government contract | **PO Box 152**<br>**Paradise, TX 76073** |

| 2.956. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ernest Lee Brumbalow C/O Deborah L Fry** |
| | List the contract number of any government contract | **3544 Manderly Place**<br>**Fort Worth, TX 76109** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.957.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

Ernestine Hendon Caron
6333 South 91St East Avenue
#304
Tulsa, OK 74133

---

**2.958.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

Ernestine Hyder
5347 Avenue Isle Verde
Apt 609
Carolina, PR 00979

---

**2.959.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

Erwin Herber
3522 Cornerstone Street
Round Rock, TX 78681-3727

---

**2.960.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

Eryn Lorayn Gettys
301 E. Skyview Road
Austin, TX 78752

---

**2.961.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
    government contract

Espen Galtung Dosvig C/O Ron Tharp CPA
12900 Preston Road Suite 800
Dallas, TX 75230

---

**2.962.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any

Essie Y. Stembridge
5909 Jennie Drive
Fort Worth, TX 76133

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.963. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Est of Elmer Caswell, Co-Executors David** |
| | List the contract number of any government contract | **P.O. Box 547**<br>**Bowie, TX 76230** |

| 2.964. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Est Of Joseph B Dupont** |
| | List the contract number of any government contract | **62400 Belleview Dr**<br>**Plaquemine, LA 70764** |

| 2.965. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate Of Betty Thompson** |
| | List the contract number of any government contract | **515 West Ikard**<br>**Henrietta, TX 76365** |

| 2.966. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate Of Bob J Ewing, James Paul Ewing,**<br>**c/o Criswell Law Firm** |
| | List the contract number of any government contract | **P O Box 541**<br>**Durant, OK 74702** |

| 2.967. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate of C G Greenwood** |
| | List the contract number of any government contract | **P.O. Box 446**<br>**Alvord, TX 76225** |

| 2.968. | State what the contract or lease is for and the nature of the debtor's interest | **Estate of Dan Woodward Bartee Herbert Wr**<br>**2812 Northhaven**<br>**Corinth, TX 76210** |
|---|---|---|

Debtor 1    **Aruba Petroleum, Inc.**                                    Case number *(if known)*   **16-42121**
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

2.969.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any                Estate of Dorothy Sage Spies c/o Loma Ge
government contract                             1001 St Andrews Drive
                                                Upland, CA 91784

2.970.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any                Estate of Ellisene Davis c/o Danna Ritte
government contract                             244 Rosewood Dr.
                                                La Verina, TX 78121

2.971.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any                Estate Of Elmer Caswell David Norman & G
government contract                             P.O. Box 547
                                                Bowie, TX 76230

2.972.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any                Estate Of H Lee Pierce, Deceased '------
government contract                             8609 Northwest Plaza Drive, #450
                                                Dallas, TX 75225

2.973.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any                Estate of Harold Sage c/o Lisa Sage Ashc
government contract                             617 Eureka Street
                                                Bakersville, CA 93305

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.974. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate of J R Bilhartz c/o Mary P Bilhar** |
| | List the contract number of any government contract | **1934 Lewis Crossing Dr.**<br>**Keller, TX 76248** |

| 2.975. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate Of James M Harmon, Deceased Eliza** |
| | List the contract number of any government contract | **257 Cape May Dr**<br>**Corpus Christi, TX 78412** |

| 2.976. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate of James Ryan Harold McAden, Rece** |
| | List the contract number of any government contract | **PO Box 1186**<br>**Bridgeport, TX 76426** |

| 2.977. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate of Joe & Martha Bulowski Ben Kerr** |
| | List the contract number of any government contract | **c/o Brown, Kerr, Key & Brewer**<br>**PO Box 1029**<br>**Quitman, TX 75783** |

| 2.978. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate of Joe Bulowski Ben J Kerr, Indep** |
| | List the contract number of any government contract | **PO Box 1029**<br>**Quitman, TX 75783** |

| 2.979. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate Of Martha Ellis Russell c/o Julie** |
| | List the contract number of any | **696 Pineloch, #2601**<br>**Webster, TX 77598** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.980. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate of Mary Lee Burks c/o Gerald E. B** |
| | List the contract number of any government contract | **907 Forest Trail**<br>**Jacksonville, TX 75766** |

| 2.981. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate of Mildred Heying Harold McAden,** |
| | List the contract number of any government contract | **PO Box 1186**<br>**Bridgeport, TX 76426** |

| 2.982. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate of Otis Sage** |
| | List the contract number of any government contract | **9260 Ioamosa Court**<br>**Rancho Cucamonga, CA 91737** |

| 2.983. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate Of Patrick D Robertson Catherine** |
| | List the contract number of any government contract | **312 Stratford Drive**<br>**Fort Worth, TX 76126** |

| 2.984. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Estate of Preston Rogers** |
| | List the contract number of any government contract | **130 W Douglas**<br>**Apt #4**<br>**Naperville, IL 60540** |

| 2.985. | State what the contract or lease is for and the nature of the debtor's interest | **Estate of Robert Marvin Simpson Dwight G**<br>**5709 Long Ct.**<br>**Austin, TX 78730-5056** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining<br><br>List the contract number of any government contract | _____ |
|---|---|---|

| 2.986. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Estate of Walter R. Bennett c/o Wells Fa**<br>**201 Main Street, Suite 400**<br>**Fort Worth, TX 76102** |

| 2.987. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Estate of William Sage c/o Rayetta Sage**<br>**2150 NW Evergreen St.**<br>**Corvallis, OR 97330** |

| 2.988. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Estate of William T. Ryan Harold McAden,**<br>**PO Box 1186**<br>**Bridgeport, TX 76426** |

| 2.989. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ethel M Cosgrove**<br>**112 Yeary Lane**<br>**Aledo, TX 76008** |

| 2.990. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Eugene J Dozier**<br>**4709 Crestline Road**<br>**Fort Worth, TX 76107** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.991. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Eugene Mack Elam, Jr** |
| | List the contract number of any government contract | **5851 Del Roy Drive**<br>**Dallas, TX 75230** |

| 2.992. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Eula Faye Rowe** |
| | List the contract number of any government contract | **3945 N Hwy 114**<br>**Paradise, TX 76073** |

| 2.993. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Eula Nell Polson** |
| | List the contract number of any government contract | **3713 Winifred Drive**<br>**Fort Worth, TX 76133-2001** |

| 2.994. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Eulan Abbott Prince Jr. & Darla Prince &** |
| | List the contract number of any government contract | **Mortgage Services Department**<br>**2626B West Freeway, PO Box 2988**<br>**Fort Worth, TX 76113** |

| 2.995. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Eutex Finanz AG C/O Trinity Bank** |
| | List the contract number of any government contract | **3500 W Vickery Blvd**<br>**Fort Worth, TX 76107-5618** |

| 2.996. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Euvonia Doris Morris Parsons** |
| | List the contract number of any | **3020 4th Street**<br>**Apt 101**<br>**Brownwood, TX 76801** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.997. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Evah Jean Lindsay**<br>**325 W. Louella Drive**<br>**Hurst, TX 76054** |
|---|---|---|
| 2.998. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Eve Sheetz**<br>**PO Box 85**<br>**Woodstock, VA 22664** |
| 2.999. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Evelyn L Murphey**<br>**429 Rolling Hills Dr**<br>**Aledo, TX 76008** |
| 2.1000. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ewing James Newton**<br>**3410 Carriage House Dr.**<br>**Richmond, TX 77406-6862** |
| 2.1001. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Exa Mae Rief**<br>**152 Linbrook Dr**<br>**Winston Salem, NC 27106** |
| 2.1002. | State what the contract or lease is for and the nature of the debtor's interest | **Exploration Energy LC**<br>**4807 Thunder Rd**<br>**Dallas, TX 75244** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining<br><br>List the contract number of any government contract |  |
|---|---|---|
| 2.1003. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining<br><br>List the contract number of any government contract | **Fariba Parmer<br>1656 Byron Nelson Pkwy<br>Southlake, TX 76092** |
| 2.1004. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining<br><br>List the contract number of any government contract | **Faruk Abay<br>Freseniusstr 18<br>Frankfurt  Germany   60320** |
| 2.1005. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining<br><br>List the contract number of any government contract | **Father Flanagan'S Boys' Home Investment<br>P.O. Box 145<br>Boys Town, NE 68010** |
| 2.1006. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining<br><br>List the contract number of any government contract | **Faye Bryd<br>112 CR 4412<br>Jacksonville, TX 75766** |
| 2.1007. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining<br><br>List the contract number of any government contract | **Faye Howerton<br>P.O. Box 183<br>Alvord, TX 76225** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1008.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**FCM of Texas, LLC c/o Melinda Moore Woma**
**16 Moreno Point Road**
**Destin, FL 32541**

**2.1009.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fern A. Green**
**310 Oak St.**
**Aledo, TX 76008**

**2.1010.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fern Hollaway Caswell**
**1282 S FM 1655**
**Alvord, TX 76225**

**2.1011.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**First Baptist Church of Aledo**
**128 Elm Street**
**Aledo, TX 76008**

**2.1012.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**First Baptist Church of Aledo Life Est.**
**103 Walnut Street**
**Aledo, TX 76008-4305**

**2.1013.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**First Baptist Church of Dallas, Texas**
**1601 Elm Street**
**Suite #1700**
**Dallas, TX 75201**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.1014. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**First Financial Bank, N.A.**
**501 N. FM Road 1187**
**Aledo, TX 76008**

2.1015. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**First National Bank of Granbury**
**101 East Bridge Street**
**Granbury, TX 76048**

2.1016. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**First Presbyterian Church of El Dorado E**
**300 E. Main Street**
**El Dorado, AR 71730**

2.1017. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**First United Methodist Attn: Bert Ducket**
**503 North Central Expressway**
**Richardson, TX 75080**

2.1018. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**First United Methodist Church**
**P.O. Box 127**
**Alvord, TX 76225**

2.1019. State what the contract or lease is for and the nature of the debtor's interest

**Five Civilized Tribes Museum & Center of**
**1101 Honor Heights Drive**
**Muskogee, OK 74401**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.1020.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**FKC L.P.**
**PO Box 1357**
**Liberal, KS 67905**

---

2.1021.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Florence Brady**
**6412 Highgate Lane**
**Dallas, TX 75214**

---

2.1022.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Florencia Exploration, Inc.**
**5111 Broadway**
**San Antonio, TX 78209-5709**

---

2.1023.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Floy Hudson**
**P.O. Box 1044**
**Idalou, TX 79329**

---

2.1024.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Flyover Ranch, LLC**
**906 W McDermott Dr, Ste 116-334**
**Allen, TX 75013**

---

Debtor 1   **Aruba Petroleum, Inc.**
First Name         Middle Name         Last Name

Case number (*if known*)   **16-42121**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1025.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Forest Yule**
**1611 W 5Th St Apt 213**
**Austin, TX 78703-4790**

**2.1026.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fortson Oil Company**
**306 West 7th Street Suite 901**
**Fort Worth, TX 76102**

**2.1027.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Foundation Shale LLC Attn. Jim Syme**
**PO Box 470354**
**Fort Worth, TX 76147**

**2.1028.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fran Mueller**
**2103 3Rd Street**
**Woodward, OK 73801**

**2.1029.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Frances Alise Spurlock Huggins**
**12306 Lake Ladare**
**Baton Rouge, LA 70816**

**2.1030.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Frances Campbell**
**1701 Campbell Trail**
**Richardson, TX 78082**

Debtor 1    **Aruba Petroleum, Inc.**                                             Case number *(if known)*    **16-42121**
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1031. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Frances Caswell** |
| | List the contract number of any government contract | **P.O. Box 547** **Bowie, TX 76230** |

| 2.1032. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Frances Lucille Coursey** |
| | List the contract number of any government contract | **1406 Cobb St.** **Bridgeport, TX 76426** |

| 2.1033. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Frank A. King King Barnett Interest Ltd.** |
| | List the contract number of any government contract | **8235 Douglas Ave** **Suite 525** **Dallas, TX 75225** |

| 2.1034. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Frank B Allain** |
| | List the contract number of any government contract | **30735 Hwy 75** **Plaquemine, LA 70764** |

| 2.1035. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Frank Joesph Kszyminski and Darlene O. K** |
| | List the contract number of any government contract | **133 Raven Bend** **Weatherford, TX 76085** |

| 2.1036. | State what the contract or lease is for and the nature of the debtor's interest | **Frank N & Vivian K  Bingman Trust Frank** **Vivian K Bingman, Co-Trustees** **8313 NW 107th Street** **Oklahoma City, OK 73162** |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.1037. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Frank Pettit Castleberry**<br>**1010 Oceola Trail**<br>**Carrollton, TX 75006** |

| 2.1038. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Frank Ross Bunting**<br>**5926 Bishops Mill**<br>**Corpus Christi, TX 78148** |

| 2.1039. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Frank Turner**<br>**5220 Oakbrook**<br>**Durham, NC 27713** |

| 2.1040. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Frankie Lynn Price**<br>**10911 Holly Hill Lane**<br>**Houston, TX 77041** |

| 2.1041. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Franshele D. Laminack**<br>**PO Box 210**<br>**Aledo, TX 76008** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number (if known) | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1042. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Fred Thompkins |
| | List the contract number of any government contract | PO Box 1317 Haslet, TX 76052-1317 |

| 2.1043. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Fred Traylor |
| | List the contract number of any government contract | 8489 Price Coffee Road Bentonville, AR 72712-7524 |

| 2.1044. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Fred Williams Patterson TTEE/FBO/FWP/TRS |
| | List the contract number of any government contract | Bank of America N.A., Agent P. O. Box 832407 Dallas, TX 75283-0308 |

| 2.1045. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Fred Williams Patterson TTEE/FBO/FWP/UWO |
| | List the contract number of any government contract | Bank of America, N.A. Agent P. O. Box 832407 Dallas, TX 75283-2407 |

| 2.1046. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Freddie Carl Smith |
| | List the contract number of any government contract | 555 Dickson Circle Sherman, TX 75090 |

| 2.1047. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Freddie J Williams |
| | List the contract number of any | 8747 FM 455 Montague, TX 76251 |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

---

**2.1048.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Freddie W. Mask and Barbara Ann Mask
201 Scenic Dr.
Aledo, TX 76008

---

**2.1049.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Freddy B and Verda Detherage
P.O.Box 62
Aledo, TX 76008

---

**2.1050.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Frederick and Kumiko Porter
105 Sanchez Trail
Aledo, TX 76008

---

**2.1051.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Fresno Oil Company
900 8th Street #1009
Wichita Falls, TX 76301

---

**2.1052.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Fronnie Collins Estate Comptroller Publi
Box 13528
Capitol Station
Austin, TX 78711

---

**2.1053.** State what the contract or lease is for and the nature of the debtor's interest

Frost National Bank Account # W00751600
Oil & Gas Trust Dept
P.O. Box 1600
San Antonio, TX 78296

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.1054. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Frost National Bank Oil & Gas Trust Div** |
| | List the contract number of any government contract | **Acct # W00750400**<br>**P.O. Box 1600**<br>**San Antonio, TX 78296** |

| 2.1055. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Frost National Bank Oil & Gas Trust Div** |
| | List the contract number of any government contract | **Acct # W00751400**<br>**P.O. Box 1600**<br>**San Antonio, TX 78296** |

| 2.1056. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **G Brian Busey** |
| | List the contract number of any government contract | **3176 N 18th Street**<br>**Arlington, VA 22201** |

| 2.1057. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **G S Sloan LLC Gladys N Sloan Mgr** |
| | List the contract number of any government contract | **P.O. Box 2434**<br>**Manderville, LA 70470** |

| 2.1058. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **G&J Baker Investments Ltd** |
| | List the contract number of any government contract | **358 Lakeview Court**<br>**Aledo, TX 76008** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1059.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Gabler Family Trust Mary Ella Gabler Bit
411 West 7th Street, #507
Ft. Worth, TX 76102

**2.1060.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Gabriele E. Bateman Life Estate
2089 A CR 320
Frankston, TX 75763

**2.1061.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Gail Alexander Kharidia
PO Box 505
Harvard, MA 01451-0505

**2.1062.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Gail Bowline
4067 Beltway Drive #106
Addison, TX 75001

**2.1063.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Gail Garrett
3017 Fox Hollow Drive
Plano, TX 75023-1341

**2.1064.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Gail L Sanders
PO Box 805
Alto, NM 88312

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Aruba Petroleum, Inc.**                                     Case number *(if known)*    **16-42121**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1065. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gail M Whitfield c/o Jacob Warnock Oil &** |
| | List the contract number of any government contract | **P.O. Box 9285**<br>**Wichita Falls, TX 76308** |

| 2.1066. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gaines Alexander Stovall** |
| | List the contract number of any government contract | **2229 CR 4185**<br>**Meridian, TX 76665** |

| 2.1067. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Galen B. Reckling** |
| | List the contract number of any government contract | **5142 Green Tree Rd**<br>**Houston, TX 77056** |

| 2.1068. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Galen Schraft Murray** |
| | List the contract number of any government contract | **4145 Stanhope Ave.**<br>**Dallas, TX 75205** |

| 2.1069. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ganesha Energy, Inc. c/o Ron Tharp** |
| | List the contract number of any government contract | **12900 Preston Road, Suite 800**<br>**Dallas, TX 75230** |

| 2.1070. | State what the contract or lease is for and the nature of the debtor's interest | **Gardner Petroleum**<br>**P.O. Box 882**<br>**Decatur, TX 76234** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract
_____

---

2.1071. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract
_____

**Garnold L. Simmons, Jr.**
**114 Rosemary Drive**
**Bastrop, LA 71220-2338**

---

2.1072. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract
_____

**Garry Ray Crane**
**265 Newsome**
**Pineville, LA 71360**

---

2.1073. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract
_____

**Garvin W Clower**
**103G RR 4**
**Duncan, OK 73533-9410**

---

2.1074. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract
_____

**Gary and Pamela Worlow**
**879 Cuba Road**
**Bridgeport, TX 76426**

---

2.1075. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract
_____

**Gary Caswell**
**P.O. Box 547**
**Bowie, TX 76230**

---

Debtor 1    **Aruba Petroleum, Inc.**                                        Case number *(if known)*    **16-42121**
     First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1076.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Gary Dan Williams**<br>**616 E Ole Maverick Rd.**<br>**Cheyenne, WY 82009** |
| **2.1077.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Gary Don Herod**<br>**304 6th Street**<br>**Throckmorton, TX 76483** |
| **2.1078.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Gary Hancock**<br>**449 Country Club Rd**<br>**Bowie, TX 76230-9092** |
| **2.1079.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Gary L Hellman**<br>**224 W 11Th**<br>**New York, NY 10014** |
| **2.1080.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Gary L. Murphy**<br>**PO Box 836**<br>**Weatherford, TX 76086** |
| **2.1081.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Gary L. Woolard and Sharon Kay Woolard**<br>**564 Meadow Hill**<br>**Ft. Worth, TX 76108** |

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.1082.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gary Luker**
**PO Box 936**
**Granbury, TX 76048**

2.1083.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gary Lynn Baker, Jr.**
**396 Old Sawmill Road**
**Axtell, TX 76624-1562**

2.1084.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gary Lynn Evans**
**515 E Oak St**
**Aledo, TX 76008-4343**

2.1085.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gary Lynn Hughes**
**2171 Holly Trail East**
**Holly Lake Ranch, TX 75765**

2.1086.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gary Michael Boyd**
**10 Coachmen Ter**
**Phymouth, MA 02360-5076**

2.1087.   State what the contract or lease is for and the nature of the debtor's interest

**Gary R Anderson**
**5119 Ledgestone Drive**
**Fort Worth, TX 76132**

Debtor 1   **Aruba Petroleum, Inc.**
   First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

     State the term remaining

     List the contract number of any
        government contract

---

2.1088.  State what the contract or
       lease is for and the nature of
       the debtor's interest

     State the term remaining

     List the contract number of any
        government contract

**Gary Scarbrough
7005 White Hills Lane
Marble Falls, TX 78654**

---

2.1089.  State what the contract or
       lease is for and the nature of
       the debtor's interest

     State the term remaining

     List the contract number of any
        government contract

**Gary Stephen Barr
6709 27th Street North
Arlington, VA 22213**

---

2.1090.  State what the contract or
       lease is for and the nature of
       the debtor's interest

     State the term remaining

     List the contract number of any
        government contract

**Gary W. Pittman
519 Regents Gate Dr.
Henderson, NV 89012**

---

2.1091.  State what the contract or
       lease is for and the nature of
       the debtor's interest

     State the term remaining

     List the contract number of any
        government contract

**Gary Wayne Gardner
PO Box 882
Decatur, TX 76234**

---

2.1092.  State what the contract or
       lease is for and the nature of
       the debtor's interest

     State the term remaining

     List the contract number of any
        government contract

**Gary Z Gardner
PO Box 941
Jacksboro, TX 76458**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1093.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gay Wittmer Moore**
**1764 Cynthia Lane**
**Hurst, TX 76054**

**2.1094.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gaye Cole**
**P.O. Box 566**
**Greenwood, TX 76246**

**2.1095.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gaye M. Napier**
**712 N  7th street**
**Marquette, MI 49855**

**2.1096.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gaye Mayo**
**4435 Westward Drive**
**Wichita Falls, TX 76308**

**2.1097.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gayla Monroe Thompson**
**10 Crolane Trail**
**Houston, TX 77024**

**2.1098.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Gayla Monroe Thompson**
**10 Carolane Trail**
**Houston, TX 77024**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.1099. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gayle Reich** |
| | List the contract number of any government contract | **9000 CR 329**<br>**Blanket, TX 76432-6331** |

| 2.1100. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gaylen Wilson** |
| | List the contract number of any government contract | **214 Pr 2749**<br>**Decatur, TX 76234** |

| 2.1101. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **GEM Exploration** |
| | List the contract number of any government contract | **900 Eighth St, Suite 820**<br>**Wichita Falls, TX 76301** |

| 2.1102. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **GEMAC Resources Inc.** |
| | List the contract number of any government contract | **PO Box 3968**<br>**Grapevine, TX 76099-3968** |

| 2.1103. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gene C and Dorothy-Jo Smith Traynham** |
| | List the contract number of any government contract | **2617 Trabuco Canyon**<br>**Fort Worth, TX 76108** |

| 2.1104. | State what the contract or lease is for and the nature of the debtor's interest | **Gene Ken Chapman**<br>**301 Parkwood Place**<br>**Lewisville, TX 75067** |
|---|---|---|

Debtor 1 **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)* **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| **2.1105.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Geneva Lindsay Williams**<br>**303 E. London St.**<br>**Bowie, TX 76230-3017** |
| **2.1106.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Geneva Massengale**<br>**2957 Round Prairie Rd**<br>**Forestburg, TX 76239** |
| **2.1107.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Geneva Perkins Golden**<br>**511 South Houston St**<br>**Cedar Hill, TX 75104** |
| **2.1108.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **George A. Mills Estate**<br>**1849 Wall Street**<br>**Weatherford, TX 76086** |
| **2.1109.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **George Carleton Mead, Jr.**<br>**P.O. Box 303156**<br>**Austin, TX 78703** |

Debtor 1   **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1110.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**George Cockrum**
**104 Crestview Lane**
**Aledo, TX 76008**

**2.1111.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**George H Griffin Jr**
**6819 Crooked Lane**
**Flower Mound, TX 75022-5814**

**2.1112.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**George Kolb Real Estate Inc**
**P.O. Box 14**
**Argyle, TX 76226**

**2.1113.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**George Medley**
**17790 South Point Rd**
**Whitehouse, TX 75791**

**2.1114.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**George Moretti, Jr.**
**117 Quiet Oak Circle**
**The Woodlands, TX 77381**

**2.1115.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**George W Gage**
**PO Box 1568**
**Decatur, TX 76234**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|

| 2.1116. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Georgia H Arancio** |
| | List the contract number of any government contract | **7309 South Ute Trail**<br>**Austin, TX 78729** |

| 2.1117. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gerald E. Stockton & Dora Dean Stockton** |
| | List the contract number of any government contract | **301 Rolling Hills Dr.**<br>**Aledo, TX 76008** |

| 2.1118. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gerald Hudson** |
| | List the contract number of any government contract | **7715 Vernon Avenue**<br>**Lubbock, TX 79423-1520** |

| 2.1119. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gerald M Strange** |
| | List the contract number of any government contract | **P.O. Box 144**<br>**Argyle, TX 76226** |

| 2.1120. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gerri Kiffe** |
| | List the contract number of any government contract | **353 W 47th Street**<br>**Cut Off, LA 70345-3134** |

| 2.1121. | State what the contract or lease is for and the nature of the debtor's interest | **Gerry L Phillips**<br>**6604 ENM Elwood Road**<br>**Hurlock, MD 21643** |
|---|---|---|

Debtor 1   **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

2.1122.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract        _____

**Gerry Rowe
1137 CR 3470
Paradise, TX 76073**

2.1123.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract        _____

**Gianna D Cerullo
25 Highland Park Village
Suite 100-323
Dallas, TX 75205**

2.1124.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract        _____

**Ginny Chapman
53 Mesquite
Trabuco Canyon, CA 92679**

2.1125.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract        _____

**Ginny Paschall Thomason
3308 Nottingham Drive
Denton, TX 76209-2242**

2.1126.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract        _____

**Gladstone Wardlaw Shipman
10 Vernon
Newport Coast, CA 92657-0103**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1127.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gladys Davis**
**3610 Quiette Dr**
**Austin, TX 78754-4927**

---

**2.1128.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glen E Atkins**
**5770 Redwine Ct**
**Fort Worth, TX 76140**

---

**2.1129.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glen Edward Rice**
**214 E. 28th Street South**
**Tulso, OK 74114**

---

**2.1130.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glen Harden**
**761 Ponderosa**
**Hurst, TX 76053**

---

**2.1131.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glen Harmon Bond**
**PO Box 43**
**Kurten, TX 77862**

---

**2.1132.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Glen Laray Bond**
**P.O. Box 43**
**Kurten, TX 77862-0043**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

███ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

---

**2.1133.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glen S. Pike Jr.**
**201Cameino de las Merced**
**Taos, NM 87571**

---

**2.1134.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glen W. Seaberry**
**424 Rolling Hills Dr.**
**Aledo, TX 76008**

---

**2.1135.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glenda A. Singleton**
**408 Rolling Hills Dr.**
**Aledo, TX 76008**

---

**2.1136.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glenda Clower Goodwin**
**P.O. Box 488**
**Alvord, TX 76225**

---

**2.1137.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glenda Credeur**
**205 James Street**
**Aledo, TX 76008**

---

**2.1138.** State what the contract or lease is for and the nature of the debtor's interest

**Glenda Gail Sessions Roe**
**1105 E Hanson Street**
**Stillwater, OK 74075**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**                                    Case number *(if known)*   **16-42121**
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| 2.1139. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | Glenda Kay Burleson |
| List the contract number of any government contract | 5630 Sequin Drive<br>Spring, TX 77388-3196 |
| 2.1140. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | Glenda L. Edmonson |
| List the contract number of any government contract | 1951 E. Fm 1187<br>Aledo, TX 76008 |
| 2.1141. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | Glenda Maxine Hatton |
| List the contract number of any government contract | 6711 S. FM 730<br>Azle, TX 76020-1203 |
| 2.1142. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | Glenda Smith |
| List the contract number of any government contract | 2010 Jim Hogg Road<br>Georgetown, TX 78628 |
| 2.1143. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | Glenn Cassity - Acct No 12214300 Farmers |
| List the contract number of any government contract | P.O. Box 218<br>Krum, TX 76249 |

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1144.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glenn E. Smith
1600 Texas Street #2703
Fort Worth, TX 76102**

---

**2.1145.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glenn McGee
1607 Hillcrest
Graham, TX 76450**

---

**2.1146.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glenn McMennamy Trustee of the McMennamy
84 Palomino Street
Amarillo, TX 79106**

---

**2.1147.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glenn Seay
305 Jennings Street
Nocona, TX 76255**

---

**2.1148.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Glenn W Gray Jr & Ava H Gray
2889 Mitchell Rd
Krum, TX 76249**

---

**2.1149.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Gloria Busey Welch Trust c/o Diane Byrd
3516 Southwestern Blvd.
Dallas, TX 75225**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
       First Name       Middle Name       Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.1150.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Gloria D. Gray
16226 Koester St.
Houston, TX 77040

**2.1151.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Glory Ann Kurtz
P.O. Box 1397
Boyd, TX 76023

**2.1152.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Glynn Nobile
P.O. Box 1364
Bowie, TX 76230

**2.1153.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Goldking Energy Partners I LP
PO Box 671099
Dallas, TX 75367-1099

**2.1154.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

GOP Gas & Oil Production Corporation C/O
12900 Preston Road Suite 800
Dallas, TX 75230

**2.1155.** State what the contract or lease is for and the nature of the debtor's interest

Gordon F and Donna M Sagebiel
109 Hidden Valley Drive
Aledo, TX 76008

Debtor 1  **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

| 2.1156. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gordy Lynch**<br>**4532 FM 1655**<br>**Forestburg, TX 76239** |

| 2.1157. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Grace C Isaacs**<br>**1305 S Lons St**<br>**Brownfield, TX 79316** |

| 2.1158. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Grace Deloris Dove**<br>**2485 Ashville Ave.**<br>**The Village, FL 32162-7003** |

| 2.1159. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Grace Elizabeth Delgado**<br>**3115 Redwood Shadows Ct.**<br>**Houston, TX 77084-4486** |

| 2.1160. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Grace Turlington**<br>**P.O. Box 158**<br>**Alvord, TX 76225** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1161.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Grady Kirkland Ross**
**#16 Champions Ct.**
**Wichita Falls, TX 76302**

---

**2.1162.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Greenhill Holdings Inc**
**4944 Royal Lane**
**Dallas, TX 75229**

---

**2.1163.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Greg & Nancy Vance, Ltd Partnership**
**8080 North Central Expressway**
**Suite 1090**
**Dallas, TX 75206**

---

**2.1164.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Greg Walker**
**3300 Bucaneer Rose Avenue**
**Bakersfield, CA 93313**

---

**2.1165.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gregg B Colton & Cindy H Colton Trustees**
**65 South Pfeifferhorn Drive**
**Alpine, UT 84004**

---

**2.1166.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Gregory & Ronda Trantham Hogue**
**107 Hillside**
**Aledo, TX 76008**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Aruba Petroleum, Inc.**                                    Case number *(if known)*    **16-42121**
_____
First Name         Middle Name         Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

2.1167.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gregory & Shelly Wright
14505 FM 2331
Godly, TX 76044**

2.1168.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gregory Ellis
1631 Aquarena Springs Drive
# 109
San Marcus, TX 78666**

2.1169.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gregory Ellis
4911 Manchaca Rd  Apt 134
Austin, TX 78745-1656**

2.1170.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gregory Hogue
107 Hillside
Aledo, TX 76008**

2.1171.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gregory Johnston
2349 Brushwood Ave.
Imperial, CA 92251**

2.1172.  State what the contract or lease is for and the nature of the debtor's interest

**Gregory M. Ohl
1717 Cordoba Court
Plano, TX 75074**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.1173. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Gregory P and Julie Minnich** |
|  | List the contract number of any government contract | **P.O.Box 1866**<br>**Aledo, TX 76008** |

| 2.1174. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Gregory P. and Julie Minnich** |
|  | List the contract number of any government contract | **P.O. Box 1866**<br>**Aledo, TX 76008** |

| 2.1175. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Gregory P. and Julie Minnich** |
|  | List the contract number of any government contract | **P.O. Box 1866**<br>**Aledo, TX 76008** |

| 2.1176. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Gregory S. Bennett, Independently and as** |
|  | List the contract number of any government contract | **2839 NE 35th St.**<br>**Ft. Lauderdale, FL 33306-2007** |

| 2.1177. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Gregory Scott Arrington** |
|  | List the contract number of any government contract | **PO Box 942**<br>**Rhome, TX 76078** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1178.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Greyson Hughes Sheri Lovin, POA**
**14418 Big Sur Dr.**
**Houston, TX 77095**

---

**2.1179.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Gribble # 1 Joint Venture**
**17304 Preston Rd**
**Suite 700**
**Dallas, TX 75252-5697**

---

**2.1180.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Griggs Family Trust**
**5709 Long Ct.**
**Austin, TX 78730-5056**

---

**2.1181.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Grogan Family Foundation**
**12 Fossil Hill Road**
**Weatherford, TX 76087**

---

**2.1182.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Grover E. Bailey Jr. and Mary Bailey**
**120 James St.**
**Aledo, TX 76008**

---

**2.1183.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Guadalupe Fuentes and Francisca Fuentes**
**1575 Gilliland**
**Springtown, TX 76082**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1184. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Guilliams Carolyn And Willard Lucia** |
| | List the contract number of any government contract | **P.O. Box 58**<br>**Montague, TX 76251** |

| 2.1185. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gus Hopper** |
| | List the contract number of any government contract | **1210 Fort Stephenson Oval**<br>**Lookout Mountain, TN 37350-1508** |

| 2.1186. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gushan Abdul** |
| | List the contract number of any government contract | **12028 Tuscany Bay Drive**<br>**Apt#104**<br>**Tampa, FL 33626** |

| 2.1187. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gwendoline Laughton** |
| | List the contract number of any government contract | **31940 Sorrel Run Court**<br>**Menifee, CA 92584-7253** |

| 2.1188. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gwendolyn Anne Waters Green** |
| | List the contract number of any government contract | **2309 Piedra Drive**<br>**Plano, TX 75023** |

| 2.1189. | State what the contract or lease is for and the nature of the debtor's interest | **Gwendolyn Brissey Scroggins**<br>**P.O. Box 115**<br>**Washburn, MO 65772** |
|---|---|---|

Debtor 1   **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.1190.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**H A Dunn, Deceased**
**401 South Heatherwilde Blvd. 403**
**Plugerville, TX 78660**

---

2.1191.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**H B P Enterprises LLC**
**P.O. Box 100544**
**Fort Worth, TX 76185**

---

2.1192.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**H E Smith, Jr.**
**521 Jean Marie Drive**
**Norman, OK 73069**

---

2.1193.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**H&R Holden Ltd Ramona Holden Hammer, GP**
**40575 California Oaks Rd, D2-193**
**Murrieta, CA 92562-5797**

---

2.1194.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Haidee Becker Broessler Trust Argent Tru**
**P.O. Box 1410**
**Ruston, LA 71273**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1195.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hal D Hudgins**
**703 Gabriel Dr**
**Tyler, TX 75701**

**2.1196.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hall Exploration, Inc.**
**309 West 7th**
**Suite 910**
**Fort Worth, TX 76102**

**2.1197.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hancock Family Limited Partnership**
**1181 CR 2937**
**Decatur, TX 76234**

**2.1198.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hanna R. Lambert**
**7033 Northaven Road**
**Dallas, TX 75230**

**2.1199.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hannah G Harris**
**5555 Del Monte, # 1705**
**Houston, TX 77056**

**2.1200.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Hannah Macha**
**2605 San Simeon**
**Wichita Falls, TX 76308**

Debtor 1    **Aruba Petroleum, Inc.**

First Name      Middle Name      Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.1201. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hardin Field, IV<br>1450 Lexington Road<br>Versailles, KY 40383** |
| 2.1202. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hardy Lee Seay Jr<br>400 East Tarrant<br>Bowie, TX 76230** |
| 2.1203. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Harold A. Gentry<br>2711 CR 3555<br>Paradise, TX 76073** |
| 2.1204. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Harold A. Nuttall Jr. & Lisa A. Nuttall<br>102 Remuda Ct. South<br>Fort Worth, TX 76108** |
| 2.1205. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Harold and Sheila Kinkead<br>1316 Terry Drive<br>Aledo, TX 76008** |
| 2.1206. | State what the contract or lease is for and the nature of the debtor's interest | **Harold Gose<br>101 W Lamar St<br>Alvord, TX 76225** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number (*if known*) | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract     _____

---

2.1207.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Harold J. Sweet Trust Harold & Marilyn S**
government contract     _____   **5200 Keller Springs Road, #222**
                                                   **Dallas, TX 75248**

---

2.1208.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Harold M Barnett**
government contract     _____   **13212 Mountain Shadow Road**
                                                   **Albuquerque, NM 87111**

---

2.1209.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Harold R Pruett**
government contract     _____   **P.O. Box 37**
                                                   **Slidell, TX 76267**

---

2.1210.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Harriet Davis Carr**
government contract     _____   **1307 Pennrose Drive, Apt 18**
                                                   **Reidsville, NC 27320**

---

2.1211.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Harriet G. Mackie**
government contract     _____   **1114-B Wellford Street**
                                                   **Charlottesville, VA 22903**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1212. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Harriet Henderson** |
| | List the contract number of any government contract | **PO Box 102016**<br>**Fort Worth, TX 76185** |

| 2.1213. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Harris Family Trust** |
| | List the contract number of any government contract | **6034 Clearbay**<br>**Dallas, TX 75248** |

| 2.1214. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Harry Englert** |
| | List the contract number of any government contract | **2 Southminister Dr**<br>**White Plains, NY 10604-1813** |

| 2.1215. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Harry J. Murphy** |
| | List the contract number of any government contract | **466 E Pennsylvania Ave, Unit E**<br>**Glen Ellyn, IL 60137** |

| 2.1216. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Harry L Laws & Co Inc** |
| | List the contract number of any government contract | **P.O. Box 158**<br>**Brusly, LA 70719-0158** |

| 2.1217. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Harry V Johnson** |
| | List the contract number of any | **P.O. Box 64906**<br>**Baton Rouge, LA 70896-4906** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| 2.1218. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Harvard Oil & Gas**<br>**941 Circle in the Woods**<br>**Fairview, TX 75069** |
| 2.1219. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Harvey Yoder**<br>**2525 Ridgmar Boulevard Ste 450**<br>**Fort Worth, TX 76116** |
| 2.1220. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Hawkins Revocable Trust**<br>**P.O. Box 923**<br>**Mineola, TX 75773** |
| 2.1221. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Haymaker Holding Company, LLC**<br>**PO Box 205415**<br>**Dallas, TX 75320-5415** |
| 2.1222. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Hazel Anderson Testamentary Trust benefi**<br>**2901 County Road 273**<br>**Stephenville, TX 76401** |
| 2.1223. | State what the contract or lease is for and the nature of the debtor's interest | **Hazel Mary Thibodeaux Perron Aka Hazel P**<br>**10433 Rosedale Road**<br>**Port Allen, LA 70767** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.1224. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Heath L. Frazier and Allyson Frazier**<br>**206 Rolling Hills Dr.**<br>**Aledo, TX 76008** |

| 2.1225. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Heath Roe**<br>**7816 Rushmore Court**<br>**Fort Worth, TX 76137-4181** |

| 2.1226. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Hedberg Family Limited Partnership**<br>**PO Box 470337**<br>**Fort Worth, TX 76174** |

| 2.1227. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Hedwig G. Friedrich**<br>**1725 West 23rd Street**<br>**Houston, TX 77008** |

| 2.1228. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Hedwig Glueck Friedrich**<br>**5107 Tarnbrook Drive**<br>**Houston, TX 77084** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1229.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hedwig Logan Ohlmeyer Carville**
**57724 Erwin Drive**
**Plaquemine, LA 70764**

**2.1230.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Heiko Strange Bad Address and Need w8**
**Moehlenkamp 25A**
**Rostock   00018-1090**

**2.1231.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Heirs Of Alvin J Martin (Hugh S Martin A**
**RR1 Box 2C**
**Saint Jo, TX 76265**

**2.1232.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Heirs Of John T. Parish, Deceased**
**9017 Kingswood Place**
**Waco, TX 76712**

**2.1233.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Helen Ann Odom**
**PO Box 748**
**Eunice, NM 88231**

**2.1234.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Helen Ann Ryan**
**1816 FM 456**
**Bay City, TX 77414**

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.1235.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Helen Declercq Revocable Trust c/o Carol**
**5025 Lady Bank Lane**
**Aiken, SC 29803**

**2.1236.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Helen Fay DeClerq Revocable Trust Carole**
**c/o 5025 Lady Bank Lane**
**Aiken, SC 29803**

**2.1237.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Helen Freeman**
**224 Highland Dr**
**Aledo, TX 76008-3904**

**2.1238.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Helen Jane Redman**
**P.O. Box 541**
**McAlester, OK 74502**

**2.1239.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Helen Jones**
**64 April Village**
**Montgomery, TX 77356**

**2.1240.** State what the contract or lease is for and the nature of the debtor's interest

**Helen R. Chatham Sharon Evans, POA**
**9332 Harbor View Lane**
**Fort Worth, TX 76179**

Debtor 1    **Aruba Petroleum, Inc.**                                    Case number *(if known)*    **16-42121**

First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract                    _____

---

2.1241.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Helen Ruth Christie Burke**
government contract                      **12654 Rip Van Winkle**
                                         **Houston, TX 77024-8804**

---

2.1242.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Helen Ruth Paschall**
government contract                      **3308 Nottingham Dr.**
                                         **Denton, TX 76209-1270**

---

2.1243.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Helen Sieja**
government contract                      **225 Aquilla Drive**
                                         **Fort Worth, TX 76108**

---

2.1244.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Helen Welch Whitecotton**
government contract                      **P.O. Box 558**
                                         **Vega, TX 79092**

---

2.1245.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Hendon Holdings, LLC**
government contract                      **1097 Auburn**
                                         **Yorkville, IL 60560**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1246.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Henry & Courtney Roe**
**421 Rio Gabriel Dr**
**Liberty Hill, TX 78642**

**2.1247.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Henry B Jones**
**317 S Snyder**
**Justin, TX 76247**

**2.1248.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Henry Douglas Bogart**
**119 Park Laureatte**
**Houston, TX 77024**

**2.1249.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Henry F Tobe**
**7284 N Skyline Dr**
**Floyd Knobs, IN 47119**

**2.1250.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Henry H & Sherrie Logan**
**13682 S County Line Rd**
**Justin, TX 76247**

**2.1251.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Henry Roe**
**421 Rio Gabriel Dr.**
**Liberty Hill, TX 78642**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

**2.1252.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Henry Roe
421 Rio Gabriel Dr
Liberty Hill, TX 78642

**2.1253.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Henry Roe Dba Ace Resources
421 Rio Gabriel Dr
Liberty Hill, TX 78642

**2.1254.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Hep Oil
P.O. Box 1499
Gainsville, TX 76241

**2.1255.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Herbert Adcock
1295 Chattahoochee Avenue
Atlanta, GA 30318

**2.1256.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Herbert Brannan
4821 NASA Pkwy, Unit 19E
Seabrook, TX 77586

**2.1257.** State what the contract or lease is for and the nature of the debtor's interest

Herbert Investment Partnership Ltd
306 W Seventh Street Suite 606
Fort Worth, TX 76102

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Aruba Petroleum, Inc.**
First Name            Middle Name            Last Name

Case number *(if known)* **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.1258. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Herbert J. Conners, Jr. |
| | List the contract number of any government contract | 2345 Massachusetts Ave. Metairie, LA 70003-5413 |

| 2.1259. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Herbert Jones |
| | List the contract number of any government contract | 144 Eagles Peak Drive, North Bullard, TX 75757 |

| 2.1260. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Herbert Wren Bartee |
| | List the contract number of any government contract | 2812 Northhaven Cornith, TX 76210 |

| 2.1261. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Herman Herber |
| | List the contract number of any government contract | 4213 Warwick Drive Corpus Christi, TX 78411 |

| 2.1262. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Hershel Stephens |
| | List the contract number of any government contract | 9230 Meadowglen Dr Dallas, TX 75238 |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1263.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Hettie Brunelle
688 30th Ave.
Santa Cruz, CA 95062

**2.1264.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Hettie Chambers c/o Neuman C. Larkin
PO Box 414
Chandler, TX 75758

**2.1265.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Heutelbond Burrow Gerhauser Carol K Burr Gerhauser
4145 Travis Street No 101
Dallas, TX 75204

**2.1266.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

High Standard Construction, Inc
204 Hidden Valley Drive
Aledo, TX 76008

**2.1267.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Highland Park Presbyterian Church
3821 University Blvd
Dallas, TX 75205

**2.1268.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Highlander Community Services & Investme
P.O. Box 418
Montague, TX 76251

Debtor 1    **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.1269.    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hildalgo Family Living Trust**
**3112 Amesbury Dr**
**Plano, TX 75093**

---

2.1270.    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hiram Monroe Helm, III**
**4242 Shorecrest Dr**
**Dallas, TX 75209-1722**

---

2.1271.    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**HJW LLC**
**P.O. Box 813**
**Powell, WY 82435**

---

2.1272.    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Holly A Zimmerman**
**825 Melrose**
**Garland, TX 75040**

---

2.1273.    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Holly Amelia Reed**
**255 Green Meadows Road**
**Wilmer, TX 75172**

---

2.1274.    State what the contract or lease is for and the nature of the debtor's interest

**Holly Carter**
**255 Green Meadows Road**
**Wilmer, TX 75172**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name     Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.1275. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Holmes Oil & Gas LLC c/o Jacob Warnock O |
| | List the contract number of any government contract | P.O. Box 9285<br>Wichita Falls, TX 76308 |

| 2.1276. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Homer Lange, Jr. |
| | List the contract number of any government contract | 3207 Foxhall Road NW<br>Washington, DC 20016-3434 |

| 2.1277. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Horace & Naomi Green Childrens Trust Rob |
| | List the contract number of any government contract | 9170 Meadow Crest<br>Frisco, TX 75033 |

| 2.1278. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Howard & Mary Taylor |
| | List the contract number of any government contract | 16980 SW 288 St<br>Homestead, FL 33030 |

| 2.1279. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Howard L. Hankerson and Cathay J. Hanker |
| | List the contract number of any government contract | 405 Pecan Dr.<br>Aledo, TX 76008 |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1280.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hubert L. Faulks Faulks & Son Drilling**
**P.O. Box 31**
**Hollis, OK 73550**

---

**2.1281.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hubert P. and Dovie L. Fletcher**
**4606 Tin Top Rd.**
**Weatherford, TX 76087**

---

**2.1282.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hugh H. Sprunt Jr., Trustee Barabara Spr**
**3753 Oakhurst Way**
**Dublin, CA 94568**

---

**2.1283.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hurley-Texas Royalty Partnership**
**P.O. Box 587**
**Marlow, OK 73055**

---

**2.1284.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hyun Moo Haw**
**7905 Daystar Drive**
**Fort Worth, TX 76123**

---

**2.1285.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Ian W. and Angela J. Christansen**
**600 Rolling Hills Dr**
**Aledo, TX 76008-4379**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.1286. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Ima Jo Williams Trust Agreement Dated Fe**<br>**Ima J Williams Trustee**<br>**P.O. Box 498**<br>**Harbor Springs, MI 49740** |
|  | List the contract number of any government contract | |

| 2.1287. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Imogene Lynch**<br>**3937 FM 1655**<br>**Forsburg, TX 76239** |
|  | List the contract number of any government contract | |

| 2.1288. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Imogene Lynch**<br>**c/o Doyle And Gordy Lynch**<br>**3977 FM 1655**<br>**Forsburg, TX 76239** |
|  | List the contract number of any government contract | |

| 2.1289. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Industry Petroleum, LLC**<br>**7460 Warren Parkway, Suite 100**<br>**Frisco, TX 75034** |
|  | List the contract number of any government contract | |

| 2.1290. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Inez Hand**<br>**P.O. Box 486**<br>**Chico, TX 76431** |
|  | List the contract number of any government contract | |

| 2.1291. | State what the contract or lease is for and the nature of the debtor's interest | **Irene M. Wiley**<br>**18051 Highway 377 S, #400**<br>**Cresson, TX 76035** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name      Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.1292. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Iris J. Kitchen**<br>**981 Elkcam Blvd**<br>**Cocoa, FL 32927-5015** |

| 2.1293. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **IRS/ACS K D & L Brown 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 IRS**<br>**P.O. Box 24017**<br>**Fresno, CA 93779-4017** |

| 2.1294. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Irvin Justice and Patricia Joan Justice**<br>**300 Rolling Hills Dr.**<br>**Aledo, TX 76008** |

| 2.1295. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ithaca Exclusive Properties Lp**<br>**7809 Zurich Drive**<br>**Plano, TX 75025** |

| 2.1296. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Iva Thomas**<br>**13 Golden Eye Ct**<br>**Ocean Pines, MD 21811** |

Debtor 1   **Aruba Petroleum, Inc.**
      First Name     Middle Name     Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1297.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ivory Acquisitions Partners Lp
P.O. Box 203317
Houston, TX 72216-3317

**2.1298.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

J D Cointment LLC Joseph D Cointment III
7709 Queens Garden Drive
Dallas, TX 75248

**2.1299.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

J Hiram Moore Ltd
P.O. Box 2487
Ft. Worth, TX 76113-2487

**2.1300.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

J L Heard
812 Water Oak
Canton, TX 75103

**2.1301.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

J M Bryan Oil, LLC
PO Box 839
Graham, TX 76450

**2.1302.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

J Mack Slaughter
6300 Ridglea Place
Ste 605
Fort Worth, TX 76116

Debtor 1  **Aruba Petroleum, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.1303.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

J P Schaltegger C/O Trinty Bank
3500 W Vickery Blvd
Fort Worth, TX 76107

**2.1304.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

J R  Baird
111 E Pine
Alvord, TX 76225

**2.1305.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

J. D. Minerals
P. O. Box 271120
Corpus Christi, TX 78427-1120

**2.1306.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

J. Earl Dennis
5730 Glen Heather Drive
Dallas, TX 75252

**2.1307.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

J. L. McGilvray
124 PR 3209
Bridgeport, TX 76426

**2.1308.** State what the contract or lease is for and the nature of the debtor's interest

J. Paul Cook II
508 Neptune Drive
Denton, TX 76209

Debtor 1   **Aruba Petroleum, Inc.**                                    Case number *(if known)*   **16-42121**
  First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| 2.1309. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **J. Walker Holland<br>120 Williamsburg Lane<br>Fort Worth, TX 76107** |
| 2.1310. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **J.A. Bennett and Bobbie Jean Bennett<br>208 Shary St.<br>Aledo, TX 76008-4339** |
| 2.1311. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **J.H. Walker, Jr.<br>23612 Corral Court<br>Tehachapi, CA 93561** |
| 2.1312. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **J.R. Meeker Trust FLBO J.J. Meeker Trust<br>1080 Marina Village Pkwy, Suite 530<br>Alameda, CA 94501** |
| 2.1313. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **J.R. Meeker Trust FLBO L.H. Meeker Trust<br>PO Box 470155<br>Fort Worth, TX 76147** |

Debtor 1   **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1314.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**J.S.P.C Wiley, LLC**
**PO Box 681**
**Aledo, TX 76008**

---

**2.1315.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**J.T. Thornton, Jr.**
**11517 Eagle Vista Dr**
**Fort Worth, TX 76179**

---

**2.1316.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**JA Woods Homes**
**P.O. Box 1009**
**Aledo, TX 76008**

---

**2.1317.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jack & Carol Moore**
**7 Bankhead Cove**
**Aledo, TX 76008**

---

**2.1318.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jack & Jewel Dill**
**P.O. Box 356**
**Forestburg, TX 76239**

---

**2.1319.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Jack Aaron Family Trust**
**900 Mohawk**
**Burkburnett, TX 76354**

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number (if known) | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1320. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Jack Charles Gable |
| | List the contract number of any government contract | 601 Narramore Ave Buckeye, AZ 85326 |

| 2.1321. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Jack Hardee Smith |
| | List the contract number of any government contract | 102 Reed Frankston, TX 75763 |

| 2.1322. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Jack Marvin Swingler |
| | List the contract number of any government contract | 5208 RR 962 East Lypress Mill, TX 78663 |

| 2.1323. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Jack McCallum |
| | List the contract number of any government contract | 811 Old Annetta Road Aledo, TX 76008 |

| 2.1324. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Jack McKinzie |
| | List the contract number of any government contract | 612 Kings Avenue Chowcilla, CA 93610 |

| 2.1325. | State what the contract or lease is for and the nature of the debtor's interest | Jack W Redding c/o Kimbell Oil 777 Taylor Street, Suite Pa2 Fort Worth, TX 76102 |
|---|---|---|

Debtor 1   **Aruba Petroleum, Inc.**
     First Name       Middle Name       Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

2.1326.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jack Zagorski
Tyniecka 3/3
Krakow, Poland   30319**

2.1327.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jacki and Terri Pruitt
1550 Heyser Road
Gatesville, TX 76528**

2.1328.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jackie Lee Gandee Prosperity Bank #33010
1107 North Hwy 35
Port Lavaca, TX 77979**

2.1329.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jackie Payne
465 Vinson Road South
Abilene, TX 79602**

2.1330.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jackie Phillips
971 CR 1300
Bridgeport, TX 76426**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1331.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Jackie Raines**
**P.O. Box 1072**
**Capitan, NM 88316**

---

**2.1332.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Jackie Woodene Sayles**
**117 E Cherry Drive**
**Azle, TX 76020**

---

**2.1333.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Jaclyn Prothro**
**125 Yeary Lane**
**Aledo, TX 76008**

---

**2.1334.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Jacob Smith**
**4454 Bethel Rd**
**Weatherford, TX 76087**

---

**2.1335.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Jacob Warnock**
**P.O. Box 9285**
**Wichita Falls, TX 76308**

---

**2.1336.** State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any

**Jacob Warnock O&G Investments Inc**
**P.O. Box 9285**
**Wichita Falls, TX 76308**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1337. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jacqueline R Heinz** |
| | List the contract number of any government contract | **8201 Holly Hock Drive**<br>**Arlington, TX 76001** |

| 2.1338. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jacquelyn Watson** |
| | List the contract number of any government contract | **1206 Larkspur Lane**<br>**Temple, TX 76502** |

| 2.1339. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jacquelynn Kay Self** |
| | List the contract number of any government contract | **2345 Canyon Creek**<br>**Sherman, TX 75092** |

| 2.1340. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jae Choon & Hak Sim Sun** |
| | List the contract number of any government contract | **125 Meadow Lane Drive**<br>**Aledo, TX 76008** |

| 2.1341. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jake P. Rogers** |
| | List the contract number of any government contract | **P.O. Box 574**<br>**Ruidoso Downs, NM 88346** |

| 2.1342. | State what the contract or lease is for and the nature of the debtor's interest | **James & Brenda McMaster**<br>**P.O. Box 535**<br>**Decatur, TX 76234** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.1343. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James & Paula Patrick**<br>**103 W. Lamar**<br>**Alvord, TX 76225** |
| | List the contract number of any government contract | |

| 2.1344. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James A Claughton**<br>**617 Bradshaw**<br>**Corpus Christi, TX 78412** |
| | List the contract number of any government contract | |

| 2.1345. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James A Gibbs**<br>**4925 Greenville Ave**<br>**Dallas, TX 75206** |
| | List the contract number of any government contract | |

| 2.1346. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James A. Bennett, Independently and as c**<br>**208 Shary St.**<br>**Aledo, TX 76008-4339** |
| | List the contract number of any government contract | |

| 2.1347. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James and Josephine Lewis**<br>**1118 West Oak Drive**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1348.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Bennett**
**208 Shary St.**
**Aledo, TX 76008-4339**

**2.1349.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Berry**
**23305 E 99th St**
**Broken Arrow, OK 74014**

**2.1350.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Craig**
**151 East Davies Avenue**
**Centennial, CO 80122-1114**

**2.1351.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James D Or Charlotte King**
**P.O. Box 596**
**Alvord, TX 76225-0596**

**2.1352.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James D West**
**4313 Colgate Ave**
**Dallas, TX 75225-6632**

**2.1353.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**James D. Berry and Connie L. Berry**
**200 James St.**
**Aledo, TX 76008**

Debtor 1  **Aruba Petroleum, Inc.**
       First Name           Middle Name           Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.1354.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

James D. Walker
1729 High Avenue
Metairie, LA 70001

**2.1355.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

James Daniel Boston, Jr.
2105 Loch Haven
Plano, TX 75023

**2.1356.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

James Dawson Hancock, III
3560 Alma Drive Road, #1112
Richardson, TX 75080

**2.1357.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

James Dixon
PO Box 991
Bridgeport, TX 76426

**2.1358.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

James Donaldson Slack, Jr
15809 Bluefire Ct.
Dallas, TX 75248

**2.1359.** State what the contract or lease is for and the nature of the debtor's interest

James Douglas Coursey
PO Box 2047
Whitney, TX 76692

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.1360. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James Douglas Moore and Barbara F. Moore** |
| | List the contract number of any government contract | **500 Hilldale Dr.** **Aledo, TX 76008** |

| 2.1361. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James E & Rosemary S Harris** |
| | List the contract number of any government contract | **3160 S Atlanta Avenue** **Tulsa, OK 74105** |

| 2.1362. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James E Harris** |
| | List the contract number of any government contract | **3160 South Atlanta Avenue** **Tulsa, OK 74105** |

| 2.1363. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James E Snelson** |
| | List the contract number of any government contract | **P.O. Box 7385** **Fort Worth, TX 76111** |

| 2.1364. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James E Stauffer** |
| | List the contract number of any government contract | **10833 Whippletree Lane** **Spring Valley, CA 91978** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**                                    Case number *(if known)*   **16-42121**
         First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1365.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James E. Hinshaw**
**514 Tahoe Avenue**
**Placentia, CA 92870-2909**

**2.1366.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James E. Tyson III**
**6020 Brandon Dr.**
**Weatherford, TX 76087**

**2.1367.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Edward Alleman, Jr.**
**162 Legend Oaks Drive**
**Moody, TX 76557**

**2.1368.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Edward Hudson**
**363 CR 3225**
**Bridgeport, TX 76426**

**2.1369.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Edwards Perkins**
**614 CR 3198**
**Decatur, TX 76234**

**2.1370.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**James F Parr**
**306 N Celeste**
**New Iberia, LA 70560-1426**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1371. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James G Dieb**<br>**4161 McKinney Ave 5th Floor**<br>**Dallas, TX 75204** |
| | List the contract number of any government contract | |

| 2.1372. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James Greenwood, Trustee of George Kenne**<br>**1617 Glasgow Drive**<br>**Arlington, TX 76015** |
| | List the contract number of any government contract | |

| 2.1373. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James Guinn**<br>**510 Regency Dr**<br>**El Campo, TX 77437-2000** |
| | List the contract number of any government contract | |

| 2.1374. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James H Dupont**<br>**P.O. Box 646**<br>**Plaquermine, LA 70765** |
| | List the contract number of any government contract | |

| 2.1375. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James H. Webber**<br>**914 Lake Point Circle**<br>**McKinney, TX 75070** |
| | List the contract number of any government contract | |

| 2.1376. | State what the contract or lease is for and the nature of the debtor's interest | **James Hall Trust Linda Hall Higginbotham**<br>**6446 E Lovers Lane**<br>**Dallas, TX 75214** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.1377. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | James I and Christina M Holt, Jr<br>207 Sanchez Circle<br>Aledo, TX 76008 |

| 2.1378. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | James I. Staley II<br>5310 Harvest Hill Suite 229<br>Dallas, TX 75230 |

| 2.1379. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | James Irven Staley III<br>2405 Fain St<br>Wichita Falls, TX 76308 |

| 2.1380. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | James Kelly Lynch<br>2001 S College<br>Decatur, TX 76234 |

| 2.1381. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | James L. Butts<br>415 22nd Street<br>No. 3-C<br>Galveston, TX 77550 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1382. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James L. Poston** |
| | List the contract number of any government contract | **4307 Willow Ridge Drive**<br>**Allen, TX 75002** |

| 2.1383. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James Lloyd Reaves** |
| | List the contract number of any government contract | **1604 SE Parkway, Lot H**<br>**Azle, TX 76020** |

| 2.1384. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James Lloyd Reaves** |
| | List the contract number of any government contract | **1604 S. E. Parkway, Lot H**<br>**Azle, TX 76020** |

| 2.1385. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James M Bond** |
| | List the contract number of any government contract | **3415 McLean Street**<br>**Fort Worth, TX 76103** |

| 2.1386. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James M Snow** |
| | List the contract number of any government contract | **10217 N W 80th Court**<br>**Tamarac, FL 33321** |

| 2.1387. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James M. Bauserman c/o Mathew M. Bauserm** |
| | List the contract number of any | **701 East Byrd St. 17th Floor**<br>**Richmond, VA 23219** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1388. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James M. Davis** |
| | List the contract number of any government contract | **P.O. Box 2028**<br>**Forney, TX 75126** |

| 2.1389. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James Mitchell Harris** |
| | List the contract number of any government contract | **4004 North 24Th Street**<br>**Waco, TX 76707** |

| 2.1390. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James Mosier** |
| | List the contract number of any government contract | **606 Cannon Dr**<br>**Euless, TX 76040-5309** |

| 2.1391. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James P Opfer** |
| | List the contract number of any government contract | **300 Hidden Valley Drive**<br>**Aledo, TX 76008** |

| 2.1392. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James P. S. Griffith Jr Trust** |
| | List the contract number of any government contract | **3417 Milam Street**<br>**Houston, TX 77002** |

| 2.1393. | State what the contract or lease is for and the nature of the debtor's interest | **James Patterson Trust #1 Farmers Nat'l C**<br>**P. O. Box 3480**<br>**Omaha, NE 68103-0480** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.1394.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**James Paul Ewing
1822 West Main Street
Durant, OK 74701**

---

2.1395.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**James R and Martha Nowak
104 Hidden Valley Drive
Aledo, TX 76008**

---

2.1396.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**James R Lovett
6412 Lavendale Ave
Dallas, TX 75230**

---

2.1397.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**James R. Neil
P.O. Box 526
Ingram, TX 78025**

---

2.1398.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**James Robert Harris and Ladonna Harris
4120 Indian Camp Road
Willow Park, TX 76087**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1399.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Ronald Reaves**
**12820 Briar Road**
**Azle, TX 76020**

---

**2.1400.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Ronald Reaves**
**12820 Briar Rd**
**Azle, TX 76020-5236**

---

**2.1401.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Rosson**
**1321 Devonwood Drive**
**Garland, TX 75041**

---

**2.1402.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Rumage**
**1806 Castle Gap**
**Crane, TX 79731**

---

**2.1403.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**James Stanfill**
**124 Meadow Lane Drive**
**Aledo, TX 76008**

---

**2.1404.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**James T. Perry**
**400 Foulk Road**
**Apt. 3C7**
**Willmington, DE 19803**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**2.1405.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

James Thomas Price
4785 Landmark Lane
Pace, FL 32571

---

**2.1406.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

James Turner
2268 County Road 1340
Chico, TX 76431

---

**2.1407.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

James V. Johnson and Brenda G. Johnson
215 Shary St.
Aledo, TX 76008

---

**2.1408.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

James W Freeman
3418 Vista Oaks
Garland, TX 75043

---

**2.1409.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

James W Silver
18905 N Holcomb Road
Mead, WA 99021-7724

---

**2.1410.** State what the contract or lease is for and the nature of the debtor's interest

James Wayne Caswell
385 Cedar Lane
Sunset, TX 76270

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.1411. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James William Hanna and Genoveva Hanna**<br>**PO Box 102**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

| 2.1412. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James Willian Bartee**<br>**2812 Northhaven**<br>**Cornith, TX 76210** |
| | List the contract number of any government contract | |

| 2.1413. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James Wright**<br>**1670 CR 1560**<br>**Chico, TX 76431** |
| | List the contract number of any government contract | |

| 2.1414. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **James Zelenevitz**<br>**120 Meadow Lane**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

| 2.1415. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jamison Monroe Jr c/o Jacob Warnock Oil**<br>**P.O. Box 9285**<br>**Wichita Falls, TX 76308** |
| | List the contract number of any government contract | |

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number (if known) | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1416.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

Jane Armine Hagelstein
13123 S.E. Blackberry Circle
Portland, OR 97236

**2.1417.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

Jane Louise Talley
2708 Sw 138Th Street
Oklahoma, OK 73170-5776

**2.1418.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

Jane Newth
1610 Enfield Road #304
Austin, TX 78703

**2.1419.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

Jane Nutt Mitchell
4812 North Woodcreek Drive
Granbury, TX 76049

**2.1420.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

Jane P. Taylor
P.O. Box 327
Alma, CO 80420

**2.1421.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any

Janelle Burt
481 CR 6561
Berryville, AR 72616

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1422. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Janet Ingalls-Van Dine** |
| | List the contract number of any government contract | **416 VanDine Road**<br>**Montoursville, PA 17754** |

| 2.1423. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Janet Kay Sullins** |
| | List the contract number of any government contract | **16696 Windmill Avenue**<br>**Odessa, TX 79763** |

| 2.1424. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Janet Lee Williams** |
| | List the contract number of any government contract | **724 S. Youngfield Court**<br>**Lakewood, CO 80228** |

| 2.1425. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Janet Lynch Simmons** |
| | List the contract number of any government contract | **P.O. Box 321**<br>**Alvord, TX 76225** |

| 2.1426. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Janet S and Bruce W Robbins** |
| | List the contract number of any government contract | **612 Rolling Hills Dr**<br>**Aledo, TX 76008-4379** |

| 2.1427. | State what the contract or lease is for and the nature of the debtor's interest | **Janet Wren Blackwell**<br>**4940 Cloyce Ct, Apt C**<br>**North Richland Hill, TX 76180** |
|---|---|---|

Debtor 1    **Aruba Petroleum, Inc.**
    First Name      Middle Name      Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.1428. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Janice Armstrong** |
| | List the contract number of any government contract | **963 Meadow Circle South** **Keller, TX 76248** |

| 2.1429. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Janice C Mitchell Life Estate** |
| | List the contract number of any government contract | **1814 Derby Circle** **Norman, OK 73069** |

| 2.1430. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Janice D. Kyles** |
| | List the contract number of any government contract | **5872 Easterling Drive** **Bryan, TX 77808** |

| 2.1431. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Janice F. Barrow** |
| | List the contract number of any government contract | **208 West Simmons St.** **Weatherford, TX 76086** |

| 2.1432. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Janice Faye Barrow, use #1264** |
| | List the contract number of any government contract | **908 Austin Court** **Weatherford, TX 76086-6345** |

Debtor 1   **Aruba Petroleum, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1433.　State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Janice Grant**
**609 West Oak West**
**Aledo, TX 76008**

2.1434.　State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Janice Hart**
**4120 Jacksboro**
**Snyder, TX 79549**

2.1435.　State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Janie Fay Barbee, Trustee Robert Barbee**
**PO Box 1944**
**Weatherford, TX 76086**

2.1436.　State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Janis Besselaar**
**1212 Wichita Avenue**
**Jacksboro, TX 76458**

2.1437.　State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Janis George**
**2703 Redoak Court**
**Colleyville, TX 76034**

2.1438.　State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any

**Janis Roan**
**120 West Main Apt. 33**
**Troy, TX 76579**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
    First Name         Middle Name         Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.1439.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Janna Elizabeth Boyd**
**2308 London Lane**
**Cedar Park, TX 78613**

---

2.1440.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Janna S Poland**
**P.O. Box 121877**
**Fort Worth, TX 76121**

---

2.1441.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jannie Mattix Davis**
**9235 Rippling Field Drive**
**Houston, TX 77064**

---

2.1442.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jarrel & Evelyn Tunnel**
**6205 Franwood Terrace**
**Fort Worth, TX 76112**

---

2.1443.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jase Family Ltd**
**PO Box 972607**
**Dallas, TX 75397-2607**

---

2.1444.  State what the contract or lease is for and the nature of the debtor's interest

**Jason Andrew Wallace**
**4917 Walton Heath**
**Garland, TX 75044**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract
_____

---

2.1445.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Jason Duane Hunter**
**8420 West Lake Road**
**Fairview, PA 16415**

---

2.1446.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Jason L. Wiley**
**365 Dusty Trail**
**Mineral Wells, TX 76067**

---

2.1447.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Jaunell Walker**
**608 E. Davis**
**Tipton, OK 73570-5003**

---

2.1448.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Javene C. Palmer**
**6646 E. Lovers Lane**
**#707**
**Dallas, TX 75214**

---

2.1449.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Javene Caswell Palmer**
**6646 E Lovers Lane**
**Apt 707**
**Dallas, TX 75214**

---

Debtor 1   **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1450.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jay & Lana Wisdom**
**304 Sandra Lane**
**Aledo, TX 76008**

**2.1451.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jay Davidson dba JMD Consulting**
**PO Box 2**
**Decatur, TX 76234**

**2.1452.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jay E Snow**
**1113 Wheeler Trail**
**Bowie, TX 76230**

**2.1453.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jay Gribble & Melissa Gribble**
**P.O. Box 1232**
**Gainesville, TX 76241-1232**

**2.1454.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jay Reese Jameson, III**
**4015 S Oneida Street**
**Denver, CO 80237**

**2.1455.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Jaya Om Enterprises, Inc.**
**401 FM 1187 South**
**Aledo, TX 76008**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1456. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **JayMar Investments, Inc. Jay Davidson** |
| | List the contract number of any government contract | **PO Box 2**<br>**Decatur, TX 76234** |

| 2.1457. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jayne Taylor Scheele** |
| | List the contract number of any government contract | **3692 Via Real**<br>**Carpinteria, CA 93013** |

| 2.1458. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **JCJ Investments LLC** |
| | List the contract number of any government contract | **P.O. Box 1048**<br>**Pentwater, MI 49449** |

| 2.1459. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **JCP Trust A Joe Carl Payne TTEE** |
| | List the contract number of any government contract | **650 Old Authon Rd.**<br>**Weatherford, TX 76088** |

| 2.1460. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **JDM Beasley Holdings, LLC** |
| | List the contract number of any government contract | **5133 Valburn Ct.**<br>**Austin, TX 78737** |

| 2.1461. | State what the contract or lease is for and the nature of the debtor's interest | **JDMI, LLC**<br>**PO Box 271120**<br>**Corpus Christi, TX 78427-1120** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

2.1462.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jean Annen Spangler, Trustee of the Clar**
**3535 Hall Street, #616**
**Dallas, TX 75219**

2.1463.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jean Broussard**
**221 Ross Street**
**Bellevue, TX 76228**

2.1464.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jean C English Executor Gaines H English**
**1281 Bluebird Avenue**
**Miami Springs, FL 33166**

2.1465.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jean R. Brown**
**6409 Chauncery Pl.**
**Ft. Worth, TX 76116**

2.1466.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jean R. Brown**
**6409 Chauncery Place**
**Fort Worth, TX 76116**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1467.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jeanette D. Howell**<br>**1006 Grace Street**<br>**Deer Park, TX 77536** |
| **2.1468.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jeanne Marie Crisp**<br>**300 Alexander Street**<br>**Jacksonville, TX 75766** |
| **2.1469.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jeanne Marie Jones Getz**<br>**137 Lakeview Circle**<br>**Montgomery, TX 77356** |
| **2.1470.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jeanne Moore Hoke**<br>**147 CR 1745**<br>**Clifton, TX 76634** |
| **2.1471.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jeanne Pauline Taylor Cureton**<br>**63 Haverhill Way**<br>**San Antonio, TX 78209** |
| **2.1472.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Jeff Carlile Trust Jeff Carlile Trustee**<br>**3725 154th Street**<br>**Lubbock, TX 79423-6318** |

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |
| **2.1473.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jeff Lancaster**<br>**308 Chateau Drive**<br>**Fort Worth, TX 76134** |
| **2.1474.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jeffery & Barbara Barnhill**<br>**2016 Grayson Dr.**<br>**Navarre, FL 32566** |
| **2.1475.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jeffery Hogan**<br>**PO Box 161**<br>**Fischer, TX 78623** |
| **2.1476.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jeffery L. Ferrell & Juanita V. Ferrell**<br>**504 Rolling Hills Dr.**<br>**Aledo, TX 76008** |
| **2.1477.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jeffery Lynn Buckner**<br>**3776 FM 1810**<br>**Chico, TX 76431** |
| **2.1478.** State what the contract or lease is for and the nature of the debtor's interest | **Jeffery M Kellam**<br>**1702 104 Place SW**<br>**Everett, WA 98204** |

Debtor 1   **Aruba Petroleum, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract
_____

---

2.1479.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract
_____

**Jeffery R. Ohl
8711 Allenbrook Court
Dallas, TX 75243**

---

2.1480.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract
_____

**Jeffery Thomas Carey
541 Claremont Rd
Springfield, PA 19064-3414**

---

2.1481.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract
_____

**Jeffery Wade Pierce
549 Hwy 287 South
Henrietta, TX 76365**

---

2.1482.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract
_____

**Jeffrey and Sheryl Cole
1272 Jenkins Road
Aledo, TX 76008**

---

2.1483.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract
_____

**Jeffrey B. Young
P.O. Box 8258
Horseshoe Bay, TX 78657**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1484.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jeffrey D and Taras C Kellam
101 Hidden Valley
Aledo, TX 76008

---

**2.1485.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jeffrey Johnston
10167 Ranchitos Ct.
Lakeside, CA 92040

---

**2.1486.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jeffrey L and Nicole B Bolf
154 Sanchez Trail
Aledo, TX 76008

---

**2.1487.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jeffrey Paul Boone
21207 Promontory Circle
San Antonio, TX 78258

---

**2.1488.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jeffrey Streetman
211 Sanchez Circle
Aledo, TX 76008

---

**2.1489.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Jenet Lynn Dechary
1330 Northgate Square
Reston, VA 22090

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|

| 2.1490. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
| | State the term remaining | **Jenks Boston** |
| | List the contract number of any government contract | **31201 Keeneland Drive**<br>**Fair Oaks Ranch, TX 78015** |

| 2.1491. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
| | State the term remaining | **Jennie Kay Van Dyke Blough** |
| | List the contract number of any government contract | **PO Box 630247**<br>**Nacogdoches, TX 75963** |

| 2.1492. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
| | State the term remaining | **Jennifer Burgess** |
| | List the contract number of any government contract | **99 Petes Lane**<br>**Ponder, TX 76259** |

| 2.1493. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
| | State the term remaining | **Jennifer Rae Powell** |
| | List the contract number of any government contract | **245 CR 4896**<br>**Boyd, TX 76023** |

| 2.1494. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
| | State the term remaining | **Jenny McCall** |
| | List the contract number of any government contract | **5949 Burgandy Street**<br>**Plano, TX 75093** |

| 2.1495. | State what the contract or lease is for and the nature of the debtor's interest | **Jerald M Goldberg**<br>**2844 Wisconsin Ave Apt 910**<br>**Washington, DC 20007** |
|---|---|---|

Debtor 1   **Aruba Petroleum, Inc.**
   First Name       Middle Name       Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract

---

2.1496.  State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Jerod A and Patricia A Turner**
**3604 Bordeaux Ln**
**Hurst, TX 76054-2094**

---

2.1497.  State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Jerrold Eugene Killough and Cheryl Killo**
**411 Rolling Hills Dr.**
**Aledo, TX 76008**

---

2.1498.  State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Jerry and Glendia Mara**
**4831 E Hwy 380**
**Decatur, TX 76234**

---

2.1499.  State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Jerry and Sandra I. Morgan**
**P.O. Box 917**
**Aledo, TX 76008**

---

2.1500.  State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Jerry Bryon Sessions**
**3710 Shady Valley**
**Arlington, TX 76013**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1501.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Jerry D Reynolds Debby Reynolds** |
| List the contract number of any government contract | **562 Boyd Rd** **Forestburg, TX 76239** |
| **2.1502.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Jerry D. & Charlotte L. Sadler** |
| List the contract number of any government contract | **4536 Tin Top Rd.** **Weatherford, TX 76086** |
| **2.1503.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Jerry Donna Pohlmann** |
| List the contract number of any government contract | **727 E. William David Parkway** **Metairie, LA 70005** |
| **2.1504.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Jerry Gentry** |
| List the contract number of any government contract | **230 Pr 3471** **Big Sandy, TX 75755** |
| **2.1505.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Jerry George Bullard Life Estate** |
| List the contract number of any government contract | **2018 Layton Ave** **Haltom City, TX 76617** |
| **2.1506.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Jerry Hess** |
| List the contract number of any | **PO Box 557** **Muenster, TX 76252** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**
  First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1507. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Jerry Hess Operating Company**
**P.O. Box 557**
**Muenster, TX 76252-0557**

| 2.1508. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Jerry Hickson**
**403 Hazeltine Drive**
**Austin, TX 78734**

| 2.1509. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Jerry Kelley**
**PO Box 572**
**Claude, TX 79019**

| 2.1510. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Jerry L. Hampton and Susan E. Hampton**
**608 Rolling Hills Dr.**
**Aledo, TX 76008**

| 2.1511. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Jerry Mack Parker**
**2201 Mcgown Ave**
**Fort Worth, TX 76106**

| 2.1512. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|

**Jerry Nivens**
**2312 Bordeaux Dr**
**Granbury, TX 76048-2698**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.1513. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jerry Ray Chapman** |
| | List the contract number of any government contract | **281 Overlook Trail**<br>**Azle, TX 76020** |

| 2.1514. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jerry Reese Reed** |
| | List the contract number of any government contract | **Box 79123**<br>**Saginaw, TX 76179** |

| 2.1515. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jerry Rowe** |
| | List the contract number of any government contract | **PO Box 154248**<br>**Belmead, TX 76715** |

| 2.1516. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jerry Sustala** |
| | List the contract number of any government contract | **6367 Lansdale Rd.**<br>**Ft. Worth, TX 76116** |

| 2.1517. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jerry Thomas White** |
| | List the contract number of any government contract | **PO Box 413**<br>**Davenport, OK 74026** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1518.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jerry Z & Gracy A. Smith Trustee for Zee**
**4454 Bethel Road**
**Weatherford, TX 76087**

**2.1519.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jerrye B Bullard Price**
**2320 Marigold Ave**
**Forth Worth, TX 76111**

**2.1520.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jess & Mona Luna**
**P.O. Box 341**
**Alvord, TX 76225**

**2.1521.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jess Energy Company**
**PO Box 1360**
**Tyler, TX 75710**

**2.1522.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Jesse W. Smith Jr.**
**Box 10**
**Frankston, TX 75763**

**2.1523.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Jesse W. Smith Jr.**
**Box 10**
**Frankston, TX 75763**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1524. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jessica C. Bush** |
| | List the contract number of any government contract | **440 Rolling Hills Dr.**<br>**Aledo, TX 76008** |

| 2.1525. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jewel Kimberlin Estate** |
| | List the contract number of any government contract | **8600 Skyline #1146**<br>**Dallas, TX 75243** |

| 2.1526. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jill Vann** |
| | List the contract number of any government contract | **1329 Shetland Rd**<br>**Plano, TX 75093** |

| 2.1527. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jim Baxter Fortenberry** |
| | List the contract number of any government contract | **5660 Jamaica Circle**<br>**N. Richland Hills, TX 76180** |

| 2.1528. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jim G Gunter, Sr.** |
| | List the contract number of any government contract | **9045 Dickson Road**<br>**Fort Worth, TX 76179** |

| 2.1529. | State what the contract or lease is for and the nature of the debtor's interest | **Jim Griffin Gunter Jr**<br>**4110 Shore Front Drive**<br>**Fort Worth, TX 76135** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.1530. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Jim Max Sears** |
|  | List the contract number of any government contract | **3150 South Garrison Road, # 1918**<br>**Corinth, TX 76210** |

| 2.1531. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Jim Mayes Estate C/O Charlotte Clowers** |
|  | List the contract number of any government contract | **211 W Franklin St**<br>**Alvord, TX 76225** |

| 2.1532. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Jim Wren** |
|  | List the contract number of any government contract | **4013 Shady Valley Ct**<br>**Arlington, TX 76013** |

| 2.1533. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Jimile Brissey** |
|  | List the contract number of any government contract | **265 South Timbercreek Drive**<br>**Amarillo, TX 79118** |

| 2.1534. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Jimme D Or Reba Brown** |
|  | List the contract number of any government contract | **5811 Mills Rd**<br>**Denton, TX 76208-4513** |

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1535.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jimmie D. Hollandsworth
220 Rolling Hills Dr.
Aledo, TX 76008

---

**2.1536.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jimmie Joe Wiley and Susan E. Wiley
PO Box 681
Aledo, TX 76008

---

**2.1537.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jimmie Max Sears
3150 S Garrison Rd Apt 1918
Corinth, TX 76210

---

**2.1538.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jimmie N Richards, Trustee Jimmie N Rich
1828 S Roosevelt Road 7
Portales, NM 88130

---

**2.1539.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jimmy & Elaine Tompkins Living Trust Agr
Jimmy & Elaine Tompkins Trustees
700 West Highway 82
Nocona, TX 76255

---

**2.1540.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Jimmy C Phillips
1404 Hiawatha
Burkburnett, TX 76354

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1541. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jimmy Carr** |
| | List the contract number of any government contract | **4108 Bismarck Street** **Vernon, TX 76384** |

| 2.1542. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jimmy Don Steadham** |
| | List the contract number of any government contract | **P.O. Box 188** **St. Jo, TX 76265** |

| 2.1543. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jimmy J Sherman** |
| | List the contract number of any government contract | **889 S Acron Drive** **Decatur, TX 76234** |

| 2.1544. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jimmy Ray and Monell Hix** |
| | List the contract number of any government contract | **520 South FM 1187** **Aledo, TX 76008** |

| 2.1545. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **JJP Gas Venture** |
| | List the contract number of any government contract | **P.O. Box 601328** **Dallas, TX 75360-1328** |

| 2.1546. | State what the contract or lease is for and the nature of the debtor's interest | **JMD Consulting** **PO Box 2** **Decatur, TX 76234** |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.1547. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **JMW, LLC** |
| | List the contract number of any government contract | **PO Box 52177**<br>**Tulsa, OK 74152** |

| 2.1548. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jo Ann Wright** |
| | List the contract number of any government contract | **298 CR 2610**<br>**Decatur, TX 76234** |

| 2.1549. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jo Etta Cowley** |
| | List the contract number of any government contract | **337 South 3rd Street**<br>**Jacksboro, TX 76458-1616** |

| 2.1550. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Jo Helen Rosacker** |
| | List the contract number of any government contract | **6425 Chauncery Place**<br>**Fort Worth, TX 76116** |

| 2.1551. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Joalan Amanda Breaux** |
| | List the contract number of any government contract | **3 Burton Hill Rd**<br>**Weatherford, TX 76087** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1552.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Joan Cullinane**
**1818 W. Alabama St.**
**Houston, TX 77098-2606**

---

**2.1553.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Joan Franklin**
**P.O. Box 144**
**Sunset, TX 76270**

---

**2.1554.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Joan Nutt Veale**
**5508 State Highway 175**
**Montague, TX 76251**

---

**2.1555.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Joan Riley**
**PO Box 341**
**Aledo, TX 76008**

---

**2.1556.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Joanne English Redick**
**103 Hollyberry Road**
**Severna Park, MS 21146**

---

**2.1557.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**JoAnne R. Law**
**149 Portales Dr.**
**Aledo, TX 76008**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.1558. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Jody Lynn Jachimowicz** |
|  | List the contract number of any government contract | **2452 Jane Adams Drive** **Schertz, TX 78154** |

| 2.1559. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Joe and Holley Flores** |
|  | List the contract number of any government contract | **196 Hidden Valley Drive** **Aledo, TX 76008** |

| 2.1560. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Joe B and Dora Boydstun** |
|  | List the contract number of any government contract | **106 Hidden Valley Drive** **Aledo, TX 76008** |

| 2.1561. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Joe Bob Tinney** |
|  | List the contract number of any government contract | **12307 Villmont** **Houston, TX 77077** |

| 2.1562. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Joe Carl & Sandra Payne Est IND/IND EXEC** |
|  | List the contract number of any government contract | **650 Old Authon Road** **Weatherford, TX 76088** |

| 2.1563. | State what the contract or lease is for and the nature of the debtor's interest | **Joe David Donnell** **Hc 75 Box 584** **Eliasville, TX 76481** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| 2.1564. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Joe Faulkner** |
| List the contract number of any government contract | **3902 Fitzgerald Street #2608 Marshall, TX 75672** |
| 2.1565. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Joe H Staley Jr Law Office Of Joe H. Sta** |
| List the contract number of any government contract | **3100 Monticello Ave, Ste 850 Dallas, TX 75205** |
| 2.1566. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Joe Houston** |
| List the contract number of any government contract | **1140 W Main Suite A/B Arlington, TX 76013** |
| 2.1567. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Joe Lee Coursey** |
| List the contract number of any government contract | **1406 Cobb St. Bridgeport, TX 76426** |
| 2.1568. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Joe Paul Cole** |
| List the contract number of any government contract | **714 N Walnut Weatherford, TX 76086** |

Debtor 1   **Aruba Petroleum, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1569. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Joe R Forman**<br>**1607 Fairway Dr.**<br>**Corinth, TX 76210** |
| 2.1570. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Joe S Carr**<br>**3750 Overall Road**<br>**Lascassas, TN 37085** |
| 2.1571. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Joe Watt Hardin, Jr.**<br>**8328 Thorncrest Cr.**<br>**North Richland Hill, TX 76182** |
| 2.1572. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Joe William Bailey Management Trust**<br>**21207 Promontory Circle**<br>**San Antonio, TX 78258** |
| 2.1573. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Joe Ynostrosa**<br>**4404 Bonita Drive**<br>**Fort Worth, TX 76114** |
| 2.1574. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Joel Artis Crane**<br>**29712 Brook Lane**<br>**Tecumseh, OK 74873** |

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.1575.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Joel David Hill
2203 Brookside Drive
Arlington, TX 76012

**2.1576.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Joel Hawk And Carolyn Hawk
4434 Dye Mound Rd
Forestburg, TX 76239

**2.1577.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Joel Shannon and Alicia Gay Kirkpatrick
112 Sanchez Trail
Aledo, TX 76008

**2.1578.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Joey Don Greenwood
9 Prairie Lace Court
Wichita Falls, TX 76310-3311

**2.1579.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Joey G Skinner
1411 Auburn
Denton, TX 76201

**2.1580.** State what the contract or lease is for and the nature of the debtor's interest

John & Kathryn Rhoads
113 Yeary Lane
Aledo, TX 76008

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.1581. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**John & Lucy Calhoun**
**132 Yeary Lane**
**Aledo, TX 76008**

---

2.1582. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**John A Goforth**
**401 West Thompson**
**Jacksboro, TX 76458**

---

2.1583. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**John A. Winder**
**511 Private Road 2518**
**Decatur, TX 76234**

---

2.1584. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**John Allen Bond**
**4016 Green Valley Dr**
**Bryan, TX 00077-8002**

---

2.1585. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**John and Jacqueline Johnson, III**
**775 Jenkins Road**
**Aledo, TX 76008**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1586.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John and Jacqueline Johnston, III**
**775 Jenkins Road**
**Aledo, TX 76008**

---

**2.1587.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John and Patsy Lemmons**
**305 Hidden Valley Drive**
**Aledo, TX 76008**

---

**2.1588.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John Brandon Burt**
**2701 Larkin Ave**
**Fort Worth, TX 76133**

---

**2.1589.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John C & Ava J Butts Revocable Living Tr**
**2736 S Gary Drive**
**Tulsa, OK 74114**

---

**2.1590.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John C. Frank**
**2246 East 37th Street**
**Tulsa, OK 74105**

---

**2.1591.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**John Christopher David Price**
**108 Ina Avenue**
**Jackson, AL 36545**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | |

| 2.1592. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **John D. Brown and Christie Brown**<br>**358 Scenic View Dr.**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

| 2.1593. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **John D. Rinker and Julie A. Rinker**<br>**401 Rolling Hills Dr.**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

| 2.1594. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **John David Niblett**<br>**339 CR 4681**<br>**Boyd, TX 76023** |
| | List the contract number of any government contract | |

| 2.1595. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **John David Yarbrough**<br>**300 East Austin**<br>**Nacogdoches, TX 75965-2868** |
| | List the contract number of any government contract | |

| 2.1596. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **John Dunaway Ackley**<br>**1011 Custer Avenue**<br>**Colorado Springs, CO 80903** |
| | List the contract number of any government contract | |

| 2.1597. | State what the contract or lease is for and the nature of the debtor's interest | **John E and Amy Davis**<br>**129 Sanchez Trail**<br>**Aledo, TX 76008** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
First Name      Middle Name      Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.1598.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**John E Burt Comptroller Public Accounts**
**Box 13528**
**Capitol Station**
**Austin, TX 78711**

---

2.1599.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**John E Kiker**
**P.O. Box 5739**
**Kingwood, TX 77325**

---

2.1600.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**John E. Chase and Pamela L. Chase**
**217 Walnut St.**
**Aledo, TX 76008**

---

2.1601.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**John E. Tweedell Jr. & Patti E. Tweedell**
**504 Underwood Rd.**
**Aledo, TX 76008**

---

2.1602.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**John Edward Flake**
**11512 E. Dover Street**
**Mesa, AZ 85207**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-42121**
_____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1603.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**John Elmer Peters**
**315 N. Loop Drive**
**Camarillo, CA 93010**

---

**2.1604.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**John Freemon Anderson**
**5612 Fairfax Dr**
**Frisco, TX 75034**

---

**2.1605.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**John G & Mary R Ripperton**
**PO Box1566**
**Aledo, TX 76008**

---

**2.1606.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**John G Mackie**
**956 Derbyshire Rd**
**Daytona Beach, FL 32117**

---

**2.1607.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**John G. & Judy A. Burt**
**820 Thompson Rd.**
**Weatherford, TX 76087**

---

**2.1608.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any

**John Goodlett**
**129 Trinity Bluffs Road**
**Aledo, TX 76008**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.1609.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John Goodlett
129 Trinity Bluffs Rd
Aledo, TX 76008**

**2.1610.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John Gustofson
432 Pecan Dr.
Aledo, TX 76008**

**2.1611.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John H & Doris J Shelton Rev Trust Dtd 4
11711 South Granite
Tulsa, OK 74137**

**2.1612.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John H Dorie & Martha D Fordyce, Co Succ
PO Box 670231
Dallas, TX 75367-0231**

**2.1613.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John H Fostel
P.O. Box 765
Decatur, TX 76234**

**2.1614.** State what the contract or lease is for and the nature of the debtor's interest

**John H Webb
PO Box 972548
Dallas, TX 75397**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.1615. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **John H. Burt and Shirley Boone Burt** |
| | List the contract number of any government contract | **453 Pecan Dr.**<br>**Aledo, TX 76008** |

| 2.1616. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **John Hancock Dorie** |
| | List the contract number of any government contract | **PO Box 670231**<br>**Dallas, TX 75367-0231** |

| 2.1617. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **John Higgins ------------Hold - Tax ID d** |
| | List the contract number of any government contract | **4456 Harvest Hill Road**<br>**Dallas, TX 75244** |

| 2.1618. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **John J Hill** |
| | List the contract number of any government contract | **4531 Ridge Rd**<br>**Cazenovia, NY 13035** |

| 2.1619. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **John Jay Blanton** |
| | List the contract number of any government contract | **3909 Floyd Drive**<br>**Fort Worth, TX 76116** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1620.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John LeRoy Beeson**
**6312 S.W. Parkway**
**Austin, TX 78735**

---

**2.1621.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John M Bauserman**
**23 Mesquite Place**
**Palmyra, VA 22963-2439**

---

**2.1622.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John M Moore**
**P.O. Box 392**
**Shreveport, LA 71162**

---

**2.1623.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John M. Mouser Company**
**P.O. Box 2014**
**Allen, TX 78364**

---

**2.1624.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John Malcolm Peterson**
**1575 Tanglewood Lane**
**#1-132**
**Escondido, CA 92029**

---

**2.1625.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**John Manly Bryan M D**
**P.O. Box 839**
**Graham, TX 76450**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                              Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.1626.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

John Mitchum
504 W Ash St
Decatur, TX 76234-1255

---

**2.1627.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

John O Mccoy & Wife Nancy M Mccoy
3711 Aberdeen Way
Houston, TX 77025

---

**2.1628.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

John Pappas
5002 Wooldridge Road
Corpus Christi, TX 78413-2733

---

**2.1629.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

John Parker Jameson
8 Troon Drive
Austin, TX 78738

---

**2.1630.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

John Patrick Warren Revocable Trust
P. O. Box 722280
Norman, OK 73070

---

**2.1631.** State what the contract or lease is for and the nature of the debtor's interest

John Paul Perron And Hazel Mary Thibodea
10433 Rosedale Road
Port Allen, LA 70767

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract
_____

2.1632. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**John Paul Sessions**
**775 Monaco**
**Puntagorda, FL 33950**

2.1633. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**John R and Marsha Z Ammons**
**120 Sanchez Trail**
**Aledo, TX 76008**

2.1634. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**John R Morris MD**
**6302 Crestcreek CT**
**Louisville, KY 40241**

2.1635. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**John R Penn Jr**
**6003 Raleigh**
**Tyler, TX 75703**

2.1636. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**John R. Gentry**
**PO Box 92187**
**Southlake, TX 76092-6734**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
          First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1637.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John R. Keck**
**428 Pecan Dr.**
**Aledo, TX 76008**

**2.1638.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John Scott Sullins**
**1065 Morris Town Rd**
**Victoria, TX 77905**

**2.1639.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John T Syler**
**3300 Hartley Field Road**
**Denton, TX 76028**

**2.1640.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John T. Montford**
**1 Buckingham Court**
**San Antonio, TX 78257-1708**

**2.1641.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**John Thomas Perkins**
**2305 Corn Valley Rd**
**Apt 209**
**Grand Prairie, TX 75051**

**2.1642.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**John W Burton & Jennifer Burton Trust We**
**1202 SE 103rd Ave**
**Vancouver, WA 98664**

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.1643.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

John Westhoff
1250 Santa Fe Drive
Weatherford, TX 76086

**2.1644.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

John Westhoff Trustee FBO/FBC/Weatherfor
1250 Santa Fe Drive
Weatherford, TX 76086-5218

**2.1645.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

John Will Nichols, Jr
1416 Barbis Way
Concord, CA 94518-1220

**2.1646.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

John Willborn Mattix
3425 FM 585 North
Bangs, TX 76823

**2.1647.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Johna Sue Meyer
518 Big Horn Drive
Old Hickory, TN 37138

**2.1648.** State what the contract or lease is for and the nature of the debtor's interest

Johnelle DeBrueys Jackson
3117 Carmel Valley Dr.
Missouri City, TX 77459

Debtor 1  **Aruba Petroleum, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.1649. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Johnna Adams** |
| | List the contract number of any government contract | **8116 South 107th East Ave**<br>**Apt. Q**<br>**Tulsa, OK 74133** |

| 2.1650. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Johnna McDougal Jones** |
| | List the contract number of any government contract | **1431 Honeysuckle Ridge Court**<br>**Midlothian, TX 76065** |

| 2.1651. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Johnnie Ruth Parr Lee** |
| | List the contract number of any government contract | **1208 Patton Drive**<br>**Odessa, TX 79761-1417** |

| 2.1652. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Johnny Holman** |
| | List the contract number of any government contract | **9211 Gem St. SE**<br>**Olympia, WA 98513** |

| 2.1653. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Johnny Ince** |
| | List the contract number of any government contract | **P.O. Box 325**<br>**Alvord, TX 76225** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1654.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Johnny K & Sherri L Campbell**
**1432 Saratoga Lane**
**Aledo, TX 76008**

---

**2.1655.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Johnny Mack Parker**
**7008 Diamond Oaks Dr**
**Mansfield, TX 76063**

---

**2.1656.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Jolene Brown**
**108 Stagecoach Drive**
**Red Oak, TX 75154**

---

**2.1657.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Jon Brown**
**P. O. Box 246**
**Palestine, TX 75802**

---

**2.1658.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Jon Finley Helm**
**1700 Sunset**
**Apt 14**
**Fort Worth, TX 76102**

---

**2.1659.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Jon Howard**
**Rt 1 Box 4**
**Balko, OK 73931**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
    First Name       Middle Name       Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.1660.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jon Kendall Wells & Sunny J Glenn
2423 College Ave.
Fort Worth, TX 76110

**2.1661.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jon Scruggs
1604 Oak Ridge Drive
Corinth, TX 76210-3042

**2.1662.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jonalstem Investments, Limited
P.O. Box 141355
Irving, TX 75014

**2.1663.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jonathan & Marianne Honea
6506 Tucker Dr
Weatherford, TX 76086

**2.1664.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Jordan C Williamson
812 Glenn Brook
Allen, TX 75002

**2.1665.** State what the contract or lease is for and the nature of the debtor's interest

Jorden Wood
10911 FM 1187 W
Ft. Worth, TX 76126-5153

Debtor 1   **Aruba Petroleum, Inc.**                                    Case number *(if known)*   **16-42121**
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

　　　State the term remaining

　　　List the contract number of any
　　　　government contract

---

2.1666.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

　　　State the term remaining

　　　List the contract number of any
　　　　government contract

Jose & Griselda Zuniga
310 County Road 2723
Decatur, TX 76234-7322

---

2.1667.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

　　　State the term remaining

　　　List the contract number of any
　　　　government contract

Joseph & Rebecca Baker
317 Smyth Street
Aledo, TX 76008

---

2.1668.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

　　　State the term remaining

　　　List the contract number of any
　　　　government contract

Joseph and Melissa Besancon
400 E. Oak St.
Aledo, TX 76008

---

2.1669.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

　　　State the term remaining

　　　List the contract number of any
　　　　government contract

Joseph Beasley III
3596 C.R. S
Little Suamico, WI 54141-3905

---

2.1670.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

　　　State the term remaining

　　　List the contract number of any
　　　　government contract

Joseph Carl Thibodeaux
2525 Deloak Drive #413
St Louis, MO 63129

---

Debtor 1  **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1671.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Joseph E. Goldman
6843 Quarterway
Dallas, TX 75248**

---

**2.1672.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Joseph Lee Bailey
444 Hunters Trophy
New Braunfels, TX 78132**

---

**2.1673.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Joseph R. Besancon and Melissa M. Besanc
105 Oak Ct.
Aledo, TX 76008**

---

**2.1674.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Joseph Roy Whiteside
P.O. Box 540
Nocona, TX 76255**

---

**2.1675.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Joseph W & Martha Knox
1554 CR 2937
Decatur, TX 76234**

---

**2.1676.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any

**Joseph W. Bailey, Jr.
1205 Camden Ct.
Woodway, TX 76712**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.1677.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Josephine Richardson
5520 El Capitan Ct
Arlington, TX 76017**

---

2.1678.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Josephine Woodruff
P.O. Box 141
Valley View, TX 76272**

---

2.1679.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Joshua C. Bauserman
701 East Byrd St. 17th Floor
Richmond, VA 23219**

---

2.1680.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Joy Allred Ritchie
1108 Rosedale Drive
Gainesville, TX 76240-2952**

---

2.1681.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Joy E Nichols
1306 Bois D' Arc
Weatherford, TX 76086**

---

2.1682.  State what the contract or lease is for and the nature of the debtor's interest

**Joy E. Nichols, Life Estate
1306 Bois D' Arc
Weatherford, TX 76086**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract
_____

---

2.1683.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Joy Weldon**
government contract                     **1991 Thompson Road**
_____                 **Weatherford, TX 76087**

---

2.1684.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Joyce Cook**
government contract                     **1506 Whitefield Street**
_____                 **Stephenville, TX 76401**

---

2.1685.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Joyce Knupp**
government contract                     **P.O. Box 297**
_____                 **Barker, TX 77413**

---

2.1686.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Joyce Read Tucker**
government contract                     **2221 Crimson Cove Court**
_____                 **League City, TX 77573**

---

2.1687.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Joycln Taggart**
government contract                     **637 Catalpa Rd.**
_____                 **Fort Worth, TX 76131**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1688.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Joye Zylka---DECEASED
7531 Ridge Road
Sarasota, FL 34238

---

**2.1689.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

JP Elder Family Limited Partnership+B265
400 Jenkins Ridge
Aledo, TX 76008

---

**2.1690.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Juanita Ann Farr
850 FM 205
Stephenville, TX 76401

---

**2.1691.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Juanita Chase
P.O. Box 248
Naches, WA 98937

---

**2.1692.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Juanita Hester c/o POA Richard Hester
1906 Martha Ann Blvd. #613
Snyder, TX 75949

---

**2.1693.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Juanita Joyce Beasley
5133 Valburn Ct.
Austin, TX 78737

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|
| 2.1694. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Judith A Gerth**<br>**P.O. Box 357**<br>**Ruidoso, NM 88355-0357** |
| 2.1695. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Judith J. Van Dine**<br>**2057 Meservey Hill Road**<br>**Wellsville, NY 14895** |
| 2.1696. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Judith Layne Harris**<br>**3352 6Th Street Se**<br>**Washington, DC 20032** |
| 2.1697. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Judy & Emil Schreck**<br>**1200 Mosswood Lane**<br>**Irving, TX 75061** |
| 2.1698. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Judy L and Bruce Ramsey**<br>**PO Box 687**<br>**Aledo, TX 76008** |
| 2.1699. | State what the contract or lease is for and the nature of the debtor's interest | **Judy L Ramsey**<br>**116 Orman Drive**<br>**Aledo, TX 76008** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |
| **2.1700.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Judy L. Coates<br>2501 Neri Road<br>Granbury, TX 76048 |
| **2.1701.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Judy Light Storey<br>5904 Kentucky<br>Joshua, TX 76058 |
| **2.1702.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Judy Mcclung Parker<br>2052 S FM 1655<br>Alvord, TX 76225 |
| **2.1703.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Judy South<br>817 Andi Way<br>Weatherford, TX 76086 |
| **2.1704.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Judy Watkins Tinsley<br>3535 Santa Fe #41<br>Corpus Christi, TX 78411 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1705.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Judy Wittmer Montano**
**2312 Calle Halcon**
**Santa Fe, NM 87505**

---

**2.1706.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Julia Campbell Roland**
**1701 Campbell Tr.**
**Richardson, TX 75082**

---

**2.1707.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Julia S. Tucker General Trust u/w dated**
**P.O. Box 501**
**Rusk, TX 75785**

---

**2.1708.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Julia S. Tucker Special Trust u/w dated**
**P.O. Box 501**
**Rusk, TX 75785**

---

**2.1709.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Julie Ann Rumage, Life Estate**
**712 N 4th St**
**Jacksboro, TX 76458**

---

**2.1710.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Julie Hensley**
**103 Polk St**
**Burlington, IA 52601**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1711. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Julie Rebecca Moore |
| | List the contract number of any government contract | 1313 Wayne Street<br>Haltom City, TX 76117 |

| 2.1712. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Julie W. Clendenen |
| | List the contract number of any government contract | 1803 Michele Dr.<br>Sugar Land, TX 77498 |

| 2.1713. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | June Arbert Adkins<br>C/O Adkins Enterprises Inc |
| | List the contract number of any government contract | P.O. Box 488<br>Weleetka, OK 74880 |

| 2.1714. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | June Benner Page |
| | List the contract number of any government contract | 5535 Caladium Drive<br>Dallas, TX 75230-2619 |

| 2.1715. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | June Ens |
| | List the contract number of any government contract | P.O. Box 82<br>Montague, TX 76251 |

| 2.1716. | State what the contract or lease is for and the nature of the debtor's interest | June Goode<br>1140 W. Marksberry Road<br>Owensboro, KY 42301 |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

<div style="background:purple; width:50px; height:30px;"></div>

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
   government contract    _____

---

2.1717. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
   government contract    _____

**June Pearson**
**4723 Spiser**
**Wichita Falls, TX 76302**

---

2.1718. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
   government contract    _____

**Justin & Nicole Wolfe**
**129 Meadow Lane**
**Aledo, TX 76008**

---

2.1719. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
   government contract    _____

**Justin House**
**3242 Duncan Street**
**Kilgore, TX 75662**

---

2.1720. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
   government contract    _____

**Kaitlin Winarsky**
**2000 Hicks Avenue**
**San Jose, CA 95125**

---

2.1721. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
   government contract    _____

**Kala Juan Seward**
**549 Dunmoreland Dr**
**Shreveport, LA 71106**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1722.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Kalkman Habeck Co.
PO Box 2518
Ardmore, OK 73402

**2.1723.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Kandi Faulkenberry
P.O. Box 1102
Minden, LA 71058

**2.1724.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Kandice Lee
P. O Box 672
Weatherford, TX 76086

**2.1725.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Kansas City Title Insurance Co
112 E 10Th St
Kansas City, MO 64116

**2.1726.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Karan Lee Ridley Jezek
4604 Wolf Way
Antioch, CA 94531

**2.1727.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

Karen Ann Cox Stephens
333 Holly Creek Ct. #904
The Woodlands, TX 77381

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.1728.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Karen Bussell
10910 Sheila Court
Beaumont, TX 77705**

2.1729.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Karen Carter Hughes
1855 Lynnview Dr.
Houston, TX 77055**

2.1730.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Karen Caswell Fowler
3160 N Highway 101
Chico, TX 76431**

2.1731.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Karen Dow
1104 Coffield
Bowie, TX 76230**

2.1732.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Karen E Ball Brucker
3744 Bear Creek Road
Canon, GA 30520**

2.1733.  State what the contract or
lease is for and the nature of
the debtor's interest

**Karen H Barlow
208 Rockwood Park Dr.
Fort Worth, TX 76107**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name       Middle Name       Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any government contract _____

---

2.1734. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Karen Hellman Doolittle
5162 Brook Meadow Lane
Fort Worth, TX 76133**

---

2.1735. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Karen Kildall
421 Rio Gabriel Cove
Liberty Hill, TX 78642**

---

2.1736. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Karen Lee Rosenau
1431 Gordan Ace
Reno,, NV 89509**

---

2.1737. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Karen Lee Wilson Wagner
2405 Glen Haven
Houston, TX 77030**

---

2.1738. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Karen S Sinclair
705 Joanna Drive
Hurst, TX 76053**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1739.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Karen Smith
9028 Villa Park Circle
Dallas, TX 75225

**2.1740.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Karen Young Masri
5805 Gary Lane
Arlington, TX 76016

**2.1741.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Karl B Becker
101 Sanchez Trail
Aledo, TX 76008

**2.1742.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Karl Trubenbach
P.O. Box 275
Muenster, TX 76252

**2.1743.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Karl Trubenbach Minerals, LLC
P.O. Box 275
Muenster, TX 76252

**2.1744.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Karol Lynn Wilson
7510 E Grand #1105
Dallas, TX 75214

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| | government contract |  |
| **2.1745.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Karon Sue Pass** |
| List the contract number of any government contract | **437 Pecan Dr.** **Aledo, TX 76008** |
| **2.1746.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Karper Oil and Gas Corporation** |
| List the contract number of any government contract | **PO Box 149** **Graham, TX 76450** |
| **2.1747.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Karran Kuhler** |
| List the contract number of any government contract | **1413 Broadmoor Drive** **Richardson, TX 75082** |
| **2.1748.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Katana Energy LLC** |
| List the contract number of any government contract | **16285 Park Ten Place Suite 600** **Houston, TX 77084** |
| **2.1749.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Katherine Michelle Gear** |
| List the contract number of any government contract | **PO Box 940** **Mineral Wells, TX 76068** |
| **2.1750.** State what the contract or lease is for and the nature of the debtor's interest | **Katherine Schwing Bickham** **P.O. Box 23081** **Harahan, LA 70183** |

Debtor 1   **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **16-42121**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | 2.1751. State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kathi Hellman Stanton** |
| | List the contract number of any government contract | **216 Muir Hill Dr**<br>**Aledo, TX 76008** |

| | 2.1752. State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kathleen A. Cantrell** |
| | List the contract number of any government contract | **4985 Highway MM**<br>**Mountain Grove, MO 65711** |

| | 2.1753. State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kathleen B Forman BAD ADDRESS-SEE NOTES** |
| | List the contract number of any government contract | **2500 Hinkle Drive #36 South**<br>**Denton, TX 76201** |

| | 2.1754. State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kathleen Marie Dupre Kenney and PaulScot** |
| | List the contract number of any government contract | **138 Muirfield Dr.**<br>**Willow Park, TX 76008** |

| | 2.1755. State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kathleen Powell** |
| | List the contract number of any government contract | **P.O. Box 147**<br>**Secretary, MD 21664** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1756.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Kathleen Warnock c/o Jacob A Warnock Oil
P.O. Box 9285
Wichita Falls, TX 76308

---

**2.1757.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Kathryn Hope Upton
7712 Easton Club Drive
Easton, MD 21601-8388

---

**2.1758.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Kathryn Jane Cole, Life Estate
213 South Hampshire Street
Saginaw, TX 76179

---

**2.1759.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Kathryn Schmitt
3054 Jeannie Anna Ct.
Herndon, VA 20171-4073

---

**2.1760.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Kathy Bearden White
PO Box 35
Broken Arrow, OK 74013

---

**2.1761.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Kathy Burnett, Individually and as Remai
2030 Houston Street
Vernon, TX 76384

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |
| **2.1762.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kathy Cooper<br>201 Fair Lane<br>Tyler, TX 75701** |
| **2.1763.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kathy Ridley Boynton<br>6123 Capella<br>Burke, VA 22015** |
| **2.1764.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kathy Sherrill<br>3224 FM 2048<br>Boyd, TX 76023** |
| **2.1765.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kathy Sue Spriggs<br>3874 Limestone Road<br>Kinburn, Ontario<br>K0A 2H0 Canada** |
| **2.1766.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kathy Works Perkins<br>602 Valleyridge Ct.<br>Decatur, TX 76234** |
| **2.1767.** State what the contract or lease is for and the nature of the debtor's interest | **Kay C. Allen<br>37143 Parsons Creek Road<br>Springfield, OR 97478** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**                                      Case number *(if known)*  **16-42121**
     First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.1768. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kay Lawson**<br>**100 West Gaither**<br>**Throckmorton, TX 76483** |

| 2.1769. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kay Lindsay**<br>**PO Box 211**<br>**Bluegrove, TX 76352** |

| 2.1770. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kay Siegel**<br>**600 3Rd Street**<br>**Bellevue, TX 76228** |

| 2.1771. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kay Yates**<br>**4 Briar Lane**<br>**Kilgore, TX 75662** |

| 2.1772. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kayla Robertson**<br>**1109 Blackbird Ct**<br>**Burleson, TX 76028** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1773.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Kaysi Hamilton**
**PO Box 321**
**Alvord, TX 76225**

---

**2.1774.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**KCSC, LLC**
**PO Box 21254**
**Billings, MT 59104**

---

**2.1775.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**KDMM Interests, LLC**
**1900 Preston Road**
**#267-PMB78**
**Plano, TX 75093**

---

**2.1776.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Keiko Kelly**
**2504 Prestonwood Drive**
**Plano, TX 75093-8891**

---

**2.1777.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Keith Greeley**
**125 Peatree Lane**
**Low Gap, NC 27024**

---

**2.1778.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Keith Paul Robinson**
**2531 Southland Blvd.**
**Apt. 61**
**San Angelo, TX 76904**

Debtor 1  **Aruba Petroleum, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

**2.1779.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Kelli D'Ann Windrow
3205 Glenmore Avenue
Baltimore, MD 21214

**2.1780.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Kelly G. Hamby
2095 Old Baywood Road
Galax, VA 24333

**2.1781.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Kelly Rice
3047 NE Hoyt St.
Portland, OR 97232

**2.1782.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Kelly Swope
PO Box 775
Granbury, TX 76048

**2.1783.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Kelly Wasserman
306 W. 7th Street
Suite 710
Fort Worth, TX 76102

**2.1784.** State what the contract or lease is for and the nature of the debtor's interest

Kellyne Gayle Holladay, SSP
2623 W Alabama
Hobbs, NM 88242

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.1785. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kelsey J Taylor**
**PO Box 327**
**Alma, CO 80420**

---

2.1786. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Ken E. Gray**
**P.O. Box 1752**
**Mineral Wells, TX 76068**

---

2.1787. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Ken or Roberta Stovall**
**1103 Parkview Trail**
**Kennedale, TX 76060**

---

2.1788. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kenneth & Beverly Bryant**
**1811 E. FM 1187**
**Aledo, TX 76008**

---

2.1789. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kenneth B and Kathlene Eagleton**
**425 E. Oak Street**
**Aledo, TX 76008**

---

Debtor 1   **Aruba Petroleum, Inc.**
      First Name      Middle Name      Last Name

Case number *(if known)*   **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1790.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

Kenneth Dunnaway
1729 W Bypass 287
Alvord, TX 76225

**2.1791.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

Kenneth E. Burnett, Life Tenant
2030 Houston Street
Vernon, TX 76384

**2.1792.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

Kenneth J Reynolds In Fee Simple Interst
1005 FM 1749
Forestburg, TX 76239

**2.1793.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

Kenneth J Reynolds Life Estate
1005 FM 1749
Forestburg, TX 76239

**2.1794.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

Kenneth Knox Reed
9400 Old Decatur Road
Fort Worth, TX 76179

**2.1795.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any

Kenneth M Warnock II c/o Jacob A Warnock
P.O. Box 9285
Wichita Falls, TX 76308

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1796. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kenneth McCoy** |
| | List the contract number of any government contract | **10410 Copperdale Lane** **Houston, TX 77064** |

| 2.1797. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kenneth or Vernell Chadwell** |
| | List the contract number of any government contract | **PO Box 485** **Springtown, TX 76082** |

| 2.1798. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kenneth Preston Hudson** |
| | List the contract number of any government contract | **P.O. Box 113** **Bridgeport, TX 76426** |

| 2.1799. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kenneth R and Sonja Spain** |
| | List the contract number of any government contract | **409 Old Annetta Road** **Aledo, TX 76008** |

| 2.1800. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kenneth Richard Hoffman** |
| | List the contract number of any government contract | **212 Scenic Dr.** **Aledo, TX 76008** |

| 2.1801. | State what the contract or lease is for and the nature of the debtor's interest | **Kenneth Sage** **2626 Bonita Ave** **La Verne, CA 91750** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Aruba Petroleum, Inc.**
     First Name       Middle Name       Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
|     State the term remaining | |
|     List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1802. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Kenneth Thibodeaux |
| | List the contract number of any government contract | 1060 Silvery Lane<br>Port Allen, LA 70767 |

| | | |
|---|---|---|
| 2.1803. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Kenton B Ramsey |
| | List the contract number of any government contract | 6110 Preston Creek Drive<br>Dallas, TX 75240 |

| | | |
|---|---|---|
| 2.1804. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Kerry Burnett-Higgins Individually and a |
| | List the contract number of any government contract | 2030 Houston Street<br>Vernon, TX 76384 |

| | | |
|---|---|---|
| 2.1805. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Kerry Clower |
| | List the contract number of any government contract | 308 Scenic Dr<br>Alvord, TX 76225 |

| | | |
|---|---|---|
| 2.1806. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Kerry Kathleen Bogart Murrill |
| | List the contract number of any government contract | 13411 Alchester<br>Houston, TX 77079 |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1807.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

> **Kerry L. Haynes Estate Alan S. Haynes Pe**
> **4839 South Zang Court**
> **Morrison, CO 80465**

---

**2.1808.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

> **Kevin & Kristen Canaday**
> **139 Samantha Lane**
> **Aledo, TX 76008**

---

**2.1809.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

> **Kevin Bliss Norman**
> **600 Cranberry Woods Drive**
> **Suite 150**
> **Cranberry Township, PA 16066**

---

**2.1810.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

> **Kevin Halbert**
> **PO Box 1170**
> **Tyler, TX 75710**

---

**2.1811.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

> **Kevin Kent Leonard**
> **P.O. Box 50688**
> **Midland, TX 79710**

---

**2.1812.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

> **Kevin Scott Capper**
> **PO Box 1176**
> **McKinney, TX 75070**

| Debtor 1 | **Aruba Petroleum, Inc.** | Case number *(if known)* | **16-42121** |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1813. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kevin Shane Scoggins & Bonita Scoggins** |
| | List the contract number of any government contract | **216 Scenic Dr.**<br>**Aledo, TX 76008** |

| 2.1814. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kevin W Kiss, Jr. Life Estate** |
| | List the contract number of any government contract | **808 Emily Trail**<br>**Azle, TX 76020** |

| 2.1815. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Killough Family Trust** |
| | List the contract number of any government contract | **1336 S. Lamar St.**<br>**Weatherford, TX 76086** |

| 2.1816. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kim Barnes** |
| | List the contract number of any government contract | **13661 Pruett Road**<br>**Krum, TX 76249** |

| 2.1817. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kim Boyd Bates** |
| | List the contract number of any government contract | **105 Indigo Heights Ct**<br>**Azle, TX 76020** |

| 2.1818. | State what the contract or lease is for and the nature of the debtor's interest | **Kim Heptner**<br>**1107 Oriole**<br>**Burkburnett, TX 76354** |
|---|---|---|

Debtor 1    **Aruba Petroleum, Inc.**                                    Case number *(if known)*  **16-42121**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.1819.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any              **Kim Pate**
government contract                          **1014 Foley**
                                             **Iowa Park, TX 76367**

---

2.1820.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any              **Kim Rhodes**
government contract                          **210 Fletcher Road**
                                             **Weatherford, TX 76087**

---

2.1821.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any              **Kimball Trent Smith**
government contract                          **2420 Cross Timbers Trail**
                                             **Arlington, TX 76006**

---

2.1822.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any              **Kimberly A Fry**
government contract                          **1003 Raintree Lane**
                                             **Siloam Springs, AR 72761**

---

2.1823.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any              **Kimberly Diane Wolfe**
government contract                          **539 D. West 25th Street**
                                             **Houston, TX 77008**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
First Name    Middle Name    Last Name

Case number (*if known*)    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1824.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kimberly G Burkett & Colonial Savings FA**
**2626 West Freeway - Bldg B**
**Fort Worth, TX 76102**

2.1825.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kimberly Read Bogart Wetmore**
**188 Reinicke**
**Houston, TX 77007**

2.1826.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kimberly Texeira**
**19218 Hillward Court**
**Riverside, CA 92508**

2.1827.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**King Royalty Corporation Attn: Michelle**
**6142 Campbell Road**
**Dallas, TX 75248**

2.1828.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kingdom Investments**
**1601 Elm Street**
**Suite 3400**
**Dallas, TX 75201-7201**

2.1829.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any

**Kip Altman**
**908 Elmhill Ct**
**Coppell, TX 75019**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1830. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kirby and Jonnie Williams** |
| | List the contract number of any government contract | **956 Mockingbird**<br>**Stephenville, TX 76401** |

| 2.1831. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Klaus Ulrich Schubert c/o Ron Tharp** |
| | List the contract number of any government contract | **12900 Preston Road, Suite 800**<br>**Dallas, TX 75230** |

| 2.1832. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Knox # 1 Joint Venture** |
| | List the contract number of any government contract | **17304 Preston Rd**<br>**Suite 700**<br>**Dallas, TX 75252-5697** |

| 2.1833. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Knox # 2 Joint Venture** |
| | List the contract number of any government contract | **17304 Preston Rd**<br>**Suite 700**<br>**Dallas, TX 75252-5697** |

| 2.1834. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kollman-Moore LLC Robert Kollman Moore M** |
| | List the contract number of any government contract | **777 Saturn Drive # 203**<br>**Colorado Springs, CO 80905-7827** |

| 2.1835. | State what the contract or lease is for and the nature of the debtor's interest | **Kota Group LLC c/o Jacob A Warnock Oil &**<br>**P.O. Box 9285**<br>**Wichita Falls, TX 76308** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.1836.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kraemer Allen Lovelace**
**8202 Kelwood Avenue**
**Baton Rouge, LA 70806**

---

2.1837.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Krenger Oil & Gas, LLC**
**1601 E 19th**
**Edmond, OK 73013**

---

2.1838.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kris Garrison**
**2706 Oak Lawn Drive**
**Vernon, TX 76384**

---

2.1839.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Krissi Hellman Kendrick**
**2773 Salado Trail**
**Fort Worth, TX 76118**

---

2.1840.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kristen Allen Tollett**
**1402 Diana Ct.**
**Houston, TX 77062**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1841. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kristen Duperron**<br>**1722 Hillcrest Dr.**<br>**Woodward, OK 73801-4346** |
| | List the contract number of any government contract | |

| 2.1842. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kristi & Billy Duran**<br>**129 Yeary Lane**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

| 2.1843. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kristi P. Craig-Nightengale**<br>**P.O. Box 420**<br>**Pine, CO 80470** |
| | List the contract number of any government contract | |

| 2.1844. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kristin Rae Reed**<br>**2924 Luke Dr.  Apt 518**<br>**Fort Worth, TX 76108-5959** |
| | List the contract number of any government contract | |

| 2.1845. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kristin Rae Reed**<br>**2924 Luke Dr.  Apt 518**<br>**Fort Worth, TX 76108-5959** |
| | List the contract number of any government contract | |

| 2.1846. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Kurt Turner**<br>**1814 Ricky Street**<br>**Granbury, TX 76049** |
| | List the contract number of any | |

Debtor 1  **Aruba Petroleum, Inc.**
First Name         Middle Name         Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.1847.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kyle & Celeste Pfeiffer**
**P.O. Box 7**
**Rio Medina, TX 78066**

---

2.1848.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kyle Stephens**
**PO Box 331**
**Decatur, TX 76234**

---

2.1849.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Kym Alexander Lipscomb**
**3936 Consolvo Drive**
**Flower Mound, TX 75022**

---

2.1850.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**L W Taylor**
**514 Wayne Drive**
**Shreveport, LA 71105**

---

2.1851.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**L. A. Stemmons Residuary Trust**
**1605 Dowling Drive**
**Irving, TX 75038**

---

2.1852.  State what the contract or
lease is for and the nature of
the debtor's interest

**L. J. Alexander**
**100 Watermark Blvd Apt 331**
**Granbury, TX 76048-4550**

---

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.1853. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | L. J. Fletcher, Jr. |
| | List the contract number of any government contract | 5907 Nancy Dr<br>Austin, TX 78745 |

| 2.1854. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | L. P. Moore |
| | List the contract number of any government contract | 11 Meadows Edge Drive<br>Chapel Hill, NC 27516 |

| 2.1855. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | L.T. Smith, Jr. |
| | List the contract number of any government contract | 5413 75 th Street<br>Lubbock, TX 79424 |

| 2.1856. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | LAC Industries |
| | List the contract number of any government contract | 21 Bloomfield Avenue<br>Depew, NY 14043 |

| 2.1857. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Lacy Joy Champion |
| | List the contract number of any government contract | 4000 Ace Lane, #337<br>Lewisville, TX 75067 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1858.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lacy Shaw**
**207 Shary St.**
**Aledo, TX 76008**

**2.1859.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Laddie Annette Van Dyke**
**3418 Hidden Creek**
**Sugarland, TX 77479**

**2.1860.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ladonna Gay Finch**
**2519 Sycamore Avenue**
**Oklahoma City, OK 73128**

**2.1861.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**LaDonna Jo Wren**
**1521 Old Reunion Rd.**
**Decatur, TX 76234**

**2.1862.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lake Country Baptist Church**
**8777 Boat Club Road**
**Fort Worth, TX 76179**

**2.1863.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Lake Country Christian School**
**7050 Lake Country Road**
**Fort Worth, TX 76179**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.1864. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lake Travis 620 Properties LP** |
| | List the contract number of any government contract | **1107 Ranch Road 620 S**<br>**Lakeway, TX 78734** |

| 2.1865. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **LaKeitha Kaye Lindsay** |
| | List the contract number of any government contract | **P.O. Box 211**<br>**Bluegrove, TX 76352** |

| 2.1866. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lakewind LLC** |
| | List the contract number of any government contract | **P.O. Box 1765**<br>**Enid, OK 73702** |

| 2.1867. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lamar B Roemer** |
| | List the contract number of any government contract | **5401 Judalon Lane**<br>**Houston, TX 77056** |

| 2.1868. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lamar C. McLeod** |
| | List the contract number of any government contract | **236 Gallagher**<br>**McQueeney, TX 78123** |

| 2.1869. | State what the contract or lease is for and the nature of the debtor's interest | **Lana Caswell Garcia**<br>**203 W Belden**<br>**Sherman, TX 75092** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract

---

2.1870. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Lana J. Burton**
**92 Hummingbird Lane**
**Ardmore, OK 73401**

---

2.1871. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Lance Lawrence from Thomas Dumont Pike**
**302 Whispering Cypress**
**Charleston, SC 29414**

---

2.1872. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Lance Norman**
**8190 McDaniel Road**
**Aledo, TX 76126**

---

2.1873. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Lane Family Revocable Trust Lemaryles K**
**5900 S Ventura Drive**
**Oklahoma City, OK 73135**

---

2.1874. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract

**Lane Taylor**
**PO Box 327**
**Alma, CO 80420**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1875.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Lanette Mcclure**
**2628 FM 1204**
**Decatur, TX 76234**

**2.1876.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Larry & Maria Ragle**
**PO Box 175**
**Paradise, TX 76073**

**2.1877.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Larry and Lisa Lock**
**116 Sanchez Trail**
**Aledo, TX 76008**

**2.1878.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Larry Beasley**
**2038 Well Service Rd**
**Bowie, TX 76230**

**2.1879.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Larry C. Christopher**
**8614 Mile Run Rd**
**Humble, TX 77346**

**2.1880.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any

**Larry Dean Mizer**
**2496 Burt Street**
**Upland, CA 91784**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

**2.1881.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Larry Earl Campbell
1720 Tower Street
Springtown, TX 76082

**2.1882.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Larry F Beard
1704 Wisteria Way
Westlake, TX 76262-9082

**2.1883.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Larry Glazer
5565 Cosmo Ave
Dallas, TX 75248-6440

**2.1884.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Larry Hudson Coursey
2164 Cuba Road
Bridgeport, TX 76426

**2.1885.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Larry K and Shirley Evans Revocable Trus
117 Hidden Valley Drive
Aledo, TX 76008

**2.1886.** State what the contract or lease is for and the nature of the debtor's interest

Larry K Evans
117 Hidden Valley Dr.
Aledo, TX 76008

Debtor 1    **Aruba Petroleum, Inc.**                                               Case number *(if known)*    **16-42121**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| 2.1887. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Larry L and LaDonna Brown** **208 Hidden Valley Drive** **Aledo, TX 76008** |
| List the contract number of any government contract | |
| 2.1888. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Larry McCrary** **1761 Stewart Street** **Reno, NV 89502** |
| List the contract number of any government contract | |
| 2.1889. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Larry P and Joyce L Ruddick** **121 Sanchez Trail** **Aledo, TX 76008** |
| List the contract number of any government contract | |
| 2.1890. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Larry Thomas Smith** **4521 64th Street** **Lubbock, TX 79414** |
| List the contract number of any government contract | |
| 2.1891. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Larry W. & Marion K. Marrs** **4538 Tin Top Rd.** **Weatherford, TX 76087** |
| List the contract number of any government contract | |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1892.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Larry W. Hinshaw
420 Walker Creek Road
Reedsport, OR 97467-9750

**2.1893.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Larry W. Jemison and Alva Jemison
PO Box 244
Aledo, TX 76008

**2.1894.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Larry Whitley
3604 Teakwood Dr
Plano, TX 75075

**2.1895.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lateral Resources
165 Brush Creek Drive
Azle, TX 76020

**2.1896.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Latigo Oil & Gas Inc
P.O. Box 1208
Woodward, OK 73802

**2.1897.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Laura Ann Smith
4521 64th Street
Lubbock, TX 79414

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number (if known) | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.1898.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Laura Bailey
818 Mansfield Dr. Unit 255
Port Mansfield, TX 78598**

---

**2.1899.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Laura Beth Bowling Rice
17325 FM Road 3 South
Normangee, TX 77871**

---

**2.1900.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Laura J. Hicks Veith
20812 Hixon Creek Dr.
Porter, TX 77365**

---

**2.1901.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Laura L Stanley
3504 Versante Drive
Bedford, TX 76021**

---

**2.1902.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Laura Long Bartee
2812 Northhaven
Cornith, TX 76210**

---

**2.1903.** State what the contract or lease is for and the nature of the debtor's interest

**Laurel E. Strachan
408 E. Oak Street
Aledo, TX 76008-4342**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| 2.1904.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Lauren Nicole Cortez<br>12596 Paseo Alegre Drive<br>El Paso, TX 79928 |
| 2.1905.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Lauri LeBow Fleming Lueder<br>9158 Drumcliffe Lane<br>Dallas, TX 75231-4037 |
| 2.1906.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Laurie Dunkin<br>418 Lakeview Ct<br>Aledo, TX 76008 |
| 2.1907.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Laurie M. Olson<br>1445 East Irish Lane<br>Centennial, CO 80121 |
| 2.1908.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Laurie Mcfarline Rollings<br>P.O. Box 831807<br>Richardson, TX 75083 |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1909.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

LaVerne M. Whatley
4400 Crown Oak
Schertz, TX 78154

---

**2.1910.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lawrence D Brady, Jr
6214 Highgate Lane
Dallas, TX 75214

---

**2.1911.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lawrence D. Brady Jr.
6214 Highgate Ln.
Dallas, TX 75214

---

**2.1912.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lawrence Tobe
2489 Elfinwing Lane
Tallahasse, FL 32309

---

**2.1913.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lea Wallis
208 Rolling Hills Dr.
Aledo, TX 76008

---

**2.1914.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Leah Parish Wells
1906 Live Oak
Weslaco, TX 78596

Debtor 1   **Aruba Petroleum, Inc.**
    First Name       Middle Name       Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

2.1915.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Leanne & Michael Mathis and Bank of Amer**
**Customer Service Dept. CA6-919-01-41**
**P O Box 5170**
**Simi Valley, CA 99062-5170**

2.1916.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lee Ann Tenbroek**
**8628 Avenida Marco**
**El Cajon, CA 92021**

2.1917.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lee B. Nichols**
**1306 Bois D Arc St.**
**Weatherford, TX 76086**

2.1918.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lee C Mitchell**
**1610 Sheffield Road**
**Oklahoma, OK 73120**

2.1919.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lee Claude Boring**
**6101 N Camino De La Tierra**
**Tucson, AZ 85741**

2.1920.  State what the contract or lease is for and the nature of the debtor's interest

**Lee Roy and Sue Cooke**
**378 CR 4790**
**Boyd, TX 76023**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| **2.1921.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Lee Smith Dickenson** |
| List the contract number of any government contract | **PO Box 1301** <br> **Frankston, TX 75763** |
| **2.1922.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Lee Una Leverett** |
| List the contract number of any government contract | **1307 Navaho Trail** <br> **Richardson, TX 75080** |
| **2.1923.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **LeeAnn Wiegand** |
| List the contract number of any government contract | **1819 Lyndon Road** <br> **San Diego, CA 92103** |
| **2.1924.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Leeota Davidson** |
| List the contract number of any government contract | **16259 West Hollister Hills** <br> **Hauser, ID 83854** |
| **2.1925.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Legend Bank NA Attn: Traci Robertson** |
| List the contract number of any government contract | **P.O. Box 1081** <br> **Bowie, TX 76230** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1926.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Legend Operating LLC**<br>**P.O. Box 9067**<br>**Dallas, TX 75209** |
| **2.1927.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Leggett Oil Company**<br>**P.O. Box 795786**<br>**Dallas, TX 75379** |
| **2.1928.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Leigh and Steve Bowen**<br>**1304 Apryl Drive**<br>**Aledo, TX 76008** |
| **2.1929.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Leighla Ann Young**<br>**10805 Deer Meadow Cir**<br>**Colorado Springs, CO 80925-1366** |
| **2.1930.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Leisa Bob Fortenberry**<br>**625 Headlee Street**<br>**Denton, TX 76201** |
| **2.1931.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Leisa G Waylett**<br>**326 W. Ridge Street**<br>**Decatur, TX 76234** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

**2.1932.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lela Busey Revocable Trust**
**5450 Witherspoon Dr. G304**
**Colfax, NC 27235**

**2.1933.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Leland & Sharon Boenisch**
**113 Meadow Lane Drive**
**Aleda, TX 76008-4462**

**2.1934.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Leland W Carter**
**3908 Miramar Avenue**
**Dallas, TX 75205**

**2.1935.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lena Lawrence**
**2187 Hunter Creek Drive**
**Charleston, SC 29414**

**2.1936.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lenore G. McLeland c/o Robert W. Decker**
**P.O. Box 101507**
**Ft. Worth, TX 76185**

**2.1937.** State what the contract or lease is for and the nature of the debtor's interest

**Leon Wilkerson**
**P.O. Box 344**
**Bridgeport, TX 76426**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

Debtor 1    **Aruba Petroleum, Inc.**
First Name            Middle Name            Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

2.1938.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Leona K Davis
800 Ross Trail
Arlington, TX 76012-4621**

2.1939.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Leona Ruth Hogan
750 FM 80N
Streetman, TX 75859**

2.1940.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Leonard D Denney
2912-SFM 1655
Chico, TX 76431**

2.1941.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Leonard Family Trust
PO Box 1718
Fort Worth, TX 76101-1718**

2.1942.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Leresa Mae Greenwood
P.O. Box 524
Alvord, TX 76225**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number (*if known*) | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1943.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Leslie Baker**
**112 Jearl St.**
**Aledo, TX 76008**

---

**2.1944.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Leslie Bracewell**
**P.O Box 1425**
**Paonia, CO 81428**

---

**2.1945.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Leslie Ford (Life Estate)**
**PO Box 1492**
**Paducah, TX 79248**

---

**2.1946.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Leslie Fore**
**711 Old Canyon Road**
**Spc 92**
**Freemont, CA 94536-1766**

---

**2.1947.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Leslie Realty, LLC**
**1605 Dowling Dr.**
**Irving, TX 75038**

---

**2.1948.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Lester M & Karen Alberthal Jr. c/o Buzza**
**500 Coates Rd.**
**Granbury, TX 76048**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.1949. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lettie Guinn c/o Betty Rumbo**
**2113 Yosemite Court**
**Fort Worth, TX 76112**

2.1950. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lewis J. Powers Jr. c/o Linda Powers, PO**
**1084 Black Rock Road**
**Block Island, RI 02807**

2.1951. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**LFT Petroleum Partners LTD**
**3311 Oak Lawn Avenue**
**Suite 250**
**Dallas, TX 75219**

2.1952. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**LHM 2006 Oil & Gas Trust Attn: J. Wade M**
**PO Box 470155**
**Fort Worth, TX 76147**

2.1953. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Libby Earlene Niblett**
**1309 N Church**
**Decatur, TX 76234**

2.1954. State what the contract or lease is for and the nature of the debtor's interest

**Libby Gear**
**PO Box 940**
**Mineral Wells, TX 76070**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Aruba Petroleum, Inc.**
      First Name      Middle Name      Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any
        government contract

---

2.1955.  State what the contract or
      lease is for and the nature of
      the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Libby L. Gear**
**PO Box 940**
**Mineral Wells, TX 76068**

---

2.1956.  State what the contract or
      lease is for and the nature of
      the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Liddie Pauline Campbell**
**8243 W. Hodges**
**Dallas, TX 75217**

---

2.1957.  State what the contract or
      lease is for and the nature of
      the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Liesa Hull Smith**
**313 Croom**
**Wharton, TX 77488**

---

2.1958.  State what the contract or
      lease is for and the nature of
      the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Lilla Anne Schwing Blackburn**
**3239 Delmonte**
**Houston, TX 77019**

---

2.1959.  State what the contract or
      lease is for and the nature of
      the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Lillian Cone c/o William L. Hodges,POA**
**7252 Wembley Place**
**Castle Pines, CO 80108**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1960.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lillian Lois Hoyer Marek
11 Kings Heath
The Dominion
San Antonio, TX 78257

---

**2.1961.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lillie Mae Elliott Residuary Trust  A #W
PO Box 1600
San Antonio, TX 78296

---

**2.1962.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lillie Mae Elliott Residuary Trust B #WA
PO Box 1600
San Antonio, TX 78296

---

**2.1963.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Linda & John Askew Payable to Affiliated
147 Aledo Creeks Drive
Fort Worth, TX 76126-6034

---

**2.1964.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Linda Adkins
129 Overlake Knoll
Holly Lake Ranch, TX 75765

---

**2.1965.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Linda B. Robinson
16391 County Rd 20
Sanford, CO 81151

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**

First Name      Middle Name      Last Name

Case number (if known)   **16-42121**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1966. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Linda D Cavender** |
| | List the contract number of any government contract | **150 Vincas Shadow Court** **Driftwood, TX 78619** |

| 2.1967. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Linda F Haedge Family Trust** **The Fountains of Franklin** |
| | List the contract number of any government contract | **300 Celebration Circle #263** **Franklin, TN 37067** |

| 2.1968. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Linda Griffith** |
| | List the contract number of any government contract | **13625 CR 358** **Blanket, TX 76432** |

| 2.1969. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Linda Higginbotham Trust** |
| | List the contract number of any government contract | **6541 Danbury Lane** **Dallas, TX 75214** |

| 2.1970. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Linda Hissam** |
| | List the contract number of any government contract | **1128 Becky Drive** **Aledo, TX 76008** |

| 2.1971. | State what the contract or lease is for and the nature of the debtor's interest | **Linda Jo Harris** **3417 Hwy 2563** **Eatland, TX 76448** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| **2.1972.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Linda Jo Harris** |
| List the contract number of any government contract | **PO Box 3083** **Early, TX 76803** |
| **2.1973.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Linda Jo Price Ison** |
| List the contract number of any government contract | **10100 Long Meadow Rd.** **Madison, AL 35756** |
| **2.1974.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Linda Joe Ball** |
| List the contract number of any government contract | **633 Inca Road** **Forth Worth, TX 76116** |
| **2.1975.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Linda K. Brockman** |
| List the contract number of any government contract | **608 Monterrey Court** **Granbury, TX 76049** |
| **2.1976.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Linda K. Holub** |
| List the contract number of any government contract | **4922 Duck Creek Drive** **Garland, TX 75043** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1977.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Linda K. Reyburn Trust Linda K. Reburn,**
**9645 S Indianapolis Avenue**
**Tulsa, OK 74137**

---

**2.1978.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Linda L Proctor**
**1406 Jefferson**
**Bowie, TX 76230-2923**

---

**2.1979.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Linda Littell**
**4131 Westcliff Court**
**Boulder, CO 80301**

---

**2.1980.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Linda Lou Crow**
**7909 Northhaven Road**
**Dallas, TX 75230**

---

**2.1981.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Linda Moore Hughes**
**2818 Gary St**
**Fort Smith, AR 72901**

---

**2.1982.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Linda Nell Densmore**
**428 Rolling Hills Dr.**
**Aledo, TX 76008**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |
| **2.1983.** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | **Linda Pearl Motley**<br>**1510 Hillside Drive**<br>**Midlothian, TX 76065** |
| **2.1984.** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | **Linda Rochelle Owen**<br>**223 Fairway Villas Circle**<br>**Diamondhead, MS 39525-4293** |
| **2.1985.** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | **Linda S. Corbin**<br>**P.O. Box 3795**<br>**McKinney, TX 75070** |
| **2.1986.** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | **Linda Simmonds**<br>**2537 County Road 2234**<br>**Lampasas, TX 76550** |
| **2.1987.** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | **Linda Staslicki**<br>**P.O. Box 743**<br>**Helendale, CA 92342** |
| **2.1988.** State what the contract or lease is for and the nature of the debtor's interest | | **Linda Sue Huff**<br>**2117 Continental**<br>**Abilene, TX 79601** |

Debtor 1   **Aruba Petroleum, Inc.**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| 2.1989. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Linda Sue Jones**<br>**529 Greenwood Circle**<br>**Hurst, TX 76053** |
| 2.1990. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Linda Winn**<br>**601 Willow Lane**<br>**Seymour, TX 76380** |
| 2.1991. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Lindley # 2 Joint Venture**<br>**17304 Preston Rd**<br>**Suite 700**<br>**Dallas, TX 75252-5697** |
| 2.1992. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Lindsay B. Holland**<br>**2209 Stanolind Ave.**<br>**Midland, TX 79705** |
| 2.1993. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Lindsay Cherie Slaughter**<br>**1205 Circle Lane**<br>**Bedford, TX 76022** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1994. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lindsay M. Conrad** |
| | List the contract number of any government contract | **4017 Sundown Drive** **Benbrook, TX 76116** |

| 2.1995. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lindsay Wayne Southerland** |
| | List the contract number of any government contract | **6646 Veal Station Road** **Weatherford, TX 76085** |

| 2.1996. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lindsey Nicole Duhon** |
| | List the contract number of any government contract | **8838 Branchwood Trail** **Fort Worth, TX 76116** |

| 2.1997. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lino A and Lorraine A Grillo** |
| | List the contract number of any government contract | **127 Sanchez Trail** **Aledo, TX 76008** |

| 2.1998. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lionel E Gilly** |
| | List the contract number of any government contract | **5585 Caruth Haven Lane #301** **Dallas, TX 75225-8157** |

| 2.1999. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lionel Gilly** |
| | List the contract number of any | **5585 Caruth Haven #301** **Dallas, TX 75225-8157** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number (if known) | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.2000. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Lisa Burt Thompson |
| | List the contract number of any government contract | PO Box 843<br>Mansfield, TX 76063-0843 |

| 2.2001. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Lisa Coker & Charles Coker |
| | List the contract number of any government contract | 647 Newfield Lane<br>Springtown, TX 76082 |

| 2.2002. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Lisa Cortese |
| | List the contract number of any government contract | 4936 Obrien Way<br>Fort Worth, TX 76244 |

| 2.2003. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Lisa Ellis |
| | List the contract number of any government contract | 1147 River Rock<br>New Braunfels, TX 78130 |

| 2.2004. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Lisa J. Freeny |
| | List the contract number of any government contract | 1501 Ems Rd.<br>Fort Worth, TX 76116 |

| 2.2005. | State what the contract or lease is for and the nature of the debtor's interest | Lisa Johnson<br>162 Saint Clare<br>Crowley, TX 76036 |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
| | First Name    Middle Name    Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2006.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Lisa Thibodeaux**<br>**415 Una Street**<br>**Denham Springs, LA 70726** |
| **2.2007.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Lisa Walker Schaded**<br>**5536 Caladium Dr.**<br>**Dallas, TX 75230** |
| **2.2008.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Living Word Assembly Of God Church**<br>**Box 62**<br>**Alvord, TX 76225** |
| **2.2009.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **LLD Interests, Inc.**<br>**1250 N. E. Loop 410**<br>**Suite 415**<br>**San Antonio, TX 78209** |
| **2.2010.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Loida Ynostrosa**<br>**16932 Culpepper Ave.**<br>**Baton Rouge, LA 70817** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.2011.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lois & Mary Burks Family Trust
907 Forrest Trail
Jacksonville, TX 75766**

---

2.2012.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lois Anders
595 Flat Rock Road
Azle, TX 76020**

---

2.2013.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lois Juanita Barker
604 W. Dempsey Street
Bryson, TX 76427-3002**

---

2.2014.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lois Kent Menefee c/o David K. Menefee,
3701 Parkcrest Court
Fort Worth, TX 76109-3413**

---

2.2015.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lois Lavonia Murphy Chandler
2215 Highlake Dr.
Weatherford, TX 76087**

---

2.2016.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Lois Lee Dominguez
970 Spring Street
Oak View, CA 93022**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.2017.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lois McGehee
125 Whispering Wind
Georgetown, TX 78633

**2.2018.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Loma Jean George
1001 Saint Andrews Drive
Upland, CA 91784

**2.2019.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lomand Britt Harbour
4601 Western Hills
Wichita Falls, TX 76310

**2.2020.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lomis J. Carpenter
132 Jearl St.
Aledo, TX 76008

**2.2021.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Longhorn Royalty Assoc
P.O. Drawer 447
Jacksboro, TX 76458

**2.2022.** State what the contract or lease is for and the nature of the debtor's interest

Lorena Brennan
8000 Calmont, #248
Fort Worth, TX 76116

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**                                          Case number *(if known)*  **16-42121**
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| **2.2023.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Lorinda and Donald Bell**<br>**322 Sanchez Ct.,**<br>**Aledo, TX 76008** |
| **2.2024.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Louie Lowrance**<br>**425 FM 1749**<br>**Sunset, TX 76270** |
| **2.2025.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Louis Elvin Mosier**<br>**718 CR 1590**<br>**Alvord, TX 76225** |
| **2.2026.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Louis W Gage C/O C L Gage Jr**<br>**P. O. Box 167**<br>**Decatur, TX 76234** |
| **2.2027.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Louis Wayne Gage**<br>**PO Box 167**<br>**Decatur, TX 76234** |

Debtor 1    **Aruba Petroleum, Inc.**
      First Name      Middle Name      Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2028.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Louis Wayne Gage**
**P.O. Box 167**
**Decatur, TX 76234**

**2.2029.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Louise H. Gossett c/o Ralph F. Howell**
**1825 Courtney Drive**
**Tyler, TX 75701**

**2.2030.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Loweda Wood**
**113 West Oak Street**
**Aledo, TX 76008**

**2.2031.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Lowell C. Thronson**
**10802 Candlewood**
**Houston, TX 77042**

**2.2032.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Loye Nell Gage**
**404 E. Oak St.**
**Aledo, TX 76008**

**2.2033.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**LSU Foundation Attn: W G Bowdon**
**3838 W Lakeshore Drive**
**Baton Rouge, LA 70808**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.2034.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**LTD Fidelity Venture Capital**
**1800 N Northwood Drive**
**Suite 104**
**Hurst, TX 76053**

---

**2.2035.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Luci Schulz**
**20249 Southwood Oaks Drive**
**Porter, TX 77365**

---

**2.2036.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Luciano L Correa Geology Foundation-UT A**
**1 University Station, C1160**
**Austin, TX 78712-0254**

---

**2.2037.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lucille Brinkley Branson**
**2401 Berryhill Place**
**Greenboro, NC 27406**

---

**2.2038.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lucille Parker**
**408 Theressa Street**
**Henrietta, TX 76365**

---

**2.2039.** State what the contract or lease is for and the nature of the debtor's interest

**Lucretia Young**
**7620 Sybil Drive**
**N. Richland Hills, TX 76180**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**                                      Case number *(if known)*   **16-42121**
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any
      government contract

---

2.2040.  State what the contract or
      lease is for and the nature of
      the debtor's interest

    State the term remaining                      **Lucy Holt**
                               **P.O.Box 116**
    List the contract number of any        **Aledo, TX 76008**
      government contract

---

2.2041.  State what the contract or
      lease is for and the nature of
      the debtor's interest

    State the term remaining                      **Lula Mae Campbell**
                               **1720 Tower Street**
    List the contract number of any        **Springtown, TX 76025**
      government contract

---

2.2042.  State what the contract or
      lease is for and the nature of
      the debtor's interest

    State the term remaining                      **Lunamar Partners, LP**
                               **P.O. Box 459**
    List the contract number of any        **Paradise, TX 76073**
      government contract

---

2.2043.  State what the contract or
      lease is for and the nature of
      the debtor's interest

    State the term remaining                      **Luther D. Christopherm Jr.**
                               **2642 CR 4055**
    List the contract number of any        **Jacksonville, TX 75766**
      government contract

---

2.2044.  State what the contract or
      lease is for and the nature of
      the debtor's interest

    State the term remaining                      **Luther L Parr**
                               **13205 Signature Blvd**
    List the contract number of any        **Oklahoma City, OK 73142-4442**
      government contract

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2045.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lydia Caroline Ohlmeyer Chopin**
**8403 Silver Mountain Cove**
**Austin, TX 78737-3136**

---

**2.2046.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lynda Gale Miller Dailey**
**618 Kirby Lane**
**Richardson, TX 75080**

---

**2.2047.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lynda Kay Byrd**
**2202 Woodville Drive**
**Bridgeport, TX 76426**

---

**2.2048.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lyndi Lou Anderson**
**PO Box 13986**
**Tucson, AZ 85732**

---

**2.2049.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lynn Alexander Casamajor**
**9141 Shady Hollow Way**
**Fair Oaks, CA 95628-6558**

---

**2.2050.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Lynn Grayson Bryant**
**2203 Miramar**
**Wichita Falls, TX 76308**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2051. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lynn Nobile** |
| | List the contract number of any government contract | **2617 FM 1806**<br>**Montague, TX 76251** |

| 2.2052. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lynn Renee Hobbs** |
| | List the contract number of any government contract | **2001 East 21st Street**<br>**Unit 130**<br>**Signal Hill, CA 90755** |

| 2.2053. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Lynn Smith and Laura Smith** |
| | List the contract number of any government contract | **5777 Forest Highlands Dr.**<br>**Ft. Worth, TX 76132** |

| 2.2054. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **M & M Joint Venture** |
| | List the contract number of any government contract | **777 East 15Th St**<br>**Plano, TX 75074** |

| 2.2055. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **M & S Financial** |
| | List the contract number of any government contract | **4925 Greenville Avenue**<br>**Suite 915**<br>**Dallas, TX 75206** |

| 2.2056. | State what the contract or lease is for and the nature of the debtor's interest | **M Eileen Wilborn**<br>**4601 Horseshoe Bend**<br>**Austin, TX 78731** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.2057. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **M R & Doris Neighbors** |
| | List the contract number of any government contract | **4965 County Road 2690**<br>**Alvord, TX 76225** |

| 2.2058. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **M&R Minerals Ltd** |
| | List the contract number of any government contract | **3300 Hartlee Field Rd**<br>**Denton, TX 76028** |

| 2.2059. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **M.N. and Judy Isham, Jr** |
| | List the contract number of any government contract | **P.O.Box 174**<br>**Aledo, TX 76008** |

| 2.2060. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **M2M Designs LLC** |
| | List the contract number of any government contract | **213 Pinnacle Peak Lane**<br>**Weatherfird, TX 76087** |

| 2.2061. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Macaleb-Allen Properties Inc** |
| | List the contract number of any government contract | **1135 Chattahoochee Ave NW**<br>**Atlanta, GA 30318** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2062.  State what the contract or
lease is for and the nature of
the debtor's interest

     State the term remaining

     List the contract number of any
government contract

**Mack Wayne Dobbins**
**9521 Bellechase Rd.**
**Granbury, TX 76049**

---

2.2063.  State what the contract or
lease is for and the nature of
the debtor's interest

     State the term remaining

     List the contract number of any
government contract

**Maenica Berry**
**4415 Bethel Rd**
**Weatherford, TX 76087**

---

2.2064.  State what the contract or
lease is for and the nature of
the debtor's interest

     State the term remaining

     List the contract number of any
government contract

**Maggie Balthrop**
**P.O. Box 95**
**Slidell, TX 76267**

---

2.2065.  State what the contract or
lease is for and the nature of
the debtor's interest

     State the term remaining

     List the contract number of any
government contract

**Maggie Louise Perkins White**
**901 South Trinity St**
**Decatur, TX 76234**

---

2.2066.  State what the contract or
lease is for and the nature of
the debtor's interest

     State the term remaining

     List the contract number of any
government contract

**Magma Assets LLC c/o Eddye Dreyer Financ**
**4925 Greenville Avenue**
**Suite 900**
**Dallas, TX 75206**

---

2.2067.  State what the contract or
lease is for and the nature of
the debtor's interest

     State the term remaining

     List the contract number of any

**Manoushagian Family Trust**
**PO Box 95**
**Bridgeport, TX 76426**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.2068. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MAP Production Company, Inc.**<br>**P.O. Box 131483**<br>**Tyler, TX 75713** |

| 2.2069. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MAP00-NET**<br>**PO Box 268946**<br>**Oklahoma City, OK 73126-8946** |

| 2.2070. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MAPFCB13-Net**<br>**PO Box 268988**<br>**Oklahoma City, OK 73126-8988** |

| 2.2071. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marc and Tiffany McKelvey**<br>**305 Belle Circle**<br>**Aledo, TX 76008** |

| 2.2072. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marc Breaux**<br>**90 Washington St. Apt #18N**<br>**New York, NY 10006** |

| 2.2073. | State what the contract or lease is for and the nature of the debtor's interest | **Marcus and Cathy Bailey**<br>**1201 Becky Drive**<br>**Aledo, TX 76008** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| **2.2074.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Marcus Eric Peterson** |
| | List the contract number of any government contract | **1742 Country Lane**<br>**Escondido, CA 92025** |

| **2.2075.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Marcus J Whitfield c/o Jacob Warnock Oil** |
| | List the contract number of any government contract | **P.O. Box 9285**<br>**Wichita Falls, TX 76308** |

| **2.2076.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Marcus Keith Allen** |
| | List the contract number of any government contract | **4816 Alamo Dr.**<br>**Wichita Falls, TX 76302-4146** |

| **2.2077.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Margaret A. Neil Riemitis** |
| | List the contract number of any government contract | **P.O. Box 16681**<br>**Fort Worth, TX 76162** |

| **2.2078.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Margaret Alicia Grace Ohlmeyer** |
| | List the contract number of any government contract | **2825 Jefferson Ave**<br>**Neworleans, LA 70115** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2079.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Margaret Bishop**
**1427 Sunnyvale**
**Sweetwater, TX 79556**

2.2080.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Margaret C Wilborn**
**1944 Laurel Lane**
**Germantown, TN 38139**

2.2081.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Margaret F Ohlmeyer Maddox**
**24155 Eden Street**
**Plaquemine, LA 70764**

2.2082.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Margaret Glancy**
**9702 Joliet Ave.**
**Lubbock, TX 79423**

2.2083.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Margaret Hancock Wade Benson**
**52 Meadowview**
**Texarkana, AR 71854**

2.2084.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any

**Margaret Lynn Irwin**
**6260 Crestwood Way**
**Los Angeles, CA 90042**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.2085.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Margaret Reed McMullin
2829 Liverpool Lane
Grand Prairie, TX 75052

---

**2.2086.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Margaret Sue Cherryhomes
P.O. Box 445
Jacksboro, TX 76458

---

**2.2087.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Margaret Wooley Sunbarger
4224 Clear Lake Circle
Fort Worth, TX 76109

---

**2.2088.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Marget Adams
116 Meadow Lane
Aledo, TX 76008

---

**2.2089.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Margetta Quigley
PO Box 1601
Weaverville, CA 96093

---

**2.2090.** State what the contract or lease is for and the nature of the debtor's interest

Margie Jenkins
257 Belle Circle
Aledo, TX 76008

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

---

2.2091.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any       **Margie Newton**
government contract _____     **212 Orange**
                                         **Merkel, TX 79536**

---

2.2092.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any       **Margret Ann Cude**
government contract _____     **PO Box 451**
                                         **Decatur, TX 76234**

---

2.2093.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any       **Maria Chapman Sullivan**
government contract _____     **1700 Rider Road**
                                         **Azle, TX 76020**

---

2.2094.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any       **Maria Moreno**
government contract _____     **1111 E. FM 1187**
                                         **Aledo, TX 76008**

---

2.2095.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any       **Maria Sanchez**
government contract _____     **301 Westgate**
                                         **Aledo, TX 76008**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.2096.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Marianne Bornefeld Martin**
**2752 LaStrada Grande Heights**
**Colorado Springs, CO 80906**

---

**2.2097.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Marianne Paredes and David A. Paredes**
**441 Pecan Dr.**
**Aledo, TX 76008**

---

**2.2098.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Marie Christopher**
**1895 Crestlake Drive**
**Rockwall, TX 75087**

---

**2.2099.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Marie Hagler**
**7312 Pebbleford Road**
**Fort Worth, TX 76134**

---

**2.2100.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Marie Rowlett**
**16740 Red Bud Drive**
**Mckinney, TX 75071**

---

**2.2101.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Marijon M Rutherford Individually**
**575 CR 2646**
**Decatur, TX 76234**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| **2.2102.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Marilyn McConnell** |
| | List the contract number of any government contract | **13115 Halwin Circle**<br>**Dallas, TX 75243** |
| **2.2103.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Marilyn O. Abbett** |
| | List the contract number of any government contract | **5521 Naaman Forest Blvd.**<br>**#1234**<br>**Garland, TX 75044** |
| **2.2104.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Marilyn Parrott C/O Holly A Sinn-Bailey,** |
| | List the contract number of any government contract | **28 North Main Street**<br>**Kenton, OH 43326** |
| **2.2105.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Marilyn Ransom** |
| | List the contract number of any government contract | **8125 Quail Trail**<br>**Grandview, TX 76050-3280** |
| **2.2106.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Marilyn Weiss** |
| | List the contract number of any government contract | **8009 Cahoba Drive**<br>**Fort Worth, TX 76135** |
| **2.2107.** | State what the contract or lease is for and the nature of the debtor's interest | **Marion D. Bailey**<br>**655 Riverside Dr. #607**<br>**Memphis, TN 38103-4623** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
      First Name         Middle Name        Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |
| 2.2108. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marion Johnston**<br>**1243 Cuba Road**<br>**Bridgeport, TX 76426** |
| 2.2109. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marion Sue Harris**<br>**16869 Cottage Circle, Apt. M**<br>**Belton, MO 64012** |
| 2.2110. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marital Deduction Terminable Interest Pr**<br>**C/O John P Mowrey POA**<br>**442 Paradise Point**<br>**Boerne, TX 78006** |
| 2.2111. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marjorie Ann Henry**<br>**7402 Cottonwood Road**<br>**Sapulpa, OK 74066** |
| 2.2112. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marjorie Joann Taylor Butler**<br>**1261 Victory Drive**<br>**Kerrville, TX 78028** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2113.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Mark A Pinkerton**
**8945 Kingston Court**
**N Richland Hills, TX 76182**

---

**2.2114.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Mark Allan Gershner-BAD ADDRESS**
**1600 CR 805,   #7**
**Cleburne, TX 76301**

---

**2.2115.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Mark Andrew Bickham**
**P.O. Box 10631**
**Jefferson, LA 70181-0631**

---

**2.2116.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Mark Childers**
**2968 Linville Rd**
**Wichita Falls, TX 76305**

---

**2.2117.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Mark Fitzgerald**
**7600 Ambassador Row**
**Dallas, TX 75247**

---

**2.2118.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any

**Mark Henderson C/O Micrin Technology**
**Attn Nanine Barnes**
**P.O. Box 7640**
**Dallas, TX 75209**

Debtor 1   **Aruba Petroleum, Inc.**
_____
First Name     Middle Name     Last Name

Case number *(if known)*   **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |
| **2.2119.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mark Jaehne<br>P.O. Box 726<br>Giddings, TX 78942** |
| **2.2120.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mark K O'Briant, Trustee EGD Trust<br>5004 Sea Pines Dr.<br>Dallas, TX 75287** |
| **2.2121.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mark R. and Martha Bronson<br>5521 Bellaire Dr., Ste 100<br>Fort Worth, TX 76109** |
| **2.2122.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mark Ray Robinson<br>10401 S. Richmond Place<br>Tulsa, OK 74137-6240** |
| **2.2123.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mark Richard Rodgers<br>300 Midland<br>Houma, LA 70360** |
| **2.2124.** State what the contract or lease is for and the nature of the debtor's interest | **Mark Stephen Siegmund B1022<br>819 Old Annetta Road<br>Aledo, TX 76008** |

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
  government contract   _____

---

2.2125.  State what the contract or
         lease is for and the nature of
         the debtor's interest

State the term remaining

List the contract number of any
  government contract   _____

**Marla Dianne Buckles**
**10917 Hawkins Home Blvd**
**Benbrook, TX 76126-4744**

---

2.2126.  State what the contract or
         lease is for and the nature of
         the debtor's interest

State the term remaining

List the contract number of any
  government contract   _____

**Marlin Jones and Nancy Jones**
**617 Cherry St.**
**Aledo, TX 76008**

---

2.2127.  State what the contract or
         lease is for and the nature of
         the debtor's interest

State the term remaining

List the contract number of any
  government contract   _____

**Marlys Durham Mulkey**
**4810 Lloyd Ct**
**Flower Mound, TX 75028**

---

2.2128.  State what the contract or
         lease is for and the nature of
         the debtor's interest

State the term remaining

List the contract number of any
  government contract   _____

**Marrick Ferguson**
**29523 Legends Stone Dr.**
**Spring, TX 77386**

---

2.2129.  State what the contract or
         lease is for and the nature of
         the debtor's interest

State the term remaining

List the contract number of any
  government contract   _____

**Marsha Althea Deering**
**192 Private Road 3350**
**Paradise, TX 76073**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2130.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Marsha Dale**
**P. O. Box 297**
**Paradise, TX 76073**

---

**2.2131.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Marsha Dale Sessions Teague**
**1116 E Hanson Street**
**Stillwater, OK 74075**

---

**2.2132.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Marsha Gage Rodden**
**PO Box 1718**
**Decatur, TX 76234**

---

**2.2133.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Marsha Welch Bradley**
**P.O. Box 777**
**Bowie, TX 76230**

---

**2.2134.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Martha Ann Cother-Hoag**
**7616 Chestnut Drive**
**North Richland Hill, TX 76180**

---

**2.2135.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Martha Ann Field Sweet**
**369 Williams Lane**
**Versailles, KY 40383**

Debtor 1  **Aruba Petroleum, Inc.**
      First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | |
|---|---|
| 2.2136. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Martha Ann Morgan**<br>**681 Newfield Lane**<br>**Springtown, TX 76082** |
| 2.2137. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Martha Ann Skelton**<br>**310 Baumgarten**<br>**Schulenburg, TX 78956** |
| 2.2138. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Martha Bea Staley**<br>**2217 Ivan Street, #1006**<br>**Dallas, TX 75201** |
| 2.2139. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Martha Dorie Fordyce**<br>**12387 Montego Plaza**<br>**Dallas, TX 75230** |
| 2.2140. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Martha Helm Pendleton**<br>**8675 E. Corrine Drive**<br>**Scottsdale, AZ 85260** |
| 2.2141. State what the contract or lease is for and the nature of the debtor's interest | **Martha Hopkins**<br>**311 Pr 1608**<br>**Sunset, TX 76270** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.2142.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Martha J Skinner**
**2311 Creekedge Court**
**Corinth, TX 76210**

---

2.2143.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Martha Jane Wofford**
**P.O. Box 693**
**Leakey, TX 78873**

---

2.2144.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Martha Knox**
**1554 CR 2937**
**Decatur, TX 76234**

---

2.2145.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Martha L Koch**
**2046 Pilgrim Lane**
**Lorena, TX 76655**

---

2.2146.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Martha Purifoy Adams**
**2800 Rock Way**
**Austin, TX 78746**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**
          First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2147.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Martha Reeves**
**8901 FM 1885**
**Weatherford, TX 76088**

**2.2148.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Martha Walker Frost**
**119 Scissortail Trail**
**Georgetown, TX 78633-4811**

**2.2149.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Marti Jo Salisbury**
**1614 Broken Hill Dr.**
**Van Buren, AR 72956**

**2.2150.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Martin B Woodruff**
**PO Box 338**
**Decatur, TX 76234**

**2.2151.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Martin Lowe**
**1135 Chattahoochee Ave Nw**
**Atlanta, GA 30318**

**2.2152.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Martin O Siegmund**
**10 Taylor Court**
**Aledo, TX 76008**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2153. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Martin Varela** |
| | List the contract number of any government contract | **1907 St Michaels Dr** **Santa Fe, NM 87505-7658** |

| 2.2154. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Marty Holt** |
| | List the contract number of any government contract | **1007 Don Rovin Lane** **Farmington, NM 87401** |

| 2.2155. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Marty Landman** |
| | List the contract number of any government contract | **3805 Brookhaven Circle** **Fort Worth, TX 76109** |

| 2.2156. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Marvin Binkley Stafford** |
| | List the contract number of any government contract | **PO Box 534** **Madill, OK 73446** |

| 2.2157. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Marvin Douglas Hudson** |
| | List the contract number of any government contract | **1707 13th Street** **Bridgeport, TX 76426** |

| 2.2158. | State what the contract or lease is for and the nature of the debtor's interest | **Marvin Raines** **600 Ruth Avenue** **Kennedale, TX 76060-2627** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract                    _____

---

2.2159. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Marvin Ray Bigbie**
government contract                    **737 Betz Street**
_____  **Bellevue, TX 76228**

---

2.2160. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Mary A Ohlmeyer Martinez**
government contract                    **57835 Fort Street**
_____  **Plaquemine, LA 70464**

---

2.2161. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Mary A. Neil Watson**
government contract                    **4962 Dumfries Dr.**
_____  **Houston, TX 77096**

---

2.2162. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Mary Alan Bonnick**
government contract                    **3834 Regent Drive**
_____  **Dallas, TX 75229**

---

2.2163. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Mary Ann Boubel**
government contract                    **1300 N. Nolan River Rd.**
_____  **Apt. B**
**Cleburne, TX 76033**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2164. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Ann Fortenberry** |
| | List the contract number of any government contract | **1804 Wisteria St.**<br>**Denton, TX 76205-7418** |

| 2.2165. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Ann Healy** |
| | List the contract number of any government contract | **483 Old Mill Drive**<br>**Gahanna, OH 43230-2268** |

| 2.2166. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Ann Hymel** |
| | List the contract number of any government contract | **2233 Shenley Park Ln**<br>**Duluth, GA 30097** |

| 2.2167. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Ann Wright** |
| | List the contract number of any government contract | **1670 County Road 1560**<br>**Chico, TX 76431** |

| 2.2168. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Anna Kirby Estate Diane P Kirby Tho** |
| | List the contract number of any government contract | **3165 County Road 345**<br>**Forestberg, TX 76239** |

| 2.2169. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Avella Hay** |
| | List the contract number of any | **3430 Marquess Moor**<br>**Johns Creek, GA 30022** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.2170.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mary Beth Hoeffner, Trustee   UNLEASED M**
**3140 Mapleleaf Lane**
**Dallas, TX 75233**

**2.2171.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mary Bucci**
**2147 Goldfinch Dr**
**Lewisville, TX 75077**

**2.2172.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mary Busey Garner**
**13918 Windjammer Dr.**
**Corpus Christi, TX 78418**

**2.2173.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mary C Spurlock Ancelet**
**151 Rue Des Babineaux**
**Scott, LA 70583**

**2.2174.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mary Caroline P Spurlock**
**151 Rue Des Babineaux**
**Scott, LA 70593-4400**

**2.2175.** State what the contract or lease is for and the nature of the debtor's interest

**Mary Dorlores Wills**
**8200 Southwestern Blvd**
**#1315**
**Dallas, TX 75206**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract
_____

---

2.2176. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract
_____

**Mary E Rutherford**
**401 East Walker Street**
**Decatur, TX 76234**

---

2.2177. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract
_____

**Mary E. Leeton**
**P.O. Box 10561**
**Midland, TX 79702**

---

2.2178. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract
_____

**Mary E. Smith and Timothy W. Smith**
**2057 Meservey Hill Road**
**Wellsville, NY 14895**

---

2.2179. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract
_____

**Mary Edith Rose**
**4820 Roxie**
**Fort Worth, TX 76117**

---

2.2180. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
    government contract
_____

**Mary Elise Hennessey**
**4532 Versailles Ave**
**Dallas, TX 75205**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2181.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Mary Elizabeth Hancock
1308 N Trinty
Decatur, TX 76234

---

**2.2182.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Mary Ella Gabler Bitzer
411 West 7th Street, #507
Ft. Worth, TX 76102

---

**2.2183.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Mary Ellen Maddox
18758 FM 2332
Henrietta, TX 76365

---

**2.2184.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Mary Ethel Row Hutchinson
P.O. Box 102
Rosedale, LA 70772-0015

---

**2.2185.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Mary F Bridges
164 CR 3585
Paradise, TX 76073-4308

---

**2.2186.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

Mary Francis Mackie
309 Southgate Ave
Virginia Beach, VA 23462

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2187. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary Francis Perkins Burkett |
| | List the contract number of any government contract | 401 N Trinity St<br>Decatur, TX 76234 |

| 2.2188. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary G Ohlmeyer Lovelace |
| | List the contract number of any government contract | 8202 Kelwood Avenue<br>Baton Rouge, LA 70806-7801 |

| 2.2189. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary Griffith Wallace |
| | List the contract number of any government contract | 3417 Milam Street<br>Houston, TX 77002 |

| 2.2190. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary Hanson |
| | List the contract number of any government contract | 613 Smyth Street<br>Aledo, TX 76008 |

| 2.2191. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary Jo Eldridge |
| | List the contract number of any government contract | 4101 Colina Avenue<br>Denton, TX 76210-4630 |

| 2.2192. | State what the contract or lease is for and the nature of the debtor's interest | Mary Katharine Cameron<br>111 Cameron Road<br>Fredericksburg, TX 78642 |
|---|---|---|

Schedule G: Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.2193. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Katherine Gear**<br>**PO Box 940**<br>**Mineral Wells, TX 76068** |

| 2.2194. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Katherine Gear**<br>**PO Box 940**<br>**Mineral Wells, TX 76070** |

| 2.2195. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Kathleen Upham**<br>**P. O. Box 940**<br>**Mineral Wells, TX 76068** |

| 2.2196. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Kirby c/o Diane Thornton**<br>**3163 CR 345**<br>**Forestburg, TX 76239** |

| 2.2197. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary L. Beck**<br>**2707 Biarritz Ave**<br>**West Palm Beach, FL 33410** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2198. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary Lee Guy C/O Roger Jones |
| | List the contract number of any government contract | 1821 CR 2896<br>Alvord, TX 76225 |

| 2.2199. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary Lee Monroe Reilly |
| | List the contract number of any government contract | 6451 Desco Drive<br>Dallas, TX 75225 |

| 2.2200. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary Lee Monroe Reilly |
| | List the contract number of any government contract | 6451 Desco Drive<br>Dallas, TX 75225 |

| 2.2201. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary Lois Posey |
| | List the contract number of any government contract | 10 Shadow Ridge<br>Irving, TX 75061 |

| 2.2202. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary Lou Henderson |
| | List the contract number of any government contract | 4259 Kehrer Hill Road<br>Montoursville, PA 17754 |

| 2.2203. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mary Lou King |
| | List the contract number of any | 209 Greenwood<br>Alvord, TX 76225 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2204. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Lou Phillips** |
| | List the contract number of any government contract | **3816 Wasington Street**<br>**Pasadena, TX 77503** |

| 2.2205. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Lou Wilson** |
| | List the contract number of any government contract | **6339 Kelly Dr**<br>**Granbury, TX 76048** |

| 2.2206. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Louise Woodruff** |
| | List the contract number of any government contract | **PO Box 515**<br>**Decatur, TX 76234** |

| 2.2207. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Melinda Mayes** |
| | List the contract number of any government contract | **PO Box 940**<br>**Mineral Wells, TX 76068** |

| 2.2208. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mary Michael McKenzie** |
| | List the contract number of any government contract | **P.O. Box 1012**<br>**Aledo, TX 76008** |

| 2.2209. | State what the contract or lease is for and the nature of the debtor's interest | **Mary Nell Heaton Stacie L Burns Or Thoma**<br>**Box 111**<br>**Alvord, TX 76225** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | _____ |

| 2.2210. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Mary Olive Hagelstein Judson** |
|  | List the contract number of any government contract | **211 Lamont**<br>**San Antonio, TX 78209** |

| 2.2211. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Mary S Langley** |
|  | List the contract number of any government contract | **12326 Lipan Hwy**<br>**Lipan, TX 76462** |

| 2.2212. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Mary Schniederjan** |
|  | List the contract number of any government contract | **492 Dairy Road**<br>**Gainesville, TX 76240** |

| 2.2213. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Mary Theatus Sessions, Life Estate** |
|  | List the contract number of any government contract | **1109 E. Hanson St.**<br>**Stillwater, OK 74075-7943** |

| 2.2214. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | **Mary Thibodeaux Smith** |
|  | List the contract number of any government contract | **4668 Highway #81 North**<br>**Fordoche, LA 70732** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.2215.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Mary V. Jones (see owner 4595 also)<br>12525 Coursey Blvd, #1022<br>Baton Rouge, LA 70816 |
| **2.2216.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Maryana Hart Symes<br>1809 Club House Lane<br>San Angelo, TX 76904 |
| **2.2217.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Maryanne N. Aman<br>200 North Franklin Turnpike<br>Ho-ho-kus, NJ 07423 |
| **2.2218.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Marylou Conquest<br>1705 Boston<br>Bridgeport, TX 76426 |
| **2.2219.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Maryna Good<br>5611 Overton Drive<br>Allen, TX 75002 |
| **2.2220.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | Mason House<br>3711 Texas 42 Lot #44<br>Longview, TX 75604 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.2221. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mason L Woodruff**<br>**PO Box 977**<br>**Decatur, TX 76234** |
| 2.2222. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Masonic Charity Foundation Of Oklahoma**<br>**P.O. Box 2406**<br>**Edmond, OK 73083** |
| 2.2223. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Masonic Lodge #512 Alvord National Bank**<br>**Box 66**<br>**Alvord, TX 76225** |
| 2.2224. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mathew M Bauserman**<br>**701 East Byrd St. 17th Floor**<br>**Richmond, VA 23219** |
| 2.2225. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Matson Pearce**<br>**3614 S. Versailles Ave.**<br>**Dallas, TX 75209** |
| 2.2226. | State what the contract or lease is for and the nature of the debtor's interest | **Matthew Walter Andrews Trust**<br>**11117 Blue Sky Drive**<br>**Haslet, TX 76052** |

Debtor 1  **Aruba Petroleum, Inc.**                                  Case number *(if known)*  **16-42121**
_____
First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |
| **2.2227.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Mattie Allred Carr Lawrence** |
| List the contract number of any government contract _____ | **2008 Kingston Avenue** **Norfolk, VA 23503** |
| **2.2228.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Mattie Elizabeth Row Riley** |
| List the contract number of any government contract _____ | **26 Riverview Road** **Rome, GA 30161** |
| **2.2229.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Maude Isabell Ramsey** |
| List the contract number of any government contract _____ | **5615 Belmont Ave., C-514** **Dallas, TX 75206** |
| **2.2230.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Maudie Hilton Comptroller Public Account** **Box 13528** |
| List the contract number of any government contract _____ | **Capitol Station** **Austin, TX 78711** |
| **2.2231.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Maureen R Walker** |
| List the contract number of any government contract _____ | **2555 Kummer Drive** **Columbus, NE 68601-2508** |

Debtor 1  **Aruba Petroleum, Inc.**                                         Case number *(if known)*  **16-42121**
_____
First Name     Middle Name     Last Name



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.2232.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Maurice Waters**<br>**116 W. 21st Street**<br>**Clovis, NM 88101-4364** |
| **2.2233.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Maximillian Production Company**<br>**25815 Oak Ridge Drive**<br>**Spring, TX 77380** |
| **2.2234.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Maxine Jackson Estate Comptroller Public**<br>**Box 13528**<br>**Capitol Station**<br>**Austin, TX 78711** |
| **2.2235.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mayola Lasater**<br>**PO Box 65**<br>**Aledo, TX 76008** |
| **2.2236.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **McCarter Middlebrook Life Estate**<br>**P.O. Box 456**<br>**Tierra Amarilla, NM 87575** |
| **2.2237.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **McCaughey Oil Corp.**<br>**PO Box 6990**<br>**Tyler, TX 75711** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2238. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mccauley O Bullock Jr Inc**<br>**P.O. Box 66953**<br>**Baton Rouge, LA 70896** |

| 2.2239. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **McCutchin Investments, LP**<br>**8343 Douglas Suite 370**<br>**Dallas, TX 75225** |

| 2.2240. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **McKenzie Living Trust Mary Michael McKen**<br>**P.O. Box 1012**<br>**Aledo, TX 76008** |

| 2.2241. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Meagan A. Lee**<br>**2205 Clairborne Dr.**<br>**Fort Worth, TX 76177** |

| 2.2242. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mears Trust Carl Thomas Mears, Jr., Trus**<br>**9200 Bear Lake Way NW**<br>**Albuquerque, NM 87120-7425** |

| 2.2243. | State what the contract or lease is for and the nature of the debtor's interest | **Megan House**<br>**3242 Duncan Street**<br>**Kilgore, TX 75662** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract        _____

---

2.2244.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Mel Hainey**
government contract        _____    **1434 E Brooklake Drive**
**Houston, TX 77077**

---

2.2245.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Melanie Brownrigg**
government contract        _____    **1405 Belle Place**
**Fort Worth, TX 76107**

---

2.2246.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Melanie Kathryn Robertson**
government contract        _____    **540 Magnolia**
**Fort Worth, TX 76126**

---

2.2247.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Melanie Sue Burkhart**
government contract        _____    **7434 County Road 48**
**Rosharon, TX 77583**

---

2.2248.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Melissa Ann Wynn**
government contract        _____    **2221 E. 46th Street**
**Tulsa, OK 74105**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2249.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Melissa R. Thompson
100 Oak Ct.
Aledo, TX 76008

---

**2.2250.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Melissa Russell Clay and Thomas William
449 Pecan Dr.
Aledo, TX 76008

---

**2.2251.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Melody Lightfoot %IRS ACS Support
Re: Bere J 04
P.O. Box 24017
Fresno, CA 93779-4017

---

**2.2252.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Melton David Cude
PO Box 136
Decatur, TX 76234

---

**2.2253.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Meredith Cameron Smith
PO Box 10
Frankston, TX 75763

---

**2.2254.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Meredith Mccall
777 E 15Th Street
Plano, TX 75074

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**                                                    Case number *(if known)*    **16-42121**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

**2.2255.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Merilynn Kay Howard Potter
1308 West Redbud Drive
Hurst, TX 76053

**2.2256.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Merle C Parr
11344 Stonebriar Ln
Knowville, TN 37932

**2.2257.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Merlyn W. Dahlin Trust
8401 Lake Harbor Court
Fort Worth, TX 76179

**2.2258.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Merrilee Rutherford Morris
1243 Cemetery Road
Decatur, TX 76234

**2.2259.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Merrill Bond Kirkpatrick
3206 Woodcrest Dr
Bryan, TX 77802

**2.2260.** State what the contract or lease is for and the nature of the debtor's interest

MERS and Donald and Carol Webster
1901 E. Voorhees Street, Suite C
Danville, IL 61834

Debtor 1  **Aruba Petroleum, Inc.**
    First Name       Middle Name       Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | State the term remaining |  |
|---|---|---|
|   | List the contract number of any government contract |  |

| 2.2261. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|   | State the term remaining |  |
|   | List the contract number of any government contract | **Metcalfe Minerals, L.P.**<br>**P.O. Box 670069**<br>**Dallas, TX 75367-0069** |

| 2.2262. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|   | State the term remaining |  |
|   | List the contract number of any government contract | **MHM Resources**<br>**PO Box 202656**<br>**Dallas, TX 75230-2656** |

| 2.2263. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|   | State the term remaining |  |
|   | List the contract number of any government contract | **Michael & Christina Smith**<br>**204 Westgate Drive**<br>**Aledo, TX 76008** |

| 2.2264. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|   | State the term remaining |  |
|   | List the contract number of any government contract | **Michael & Frances Mcclain**<br>**129 Antioch Drive**<br>**Mccormick, SC 29835** |

| 2.2265. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|   | State the term remaining |  |
|   | List the contract number of any government contract | **Michael A Reilly, Trustee**<br>**1017 South FM 5**<br>**Aledo, TX 76008-4558** |

Debtor 1   **Aruba Petroleum, Inc.**                                                           Case number (*if known*)   **16-42121**
 _____
 First Name        Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2266.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Michael A Simpson**
**P.O. Box 685**
**Bridgeport, TX 76426**

---

**2.2267.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Michael A Zimmerman**
**9100 Teasley Lane**
**#26H**
**Denton, TX 76210**

---

**2.2268.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Michael and Debra Schwanz**
**221 hidden Valley Drive**
**Aledo, TX 76008**

---

**2.2269.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Michael Banta**
**6409 Rosemont Avenue**
**Fort Worth, TX 76116**

---

**2.2270.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract
_____

**Michael Breaux**
**509 Mith Dr.**
**Metairie, LA 70005**

---

**2.2271.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any
_____

**Michael Childers**
**284 CR 2510**
**Decatur, TX 76234**

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.2272.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Michael Claude Price**
**17534 Black Granite Drive**
**San Diego, CA 92127**

**2.2273.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Michael D Tillman**
**747 8th Avenue**
**Suite C**
**Fort Worth, TX 76104**

**2.2274.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Michael Davis**
**1513 Park Ridge**
**Arlington, TX 76012-1930**

**2.2275.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Michael Dean Stevens**
**713 Becca Ct**
**Cleburne, TX 76031**

**2.2276.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Michael Dean Stevens**
**713 Becca Court**
**Cleburne, TX 76031**

**2.2277.** State what the contract or lease is for and the nature of the debtor's interest

**Michael E. Ray and Rhonda Ray**
**8420 McDaniel Rd.**
**Fort Worth, TX 76126**

Debtor 1   **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

---

2.2278. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any       **Michael G and Southara Maloney**
government contract _____  **373 Creek Bend Drive**
                                              **Aledo, TX 76008**

---

2.2279. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any       **Michael H. Thompson**
government contract _____  **10217 Fieldcrest Dr**
                                              **Benbrook, TX 76126**

---

2.2280. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any       **Michael Joseph Moncrief Ft. Worth Club T**
government contract _____  **777 Taylor St.**
                                              **Suite 1030**
                                              **Ft. Worth, TX 76102**

---

2.2281. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any       **Michael Kyle Leonard**
government contract _____  **P.O. Box 2625**
                                              **Eagle Pass, TX 78853**

---

2.2282. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any       **Michael L Osterman**
government contract _____  **117 Yeary Lane**
                                              **Aledo, TX 76008**

---

Debtor 1   **Aruba Petroleum, Inc.**

First Name   Middle Name   Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2283. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael Lee Hughes** |
| | List the contract number of any government contract | **8911 Rustown**<br>**Dallas, TX 75228** |

| 2.2284. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael McCrary** |
| | List the contract number of any government contract | **2816 Old Minden Road**<br>**Bossier City, LA 71112** |

| 2.2285. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael Nivens** |
| | List the contract number of any government contract | **1416 S Wickman St**<br>**Alvord, TX 76225** |

| 2.2286. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael O Esse** |
| | List the contract number of any government contract | **212 Rolling Hills**<br>**Aledo, TX 76008** |

| 2.2287. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael O'Bryan** |
| | List the contract number of any government contract | **123 Rock Dove Lane**<br>**McQueeney, TX 78123** |

| 2.2288. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael P Carey** |
| | List the contract number of any | **3397 Windsong Ct**<br>**Roswell, GA 30075** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

| 2.2289. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael P Middleton** |
| | List the contract number of any government contract | **24005 Ferdinana Street**<br>**Plaquemine, LA 70764** |

| 2.2290. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael Palmer Trustee Michael Palmer Tr** |
| | List the contract number of any government contract | **4828 E Grant Rd. #47**<br>**Tucson, AZ 85712** |

| 2.2291. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael Rather BAD ADDRESS-DO NOT MAIL** |
| | List the contract number of any government contract | **3131 Turtle Creek Boulevard**<br>**Suite 1210**<br>**Dallas, TX 75219** |

| 2.2292. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael Robert Wells** |
| | List the contract number of any government contract | **165 Country Club Drive**<br>**Graham, TX 76450** |

| 2.2293. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Michael S Andrade** |
| | List the contract number of any government contract | **PO Box 670547**<br>**Dallas, TX 75367** |

| 2.2294. | State what the contract or lease is for and the nature of the debtor's interest | **Michael Shane Hixon**<br>**603Janson Court**<br>**Ridgeland, MS 39157** |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.2295.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Michael T and Susan Brunner
113 Sanchez Trail
Aledo, TX 76008**

---

2.2296.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Michael T. Anderson
PO Box 292
Aledo, TX 76008**

---

2.2297.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Michael V and Howardine Thompson
10217 Fieldcrest Dr.
Benbrook, TX 76126**

---

2.2298.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Mickey Ann Murphy Bennett Anderson
2226 Gathright Dr.
Abilene, TX 79606**

---

2.2299.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Mickey Gale Pike
1310 E. 51st. Street
Odessa, TX 79762**

---

Debtor 1   **Aruba Petroleum, Inc.**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2300.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mickey Timbes**
**511 Salt Creek Lane**
**Georgetown, TX 78633-5408**

**2.2301.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Midland Trust c/o Stephen Flanagan, Trus**
**PO Box 9257**
**Dallas, TX 75209-9257**

**2.2302.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mike & Betty Curran -----------not good**
**3912 Shawn Trail**
**Fort Worth, TX**

**2.2303.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mike & Elizabeth Meza**
**108 Yeary Lane**
**Aledo, TX 76008**

**2.2304.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mike & Julie Gremminger**
**345 Twin Springs Ranch Lane**
**Weatherford, TX 76087**

**2.2305.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Mike Fenoglio**
**4923 Cypress Street**
**Wichita Falls, TX 76310**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

| 2.2306. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | **Mike Hale Companies, LLC**<br>**P.O.Box 732**<br>**Aledo, TX 76008** |

| 2.2307. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | **Mike McAlister**<br>**1608 Thistledown Dr.**<br>**Plano, TX 75093** |

| 2.2308. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | **Mildred and James Strowd**<br>**P.O. Box 1008**<br>**Springtown, TX 76082** |

| 2.2309. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | **Mildred Ann Bohning, Trustee UWO Robert**<br>**891 CR 2579**<br>**Lometa, TX 76853** |

| 2.2310. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | **Mildred C. Read**<br>**3425 Brown Trail**<br>**Bedford, TX 76021** |

| 2.2311. | State what the contract or lease is for and the nature of the debtor's interest | **Mildred M. Read**<br>**P.O. Box 895**<br>**Decatur, TX 76234** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| **2.2312.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Mildred Powers**<br>**2 Westwood Street**<br>**Baytown, TX 77520-7412** |
| **2.2313.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Mildred Strowd**<br>**P.O. Box 25014**<br>**Dallas, TX 75225-1014** |
| **2.2314.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Mildred Whatley Nunneley**<br>**P.O. Box 59**<br>**Nocona, TX 76255** |
| **2.2315.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Mildred Willis Oaks**<br>**P.O. Box 226**<br>**Pocasset, OK 73079-0226** |
| **2.2316.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Miles Production, LP**<br>**2821 W. 7th Street**<br>**Suite 200**<br>**Fort Worth, TX 76107** |

Debtor 1  **Aruba Petroleum, Inc.**
          First Name      Middle Name      Last Name

Case number *(if known)*  **16-42121**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2317.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Miranda Fagan**
**3110 Galemeadow Dr.**
**Fort Worth, TX 76123**

**2.2318.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mistie Walden**
**5220 Broadwalk Dr. #D23**
**Fort Collins, CO 80525**

**2.2319.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mitzi Potter**
**P.O. Box 1152**
**Melbourne, AR 72556**

**2.2320.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**MKB Partners, Ltd.**
**101 Avant Lane**
**Port  Arthur, TX 77642**

**2.2321.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mollie Ann Cummings Freeman**
**3418 Vista Oaks**
**Garland, TX 75043**

**2.2322.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Molly Estelle Walker**
**11900 E. View Drive**
**Amarillo, TX 79124-4746**

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2323. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Molly M. Plitt |
| | List the contract number of any government contract | 107 Country Club Road Brownsville, TX 78520 |

| 2.2324. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Molly Michelle Azopardi |
| | List the contract number of any government contract | P.O. Box 620 Wimberly, TX 78676-0620 |

| 2.2325. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Mona Lou Crane Kriz |
| | List the contract number of any government contract | 4820 Berryman Road Oklahoma City, OK 73150 |

| 2.2326. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Monarch Resources, Inc. 306 W. Seventh Street |
| | List the contract number of any government contract | Suite 701 Fort Worth, TX 76102-4906 |

| 2.2327. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Monarch Royalties LLC |
| | List the contract number of any government contract | PO Box 660082 Dallas, TX 75266-0082 |

| 2.2328. | State what the contract or lease is for and the nature of the debtor's interest | Moncrief Oil & Gas Master LLC Moncrief Bldg. 950 Commerce St. Ft. Worth, TX 76102-5418 |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2329. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Monnie & Margaret Hunt** |
| | List the contract number of any government contract | **2606 FM 1758**<br>**Bowie, TX 76230** |

| 2.2330. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Montague Resources c/o Tommy Fenoglio** |
| | List the contract number of any government contract | **P.O. Box 417**<br>**Montague, TX 76251** |

| 2.2331. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Monty Huston** |
| | List the contract number of any government contract | **PO Box 945**<br>**Decatur, TX 76234** |

| 2.2332. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Morris & Ann Hataway** |
| | List the contract number of any government contract | **P.O.Box 261**<br>**Aledo, TX 76008** |

| 2.2333. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Mowery Family Living Trust** |
| | List the contract number of any government contract | **PO Box 11534**<br>**Fort Worth, TX 76110** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**
          First Name       Middle Name       Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2334.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mowery Family Living Trust Marianne Mowe**
**PO Box 11534**
**Fort Worth, TX 76110**

**2.2335.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**MPH Production**
**PO Box 2955**
**Victoria, TX 77902**

**2.2336.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Msw Exploration FBO Dan Poland, Deceased**
**301 Commerce Street Suite 2900**
**Fort Worth, TX 76102**

**2.2337.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Msw Exploration FBO David Bonderman**
**301 Commerce Street Suite 2900**
**Fort Worth, TX 76102**

**2.2338.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Msw Exploration FBO Tommy E Roddy, Decea**
**301 Commerce Street Suite 2900**
**Fort Worth, TX 76102**

**2.2339.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Muras Energy, Inc.**
**P.O. Box 5525**
**Edmond, OK 73083**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| | |
|---|---|
| 2.2340. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Murray Paul Cude**<br>**P.O. Box 451**<br>**Decatur, TX 76234** |
| 2.2341. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mustang Minerals LLC A Delaware Limited**<br>**1111 Bagby Street, Suite 2150**<br>**Houston, TX 77002** |
| 2.2342. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mustang Minerals, LLC**<br>**1111 Bagby Street, Suite 2150**<br>**Houston, TX 77002** |
| 2.2343. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Myrell Kassell**<br>**10548 Berry Knoll Drive**<br>**Dallas, TX 75230** |
| 2.2344. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Myrl Mozelle Smith**<br>**521 Jeam Maire Drive**<br>**Norman, OK 73069** |
| 2.2345. State what the contract or lease is for and the nature of the debtor's interest | **Myrtle Mae Bryce**<br>**4317 Harry**<br>**Corpus Christi, TX 78412-2935** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

---

2.2346.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

_____

**Nadine Robinson
1015 Yager Trail
Austin, TX 78753**

---

2.2347.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

_____

**Nadyne Perkins
6912 Martha Lane
Fort Worth, TX 76112**

---

2.2348.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

_____

**Namanny Management Venture Three Lp
8713 Airport Freeway Suite 110
North Richland Hill, TX 76180**

---

2.2349.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

_____

**Nan Mccoy
3500 Fairmount Street, #613
Dallas, TX 75219**

---

2.2350.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

_____

**Nancy Cagle Mayo
430 Blueberry Lane
Grand Prairie, TX 75052**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**
    First Name      Middle Name      Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2351.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Nancy Caswell Laughton**<br>**1104 Sessions St.**<br>**Bowie, TX 76230** |
| **2.2352.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Nancy Field Hartley**<br>**224 Ashby Circle**<br>**Versailles, KY 40383** |
| **2.2353.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Nancy H. Dozier**<br>**4709 Crestline Road**<br>**Fort Worth, TX 76107** |
| **2.2354.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Nancy L Schroder**<br>**220 N. Fremont Street**<br>**Naperville, IL 60540** |
| **2.2355.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Nancy Neil Murphy**<br>**466 Pennsylvania Ave., Unit E**<br>**Glen Ellyn, IL 60137** |
| **2.2356.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any | **Nancy Nussbaum Friedliand**<br>**4333 N Oakland**<br>**Milwaukee, WI 53211** |

Debtor 1   **Aruba Petroleum, Inc.**                                     Case number *(if known)*   **16-42121**
　　　　　 First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.2357.**　State what the contract or lease is for and the nature of the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any government contract

**Nancy Stovall (Life Estate)**
**116 Populus Drive**
**Harvest, AL 35749**

**2.2358.**　State what the contract or lease is for and the nature of the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any government contract

**Nancy Taylor Scott**
**P.O. Box 988**
**Boerne, TX 78006**

**2.2359.**　State what the contract or lease is for and the nature of the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any government contract

**Nancy Yarbrough Endres**
**6175 FM 1198**
**Gainesville, TX 76240**

**2.2360.**　State what the contract or lease is for and the nature of the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any government contract

**Nannette W Williams**
**714 Headlee Street**
**Denton, TX 76201**

**2.2361.**　State what the contract or lease is for and the nature of the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any government contract

**Naomi Morris Green**
**2750 US Highway 287**
**Clarendon, TX 79226**

**2.2362.**　State what the contract or lease is for and the nature of the debtor's interest

**Naomi Morris Green, Life Estate**
**2750 US Highway 287**
**Clarendon, TX 79226**

Debtor 1   **Aruba Petroleum, Inc.**                                      Case number *(if known)*   **16-42121**
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2363. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Ned Hampton<br>10397 S FM 51<br>Springtown, TX 76082 |

| 2.2364. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Neil Don Couey<br>408 East 4th Street<br>Sweeny, TX 77480 |

| 2.2365. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Nell Inez Reynolds By: James E Stauffer<br>10833 Whippletree Lane<br>Spring Valley, CA 91978 |

| 2.2366. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Nellie Pearl Harbour<br>225 Loch Lomand Drive<br>Wichita Falls, TX 76302 |

| 2.2367. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Neoma Pewitt Gwaltney<br>527 W. Belknap St,  Apt 3<br>Jacksboro, TX 76458-2258 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2368.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Neuman C. Larkin
PO Box 414
Chandler, TX 75758

---

**2.2369.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

New Beginning Resources, Inc.
PO Box 509
Porter, TX 77365

---

**2.2370.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

New Harp Cemetery C/O Olita Lanier
745 Lanier Rd
Forestburg, TX 76239

---

**2.2371.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Newby Properties, Inc. c/o Loe, Warren,
PO Box 100609
Fort Worth, TX 76185-0609

---

**2.2372.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

NextEra Energy Gas Producing, LLC Attn:
601 Travis
Suite 1900
Houston, TX 77002

---

**2.2373.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Nextera Energy Producer Services LLC
700 Universe Blvd
Juno Beach, FL 33408

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2374. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Nicholas Bell** |
| | List the contract number of any government contract | **1002 E Gilbert**<br>**Henrietta, TX 76365** |

| 2.2375. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Nicholas Van Walker and Annie Elizabeth** |
| | List the contract number of any government contract | **413 Pecan Dr.**<br>**Aledo, TX 76008** |

| 2.2376. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Nick Zagorski** |
| | List the contract number of any government contract | **6206 Woodrow Ave.**<br>**Austin, TX 78757** |

| 2.2377. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Nicolas Moreno** |
| | List the contract number of any government contract | **1111 E. FM 1187**<br>**Aledo, TX 76008** |

| 2.2378. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Nina Massie** |
| | List the contract number of any government contract | **620 Chuckwagon Trail**<br>**Azle, TX 76020** |

| 2.2379. | State what the contract or lease is for and the nature of the debtor's interest | **Nirvana Minerals**<br>**5423 Tanbark Road**<br>**Dallas, TX 75229** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract      _____

---

2.2380.  State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining                **Nistad Gruppen AS c/o Ox Oil & Gas, Inc.**
                                                     **12900 Preston Road**
    List the contract number of any         **Suite 800**
        government contract                **Dallas, TX 75230**

---

2.2381.  State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining                **Noah P. Walker**
                                                      **2606 Burly Oaks Drive**
    List the contract number of any         **Austin, TX 78745**
        government contract

---

2.2382.  State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining                **Nola W. Cocanougher**
                                                      **415 Indian Trail**
    List the contract number of any         **Decatur, TX 76234**
        government contract

---

2.2383.  State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining                **Norbert Ponder**
                                                      **P.O. Box 5413**
    List the contract number of any         **Bossier City, LA 71111**
        government contract

---

2.2384.  State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining                **Norma J Davis**
                                                      **301 N Main St**
    List the contract number of any         **Ste 600**
        government contract                **Wichita, KS 67202**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2385.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Norma Jean Canet**
**7061 Regalview Circle**
**Dallas, TX 75248**

**2.2386.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Norma Jean Lolley**
**505 Old Annetta Road**
**Aledo, TX 76008**

**2.2387.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Norma Susana Ortega and Santiago Melo**
**205 Scenic Dr.**
**Aledo, TX 76008**

**2.2388.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Norman Caswell**
**P.O. Box 547**
**Bowie, TX 76230**

**2.2389.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Norman Rowe**
**188 PR 3478**
**Paradise, TX 76073**

**2.2390.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Northstar Production & Land**
**P.O. Box 2454**
**Midland, TX 79702**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2391. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **NRC-MMX, LTD c/o Marlin Royalty Company,**<br>**P.O. Box 25409**<br>**Dallas, TX 75225** |
|---|---|---|
| 2.2392. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Nytex Petroleum LLC**<br>**12222 Merit Drive, Suite 1850**<br>**Dallas, TX 75251-2217** |
| 2.2393. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **O P Leonard, Jr Investment Company, LTD**<br>**PO Box 1718**<br>**Fort Worth, TX 76101-1718** |
| 2.2394. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **O. P. Leonard Jr. Investment Co. Ltd.**<br>**PO Box 1718**<br>**Fort Worth, TX 76101-1718** |
| 2.2395. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Odis and Gale Harris**<br>**540 South FM Road 1187**<br>**Aledo, TX 76008-4554** |
| 2.2396. | State what the contract or lease is for and the nature of the debtor's interest | **Old Town Properties LLC**<br>**P.O. Box 1863**<br>**Lake Charles, LA 70602** |

Debtor 1   **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |
| 2.2397. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ole J. Sandal**<br>**555 Republic Dr.**<br>**Suite 505**<br>**Plano, TX 76374** |
| 2.2398. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ole Jacob Sandal C/O Ron Tharp CPA**<br>**12900 Preston Road Suite 800**<br>**Dallas, TX 75230** |
| 2.2399. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Olicha Properties LLC**<br>**233 Rockridge Circle**<br>**Allen, TX 75002** |
| 2.2400. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Olive Ellis Rumage c/o Ed Rumage**<br>**146 Quail Run**<br>**Jacksboro, TX 76458** |
| 2.2401. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Oliver Jahnke C/O Charles Schwab Acct: 4**<br>**P.O. Box 52114**<br>**Phoenix, AZ 85072-2114** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2402.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Olivia Beck Upham**<br>**PO Box 940**<br>**Mineral Wells, TX 76068** |
| **2.2403.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Oma Nobles**<br>**133 Marshall**<br>**Newark, TX 76071** |
| **2.2404.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ombre Properties Group, LLC**<br>**10303 East Bankhead Hwy., Suite 103**<br>**Aledo, TX 76008** |
| **2.2405.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ONRR Office Of Natural Resources Revenue**<br>**P.O. Box 25627**<br>**Denver, CO 80225-0627** |
| **2.2406.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Opal Gable**<br>**1951 E. FM 1187**<br>**Aledo, TX 76008** |
| **2.2407.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Opelousas - St Landry Realty Co Inc**<br>**132 E Landry Street**<br>**Opelousas, LA 70670-0110** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | |
|---|---|
| government contract | |

| 2.2408. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ophelia Henderson** |
| | List the contract number of any government contract | **708 N 4th St**<br>**Jacksboro, TX 76458** |

| 2.2409. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Oran Rolly Woody** |
| | List the contract number of any government contract | **8103 Teakwood Forest**<br>**Spring, TX 77379** |

| 2.2410. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Orville Dale Price** |
| | List the contract number of any government contract | **502 Willowrick**<br>**Port Lavaca, TX 77979** |

| 2.2411. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Oscar Ray Chancellor** |
| | List the contract number of any government contract | **1101 Irma St**<br>**Brownwood, TX 76801-3434** |

| 2.2412. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Osceola Energy LLC** |
| | List the contract number of any government contract | **P.O. Box 1186**<br>**Bridgeport, TX 76426** |

| 2.2413. | State what the contract or lease is for and the nature of the debtor's interest | **Osprey Resources, Inc. David S. Welsh, P**<br>**P.O. Box 56449**<br>**Houston, TX 77256-6449** |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.2414. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **OT Invest AB ----------------Waiting on Drottninggatan 83 598 36  Vimmery Sweden** |
| | List the contract number of any government contract | |

---

| 2.2415. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Outpost Minerals, LLC 2610 Dunes Dr League City, TX 77573** |
| | List the contract number of any government contract | |

---

| 2.2416. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Owen Thomas Tumelty 2021 Greenwood Rd Decatur, TX 76234** |
| | List the contract number of any government contract | |

---

| 2.2417. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ox 10 General Partnership c/o Ron Tharp 12900 Preston Road, Suite 800 Dallas, TX 75230** |
| | List the contract number of any government contract | |

---

| 2.2418. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ox 19 General Partnership c/o Ron Tharp 12900 Preston Road Suite 800 Dallas, TX 75230** |
| | List the contract number of any government contract | |

---

Debtor 1    **Aruba Petroleum, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **16-42121**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2419.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ox Lease Program II LP c/o Ron Tharp
12900 Preston Road, Suite 800
Dallas, TX 75230

**2.2420.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

OX Leasebank V c/o Ox Oil & Gas, Inc. GP
12900 Preston Road Suite 800
Dallas, TX 75230

**2.2421.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ox Oil & Gas Inc c/o Ron Tharp
12900 Preston Road
Suite 800
Dallas, TX 75230

**2.2422.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ox Oil & Gas Inc. /FBO c/o Ron Tharp
12900 Preston Road
Suite 800
Dallas, TX 75230

**2.2423.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Oxoil & Gas for Rox Holdings c/o Ron Tha
12900 Preston Road
Suite 800
Dallas, TX 75230

**2.2424.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Oxoil Carson Turner/Mauldin GP c/o Ron T
12900 Preston Road
Suite 800
Dallas, TX 75230

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2425. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Oxoil Limited Partnership c/o Ron Tharp** |
| | | **12900 Preston Road** |
| | List the contract number of any government contract | **Suite 800** |
| | | **Dallas, TX 75230** |

| 2.2426. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **OxOil Limited Partnership c/o Ron Tharp** |
| | | **12900 Preston Road** |
| | List the contract number of any government contract | **Suite 800** |
| | | **Dallas, TX 75230** |

| 2.2427. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Oxoil Stevens/Rowe GP c/o Ron Tharp** |
| | | **12900 Preston Road** |
| | List the contract number of any government contract | **Suite 800** |
| | | **Dallas, TX 75230** |

| 2.2428. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Oxoil Waggoner GP c/o Ron Tharp** |
| | | **12900 Preston Road** |
| | List the contract number of any government contract | **Suite 800** |
| | | **Dallas, TX 75230** |

| 2.2429. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Oxoil Wright/Leonard GP c/o Ron Tharp** |
| | | **12900 Preston Road** |
| | List the contract number of any government contract | **Suite 800** |
| | | **Dallas, TX 75230** |

| 2.2430. | State what the contract or lease is for and the nature of the debtor's interest | **Pace Property Trust Attn: Melissa Arnson** |
|---|---|---|
| | | **Northern Trust Company** |
| | | **4370 La Jolla Village Drive, Suite 1000** |
| | | **San Diego, CA 92122** |

Debtor 1   **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |
| **2.2431.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Palo Pinto Investments Inc**<br>**P.O. Box 1326**<br>**Graham, TX 76450** |
| **2.2432.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pamela A Wooten**<br>**405 E Oak Street**<br>**Aledo, TX 76008** |
| **2.2433.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pamela Carr**<br>**3456 Corte Selva**<br>**Carlsbad, CA 92009** |
| **2.2434.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pamela Faye Arthur**<br>**209 N. Osage**<br>**Caldwell, KS 67022** |
| **2.2435.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pamela Gast Butler**<br>**955 Eudora Street**<br>**#805**<br>**Denver, CO 80220** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.2436. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pamela Irvine Parker** |
| | List the contract number of any government contract | **Box 6251 NDCBU** **Taos, NM 87571** |

| 2.2437. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pamela J Cosselman** |
| | List the contract number of any government contract | **212 W Cheryl Avenue** **Hurst, TX 76053** |

| 2.2438. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pamela L. Christiansen** |
| | List the contract number of any government contract | **444 Rolling Hills Dr.** **Aledo, TX 76008** |

| 2.2439. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pamela Lyon & Terry Fuqua** |
| | List the contract number of any government contract | **1300 Farmer Road** **Weatherford, TX 76087** |

| 2.2440. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pamela Monaghen** |
| | List the contract number of any government contract | **105 Parkway Drive** **Willow Park, TX 76087** |

| 2.2441. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pamela Newkumet** |
| | List the contract number of any | **1887 Trailview Dr.** **Norman, OK 73072** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2442. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pamela Peterson Strickler** |
| | List the contract number of any government contract | **2042 Bolsa Chica Glen**<br>**Escondido, CA 92026** |

| 2.2443. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pamela Prendergas Chapman, Trustee of th** |
| | List the contract number of any government contract | **12020 De Or Drive**<br>**Dallas, TX 75230** |

| 2.2444. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pamela Susan Chambless** |
| | List the contract number of any government contract | **4900 Lariet Trail**<br>**North Richland Hill, TX 76180** |

| 2.2445. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pamela Thompkins Shumake** |
| | List the contract number of any government contract | **P.O. Box 471727**<br>**Tulsa, OK 74147** |

| 2.2446. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Park Avenue Properties LLC** |
| | List the contract number of any government contract | **P.O. Box 418**<br>**Montague, TX 76251** |

| 2.2447. | State what the contract or lease is for and the nature of the debtor's interest | **Park Springs Oil Company**<br>**6079 W. Mequon Road Box 10**<br>**Mequon, WI 53092** |
|---|---|---|

Debtor 1  **Aruba Petroleum, Inc.**
First Name    Middle Name    Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2448. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Parker County ESD No. 1 ATTN: Silver Cre** |
| | List the contract number of any government contract | **PO Box 323**<br>**Springtown, TX 76082** |

| 2.2449. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Parker Station Homeowners Association** |
| | List the contract number of any government contract | **206 Sanchez Circle**<br>**Aledo, TX 76008** |

| 2.2450. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Parkerhood Partners, LP** |
| | List the contract number of any government contract | **3963 Maple Ave. Suite 200**<br>**Dallas, TX 75219** |

| 2.2451. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pat & Lois Garrett** |
| | List the contract number of any government contract | **543 N FM Road 1655**<br>**Alvord, TX 76225** |

| 2.2452. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pat Browing** |
| | List the contract number of any government contract | **440 Rathberger Rd**<br>**Wichita Falls, TX 76310** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
    First Name    Middle Name    Last Name

Case number *(if known)*    **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.2453.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Patric Bruce Stovall**
**2780 CR 2013**
**Walnut Springs, TX 76690**

**2.2454.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Patricia A Ingram**
**1210 Bonniefield Lane**
**Houston, TX 77077**

**2.2455.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Patricia A. Bogart Murrill**
**1131 Bayou Island Dr**
**Houston, TX 77063**

**2.2456.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Patricia Ann Jones Porretto**
**431 Green Haven Lane**
**Kaukauna, WI 54130**

**2.2457.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Patricia Anne Leonard**
**1129 Challenger**
**Lakeway, TX 78734-3825**

**2.2458.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Patricia Blankenship Chrisptoher**
**2642 CR 4055**
**Jacksonville, TX 75766**

Debtor 1    **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

| 2.2459. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Patricia Bryant** |
| | List the contract number of any government contract | **58937 Postell Ave** **Plaquemine, LA 70764** |

| 2.2460. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Patricia Gay Read** |
| | List the contract number of any government contract | **328 School House Rd** **Paradise, TX 76073** |

| 2.2461. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Patricia Hayes Smith** |
| | List the contract number of any government contract | **4200 John Ct.** **Flower Mound, TX 75028** |

| 2.2462. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Patricia J. McDonald Nelson** |
| | List the contract number of any government contract | **4213 South Drive** **Fort Worth, TX 76109** |

| 2.2463. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Patricia Joyce Barnett** |
| | List the contract number of any government contract | **625 Saddle Ridge Trail** **Weatherford, TX 76087** |

| 2.2464. | State what the contract or lease is for and the nature of the debtor's interest | **Patricia Lynn Fincher** **10037 Huey Trail** **Hurst, TX 76053** |
|---|---|---|

Debtor 1   **Aruba Petroleum, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2465. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Patricia Lynn Kitterman |
| | List the contract number of any government contract | 2337 S. Popular<br>Sapulpa, OK 74066 |

| 2.2466. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Patricia McClelland Barr Arnold Trustee, |
| | List the contract number of any government contract | 2412 Colonial Parkway<br>Fort Worth, TX 76109 |

| 2.2467. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Patricia Renfro |
| | List the contract number of any government contract | 1309 Country Manor<br>Fort Worth, TX 76134 |

| 2.2468. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Patricia Sue Butler Jaynes |
| | List the contract number of any government contract | 1410 Country Club<br>Arlington, TX 76103 |

| 2.2469. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Patrick Banta |
| | List the contract number of any government contract | 10133 Peppertree Lane<br>Fort Worth, TX 76108 |

Debtor 1   **Aruba Petroleum, Inc.**
   First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2470. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Patrick J & Annie Campbell**<br>**4000 Cleburne Hwy.**<br>**Weatherford, TX 76087** |
| 2.2471. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Patrick Shawn Leonard**<br>**P.O. Box 700633**<br>**San Antonio, TX 78270-0633** |
| 2.2472. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Patrick Sneed, Trustee UWO George Mills**<br>**1849 Wall Street**<br>**Weatherford, TX 76086** |
| 2.2473. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Patrick Sneed, Trustee UWO George Mills**<br>**1849 Wall Street**<br>**Weatherford, TX 76086** |
| 2.2474. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Patrick Tisk**<br>**200 W Hanover Avenue**<br>**Morristown, NJ 07960** |
| 2.2475. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Patrick W Carr**<br>**477 Brentview Hills**<br>**Nashville, TN 37220** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.2476. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Patsy J Watson**<br>**211 Aqua Vista Drive**<br>**Granbury, TX 76049** |

| 2.2477. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Patsy L Read**<br>**1613 Northumberland Road**<br>**Austin, TX 78703** |

| 2.2478. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Patsy Lou Simpson West**<br>**100 Watermark Blvd #341**<br>**Granbury, TX 76048** |

| 2.2479. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Patsy LR Partnership, Ltd**<br>**1613 Northumberland Road**<br>**Austin, TX 78703** |

| 2.2480. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Patty Donnell**<br>**7908 Citadel Ct**<br>**North Richland Hill, TX 76182** |

| 2.2481. | State what the contract or lease is for and the nature of the debtor's interest | **Patty Lavern Segars**<br>**P.O. Box 488**<br>**Weleetke, OK 74880** |
|---|---|---|

Debtor 1   **Aruba Petroleum, Inc.**                                    Case number *(if known)*   **16-42121**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.2482.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining                    **Paul & Stephanie Sights**
**133 Yeary Lane**
List the contract number of any             **Aledo, TX 76008**
government contract

---

2.2483.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining                    **Paul & Terri Wright**
**17102 Fairmount Road**
List the contract number of any             **Basehor, KS 66007**
government contract

---

2.2484.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining                    **Paul C. Rodriguez and Antonia Rodriguez**
**PO Box 615**
List the contract number of any             **Aledo, TX 76008**
government contract

---

2.2485.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining                    **Paul D Stalling**
**200 Squaw Creek Road**
List the contract number of any             **Weatherford, TX 76087-8242**
government contract

---

2.2486.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining                    **Paul K Harbour**
**4028 NW 15th Street**
List the contract number of any             **Oklahoma City, OK 73107-4321**
government contract

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**

First Name      Middle Name      Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2487. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Paul L and Deborah H Jenkins**<br>**213 Hidden Valley Drive**<br>**Aledo, TX 76008** |
| 2.2488. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Paul McMillian C/O Michael N. McMillian**<br>**3309 Rockbrook Dr.**<br>**Kilgore, TX 75662** |
| 2.2489. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Paul Olsen**<br>**5208 Tiara Encarta**<br>**Whittier, CA 90601** |
| 2.2490. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Paul Or Geneva White**<br>**203 W Greenwood St**<br>**Alvord, TX 76225** |
| 2.2491. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Paul Rader Nichols Succession Laura Mill**<br>**1009 Nw Greenwoods Street**<br>**Ankeny, IA 50023** |
| 2.2492. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Paula Dickerson**<br>**3342 Oakshade Ct.**<br>**Fairfax, VA 22033-1236** |

Debtor 1   **Aruba Petroleum, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2493. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Paula Hoog Mangold** |
| | List the contract number of any government contract | **P.O. Box 382** **Castroville, TX 78009** |

| 2.2494. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Paula Jean Caswell Mayoral** |
| | List the contract number of any government contract | **7152 Fire Hill Dr** **Fort Worth, TX 76137** |

| 2.2495. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Paula Jo Stevens White** |
| | List the contract number of any government contract | **771 Deauville Cir E.** **Ft. Worth, TX 76108** |

| 2.2496. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Paula Jo White** |
| | List the contract number of any government contract | **771 Deauville Circle E.** **Fort Worth, TX 76108** |

| 2.2497. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Paula Marie Vecellio** |
| | List the contract number of any government contract | **223 Bolivar Drive** **Bradford, PA 16701-3130** |

| 2.2498. | State what the contract or lease is for and the nature of the debtor's interest | **Paula Moeller Sharp** **530 Richardson St** **Jacksboro, TX 76458** |
|---|---|---|

Debtor 1  **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.2499. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Paula Rutherford**
**P.O. Box 501**
**Decatur, TX 76234**

---

2.2500. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Paula Yokoyama**
**7941 Grado El Tupelo**
**Carlsbad, CA 92009-9022**

---

2.2501. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Pauline Elliott**
**333 Pr 2778**
**Alvord, TX 76225**

---

2.2502. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Pauline Smith Lindsay**
**15210 Falling Creek**
**Houston, TX 77068**

---

2.2503. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**PDWN, LLC**
**PO Box 420**
**Pine, CO 80470**

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor 1   **Aruba Petroleum, Inc.**                                      Case number *(if known)*   **16-42121**
       First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2504.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Pearl States, Inc.**
**2800 N. Henderson Ave.**
**Suite 202**
**Dallas, TX 75206**

**2.2505.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Pearline Massie**
**220 James St.**
**Aledo, TX 76008**

**2.2506.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Pecos Bend Royalties LLLP**
**PO Box 2802**
**Midland, TX 79702**

**2.2507.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Pedigree Eneregy Partners, LLC**
**PO Box 17599**
**Fort Worth, TX 76102**

**2.2508.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Peggy C Carder**
**2548 Natchez Trace**
**Denton, TX 76210**

**2.2509.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Peggy Hartman**
**13495 Fennel Rd**
**Newark, IL 60541**

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.2510.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Peggy Jane Gregory
4409 Trotter Lane
Flower Mound, TX 75028-8773

---

**2.2511.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Peggy Joyce Klasky (Bridges)
8040 Frankford Dr #106
Dallas, TX 75252

---

**2.2512.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Penelope Ruth Pardue
208 Scenic Dr.
Aledo, TX 76008

---

**2.2513.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Penroc Oil Corporation
P.O. Box 2769
Hobbs, NM 88241-2769

---

**2.2514.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Percy J Wheeler
P.O. Box 52043
Shreveport, LA 71135

---

**2.2515.** State what the contract or lease is for and the nature of the debtor's interest

Pergamos, LP
5416 Birchman Ave
Fort Worth, TX 76107

Debtor 1   **Aruba Petroleum, Inc.**
First Name   Middle Name   Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2516. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Perline Brownlee** |
| | List the contract number of any government contract | **140 Dove Haven Road**<br>**Weatherford, TX 76085** |

| 2.2517. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Perry Mader** |
| | List the contract number of any government contract | **P.O. Box 254**<br>**Weatherford, TX 76086** |

| 2.2518. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pete Edward Miller** |
| | List the contract number of any government contract | **317 Brock Street**<br>**Coppell, TX 75019** |

| 2.2519. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Peter J Denker** |
| | List the contract number of any government contract | **3838 Oaklawn Ave. Ste 1650**<br>**Dallas, TX 75219** |

| 2.2520. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Petro Capital Holdings LLC** |
| | List the contract number of any government contract | **3710 Rawlins St. Ste. 1000**<br>**Dallas, TX 75219** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.2521.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

PetroQuest Exploration
12222 Merit Drive, Suite 955
Dallas, TX 75251

---

2.2522.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Pheasant Energy, LLC
PO Box 471458
Fort Worth, TX 76147

---

2.2523.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Philip & Angela Griffin
3119 Ponds Edge Trail
Grand Prairie, TX 75052

---

2.2524.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Philip B. Garner
1012 Clear Lake Ct.
Colleyville, TX 76034

---

2.2525.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Philip S. Adkins
2182 Bromly Drive
Navarre, FL 32566

---

2.2526.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any

Phillip Bell
1110 N Watson Road
Arlington, TX 76011

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.2527. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phillip Ellis**<br>**1136 Misty Acres**<br>**New Braunfels, TX 78130** |

| 2.2528. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phillip J and Dulce Martinez**<br>**318 Sanchez Court**<br>**Aledo, TX 76008** |

| 2.2529. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phillip Joe Wiley & Colette Amber Wiley**<br>**PO Box 1670**<br>**Mansfield, TX 76063** |

| 2.2530. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phillip Stoll**<br>**110 CR 3694**<br>**Springtown, TX 76082** |

| 2.2531. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phylis & Lacie Ballinger**<br>**103 Henson Ct**<br>**Weatherford, TX 76086** |

| 2.2532. | State what the contract or lease is for and the nature of the debtor's interest | **Phyllis Ann Young Mashburn**<br>**1317 Williard Lane**<br>**Celina, TX 75009** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

---

| 2.2533. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phyllis Boone**<br>**PO Box 6683**<br>**Siloam Springs, AR 72761** |

---

| 2.2534. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phyllis Carol Floyd**<br>**7805 Briardale Ct.**<br>**Fort Worth, TX 76180** |

---

| 2.2535. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phyllis Hunt Trustee for the Shelburn Fa**<br>**3821 Matheny Rd NE**<br>**Gervais, OR 97026** |

---

| 2.2536. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phyllis M. Johnson**<br>**7028 Spanish Oaks Dr**<br>**N. Richland Hills, TX 76182-3275** |

---

| 2.2537. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phyllis Mcmahan Hoge Deceased**<br>**400 Blue Sage Court**<br>**Irving, TX 75063** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2538.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Pingo Exploration, LLC Attn:  Tom Reinha
5006 Westgrove Lane
Colleyville, TX 76034

---

**2.2539.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Pingo Royalties, LP
5006 Westgrove Lane
Colleyville, TX 76034

---

**2.2540.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

PNC Mortgage and Danny and Andra Jo Gabb
Reserach & Subordination Dept
PO Box 1820
Dayton, OH 45401-1820

---

**2.2541.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Pollard Chevrolet Lp
P.O. Box 1550
Big Spring, TX 79721

---

**2.2542.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Polly Ruth Allred Helm
106 George Muck Drive
Kerrville, TX 76028

---

**2.2543.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Preston C Gaines Jr
1151 24Th Street
Hondo, TX 78861

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**2.2544.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Preston L Lovelace
8202 Kelwood Avenue
Baton Rouge, LA 70806

---

**2.2545.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Prince Petroleum Company
306 W 7th Street
Suite 701
Fort Worth, TX 76102

---

**2.2546.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Priscilla C Gilpin
10231 Sugar Creek
Flint, TX 75762

---

**2.2547.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

PTTTP, LLC
2412 Colonial Parkway
Fort Worth, TX 76109

---

**2.2548.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Pursuit Energy Corp
P.O. Box 671098
Dallas, TX 75367-1098

---

**2.2549.** State what the contract or lease is for and the nature of the debtor's interest

Q'Zella Ann Lewis
21203 FM 1155E
Washington, TX 77880

---

Debtor 1    **Aruba Petroleum, Inc.**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*    **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2550. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Quaker Hill Development Corp**<br>**P.O. Box 2240**<br>**Healdsburg, CA 95448** |
| | List the contract number of any government contract | |

| 2.2551. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Quay W. McCall**<br>**PO Box 730**<br>**Comanche, TX 76442** |
| | List the contract number of any government contract | |

| 2.2552. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **R & R Exploration, Inc**<br>**PO Box 828**<br>**Denton, TX 76202** |
| | List the contract number of any government contract | |

| 2.2553. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **R Craig Martin**<br>**6250 Clearview Rd**<br>**Dover, PA 17315** |
| | List the contract number of any government contract | |

| 2.2554. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **R Crist Vial**<br>**4807 Thunder Road**<br>**Dallas, TX 75244** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2555.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

R P Walker
P.O. Box 478
Weatherford, TX 76086

**2.2556.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

R R Minter Sole Heir To The Estate Of Es
4924 Red Oak Lane
Fort Worth, TX 76114

**2.2557.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

R W Stoddard
1530 E. Sandy Lake Road, No. 101
Coppell, TX 75019

**2.2558.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

R. D. & Claudia Stitle
104 Yeary Lane
Aledo, TX 76008

**2.2559.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

R. Geoff Ice
4308 Kirkland Drive
Fort Worth, TX 76109

**2.2560.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any

R. L. Barbee Trustee
P. O. Box 1944
Weatherford, TX 76086

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.2561. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | R.B. Moncrief Grantors Trust c/o C. Jan<br>PO Box 471610<br>Ft. Worth, TX 76147 |

---

| 2.2562. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | RALI 2006 QAI c/o GMAC MRT LLC<br>1100 Virgina Drive<br>Fort Washington, PA 19034 |

---

| 2.2563. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Ralph & Gloria Karnes<br>7529 Tamarack Rd.<br>Ft. Worth, TX 76116 |

---

| 2.2564. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Ralph Albert Hoog<br>18507 CR 4711<br>Castroville, TX 78009 |

---

| 2.2565. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Ralph F. Howell<br>P.O. Box 950<br>Bullard, TX 75757 |

---

| 2.2566. | State what the contract or lease is for and the nature of the debtor's interest | Ralph Glenn Davis<br>PO Box1862<br>Denton, TX 76202 |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**
  First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| **2.2567.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Ralph Jo Rice**<br>**177 Cheney Place**<br>**Castle Rock, CO 80104** |
| **2.2568.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Ralph Wren**<br>**1006 N Trinty**<br>**Decatur, TX 76234** |
| **2.2569.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Rama Jo Whaley**<br>**4701 Holiday Lane East**<br>**Fort Worth, TX 76180-8275** |
| **2.2570.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Ramona M Dabbs**<br>**2304 Sunnett Place**<br>**Nashville, TN 37211** |
| **2.2571.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Randall Dale Holladay, SSP**<br>**10418 Knowles Road**<br>**Hobbs, NM 88242** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2572.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Randall Ellis**
**5602 Bienville Dr Apt C6**
**San Antonio, TX 78233**

---

**2.2573.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Randall Jones**
**404 West North Street**
**Weimer, TX 78962-1105**

---

**2.2574.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Randall Wayne & Lavenia Irene Mcdonald**
**602 South Hubbard**
**Alvord, TX 76225**

---

**2.2575.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Randalyn A Bullard Norris**
**1001 Forest Trail Ct**
**Euless, TX 76039**

---

**2.2576.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Randolph Fox Hancock**
**6127 Valley Forge Drive**
**Houston, TX 77057-1153**

---

**2.2577.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Randy Aaron**
**3311 Robin Lane**
**Wichita Falls, TX 76308**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.2578.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Randy Ball**
**302 Saint Andrews Dr**
**Mabank, TX 75156**

**2.2579.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Randy Dean Smith**
**521 Jean Marie Drive**
**Norman, OK 73069**

**2.2580.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Randy Loy McDougal**
**181 Eastpark**
**Graham, TX 76450**

**2.2581.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Randy Nobile**
**201 Prairie Street**
**Nocona, TX 76255**

**2.2582.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ranger Resources Inc**
**P.O. Box 11534**
**Fort Worth, TX 76110**

**2.2583.** State what the contract or lease is for and the nature of the debtor's interest

**RANJ, Inc.**
**5354 Airport Freeway**
**Fort Worth, TX 76102**

Debtor 1    **Aruba Petroleum, Inc.**

First Name            Middle Name            Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| 2.2584. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Rave Energy Inc**<br>**P. O. Box 3087**<br>**Houston, TX 77253-3087** |
| 2.2585. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Ray Lynn Mitchum**<br>**P.O. Box 552**<br>**Alvord, TX 76225** |
| 2.2586. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Rayetta Susan Beall**<br>**2150 NW Evergreen St.**<br>**Corvallis, OR 97330** |
| 2.2587. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Rayford Troy Allen**<br>**7060 FM 576 W**<br>**Breckenridge, TX 76424** |
| 2.2588. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Raymon J. Rhodes, Jr.**<br>**604 PR 1094**<br>**Stephenville, TX 76401** |

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2589.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Raymond & Lisa Hoffman**
**112 Meadow Lane Drive**
**Aledo, TX 76008**

2.2590.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Raymond and Rebecca Golden**
**1317 Pete Drive**
**Aledo, TX 76008-2671**

2.2591.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Raymond C. Steed General Trust u/w dated**
**Box 916**
**Brenham, TX 77834**

2.2592.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Raymond C. Steed Special Trust n/w dated**
**Box 916**
**Brenham, TX 77834**

2.2593.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Raymond D Meyers Succession Ronald D Mey**
**83 Fruitland Ave**
**Watsonville, CA 75076**

2.2594.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any

**Raymond Leroy Sullivan --------------pas**
**4505 Hillcrest Circle**
**Apt. A-2**
**Ft. Worth, TX 76116**

Debtor 1    **Aruba Petroleum, Inc.**                                             Case number (*if known*)    **16-42121**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.2595.  State what the contract or
         lease is for and the nature of
         the debtor's interest

         State the term remaining                   **Raymond Or Melba Barnett**
                                                    **P.O. Box 72**
         List the contract number of any           **Alvord, TX 76225**
            government contract

2.2596.  State what the contract or
         lease is for and the nature of
         the debtor's interest

         State the term remaining                   **Raymond T Sage**
                                                    **1318 Maywood Ave.**
         List the contract number of any           **Upland, CA 91786**
            government contract

2.2597.  State what the contract or
         lease is for and the nature of
         the debtor's interest

         State the term remaining                   **RB Durham Jr & Wife Sharon K Durham**
                                                    **451 Cr 324**
         List the contract number of any           **Forestburg, TX 76239**
            government contract

2.2598.  State what the contract or
         lease is for and the nature of
         the debtor's interest

         State the term remaining                   **RCPTX LTD**
                                                    **777 Taylor Street, Suite 810**
         List the contract number of any           **Fort Worth, TX 76102**
            government contract

2.2599.  State what the contract or
         lease is for and the nature of
         the debtor's interest

         State the term remaining                   **RCPTX Ltd A Texas Limited Partnership**
                                                    **777 Taylor Street, Suite 810**
         List the contract number of any           **Fort Worth, TX 76102**
            government contract

2.2600.  State what the contract or                 **Reagan G Mitchell**
         lease is for and the nature of             **2624 Nw 35Th Street**
         the debtor's interest                       **Oklahoma, OK 73112**

Debtor 1   **Aruba Petroleum, Inc.**                                              Case number *(if known)*   **16-42121**
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
   government contract

---

2.2601.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any         **Rebecca Ann Harral**
   government contract                  **3405 Dunes**
                                   **Denton, TX 76209**

---

2.2602.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any         **Rebecca Anne Robertson**
   government contract                  **312 Stratford Drive**
                                   **Benbrook, TX 76126-6710**

---

2.2603.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any         **Rebecca Coursey Trust,  use#1273**
   government contract                  **6425 Chauncery Place**
                                   **Fort Worth, TX 76116-8148**

---

2.2604.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any         **Rebecca Gail Coursey Trust Jo Helen Rosa**
   government contract                  **16391 County Rd 20**
                                   **Sanford, CO 81151**

---

2.2605.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any         **Rebecca Gayle Coursey Trust Deborah Morg**
   government contract                  **P.O. Box 29104**
                                   **Austin, TX 78701**

---

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number (if known) | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2606.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Rebecca Kay Fleming Calwell
851 Maple Rd
Charleston, WV 25302-2823

**2.2607.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Rebecca L Smith
4215 Corral Dr
Rapid City, SD 57702-9287

**2.2608.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Rebecca Lu Rhodes Lee
1004 Mockingbird Dr
Graford, TX 76449

**2.2609.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Reggie L. Hickerson
PO Box 435
Royce City, TX 75189

**2.2610.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Reginald & Cindy Ward
208 Westgate Drive
Aledo, TX 76008

**2.2611.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Rejeana Paulk Bucy
1015 Glenfawn
Jacksonville, TX 75766

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.2612. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Remora Operating, LLC** |
| | List the contract number of any government contract | **1717 West 6th Street,, Suite 290**<br>**Austin, TX 78703** |

| 2.2613. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Remora Petroleum, LP** |
| | List the contract number of any government contract | **1717 West 6th Street, Suite 290**<br>**Austin, TX 78703** |

| 2.2614. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Renaissance Petroleum Comp LLC c/o Aries** |
| | List the contract number of any government contract | **1301 Mckinney Suite 3350**<br>**Houston, TX 77010** |

| 2.2615. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Renaud P. Rodrigue**<br>**8230 Walnut Hill Lane** |
| | List the contract number of any government contract | **Suite 320**<br>**Dallas, TX 75204** |

| 2.2616. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Renee Lynn Allensworth** |
| | List the contract number of any government contract | **1840 Sunflower Road**<br>**Paradise, TX 76073** |

| 2.2617. | State what the contract or lease is for and the nature of the debtor's interest | **Republic Partners VII, LLC LOE Account**<br>**4925 Greenville Avenue**<br>**Suite 1050**<br>**Dallas, TX 75206** |
|---|---|---|

Debtor 1 **Aruba Petroleum, Inc.**                                          Case number *(if known)* **16-42121**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
  government contract        _____

---

2.2618.  State what the contract or
         lease is for and the nature of
         the debtor's interest

         State the term remaining                          **Retta Nell Brown**
                                                           **2585 CR 4312**
         List the contract number of any                  **Campbell, TX 75422**
           government contract      _____

---

2.2619.  State what the contract or
         lease is for and the nature of
         the debtor's interest

         State the term remaining                          **Reubene Gressett Scott**
                                                           **101 Queen St.**
         List the contract number of any                  **PO Box 5**
           government contract      _____   **Aledo, TX 76008**

---

2.2620.  State what the contract or
         lease is for and the nature of
         the debtor's interest

         State the term remaining                          **Rex & Wife Sylvia Frye**
                                                           **2548 CR 2690**
         List the contract number of any                  **Alvord, TX 76225**
           government contract      _____

---

2.2621.  State what the contract or
         lease is for and the nature of
         the debtor's interest

         State the term remaining                          **Rex K & Dorthy Boulware**
                                                           **PO Box 1212**
         List the contract number of any                  **Bridgeport, TX 76426**
           government contract      _____

---

2.2622.  State what the contract or
         lease is for and the nature of
         the debtor's interest

         State the term remaining                          **Rhea Hudson**
                                                           **1406 Fairway Drive**
         List the contract number of any                  **Camarillo, CA 93010-8433**
           government contract      _____

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2623.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Rhett B Burnett
4017 Nw Pioneer Circle
Norman, OK 73072

**2.2624.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Rhoda Pearl Stevens
1824 Timbercreek Rd.
Benbrook, TX 76126

**2.2625.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Rhoda Sue Wollaston
3002 80th St
Lubbock, TX 79423

**2.2626.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Rhonda Faye Riese
8720 Mystic Trail
Fort Worth, TX 76118

**2.2627.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Richard A Ellis
4513 Stillwood Ln
Lake Charles, LA 70605

**2.2628.** State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any

Richard A King
PO Box 537
Aledo, TX 76008

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| | | |
|---|---|---|
| 2.2629. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Richard A Robba**<br>**3302 Sprindletree**<br>**Grapevine, TX 76051** |
| 2.2630. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Richard and Nancy Stephens**<br>**1200 Gerry Drive**<br>**Aledo, TX 76008** |
| 2.2631. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Richard Braden Neiman c/o Jacob A Warnoc**<br>**P.O. Box 9285**<br>**Wichita Falls, TX 76308** |
| 2.2632. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Richard C Silver**<br>**385 Wildwood Circle**<br>**Winchester, TN 37398-3859** |
| 2.2633. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Richard Campbell Becker Trust Argent Tru**<br>**P.O. Box 1410**<br>**Ruston, LA 71273** |
| 2.2634. | State what the contract or lease is for and the nature of the debtor's interest | **Richard Collett and Patricia Collett**<br>**3304 Riverwell Ct.**<br>**Fort Worth, TX 76116** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| 2.2635.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Richard Daniel Boston<br>1810 Caldwell Drive<br>Garland, TX 75041** |
| 2.2636.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Richard H Stephens<br>9230 Meadowglen<br>Dallas, TX 75238** |
| 2.2637.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Richard J. Trubenbach Minerals, LLC<br>P.O. Box 678<br>Muenster, TX 76252** |
| 2.2638.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Richard Jeter<br>PO Box 1007<br>Holliday, TX 76366** |
| 2.2639.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Richard Kantosky<br>380 Robin Lane<br>New Braunfels, TX 78132** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.2640. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Richard Micheletti**<br>**3505 Williams Rd.**<br>**Ft. Worth, TX 76116** |
|---|---|---|
| 2.2641. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Richard Olsen**<br>**168 Thunderbird Drive**<br>**Gun Barrel City, TX 75156** |
| 2.2642. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Richard R Frazier Trustee - Frazier Livi**<br>**1905 Cottonwood Valley Circle S**<br>**Irving, TX 75038-6216** |
| 2.2643. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Richard S. Griffith Trust**<br>**3417 Milam Street**<br>**Houston, TX 77002** |
| 2.2644. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Richard Shaeffer Gast**<br>**3628 Bidens Gate Drive**<br>**Timnath, CO 80547** |
| 2.2645. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Richard Sweeney**<br>**PO Box 451**<br>**Hydro, OK 73048** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

| 2.2646. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Richard Tow Jr** |
| | List the contract number of any government contract | **P.O. Box 1171**<br>**Cameron, TX 76520-8171** |

| 2.2647. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Richard Trubenbach** |
| | List the contract number of any government contract | **P.O. Box 678**<br>**Muenster, TX 76252** |

| 2.2648. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Richard Wiese** |
| | List the contract number of any government contract | **1205 Elm Street**<br>**Fort Worth, TX 76021** |

| 2.2649. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Richardson Family Living Trust Charles P** |
| | List the contract number of any government contract | **2607 Bunker Hill**<br>**McKinney, TX 75070** |

| 2.2650. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Richardson Family Living Trust Charles P** |
| | List the contract number of any government contract | **2607 Bunker Hill**<br>**Mckinney, TX 75070** |

| 2.2651. | State what the contract or lease is for and the nature of the debtor's interest | **Rick G and Cynthia Wade**<br>**651 Tidwell**<br>**Weatherford, TX 76087** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2652. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rickey Dale Pike** |
| | List the contract number of any government contract | **2328 Friarcreek Loop**<br>**Round Rock, TX 78664** |

| 2.2653. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ricky Fritz Woods** |
| | List the contract number of any government contract | **3809 E Highway 114**<br>**Rhome, TX 76078** |

| 2.2654. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ricky G Harbour** |
| | List the contract number of any government contract | **507 Wakefield Road**<br>**Perry, OK 73007** |

| 2.2655. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ricky Glen Gable** |
| | List the contract number of any government contract | **901 Friar Drive**<br>**Saginaw, TX 76179** |

| 2.2656. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ricky Lynn Lancaster** |
| | List the contract number of any government contract | **2016 Clover Lane**<br>**Fort Worth, TX 76107** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**
_____
First Name    Middle Name    Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2657.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Rita Dodson Aka M Rita Dodson
1103 Berkshire Court
Trophy Club, TX 76262

---

**2.2658.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Rita Mccleery
6951 Jamestown Drive
Irvington, AL 36544

---

**2.2659.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Riverside Energy, LLC
906 W McDermott Dr, Suite 116-334
Allen, TX 75013

---

**2.2660.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

RLM Properties, LLC
P.O.Box 22775
Oklahoma City, OK 73123-1775

---

**2.2661.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

RMD Company
2033 Woodridge Dr.
Abilene, TX 79605

---

**2.2662.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Rob Hawkins
1909 9th Street
Bridgeport, TX 76426

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number (if known) | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2663. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Robbie J Lynch<br>3629 N FM Road 1655<br>Alvord, TX 76225 |

| 2.2664. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Robert  Dawson<br>114 W Cherry Dr<br>Azle, TX 76020 |

| 2.2665. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Robert & Judy Legge<br>PO Box 1692<br>Azle, TX 76098 |

| 2.2666. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Robert A & Tina Johnson<br>1368 CR 2690<br>Alvord, TX 76225 |

| 2.2667. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Robert Albin and Joanne Carlson<br>112 Hidden Valley Drive<br>Aledo, TX 76008 |

| 2.2668. | State what the contract or lease is for and the nature of the debtor's interest | Robert and Catherine Parker<br>P.O. Box 1013<br>Aledo, TX 76008 |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2669. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Robert and Natalie Davis |
| | List the contract number of any government contract | 1217 Robyn Drive<br>Aledo, TX 76008 |

| 2.2670. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Robert B Ray |
| | List the contract number of any government contract | 5223 Beckington Lane<br>Dallas, TX 75287 |

| 2.2671. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Robert B. Carter and Yoneko Carter |
| | List the contract number of any government contract | 413 E. Oak St.<br>Aledo, TX 76008 |

| 2.2672. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Robert Bashein |
| | List the contract number of any government contract | 4509 Oak Manor Dr., Apt. 73<br>Ft. Worth, TX 76116 |

| 2.2673. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Robert Brennan |
| | List the contract number of any government contract | 6016 Lawrenceberg<br>Kansas City, KS 66104 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.2674.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Robert Browder**
**153 Quail Bluff Lane**
**Aledo, TX 76008**

---

**2.2675.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Robert C Donald**
**P.O. Box 94**
**Sunset, TX 76270**

---

**2.2676.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Robert C Lynch**
**P.O. Box 349**
**Alvord, TX 76225**

---

**2.2677.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Robert C. Johnston**
**1711 Monte Vista Drive**
**Vista, CA 92084**

---

**2.2678.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Robert D. Akers**
**3116 W 5th Street**
**Fort Worth, TX 76107**

---

**2.2679.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any

**Robert D. Burrow**
**2950 CR 484**
**Elgin, TX 78621**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

**2.2680.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Robert D. Miller**
**608 Scurry**
**Big Spring, TX 79720**

---

**2.2681.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Robert E Nolte**
**6820 Bankhead Hwy**
**Aledo, TX 76008**

---

**2.2682.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Robert E. Nolte**
**6820 E. Bankhead Hwy**
**Aledo, TX 76008**

---

**2.2683.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Robert F Bethke**
**382 Pr 2781**
**Alvord, TX 76225**

---

**2.2684.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Robert H Bunting**
**515 North Bridge**
**Henrietta, TX 76365**

---

**2.2685.** State what the contract or lease is for and the nature of the debtor's interest

**Robert H Fenoglio**
**510 W Hughway 82**
**Nocona, TX 76255**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**                          Case number *(if known)*   **16-42121**
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

---

**2.2686.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Robert H. Whan III and Connie E. Whan**
**120 Prairie View St.**
**Aledo, TX 76008**

---

**2.2687.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Robert Hood Chatham, III**
**211 Sherman Drive**
**Scotts Valley, CA 95066**

---

**2.2688.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Robert James Richter and Sharon J. Richt**
**250 Wedgewood St.**
**Lake Jackson, TX 77566**

---

**2.2689.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Robert Joseph Bruns**
**5709 Wortham Lane**
**Dallas, TX 75252**

---

**2.2690.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Robert L. Crockett**
**625 Goodwin Drive**
**Richardson, TX 75081**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2691.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Robert Lawrence
302 South Ladd Court
Daniel Island, SC 29492

---

**2.2692.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Robert Lee Jeter, Jr.
15735 County Road 4007
Mabank, TX 75147

---

**2.2693.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Robert Lindsay
1149 Hickory Hill Rd
Argyle, TX 76226

---

**2.2694.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Robert M & Raynette Wilson
107 S Cowan
Decatur, TX 76234

---

**2.2695.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Robert M & Sharon Lehr
PO Box 83
Snyder, TX 79550

---

**2.2696.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Robert M Garrett III
6241 Revere Place
Dallas, TX 75214

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

**2.2697.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Robert March Mead
3891 Congress Street
Fairfield, CT 06824

**2.2698.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Robert McAnally
400 E. Oak St.
Aledo, TX 76008

**2.2699.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Robert Mcdonald
602 S Hubbard St
Alvord, TX 76225

**2.2700.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Robert Minnick
125 Vista Way
Benbrook, TX 76126

**2.2701.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Robert P. Adkins
203 Maplewood
Victoria, TX 77901

**2.2702.** State what the contract or lease is for and the nature of the debtor's interest

Robert R Obier
4255 Hyacinth Avenue
Baton Rouge, LA 70808

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract _____ | |
| **2.2703.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Robert R Tipton<br>9535 Dartridge Circle<br>Dallas, TX 75238** |
| **2.2704.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Robert R. Mayer<br>4109 E. Bankhead<br>Aledo, TX 76087** |
| **2.2705.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Robert R. Mayer and Anna Sue Mayer<br>117 Robert St.<br>Aledo, TX 76008** |
| **2.2706.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Robert Randall Rumage<br>1910 Mount Olympus Drive<br>Los Angeles, CA 90046** |
| **2.2707.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Robert Ray Cox, Jr<br>243 Amanda Way<br>Decatur, TX 76234** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.2708. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Robert Robertson IRR TR (W00750400) c/o P.O. Box 1600 San Antonio, TX 78296** |

| 2.2709. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Robert Robertson REV TR (W00751400) c/o P.O. Box 1600 San Antonio, TX 78296** |

| 2.2710. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Robert S. Welborn 220 Carefree Trail N Kerrville, TX 78028** |

| 2.2711. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Robert T Taylor 706 Indigo San Antonio, TX 78216** |

| 2.2712. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Robert W McDaniel P.O. Box 1423 Decatur, TX 76234-6145** |

| 2.2713. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Robert W. Boston, Jr. 6622 Trebeck Spring, TX 77379** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| 2.2714. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Robert W. Leonard Family Trust** |
| | List the contract number of any government contract | **101 Summit Avenue** **Suite 312** **Fort Worth, TX 76102** |
| 2.2715. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Robert Wilson** |
| | List the contract number of any government contract | **107 S. Cowan** **Decatur, TX 76234** |
| 2.2716. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Roberta Purvis Bartee** |
| | List the contract number of any government contract | **1750 St Charles Ave #433** **New Orleans, LA 70130** |
| 2.2717. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Roberto M. Sanchez, Jr.** |
| | List the contract number of any government contract | **7144 Hunt Ln** **Rockwall, TX 75087** |
| 2.2718. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Robertson Trusts Oil Control, #2  c/o Fr** |
| | List the contract number of any government contract | **P.O. Box 1600** **San Antonio, TX 78296** |
| 2.2719. | State what the contract or lease is for and the nature of the debtor's interest | **Robin Lawrence** **3702 Swift Creek Dr.** **Kingwood, TX 77339** |

Debtor 1   **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any government contract

2.2720.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Robin Schmidt**
**P.O. Box 21254**
**Billings, MT 59104**

2.2721.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Robin Schmidt & Eddie Schmidt Tennants W**
**P.O. Box 21254**
**Billings, MT 59104**

2.2722.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Roca Resources Co., Inc.**
**PO Box 1981**
**Midland, TX 79702**

2.2723.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Rock Chalk Royalties Ltd**
**6505 E Central #237**
**Wichita, KS 67206**

2.2724.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Rock Fund I, Ltd**
**1000 Ballpark Way, Ste 216**
**Arlington, TX 76011**

Debtor 1    **Aruba Petroleum, Inc.**                                     Case number *(if known)*    **16-42121**
              First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2725. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rock Porosity LLC** |
| | List the contract number of any government contract | **1000 Ball Park Way Suite 200 Arlington, TX 76011** |

| 2.2726. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rock Reserves Ltd** |
| | List the contract number of any government contract | **1000 Ballpark Way Suite 200 Arlington, TX 76011** |

| 2.2727. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rockhound Exploration Inc Robert Miller** |
| | List the contract number of any government contract | **P.O. Box 796 Addison, TX 75001** |

| 2.2728. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rod A Maclean** |
| | List the contract number of any government contract | **2603 Concord Court Mckinney, TX 75070** |

| 2.2729. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Roger & Margie Yates** |
| | List the contract number of any government contract | **300 Belle Circle Aledo, TX 76008** |

| 2.2730. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Roger A. Sikes** |
| | List the contract number of any | **7500 Black Mountain Dr. Austin, TX 78736** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.2731. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Roger Hoch**
**3001 RR 620 S Suite 322**
**Austin, TX 78738**

---

2.2732. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Roger Lee Coursey**
**906 W Jackson**
**Floydada, TX 79235**

---

2.2733. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Roger M Jordan**
**257 Jamacha Rd**
**El Cajon, CA 92020**

---

2.2734. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Roger N. Brown**
**4022 Bunting Avenue**
**Fort Worth, TX 76107**

---

2.2735. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Roger Rhoads**
**9647 Addersley**
**San Antonio, TX 78254**

---

2.2736. State what the contract or
lease is for and the nature of
the debtor's interest

**Rolf K Leutwyler**
**P.O. Box 802223**
**Aventura, FL 33280-2223**

Debtor 1   **Aruba Petroleum, Inc.**                                              Case number *(if known)*   **16-42121**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.2737. State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|
| State the term remaining | **Ron Gettys** |
| List the contract number of any government contract _____ | **PO Box 367**<br>**Decatur, TX 76234** |

| 2.2738. State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|
| State the term remaining | **Ronald & Lisa Canion** |
| List the contract number of any government contract _____ | **122 Western Breeze Drive**<br>**Fort Worth, TX 76126** |

| 2.2739. State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|
| State the term remaining | **Ronald A Lowrance Revocable Trust** |
| List the contract number of any government contract _____ | **2101 E. FM 1187**<br>**Aledo, TX 76008** |

| 2.2740. State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|
| State the term remaining | **Ronald G Atkins** |
| List the contract number of any government contract _____ | **3716 Spring Meadow Lane**<br>**Flower Mound, TX 75028** |

| 2.2741. State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|
| State the term remaining | **Ronald Harold Holt** |
| List the contract number of any government contract _____ | **1604 Mockingbird Lane**<br>**Bridgeport, TX 76426** |

Debtor 1    **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2742.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ronald J Reynolds
2629 Fm 1749
Forestburg, TX 76239

**2.2743.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ronald L Cheek
903 Glen Rose Drive
Allen, TX 75013

**2.2744.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ronald M Taylor
16657 County Road 126
Pine Grove, CO 80470-8811

**2.2745.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ronald Mankin
3440 Bell St
Suite 316
Amarillo, TX 79106

**2.2746.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Ronald Staley
152 Farley Place
Paducah, KY 42003-1442

**2.2747.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

Ronnie H. Bryan
2070 Trailwood Dr. W
Burleson, TX 76028-1708

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

---

**2.2748.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ronnie L Stewart**
**300 Broad**
**Nocona, TX 76255**

---

**2.2749.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ronnie M & Verona S Woods**
**1883 Parker Dairy Road**
**Alvord, TX 76225**

---

**2.2750.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ronnie M. and Verona S. Woods--use 3205**
**1883 Parker Dairy Rd**
**Alvord, TX 76225**

---

**2.2751.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ronny Whitley**
**1015 Caladium Drive**
**Mesquite, TX 75149**

---

**2.2752.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Rory Don Sayles c/o Jackie Sayles**
**117 E. Cherry Drive**
**Azle, TX 76020**

---

**2.2753.** State what the contract or lease is for and the nature of the debtor's interest

**Rosa Linda Gossett**
**PO Box 654**
**Aledo, TX 76008**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**                                    Case number *(if known)*  **16-42121**
  First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2754. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rose Cerullo**<br>**9805 Canyon Crest Circle**<br>**Irving, TX 75074** |
| | List the contract number of any government contract | |

| 2.2755. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rosemary Harris**<br>**P.O. Box 1563**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

| 2.2756. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rosentreter Land & Minerals, LLC**<br>**P.O. Box 121937**<br>**Ft. Worth, TX 76121-1937** |
| | List the contract number of any government contract | |

| 2.2757. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ross L. Stephenson**<br>**4305 Wendell St.**<br>**Bellaire, TX 77401** |
| | List the contract number of any government contract | |

| 2.2758. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ross Phillip Rodgers**<br>**7025 Saucon Valley Dr**<br>**Fort Worth, TX 76132** |
| | List the contract number of any government contract | |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2759. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rowe Legacy Trust Kevin Rowe Trustee** |
| | List the contract number of any government contract | **1151 County Road 3470**<br>**Paradise, TX 76073** |

| 2.2760. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rowena Christina McGehee** |
| | List the contract number of any government contract | **222 Browder, Apt 204**<br>**Dallas, TX 75201** |

| 2.2761. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rowena Scherer** |
| | List the contract number of any government contract | **4728 Collin Wood Avenue**<br>**Fort Worth, TX 76126** |

| 2.2762. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Roxanna Rumage Maddox** |
| | List the contract number of any government contract | **1309 North Main Street**<br>**Jacksboro, TX 76458** |

| 2.2763. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Roxanne Alexander** |
| | List the contract number of any government contract | **10120 Northlake Drive**<br>**Dallas, TX 75218** |

| 2.2764. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Roy & Lana Chance** |
| | List the contract number of any | **6508 S FM 730**<br>**Azle, TX 76020** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.2765. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Roy & Linda Proctor** |
| | List the contract number of any government contract | **1406 Jefferson**<br>**Bowie, TX 76230-2923** |

| 2.2766. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Roy C & Diane Hutto** |
| | List the contract number of any government contract | **P.O. Box 162**<br>**Sunset, TX 76270** |

| 2.2767. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Roy E. King** |
| | List the contract number of any government contract | **PO Box 123**<br>**Alvord, TX 76225** |

| 2.2768. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Roy E. Lindsay** |
| | List the contract number of any government contract | **6605 Buckhorn Court**<br>**Fort Worth, TX 76137** |

| 2.2769. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Roy E. Ray** |
| | List the contract number of any government contract | **2000 Underwood Rd**<br>**Aledo, TX 76008** |

| 2.2770. | State what the contract or lease is for and the nature of the debtor's interest | **Roy Hartman**<br>**488 CR 310**<br>**Muenster, TX 76252** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract

---

2.2771.  State what the contract or
         lease is for and the nature of
         the debtor's interest

State the term remaining

List the contract number of any          **Roy Ranch LP Attn: John C Cox**
    government contract                   **1033 N Plymouth Road**
                                          **Dallas, TX 75208**

---

2.2772.  State what the contract or
         lease is for and the nature of
         the debtor's interest

State the term remaining

List the contract number of any          **Roy Schmidt and Vicki Schmidt**
    government contract                   **6810 Candice Lane**
                                          **Christoval, TX 76935**

---

2.2773.  State what the contract or
         lease is for and the nature of
         the debtor's interest

State the term remaining

List the contract number of any          **Roy T Dies**
    government contract                   **1306 Roanoke**
                                          **Graham, TX 76450**

---

2.2774.  State what the contract or
         lease is for and the nature of
         the debtor's interest

State the term remaining

List the contract number of any          **Roy W Proctor**
    government contract                   **1406 Jefferson**
                                          **Bowie, TX 76230-2923**

---

2.2775.  State what the contract or
         lease is for and the nature of
         the debtor's interest

State the term remaining

List the contract number of any          **Roy Wayne Norris**
    government contract                   **2214 Dennis Rd.**
                                          **Weatherford, TX 76087**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2776.  State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Roy Y Rollin & Frances Bernell Rollin AB**
**520 Springhill Dr.**
**Hurst, TX 76054**

2.2777.  State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Royalties of America Marketing LLC**
**PO BOX 13240**
**Odessa, TX 79768**

2.2778.  State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Royalty Clearing House LTD**
**401 Congress Ave #1750**
**Austin, TX 78701**

2.2779.  State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Royalty Exchange Inc Attn: James H Cummi**
**P.O. Box 6264**
**San Antonio, TX 78209**

2.2780.  State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Royce and Kimberly Young**
**309 Hidden Valley Drive**
**Aledo, TX 76008**

2.2781.  State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any

**Royce L. Hudgins**
**601 N Bledsoe St.**
**Gilmer, TX 75644**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2782. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **RPP II, LLC** |
| | List the contract number of any government contract | **838 E High Street, Suite 265**<br>**Lexington, KY 40502** |

| 2.2783. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ruby Darden** |
| | List the contract number of any government contract | **6360 FM 1758**<br>**Bowie, TX 76230-6986** |

| 2.2784. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Rudy Ellis Ltd c/o Texas Capital Bank** |
| | List the contract number of any government contract | **P.O. Box 570717**<br>**Houston, TX 77257-0717** |

| 2.2785. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Russell & Rita Steagall** |
| | List the contract number of any government contract | **P.O. Box 136639**<br>**Ft. Worth, TX 76136** |

| 2.2786. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Russell Lee Brown** |
| | List the contract number of any government contract | **300 Smyth Street**<br>**Aledo, TX 76008** |

| 2.2787. | State what the contract or lease is for and the nature of the debtor's interest | **Russell Pinkerton**<br>**1705 10th St**<br>**Floresville, TX 78114** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

---

| 2.2788. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Russell R and LeeAnn Bearden** |
| | List the contract number of any government contract | **111 McKinzie Ln.** **Weatherford, TX 76087** |

---

| 2.2789. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Russell R. Bearden** |
| | List the contract number of any government contract | **111 McKinzie Lane** **Weatherford, TX 76087** |

---

| 2.2790. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Russell Reynolds** |
| | List the contract number of any government contract | **650 Leora Lane #10310** **Lewisville, TX 75056** |

---

| 2.2791. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Russell Stephens** |
| | List the contract number of any government contract | **179 PR 2178** **Decatur, TX 76234** |

---

| 2.2792. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Russell W Baity** |
| | List the contract number of any government contract | **10464 E Northwest Hwy Suite B** **Dallas, TX 75238** |

---

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2793. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Russell W Schell |
| | List the contract number of any government contract | 15455 Dallas Parkway<br>Suite 550<br>Addison, TX 75001 |

| 2.2794. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Ruth Baker Simon |
| | List the contract number of any government contract | 4320 Bellaire Dr. South, Apt. 118<br>Ft. Worth, TX 76109-5117 |

| 2.2795. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Ruth G Dahlin Ruth G Dahlin Revocable Tr |
| | List the contract number of any government contract | 8401 Lake Harbor Court<br>Fort Worth, TX 76179 |

| 2.2796. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Ruth Joyce Traylor Trust Bobby Matthews, |
| | List the contract number of any government contract | 8585 Business Park Drive<br>Shreveprot, LA 71105 |

| 2.2797. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Ruth N Garrett |
| | List the contract number of any government contract | 6238 Bandera Ave<br>Unit A<br>Dallas, TX 75225 |

| 2.2798. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Ruth Read 2006 Living Trust |
| | List the contract number of any | 5850 E. Lovers Lane Apt 350<br>Dallas, TX 75206 |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.2799. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ruth Shubert** |
| | List the contract number of any government contract | **4810 Cresthills Lane** <br> **Garland, TX 75043** |

| 2.2800. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **RWM 1988 Trust R. W. Moncrief Trustee** <br> **Moncrief Bldg.** |
| | List the contract number of any government contract | **950 Commerce St.** <br> **Ft. Worth, TX 76102-5418** |

| 2.2801. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **S Rand Stinnett** |
| | List the contract number of any government contract | **351 Regency Court** <br> **Denton, TX 76210-8504** |

| 2.2802. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **S Ruskin Beheler** |
| | List the contract number of any government contract | **212 E. Oak St.,** <br> **Aledo, TX 76008** |

| 2.2803. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **S Scott Stewart** |
| | List the contract number of any government contract | **5209 Elm Street** <br> **Colleyville, TX 76034** |

| 2.2804. | State what the contract or lease is for and the nature of the debtor's interest | **S&C Properties Attn: Scott Fikes** <br> **PO Box 601295** <br> **Dallas, TX 75360** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

---

2.2805. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract            _____

**S. Stephen Sidner Family Trust**
**10695 E Bahia Drive**
**Scottsdale, AZ 85259**

---

2.2806. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract            _____

**Sabine Investment, LLC Attn:  Robert Lin**
**103 South Woodrow Suite #3**
**Denton, TX 76205**

---

2.2807. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract            _____

**Sabrina Sayles Foley**
**1910 Fair Oaks Ln**
**Prosper, TX 75078**

---

2.2808. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract            _____

**Saddle Creek Energy Development c/o Mark**
**12770 Coit Road, Suite 541**
**Dallas, TX 75251**

---

2.2809. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract            _____

**Sally A Nichols**
**4000 Parkside Center Blvd #3209**
**Farmers Branch, TX 75240**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2810.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sally Ann Daetwyler c/o Jacob A Warnock**
**P.O. Box 9285**
**Wichita Falls, TX 76308**

**2.2811.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sally Gallagher**
**4512 Kelsey Lane**
**Arlington, TX 76017**

**2.2812.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Salt Fork Land Services, LLC**
**3706 Cedar ElmLane**
**Wichita Falls, TX 76308**

**2.2813.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sam J & Helen S Wilborn**
**Pleasant Valley Manor**
**204 West Main St**
**West Plains, MO 65775**

**2.2814.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sam Jay Allen**
**1340 Rock Dove Ct., #131**
**Punta Gorda, FL 33950**

**2.2815.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Sam L Wolf**
**P.O. Box 869**
**Tyler, TX 75710**

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.2816.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sam Lucas, III**
**123 Sunrise Drive**
**Boerne, TX 78006-7896**

**2.2817.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sam W. Nigh**
**18420 36th Ave W, Apt #332**
**Lynnwood, WA 98037**

**2.2818.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Samantha Jo Johnson**
**9200 160th Street SE**
**Snohomish, WA 98296**

**2.2819.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sameual Kevin Allen**
**3802 Galena Hills Loop**
**Round Rock, TX 78681**

**2.2820.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sammie K. and Delaine P. Casey**
**520 E. Henry St.**
**Hamilton, TX 76531**

**2.2821.** State what the contract or lease is for and the nature of the debtor's interest

**Sammye K Bullard Jorge**
**308 Marseille Dr**
**Hurst, TX 76054**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2822.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Samuel F Wren, III** |
| List the contract number of any government contract | **8212 Clovergien** <br> **Forth Worth, TX 76123** |
| **2.2823.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Samuel J. Allen** |
| List the contract number of any government contract | **5403 Grape Creek Road** <br> **San Angelo, TX 76903** |
| **2.2824.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Samuel Joseph Allen** |
| List the contract number of any government contract | **5403 Grape Creek Road** <br> **San Angelo, TX 76903** |
| **2.2825.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Samuel M Bailey** |
| List the contract number of any government contract | **9168 Spring Creek Rd** <br> **Cookeville, TN 38506** |
| **2.2826.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Sanders Oil & Gas** |
| List the contract number of any government contract | **PO Box 805** <br> **Alto, NM 88312** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2827.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandford Family Ltd Partnership**
**P.O. Box 660**
**Decatur, TX 76234**

**2.2828.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandra Ann Anderson Thompson**
**P.O. Box 394**
**Alvord, TX 76225**

**2.2829.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandra Bell**
**2553 Fountain Cove**
**Carrollton, TX 75006**

**2.2830.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandra D. Crane**
**2547 Red River Street**
**Mesquite, TX 75150**

**2.2831.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandra F Kunasek**
**405 Carlin Road**
**Mansfield, TX 76063**

**2.2832.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Sandra Faries**
**139 Lakeview Drive**
**Aledo, TX 76008**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.2833.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandra French**
**1304 S Church Street**
**Decatur, TX 76234**

**2.2834.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandra Jean Bigbie**
**104 6th Street**
**Bellevue, TX 76228**

**2.2835.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandra Kay Miller**
**625 Saddle Ridge Trail**
**Weatherford, TX 76807**

**2.2836.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandra L. Clark**
**3723 Hulen Park Drive**
**Fort Worth, TX 76109**

**2.2837.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandra Lea Hewett**
**107 Ellen Lane**
**Trinidad, TX 75209**

**2.2838.** State what the contract or lease is for and the nature of the debtor's interest

**Sandra Lynn Sheetz Gavin**
**13021 Evanston St**
**Rockville, MD 20853-3028**

Debtor 1   **Aruba Petroleum, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-42121**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2839. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sandra McAllister**<br>**313 Westgate Drive**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

| 2.2840. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sandra Michelle Cagle Grant**<br>**8309 Arroyo Ln**<br>**Fort Worth, TX 76126** |
| | List the contract number of any government contract | |

| 2.2841. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sandra Robinson**<br>**408 Walnut St.**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

| 2.2842. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sandra Thomas 1990 Mgmt Trust**<br>**4715 Collinwood Avenue**<br>**Fort Worth, TX 76107** |
| | List the contract number of any government contract | |

| 2.2843. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sandy Lynch Parker**<br>**309 Woody**<br>**Alvord, TX 76225** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**

First Name       Middle Name       Last Name

Case number *(if known)*   **16-42121**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2844.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandy Poer**
**7121 Blackwood Dr**
**Dallas, TX 75231**

---

**2.2845.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sandy Wren**
**4940 Cloyce Ct, Apt C**
**North Richland Hill, TX 76180**

---

**2.2846.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sanford P Fagadau**
**4849 Greenville Avenue #1600**
**Dallas, TX 75206**

---

**2.2847.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sara Alicia Flores**
**2514 Mickelson**
**Laredo, TX 78045**

---

**2.2848.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sara Jane Harding**
**662 Red Cut Road**
**De Queen, AR 71832**

---

**2.2849.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Sarah Ann Mettauer Summers**
**4200 Old Omen Road**
**#1305**
**Tyler, TX 75707**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2850. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sarah Hutson**<br>**810 Cherrywood Court**<br>**Irving, TX 75060** |
| | List the contract number of any government contract | |

| 2.2851. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sarah Jane C Leblanc**<br>**57705 Mcclung Drive**<br>**Plaquemine, LA 70764** |
| | List the contract number of any government contract | |

| 2.2852. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sarah Lee Rumage**<br>**2008 Timberland**<br>**Jacksboro, TX 76458** |
| | List the contract number of any government contract | |

| 2.2853. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sarah O. Sowan**<br>**203 Long Canyon Court**<br>**Richardson, TX 75080-2669** |
| | List the contract number of any government contract | |

| 2.2854. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **SAT Petroleum Resources**<br>**555 Republic Drive, Suite 505**<br>**Plano, TX 75074** |
| | List the contract number of any government contract | |

| 2.2855. | State what the contract or lease is for and the nature of the debtor's interest | **Scarlette Sullivan**<br>**3534 S. Weller Ave.**<br>**Springfield, MO 65804** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.2856.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Schoellkoph Shenandoah Partners
c/o Tolleson Wealth Management
5500 Preston Rd., Suite 250
Dallas, TX 75205**

---

2.2857.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Schwing Acquisitions LLC
9422 Common Street Suite 2
Baton Rouge, LA 70809**

---

2.2858.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Scofield Ventures, L.P.
21 Ashton Court
Dallas, TX 75230**

---

2.2859.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Scott Bouline
1107 Marblewood Dr
Keller, TX 76248**

---

2.2860.   State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Scott Covington
1029 Canyon Bend Dr
Dripping Springs, TX 78620**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.2861. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Scott D Bouline, LLC** |
| | List the contract number of any government contract | **1107 Marblewood Dr.** <br> **Keller, TX 76248** |

| 2.2862. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Scott Horn** |
| | List the contract number of any government contract | **204 Scenic Dr.** <br> **Aledo, TX 76008** |

| 2.2863. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Seacoast Production, Ltd.** |
| | List the contract number of any government contract | **PO Box 670717** <br> **Dallas, TX 75367-0717** |

| 2.2864. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Seadance, Inc. C/O Ms Pinksa CPA** |
| | List the contract number of any government contract | **PO Box 5428** <br> **Granbury, TX 76049** |

| 2.2865. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Seamless Capital LP c/o Jacob A Warnock** |
| | List the contract number of any government contract | **P.O. Box 9285** <br> **Wichita Falls, TX 76308** |

| 2.2866. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sean C Burke** |
| | List the contract number of any | **PO Box 1175** <br> **Aledo, TX 76008** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

**2.2867.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Sean Knight Properties, Inc.
4650 Annett Centerpoint Road
Aledo, TX 76008

**2.2868.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Seliece Duckwitz
1406 Golder Avenue
Odessa, TX 79761

**2.2869.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Serena Ynostrosa Davis
34953 Napoleon Dr.
Denham Springs, LA 70706

**2.2870.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Setay Ltd.
300 Belle Circle
Aledo, TX 76008

**2.2871.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Seth R. Bauserman
c/o Mathew M. Bauserman
701 East Byrd St. 1
Richmond, VA 23219

**2.2872.** State what the contract or lease is for and the nature of the debtor's interest

SFRM, LLC
18452 E. 111th Street
Broken Arrow, OK 74011-9408

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.2873.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Shalinda Thibodeaux**
**14990 S Bolivar**
**Baton Rouge, LA 70819**

---

2.2874.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Shane Fontenot**
**201 James St.**
**Aledo, TX 76008-4331**

---

2.2875.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Shannon Cobey Leonard**
**1018 Sunset Canyon Drive North**
**Dripping, TX 78620**

---

2.2876.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Shannon L Chapman**
**19021 Cottonwood Drive #221**
**Parker, CO 80138**

---

2.2877.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Shannon Morgan Partners, LLC**
**650 Old Authon Road**
**Weatherford, TX 76088**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2878.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Shannon Sayles Carter**
**8912 Allendale Rd**
**Heurico, VA 23229**

---

**2.2879.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sharee Enterprises, Inc.**
**2268 CR 1340**
**Chico, TX 76431**

---

**2.2880.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sharilyn Stewart**
**313 Smyth Street**
**Aledo, TX 76008**

---

**2.2881.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sharla K. Cox**
**1000 Camden Court Circle**
**Waco, TX 76712**

---

**2.2882.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sharon D Chambers**
**P.O. Box 857**
**Red Bluff, CA 96080**

---

**2.2883.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Sharon Evans**
**9332 Harbour View Lane**
**Fort Worth, TX 76179**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.2884.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sharon K Scheele**
**101 Aupuni St**
**Ph 1001**
**Hilo, HI 96720**

**2.2885.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sharon Kay Bunn**
**2032 Meadow Glen**
**Irving, TX 75060**

**2.2886.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sharon Keegan (Woolard)**
**564 Meadow Hill Rd**
**Fort Worth, TX 76108-9594**

**2.2887.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sharon Lynn Holcombe**
**4001 Masters Drive**
**League City, TX 77573**

**2.2888.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sharon Mccall**
**777 East 15Th Street**
**Plano, TX 75074**

**2.2889.** State what the contract or lease is for and the nature of the debtor's interest

**Sharon Meyer Callaway**
**716 Waterwood Street**
**Rockport, TX 78382**

| Debtor 1 | Aruba Petroleum, Inc. | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.2890. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Sharon Moran Grimes**
**9045 Sion Hill**
**Christiansted, VI 00820**

---

2.2891. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Sharon Siegmund Horn**
**121 Lakeview Drive**
**Aledo, TX 76008**

---

2.2892. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Shauna Gettys Tomme**
**7801 Bursey Court**
**N. Richland Hills, TX 76182**

---

2.2893. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Shawn Newby**
**PO Box 1573**
**Springtown, TX 76082**

---

2.2894. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Shelby Lewis**
**911 Hidden Moss Dr.**
**Cockeysville, MD 21030-5409**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2895. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sheli Allen Truly** |
| | List the contract number of any government contract | **1403 Diana Ct.** **Houston, TX 77062** |

| 2.2896. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Shelia & Mike Mcmanus** |
| | List the contract number of any government contract | **678 CR 2788** **Sunset, TX 76270-3302** |

| 2.2897. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Shelia Rhoads** |
| | List the contract number of any government contract | **9830 Camino Villa** **Apt 126** **San Antonio, TX 78254** |

| 2.2898. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Shelley Rene Moody** |
| | List the contract number of any government contract | **1520 Laurel Oak Loop** **Round Rock, TX 78665** |

| 2.2899. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Shelli R Hewitt Hill** |
| | List the contract number of any government contract | **P.O.Box 692** **Aledo, TX 76008** |

| 2.2900. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Shelly D Morgan** |
| | List the contract number of any | **135 Walton Lane** **Springton, TX 76082** |

Debtor 1    **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2901. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Shenandoah Memorial Hospital**<br>**759 S Main St.**<br>**Woodstock, VA 22664** |
| | List the contract number of any government contract | |

| 2.2902. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sheri Ann Jeter**<br>**Rural Route 1, Box 90**<br>**Soper, OK 74759** |
| | List the contract number of any government contract | |

| 2.2903. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sheri Frances Huling**<br>**1800 N Business Hwy 287**<br>**Decatur, TX 76234** |
| | List the contract number of any government contract | |

| 2.2904. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sheri Kay Crane**<br>**125 Central Hog Farm Road**<br>**Pineville, LA 71360** |
| | List the contract number of any government contract | |

| 2.2905. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sheridan J. Ropp**<br>**144 Overhill Road**<br>**Salina, KS 67401-3582** |
| | List the contract number of any government contract | |

| 2.2906. | State what the contract or lease is for and the nature of the debtor's interest | **Sherri Deneise Stockon**<br>**113 McKinzie Lane**<br>**Weatherford, TX 76087** |
|---|---|---|

Debtor 1  **Aruba Petroleum, Inc.**
_____
    First Name       Middle Name       Last Name

Case number *(if known)*   **16-42121**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.2907. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Sherri Hewett Owen** |
| | List the contract number of any government contract | **3616 Bryn Mawr Drive**<br>**Dallas, TX 75225** |
| 2.2908. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Sherry A Brown** |
| | List the contract number of any government contract | **3900 Chisholm Trail**<br>**Salado, TX 76571-5541** |
| 2.2909. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Sherry Jones** |
| | List the contract number of any government contract | **#6 Vera Court**<br>**Wichita Falls, TX 76310** |
| 2.2910. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Sherry L. Kantosky Richards** |
| | List the contract number of any government contract | **3921 Delaware Trail**<br>**Fort Worth, TX 76135** |
| 2.2911. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Sherry Lynn Parker-Lemon** |
| | List the contract number of any government contract | **1011 Shady Oaks Drive**<br>**Bridgeport, TX 76426** |

Debtor 1   **Aruba Petroleum, Inc.**                                        Case number *(if known)*  **16-42121**
      First Name      Middle Name      Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2912.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Sherry Watkins Young**
**P.O. Box 120099**
**Tyler, TX 75712**

---

**2.2913.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Sherryl Sayles Thomas**
**4228 Glenwood Ave**
**Dallas, TX 75205**

---

**2.2914.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Sheryl Grayson Murphy**
**115 Woodcrest Drive**
**Haughton, LA 71037**

---

**2.2915.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Shilo Nelson**
**102 Hombre Cr.**
**Panama City Beach, FL 32407**

---

**2.2916.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Shirley Brice**
**4053 N O'Connor Rd**
**Irving, TX 75062**

---

**2.2917.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Shirley M Klein**
**2930 Vinny Drive**
**Prescott, AZ 86301**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.2918.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Shirley Mann c/o Sandi George**
**2303 Fair Oaks Drive**
**Bridgeport, TX 76426**

**2.2919.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Shirley Nobles**
**5635 Greenwood Rd.**
**Decatur, TX 76234-7182**

**2.2920.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Shirley Roland**
**2426 Belknap Creek**
**Bellevue, TX 76228**

**2.2921.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Shirley Sylvis**
**P.O.Box 114**
**Aledo, TX 76008**

**2.2922.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Shirley Wright Poteet**
**1909 Canyon Ct**
**Denton, TX 76205**

**2.2923.** State what the contract or lease is for and the nature of the debtor's interest

**SHK Investments, LLC**
**18 Fairview Ln.**
**Aledo, TX 76008**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2924.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Shriners Hospital For Children C/O North** |
| List the contract number of any government contract | P.O. Box 226270<br>Dallas, TX 75222-6270 |
| **2.2925.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Sidney Boyd** |
| List the contract number of any government contract | **1220 Scarlet Sage Parkway**<br>**Burleson, TX 76028** |
| **2.2926.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Sidney Denise Schutze** |
| List the contract number of any government contract | **8600 Thackery St #2203**<br>**Dallas, TX 75225** |
| **2.2927.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Silver Creek Oil & Gas LLC** |
| List the contract number of any government contract | **P.O. Box 1499**<br>**Gainesville, TX 76241** |
| **2.2928.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Silver Creek Properties, Inc.** |
| List the contract number of any government contract | **3505 Williams Rd.**<br>**Ft. Worth, TX 76116** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
          First Name      Middle Name      Last Name

Case number *(if known)*   **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2929. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Silver Royalties, LLC**<br>**PO Box 1949**<br>**Odessa, TX 79760** |
| | List the contract number of any government contract | |

| 2.2930. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Simpson Family Living Trust c/o Dick Sim**<br>**2218 West Leland**<br>**Chicago, IL 60625** |
| | List the contract number of any government contract | |

| 2.2931. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Slade Charless Upham**<br>**PO Box 940**<br>**Mineral Wells, TX 76068** |
| | List the contract number of any government contract | |

| 2.2932. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Slagle Trust Robert S Howard & George W**<br>**P.O. Box 532**<br>**Henrietta, TX 76365-0532** |
| | List the contract number of any government contract | |

| 2.2933. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Slick Rock Lp**<br>**5416 Birchman Ave**<br>**Fort Worth, TX 76107** |
| | List the contract number of any government contract | |

| 2.2934. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Smith Family Trust Ronald L Smith, Trust**<br>**28305 N 53RD Street**<br>**Cave Creek, AZ 85331** |
| | List the contract number of any | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2935. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Smith Number 2 Joint Venture** |
| | List the contract number of any government contract | **207 S Denton Tap Road Suite 500 Coppell, TX 75019** |

| 2.2936. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Smith-Thomas Investments, LLC** |
| | List the contract number of any government contract | **6300 Ridglea Place, Suite 810 Fort worth, TX 76116** |

| 2.2937. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **SMJ Ranch** |
| | List the contract number of any government contract | **1651 Rhoades Lane Springtown, TX 76082** |

| 2.2938. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Snowmor Investments LLC** |
| | List the contract number of any government contract | **P.O.Box 312 Aledo, TX 76008** |

| 2.2939. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sobra Anne Roberts** |
| | List the contract number of any government contract | **P.O. Box 1448 Kilgore, TX 75663** |

| 2.2940. | State what the contract or lease is for and the nature of the debtor's interest | **Southern Methodist University fbo J Rosc Minerals Management Office PO Box 750193 Dallas, TX 75275-0193** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.2941. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Southwest Consultants LLC**
**P.O. Box 158**
**Montague, TX 76251**

---

2.2942. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Southwest Petroleum Company, LP**
**PO Box 702377**
**Dallas, TX 75370-2377**

---

2.2943. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Spartan Exploration Co**
**P.O. Box 191627**
**Dallas, TX 75219**

---

2.2944. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**SPCA of Texas**
**2400 Lone Star Drive**
**Dallas, TX 75212**

---

2.2945. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Specialty Research Associates, LLC**
**P.O.Box 397**
**Aledo, TX 76008**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.2946.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Spiro Resources Ltd**
**P.O. Box 6387**
**San Antonio, TX 78209**

---

2.2947.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**SSP Trust B Joe Carl Payne TTEE**
**650 Old Authon Rd.**
**Weatherford, TX 76088**

---

2.2948.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**St Andrews Royalties LLC**
**PO Box 50592**
**Midland, TX 79710**

---

2.2949.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**St James Episcopal Church**
**Attn: Debbie Spiltmer**
**P.O. Box 126**
**Baton Rouge, LA 70821**

---

2.2950.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**St Luke'S Episcopal Church**
**8833 Goodwood Blvd**
**Baton Rouge, LA 70806**

---

2.2951.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**St Paul Minerals Inc**
**PO Box 25163**
**Dallas, TX 75225**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number (*if known*) | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.2952. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**St. Paul Lutheran Church**
**1800 W Freeway**
**Fort Worth, TX 76102**

2.2953. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Stacy Reynolds**
**224 Parkview Drive**
**Aledo, TX 76008**

2.2954. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Stacy Sue Sayles**
**2901 Morning Cloud Court**
**Pearland, TX 77584**

2.2955. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Stacy Wilson**
**P. O. Box 1014**
**Graham, TX 76450**

2.2956. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Stanley Newby**
**6966 Concord Hills Loop NE**
**Rio Rancho, NM 87144**

2.2957. State what the contract or lease is for and the nature of the debtor's interest

**Stasha Siegert**
**606 S Cedar**
**Seymour, TX 76380**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2958. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **State of Texas** |
| | | **Stephen F Austin Building** |
| | List the contract number of any government contract | **1700 North Congress** |
| | | **Austin, TX 78701** |

| 2.2959. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **State of Texas** |
| | | **Stephen F Austin Building** |
| | List the contract number of any government contract | **1700 North Congress** |
| | | **Austin, TX 78701** |

| 2.2960. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **State of Texas** |
| | | **1700 North Congress** |
| | List the contract number of any government contract | **Ste 840** |
| | | **Austin, TX 78701** |

| 2.2961. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Stella Joanne Johnson Thorp** |
| | | **6601 Reamer Street** |
| | List the contract number of any government contract | **Houston, TX 77074** |

| 2.2962. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Stephan Kronberger** |
| | | **470 Meadowlark Circle** |
| | List the contract number of any government contract | **Rogersville, MO 65742** |

Debtor 1    **Aruba Petroleum, Inc.**                                    Case number *(if known)*  **16-42121**
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2963.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining
                                                          **Stephanie Belmonte**
          List the contract number of any                **4214 Redfield Ave**
          government contract                             **North Las Vegas, NV 89032**

2.2964.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining
                                                          **Stephanie Beth Gage**
          List the contract number of any                **403 Brookview Dr**
          government contract                             **Decatur, TX 76234**

2.2965.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining
                                                          **Stephanie Eberle**
          List the contract number of any                **5713 McCall Drive**
          government contract                             **Plano, TX 75093**

2.2966.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining
                                                          **Stephanie Stephens Capt**
          List the contract number of any                **PO Box 1227**
          government contract                             **Kilgore, TX 75663**

2.2967.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining
                                                          **Stephen and Jane Noble**
          List the contract number of any                **6408 Lakeside Drive**
          government contract                             **Flower Mound, TX 75028**

2.2968.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining
                                                          **Stephen and Susan Fulbright**
          List the contract number of any                **219 North 7th Street**
                                                          **Jacksboro, TX 76458**

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2969. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Stephen Gene Chase |
| | List the contract number of any government contract | PO Box 248 Naches, WA 98937 |

| 2.2970. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Stephen J Wren |
| | List the contract number of any government contract | 1521 Old Reunion Rd. Decatur, TX 76234 |

| 2.2971. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Stephen M Cooper |
| | List the contract number of any government contract | 719 West Front Street Suite 100 Tyler, TX 75702 |

| 2.2972. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Stephen M. Dangos |
| | List the contract number of any government contract | 5409 Park Place Drive Argyle, TX 76226 |

| 2.2973. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Stephen McCrary |
| | List the contract number of any government contract | 235 S. 11th St. Payette, ID 83661 |

| 2.2974. | State what the contract or lease is for and the nature of the debtor's interest | Stephen Thomas Hodges 211 N Texas Street Hereford, TX 79045-4227 |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2975. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Steve L Strange<br>7709 Grassland<br>Fort Worth, TX 76133 |

| 2.2976. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Steve Monroe Balthrop<br>4965 Sh 25N<br>Electra, TX 76360 |

| 2.2977. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Steve Van & Jo Lynn Harris<br>7050 Highway 199<br>West Springtown, TX 76082 |

| 2.2978. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Steven & Joann Dunn<br>101 Yeary Lane<br>Aledo, TX 76008 |

| 2.2979. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Steven & Sheryl Aldridge<br>116 Yeary Lane<br>Aledo, TX 76008 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Aruba Petroleum, Inc.**                                    Case number *(if known)*    **16-42121**
       First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2980.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

> **Steven D Gunter**
> **4906 Camp Bowie Blvd.**
> **Ft. Worth, TX 76107**

**2.2981.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

> **Steven Erik Sabine, Individually and as**
> **2030 Houston Street**
> **Vernon, TX 76384**

**2.2982.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

> **Steven Fitzgerald**
> **7600 Ambassador Row**
> **Dallas, TX 75247**

**2.2983.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

> **Steven J Sage**
> **1385 Wedgewood Ave.**
> **Upland, CA 91786**

**2.2984.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

> **Steven L Gage, Trustee, c/o Gerry Orth T**
> **2501 Parkview Drive, Suite 123**
> **Fort Worth, TX 76102**

**2.2985.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

> **Steven L. Gage**
> **3417 Bryn Mawr Dr.**
> **Dallas, TX 75225**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2986. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Steven Lee Peters** |
| | List the contract number of any government contract | **970 Spring Street** **Oak View, CA 93022** |

| 2.2987. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Steven M. Hicks** |
| | List the contract number of any government contract | **4165 Clover Lane** **Marietta, OK 73448** |

| 2.2988. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Steven W and Melanie K Green** |
| | List the contract number of any government contract | **109 Chestnut Street** **Aledo, TX 76008** |

| 2.2989. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Stewart Hellman** |
| | List the contract number of any government contract | **7921 Calla Court** **Fort Worth, TX 76123** |

| 2.2990. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Stockman Group LLC** |
| | List the contract number of any government contract | **113 W. McKinzie Lane** **Weatherford, TX 76087** |

| 2.2991. | State what the contract or lease is for and the nature of the debtor's interest | **Stone Haus Resources, LLC Attn:  John S.** **12900 Stroh Ranch Place, Suite 200-M** **Parker, CO 80134** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2992. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Stoney T. White**<br>**125 Jearl St**<br>**Aledo, TX 76008** |

| 2.2993. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Strategic Petroleum Investments Consulta**<br>**23501 Cinco Ranch Blvd, Suite H210**<br>**Katy, TX 77494-3095** |

| 2.2994. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sue Ella Boone Hatch**<br>**257 Wightman Lane**<br>**Rusk, TX 75785** |

| 2.2995. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sue Fitch Couey c/o Neil Couey, POA**<br>**408 E. 4th Street**<br>**Sweeny, TX 77480** |

| 2.2996. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sue Holman Blair**<br>**9304 Raymond Landtrip Road**<br>**Mansfield, AR 72944** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number (*if known*) | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2997.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Sue Holman Blair**
**2919 Zora Chapel Dr.**
**Rudy, AR 72952**

---

**2.2998.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Sue McKnight**
**1130 Marc Street**
**Burleson, TX 76028-6458**

---

**2.2999.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Sue Nell Sewell**
**205 Carolyn Road**
**Nocona, TX 76255-3102**

---

**2.3000.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Sue Robertson**
**901 West 6th Street**
**Idalou, TX 79329**

---

**2.3001.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Sue S. Parker**
**5701 Virginia Parkway**
**Apt #4313**
**McKinney, TX 75071**

---

**2.3002.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Sue Schwing Tannehill**
**2728 Windrush Way**
**Baton Rouge, LA 70809**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.3003. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Sugarberry Oil & Gas 2005**<br>**5950 Cedar Springs Rd.**<br>**Suite 230**<br>**Dallas, TX 75235-6803** |
| | List the contract number of any government contract | |

| 2.3004. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Susan Black Trust Susan Ross Black, Trus**<br>**99 North Post Oak Lane**<br>**Suite 3304**<br>**Houston, TX 77024** |
| | List the contract number of any government contract | |

| 2.3005. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Susan Campbell**<br>**515 Country Club Drive**<br>**Henrietta, TX 76365** |
| | List the contract number of any government contract | |

| 2.3006. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Susan D. Shamblin**<br>**835 Hunterwood Drive**<br>**Jasper, TX 75951** |
| | List the contract number of any government contract | |

| 2.3007. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Susan Elain Wilson**<br>**7401 FM 281**<br>**Sunray, TX 79086** |
| | List the contract number of any government contract | |

| 2.3008. | State what the contract or lease is for and the nature of the debtor's interest | **Susan Elaine Capper**<br>**P.O. Box 1176**<br>**McKinney, TX 75070** |
|---|---|---|

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | 16-42121 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.3009.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Susan Hewett Lucas
906 Dove Creek
Athens, TX 75751

---

2.3010.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Susan J Yackley Gale
5460 E Sandridge
Morris, IL 60450

---

2.3011.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Susan Jones
789 County Road 2896
Alvord, TX 76225-3017

---

2.3012.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Susan L. Kiel
1206 Brookhollow Ct.
Bryan, TX 77802

---

2.3013.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

Susan Mackie Fowler
2760 Hydraulic Road
Charlottesville, VA 22901

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3014. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Susan Meyers Elliott** |
| | List the contract number of any government contract | **2420 N Drexel Blvd**<br>**Oklahoma  City, OK 73107** |

| 2.3015. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Susan Moran Jones** |
| | List the contract number of any government contract | **17 Trinity Oaks Road**<br>**Fort Worth, TX 76114** |

| 2.3016. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Susan Petty Connally** |
| | List the contract number of any government contract | **PO Box 64701**<br>**Lubbock, TX 79464-5258** |

| 2.3017. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Susan Pierce Jansen** |
| | List the contract number of any government contract | **1704 Crisp Rd.**<br>**Ennis, TX 75119** |

| 2.3018. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Susan Siegmund** |
| | List the contract number of any government contract | **2501 Old Annetta Road**<br>**Aledo, TX 76008** |

| 2.3019. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Susan Stephenson** |
| | List the contract number of any | **2900 Buckskin Run**<br>**Apt 203**<br>**Fort Worth, TX 76116** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

**2.3020.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Susan V. Matlock
425 Rolling Hills Dr.
Aledo, TX 76008

**2.3021.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Susie Nivens Trust M Conquest Trustee
1705 Boston
Bridgeport, TX 76426

**2.3022.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Sustainable Forests LLC
Attn: Tom Connor
6400 Popular Avenue
Memphis, TN 38197

**2.3023.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Suzanna Mead Feldmann
521 Ridgemont Avenue
San Antonio, TX 78209

**2.3024.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Suzanne Browne McNeill
1809 Elm Crest Drive
Arlington, TX 76012

**2.3025.** State what the contract or lease is for and the nature of the debtor's interest

Suzanne Burke Kennedy
801 W 5th, #1506
Austin, TX 78703

Debtor 1  **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| 2.3026. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Suzanne Hoefle Moody**<br>**P.O. Box 1045**<br>**Bridgeport, TX 76426** |
| 2.3027. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Suzanne T. and Bradford L. Williamson**<br>**305 James St**<br>**Aledo, TX 76008** |
| 2.3028. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Swanson Oil & Gas Inc**<br>**105 Edgeview Drive, Suite 400**<br>**Bloomfield, CO 80021** |
| 2.3029. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Sylvia Todd Porteous c/o Travis Property**<br>**P.O. Box 56429**<br>**Houston, TX 77256-6429** |
| 2.3030. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Sylvia Todd Porteous C/O Travis Property**<br>**P.O. Box 56429**<br>**Houston, TX 77256-6429** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.3031. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **T J Tinney** |
| | | **Address No Longer Valid** |
| | List the contract number of any government contract | **2327 Brook Hollow** |
| | | **Wichita Falls, TX 76308-2206** |
| 2.3032. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **T L South** |
| | | **4705 Spring Meadow Lane** |
| | List the contract number of any government contract | **Unit #2** |
| | | **Midland, TX 79705** |
| 2.3033. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **T Makphailbulchoke** |
| | | **3005 Regatta Lane #1** |
| | List the contract number of any government contract | **Fort Collins, CO 80525** |
| 2.3034. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **T Marie Barnett Smith** |
| | | **671 Awatobi Ovi** |
| | List the contract number of any government contract | **Flagstaff, AZ 86001-3715** |
| 2.3035. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **T R McClellan** |
| | | **P.O. Box 1086** |
| | List the contract number of any government contract | **Benton, LA 71006** |
| 2.3036. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **T&D Real Estate Ltd** |
| | | **P. O. Box 4140** |
| | List the contract number of any | **Carlsbad, CA 92018-4140** |

Debtor 1   **Aruba Petroleum, Inc.**

First Name       Middle Name       Last Name

Case number (*if known*)   **16-42121**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |
| **2.3037.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **T. P. Reynolds**<br>**125 Hwy 101 West**<br>**Sunset, TX 76270** |
| **2.3038.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tadmar Investments, LLC**<br>**1101 Hugh Wallis Road S**<br>**Suite 105**<br>**Lafayette, LA 70508** |
| **2.3039.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tait Dupont**<br>**P.O. Box 1332**<br>**Brusly, LA 70719** |
| **2.3040.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tallum Dupont**<br>**1151 Chateau Court**<br>**Baton Rouge, LA 70815** |
| **2.3041.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tamera Dugan**<br>**234 Highland Dr.**<br>**Aledo, TX 76008** |
| **2.3042.** State what the contract or lease is for and the nature of the debtor's interest | **Tami Eason Murphy, SSP**<br>**812 Katy Rd**<br>**Fort Worth, TX 76244** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |
| 2.3043. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Tammie Easley**<br>**#4 Northglen Road**<br>**Breckenridge, TX 76424** |
| 2.3044. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Tammie Jean Masters**<br>**P.O. Box 2696**<br>**San Angelo, TX 76902** |
| 2.3045. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Tammy G Howes**<br>**417 Rolling Hills**<br>**Aledo, TX 76008** |
| 2.3046. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Tanya Sadeghian**<br>**8 Saddlewood Estates Drive**<br>**Houston, TX 77024-6841** |
| 2.3047. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Targa North Texas Lp**<br>**1000 Louisiana St Suite 4300**<br>**Houston, TX 77002** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3048.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Taryn Robertson**
**653 Kerry St**
**Crowley, TX 76036-2756**

---

**2.3049.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Tas Royalty Company**
**P.O. Box 5279**
**Austin, TX 78763**

---

**2.3050.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**TBT Family Partnership**
**PO Box 510**
**Decatur, TX 76234**

---

**2.3051.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**TDJS, LLC**
**617 Pine Street**
**Aledo, TX 76008**

---

**2.3052.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Ted G. Kitchens**
**1585 Kelly Rd.**
**Aledo, TX 76008**

---

**2.3053.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Ted Gordon Renshaw**
**1010 League Road**
**Lewisville, TX 75067**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.3054. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ted M Pierce** |
| | List the contract number of any government contract | **74-5602 Alapa St #768 Kailua Kona, HI 96740** |

| 2.3055. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Teddy G. & Lynn Kitchens** |
| | List the contract number of any government contract | **1585 Kelly Rd Aledo, TX 76008** |

| 2.3056. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **TEMK, LP** |
| | List the contract number of any government contract | **2706 FM 3003 Graham, TX 76450** |

| 2.3057. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Teresa Kay Mayo Decker** |
| | List the contract number of any government contract | **259 CR 4896 Boyd, TX 76082** |

| 2.3058. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Teresa Kelly** |
| | List the contract number of any government contract | **#5 Kelly Green Wichita Falls, TX 76310** |

| 2.3059. | State what the contract or lease is for and the nature of the debtor's interest | **Teri Anne Bedillion 3608 Colgate Avenue Dallas, TX 75225** |
|---|---|---|

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.3060. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Teri Hardaway** |
| | List the contract number of any government contract | **2547 Red River Street** <br> **Mesquite, TX 75150** |

| | | |
|---|---|---|
| 2.3061. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Terra Oil And Gas Inc C/O Solid Resource** |
| | List the contract number of any government contract | **12900 Preston Road Suite 800** <br> **Dallas, TX 75230** |

| | | |
|---|---|---|
| 2.3062. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Terri G. Lowe** |
| | List the contract number of any government contract | **2904 Old Low Gap Road** <br> **Low Gap, NC 27024** |

| | | |
|---|---|---|
| 2.3063. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Terri H Crow** |
| | List the contract number of any government contract | **198 Forest Bend Ln** <br> **Weatherford, TX 76087** |

| | | |
|---|---|---|
| 2.3064. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Terry Ann Parker Dyer** |
| | List the contract number of any government contract | **P.O. Box 811** <br> **Venus, TX 76084** |

Debtor 1  **Aruba Petroleum, Inc.**
    First Name         Middle Name        Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3065.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Terry Diane Ward**
**1801 Foxwood Ct.**
**Arlington, TX 76012**

**2.3066.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Terry I. Burke**
**PO Box 1035**
**Aledo, TX 76008**

**2.3067.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Terry J & Arta Cooper**
**8153 E Davies Avenue**
**Centennial, CO 80112**

**2.3068.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Terry Skinner**
**148 PR 3378**
**Paradise, TX 76073**

**2.3069.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Terry W and Gwen Seiley**
**113 Hidden Valley Drive**
**Aledo, TX 76008**

**2.3070.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**TESG 1 GP**
**9430 Priority Way W Drive**
**Indianapolis, IN 46240**

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

| 2.3071. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Tess Chaillou** |
| | List the contract number of any government contract | **708 Franham Place** **Bellaire, MD 21014** |

| 2.3072. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Tessa Compton Thomas** |
| | List the contract number of any government contract | **1707 Hilltop Lane** **Pantego, TX 76013** |

| 2.3073. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Tevis Treville Green** |
| | List the contract number of any government contract | **718 Suncrest Drive** **Kemp, TX 75143** |

| 2.3074. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Texas American Bank of Fort Worth Truste** |
| | List the contract number of any government contract | **500 Throckmorton Street** **Fort Worth, TX 76113** |

| 2.3075. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Texas American Bank of Fort Worth Truste** |
| | List the contract number of any government contract | **500 Throckmorton Street** **Fort Worth, TX 76113** |

| 2.3076. | State what the contract or lease is for and the nature of the debtor's interest | **Texas American Bank of Fort Worth Truste** **500 Throckmorton Street** **Fort Worth, TX 76113** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor 1   **Aruba Petroleum, Inc.**                                        Case number (*if known*)   **16-42121**
       First Name      Middle Name      Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any
        government contract

---

**2.3077.**   State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Texas American Bank of Fort Worth Truste**
**500 Throckmorton Street**
**Fort Worth, TX 76113**

---

**2.3078.**   State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Texas Butane Company**
**103 W Church St.**
**Weatherford, TX 76086**

---

**2.3079.**   State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Texas Energy Investors LLC**
**712 Boling Ranch Rd**
**Azle, TX 76020**

---

**2.3080.**   State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Texas General Land Office**
**P. O. Box 12873**
**Austin, TX 78711-2873**

---

**2.3081.**   State what the contract or
    lease is for and the nature of
    the debtor's interest

    State the term remaining

    List the contract number of any
        government contract

**Texas Luthern University**
**1000 West Court Street**
**Seguin, TX 78155**

---

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3082. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Texas Scottish Rite Hospital Attn: Contr**<br>**P. O. Box 199300**<br>**Dallas, TX 75219** |

| 2.3083. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Texas Scottish Rite Hospital For Cripple**<br>**P.O. Box 199300**<br>**Dallas, TX 75219** |

| 2.3084. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Texas Talents**<br>**P.O. Box 136639**<br>**Ft. Worth, TX 76136** |

| 2.3085. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Texas Tech University**<br>**ATTN: Micah Malouf**<br>**PO Box 41081**<br>**Lubbock, TX 79409** |

| 2.3086. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Texon Lp**<br>**11757 Katy Freeway Ste 1400**<br>**Houston, TX 77079** |

| 2.3087. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **The Amy Vernae Dahlin Trust c/o William**<br>**6300 Ridglea Place, Suite 611**<br>**Ft. Worth, TX 76116** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3088. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **The AWP 1983 Trust c/o Petroleum F. Inc** |
| | List the contract number of any government contract | **309 West 7th Street**<br>**Suite 200**<br>**Forth Worth, TX 76102-6902** |

| 2.3089. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **The Discovery Foundation** |
| | List the contract number of any government contract | **6060 N Central Expressway**<br>**Suite 560**<br>**Dallas, TX 75206** |

| 2.3090. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **The EDG Trust c/o Mark K O'Briant Truste** |
| | List the contract number of any government contract | **5004 Sea Pines Dr.**<br>**Dallas, TX 75287** |

| 2.3091. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **The Estate of Cecil Richey Paula M. Dick** |
| | List the contract number of any government contract | **3342 Oakshade Ct.**<br>**Fairfax, VA 22033-1236** |

| 2.3092. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **The Estate of Michael Lowrance c/o Linda** |
| | List the contract number of any government contract | **PO Box 468**<br>**Azel, TX 76098-0468** |

| 2.3093. | State what the contract or lease is for and the nature of the debtor's interest | **The Estate of Nancy Murphy Attn: Harry J**<br>**466 Pennsylvania Ave, Unit E**<br>**Glen Ellyn, IL 60137** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.3094. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **The Estate of Tommie Mae Badgett Gary D.** |
| | List the contract number of any government contract | **151 Hillcrest** <br> **Jacksboro, TX 76458** |

| 2.3095. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **The Harry J. and Delma L. Deaver Trust** |
| | List the contract number of any government contract | **1508 Jefferson** <br> **Bowie, TX 76230** |

| 2.3096. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **The Klein Living Trust, Shirley M Klein** |
| | List the contract number of any government contract | **2930 Vinny Drive** <br> **Prescott, AZ 86301** |

| 2.3097. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **The Merlya Holland Wright Family Trust c** |
| | List the contract number of any government contract | **6300 Ridglea Place, Suite 611** <br> **Ft. Worth, TX 76116** |

| 2.3098. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **The Miles Foundation** |
| | List the contract number of any government contract | **2821 W. 7th Street** <br> **Suite 200** <br> **Fort Worth, TX 76107** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3099.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**The Oxbridge Fund LTD**
**16051 Addison Road**
**Suite 212**
**Addison, TX 75001**

---

**2.3100.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**The Prospect Company**
**PO Box 1100**
**Edmond, OK 73083**

---

**2.3101.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**The Pruett Family Limited Partnership**
**PO Box 87**
**Slidell, TX 76267**

---

**2.3102.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**The Robert T. Lambert and Dorothy J. Lam**
**201 Robert St.**
**Aledo, TX 76008**

---

**2.3103.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**The Taurus Corporation**
**P. O. Box 1477**
**Little Elm, TX 75068**

---

**2.3104.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**The Yield Master Fund II, LP**
**1000 Ballpark Way, Ste 216**
**Arlington, TX 76001**

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name      Middle Name      Last Name

Case number (*if known*)  **16-42121**
_____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.3105. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Thelma Youngblood O'Kelley** |
| | List the contract number of any government contract | **711 W State St** **Alvord, TX 76225** |

| 2.3106. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Theodore Mark Bedillion** |
| | List the contract number of any government contract | **2704 Valley Springs Road** **Austin, TX 78746** |

| 2.3107. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Theodore T. Sendak** |
| | List the contract number of any government contract | **138 Inwood Trail** **Madison, AL 35758** |

| 2.3108. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Therese Williams** |
| | List the contract number of any government contract | **P.O. Box 6** **Boyd, TX 76023** |

| 2.3109. | State what the contract or lease is for and the nature of the debtor's interest | **The Debtor is a party to numerous oil and gas leases and Joint operating agreements used in its day to day operations.** |
| | State the term remaining | |
| | List the contract number of any government contract | **third party** |

Debtor 1    **Aruba Petroleum, Inc.**                                                    Case number *(if known)*    **16-42121**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3110. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Thomas A Taylor** |
| | List the contract number of any government contract | **165 W Rampart # 405**<br>**San Antonio, TX 78216** |

| 2.3111. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Thomas Adcock** |
| | List the contract number of any government contract | **1883 Dexter Lane**<br>**Frisco, TX 75034** |

| 2.3112. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Thomas and Diane Brown** |
| | List the contract number of any government contract | **6 Bankhead Cove**<br>**Aledo, TX 76008** |

| 2.3113. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Thomas and Kristie A. Vanover** |
| | List the contract number of any government contract | **420 Rolling Hills Dr**<br>**Aledo, TX 76008** |

| 2.3114. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Thomas and Suzanne Lenio** |
| | List the contract number of any government contract | **46 Biddle Road**<br>**Montoursville, PA 17754** |

| 2.3115. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Thomas B. Standefer** |
| | List the contract number of any | **120 Denver Trail Court**<br>**Azle, TX 76020** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3116. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Thomas Bishop Standefer** |
| | List the contract number of any government contract | | **120 Denver Trail Ct.**<br>**Azle, TX 76020** |

| 2.3117. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Thomas Carlile Nichols** |
| | List the contract number of any government contract | | **P.O. Box 96197**<br>**South Lake, TX 76092** |

| 2.3118. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Thomas Cooke Bussey** |
| | List the contract number of any government contract | | **3624 CR 805-B**<br>**Cleburne, TX 76031-7865** |

| 2.3119. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Thomas D Binford Et Ux Bettie Jo** |
| | List the contract number of any government contract | | **2075 CR 442**<br>**Muenster, TX 76252** |

| 2.3120. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Thomas E Brown** |
| | List the contract number of any government contract | | **4416 Stanley Keller Rd**<br>**Fort Worth, TX 76117-2216** |

| 2.3121. | State what the contract or lease is for and the nature of the debtor's interest | | **Thomas E. Faulkner**<br>**1513 Chippewa**<br>**Longview, TX 75605** |

Debtor 1  **Aruba Petroleum, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**16-42121**



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| **2.3122.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Thomas Edwin Hayes**<br>**1412 Riva Del Garda Way**<br>**St. Augustine, FL 32092** |
| **2.3123.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Thomas G. Hixon, Jr.**<br>**2055 Heritage Hill Dr.**<br>**Jackson, MS 39211** |
| **2.3124.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Thomas G. Hixon, Sr.**<br>**149 Woodmont Way**<br>**Ridgeland, MS 39157** |
| **2.3125.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Thomas Harding, III & Sarah Jane Harding**<br>**662 Red Cut Road**<br>**De Queen, AZ 71832** |
| **2.3126.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Thomas Hartman**<br>**PO Box 403**<br>**Muenster, TX 76262** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3127. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Thomas J Tinney III**<br>**4696 South Clarkson**<br>**Englewood, CO 80110** |

| 2.3128. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Thomas Karl Heinz Teltscher**<br>**303 Randle Street**<br>**Roanoke, AL 36274** |

| 2.3129. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Thomas Lee Wright**<br>**106 Cheyenne Street**<br>**Gilmer, TX 75644** |

| 2.3130. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Thomas M Scott Exec Mrs W E Scott**<br>**3960 N Ridgecrest**<br>**Tuscon, AZ 85701** |

| 2.3131. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Thomas O Bailey**<br>**9530 Dartridge Dr**<br>**Dallas, TX 07523-8182** |

| 2.3132. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Thomas Or Sybil Nivens Comptroller Publi**<br>**Box 13528**<br>**Capitol Station**<br>**Austin, TX 78711** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.3133. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Thomas R. and Bridgett Smith** |
| | List the contract number of any government contract | **171 Crooked Creek Lane** **Aledo, TX 76008** |

| | | |
|---|---|---|
| 2.3134. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Thomas R. Smith and Susan J. Smith** |
| | List the contract number of any government contract | **120 Robert St.** **Aledo, TX 76008** |

| | | |
|---|---|---|
| 2.3135. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Thomas W Cooper MD** |
| | List the contract number of any government contract | **201 Fair Lane** **Tyler, TX 75701** |

| | | |
|---|---|---|
| 2.3136. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Thomas W Lett, Jr.** |
| | List the contract number of any government contract | **400 N. Saint Paul St. Ste 800** **Dallas, TX 75219** |

| | | |
|---|---|---|
| 2.3137. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Thomas W. Moore III** |
| | List the contract number of any government contract | **901 Winged Foot** **Corsicana, TX 75110** |

| | | |
|---|---|---|
| 2.3138. | State what the contract or lease is for and the nature of the debtor's interest | **Tim Crane** **2547 Red River Street** **Mesquite, TX 75150** |

Debtor 1   **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.3139.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Tim W Woodruff
PO Box 443
Decatur, TX 76234**

---

2.3140.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Timothy and Cheryl Foster
127 Lakeview Dr.,
Aledo, TX 76008**

---

2.3141.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Timothy Keith and Julie A Watts
171 Loma Blanca Lane
Cresson, TX 76035**

---

2.3142.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Timothy McDougal
8516 Jordan Drive
Lubbock, TX 79423**

---

2.3143.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Timothy R. Sendak
1302 South Indiana Ave
Crown Point, IN 46307**

---

**Schedule G: Executory Contracts and Unexpired Leases**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3144.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Timothy Slagle**
**4001 Merrett Dr.**
**Lake Worth, TX 76135**

---

**2.3145.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Timothy Sullins Works**
**1003 Fletcher**
**Gainsville, TX 76240**

---

**2.3146.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Tin Can Tech Inc Attn: Larry Kelly**
**3314 Roosevelt Drive**
**Arlington, TX 76016**

---

**2.3147.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Tina Lenore Duhon**
**P. O. Box 13304**
**Lake Charles, LA 70612**

---

**2.3148.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Tina Renee Tillery**
**5310 Stonewood Ct**
**Arlington, TX 76017**

---

**2.3149.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Tipton P Reynolds POA For Weda L Reynold**
**1300 Woodbrook Street**
**Arlington, TX 76011**

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

| 2.3150. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Titan OBO Energy LP**
**15603 Kuykendahl Rd**
**Suite 200**
**Houston, TX 77090**

| 2.3151. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**TJ Farms LLC C/O Antonio Clayton**
**3741 Highway 1 South**
**Port Allen, LA 70767**

| 2.3152. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**TMAK, Inc.**
**5101 Alexandria Drive**
**Rowlett, TX 75088**

| 2.3153. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**TNT Land & Minerals, Inc.**
**207 Dover Lane**
**Friendswood, TX 77546-3515**

| 2.3154. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|
| | State the term remaining |
| | List the contract number of any government contract |

**Tolbert and Diane Mayfield**
**1113 Cottonwood Ct.**
**Cleburne, TX 76033**

| 2.3155. | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|

**Tom M Woldert**
**4300 Kinsey Dr**
**Tyler, TX 75703**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract
_____

---

2.3156. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract          **Tom O Moncrief 1967 Trust Tom O Moncrief
Moncrief Bldg
950 Commerce St.
Ft. Worth, TX 76102-5418**

---

2.3157. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Tom South**
government contract          **3534 Cerromar Ct.
Abilene, TX 79606-5649**

---

2.3158. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Tom Uglialoro**
government contract          **14001 Dallas Parkway Suite 1200
Dallas, TX 75240**

---

2.3159. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Tomlinson Realty Co LLC**
government contract          **132 E Landry Street
Opelousas, LA 70670-0110**

---

2.3160. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any          **Tommie E Kemp**
government contract          **10069 Calle Chulita, NW
Albuquerque, NM 87114**

---

Debtor 1  **Aruba Petroleum, Inc.**
          First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3161.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Tommie Joe Hudson**
**221 Longview Dr.**
**Columbia, IL 62236**

**2.3162.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Tommie Ritchie**
**4436 Westward Drive**
**Wichita Falls, TX 76308**

**2.3163.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Tommy & Tammy Manuel**
**305 Smyth Street**
**Aledo, TX 76008**

**2.3164.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Tommy Allen and Leanna Emily Thompson**
**3809 Snow Creek Drive**
**Aledo, TX 76008-3594**

**2.3165.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Tommy Calvin Lyon**
**PO Box 172**
**Aledo, TX 76008**

**2.3166.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Tommy F. Fletcher**
**1110 Fletcher Rd.**
**Weatherford, TX 76086**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3167. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tommy Gene Throneberry**<br>**P.O. Box 1414**<br>**Decatur, TX 76234** |
|---|---|---|
| 2.3168. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tommy Holman**<br>**P.O. Box 1428**<br>**Canton, TX 75103** |
| 2.3169. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tommy Merritt Jones**<br>**207 West 1St**<br>**Justin, TX 76247** |
| 2.3170. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tommy R Lynch**<br>**P.O. Box 377**<br>**Alvord, TX 76225** |
| 2.3171. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tommy Shawn Clower**<br>**1302 Woodland Trail Dr.**<br>**Bowie, TX 76230-2934** |
| 2.3172. | State what the contract or lease is for and the nature of the debtor's interest | **Tony & Thelma Trubenbach**<br>**P.O. Box 426**<br>**Muenster, TX 76252** |

Debtor 1  **Aruba Petroleum, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract  _____

---

2.3173.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract  _____

**Tony Fenoglio**
**1296 South Greenbriar**
**Nocona, TX 76255**

---

2.3174.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract  _____

**Tony Redwine**
**292 Private Road 2316**
**Decatur, TX 76234**

---

2.3175.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract  _____

**Tonya L Isaacowitz**
**2511 East Rocky Slope Drive**
**Phoenix, AZ 85048**

---

2.3176.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract  _____

**Tonya Linn Barbee Family Trust Janie Fay**
**PO Box 1944**
**Weatherford, TX 76086**

---

2.3177.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract  _____

**Touchstone Petroleum Corporation**
**4028 Tamworth Road**
**Fort Worth, TX 76116**

---

Debtor 1   **Aruba Petroleum, Inc.**                                    Case number *(if known)*   **16-42121**

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3178.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Toyo Harrah**
**508 Hilldale Dr**
**Aledo, TX 76008**

---

**2.3179.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Traci L Gage, Use #616**
**100 Brookview**
**Decatur, TX 76234**

---

**2.3180.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Traci L. Gage**
**PO Box 1233**
**Decatur, TX 76234**

---

**2.3181.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Tracie Janell Wilson-Boyd**
**112 Sunflower St**
**Lake Jackson, TX 77566-4317**

---

**2.3182.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Tracker Industries LLC**
**9805 Canyon Crest Circle**
**Irving, TX 75063**

---

**2.3183.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Tracy & Kristen Auen**
**308 Smyth Street**
**Aledo, TX 76008**

Debtor 1   **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3184. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tracy G. Dillon**<br>**6384 Meadowcreek Road**<br>**Galax, VA 24333** |

| 2.3185. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tracy Hulse**<br>**P. O. Box 693**<br>**Archer City, TX 76351** |

| 2.3186. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tracy L Clower**<br>**410 Rock Hill Rd**<br>**Bowie, TX 76230-5743** |

| 2.3187. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tracy Lynn Childers**<br>**9293 McDaniel Road**<br>**Fort Worth, TX 76126** |

| 2.3188. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Travis Coursey**<br>**114 PR 3206**<br>**Bridgeport, TX 76426** |

| 2.3189. | State what the contract or lease is for and the nature of the debtor's interest | **Travis Ritchie**<br>**1908 7Th Street**<br>**Wichita Falls, TX 76301** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.3190. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Travis W and Margaret Henckell** |
| | List the contract number of any government contract | **312 Hidden Valley Drive**<br>**Aledo, TX 76008** |

| 2.3191. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Trellis Harrington** |
| | List the contract number of any government contract | **PO Box 58**<br>**Seymour, TX 76380-0058** |

| 2.3192. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Treo Oil & Gas, Inc.** |
| | List the contract number of any government contract | **1715 Devon Drive**<br>**Carrollton, TX 75007** |

| 2.3193. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Treva L Alexander** |
| | List the contract number of any government contract | **10314 Baronee Circle**<br>**Dallas, TX 75218** |

| 2.3194. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Trevor Dupont** |
| | List the contract number of any government contract | **8149 Tranquility Circle**<br>**Denham Springs, LA 70706** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3195. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Trevor Kyle Jones** |
| | List the contract number of any government contract | **1425 Carrigan Lane** **Denton, TX 76207** |

| 2.3196. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Tri County Royalty Co Inc** |
| | List the contract number of any government contract | **15222 King Road, Suite 201** **Frisco, TX 75034-8703** |

| 2.3197. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Tricia Carleton** |
| | List the contract number of any government contract | **2801 Chelsea Dr.** **Norman, OK 73072** |

| 2.3198. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Trinity Bluffs Homeowners Association** |
| | List the contract number of any government contract | **102 Trinity Bluffs Road** **Aledo, TX 76008** |

| 2.3199. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Trinity Classic Homes** |
| | List the contract number of any government contract | **P.O. Box 1894** **Burleson, TX 76028** |

| 2.3200. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Trinity Land & Minerals, LP** |
| | List the contract number of any | **309 West 7th Street, Suite 500** **Fort Worth, TX 76102** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.3201. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Troy Glen Hudson**<br>**307 Richards Street**<br>**Throckmorton, TX 76483** |

| 2.3202. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Troy Willingham**<br>**1552 Englewood Dr.**<br>**Rockwall, TX 75032** |

| 2.3203. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Trumbull Oil Properties LLC**<br>**333 Tigertail Road**<br>**Losa Angeles, CA 90049** |

| 2.3204. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Trust - Will of Carol Andrade Mills FBO**<br>**1849 Wall Street**<br>**Weatherford, TX 76086** |

| 2.3205. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Trust - Will of Carol Andrade Mills FBO**<br>**1849 Wall Street**<br>**Weatherford, TX 76086** |

| 2.3206. | State what the contract or lease is for and the nature of the debtor's interest | **Trust UWO John Joseph Dorie FBO Mark Hen**<br>**PO Box 670155**<br>**Dallas, TX 75367** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract  _____

---

2.3207.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract  _____

**Trustee of the CWJ Trust fbo Charles Jos**
**918 South Main Street**
**Weatherford, TX 76086**

---

2.3208.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract  _____

**TTPYP, LTD**
**P.O. Box 1558**
**Fairview, NC 28730**

---

2.3209.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract  _____

**Two-Bills Inc**
**P.O. Box 575**
**Burkburnett, TX 76354**

---

2.3210.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract  _____

**Ty & Amy Elizabeth Howorth**
**163 Lakeview Drive**
**Aledo, TX 76008**

---

2.3211.  State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract  _____

**Ty Tia**
**3514 Slopeview Dr.**
**San Jose, CA 95148**

---

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3212.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Tycho Thruston Horning
611 Columbia Street NW
Slip 2
Olympia, WA 98501-1000

**2.3213.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Tyron Dupont
4417 Mike Lane
Fort Worth, TX 76116

**2.3214.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

UNI Royalty Group, Ltd.
PO Box 3009
Greenwood Village, CO 80155

**2.3215.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Union Fcb Texas, Ltd
113 W 8Th Ave
Amarillo, TX 79101

**2.3216.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Union Pacific Railroad Co
P.O. Box 301764
Dallas, TX 75303

**2.3217.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

United States Treasury Mc5028Dal Kelly K
1100 Commerce Street
Dallas, TX 75242

Debtor 1   **Aruba Petroleum, Inc.** _____   Case number (*if known*)   **16-42121**
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | |
|---|---|
| 2.3218. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Universal Royalty Company, Ltd. Attn: Je** |
| List the contract number of any government contract | **PO Box 12167** **Dallas, TX 75225** |

| | |
|---|---|
| 2.3219. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **University of Texas System Homer Wyatt F** |
| List the contract number of any government contract | **PO Box 551** **Midland, TX 79702** |

| | |
|---|---|
| 2.3220. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **University Of The South Office Of The Tr** |
| List the contract number of any government contract | **735 University Avenue** **Sewanee, TN 37375-1000** |

| | |
|---|---|
| 2.3221. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Unlimited Ventures** |
| List the contract number of any government contract | **1135 Terminal Way, Suite 208** **Reno, NV 89502** |

| | |
|---|---|
| 2.3222. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Unlimited Ventures Inc William C Gage** |
| List the contract number of any government contract | **P.O. Box 459** **Paradise, TX 76073** |

| | |
|---|---|
| 2.3223. State what the contract or lease is for and the nature of the debtor's interest | **Upham III LLC** **P.O. Box 940** **Mineral Wells, TX 76068** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |
| 2.3224.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Upham Oil & Gas Company**<br>**PO Box 940**<br>**Mineral Wells, TX 76068** |
| 2.3225.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Upham Producing LP**<br>**PO Box 940**<br>**Mineral Wells, TX 76068** |
| 2.3226.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **US Energy Group AB**<br>**Box 225**<br>**781 23 Borlange**<br>**Sweden** |
| 2.3227.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **USG Properties Barnett II, LLC Attn: T.**<br>**601 Travis**<br>**Suite 1900**<br>**Houston, TX 77002** |
| 2.3228.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **USG Properties Barnett II, LLC Newark Ac**<br>**700 Universe Blvd.**<br>**Juno Beach, FL 33408** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **Aruba Petroleum, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3229.** State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract

**Vada Snow**
**1432 CR 2675**
**Alvord, TX 76225**

**2.3230.** State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract

**Valerie Ann Vidal Attn Ann Hartline**
**713 Arbor Downs Drive**
**Plano, TX 75023**

**2.3231.** State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract

**Valerie Flake Pederson**
**1115 E Concorda Dr**
**Tempe, AZ 85282**

**2.3232.** State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract

**Vanessa Redman**
**5423 Caruth Blvd.**
**Dallas, TX 75209**

**2.3233.** State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract

**Vaquero Royalty LLC**
**P.O. Box 114**
**Bullard, TX 75757**

**2.3234.** State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any

**Vaughn Brothers LP**
**P.O. Box 191627**
**Dallas, TX 75219**

Debtor 1   **Aruba Petroleum, Inc.**
First Name            Middle Name            Last Name

Case number *(if known)*   **16-42121**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.3235. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Vaughn Brothers LP**
**P.O. Box 191627**
**Dallas, TX 75219**

2.3236. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Vaughn Exploration Company**
**P.O. Box 191445**
**Dallas, TX 75219**

2.3237. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Vaughna Burrow**
**2950 CR 484**
**Elgin, TX 78621**

2.3238. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Veda Sue Mathis**
**4101 Angus Drive**
**Fort Worth, TX 76116**

2.3239. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Velma Joyce Smith**
**1803 E. FM 1187**
**Aledo, TX 76008**

2.3240. State what the contract or lease is for and the nature of the debtor's interest

**Vera Nichols Ball**
**3742 Bear Creek Road**
**Canon, GA 30520**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.3241. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Verneice Louise Taylor Heyen** |
| | List the contract number of any government contract | **306 South Wind Court**<br>**Visalia, CA 93292** |

| | | |
|---|---|---|
| 2.3242. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Vernetta Jeter** |
| | List the contract number of any government contract | **2920 Barrow Drive**<br>**Denton, TX 76207** |

| | | |
|---|---|---|
| 2.3243. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Vernon Bowman, Jr. and  Cheryl Bowman** |
| | List the contract number of any government contract | **P.O. Box 386**<br>**Aledo, TX 76008** |

| | | |
|---|---|---|
| 2.3244. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Vernon Eugene Elliott Family Trust** |
| | List the contract number of any government contract | **131Deer Valley Drive**<br>**Eagleville, TN 37060** |

| | | |
|---|---|---|
| 2.3245. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Vernon Hardee** |
| | List the contract number of any government contract | **474 CR 1697**<br>**Sunset, TX 76270-2916** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3246.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Vesile Kutaruk**
**Wortherbruschstrasse 3**
**Hagen Germany   58089**

---

**2.3247.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Vicars Living Trust**
**11886 Fm 1288 South**
**Bowie, TX 76230**

---

**2.3248.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Vicki Bunnell**
**10910 Sheila Court**
**Beaumont, TX 77705**

---

**2.3249.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Vickie Garrett**
**501 Settlers Valley Dr.**
**Pflugerville, TX 78660**

---

**2.3250.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Vickie K Ballow**
**124 Hidden Valley Drive**
**Aledo, TX 76008**

---

**2.3251.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any

**Vicky Young**
**3841 Cedar Falls Drive**
**Fort Worth, TX 76244**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.3252. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Victor Coll Stevens c/o Thomas R. Steven** |
| | List the contract number of any government contract | **Stevens & Weiss, P.C.**<br>**14310 Northbrook, Ste. 200**<br>**San Antonio, TX 78232** |

| 2.3253. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Victor L Nichols** |
| | List the contract number of any government contract | **11991 South Main Street**<br>**Houston, TX 77035** |

| 2.3254. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Victor W. Walker** |
| | List the contract number of any government contract | **9009 Sue Ct.**<br>**Beaver Lake, NE 68048** |

| 2.3255. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Victor Wilford Walker** |
| | List the contract number of any government contract | **9009 SWE Ct.**<br>**Beaver Lake, NE 68048** |

| 2.3256. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Victoria Rosen Picca** |
| | List the contract number of any government contract | **475 Bedford Road**<br>**Armonk, NY 10504** |

| 2.3257. | State what the contract or lease is for and the nature of the debtor's interest | **Vida Leigh Traylor Yancy**<br>**1333 Coates Bluff Drive**<br>**Apt. 1421**<br>**Shreveport, LA 71104-2800** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.3258. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Vincent Shilling**<br>**109 Canyon Lake Drive**<br>**Aledo, TX 76008** |

| 2.3259. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Vintage Properties, LP**<br>**2 Hedge Lane**<br>**Austin, TX 78746** |

| 2.3260. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virgil E. and Pamela K. Hodges**<br>**221 Walnut St.**<br>**Aledo, TX 76008** |

| 2.3261. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virgil Odell Stevens**<br>**65 Reds Landing Trail**<br>**Norfolk, AR 72658** |

| 2.3262. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virgina A. Leonard**<br>**PO Box 1718**<br>**Fort Worth, TX 76101-1718** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3263.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Virgina L. Hodges**
**7252 Wembley Place**
**Castle Pines, CO 80108**

**2.3264.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Virgina Leonard Marital Trust**
**PO Box 1718**
**Fort Worth, TX 76101-1718**

**2.3265.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Virgina M. Leonard**
**PO Box 1718**
**Fort Worth, TX 76101-1718**

**2.3266.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Virginia A. Gaines Living Trust**
**1113 Michigan Avenues**
**Beaumont, CA 92223**

**2.3267.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Virginia A. Leonard Marital Trust**
**PO Box 1718**
**Fort Worth, TX 76101-1718**

**2.3268.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Virginia Campbell Becker C/O Schwing Man**
**9422 Common Street Suite 2**
**Baton Rouge, LA 70809**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.3269. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virginia Crane Life Estate**<br>**2547 Red River Street**<br>**Mesquite, TX 75150** |

| 2.3270. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virginia Dolores Taylor Riley**<br>**6121 Rue Francois**<br>**San Antonio, TX 78238** |

| 2.3271. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virginia G. Rhodes**<br>**7570 E. Manley Dr.**<br>**Prescott Valley, AZ 86314** |

| 2.3272. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virginia Johnson**<br>**5206 Ledgestone Dr.**<br>**Fort Worth, TX 76032** |

| 2.3273. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virginia L. Mantzuranis**<br>**17110 Spanky Place**<br>**Dallas, TX 75248** |

| 2.3274. | State what the contract or lease is for and the nature of the debtor's interest | **Virginia R. Mattson**<br>**5500 East Parkview Ave**<br>**#1218**<br>**Centennial, CO 80121** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| 2.3275. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virginia Rae Loving**<br>**1308 Gonzales Drive**<br>**Mesquite, TX 75150** |

| 2.3276. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virginia Rouer**<br>**4304 Whitfield**<br>**Fort Worth, TX 76109** |

| 2.3277. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virginia Smith**<br>**3714 Clearwell**<br>**Amarillo, TX 79109** |

| 2.3278. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Virginia Thibodeaux Lavalley**<br>**10211 Rosedale Road**<br>**Port Allen, LA 70767** |

| 2.3279. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Vivian E Engelhardt**<br>**5920 South Santa Clara Road**<br>**Sequin, TX 78155** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**                              Case number *(if known)*   **16-42121**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3280. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **VJM Resources LLC**<br>**1249 N Meaker**<br>**Beaumont, TX 77713** |
| 2.3281. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **W B Woodruff**<br>**P.O. Box 515**<br>**Decatur, TX 76234** |
| 2.3282. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **W Brad James**<br>**606 West Forest**<br>**Houston, TX 77079-6916** |
| 2.3283. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **W D & Virgina Foreman**<br>**3978 N. US Highway 287 #5**<br>**Alvord, TX 76225** |
| 2.3284. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **W M Lewis DMV**<br>**1168 CR 4127**<br>**Decatur, TX 76234** |
| 2.3285. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **W.A. Moncrief Trust III R. W. Moncrief T**<br>**Moncrief Bldg.**<br>**950 Commerce St.**<br>**Ft. Worth, TX 76102-5418** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.3286. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **W.L. Edwards** |
| | List the contract number of any government contract | **1200 Anetta St.**<br>**Bowie, TX 76230** |

| 2.3287. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Wade & Sandra McBride** |
| | List the contract number of any government contract | **798 Chuckwagon Trail**<br>**Azle, TX 76020** |

| 2.3288. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Wade Joseph Carey** |
| | List the contract number of any government contract | **205 Spinner Dr.**<br>**Jefferson, GA 30549-6750** |

| 2.3289. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Wade W Burton& Christopher Burton Trust** |
| | List the contract number of any government contract | **1004 S Trinty**<br>**Decatur, TX 76234** |

| 2.3290. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Wadie Gribble And Melissa Gribble** |
| | List the contract number of any government contract | **P.O. Box 1232**<br>**Gainesville, TX 76241** |

| 2.3291. | State what the contract or lease is for and the nature of the debtor's interest | **Wallie Row Obier**<br>**P.O. Box 202**<br>**Rosedale, LA 70772-0202** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| 2.3292.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Walsh & Watts, Inc.**<br>**1111 Seventh Street**<br>**Wichita Falls, TX 76301** |
| 2.3293.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Walter C Carr**<br>**17997 FM 98**<br>**Vernon, TX 76384** |
| 2.3294.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Walter Edward Schwing**<br>**473 Chery Hollow Road**<br>**Fredericksburg, TX 78624** |
| 2.3295.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Walter Kirk Davis**<br>**301 Plum St.**<br>**Aledo, TX 76008** |
| 2.3296.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Walter Nathan Watson**<br>**5511 Crowley St**<br>**Fort Worth, TX 76114-1228** |

Debtor 1    **Aruba Petroleum, Inc.**                                        Case number (*if known*)    **16-42121**
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3297.**  State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Walter P and Judith A McCombs**
**P.O.Box 96**
**Aledo, TX 76008**

**2.3298.**  State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**WAM3, LP Moncrief Building**
**950 Commerce Street**
**Fort Worth, TX 76102-5418**

**2.3299.**  State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Wanda Boase**
**310 E Vilbig**
**Irving, TX 75060**

**2.3300.**  State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Wanda Brucille Mauldin**
**PO Box 940**
**Springtown, TX 76082**

**2.3301.**  State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**Wanda C Bowerman**
**257 Fillingim Rd**
**Livingston, TX 77351**

**2.3302.**  State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any

**Wanda Cosby**
**1301 Holland Lake Dr Apt.154**
**Weatherford, TX 76086**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Aruba Petroleum, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-42121**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3303. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Wanda F. Guthrie** |
| | List the contract number of any government contract | **1720 13th Street** **Brownwood, TX 76801** |

| 2.3304. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Wanda Faye Sanford** |
| | List the contract number of any government contract | **304 Emma Call Ct** **Decatur, TX 76234** |

| 2.3305. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Wanda Hinkle Wren Life Estate** |
| | List the contract number of any government contract | **3204 Mesquite Rd** **Fort Worth, TX 76111** |

| 2.3306. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Wanda Rosentreter Trust** |
| | List the contract number of any government contract | **PO Box 121937** **Fort Worth, TX 76121-1937** |

| 2.3307. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Wanell Shaw** |
| | List the contract number of any government contract | **2240 S Willis Street** **Abilene, TX 79605** |

| 2.3308. | State what the contract or lease is for and the nature of the debtor's interest | **Ward Brady** **2521 W Marlboro Drive** **Chandler, AZ 85224** |
|---|---|---|

Debtor 1    **Aruba Petroleum, Inc.**                                          Case number *(if known)*    **16-42121**
         First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract    _____

---

2.3309.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining

          List the contract number of any          **Ward N. Adkins, Jr.**
              government contract    _____    **5519 Tupper Lake**
                                                    **Houston, TX 77056**

---

2.3310.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining

          List the contract number of any          **Warner Killough**
              government contract    _____    **1336 S. Lamar St.**
                                                    **Weatherford, TX 76086**

---

2.3311.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining

          List the contract number of any          **Warren Carter Gable**
              government contract    _____    **PO Box 150**
                                                    **Arlington, AZ 85322**

---

2.3312.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining

          List the contract number of any          **Wayne and Rita Mohr**
              government contract    _____    **4 Bankhead Cove**
                                                    **Aledo, TX 76008**

---

2.3313.   State what the contract or
          lease is for and the nature of
          the debtor's interest

          State the term remaining

          List the contract number of any          **Wayne Ball**
              government contract    _____    **25810 SE 182nd Street**
                                                    **Maple Valley, WA 98038-7301**

---

Debtor 1   **Aruba Petroleum, Inc.**
      First Name         Middle Name         Last Name

Case number *(if known)*   **16-42121**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3314.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Wayne C Rhoads - Individually**
**20 Lauren Lane**
**Texarkana, TX 75503**

**2.3315.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Wayne D Woody**
**4101 El Dedo Ct**
**Rio Ranche, NM 87124**

**2.3316.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Wayne Or Margie Rhoads**
**20 Lauren Lane**
**Texarkana, TX 75503-9664**

**2.3317.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Wayne Robinson**
**285 Cedar Creek Ct.**
**Azle, TX 76020**

**2.3318.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Wayne Stockton**
**3006 Garland**
**Decatur, TX 76234**

**2.3319.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**WB Jr & Mary Louise Woodruff**
**P.O. Box 515**
**Decatur, TX 76234**

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.3320. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Welddon Jaynes** |
| | List the contract number of any government contract | **1204 Canterbury Court**<br>**Arlington, TX 76103** |

| 2.3321. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Weldon Garrison** |
| | List the contract number of any government contract | **390 Hwy 71 North**<br>**Ashdown, AR 71822** |

| 2.3322. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Weldon L and Doris E Turner** |
| | List the contract number of any government contract | **P.O.Box 171**<br>**Aledo, TX 76008** |

| 2.3323. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Weldon T & Carole Burton** |
| | List the contract number of any government contract | **2 South 56th Place**<br>**Suite 201-B**<br>**Ridgefield, WA 98642** |

| 2.3324. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Weldon T. Burton** |
| | List the contract number of any government contract | **2 South 56th Place**<br>**Suite 201-E**<br>**Ridgefield, WA 98642** |

| 2.3325. | State what the contract or lease is for and the nature of the debtor's interest | **Wellbore Capital LLC**<br>**4925 Greenville Ave Ste 500**<br>**Dallas, TX 75206** |
|---|---|---|

Debtor 1   **Aruba Petroleum, Inc.**
     First Name     Middle Name     Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining <br><br> List the contract number of any government contract | |
| **2.3326.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Wellspring Royalties, Ltd.** <br> **3811 Turtle Creek Blvd Suite 1800** <br> **Dallas, TX 75219** |
| **2.3327.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Wellstar Corporation** <br> **11990 Grant St** <br> **Ste 550** <br> **Northglen, CO 80233** |
| **2.3328.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Welton Redwine** <br> **734 CR 2315** <br> **Decatur, TX 76234** |
| **2.3329.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Wes-Tex Drilling Company LP** <br> **P.O. Box 3739** <br> **Abilene, TX 79604** |
| **2.3330.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Wesley Duvall** <br> **8540 E Bankhead Hwy** <br> **Aledo, TX 76008** |

Debtor 1    **Aruba Petroleum, Inc.**                                                        Case number *(if known)*   **16-42121**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.3331.　State what the contract or
　　　　　lease is for and the nature of
　　　　　the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　government contract

**Wesley F Driskill**
**712 W State St**
**Alvord, TX 76225**

2.3332.　State what the contract or
　　　　　lease is for and the nature of
　　　　　the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　government contract

**Wesley L. Reynolds**
**868 Fm 1749**
**Forestburg, TX 76239**

2.3333.　State what the contract or
　　　　　lease is for and the nature of
　　　　　the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　government contract

**Wesley Turner**
**2508 Falls Drive**
**Dallas, TX 75211**

2.3334.　State what the contract or
　　　　　lease is for and the nature of
　　　　　the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　government contract

**Weston Gourley**
**104 Torrey Pines**
**Lufkin, TX 75901**

2.3335.　State what the contract or
　　　　　lease is for and the nature of
　　　　　the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　government contract

**White Capital Group LLC**
**P.O. Box 1943**
**Dalton, GA 30722**

2.3336.　State what the contract or
　　　　　lease is for and the nature of
　　　　　the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any

**White Star Energy, Inc**
**PO Box 51108**
**Midland, TX 79710**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

---

**2.3337.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Whitney Head**
**3209 Red Fox Ridge**
**Bentonville, AR 72712**

---

**2.3338.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Wiley Oil Co**
**6502 CR 398**
**Decatur, TX 76234**

---

**2.3339.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Wilford Wayne Buckner**
**PO Box 92**
**Roby, TX 79543**

---

**2.3340.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Will Edd Hopper**
**PO Box 261**
**Gordon, TX 76453**

---

**2.3341.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Will Lane**
**109 Sheffield Circle**
**Chapel Hill, NC 27517-6514**

---

**2.3342.** State what the contract or lease is for and the nature of the debtor's interest

**Willard D. Gentry**
**2456 CR 3555**
**Paradise, TX 76073**

Debtor 1    **Aruba Petroleum, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| 2.3343. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Willard Howell**<br>**1800 Oakmeadow Drive**<br>**Decatur, TX 76234** |
| 2.3344. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **William & Amy Foust**<br>**157 E. Bozeman Lane**<br>**Fort Worth, TX 76108-9662** |
| 2.3345. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **William & Belinda Woodruff**<br>**132 W Cherry Dr**<br>**Azle, TX 76020** |
| 2.3346. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **William & Donnalee Vickers**<br>**P.O. Box 271**<br>**Decatur, TX 76234** |
| 2.3347. State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **William & Jorea Cooper**<br>**108 W Cherry Dr**<br>**Azle, TX 76020** |

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
| --- | --- | --- | --- | --- |
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.3348.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

William A and Glenda Mitchell William Mi
1141 Westgrove Dr
Saginaw, TX 76179

**2.3349.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

William and Laurie Brewer
121 Hidden Valley Drive
Aledo, TX 76008

**2.3350.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

William B Middleton III
57845 Plaquemine Street
Plaquemine, LA 70764

**2.3351.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

William C Dupont
P.O. Box 300
Plaquemine, LA 70765

**2.3352.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

William C Gage
PO Box 459
Paradise, TX 76073

**2.3353.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

William C Gage
P.O. Box 459
Paradise, TX 76073

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.3354.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

William C. Butler
P.O. Box 1106
Rosenberg, TX 77471

**2.3355.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

William Caswell
P.O. Box 567
Bowie, TX 76230

**2.3356.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

William D Cobb
2319 Brookside Dr.
Arlington, TX 76012

**2.3357.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

William D Marshall
206 Thorp Ln
Weatherford, TX 76088

**2.3358.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

William Dave Bailey
8804 Reigate Ln.
Raleigh, NC 27603

**2.3359.** State what the contract or lease is for and the nature of the debtor's interest

William Dean Hall Allen
62650 Bayou Road
Plaquemine, LA 70764

| Debtor 1 | Aruba Petroleum, Inc. | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract _____ | |
| 2.3360. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **William Donald Mathis**<br>**4101 Angus Drive**<br>**Fort Worth, TX 76116** |
| 2.3361. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **William E & Elizabeth Trumbull**<br>**333 Tigertrail Rd**<br>**Los Angeles, CA 90049** |
| 2.3362. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **William E. Kimble**<br>**2247 Ridgeview Rd**<br>**Columbus, OH 43221** |
| 2.3363. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **William E. Parker**<br>**5701 Virginia Parkway**<br>**Apt #4313**<br>**McKinney, TX 75071** |
| 2.3364. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **William E. Smith**<br>**2204 Wells Fargo Ct.**<br>**Bridgeport, TX 76426** |

Debtor 1   **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3365.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William F. Edwards**<br>**7454 East FM 174**<br>**Bellevue, TX 76228-2247** |
| **2.3366.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William Gordon Gray Life Estate**<br>**4 Cheltenham Court**<br>**San Antonio, TX 78218** |
| **2.3367.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William H Bearden Jr.**<br>**111 Mckinzie Lane**<br>**Weatherford, TX 76087-7562** |
| **2.3368.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William H Mcrae**<br>**3625 Hall St**<br>**Suite 510**<br>**Dallas, TX 75219** |
| **2.3369.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William H. Neil, II**<br>**P.O. Box 126052**<br>**Benbrook, TX 76126** |
| **2.3370.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **William Hans Baker**<br>**112 Jearl Street**<br>**Aledo, TX 76008** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3371. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **William Ince**<br>**1450 Cuba Road**<br>**Bridgeport, TX 76426** |
| | List the contract number of any government contract | |

| 2.3372. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **William Jackson Hubbard**<br>**P.O. Box 516**<br>**Mansfield, TX 76063-0516** |
| | List the contract number of any government contract | |

| 2.3373. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **William K Robinette III**<br>**3150 Chapel Downs**<br>**Dallas, TX 75229-5833** |
| | List the contract number of any government contract | |

| 2.3374. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **William L And Marilyn Joyce Frye**<br>**9358 Horton Highway**<br>**College Grove, TN 37046** |
| | List the contract number of any government contract | |

| 2.3375. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **William M. Fitch, Jr.**<br>**5041 Giverny Lane**<br>**Fort Worth, TX 76116-9197** |
| | List the contract number of any government contract | |

| 2.3376. | State what the contract or lease is for and the nature of the debtor's interest | **William Mack Stafford**<br>**PO Box 336**<br>**Madill, OK 73446** |
|---|---|---|

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| **2.3377.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William Neil Hardin**<br>**4301 42nd Street**<br>**Lubbock, TX 79413** |
| **2.3378.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William P Obier III**<br>**P.O. Box 6**<br>**Rosedale, LA 70772-0006** |
| **2.3379.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William P Obier Jr Usufruct**<br>**P.O. Box 202**<br>**Rosedale, LA 70772** |
| **2.3380.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William Pitchlynn Poland**<br>**P.O. Box 121877**<br>**Fort Worth, TX 76121** |
| **2.3381.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William R. and Joyce L. Kelley**<br>**4447 E. 86th St. North**<br>**Sperry, OK 76097-3243** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Aruba Petroleum, Inc.** | | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3382.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William R. Bearden**<br>**1201 CR 4430**<br>**Whitewright, TX 75491** |
| **2.3383.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William R. McDavid**<br>**4317 Ridge North Road**<br>**Fort Worth, TX 76126** |
| **2.3384.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William Ray Wilson**<br>**P.O. Box 292775**<br>**Phelan, CA 92329** |
| **2.3385.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William Redman**<br>**2009 Sherwood Loop**<br>**Mertzon, TX 76941** |
| **2.3386.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **William Ross Watson**<br>**4519 Nassau Drive**<br>**Sugarland, TX 77479** |
| **2.3387.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **William S. Squyres**<br>**143 Kourtney Drive**<br>**Weatherford, TX 76087** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Aruba Petroleum, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-42121**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.3388. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **William T. Miller**<br>**600 Travis, Suite 4200**<br>**Houston, TX 77002** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.3389. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **William W Oxsheer**<br>**2191 E. FM 1187**<br>**Aledo, TX 76008** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.3390. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **William Walter Potter II**<br>**2502 SW 77th Street**<br>**Oklahoma City, OK 73159** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.3391. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **William Zeigler**<br>**7345 S. FM 730**<br>**Azle, TX 76060-1337** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.3392. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Williams James**<br>**6351 Vego drive**<br>**Apt#1003**<br>**Fort Worth, TX 76133** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.3393. | State what the contract or lease is for and the nature of the debtor's interest | **Williams Petroleum Inc**<br>**P.O. Box 998**<br>**Burkburnett, TX 76354-0998** |

Debtor 1  **Aruba Petroleum, Inc.**                                      Case number *(if known)*  **16-42121**

First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| **2.3394.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Wilma Louise Vanderhoff**<br>**1301 North Masch Branch Road**<br>**Denton, TX 76207** |
| **2.3395.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Wilson Family Sokobi, LLC**<br>**5459 N. Hondo Dr.**<br>**Prescott, AZ 86314** |
| **2.3396.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Wilson M. Griffith Trust**<br>**3417 Milam Street**<br>**Houston, TX 77002** |
| **2.3397.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Winford Carlile Trust c/o Catherine Sims**<br>**424 East Zia Drive**<br>**Hobbs, NM 88240** |
| **2.3398.** State what the contract or<br>lease is for and the nature of<br>the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Winfred and Olivia Dickey**<br>**1826 Laura St.,**<br>**Weatherford, TX 76086** |

Debtor 1    **Aruba Petroleum, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3399.** State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | **Winifred B. Kimble**<br>**2247 Ridgeview Rd**<br>**Columbus, OH 43221** |
| **2.3400.** State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | **Winifred MacBean Parker**<br>**Box 6251 NDCBU**<br>**Taos, NM 87571** |
| **2.3401.** State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | **Wise Oil & Gas Ltd**<br>**6851 N E Loop 820**<br>**Suite 110**<br>**North Richland Hill, TX 76180** |
| **2.3402.** State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | **WJH Energy Inc**<br>**102 North College Ave**<br>**Suite 807**<br>**Tyler, TX 75702** |
| **2.3403.** State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | **Woodard T. Read**<br>**3425 Brown Trail**<br>**Bedford, TX 76021** |
| **2.3404.** State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any | **Woodbine Royalty, LLC**<br>**PO Box 4431**<br>**Wichita Falls, TX 76308** |

Debtor 1    **Aruba Petroleum, Inc.**
     First Name        Middle Name        Last Name

Case number *(if known)*  **16-42121**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.3405.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Wyatt T. Norman III
P.O. Box 457
Corpus Christi, TX 78403-0457

**2.3406.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Wynne Petroleum Company
301 Commerce St Suite 2900
Fort Worth, TX 76102

**2.3407.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Wynona Lou Jackson
PO Box 987
Aledo, TX 76008

**2.3408.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

XTO Energy Inc. Attn: OBO-JIB (BGK-2)
810 Houston St.
Ft. Worth, TX 76102

**2.3409.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Yeary Estates HOA c/o Stockman Group, LL
113 McKinzie Lane
Weatherford, TX 76087-7562

**2.3410.** State what the contract or lease is for and the nature of the debtor's interest

YMC Royalty Company, LP
15603 Kuykendahl, Suite 200
Houston, TX 77090-3655

| Debtor 1 | **Aruba Petroleum, Inc.** | | Case number *(if known)* | **16-42121** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |
| 2.3411. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Yoni Strange** |
| List the contract number of any government contract | **925 Devargas**<br>**Hobbs, NM 88240** |
| 2.3412. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Zee Ann Smith** |
| List the contract number of any government contract | **905 Muldoon Rd**<br>**Spc. A35**<br>**Anchorage, AK 99504** |
| 2.3413. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Zeus Petroleum, Inc** |
| List the contract number of any government contract | **PO Box 458**<br>**Bellaire, TX 77402-0458** |
| 2.3414. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Zollie A. Atkinson** |
| List the contract number of any government contract | **23506 Belle Vernon Drive**<br>**Spring, TX 77389** |
| 2.3415. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Zollie Lee and Sue Carol Allen** |
| List the contract number of any government contract | **P.O.Box. 173**<br>**Aledo, TX 76008** |

**Fill in this information to identify the case:**

Debtor name **Aruba Petroleum, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **16-42121**

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City   State   Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City   State   Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City   State   Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City   State   Zip Code | | |

# United States Bankruptcy Court
## Eastern District of Texas

In re   **Aruba Petroleum, Inc.**             Case No.   **16-42121**

Debtor(s)           Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aruba Petroleum AS**<br>**Sydnesplass 1**<br>**5007 Bergen**<br>**Norway** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **January 11, 2017**           Signature   **/s/ James Poston**

                                                    **James Poston**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Revised 12/1/2009                                                                    LBR Appendix 1007-b-6

# United States Bankruptcy Court
## Eastern District of Texas

In re   **Aruba Petroleum, Inc.**                                      Case No.   **16-42121**
                                                    Debtor(s)          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached

list of creditors is true and correct to the best of my knowledge.

Date:   **January 11, 2017**                          **/s/ James Poston**
                                                      **James Poston**/**President**
                                                      Signer/Title

106 Bear Cat LP
PO Box 92
Aledo, TX 76008

1187 Enterprises Ltd.
4906 Camp Bowie
Ft. Worth, TX 76107

1307 LTD Attn Mr William C Mcmanemin
3838 Oak Lawn Avenue Suite 425
Dallas, TX 75219-4523

1st Southwest Consultants, LLC
P.O. Box 168
Montague, TX 76251

3 Ten Resources, Inc.
2601 Ridgmar Plaza Suite #201
Fort Worth, TX 76116

375 Energy Inc. C/O White Stone Energy L
801 Travis, Suite 2150
Houston, TX 77002

4 Square Construction L.P.
416 Valley View Ct.
Aledo, TX 76008

750 Jenkins Road, LLC
750 Dakar Road East
Fort Worth, TX 76116

A D Pinkerton
P.O. Box 940
Decatur, TX 76234

A Wilbert's Sons LLC
P.O. Box 694
Plaquemine, LA 70765-0694

A-1 Mobile Homes
49 Rice Lane
Dry Prong, LA 71423

A5 Land & Cattle Company LLC
5678 State Hwy 59N
Bowie, TX 76230

Aadne Tremyr
Fjellstadvegen 8
3825 Lunde
Norway

Aaron & Kannan Moore
344 CR 1595
Alvord, TX 76225

ABH Baxter, LP
P.O. Box 1649
Austin, TX 78767

Abigail H. Kubacka
303 Jeanwood Ct
Dundalk, MD 21222

Abner B. and Ann Lemert
602 Eagle Road
Cedarville, KS 67024

Abraham M. Wilcox
4953 Bristle Cone Circle
Aberdeen, MD 21001-2605

Ace Royalties LLC
PO Box 50181
Midland, TX 79710

Ada Clarisse Garza Pewitt
2023 Singing Brook
Austin, TX 78723

Ada Frances Bunting
515 N. Bridge
Henrietta, TX 76365

ADF Series III LP
2140 Lake Park Blvd Ste 208
Richardson, TX 75080

Adobe Acquisition, LLC
1000 Ballpark Way
Suite 216
Arlington, TX 76011

Aimee Breaux
5705 Morton St
Metairie, LA 70003

Aka&E Properties LLC
P.O. Box 150428
Lakewood, CO 80215

Alamo Custom Home Builders
P.O.Box 14765
Fort Worth, TX 76117

Alan Bergstrom
PO Box 26983
Austin, TX 78755

Alan Edward Hudson
4100 Weeks Park Lane Apt 256
Whichita Falls, TX 76308

Alan H Levi Estate of Tim Carrington Tem
9418 Hillsdale Dr
Dallas, TX 75230

Alan S Haynes
4839 S. Zang Ct.
Morrison, CO 80465

Alan Winton Taylor
PO Box 327
Alma, CO 80420

Albert Smith
P.O. Box 506
Ponder, TX 76259-0506

Aledo Christian Center, Inc.
PO Box 117
Aledo, TX 76008

Aledo Church of Christ
P.O.Box 127
Aledo, TX 76008

Aledo ISD
P.O.Box Drawer D
Aledo, TX 76008

Aledo United Methodist Church
Oak At Pecan
P.O.Box 126
Aledo, TX 76008

Aledo Volunteer Fire Department
P.O.Box 100
Aledo, TX 76008

Alejandro D. Gomez and Anne O. Gomez
413 Rolling Hills Dr.
Aledo, TX 76008

Alex Segura and Rebeckah Segura
125 James St.
Aledo, TX 76008

Alexandra B. Davis
10035 Bordley Dr.
Houston, TX 77042-2003

Alexis H. Chatham
1515 Floribunda
#108
Burlingame, CA 94410

Alexis Lee Rodgers
3117 Winward Ct
Norman, OK 73072

Alfred B Guinn
1111 Seventh Street
Wichita Falls, TX 76301

Alfred Davies, Jr.
13206 Woodthorpe
Austin, TX 78729

Alica Gaby
3241 Donnelly Circle, Apt 1301
Fort Worth, TX 76107

Alicia Kay Lanier
928 McCoy Drive
Irving, TX 75062

Aline Liebert
2038 Tyler Lane
Louisville, KY 40205

Allen Max and Judy A Ates
104 Sanchez Trail
Aledo, TX 76008

Allene B Grigg
2215 Baltimore Circle
Lawton, OK 73501

Alma Caswell Yager C/O Arbret Sue Yager
3424 Frankford
Apt 14E
Lubbock, TX 79407

Alma Jean Taylor
4085 FM Rd 1810
Chico, TX 76431

Alma Rae Elsom
3008 Garland St
Decatur, TX 76234

Alpha Gose
101 W Lamar St
Alvord, TX 76225

Alpha Inez Williams
139 FM 713
Rosanky, TX 78953

Alta Mae Murphey
P.O. Box 334
Fairview, TN 37062

Alta Mae Murphey
PO Box 334
Fairview, TN 37062

Althea Schwing Cointment
P.O. Box 422
Plaquemine, LA 70765

Alvie Max Winegar and Alice Jean Winegar
416 E. Oak St.
Aledo, TX 76008

Alvord Cemetery Assoc c/o Belva Garrett
614 Grand Oaks Ct
Alvord, TX 76225-6020

Alyene Walker c/o Ronnie Walker
1933 Toler Trail
Garland, TX 75043

Alyssa Banta
1400 Washington Avenue
Fort Worth, TX 76104

Ama-Lewis Investments, Inc.
537 Kiowa Drive East
Lake Kiowa, TX 76240

Amanda M. Jenkins
1217 Concho Drive
Benbrook, TX 76126

Amber Davidson Wood
7713 Silverleaf Drive
N. Richland Hills, TX 76182

American National Insurance Co
2525 South Shore Blvd Suite 207
League City, TX 77573-2988

Amir Oil Company
P.O. Box 925591
Houston, TX 77292-5591

Amko Resources International LLC
2323 Mccue Road Suite 1809
Houston, TX 77056

Amma A. Ross
10707 Overton Cir.
Houston, TX 77065

Amtex Oil & Gas Inc Attn: Ron Tharp
12900 Preston Road Suite 800
Dallas, TX 75230

Amy Diane Allen Fullerton
P.O. Drawer 10687
Midland, TX 79702

Amy Hetzler
11825 Elko Ln.
Fort Worth, TX 76108

Amy Michelle Scroggin
P.O. Box 1648
Artesia, NM 88211

Amye Jean Burt
1520 Sugar Creek Drive
Carrolton, TX 75007

Anastasia Law
149 Portales Dr.
Aledo, TX 76008

Andrea Heaberg
400 Blue Sage Court
Irving, TX 75063

Andrea Lanier Cox
616 Arcady Drive
Suite 407
Grapevine, TX 76051

Andrea Thibodeaux Bodiford
10535 Rosedale Road
Port Allen, LA 70767

Andrew D Sheetz
13021 Evanston St
Rockville, MD 20853-3028

Andrew Dwayne Merritt
2116 Valerian Trail
Round Rock, TX 78665

Andrew  Edvar  Thibodeaux  Jr
14060  Greenwell  Springs-Port  Hudson  Rd
Pride, LA 70770

Andrew  Lionel  Major
P.O.  Box  108
Rosedale, LA 70772-0108

Aneita  J.  Weaver  c/o  Weaver  Oil  &  Gas  Co
4605  Post  Oak  Place  Drive,  #275
Houston, TX 77027

Angela  Hill
P.O.  Box  804
Aledo, TX 76008

Angela  K.  Allen
P.O.  Drawer  10687
Midland, TX 79702

Angela  Kay  Hector
3816  Cooper's  Hawk  Drive
Norman, OK 73072

Anita  Hancock  &  Ruth  Ann  Hancock
Box  344
Alvord, TX 76225-0344

Anita  L.  Walker
11303  Wakehurst  Court
Bakersfield, CA 93311

Anita  S.  Wallace
4097  Kesler  Drive
Arlington, TX 76017

Anita  Tipton  Individually  and  Executrix
11764  Old  Fannette  Rd
Beaumont, TX 77705

Ann  Block
685  South  Garfield  Street
Denver, CO 80209

Ann  E.  Nobles
3984  U.S.  Hwy  380
Decatur, TX 76234

Ann  Forman  Swingler
5208  Ranch  Road  962  East
Cypress Mill, TX 78663

Ann  King  Spilger
5306  Westerdale  Drive
Fulshear, TX 77411

Ann Logan Spurlock Swearingen
387 Old Haw Creek Road
Asheville, NC 28805

Ann Mercedes Ohlmeyer Dore
24010 Ferdinand Street
Plaquemine, LA 70764

Ann Rainey Haltom
8343 Douglas Avenue, Suite 370
Dallas, TX 75225

Ann Robertson
9013 Green Oaks Circle
Dallas, TX 75243

Ann Rose Krumm
8303 Bucknell Drive
Tyler, TX 75703-5104

Anna Pauline Hart
6360 Pueblo Pass
San Angelo, TX 76901

Anne Carlton Hagelstein
427 E. Hildebrand Ave.
San Antonio, TX 78212

Anne Johnson
2323 Victory Ave
Suite 700
Dallas, TX 75219

Anne Mahoney and Marc Mahoney
101 Oakcrest Hills Dr.
Aledo, TX 76008

Anne Taylor Van De Walle Robert H Van De
1308 Acord Road
Hondo, TX 78861

Annette Ackley Rudolph
221 Lakeshore Drive
Waxahachie, TX 75165

Annette Weiland
8233 Lakeview Circle
Lone Oak, TX 75453

Anteon Exploration Inc
2825 Rebel Drive
Bossier City, LA 71111

Anthony Atkinson
6730 CR 4154
Laneville, TX 75667

Anthony C and Cherry D Wedgeworth
116 Hidden Valley Drive
Aledo, TX 76008

Anthony Energy Ltd.
7900 Monticello Drive
Granbury, TX 76049

Anthony Energy, Ltd
7900 Monticello Drive
Granbury, TX 76049

Anthony Kosse
3817 Fairfax Dr.
Bedford, TX 76021

Anthony Len Wells
P.O. Box 652
Graham, TX 76450-0652

Antonie McGregory
7010 South FM Road 5
Aledo, TX 76008-4712

April Shae Perry
14019 Windwood Falls Lane
Humble, TX 77396-1587

Ardyce Peck
2207 De Verne Street
Austin, TX 78704-3929

Arlie and Connie Oliver
1305 Gerry Drive
Aledo, TX 76008

Arnold Burris
7020 Jay Lane
Azle, TX 76020

Arnold N. Sweet Trust Harold & Arnold Sw
7278 Ashington
Dallas, TX 75225

Arron J. Moore et ux, Kannan Y. Moore
218 Scenic Dr.
Aledo, TX 76008

Arrow Engine Company
PO Box 203065
Dallas, TX 75320-3065

Arthur & Shirley Lovett
P.O. Box 221
Alma, AR 72921-0221

Arthur B. McLemore and Betty J. McLemore
417 Pecan Dr.
Aledo, TX 76008

Arthur L. Bonwell, III
799 W. Oak Dr. Apt. D5
Cookeville, TN 38501-3772

Aruba Petroleum Inc
555 Republic Drive, Suite 505
Plano, TX 75074

Arvil and Joyce Jackson
900 Jenkins Rd
Aledo, TX 76008

Ashlee Davidson Britting
7012 Serrano Drive
Forth Worth, TX 76126

Ashley Cameron Upham
P. O. Box 940
Mineral Wells, TX 76068

Atlas OBO Energy LP
15603 Kuykendahl
Suite 200
Houston, TX 77090-3655

Audrey G Johnson
9808 Copper Hill Rd.
St. Louis, MO 63124

Audrey Lee Watkins
226 Post Oak Drive
Whitney, TX 76692

Audrey Slough
542 N Pagosa Blvd.
Pagosa Springs, CO 81147

Auralia P Wren
1006 Trinity Street
Decatur, TX 76234

Aurora Hebert
P.O. Box 8256
Seminole, FL 33775

Avery Helm
2069 Golf Avenue
Tempe, AZ 85282

Avery W and Kimberly A Davis
108 Hidden Valley Drive
Aledo, TX 76008

Avy Joseph Thibodeaux
415 V & A Street
Denham Springs, LA 70726

AWS Wireline Services Inc Attn: Donnie A
1101 Highway 180 West
Albany, TX 76430

B. J. Waters
P. O. Box 720970
Dallas, TX 75372-0970

Bacone College
2299 Old Bacone Road
Muskogee, OK 74403

Baloney Feathers, LTD
PO Box 1586
Lubbock, TX 79408

Balthrop #2 Joint Venture
17304 Preston Rd Suite 700
Dallas, TX 75252-5697

Baptist Church of Weatherford
306 Palo Pinto St
Weatherford, TX 76086

Baptist Foundation Of Texas
1601 Elm Street
Suite 1700
Dallas, TX 75201-7241

Barbara Ann Alt
1951 Patricia Lane
Pacific, MO 63069

Barbara B Morris
277 West 11 Street, #3D
New York, NY 10014

Barbara Bauserman c/o Mathew M. Bauserma
701 East Byrd St. 17th Floor
Richmond, VA 23219

Barbara  Davidson
1806 CR 4411
Reklaw, TX 75784

Barbara  Gene  Fowler
21078 Hwy 38
Kentwood, LA 70444

Barbara  Graham
1105 Serenada Lane
Richardson, TX 75081

Barbara  Hellman  Johnson
6300 Inca Road
Fort Worth, TX 76116

Barbara  Jackson
124 Fieldstone Place
Cleveland, TN 37312

Barbara  Jean   Pickard
2001 Wood Trail
Wudco Properties
Azle, TX 76020

Barbara  June  Steilwart
1229 North Creek
Saginaw, TX 76179

Barbara  L  Harberts
22116 Iron Knoll Dr.
Kingswood, TX 77339

Barbara  Lee  Upham
P. O. Box 940
Mineral Wells, TX 76068

Barbara  Lynn  Cagle  Bell
2622 Claremont Drive
Grand Prairie, TX 75052

Barbara  M.  Moore
4604 Erie Dr.
Midland, TX 79703

Barbara  McKenzie
113 Westgate Drive
Aledo, TX 76008

Barbara  Mulhall
2765 Cherry Ave
Ontario, CA 91761

Barbara Nichols
129 Roberts St.
Aledo, TX 76008

Barbara Oros
724 Suzanne Dr.
Sandwich, IL 60548

Barbara Pigg Evartt
4016 Westmont Ct.
Bedford, TX 76021-2736

Barbara Ruth Medley Life Estate
5014 Elms Court
Granbury, TX 76049

Barbara Sigler Robinson
621 Roberts Road
Alvord, TX 76225

Barbara Wright
812 W. Oregon Street
Seymour, TX 76380

Barbara Yarbrough Mciver
P.O. Box 1447
Huntington, TX 75949

Barbra L. McRaney
302 Quite Valley Drive
Coppell, TX 75019

Barnett Exploration Inc.
903 Glen Rose Drive
Allen, TX 75013

Barney B. Holland
3647 Encanto Dr.
Fort Worth, TX 76109-3545

Barry A Durham
144 Gibson Ln
Valley View, TX 76272

Basin Fuels LLC
P.O. Box 478
Weatherford, TX 76086

Basin Oil & Gas LLC
P.O. Box 470444
Fort Worth, TX 76147

Bassett California Company
6213 Turnberry Drive
Fort Worth, TX 76132

Baxsto, LLC
PO Box 302857
Austin, TX 78703

Beatrice Schmidzinsky
120 John St.
Aledo, TX 76008

Beau & Cynthia Y Chambo
1556 Harrington Drive
Plano, TX 75075

Belinda Woodruff
3533 W. Lambert Road
Weatherford, TX 76088

Ben & Barbara Peace
407 CR 1590
Alvord, TX 76225

Ben Barron
4516 Lover Lane
Suite 280
Dallas, TX 75225

Ben Ed and Patsy Hale
Box 274
Aledo, TX 76008

Ben I. Waters, Jr.
700 Hogan Drive
Conroe, TX 77302

Ben K Drake
3801 Minot Ave.
Fort Worth, TX 76133

Ben Richard Boyd
189 E Camp
New Braunfels, TX 78130-4411

Ben Richard Taylor Living Trust
PO Box 101266
Fort Worth, TX 76185

Benigno J. and Herlinda Paredes
524 East Oak
Aledo, TX 76008

Benjamin and Marion Lewark
1200 Pete Drive
Aledo, TX 76008

Benjamin C. Bailey c/o Marion D Bailey
655 Riverside Dr. #607
Memphis, TN 38103-4623

Benjamin Jarvis
326 S Fannin Avenue
Tyler, TX 75702-7320

Benjiman Leroy Reed, Jr.
10623 W. 73rd Street
Sapulpa, OK 74066

Bennett A. Boone
106 Cynthia Ann Parker Ln.
Weatherford, TX 76087

BENNETT WALTER R JR TUW FBO BEVERLY ELIZ
Wells Fargo Bank - SAO
P.O. Box 41779
Austin, TX 78704

BENNETT WALTER R JR TUW FBO WALTER EVANS
Wells Fargo Bank - SAO
P.O. Box 41779
Austin, TX 78704

Bennie D & Marijon M Rutherford
575 CR 2646
Decatur, TX 76234

Bennie Jane Moyers Garcia
1542 Cuba Rd
Bridgeport, TX 76426

Bennie R Wallace
5206 Ledgestone Drive
Ft. Worth, TX 76132

Bernabe E. Sanchez
2101 E. Kearney Str. #4
Laredo, TX 78043

Bernie Todd Smith C/O Travis Property Ma
P.O. Box 56429
Houston, TX 77256-6429

Bertie Price Morton
11017 Spruce Drive North
La Porte, TX 77571-4487

Bessie L. Johnson
2315 Yale Avenue
Wichita Falls, TX 76301-6311

Beth Butler Vogelsang
P.O. Box 1106
Rosenberg, TX 77471

Bettie Carolyn Carr
2200 Bryce Cove
Nashville, TN 37211

Bettie Jo Mayhugh
376 Theresa Dr
Graham, TX 76450

Bettigene R. Wiley
2436 Almira Ave
Fullerton, CA 92831

Betty Bohning Gibbons
8511 Edgemere Road
# 301
Dallas, TX 75225

Betty Bornefeld Nicolle
160 Live Oak Road
Newport, NC 28570

Betty Edwards
Route 2, Box 274
Raymondville, TX 78580

Betty Fitzgerald Life Estate c/o Mark an
7600 Ambassador Row
Dallas, TX 75247

Betty Grayson Sherman
411 Bistineau Lake Rd
Ringgold, LA 71068

Betty H Davis
3902 Bettes Lane
Abilene, TX 79606-4122

Betty Hawley
7832 Hermanson Place NE
Albuquerque, NM 87110

Betty J. Atkins
1104 S Stratton St
Decatur, TX 76234

Betty Jane Hebert
58650 St Clement Ave
Plaquemine, LA 70764

Betty Jean Booth
5625 Whitman
Fort Worth, TX 76133

Betty Jean Thornton
11517 Eagle Vista Drive
Fort Worth, TX 76179

Betty Joan Sears
1304 N. Milan
Fredericksburg, TX 78624

Betty Johnston
5920 Elizabeth Nicole Lane, Apt. 2604
Fort Worth, TX 76119

Betty Joyce Pendergast
12020 De Or Drive
Dallas, TX 75230

Betty Joyce Prendergast
12020 De Or Drive
Dallas, TX 75230

Betty K Dupont
62400 Belleview Dr
Palquemine, LA 70764

Betty L Hicks
203 B Street Northwest
Ardmore, OK 73401

Betty Lynn Hughes
3311 Edgemont
Midland, TX 79707

Betty Noel Mills
PO Box 280
Weatherford, TX 76086

Betty Parr Sands
5129 Maryanna Way
Ft Worth, TX 76180-6965

Betty R. Bunting
3311 Edgemont Dr
Midland, TX 79707-4215

Betty Rumbo
2113 Yosemite Court
Fort Worth, TX 76112

Betty Smith
5404 E BankHead Hwy
Weatherford, TX 76087

Betty Smith
112 S. Delmonte Drive E.
Conroe, TX 77301

Betty Sue Benison
3817 Brookhaven Circle
Fort Worth, TX 76109-3333

Betty Sue Law
PO Box 2248
Albany, TX 76430

Bettye Ellen Edgington
1208 Cliffwood Rd
Euless, TX 76040

Beulah Beatrice Cole
512 Alex Street
Saginaw, TX 76179

Beverly Ann Duncan
2129 Shumard Lane
Flower Mound, TX 75028

Beverly Hart Burklow
P.O. Box 640
Monahans, TX 79756

Beverly Hellman Cardona
Bellaire Ranch Dr
Fort Worth, TX 76109

Beverly Musick Hammond
9365 Greenbriar
Baton Rouge, LA 70815

BGT Minerals, LLC
P.O.Box 9
Aledo, TX 76008

BHCH Minerals, Ltd.
5111 Broadway
San Antonio, TX 78209-5709

Big Sky Mineral Trust Serena B. Kyndysek
PO Box 3788
Arlington, TX 76007

Bill A Williamson
812 Green Brook
Allen, TX 75002

Bill Bogle
777 Main Street
Suite 1800
Fort Worth, TX 76102

Bill Poer
5713 Pecan Place Dr
Mckinney, TX 75071

Bill Williamson
812 Green Brook Dr
Allen, TX 75002

Billa Stovall Willis
6919 Townbluff Drive
Dallas, TX 75248

Billie J Griffith
5930 Birchbrook, # 109
Dallas, TX 75206

Billie J Shaw Bell
PO Box 95
Aledo, TX 76008

Billie Jean Williams
2510 West Highway 82
Gainesville, TX 76240

Billie Marie Cook
514 Montague St
Nocona, TX 76255

Billie Perrin
PO Box 932
Decatur, TX 76234

Billie Rae Hanley
200 Meadow Lane Drive
Aledo, TX 76008

Billie Ruth Bledsoe
19414 Wood Village Lane
Houston, TX 77084

Billy A Gilliland
500 South Taylor Lb 249
Amarillo, TX 79101

Billy Bateman
2089 A CR 320
Frankston, TX 75763

Billy C. Tage
1779 CR 2644
Decatur, TX 76234

Billy Carl Boyd
6122 Buffalo Speedway
Houston, TX 77005

Billy D Pigg
214 Wisteria
Mansfield, TX 76063-1838

Billy Deane Glenn
108 Endive Ct.
Weatherford, TX 76088

Billy Don Caswell
Rr 2 Box 35
Sunset, TX 76270

Billy Don Coursey
2176 Cuba Road
Bridgeport, TX 76426

Billy F. Waters
P. O. Box 720970
Dallas, TX 75372-0970

Billy J Black
P.O.Box 1028
Aledo, TX 76008

Billy Jack Maxwell Trustee
1276 FM 1204
Decatur, TX 76234

Billy Jean Williams
2510 W Highway 82
Gainesville, TX 76240

Billy Joe Campbell
8243 W Hodges
Dallas, TX 75217

Billy Joe Wren
439 Barker Dr
Hurst, TX 76054

Billy K Lynch
638 Bryan Rd
Sunset, TX 76270

Billy R Ince
1422 Cuba Road
Bridgeport, TX 76426

Billy Raymond Harrison
265 Tanner Michael Dr
Bakersfield, CA 93308

Black Stone Mineral Company LP
1001 Fannin
Suite 2020
Houston, TX 77002

Blacklands Investment Corporation
PO Box 782
Aledo, TX 76008

Blackstone Resources III-B LP
1001 Fannin
Suite 2020
Houston, TX 77002

Blairbax Energy, LLC
815-A Brazos Street #491
Austin, TX 78701

Blake Rivers Smith
PO Box 10
Frankston, TX 75763

Blake Webb Andrews Trust
1715 North Wolcott Avenue
Chicago, IL 60622

Blanco-D Trust
12214 Gaylawood Drive
Houston, TX 77066

Blue Oil & Gas Company
1861 E US 74 Hwy
Hamlet, NC 28345

Blue Waters Energy Partners, LP
PO Box 149
Graham, TX 76450

Blythe Stratton
527 Hill Street
#1
Santa Monica, CA 90405

BMB White Inc
326 Elm St
Hereford, TX 79045

Bob Bowen
Route 2, Box 40
Saginaw, TX 76179

Bob Leonard Royalties, Ltd.
P.O. Box 1718
Ft. Worth, TX 76101

Bob Nuttall
PO Box 1193
Weatherford, TX 76086

Bobbie Ellen Roberts
501 Samuels Ave
Fort Worth, TX 76102

Bobbie Freda Hartin
P.O. Box 373
Caney, KS 67333

Bobbie Jo and Jerry Ruth Ballard
200 Hidden Valley Drive
Aledo, TX 76008

Bobbie Lee Foster
1405 S Church
Decatur, TX 76234

Bobbie Sue Jones
101 N 9th St.
Sanger, TX 76266-4656

Bobby & Kerri Capps
312 Sandra Lane
Aledo, TX 76008

Bobby Addison
8000 Ellis Dr.
Weatherford, TX 76088

Bobby D. and/or Robbie G. Eason
13300 FM 2210 E.
Bridgeport, TX 76426-5610

Bobby Faulks
601 W Eula St.
Hollis, OK 75350

Bobby Gene Thornton
11517 Eagle Vista Drive
Ft. Worth, TX 76179

Bobby Holman
303 E Summit Ave.
Electra, TX 76360

Bobby John Greenwood
P.O. Box 301
Alvord, TX 76225

Bobby Lee Wren
1076 Easy St
Grapevine, TX 76051

Bobbylea Fortenberry Lindley c/o Jim Bax
5660 Jamaica Circle
N. Richland Hills, TX 76180

BOKF, NA, Agent for Hendrix College #628
P. O. Box 1588
Tulsa, OK 74101-1588

Bosco Services LLC
PO Box 333
Bridgeport, TX 76426

Boulevard Associates LLC
700 Universe Boulevard
Juno Beach, FL 33408

BPR Enterprises, LLC
10303 East Bankhead Hwy.
Ste. 103
Aledo, TX 76008

Brack Rhodes
4831 Tin Top Road
Weatherford, TX 76087

Brad McDavid
PO Box 1119
Aledo, TX 76008

Brad S and Desta L Sherrod
P.O.Box 1323
Aledo, TX 76008

Brad Taylor Properties LP c/o Hugo Nauma
126 Top Flight Dr.
Weatherford, TX 76087

Braden Exploration LLC
307 W 7Th Street, Suite 1300
Fort Worth, TX 76102

Bradford Gilde
55 Waugh Drive
Suite 850
Houston, TX 77007

Bradley Duain and Joanna Rae Burney
521 E Oak St
Aledo, TX 76008-4343

Bradley Forrest Sills
13401 E. Dove Hill Street
Derby, KS 67037

Bradley James Toomey
5239 Mercier St
Kansas City, MO 64112

Bradley Law Firm
PO Box 1176
Cleburne, TX 76033

Bradley Nobile
583 N Johnson Loop
Montague, TX 76251

Bradley Producing Corp
313 N Main St
Wellsville, NY 14895-1016

Brandii Barclay
P.O. Box 82
Alvord, TX 76225-0082

Brandor Petroleum Company
4123 LaPlace Dr.
Dallas, TX 75220

Brant Hawkins
1909 9th Street
Bridgeport, TX 76426

Brenda J Hogue
310 McFarland Ranch Road
Aledo, TX 76008

Brenda Jann Grayson Bennett
2141 Country Club Trail #123
Lake Charles, LA 70605

Brenda Kay Sheeley
8420 Raymond Ave.
Fort Worth, TX 76108

Brenda Lankford
4114 Thomas Avenue
Wichita Falls, TX 76308

Brenda Mae Lockett
23121 Adler Trail
Grand Prairie, TX 75052

Brenda Stewart
5412 Lake View Drive
Granbury, TX 76048

Brenda  Sustala
120 Links Lane
Aledo, TX 76008

Brenda  Wallace
12513 NE 197th Ct.
Bothell, WA 98011

Brendy  Browne  Kilber
890 Little Ranches Road
Wimberley, TX 78676

Brennan  Pinkerton
6905 Camino Ct
Fort Worth, TX 76126

Brent   A.  Gough
313 N. FM Rd. 1187
Aledo, TX 76008

Brent  Barker
13901 Midway, #102-221
Dallas, TX 75224

Brett  and  Karie  Bearden
785 Jenkins Rd.
Aledo, TX 76008

Brett  G.  Taylor
P.O. Box 9
Aledo, TX 76008

Brettt  G  Taylor, Trustee  Brett  G  Taylor
PO Box 9
Aledo, TX 76008

Brian  David  Rhodes
7031 CR 176
Stephenville, TX 76401

Brian  Jones
209 Scenic Drive
Aledo, TX 76008

Brian  M  Wrinkle  and  Shelly  A.  Wrinkle
303 Howard Way Dr.
Aledo, TX 76008

Brian  Turner
2600 CR 248
Georgetown, TX 78633

Bridgeport  Fishing  &  Rental  Tools,  I
PO Box 631
Bridgeport, TX 76426

Bridgeport Pump & Supply, Inc.
PO Box 235
Bridgeport, TX 76426

Brien C and Phyllis Johnson
148 Deer Creek Drive
Aledo, TX 76008

Britt Eason
13290 FM 2210 East
Bridgeport, TX 76426

Brooke B. Bass
3461 Shenandoah St.
Dallas, TX 75205

Browning Childrens Management Trust
P.O. Box 2271
Vernon, TX 76385

Bruce Allen Rozelle
5820 Demott Avenue
Commerce City, CO 80222

Bruce HC Hill
5111 Broadway
San Antonio, TX 78209-5709

Bruce Hecht
5950 Berkshire Lane Suite 500
Dallas, TX 75225

Bruce Kenison Bornefeld
101 Avant Lane
Port Arthur, TX 77642

Bruce Moore
102 Deer Creek Dr
Aledo, TX 76008-3900

Bruce Moore
144 County Road 1745
Laguna Park, TX 76634

Bruce Smith and Pamela Smith
481 Pecan Dr.
Burleson, TX 76028

Bruckner Truck Sales, Inc.
PO Box 1000 Dept 959
Memphis, TN 38148

Bryan & Kyndall Cunningham
10198 Sunridge Drive
Benbrook, TX 76126-9512

Bryan Curtis Miller
4255 Peppermill Lane
Dallas, TX 75287

Bryant Hainey
3813 Hibbs Street
Plano, TX 75025-4381

Buckle Energy, LLC
12900 Preston Road
Suite 800
Dallas, TX 75230

Budd & Diane Aven 1990 Trust
4649 Quartz Hill Road
Lancaster, CA 93536

Buddy & Lora Cotton
100 Gilley Lane
Azle, TX 76020

Buddy and Barbara Martin Revocable Trust
PO Box 341
Van Horn, TX 79855

Buddy Chapman
566 CR 4898
Springtown, TX 76082

Buffalo Bay Inc
307 East Third Street
Burkburnett, TX 76354

Buffy Energy, LLC
PO Box 1649
Austin, TX 78767

Bullock Interests II LLC
P.O. Box 66953
Baton Rouge, LA 70891

Bunita Woods
2548 CR 4680
Boyd, TX 76023

Burke Oil & Gas, LLC c/o Sean C. Burke
PO Box 1175
Aledo, TX 76008

Burke Oil Company, LLC c/o AAron S. Burk
PO Box 784
Aledo, TX 76008

Burke T. Edwards c/o BTE Energy LLC
3001 Ranch Road 620, Suite 321
Austin, TX 78738

Burlington Resources Oil & Gas Company L
PO Box 7500
Bartlesville, OK 74005

Burnett Oil Co., Inc.
PO Box 413
Bowie, TX 76230

Burt Family Trust John or Carlene Burt T
832 Thompson Rd.
Weatherford, TX 76087

Burwell J Thompson Jr
1244 West 4th Ave
Corsicana, TX 75110

Burwell J Thompson Jr., Trustee
1244 West 4th Ave
Corsicana, TX 75110

Byron Carroll Johnston
4205 Ember Lane
Deer Park, TX 77563

Byron Lynn Evans
2634 Beechmont Drive
Dallas, TX 75228

C B Moncrief Oil & Gas LLC Moncrief Buil
950 Commerce Street
Fort Worth, TX 76102-5418

C David Crockett
1206 North Main Street
Meridian, TX 76665

C R Upham, Jr., Trustee Ida Irene Upham
PO Box 940
Mineral Wells, TX 76068

C. B. Moncrief
Moncrief Bldg.
950 Commerce St.
Ft. Worth, TX 76102-5418

C. L. Gage, Jr.
PO Box 167
Decatur, TX 76234

C. Taylor Pruitt Trust
3746 Weeburn Dr.
Dallas, TX 75229-2715

C.A. McLarty III
P.O. Box 3274
Flint, TX 75762

C.M. and Damaris McClendon
2301 Capri Drive
Fort Worth, TX 76114

C.R. Upham, III Custodian for Olivia Bec
PO Box 940
Mineral Wells, TX 76068

C.Warren and Susan L. Pearson
200 South FM Road 1187
Aledo, TX 76008

CAJJ Limited Liability Company
P.O. Box 1863
Lake Charles, LA 70602

Calbert Development Co LP
1715 9Th Street
Wichita Falls, TX 76301

Calvin Hunter
PO Box 269
Big Pine, CA 93513

Calvin W. Taylor
PO Box 327
Alma, CO 80420

Calvin Wayne Woolaver
4897 Knight Lane
Krum, TX 76249

Cameron Mccall
777 E 15Th Street
Plano, TX 75074

Cameron Venable
2089 Wembley Place
Oviedo, FL 32765

Cammi Pate
2952 Lavell
Wichita Falls, TX 76308

Cammy S Terrell
1160 CR 1770
Chico, TX 76431

Cammy Terrell
1160 CR 1770
Chico, TX 76431

Cannco LLC
P.O. Box 460609
Glendale, CO 80246

Carburante Land Mgmt LLC
1475 Heritage Parkway
Suite 301
Mansfield, TX 76087

Cari Joyce Pearlman
605 Regency Crossing
Southlake, TX 76092

Carl & Linda Montgomery
109 East Cherry Drive
Azle, TX 76020

Carl B. Seashore
4003 E. Durant Ct
Wilmington, NC 28412-7446

Carl F Allen
1135 Chattahoochee Avenue NW
Suite 101
Atlanta, GA 30318

Carl Haedge III
10000 Ancient Crest Circle, Apt 10101
Franklin, TN 37067

Carl J Kunasek
8156 Sunnyside Dr
Scottsdale, AZ 85260-5680

Carl V. and Toni G. Strukely
5729 Carb Drive
Fort Worth, TX 76114

Carl W and Fern Green
310 E. Oak Street
Aledo, TX 76008-4341

Carmelita Hogan
PO Box 2176
Granbury, TX 76048

Carol Alison Masure Life Estate
2520 Timbercreek Drive
Plano, TX 75075

Carol Ann Brady Buchanan
9630 Shady Dale Ln.
Dallas, TX 75238

Carol Ann Lange
11838 Caprock Canyons LN #A
Sugar Land, TX

Carol Ann Reeves, Trustee of the Reeves
2511 East Rocky Slope Drive
Phoenix, AZ 85048

Carol Ann Sinclair
13821 FM 1740
Wichita Falls, TX 76305

Carol Anne Adamson
4426 Newport Woods
San Antonio, TX 78249-1820

Carol B. Good
600 Port Of New Orleans Place, Apt. 7A
New Orleans, LA 70130

Carol Bearid
P.O. Box 688
Aledo, TX 76008

Carol Bigley
10713 Sans Souci Place
Austin, TX 78759

Carol Clower Wise
533 West 1St St
Justin, TX 76247

Carol Haedge Clarkson
325 North Meramec, #22
St. Louis, MO 63105

Carol Jane Bullard
6028 East University Blvd
#113
Dallas, TX 75206

Carol Littell
P.O. Box 772429
Steamboat, CO 80477

Carol M. Cribbs
4223 Yosemite Dr.
Pasadena, TX 77504

Carol Moore Lange
P.O. Box 37
Carlsbad, TX 76934

Carol Perkins Potter
442 Pr 4520
Decatur, TX 76234

Carol Rathbun
607 N Johnson Loop
Montague, TX 76251

Carol Reeves
2511 East Rocky Slope Drive
Phoenix, AZ 85048

Carol Stewart Hellman
1112 Aplleton Dr
Mansfield, TX 76063

Carol Talley
903 Cold Springs Road
Concord, NC 28025

Carol W Gentry
P. O. Box 574
Harlowton, MT 59036-0574

Carol Zachau Conniff
5938 N Camino Miraval
Tucson, AZ 85718

Carola J. Poynor
5206 Lehigh
Lubbock, TX 79416

Carole F. Putnam
6101 Bending Bough Drive
Angleton, TX 77515-2507

Carole Gene Meek Hernandez
295 Oak Tree Lane
Ozark, MO 65721

Caroline A Smith
2536 Prospect Hill Drive
Ft. Worth, TX 76123

Carolyn Brogan
PO Box 172
Bridgeport, TX 76426

Carolyn Coursey Meek
14017 Korbyn Dr
Yukon, OK 73099

Carolyn Elizabeth Howell
118 Mockingbird Ln.
Tyler, TX 75701-3018

Carolyn Hawk
4434 Dye Mound Rd
Forestburg, TX 76239

Carolyn King
2401 Via Villani #2013
Fort Worth, TX 76109-5547

Carolyn Lynch Holloway
1916 CR 1790
Sunset, TX 76270

Carolyn R. Ohl
8307 Briar Drive
Dallas, TX 75243

Carolyn S. Konecny
504 West Walnut
Decatur, TX 76234

Carolyn S. McGaha
444 Pecan Dr.
Aledo, TX 76008

Carolyn Varuska
P.O.Box  1295
Aledo, TX 76008

Carolyn Yarbrough Dearden
P.O. Box 10765
Austin, TX 78766

Carrel Enlow Lindsay
P.O. Box 23
Shallowater, TX 79363

Carrel Enlow Lindsay
PO Box 23
Shallowater, TX 79363

Carrie A. Wood
116 Robert St.
Aledo, TX 76008

Carrie Bryant
528 East Terrace Lane
Tulare, CA 93274

Carrie Elizabeth Flake Allen
1660 West Plana Avenue
Mesa, AZ 85202

Carrie L. Davidson
136 Runaway Bay Drive
Runaway Bay, TX 76426

Carrie Lee Boring Simpson Revocable Fami
243 CR 3573
Paradise, TX 76073

Carrie Lee Simpson c/o James Simpson
243 CR 3573
Paradise, TX 76073

Carrol D. and Janice Wallace
729 Oakwood
Hurst, TX 76053

Carson A Turner
2268 CR 1340
Chico, TX 76431

Cartus Financial Corporation
40 Apple Ridge Road
Danbury, CT 06810

Caryn E. Stevens
1800 Meadow Lane
Midlothian, TX 76065

Cascade Acquisition Partnership
P.O. Box 7849
Dallas, TX 75209

Case Backhoe Service
PO Box 413
Bowie, TX 76230

Casey & Brittany Clayborn
PO Box 918
Wilburton, OK 74578

Casey Brown
2621 John Drive
Denton, TX 76205

Catherine Annette Westlake
3860 Steeplechase Court
Midlothian, TX 76065

Catherine E Moore
303 Rolling Hills Drive
Aledo, TX 76008

Cathy Foster
15 Muirfield Ln
Amarillo, TX 79124-4938

Cathy Sue Wood Parrish
2201 Liberty Ct.
Eagleville, PA 19403

Cecil Lee Ellis, III
9754 Grenadier
Houston, TX 77089

Cecil Lloyd Coursey
171 Private Road 3206
Bridgeport, TX 76426-6710

Cecil Partick Murphy
548 Ballew Springs Rd.
Weatherford, TX 76088

Cecil Venable
7650 Cottonwood Street
Friscon, TX 75034

Cecilia Whiteside Prine
141 Senora Ct.
St. Augustine, FL 32095-4838

Celesta N. Whatley
8614 Mile Run Rd
Humble, TX 77346

Celeste Bohning
1042 Lake View Drive
Montgomery, TX 77356

Cener Elizabeth Wren
2812 North Haven
Cornith, TX 76210

Central Crude Inc
P.O. Box 1863
Lake Charles, LA 70602

Century 2000 Royalty Partnership
P.O. Box 587
Marlow, OK 73055

Chad & Tina Bagley
105 Princess Ct.
Aledo, TX 76008

Charlene Alice Marsh
1260 St Alberts Drive
Reno, NV 89503

Charlene Gearhart Irrevocable Trust
924 SE 24th Ave.
Perryton, TX 79070

Charles & Jackie Sayles
117 E Cherry Dr
Azle, TX 76020

Charles A & Loraine Burton
PO Box 508
Deactur, TX 76234-0508

Charles A. Gideon and Gayla S. Gideon
128 Jearl St.
Aledo, TX 76008

Charles A. Jones Irrevocable Trust
2600 West 7th Street #2432
Ft Worth, TX 76107

Charles and Eileen Herrington
301 John St.
Aledo, TX 76008

Charles and Linda Wells
109 Sanchez Trail
Aledo, TX 76008

Charles Brassfield
PO Box 311152
new Braunfels, TX 78131

Charles C and Cheryl LCox
301 Boutwell Lane
Aledo, TX 76008

Charles D. Kennedy, Jr.
6345 Waterhill Lane
Fort Worth, TX 76179

Charles Douglas Stevens
4013 Collinwood Ave.
Fort Worth, TX 76107

Charles Douglas Stevens
4013 Collinwood Avenue
Fort Worth, TX 76107

Charles Edwell Fleming
614 FM 32
San Marcos, TX 78666

Charles F Brinkley
230 Boohollow Lane
Taylosville, NC 28681

Charles H Riley
302 East Cottonwood
Decatur, TX 76234

Charles  Harrell
P.O.  Box  8
Graham, TX 76450

Charles  Harris
514 Private Rd. 3549
Paradise, TX 76073-4308

Charles  Henry  Buberl
3535  Asbury  St
Dallas, TX 75205-5484

Charles  Holman
5518  Edith  Street
Houston, TX 77081

Charles  K  and  Debra  L  Birkmanis
P.O.Box  748
Fort Worth, TX 76101-0748

Charles  Lee  Johnson
1820 Linden Dr
Denton, TX 76201

Charles  McDougal,  Jr.
2217  MH379
Mineral Wells, TX 76067

Charles  P  &  Judy  L  Smith
311  S  O'Neil
Alvord, TX 76225

Charles  P  &  Marilyn  S  Petty
818  Mansfield Road Unit 189
Port Mansfield, TX 78598

Charles  P.  Nolte  Life  Estate
7000 E. Bankhead Hwy.
Aledo, TX 76008-2869

Charles  Poer
6019 Ancient Oaks Dr
Humble, TX 77346

Charles  Pride
P.O.  Box  885
Perryton, TX 79070

Charles  Reed  Sayles,  Jr
6119 Greenville Ave., Ste. 431
Dallas, TX 75206

Charles  Reed  Sayles,  Sr.
P.O.  Box  460194
Houston, TX 77056

Charles Robert Hart
2220 Canterbury Drive
Mansfield, TX 76063

Charles Roeser Meeker Trust Bank of Amer
PO Box 840738
Dallas, TX 75284-0738

Charles Ryan
2729 Encino
Bay City, TX 77414

Charles S Nichols
1318 Crocker Street
Houston, TX 77019

Charles T Brown
P.O. Box 691
Jewett, TX 75846-0691

Charles Thomas Hoog
P.O. Box 515
Devine, TX 78016

Charles Webb
963 Bullard Rd
Bellevue, TX 76228

Charlie and Kit Moncrief
Moncrief Building
950 Commerce
Fort Worth, TX 76102-5418

Charlie Wayne Young
601 Hodge St
Bowie, TX 76230

Charlotte G Meador
PO Box 395
Decatur, TX 76234

Charlotte I Clower
211 W Franklin St
Alvord, TX 76225

Charlotte Reynolds
7349 Cottonwood
North Richland Hill, TX 76180

Cheri Forman
110 Woodland Drive
Krugerville, TX 76227

Cherokee County Appraisal District
PO Box 494
Rusk, TX 75785

Cherokee County Tax Assessor/Coll
135 S Main Courthouse
Rusk, TX 75785

Cheryl A. Bryant 1986 Revocable Trust
PO Box 6833
Granbury, TX 76049

Cheryl A. Merritt, Trustee Cheryl A. Bry
PO Box 6833
Granbury, TX 76049

Cheryl Anne Davis
PO Box 1301
Frankston, TX 75763

Cheryl Chandler
1103 Laurelhill Ct
Arlington, TX 76015-3520

Cheryl Fostel
1505 Hidden Springs Rd
Decatur, TX 76234

Cheryl Lynn Shaw Green
969 Miles Road
Lufkin, TX 75901

Chester Glancy Jr.
801 S 9th Street
Clinton, OK 73601-5227

Chester R. Upham III
P. O. Box 940
Mineral Wells, TX 76068

Chester Willie and Vickie Lea Burdette
425 Pecan Dr
Aledo, TX 76008-4369

Chicago Title Insurance Company Attn: Sa
601 Riverside Avenue
Bldg. 5, Corporate Tax Dept
Jacksonville, FL 32204

Chong OK Holman
9211 Gem Street
Olympia, WA 98513

Chris & Sandra Blackburn
1273 Jenkins Rd.
Aledo, TX 76008

Chris Burns Welding LLC
PO Box 9
Sunset, TX 76270

Chris Rief
1600 S Eads St
#419S
Arlington, VA 22202

Christine Armstrong
530 Richardson St
Jacksboro, TX 76458

Christine Vaneckhoutte
P.O. Box 71
Flora Vista, NM 87415

Christine Wilcox
3615 Ostdiek Ct
Cheyenne, WY 82001

Christopher and Lanell Derby
3167 Stonebrier Ridge Drive
Orange Park, FL 32065

Christopher Austin Stovall
12867 Lily Pond Lane
Knoxville, TN 37922

Christopher C. Kowalis
20302 Morning Creek Drive
Katy, TX 77450

Christopher Collins
6532 Pheasant Run Road
plano, TX 75023

Christopher J. Stovall
1534 Bailey Park Ln
Knoxville, TN 37922

Christopher Phillips
612 Westgate Drive
Aledo, TX 76008

Christy Phaby Trustee, Christy Phaby Tru
4938 Livingston Dr.
Frisco, TX 75033

Church Of Christ
101 N Oneal St
Alvord, TX 76225

Church Of The Nazarene West Texas Distri
860 Airport Freeway, Suite 206
Hurst, TX 76054

Cindy A Sites
6000 FM 2325
Wimberley, TX 78676

Cindy Doris Bolton
6721 Lucas Lane
N. Richland Hills, TX 76182

Cindy Smith Puritt Trust U.A. By Robert
P.O. Box 1315
Marshall, TX 75671

Cindy Sue Ladurini 1996 Revocable Trust
PO Box 546
Niceville, FL 32588

Cirrus Minerals LLC
330 Marshall Street Suite 1200
Shreveport, LA 71101

Citi Mortgage, Inc.
14700 Citicorp Drive
Hagerstown, MD 21742-2205

City of Aledo
P.O. Box 1
Aledo, TX 76008

City Of Alvord
Box 63
Alvord, TX 76225

City Of Alvord Fire Dept
P.O. Box 63
Alvord, TX 76225

Claire Rochelle Stone
7219 Lavendale Circle
Dallas, TX 75230

Clara Mae Hill
112 Mckinney St
Farmersville, TX 75442

Clara Whisenant
1715 Martin Dr.
Room 417
Weatherford, TX 76086

Clarence J. Spangler
5455 La Sierra Dr., Apt. # 607
Dallas, TX 75231-4117

Clarence J. Spangler, Trustee
5455 La Sierra Dr., Apt. # 607
Dallas, TX 75231-4117

Clarice Benton Whiteside Estate
P.O. Box 540
Nocona, TX 76255

Clarice Stockton
2700 FM 51
Decatur, TX 76234

Clark R. Walker
79935 Boqueron Way
Permuda Dunes, CA 92203

Clarke Covington
426 Bayou View
Seabrook, TX 77586

Claude T Scott
4348 Westdale Dr
Fort Worth, TX 76109-4930

Claudean Pollock
1456 Cuba Road
Bridgeport, TX 76426

Claudia Roberts
108 Lake Ridge Road
Lakeside, TX 76108

Claudia Ruth Hutchins
898 Thompson Rd.
Weatherford, TX 76087

Claudia Walls
1108 County Rd 314
Cleburne, TX 76301

Claudie Ross Mikus
4850 Diamond Creek Drive
Midlothian, TX 76065

Clayt Monroe Roberts
1945 CR 298
Caldwell, TX 77836

Clear Fork Minerals LLC
309 W 7Th St Suite 500
Fort Worth, TX 76102

Clear Fork Royalty 4, LP
309 W 7th Street, Suite 500
Fort Worth, TX 76102

Clear Fork Royalty II, LP
309 W 7th Street, Suite 500
Fort Worth, TX 76102

Clifford & Paula Odom
1201 FM 1187
Aledo, TX 76008

Clifford D and Trudy Smith, II
207 Sanchez Circle
Aledo, TX 76008

Clifton Scott Brinkley, Jr.
1058 6Th Avenue Drive Nw
Hickory, NC 28601

Clint Saizon
865 N. Hearne Street
Waskom, TX 75692

Clinton Dwight Ritchey
5716 Eaglebend
Richardson, TX 75082

Cly Family Partnership
PO Box 1433
Gilmer, TX 75644

Clyde and Alice Ford
11008 Legends Lane
Austin, TX 78747

Clyde Boyd Greeley
125 Peatree Lane
Low Gap, NC 27024

Clyde Cole
855 CR 2627
Decatur, TX 76234

Clyde Curby Rhodes
400 Highway 16
Desdemona, TX 76445

Clyde Emerson Whiteside
3006 McNiel Avenue, Apt 248
Wichita Falls, TX 76309

Coastal Management
PO Box 1569
Porter, TX 77365

Coby W and Barbara Denham
126 Sanchez Trail
Aledo, TX 76008

Cody Cassity
225 Britton Street
Krum, TX 76249

Cody Guy Greenwood
P.O. Box 1141
Bowie, TX 76230-1141

Colby David Crockett II
133 CR 4175
Clifton, TX 76634

Cole Williamson
812 Green Brook Dr.
Allen, TX 75002

Colleen Bishop
2115 South Hwy 84
Snyder, TX 79549

Collin County Tax Assessor-Collecto
P.O. Box 8046
McKinney, TX 75070

Colt Exploration Co., Inc
512 Main Street
Suite 600
Fort Worth, TX 76102

Colton Hughes
14418 Big Sur Dr.
Houston, TX 77095

Columbine I Limited Partnership
PO Box 22066
Denver, CO 80222

Compass Bank, Trustee of the Lane T Tayl
Farmers National Company, Agent
P.O. Box 3480
Omaha, NE 68103-0480

Complete Energy Services Inc.
PO Box 201653
Dallas, TX 75320

Comptroller Public Accounts Ada Lowrance
Box 13528
Capital Station
Austin, TX 78711

Comptroller Public Accounts Evelyn Rhyne
Box 13528
Capital Station
Austin, TX 78711

Comptroller Public Accounts Jackie E Max
Box 13528
Capital Station
Austin, TX 78711

Comptroller Public Accounts Nola Rae Web
Box 13528
Capitol Station
Austin, TX 78711

Comptroller Public Accounts, Henry or Li
Box 13528
Capitol Station
Austin, TX 78711-3528

Conie Lee Petro
402 N. Oak
Sweeny, TX 77480

Connie A. Conners
1298 Admiral Nelson Dr.
Slidell, LA 70461-4571

Connie Lee Chapman Petro
402 N. Oak St.
Sweeny, TX 77480

Connie Lou Holt
129 Highview
Georgetown, TX 78628

Connie Shelburn c/o Dustin Swanson
1021 Kuekue St
Honolulu, HI 96825

Connie Sirchio Webber
914 Lake Point Circle
Mckinney, TX 75070

Constance Louise Carson
113 Patton Court
Folsom, CA 95630

Constance Van Meter Smith
1600 Texas Street #2703
Fort Worth, TX 76102

Contact Services Inc Attn: Rod MacLean
8605 Pauline St.
Plano, TX 75024

Contra Energy Group, LLC
2805 Scenic Drive
Austin, TX 78703

Controller Public Accounts Myrtle Poteet
Box 13528
Capitol Station
Austin, TX 78711

Cooke County Appraisal District
201 North Dixon Street
Gainsville, TX 76240

Copano Field Services North Texas LLC
P.O. Box 297
Saint Jo, TX 76265

Coppedge Oil & Gas Inc
372 Southern Mills Dr
Fairview, TX 75069

Corey and Craig Sylvis
305 Sandra Lane
Aledo, TX 76008

Cori Lynn Johnston Noakes
13005 Mountain Trail
Corpus Christi, TX 78410

Corrie E & Timothy S Watson
1316 Jarden Lane
Fort Worth, TX 76116-1600

Courtenay A Taylor, Trustee Courtenay A
P.O. Box 720429
Dallas, TX 75372

Coy Ann Stephens
103 Sendero
Decatur, TX 76234

Craig Dean Couey
8036 CR 313 East Lot 9
Tyler, TX 75706

Craig Newby
1918 Wheeler Road
North Palm Beach, FL 33408

Creative Educational Media Corp
4900 West Utica
Broken Arrow, OK 74011

Cressman Tubular Product Inc
3939 Beltline Road Suite 460
Addison, TX 75001

CSI Compressco LP
PO Box 840082
Dallas, TX 75284

Culroy P/A
P.O. Box 7666
Tyler, TX 75711

Curleen Richard Pike
1133 Liberty Hall Dr.
Morristown, TN 37813-5761

Curt Magee, Receiver On behalf of Estate
2225 W Southlake Blvd
#423
Southlake, TX 76092

Curt Magee, Receiver On behalf of Estate
2225 W Southlake Blvd.
#423
Southlake, TX 76092

Curt Magee, Reciever On behalf of Estate
2225 W Southlake Blvd.
#423
Southlake, TX 76092

Curtis G Conner
10 Cedar Lane
Bedford, TX 76201-5619

Cynthia Ann Hall
2992 Tom Cole Road
Ponder, TX 76259

Cynthia Ann Sheetz Dillman
17 Jersey Ave St.
Cloud, FL 34769

Cynthia E Allison
2343 L. Don Dodson
Apt#279
Bedford, TX 76021

Cynthia Elizabeth Pylant
504 Scenic Dr
Alvord, TX 76225

Cynthia Horn
5205 N Highland Drive
Granbury, TX 76049

Cynthia Jean Walker
7105 Round Hill Road
McKinney, TX 75070

Cynthia L. Clark
145 Porto Villageo Drive
Port Aransas, TX 78373

Cynthia Weaver
PO Box 354
Decatur, TX 76234

Cystic Fibrosis Foundation
6931 Arlington Road, Ste 200
Bethesda, MD 20814

D. Tiller Law PLLC
1525 Merrimac Circle, Suite 210
Fort Worth, TX 76107

D. Woodard Glenn
2626 Cole Avenue
Suite 510
Dallas, TX 75204

Daisy Ann Pinkerton
300 East Devereaux St, Apt 39
Decatur, TX 76234-3087

Dale Harvill
27109 S Creek Drive
Magnolia, TX 77354

Dale Ray Childers
228 PR2522
Decatur, TX 76234

Dale S. Bilhartz
1126 Frost Hollow Drive
Duncanville, TX 75115

Dale Wade
9415 N Hwy 287
Sunset, TX 76270-2903

Dallas Society for Crippled Children
4139 Cochran Chapel
Dallas, TX 75209

Damon Kelley
PO Box 441
Plainview, TX 79073

Dan A Myrick
15600 S Big Rock Loop
Mulino, OR 97042

Dan Meyer
4421 Arcady
Dallas, TX 75205

Dana L Knight
8713 San Joaquin
Fort Worth, TX 76118

Daniel Kent Bailey
4707 Poland Place
Raleigh, NC 27609

Daniel Lewis Taylor
123 Retta Drive
San Antonio, TX 78222

Daniel R. Wiesner et ux, Wendee A. Wiesn
200 Scenic Dr.
Aledo, TX 76008

Daniel V & Mary Lou Lee
216 Hidden Valley Drive
Aledo, TX 76008

Daniel Webster Spurlock III
1223 Quail Hollow Drive
Baton Rouge, LA 70810

Daniella A Nix
512 Magnolia Street
Burkburnett, TX 76354

Danna Lindsay
4100 Scottsdale Lane
Wichita Falls, TX 76302

Dannie Dale Holt
1701 Stevens Street
Bridgeport, TX 76426

Dannie Venable
123 Jacksonian Dr
Hermitage, TN 37076

Danny and Deborah Coulson
1713 McDavid Court
Aledo, TX 76008

Danny F. Christopher
P.O. Box 615
Cushing, TX 75788

Danny Hodges
P.O. Box 168
Alvord, TX 76225

Danny Lewis
308 Hidden Valley Drive
Aledo, TX 76008

Danny P Harbour
820 Nandina Way
Waxahacie, TX 75165-4685

Danny Ray Steadham
P.O. Box 188
Saint Jo, TX 76265

Danny Sanders
P. O. Box 613
Alvord, TX 76225

Danny Thomas Cochran
608 East 5th
Muenster, TX 76252

Danny W and Maggie Johnson Co-Trustees o
313 Hidden Valley Drive
Aledo, TX 76008

Danny W. Kennemur
436 Rolling Hills Dr.
Aledo, TX 76008

Dara Gayle Johnston Smith
21010 Ochre Willow Trail
Cypress, TX 77433

Darlene Bobo
706 Meadow Vista Circle
Weatherford, TX 76087

Darlene D. Stovall
14829 SD Highway 40
Hermosa, SD 57744

Darlene  Halford
1402 El Patio Drive
Dallas, TX 75218

Darlene  Tompkins
4941 Bolero Ct
Fort Worth, TX 76135

Darrell  Lyon
9624 Canyon Country Dr.
Azle, TX 76020

Darwin  Lawson
PO Box 1493
Hope, NM 88250

Dash/ Gas Ltd
777 East 15th Street
Plano, TX 75074

Dave  Deison
PO Box 1177
Weatherford, TX 76086

David  &  Gwendolyn  Cavin
1112 Gabriel Lane
Ft. Worth, TX 76116

David  &  Patricia  O'Connor
119 Southwood Drive
Burleson, TX 76028

David  and  Christine  Kubosh
1156 W Lake Drive
Weatherford, TX 76087

David  and  Debbie  J  LeBlanc
205 Hidden Valley Drive
Aledo, TX 76008

David  B.  Kennedy
7343 Hutcheson Hill Rd
Springtown, TX 76082

David  Banta
3124 Travis Avenue
Dallas, TX 75204

David  Berry
7700 Brookside Drive
Oklahoma City, OK 73132

David  Berry,  Jr  In  Trust  FBO  Chauna  Anna
1705 Tudor
Moore, OK 73160

David Berry, Jr.
1705 Tudor
Moore, OK 73160

David Butler Gray Life Estate
7202 Lane Park
Dallas, TX 75225

David C Lanier
749 Hallelujah Trail
Keller, TX 76248

David C Walker Jr
P.O. Box 3888
Corpus Christi, TX 78463

David Caswell
P.O. Box 547
Bowie, TX 76230

David Franklin Sills
23266 SW Tawakoni
Douglass, KS 67039

David Fuller
P.O. Box 1297
Decatur, TX 76234

David H Stephens
P.O. Box 58
Marine, MN 55047

David Hudgins
303 Matthews St
Waxahachie, TX 75165-4235

David K Skidmore
400 N. Saint Paul St. Ste 800
Dallas, TX 75201

David King Huffman, Jr.
2200 Lebanon Pike
Nashville, TN 37214

David King Huffman, Jr.
2200 Lebanon Pike
Nashville, TN 00037-2147

David L Lindsay
18464 Shore Drive
Kemp, TX 75143-4445

David Lane Shaw
3808 32nd Street
Lubbock, TX 79410

David Lynn and Josie Robinson
3120 Rosehill Drive
Fort Worth, TX 76112

David M. Beveridge Jr.
2320 Brun St.
Houston, TX 77019

David Matthews
2905 Sackett Street
Houston, TX 77098

David McCall
777 East 15th Street, Suite 202
Plano, TX 75074

David Mceachern
209 North Wickham St
Alvord, TX 76225

David Nivens
5611 Ridgerock Rd
Fort Worth, TX 76132-2546

David P Zimmerman
1205 Ridgeway Dr
Richardson, TX 75080

David P. Lozuk
PO Box 121066
Fort Worth, TX 76121-1066

David Palmer Trustee, David Palmer Trust
751 Landsway Rd
Weatherford, TX 76087

David Paul and Mary Ann Sixta
62 N Westwinds Circle
Spring, TX 77382

David Richmond Jones
80 Staceys Road, Anakie R.M.D.
Mail Centre Geelong
Victoria, Australia 03213

David Russell Brake and Diana Brake
121 St. Clare Dr.
Crowley, TX 76036

David S. Pickard and Barbara Pickard
PO Box 55
Aledo, TX 76008

David Slade
49 Rice Lane
Dry Prong, LA 71423

David Stickley
2630 Bernhardt Drive
Port Arthur, TX 77642

David W Mackie
2719 E Street
Washougal, WA 98671

David W. Cone
903 Sam Drive
Rocky Face, GA 30740

David Wayne Gandee
611 Margie Tewmey Rd
Port Lavaca, TX 77979

David Webb and Roxann Webb
23162 Lisbon Rd.
Apple Valley, CA 92308

David Woodard
1021 South Clinton Lane
Midlothian, TX 76065-6283

Dawn Schertz
8880 North Branch Road
Krum, TX 76249

Dayna Fowler
213 Walnut St.
Aledo, TX 76008

De Ann Cox
P. O. Box 1112
Archer City, TX 76351

Dean and Robin Samrow
5 Bankhead Cove
Aledo, TX 76008

Dean J Deslatte
P.O. Box 140
Plaquemine, LA 70765

DeAnn & Guy Denton & Bank of America
2380 Performance Dr, Bldg C
Richardson, TX 75082

Deanne Prince
6712 Sambar Circle
Cypress, CA 90630

Deborah Ann St. Cyr
2704 Cordova Circle
Denton, TX 76201

Deborah Armstrong
500 Rolling Hills Dr.
Aledo, TX 76008

Deborah Burgett
10104 Kildee Trail
Sanger, TX 76266

Deborah J Perkins
1113 Meadow Drive
Blue Bell, PA 19422

Deborah Jean Perkins
219 Aberdeen Avenue
Exton, PA 19341

Deborah Jo Rhodes Ginn
2213 Lanshire Drive
McKinney, TX 75070

Deborah K. Morgan
12807 Poquoson Dr.
Austin, TX 78727

Deborah Lynn Brumbalow Fry
3544 Manderly Place
Fort Worth, TX 76109

Deborah Lynn Busey Kipp
65 Via Malaga Street
Fremont, CA 94536

Deborah Sage Hardcastle
626 W Berkely Court
Ontario, CA 91762

Debra A. Fleming
132 James St.
Aledo, TX 76008

Debra K. Moore and Michael Moore
2287 S. W. Hulen St.
Burleson, TX 76028

Debra Laraine McDougall
9 Cliff Dr.
Mineral Wells, TX 76067

Debra Lowrance
416 Live Oak
Weatherford, TX 76020

Debra Stasey
1300 Prairie Wind
Stephenville, TX 76401

Deeann Cobb Bolton
191 Round Rock Cove
Holly Lake Ranch, TX 75765

DEF Minerals LLC
2803 Hwy 101
Las Animas, CO 81054

Delbert Steven Christopher
2642 CR 4055
Jacksonville, TX 75766

Della Lewis Mann
501 S. Washburn Street
Decatur, TX 76234

Delois Jean Coursey
7343 Hutchenson Hill Road
Springtown, TX 76082

Delwin Morton
777 East 15th Street, Suite 202
Plano, TX 75074

Dema Lou McNew
500 Waters Edge #137
Lake Dallas, TX 75065

Deneise Stockon
113 McKinzie Ln.
Weatherford, TX 76087

Denis M Lanier
556 S Elizabeth Street
Denver, CO 80209

Denise Marie Montanino
432 Rolling Hills Dr.
Aledo, TX 76008

Denman-Friesen Company
1401 Holiday Suite 426
Wichita Falls, TX 76301-7194

Dennis & Brenda Shifflett
104 Belladonna Court
Aledo, TX 76008

Dennis & Colleen Buschbaum
4537 Phillip Court
Benbrook, TX 76116

Dennis and Carol Harlin
1208 Becky Drive
Aledo, TX 76008

Dennis Dwane Maxwell
1276 FM 1204
Decatur, TX 76234

Dennis F. Goke and Brenda R. Goke
124 James St.
Aledo, TX 76008

Dennis G Bryan Inv Inc
P.O. Box 839
Graham, TX 76450

Dennis G Bryan Investments, Inc.
P. O. Box 839
Graham, TX 76420

Dennis H Evans
P.O. Box 1599
Mason, TX 76856

Dennis Henson
6902 Shore Breeze Court
Arlington, TX 76016

Dennis Woods
545 Diamond Bar Trail
Aledo, TX 76008

Derrell J. Jennings
1100 Zion Hill Loop
Weatherford, TX 76088

Derrick G Durham
2308 Amhearst Lane
Flower Mound, TX 75028

Desert Partners II, L.P.
P.O. Box 3579
Midland, TX 79702

Desert Partners lV LP
P.O. Box 3579
Midland, TX 79702

Desoto Land and Leasing, LLC
1900 Preston Rd, Suite 267, PMB 78
Plano, TX 75093

Devan Burt
2701 Larkin Ave
Fort Worth, TX 76113

Deveraux Gregg
3920 Silver Bell Drive
Charlotte, NC 28211

Devon Energy Production Co. LP
333 West Sheridan Avenue
Oklahoma City, OK 73102-5010

Diane and Warren Shipman, III
4540 Overton Terrace Ct.
Fort Worth, TX 76109

Diane Brown Wallace
4917 Walton Heath
Garland, TX 75044-5124

Diane Hawkins Loper
3110 Ashmont
Germantown, TN 38138

Diane Mayo
13101 Arnold Drive
Glen Ellen, CA 95442

Diane Russell
232 Milan Street
Granger, IN 46530

Diann Christopher
2642 CR 4055
Jacksonville, TX 75766

Diann Elkins Mahaffey
616 E Ole Maverick Road
Cheyenne, WY 82009

Dianna Lynn Stockton
758 Tuchahoe
Franklinville, NJ 08322

Dick Blair
P.O. Box 1894
Edwards, CO 81632

Dick Fletcher
5911 Via Serena
Alta Loma, CA 91701

Dick W. Simpson Trust
2218 W. Leland, Apt #2
Chicago, IL 60625

Dick Weldon Simpson
2218 W. Leland, Apt #2
Chicago, IL 60625

Dickie B and Katherine E Moore
1725 Salt Creek Rd
Springtown, TX 76082

Dickie Jay Read
1024 County Road 3225
Bridgeport, TX 76426

Diversified Energy 1 LLC Series A
One North End Avenue, Suite 1301
New York, NY 10282

Diversified Energy LLC Series B
One North End Avenue, Suite 1301
New York, NY 10282

Dixie Read Hawkins
3 One Horse Lane
Gainsville, TX 76240

Dixon Water Foundation
P.O. Box 177
Marfa, TX 79843

Doloraso Services, LLC
P.O. Box 50005
Denton, TX 76206

Dolores Carmical
109 Neely Road
Hewitt, TX 76643

Don & Debra Diane Barnes
344 County Road 1793
Sunset, TX 76270-4308

Don Clements
111 Rio Vista Drive
Hereford, TX 79045

Don E. Hinshaw
3533 Lily Court
Abilene, TX 79606-2636

Don Elliott Residual Trust A #WA250
PO Box 1600
San Antonio, TX 78296

Don Elliott Residual Trust B #WA251
PO Box 1600
San Antonio, TX 78296

Don Elliott Trust #3 #WA253
PO Box 1600
San Antonio, TX 78296

Don Elliott Trust #4 #WA254
PO Box 1600
San Antonio, TX 78296

Don P. Miller, II
P.O. Box 161507
Austin, TX 78716

Donald & Debra Harwell
P.O. Box 576
Greenwood, TX 76246

Donald & Karen Fowler
3160 N Hwy 101
Chico, TX 76431

Donald and Mary Davis
7507 S Ballantrae Drive
McKinney, TX 75070

Donald C Potts
1601 Elm Street #3900
Dallas, TX 75201

Donald D Drury
P.O. Box 487
Angel Fire, NM 87710

Donald E Vanderbeken & Barbara E Vanderb
5359 N FM 51
Decatur, TX 76234

Donald Guinn
7762 Beaver Head Road
Fort Worth, TX 76137

Donald Hartman
2398 S FM 373
Muenster, TX 76252

Donald I. Gentry
107 CR 3673
Paradise, TX 76073

Donald J Guidry
P.O. Box 5451
Covington, LA 70434-5451

Donald Lee Proctor
2047 Pittman Hollow Rd
Sunset, TX 76270

Donald M Sollock
9938 CR 400
Yoakum, TX 77995

Donald Ray Pembroke
6906 Overlook Drive
Dallas, TX 75227-5819

Donald Richard and Beverly Sue Brown
209 Hidden Valley Drive
Aledo, TX 76008

Donald S. Mackie
318 NW 19th Ave
Camas, WV 98607

Donald W. Hawkins
721 Graham Street
Mineola, TX 75773

Donald Wayne Bailey
4703 Molera Drive
Austin, TX 78749

Donna Baker
1895 Crestlake Drive
Rockwall, TX 75087

Donna Campbell
10206 Brookshore Lane
Pearland, TX 77584

Donna Clower Endres
604 Greenwood Rd
Decatur, TX 76234

Donna Covin
18 Harbouton Mont Airy Road
Lambertville, NJ 08530-2901

Donna Gail Jergins Life Estate
PO Box 192
Aledo, TX 76008

Donna K Skinner
697 Wagonseller Rd
Bowie, TX 76230

Donna Kay Newberry Martinez
31419 N 165th Ave
Surprise, AZ 85387

Donna Lee Hill & William Hurley
P.O.Box 888
Aledo, TX 76008

Donna Mae Stiles
316 Holly
Destin, FL 32541

Donna Monroe Olsson
11718 Spriggs
Houston, TX 77024

Donna Sue Crane Ainsworth
519 E 3rd Street
Cordell, OK 73632

Donna Sue Mowrey
442 Paradise Point
Boerne, TX 78006

Donna Sue Waters Peebles
804 E. Ashley Rose Lane
Austin, TX 78717

Donny H. Addison
200 Robert St.
Aledo, TX 76008

Dora Redwine Rose
3207 Lipsey
Decatur, TX 76234

Dorcas Lee Brumbalow Thornton
262 C R 2650
Decatur, TX 76234

Doris A Pettus
30755 Hwy 75
Plaquemine, LA 70764

Doris Bollinger
309 N Stadium Dr
Alvord, TX 76225

Doris Clara Evartt
202 Renolds Ave
Taft, TX 78390

Doris Dunn MacOmber Kevin M. Dunn, POA
288 Belleair Drive N.E.
St. Petersberg, FL 33704

Doris Fay Jennings
1100 Zion Hill Loop
Weatherford, TX 76088

Doris J Crocker, Trustee Hunter Family T
523 Hudgins Ave.
Fort Worth, TX 76111-5208

Doris Juanita Bolton Downard
6701 Lucas Lane
N. Richland Hills, TX 76182

Doris Stafford c/o Mack Stafford
PO Box 336
Madill, OK 73446

Doris Strange Edwards
7920 Bal Harbour Ct
Fort Worth, TX 76179

Dorothea G Kellam
3915 Colby Ave
#430
Everett, WA 98201

Dorothea L. Culpepper
2308 Millgate Rd
Anderson, SC 29621

Dorothy Annetta Humphries
106 Chevy Chase Lane
Waxahachie, TX 75165

Dorothy Burnette Ezba
4401 Spicewood Springs Road
#146
Austin, TX 78759

Dorothy Childers
145 PR 2507
Decatur, TX 76234

Dorothy Deene Shahinian
1770 Baden Avenue
Grover Beach, CA 93443

Dorothy L. Nelson
730 PR 3450
Paradise, TX 76073

Dorothy Mae Weiser
4804 Gamble Ct.
Las Cruces, NM 88011

Dorothy R. Johnson
1985 S. Meade Street
Denver, CO 80219

Dorothy Row Dornan
1321 S 96Th Street
Omaha, NE 68124

Dotte A Hoppe
3044 Mcnaught Street
Woodburn, OR 97071

Doug & Judith Cormier
P.O. Box 756
Weatherford, TX 76086

Doug Or Nelle Pylant
8236 Saddlebrook
Benbrook, TX 76116

Doughtie Wayne and Karen V Law
105 Maverick Street
Aledo, TX 76008

Douglas E Kunkle
4508 Weeks Park Lane
Wichita Falls, TX 76308

Douglas Hall Trust
1203 Windward Trail
Rockwall, TX 75032

Douglas W and Jeanne Maloney
316 Hidden Valley Drive
Aledo, TX 76008

Doyce Allred
503 Center Street
Whitesboro, TX 76273

Doyle Guinn
4824 Meadowbrook Drive
Fort Worth, TX 76103

Doyle Hanley Properties Partnership, L.P
101 Kimbro Court
Aledo, TX 76008

Doyle Lynch
6830 FM 1655
Forestburg, TX 76239

Doyle Wayne Price
1508 Edison Street
Bridgeport, TX 76426

Doyle Wright
2301 Kell Blvd
Wichita Falls, TX 76308

Dr. Sydney L Bonnick
37 Wellington Oaks Circle
Denton, TX 76210

Drew Addison
200 Robert St.
Aledo, TX 76008

Drew  Reid
1502 Spring Garden Rd
Austin, TX 78746-7475

Drew  Richards
7213 Horseshoe Bend Trail
Weatherford, TX 76087

DRF  Oil  And  Gas
211Park  Road
Nocona, TX 76255

DTI
PO Box 93658
Atlanta, GA 31193

Duane  &  Bonnie  Knesek
330 Howard  Way  Dr
Aledo, TX 76008

Dura  &  Mary  Hopkins  Family  Trust  C/O  F  B
P.O.  Box  1588
Tulsa, OK 74101

Dwayne  Merritt
1144  Westgrove
Saginaw, TX 76179

Dwight  D  Skinner  Et  Al
1708 Oak  Tree  Drive
Denton, TX 76209

Dwight  Dodson
4633  S  FM  Road  730
Decatur, TX 76234

Dwight  Simpson  Griggs
5709  Long  Ct.
Austin, TX 78730-5056

E  N  Taylor  Trust  Argent  Trust  Co  Of  LA
P.O.  Box  1410
Ruston, LA 71273

E.  B.  Adkins
2112  East  60th  Street
Tulsa, OK 74105

E.R.  Gregg,  III
9910  Royal  Lane,  #103
Dallas, TX 75231

Eagle Oil & Gas Co.
2525 Kell Blvd, One Parker Square
Suite 510
Wichia Falls, TX 76308

Eagle Oil & Gas Company
2525 Kell Boulevard Suite 510
Wichita Falls, TX 76308

Earl A Allain
23965 Sherwood Dr
Plaquemine, LA 70764

Earle Frost Read Barnhill
PO Box 1796
Amarillo, TX 79105

Earlene Haynes
128 PR 4656
Boyd, TX 76023

Earlene M. McClellan
P.O. Box 1086
Benton, LA 71006

Earlene R. Lemert
602 Eagle Road
Cedarville, KS 67024

Eastland Production LTD
927 Green Tree Lane
Duncanville, TX 75137

EC Stryker, Inc.
PO Box 1149
Decatur, TX 76234

Ed F Vanston II
9202 Esplande Drive
Dallas, TX 75220

Ed Mccormick
1230 Reed Road
Bellevue, TX 76228

Ed McCormick
1230 Reed Road
Bellevue, TX 76228-2416

Ed Mcguire
211 Driftwood Drive
Coppell, TX 75019-6314

Ed Miller
3003 County Road 4560
Winnsboro, TX 75494-6622

Eddie & Cheryl Hale
Box 14
Alvord, TX 76225

Eddie C. Stafford
2798 Montreaux
Frisco, TX 75034

Eddie Godfrey
2947 W Division
Arlington, TX 76012

Edgar and Betty Harvalene Ames, Jr
126 Homes Lane
Weatherford, TX 76085

Edgewood Cockfield Project LLC
C/O Delta Bank Attn: Wanda Wiggins
P.O. Box 339
Vidalia, LA 71373

Edgewood Exploration Inc
13803 Sweetwoods Hollow
St Francisville, LA 70775

Edith Lillian Haile
513 South FM 1187
Aledo, TX 76008

Edna M Goldman
1500 Roebuck Dr
Meridian, MS 39301

Edward & Rebecca Hemenway
714 Meadow Hill Rd
Fort Worth, TX 76108

Edward B Middleton
22160 Talbot Drive
Plaquemine, LA 70764

Edward C. Bleyl
129 Jearl St.
Aledo, TX 76008

Edward J and Milissa R Machel
509 Hilldale St
Aledo, TX 76008

Edward Sanders
1301 Becky Drive
Aledo, TX 76008

Edward Tubbs, Jr.
4229 NW 57th Street
Oklahoma City, OK 73112

Edwin D Pruett
P.O. Box 87
Slidell, TX 76267

Edwin Hudson
106 Rocking Chair Ranch Road
Trinidad, TX 75163

Edwin Hutson
106 Rocking Chair Ranch Road
Trinidad, TX 75163

Edwin W Strange
P.O. Box 29
Alvord, TX 76225

Edwin Warren Rumage
146 Quail Run
Jacksboro, TX 76458

Effie S.M. Blanton
PO Box 250981
Plano, TX 75025

Effie S.M. Blanton, Life Estate
PO Box 250981
Plano, TX 75025

Effygene Bull
436 Pecan Dr.
Aledo, TX 76008

EGD Holding
Sydnesplass 1
5007 Bergen
Norway

EKA Minerals, LLC
PO Box 5391
Wichita Falls, TX 76307

Elaine Garrett
3075 Willow Grove Blvd., #3101
McKinney, TX 75070

Elaine McKay Clemmons
PO Box 162
Bridgeport, TX 76426

Elaine Sue Shaw Burress
P.O. Box 95
Aledo, TX 76008

Elayne J. Lemons
1704 West McGee
Sherman, TX 75092

Elbert & Deanna Lewis
113 Yeary Lane
Aledo, TX 76008

Elbert Allred
1142 County Road 212
Gainesville, TX 76240

Elbert Ray Forman
110 Woodland Dr
Krugerville, TX 76227

Eldorado Land & Investment Co LLC
2107 Twin Dr
Duncan, OK 73533

Eleanor J Howard
200 Jackson Street
Nocona, TX 76255

Eleanor Lois Johnson
18400 Euclid Street
Unit 256
Farmington, MN 55024

Elese F. McDougal - Life Estate
310 Broadway
Newcastle, TX 76372

Elizabeth A Putthoff
1164 CF 345
Forestburg, TX 76239

Elizabeth A Strange
P.O. Box 29
Alvord, TX 76225

Elizabeth Ashlie Robertson
312 Stratford Drive
Benbrook, TX 76126

Elizabeth B Karolyi
4225 McKinney Ave
Apt. C
Dallas, TX 75205

Elizabeth Gay Ellis McIlheran
5804 Longhorn Landing
Austin, TX 78734

Elizabeth H. Morse Unclaimed Property Di
P. O. Box 12019
Austin, TX 78711-2019

Elizabeth Kay Rosen
717 Heather Lane
Easton, PA 18040

Elizabeth Luster
120 Westgate Dr
Aledo, TX 76008

Elizabeth M. Coker
P.O. Box 4410
Bryan, TX 77805

Elizabeth Nichols and Aaron Nichols
416 Rolling Hills Dr.
Aledo, TX 76008

Elizaeth Yahr
P.O. Box 71
Thicket, TX 77374

Ella Lucille Homsley
517 South FM 1187
Aledo, TX 76008

Ellen Brissey Hammack, Deceased
10069 Calle Chulita, NW
Albuquerque, NM 87114

Ellen Carrie Murack
13177 Kirkmichael Terrace
Bristow, VA 20136-5600

Ellen Duckwitz
1705 Hemphill
Odessa, TX 79763

Ellen Forrester c/o Carole A Stamm, POA
5025 Lady Bank Lane
Aiken, SC 29803

Ellen Holland
150 Boland St.
#209
Fort Worth, TX 76107

Elliott Garsek
920 Foch Street
Fort Worth, TX 76107

Ellise Wilson Mcdonald
760 Hill Rd
Willis, TX 77378

Elma Lenore Kennedy
PO Box 221
Manvel, TX 77578-0221

Elmer Eugene Vogt
3609 Green Ridge Dr
San Angelo, TX 76904

Elnora Wootton
10 Shadowood
Conroe, TX 77304-1772

Eloise Williams
201 Palomino Court
Cresson, TX 76035

Elrica Kay Young Kleck
2544 East 11Th Street
Odessa, TX 79761

Elrica Lynn Tarpley
7825 Hood St
Fort. Worth, TX 76135

Elvin Gentry
1340 CR 621
Hamilton, TX 76531

Emelia Hoefle
P.O. Box 16303
Ft. Worth, TX 76162

Emerson Tad Richey
6954 39th St.
Groves, TX 77619

Emily Mitchell
6682 County Road 4064
Kemp, TX 75143

Emma Beekman
4731 Sierra Vista Ave.
Apt. 111
Riverside, CA 92505

Emma Jo Williamson
58515 St Clement Ave
Plaquemine, LA 70764

Emma Josephine Garretson
3616 Landy Lane
Richland Hills, TX 76118-5507

Emma Read Moore
10805 Owl Creek Drive
Ft. Worth, TX 76179

Emory D. Garner c/o the EDG Trust
5004 Sea Pines Dr.
Dallas, TX 75287

Encap Partners LLC c/o Jacob Warnock Oil
P.O. Box 9285
Wichita Falls, TX 76308

Encore Energy Inc
118 Hogan Drive
Lake Kiowa, TX 76240

Energy 12 LLC
12222 Merit Drive, Suite 1850
Dallas, TX 75251-2217

Energy Royalties LLC
1021 Main Street
Houston, TX 77002

Enexco Inc
3131 Turtle Creek Blvd Ste 1200
Dallas, TX 75219

EOG Resources, Inc.
P. O. Box 4362
Houston, TX 77210

Eri - O&G III LP
4880 Long Prairie Road Suite 200
Flower Mound, TX 75028

Eric Aaron Baker
1260 ElRancho Dr Apt 27A
Sparks, NV 89431

Erin Davis Heineking
715 Jenkins Road
Aledo, TX 76008

Erin McCrary c/o Ms. Terry McCrary
1443 E. Nichols Circle
Centennial, CO 80122

Erlene Pugh Smith
158 Chestnut St.
Aledo, TX 76008

Ermal Moody, Trustee W Emmett Moody Trus
6900 Little Ranch Road
Fort Worth, TX 76182

Ernest D. Gentry
PO Box 152
Paradise, TX 76073

Ernest Lee Brumbalow C/O Deborah L Fry
3544 Manderly Place
Fort Worth, TX 76109

Ernestine Hendon Caron
6333 South 91St East Avenue
#304
Tulsa, OK 74133

Ernestine Hyder
5347 Avenue Isle Verde
Apt 609
Carolina, PR 00979

Erwin Herber
3522 Cornerstone Street
Round Rock, TX 78681-3727

Eryn Lorayn Gettys
301 E. Skyview Road
Austin, TX 78752

Espen Galtung Dosvig C/O Ron Tharp CPA
12900 Preston Road Suite 800
Dallas, TX 75230

Essie Y. Stembridge
5909 Jennie Drive
Fort Worth, TX 76133

Est of Elmer Caswell, Co-Executors David
P.O. Box 547
Bowie, TX 76230

Est Of Joseph B Dupont
62400 Belleview Dr
Plaquemine, LA 70764

Estate Of Betty Thompson
515 West Ikard
Henrietta, TX 76365

Estate Of Bob J Ewing, James Paul Ewing,
c/o Criswell Law Firm
P O Box 541
Durant, OK 74702

Estate of C G Greenwood
P.O. Box 446
Alvord, TX 76225

Estate of Dan Woodward Bartee Herbert Wr
2812 Northhaven
Corinth, TX 76210

Estate of Dorothy Sage Spies c/o Loma Ge
1001 St Andrews Drive
Upland, CA 91784

Estate of Ellisene Davis c/o Danna Ritte
244 Rosewood Dr.
La Verina, TX 78121

Estate Of Elmer Caswell David Norman & G
P.O. Box 547
Bowie, TX 76230

Estate Of H Lee Pierce, Deceased '------
8609 Northwest Plaza Drive, #450
Dallas, TX 75225

Estate of Harold Sage c/o Lisa Sage Ashc
617 Eureka Street
Bakersville, CA 93305

Estate of J R Bilhartz c/o Mary P Bilhar
1934 Lewis Crossing Dr.
Keller, TX 76248

Estate Of James M Harmon, Deceased Eliza
257 Cape May Dr
Corpus Christi, TX 78412

Estate of James Ryan Harold McAden, Rece
PO Box 1186
Bridgeport, TX 76426

Estate of Jepsie White

Estate of Joe & Martha Bulowski Ben Kerr
c/o Brown, Kerr, Key & Brewer
PO Box 1029
Quitman, TX 75783

Estate of Joe Bulowski Ben J Kerr, Indep
PO Box 1029
Quitman, TX 75783

Estate Of Martha Ellis Russell c/o Julie
696 Pineloch, #2601
Webster, TX 77598

Estate of Mary Lee Burks c/o Gerald E. B
907 Forest Trail
Jacksonville, TX 75766

Estate of Mildred Heying Harold McAden,
PO Box 1186
Bridgeport, TX 76426

Estate of Otis Sage
9260 Ioamosa Court
Rancho Cucamonga, CA 91737

Estate Of Patrick D Robertson Catherine
312 Stratford Drive
Fort Worth, TX 76126

Estate of Preston Rogers
130 W Douglas
Apt #4
Naperville, IL 60540

Estate of Robert Marvin Simpson Dwight G
5709 Long Ct.
Austin, TX 78730-5056

Estate of Walter R. Bennett c/o Wells Fa
201 Main Street, Suite 400
Fort Worth, TX 76102

Estate of William Sage c/o Rayetta Sage
2150 NW Evergreen St.
Corvallis, OR 97330

Estate of William T. Ryan Harold McAden,
PO Box 1186
Bridgeport, TX 76426

Ethel M Cosgrove
112 Yeary Lane
Aledo, TX 76008

Eugene J Dozier
4709 Crestline Road
Fort Worth, TX 76107

Eugene Mack Elam, Jr
5851 Del Roy Drive
Dallas, TX 75230

Eula Faye Rowe
3945 N Hwy 114
Paradise, TX 76073

Eula Nell Polson
3713 Winifred Drive
Fort Worth, TX 76133-2001

Eulan Abbott Prince Jr. & Darla Prince &
Mortgage Services Department
2626B West Freeway, PO Box 2988
Fort Worth, TX 76113

Eutex Finanz AG C/O Trinity Bank
3500 W Vickery Blvd
Fort Worth, TX 76107-5618

Euvonia Doris Morris Parsons
3020 4th Street
Apt 101
Brownwood, TX 76801

Evah Jean Lindsay
325 W. Louella Drive
Hurst, TX 76054

Eve Sheetz
PO Box 85
Woodstock, VA 22664

Evelyn L Murphey
429 Rolling Hills Dr
Aledo, TX 76008

Ewing James Newton
3410 Carriage House Dr.
Richmond, TX 77406-6862

Exa Mae Rief
152 Linbrook Dr
Winston Salem, NC 27106

Exploration Energy LC
4807 Thunder Rd
Dallas, TX 75244

Fariba Parmer
1656 Byron Nelson Pkwy
Southlake, TX 76092

Faruk Abay
Freseniusstr 18
Frankfurt Germany 60320

Father Flanagan'S Boys' Home Investment
P.O. Box 145
Boys Town, NE 68010

Faye Bryd
112 CR 4412
Jacksonville, TX 75766

Faye Howerton
P.O. Box 183
Alvord, TX 76225

FCM of Texas, LLC c/o Melinda Moore Woma
16 Moreno Point Road
Destin, FL 32541

Fern A. Green
310 Oak St.
Aledo, TX 76008

Fern Hollaway Caswell
1282 S FM 1655
Alvord, TX 76225

First Baptist Church of Aledo
128 Elm Street
Aledo, TX 76008

First Baptist Church of Aledo Life Est.
103 Walnut Street
Aledo, TX 76008-4305

First Baptist Church of Dallas, Texas
1601 Elm Street
Suite #1700
Dallas, TX 75201

First Financial Bank, N.A.
501 N. FM Road 1187
Aledo, TX 76008

First National Bank of Granbury
101 East Bridge Street
Granbury, TX 76048

First Presbyterian Church of El Dorado E
300 E. Main Street
El Dorado, AR 71730

First United Methodist Attn: Bert Ducket
503 North Central Expressway
Richardson, TX 75080

First United Methodist Church
P.O. Box 127
Alvord, TX 76225

Five Civilized Tribes Museum & Center of
1101 Honor Heights Drive
Muskogee, OK 74401

FKC L.P.
PO Box 1357
Liberal, KS 67905

Florence Brady
6412 Highgate Lane
Dallas, TX 75214

Florencia Exploration, Inc.
5111 Broadway
San Antonio, TX 78209-5709

Floy Hudson
P.O. Box 1044
Idalou, TX 79329

Flyover Ranch, LLC
906 W McDermott Dr, Ste 116-334
Allen, TX 75013

Forest Yule
1611 W 5Th St Apt 213
Austin, TX 78703-4790

Fortson Oil Company
306 West 7th Street Suite 901
Fort Worth, TX 76102

Foundation Shale LLC Attn. Jim Syme
PO Box 470354
Fort Worth, TX 76147

Fran Mueller
2103 3Rd Street
Woodward, OK 73801

Frances Alise Spurlock Huggins
12306 Lake Ladare
Baton Rouge, LA 70816

Frances  Campbell
1701  Campbell  Trail
Richardson, TX 78082

Frances  Caswell
P.O.  Box  547
Bowie, TX 76230

Frances  Lucille  Coursey
1406  Cobb  St.
Bridgeport, TX 76426

Frank  A.  King  King  Barnett  Interest  Ltd.
8235  Douglas  Ave
Suite  525
Dallas, TX 75225

Frank  B  Allain
30735  Hwy  75
Plaquemine, LA 70764

Frank  Joesph  Kszyminski  and  Darlene  O.  K
133  Raven  Bend
Weatherford, TX 76085

Frank  N  &  Vivian  K   Bingman  Trust  Frank
Vivian  K  Bingman, Co-Trustees
8313  NW  107th  Street
Oklahoma City, OK 73162

Frank  Pettit  Castleberry
1010  Oceola  Trail
Carrollton, TX 75006

Frank  Ross  Bunting
5926  Bishops  Mill
Corpus Christi, TX 78148

Frank  Turner
5220  Oakbrook
Durham, NC 27713

Frankie  Lynn  Price
10911  Holly  Hill  Lane
Houston, TX 77041

Franshele  D.  Laminack
PO  Box  210
Aledo, TX 76008

Fred  Thompkins
PO  Box  1317
Haslet, TX 76052-1317

Fred Traylor
8489 Price Coffee Road
Bentonville, AR 72712-7524

Fred Williams Patterson TTEE/FBO/FWP/TRS
Bank of America N.A., Agent
P. O. Box 832407
Dallas, TX 75283-0308

Fred Williams Patterson TTEE/FBO/FWP/UWO
Bank of America, N.A. Agent
P. O. Box 832407
Dallas, TX 75283-2407

Freddie Carl Smith
555 Dickson Circle
Sherman, TX 75090

Freddie J Williams
8747 FM 455
Montague, TX 76251

Freddie W. Mask and Barbara Ann Mask
201 Scenic Dr.
Aledo, TX 76008

Freddy B and Verda Detherage
P.O.Box 62
Aledo, TX 76008

Frederick and Kumiko Porter
105 Sanchez Trail
Aledo, TX 76008

Fresno Oil Company
900 8th Street #1009
Wichita Falls, TX 76301

Fronnie Collins Estate Comptroller Publi
Box 13528
Capitol Station
Austin, TX 78711

Frontier Communications
PO Box 740407
Cincinnati, OH 45274

Frost National Bank Account # W00751600
Oil & Gas Trust Dept
P.O. Box 1600
San Antonio, TX 78296

Frost National Bank Oil & Gas Trust Div
Acct # W00750400
P.O. Box 1600
San Antonio, TX 78296

Frost National Bank Oil & Gas Trust Div
Acct # W00751400
P.O. Box 1600
San Antonio, TX 78296

FX5 Construction & Excavation
PO Box 1297
Decatur, TX 76234

G Brian Busey
3176 N 18th Street
Arlington, VA 22201

G S Sloan LLC Gladys N Sloan Mgr
P.O. Box 2434
Manderville, LA 70470

G&J Baker Investments Ltd
358 Lakeview Court
Aledo, TX 76008

Gabler Family Trust Mary Ella Gabler Bit
411 West 7th Street, #507
Ft. Worth, TX 76102

Gabriele E. Bateman Life Estate
2089 A CR 320
Frankston, TX 75763

Gail Alexander Kharidia
PO Box 505
Harvard, MA 01451-0505

Gail Bowline
4067 Beltway Drive #106
Addison, TX 75001

Gail Garrett
3017 Fox Hollow Drive
Plano, TX 75023-1341

Gail L Sanders
PO Box 805
Alto, NM 88312

Gail M Whitfield c/o Jacob Warnock Oil &
P.O. Box 9285
Wichita Falls, TX 76308

Gaines Alexander Stovall
2229 CR 4185
Meridian, TX 76665

Galen B. Reckling
5142 Green Tree Rd
Houston, TX 77056

Galen Schraft Murray
4145 Stanhope Ave.
Dallas, TX 75205

Ganesha Energy, Inc. c/o Ron Tharp
12900 Preston Road, Suite 800
Dallas, TX 75230

Gardner Petroleum
P.O. Box 882
Decatur, TX 76234

Garnold L. Simmons, Jr.
114 Rosemary Drive
Bastrop, LA 71220-2338

Garry Ray Crane
265 Newsome
Pineville, LA 71360

Garvin W Clower
103G RR 4
Duncan, OK 73533-9410

Gary and Pamela Worlow
879 Cuba Road
Bridgeport, TX 76426

Gary Caswell
P.O. Box 547
Bowie, TX 76230

Gary Dan Williams
616 E Ole Maverick Rd.
Cheyenne, WY 82009

Gary Don Herod
304 6th Street
Throckmorton, TX 76483

Gary Hancock
449 Country Club Rd
Bowie, TX 76230-9092

Gary L Hellman
224 W 11Th
New York, NY 10014

Gary L. Murphy
PO Box 836
Weatherford, TX 76086

Gary L. Woolard and Sharon Kay Woolard
564 Meadow Hill
Ft. Worth, TX 76108

Gary Luker
PO Box 936
Granbury, TX 76048

Gary Lynn Baker, Jr.
396 Old Sawmill Road
Axtell, TX 76624-1562

Gary Lynn Evans
515 E Oak St
Aledo, TX 76008-4343

Gary Lynn Hughes
2171 Holly Trail East
Holly Lake Ranch, TX 75765

Gary Michael Boyd
10 Coachmen Ter
Phymouth, MA 02360-5076

Gary R Anderson
5119 Ledgestone Drive
Fort Worth, TX 76132

Gary Scarbrough
7005 White Hills Lane
Marble Falls, TX 78654

Gary Stephen Barr
6709 27th Street North
Arlington, VA 22213

Gary W. Pittman
519 Regents Gate Dr.
Henderson, NV 89012

Gary Wayne Gardner
PO Box 882
Decatur, TX 76234

Gary Z Gardner
PO Box 941
Jacksboro, TX 76458

Gay Wittmer Moore
1764 Cynthia Lane
Hurst, TX 76054

Gaye Cole
P.O. Box 566
Greenwood, TX 76246

Gaye M. Napier
712 N 7th street
Marquette, MI 49855

Gaye Mayo
4435 Westward Drive
Wichita Falls, TX 76308

Gayla Monroe Thompson
10 Crolane Trail
Houston, TX 77024

Gayla Monroe Thompson
10 Carolane Trail
Houston, TX 77024

Gayle Reich
9000 CR 329
Blanket, TX 76432-6331

Gaylen Wilson
214 Pr 2749
Decatur, TX 76234

GEM Exploration
900 Eighth St, Suite 820
Wichita Falls, TX 76301

GEMAC Resources Inc.
PO Box 3968
Grapevine, TX 76099-3968

Gene C and Dorothy-Jo Smith Traynham
2617 Trabuco Canyon
Fort Worth, TX 76108

Gene Ken Chapman
301 Parkwood Place
Lewisville, TX 75067

Geneva Lindsay Williams
303 E. London St.
Bowie, TX 76230-3017

Geneva Massengale
2957 Round Prairie Rd
Forestburg, TX 76239

Geneva Perkins Golden
511 South Houston St
Cedar Hill, TX 75104

George A. Mills Estate
1849 Wall Street
Weatherford, TX 76086

George Carleton Mead, Jr.
P.O. Box 303156
Austin, TX 78703

George Cockrum
104 Crestview Lane
Aledo, TX 76008

George H Griffin Jr
6819 Crooked Lane
Flower Mound, TX 75022-5814

George Kolb Real Estate Inc
P.O. Box 14
Argyle, TX 76226

George Medley
17790 South Point Rd
Whitehouse, TX 75791

George Moretti, Jr.
117 Quiet Oak Circle
The Woodlands, TX 77381

George W Gage
PO Box 1568
Decatur, TX 76234

Georgia H Arancio
7309 South Ute Trail
Austin, TX 78729

Gerald E. Stockton & Dora Dean Stockton
301 Rolling Hills Dr.
Aledo, TX 76008

Gerald Hudson
7715 Vernon Avenue
Lubbock, TX 79423-1520

Gerald M Strange
P.O. Box 144
Argyle, TX 76226

Gerri Kiffe
353 W 47th Street
Cut Off, LA 70345-3134

Gerry L Phillips
6604 ENM Elwood Road
Hurlock, MD 21643

Gerry Rowe
1137 CR 3470
Paradise, TX 76073

Gianna D Cerullo
25 Highland Park Village
Suite 100-323
Dallas, TX 75205

Gilbow Tank Truck Service, Inc.
PO Box 1203
Bowie, TX 76230

Ginny Chapman
53 Mesquite
Trabuco Canyon, CA 92679

Ginny Paschall Thomason
3308 Nottingham Drive
Denton, TX 76209-2242

Gladstone Wardlaw Shipman
10 Vernon
Newport Coast, CA 92657-0103

Gladys Davis
3610 Quiette Dr
Austin, TX 78754-4927

Glen E Atkins
5770 Redwine Ct
Fort Worth, TX 76140

Glen Edward Rice
214 E. 28th Street South
Tulso, OK 74114

Glen Harden
761 Ponderosa
Hurst, TX 76053

Glen Harmon Bond
PO Box 43
Kurten, TX 77862

Glen Laray Bond
P.O. Box 43
Kurten, TX 77862-0043

Glen S. Pike Jr.
201Cameino de las Merced
Taos, NM 87571

Glen W. Seaberry
424 Rolling Hills Dr.
Aledo, TX 76008

Glenda A. Singleton
408 Rolling Hills Dr.
Aledo, TX 76008

Glenda Clower Goodwin
P.O. Box 488
Alvord, TX 76225

Glenda Credeur
205 James Street
Aledo, TX 76008

Glenda Gail Sessions Roe
1105 E Hanson Street
Stillwater, OK 74075

Glenda Kay Burleson
5630 Sequin Drive
Spring, TX 77388-3196

Glenda L. Edmonson
1951 E. Fm 1187
Aledo, TX 76008

Glenda Maxine Hatton
6711 S. FM 730
Azle, TX 76020-1203

Glenda Smith
2010 Jim Hogg Road
Georgetown, TX 78628

Glenn Cassity - Acct No 12214300 Farmers
P.O. Box 218
Krum, TX 76249

Glenn E. Smith
1600 Texas Street #2703
Fort Worth, TX 76102

Glenn McGee
1607 Hillcrest
Graham, TX 76450

Glenn McMennamy Trustee of the McMennamy
84 Palomino Street
Amarillo, TX 79106

Glenn Seay
305 Jennings Street
Nocona, TX 76255

Glenn W Gray Jr & Ava H Gray
2889 Mitchell Rd
Krum, TX 76249

Gloria Busey Welch Trust c/o Diane Byrd
3516 Southwestern Blvd.
Dallas, TX 75225

Gloria D. Gray
16226 Koester St.
Houston, TX 77040

Glory Ann Kurtz
P.O. Box 1397
Boyd, TX 76023

Glynn Nobile
P.O. Box 1364
Bowie, TX 76230

Goldking Energy Partners I LP
PO Box 671099
Dallas, TX 75367-1099

GOP Gas & Oil Production Corporation C/O
12900 Preston Road Suite 800
Dallas, TX 75230

Gordon F and Donna M Sagebiel
109 Hidden Valley Drive
Aledo, TX 76008

Gordy Lynch
4532 FM 1655
Forestburg, TX 76239

Grace C Isaacs
1305 S Lons St
Brownfield, TX 79316

Grace Deloris Dove
2485 Ashville Ave.
The Village, FL 32162-7003

Grace Elizabeth Delgado
3115 Redwood Shadows Ct.
Houston, TX 77084-4486

Grace Turlington
P.O. Box 158
Alvord, TX 76225

Grady Kirkland Ross
#16 Champions Ct.
Wichita Falls, TX 76302

Greenhill Holdings Inc
4944 Royal Lane
Dallas, TX 75229

Greenwell Energy Solutions
PO Box 69337
Odessa, TX 79769

Greg & Nancy Vance, Ltd Partnership
8080 North Central Expressway
Suite 1090
Dallas, TX 75206

Greg Walker
3300 Bucaneer Rose Avenue
Bakersfield, CA 93313

Gregg B Colton & Cindy H Colton Trustees
65 South Pfeifferhorn Drive
Alpine, UT 84004

Gregory & Ronda Trantham Hogue
107 Hillside
Aledo, TX 76008

Gregory & Shelly Wright
14505 FM 2331
Godly, TX 76044

Gregory Ellis
1631 Aquarena Springs Drive
# 109
San Marcus, TX 78666

Gregory Ellis
4911 Manchaca Rd  Apt 134
Austin, TX 78745-1656

Gregory Hogue
107 Hillside
Aledo, TX 76008

Gregory Johnston
2349 Brushwood Ave.
Imperial, CA 92251

Gregory M. Ohl
1717 Cordoba Court
Plano, TX 75074

Gregory P and Julie Minnich
P.O.Box 1866
Aledo, TX 76008

Gregory P. and Julie Minnich
P.O. Box 1866
Aledo, TX 76008

Gregory S. Bennett, Independently and as
2839 NE 35th St.
Ft. Lauderdale, FL 33306-2007

Gregory Scott Arrington
PO Box 942
Rhome, TX 76078

Greyson Hughes Sheri Lovin, POA
14418 Big Sur Dr.
Houston, TX 77095

Gribble # 1 Joint Venture
17304 Preston Rd
Suite 700
Dallas, TX 75252-5697

Griggs Family Trust
5709 Long Ct.
Austin, TX 78730-5056

Grogan Family Foundation
12 Fossil Hill Road
Weatherford, TX 76087

Grover E. Bailey Jr. and Mary Bailey
120 James St.
Aledo, TX 76008

Guadalupe Fuentes and Francisca Fuentes
1575 Gilliland
Springtown, TX 76082

Guilliams Carolyn And Willard Lucia
P.O. Box 58
Montague, TX 76251

Gus Hopper
1210 Fort Stephenson Oval
Lookout Mountain, TN 37350-1508

Gushan Abdul
12028 Tuscany Bay Drive
Apt#104
Tampa, FL 33626

GW Wireline, Inc.
PO Box 725
Mineral Wells, TX 76068

Gwendoline Laughton
31940 Sorrel Run Court
Menifee, CA 92584-7253

Gwendolyn Anne Waters Green
2309 Piedra Drive
Plano, TX 75023

Gwendolyn Brissey Scroggins
P.O. Box 115
Washburn, MO 65772

H A Dunn, Deceased
401 South Heatherwilde Blvd. 403
Plugerville, TX 78660

H B P Enterprises LLC
P.O. Box 100544
Fort Worth, TX 76185

H E Smith, Jr.
521 Jean Marie Drive
Norman, OK 73069

H&R Holden Ltd Ramona Holden Hammer, GP
40575 California Oaks Rd, D2-193
Murrieta, CA 92562-5797

Haidee Becker Broessler Trust Argent Tru
P.O. Box 1410
Ruston, LA 71273

Hal D Hudgins
703 Gabriel Dr
Tyler, TX 75701

Hall Exploration, Inc.
309 West 7th
Suite 910
Fort Worth, TX 76102

Hancock Family Limited Partnership
1181 CR 2937
Decatur, TX 76234

Hanna R. Lambert
7033 Northaven Road
Dallas, TX 75230

Hannah G Harris
5555 Del Monte, # 1705
Houston, TX 77056

Hannah Macha
2605 San Simeon
Wichita Falls, TX 76308

Hardin Field, IV
1450 Lexington Road
Versailles, KY 40383

Hardy Lee Seay Jr
400 East Tarrant
Bowie, TX 76230

Harold A. Gentry
2711 CR 3555
Paradise, TX 76073

Harold A. Nuttall Jr. & Lisa A. Nuttall
102 Remuda Ct. South
Fort Worth, TX 76108

Harold and Sheila Kinkead
1316 Terry Drive
Aledo, TX 76008

Harold Gose
101 W Lamar St
Alvord, TX 76225

Harold J. Sweet Trust Harold & Marilyn S
5200 Keller Springs Road, #222
Dallas, TX 75248

Harold M Barnett
13212 Mountain Shadow Road
Albuquerque, NM 87111

Harold R Pruett
P.O. Box 37
Slidell, TX 76267

Harriet Davis Carr
1307 Pennrose Drive, Apt 18
Reidsville, NC 27320

Harriet G. Mackie
1114-B Wellford Street
Charlottesville, VA 22903

Harriet Henderson
PO Box 102016
Fort Worth, TX 76185

Harris Family Trust
6034 Clearbay
Dallas, TX 75248

Harry Englert
2 Southminister Dr
White Plains, NY 10604-1813

Harry J. Murphy
466 E Pennsylvania Ave, Unit E
Glen Ellyn, IL 60137

Harry L Laws & Co Inc
P.O. Box 158
Brusly, LA 70719-0158

Harry V Johnson
P.O. Box 64906
Baton Rouge, LA 70896-4906

Harvard Oil & Gas
941 Circle in the Woods
Fairview, TX 75069

Harvey Yoder
2525 Ridgmar Boulevard Ste 450
Fort Worth, TX 76116

Hawkins Revocable Trust
P.O. Box 923
Mineola, TX 75773

Haymaker Holding Company, LLC
PO Box 205415
Dallas, TX 75320-5415

Hazel Anderson Testamentary Trust benefi
2901 County Road 273
Stephenville, TX 76401

Hazel Mary Thibodeaux Perron Aka Hazel P
10433 Rosedale Road
Port Allen, LA 70767

Heath L. Frazier and Allyson Frazier
206 Rolling Hills Dr.
Aledo, TX 76008

Heath Roe
7816 Rushmore Court
Fort Worth, TX 76137-4181

Hedberg Family Limited Partnership
PO Box 470337
Fort Worth, TX 76174

Hedwig G. Friedrich
1725 West 23rd Street
Houston, TX 77008

Hedwig Glueck Friedrich
5107 Tarnbrook Drive
Houston, TX 77084

Hedwig Logan Ohlmeyer Carville
57724 Erwin Drive
Plaquemine, LA 70764

Heiko Strange Bad Address and Need w8
Moehlenkamp 25A
Rostock 00018-1090

Heirs Of Alvin J Martin (Hugh S Martin A
RR1 Box 2C
Saint Jo, TX 76265

Heirs Of John T. Parish, Deceased
9017 Kingswood Place
Waco, TX 76712

Helen Ann Odom
PO Box 748
Eunice, NM 88231

Helen Ann Ryan
1816 FM 456
Bay City, TX 77414

Helen Declercq Revocable Trust c/o Carol
5025 Lady Bank Lane
Aiken, SC 29803

Helen Fay DeClerq Revocable Trust Carole
c/o 5025 Lady Bank Lane
Aiken, SC 29803

Helen Freeman
224 Highland Dr
Aledo, TX 76008-3904

Helen Jane Redman
P.O. Box 541
McAlester, OK 74502

Helen Jones
64 April Village
Montgomery, TX 77356

Helen R. Chatham Sharon Evans,   POA
9332 Harbor View Lane
Fort Worth, TX 76179

Helen Ruth Christie Burke
12654 Rip Van Winkle
Houston, TX 77024-8804

Helen Ruth Paschall
3308 Nottingham Dr.
Denton, TX 76209-1270

Helen Sieja
225 Aquilla Drive
Fort Worth, TX 76108

Helen Welch Whitecotton
P.O. Box 558
Vega, TX 79092

Hendon Holdings, LLC
1097 Auburn
Yorkville, IL 60560

Henry & Courtney Roe
421 Rio Gabriel Dr
Liberty Hill, TX 78642

Henry B Jones
317 S Snyder
Justin, TX 76247

Henry Douglas Bogart
119 Park Laureatte
Houston, TX 77024

Henry F Tobe
7284 N Skyline Dr
Floyd Knobs, IN 47119

Henry H & Sherrie Logan
13682 S County Line Rd
Justin, TX 76247

Henry Roe
421 Rio Gabriel Dr.
Liberty Hill, TX 78642

Henry Roe
421 Rio Gabriel Dr
Liberty Hill, TX 78642

Henry Roe Dba Ace Resources
421 Rio Gabriel Dr
Liberty Hill, TX 78642

Hep Oil
P.O. Box 1499
Gainsville, TX 76241

Herbert Adcock
1295 Chattahoochee Avenue
Atlanta, GA 30318

Herbert Brannan
4821 NASA Pkwy, Unit 19E
Seabrook, TX 77586

Herbert Investment Partnership Ltd
306 W Seventh Street Suite 606
Fort Worth, TX 76102

Herbert J. Conners, Jr.
2345 Massachusetts Ave.
Metairie, LA 70003-5413

Herbert Jones
144 Eagles Peak Drive, North
Bullard, TX 75757

Herbert Wren Bartee
2812 Northhaven
Cornith, TX 76210

Herman Herber
4213 Warwick Drive
Corpus Christi, TX 78411

Hershel Stephens
9230 Meadowglen Dr
Dallas, TX 75238

Hertiage-Crystal Clean, LLC
13621 Collections Center Drive
Chicago, IL 60693

Hettie Brunelle
688 30th Ave.
Santa Cruz, CA 95062

Hettie Chambers c/o Neuman C. Larkin
PO Box 414
Chandler, TX 75758

Heutelbond Burrow Gerhauser Carol K Burr
Gerhauser
4145 Travis Street No 101
Dallas, TX 75204

High Standard Construction, Inc
204 Hidden Valley Drive
Aledo, TX 76008

Highland Park Presbyterian Church
3821 University Blvd
Dallas, TX 75205

Highlander Community Services & Investme
P.O. Box 418
Montague, TX 76251

Hildalgo Family Living Trust
3112 Amesbury Dr
Plano, TX 75093

Hiram Monroe Helm, III
4242 Shorecrest Dr
Dallas, TX 75209-1722

HJW LLC
P.O. Box 813
Powell, WY 82435

Holly A Zimmerman
825 Melrose
Garland, TX 75040

Holly Amelia Reed
255 Green Meadows Road
Wilmer, TX 75172

Holly Carter
255 Green Meadows Road
Wilmer, TX 75172

Holmes Oil & Gas LLC c/o Jacob Warnock O
P.O. Box 9285
Wichita Falls, TX 76308

Homer Lange, Jr.
3207 Foxhall Road NW
Washington, DC 20016-3434

Hood County Appraisal District
PO Box 819
Granbury, TX 76048

Horace & Naomi Green Childrens Trust Rob
9170 Meadow Crest
Frisco, TX 75033

Howard & Mary Taylor
16980 SW 288 St
Homestead, FL 33030

Howard L. Hankerson and Cathay J. Hanker
405 Pecan Dr.
Aledo, TX 76008

Hubert L. Faulks Faulks & Son Drilling
P.O. Box 31
Hollis, OK 73550

Hubert P. and Dovie L. Fletcher
4606 Tin Top Rd.
Weatherford, TX 76087

Hugh H. Sprunt Jr., Trustee Barabara Spr
3753 Oakhurst Way
Dublin, CA 94568

Hurd Oil Field Service, Inc.
PO Box 728
Jacksboro, TX 76458

Hurley-Texas Royalty Partnership
P.O. Box 587
Marlow, OK 73055

Hy-Bon Engineering Co., Inc.
7911 Solutions Center
Chicago, IL 60677

Hyun Moo Haw
7905 Daystar Drive
Fort Worth, TX 76123

Ian W. and Angela J. Christansen
600 Rolling Hills Dr
Aledo, TX 76008-4379

Ima Jo Williams Trust Agreement Dated Fe
Ima J Williams Trustee
P.O. Box 498
Harbor Springs, MI 49740

Imogene Lynch
3937 FM 1655
Forestburg, TX 76239

Imogene Lynch
c/o Doyle And Gordy Lynch
3977 FM 1655
Forestburg, TX 76239

Industry Petroleum, LLC
7460 Warren Parkway, Suite 100
Frisco, TX 75034

Inez Hand
P.O. Box 486
Chico, TX 76431

Interstate All Battery Center
Suite 1530
Frisco, TX 75034

Irene M. Wiley
18051 Highway 377 S, #400
Cresson, TX 76035

Iris J. Kitchen
981 Elkcam Blvd
Cocoa, FL 32927-5015

IRS/ACS K D & L Brown 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 IRS
P.O. Box 24017
Fresno, CA 93779-4017

Irvin Justice and Patricia Joan Justice
300 Rolling Hills Dr.
Aledo, TX 76008

Ithaca Exclusive Properties Lp
7809 Zurich Drive
Plano, TX 75025

Iva Thomas
13 Golden Eye Ct
Ocean Pines, MD 21811

Ivory Acquisitions Partners Lp
P.O. Box 203317
Houston, TX 72216-3317

J D Cointment LLC Joseph D Cointment III
7709 Queens Garden Drive
Dallas, TX 75248

J Hiram Moore Ltd
P.O. Box 2487
Ft. Worth, TX 76113-2487

J L Heard
812 Water Oak
Canton, TX 75103

J M Bryan Oil, LLC
PO Box 839
Graham, TX 76450

J Mack Slaughter
6300 Ridglea Place
Ste 605
Fort Worth, TX 76116

J P Schaltegger C/O Trinty Bank
3500 W Vickery Blvd
Fort Worth, TX 76107

J R   Baird
111 E Pine
Alvord, TX 76225

J. D. Minerals
P. O. Box 271120
Corpus Christi, TX 78427-1120

J. Earl Dennis
5730 Glen Heather Drive
Dallas, TX 75252

J. L. McGilvray
124 PR 3209
Bridgeport, TX 76426

J. Paul Cook II
508 Neptune Drive
Denton, TX 76209

J. Walker Holland
120 Williamsburg Lane
Fort Worth, TX 76107

J.A. Bennett and Bobbie Jean Bennett
208 Shary St.
Aledo, TX 76008-4339

J.H. Walker, Jr.
23612 Corral Court
Tehachapi, CA 93561

J.R. Meeker Trust FLBO J.J. Meeker Trust
1080 Marina Village Pkwy, Suite 530
Alameda, CA 94501

J.R. Meeker Trust FLBO L.H. Meeker Trust
PO Box 470155
Fort Worth, TX 76147

J.S.P.C Wiley, LLC
PO Box 681
Aledo, TX 76008

J.T. Thornton, Jr.
11517 Eagle Vista Dr
Fort Worth, TX 76179

JA Woods Homes
P.O. Box 1009
Aledo, TX 76008

Jack & Carol Moore
7 Bankhead Cove
Aledo, TX 76008

Jack & Jewel Dill
P.O. Box 356
Forestburg, TX 76239

Jack Aaron Family Trust
900 Mohawk
Burkburnett, TX 76354

Jack Charles Gable
601 Narramore Ave
Buckeye, AZ 85326

Jack Hardee Smith
102 Reed
Frankston, TX 75763

Jack Marvin Swingler
5208 RR 962 East
Lypress Mill, TX 78663

Jack McCallum
811 Old Annetta Road
Aledo, TX 76008

Jack McKinzie
612 Kings Avenue
Chowcilla, CA 93610

Jack W Redding
c/o Kimbell Oil
777 Taylor Street, Suite Pa2
Fort Worth, TX 76102

Jack Zagorski
Tyniecka 3/3
Krakow, Poland 30319

Jacki and Terri Pruitt
1550 Heyser Road
Gatesville, TX 76528

Jackie Lee Gandee Prosperity Bank #33010
1107 North Hwy 35
Port Lavaca, TX 77979

Jackie Payne
465 Vinson Road South
Abilene, TX 79602

Jackie Phillips
971 CR 1300
Bridgeport, TX 76426

Jackie Raines
P.O. Box 1072
Capitan, NM 88316

Jackie Woodene Sayles
117 E Cherry Drive
Azle, TX 76020

Jacksboro Pump & Specialty
PO Box 548
Jacksboro, TX 76458

Jaclyn Prothro
125 Yeary Lane
Aledo, TX 76008

Jacob Smith
4454 Bethel Rd
Weatherford, TX 76087

Jacob Warnock
P.O. Box 9285
Wichita Falls, TX 76308

Jacob Warnock O&G Investments Inc
P.O. Box 9285
Wichita Falls, TX 76308

Jacqueline R Heinz
8201 Holly Hock Drive
Arlington, TX 76001

Jacquelyn Watson
1206 Larkspur Lane
Temple, TX 76502

Jacquelynn Kay Self
2345 Canyon Creek
Sherman, TX 75092

Jae Choon & Hak Sim Sun
125 Meadow Lane Drive
Aledo, TX 76008

Jake P. Rogers
P.O. Box 574
Ruidoso Downs, NM 88346

James & Brenda McMaster
P.O. Box 535
Decatur, TX 76234

James & Paula Patrick
103 W. Lamar
Alvord, TX 76225

James A Claughton
617 Bradshaw
Corpus Christi, TX 78412

James A Gibbs
4925 Greenville Ave
Dallas, TX 75206

James A. Bennett, Independently and as c
208 Shary St.
Aledo, TX 76008-4339

James and Josephine Lewis
1118 West Oak Drive
Aledo, TX 76008

James Bennett
208 Shary St.
Aledo, TX 76008-4339

James Berry
23305 E 99th St
Broken Arrow, OK 74014

James Craig
151 East Davies Avenue
Centennial, CO 80122-1114

James D Or Charlotte King
P.O. Box 596
Alvord, TX 76225-0596

James D West
4313 Colgate Ave
Dallas, TX 75225-6632

James D. Berry and Connie L. Berry
200 James St.
Aledo, TX 76008

James D. Walker
1729 High Avenue
Metairie, LA 70001

James Daniel Boston, Jr.
2105 Loch Haven
Plano, TX 75023

James Dawson Hancock, III
3560 Alma Drive Road, #1112
Richardson, TX 75080

James Dixon
PO Box 991
Bridgeport, TX 76426

James Donaldson Slack, Jr
15809 Bluefire Ct.
Dallas, TX 75248

James Douglas Coursey
PO Box 2047
Whitney, TX 76692

James Douglas Moore and Barbara F. Moore
500 Hilldale Dr.
Aledo, TX 76008

James E & Rosemary S Harris
3160 S Atlanta Avenue
Tulsa, OK 74105

James E Harris
3160 South Atlanta Avenue
Tulsa, OK 74105

James E Snelson
P.O. Box 7385
Fort Worth, TX 76111

James E Stauffer
10833 Whippletree Lane
Spring Valley, CA 91978

James E. Hinshaw
514 Tahoe Avenue
Placentia, CA 92870-2909

James E. Tyson III
6020 Brandon Dr.
Weatherford, TX 76087

James Edward Alleman, Jr.
162 Legend Oaks Drive
Moody, TX 76557

James Edward Hudson
363 CR 3225
Bridgeport, TX 76426

James Edwards Perkins
614 CR 3198
Decatur, TX 76234

James F Parr
306 N Celeste
New Iberia, LA 70560-1426

James G Dieb
4161 McKinney Ave 5th Floor
Dallas, TX 75204

James Greenwood, Trustee of George Kenne
1617 Glasgow Drive
Arlington, TX 76015

James Guinn
510 Regency Dr
El Campo, TX 77437-2000

James H Dupont
P.O. Box 646
Plaquermine, LA 70765

James H. Webber
914 Lake Point Circle
McKinney, TX 75070

James Hall Trust Linda Hall Higginbotham
6446 E Lovers Lane
Dallas, TX 75214

James I and Christina M Holt, Jr
207 Sanchez Circle
Aledo, TX 76008

James I. Staley II
5310 Harvest Hill Suite 229
Dallas, TX 75230

James Irven Staley III
2405 Fain St
Wichita Falls, TX 76308

James Kelly Lynch
2001 S College
Decatur, TX 76234

James L. Butts
415 22nd Street
No. 3-C
Galveston, TX 77550

James L. Poston
4307 Willow Ridge Drive
Allen, TX 75002

James Lloyd Reaves
1604 SE Parkway, Lot H
Azle, TX 76020

James Lloyd Reaves
1604 S. E. Parkway, Lot H
Azle, TX 76020

James M Bond
3415 McLean Street
Fort Worth, TX 76103

James M Snow
10217 N W 80th Court
Tamarac, FL 33321

James M. Bauserman c/o Mathew M. Bauserm
701 East Byrd St. 17th Floor
Richmond, VA 23219

James M. Davis
P.O. Box 2028
Forney, TX 75126

James Mitchell Harris
4004 North 24Th Street
Waco, TX 76707

James Mosier
606 Cannon Dr
Euless, TX 76040-5309

James P Opfer
300 Hidden Valley Drive
Aledo, TX 76008

James P. S. Griffith Jr Trust
3417 Milam Street
Houston, TX 77002

James Patterson Trust #1 Farmers Nat'l C
P. O. Box 3480
Omaha, NE 68103-0480

James Paul Ewing
1822 West Main Street
Durant, OK 74701

James Poston
555 Republic Drive
Suite 505
Plano, TX 75074

James R and Martha Nowak
104 Hidden Valley Drive
Aledo, TX 76008

James R Lovett
6412 Lavendale Ave
Dallas, TX 75230

James R. Neil
P.O. Box 526
Ingram, TX 78025

James Robert Harris and Ladonna Harris
4120 Indian Camp Road
Willow Park, TX 76087

James Ronald Reaves
12820 Briar Road
Azle, TX 76020

James Ronald Reaves
12820 Briar Rd
Azle, TX 76020-5236

James Rosson
1321 Devonwood Drive
Garland, TX 75041

James Rumage
1806 Castle Gap
Crane, TX 79731

James Stanfill
124 Meadow Lane Drive
Aledo, TX 76008

James T. Perry
400 Foulk Road
Apt. 3C7
Willmington, DE 19803

James Thomas Price
4785 Landmark Lane
Pace, FL 32571

James Turner
2268 County Road 1340
Chico, TX 76431

James V. Johnson and Brenda G. Johnson
215 Shary St.
Aledo, TX 76008

James W Freeman
3418 Vista Oaks
Garland, TX 75043

James W Silver
18905 N Holcomb Road
Mead, WA 99021-7724

James Wayne Caswell
385 Cedar Lane
Sunset, TX 76270

James William Hanna and Genoveva Hanna
PO Box 102
Aledo, TX 76008

James Willian Bartee
2812 Northhaven
Cornith, TX 76210

James Wright
1670 CR 1560
Chico, TX 76431

James Zelenevitz
120 Meadow Lane
Aledo, TX 76008

Jamison Monroe Jr c/o Jacob Warnock Oil
P.O. Box 9285
Wichita Falls, TX 76308

Jane Armine Hagelstein
13123 S.E. Blackberry Circle
Portland, OR 97236

Jane Louise Talley
2708 Sw 138Th Street
Oklahoma, OK 73170-5776

Jane Newth
1610 Enfield Road #304
Austin, TX 78703

Jane Nutt Mitchell
4812 North Woodcreek Drive
Granbury, TX 76049

Jane P. Taylor
P.O. Box 327
Alma, CO 80420

Janelle Burt
481 CR 6561
Berryville, AR 72616

Janet Ingalls-Van Dine
416 VanDine Road
Montoursville, PA 17754

Janet Kay Sullins
16696 Windmill Avenue
Odessa, TX 79763

Janet Lee Williams
724 S. Youngfield Court
Lakewood, CO 80228

Janet Lynch Simmons
P.O. Box 321
Alvord, TX 76225

Janet S and Bruce W Robbins
612 Rolling Hills Dr
Aledo, TX 76008-4379

Janet Wren Blackwell
4940 Cloyce Ct, Apt C
North Richland Hill, TX 76180

Janice Armstrong
963 Meadow Circle South
Keller, TX 76248

Janice C Mitchell Life Estate
1814 Derby Circle
Norman, OK 73069

Janice D. Kyles
5872 Easterling Drive
Bryan, TX 77808

Janice F. Barrow
208 West Simmons St.
Weatherford, TX 76086

Janice Faye Barrow, use #1264
908 Austin Court
Weatherford, TX 76086-6345

Janice Grant
609 West Oak West
Aledo, TX 76008

Janice Hart
4120 Jacksboro
Snyder, TX 79549

Janie Fay Barbee, Trustee Robert Barbee
PO Box 1944
Weatherford, TX 76086

Janis Besselaar
1212 Wichita Avenue
Jacksboro, TX 76458

Janis George
2703 Redoak Court
Colleyville, TX 76034

Janis Roan
120 West Main Apt. 33
Troy, TX 76579

Janna Elizabeth Boyd
2308 London Lane
Cedar Park, TX 78613

Janna S Poland
P.O. Box 121877
Fort Worth, TX 76121

Jannie Mattix Davis
9235 Rippling Field Drive
Houston, TX 77064

Jarrel & Evelyn Tunnel
6205 Franwood Terrace
Fort Worth, TX 76112

Jase Family Ltd
PO Box 972607
Dallas, TX 75397-2607

Jason Andrew Wallace
4917 Walton Heath
Garland, TX 75044

Jason Duane Hunter
8420 West Lake Road
Fairview, PA 16415

Jason L. Wiley
365 Dusty Trail
Mineral Wells, TX 76067

Jaunell Walker
608 E. Davis
Tipton, OK 73570-5003

Javene C. Palmer
6646 E. Lovers Lane
#707
Dallas, TX 75214

Javene Caswell Palmer
6646 E Lovers Lane
Apt 707
Dallas, TX 75214

Jay & Lana Wisdom
304 Sandra Lane
Aledo, TX 76008

Jay & Melissa Gribble
c/o Neil Berger
901 Main Street
Suite 5500
Dallas, TX 75202

Jay Davidson dba JMD Consulting
PO Box 2
Decatur, TX 76234

Jay E Snow
1113 Wheeler Trail
Bowie, TX 76230

Jay Gribble & Melissa Gribble
P.O. Box 1232
Gainesville, TX 76241-1232

Jay Reese Jameson, III
4015 S Oneida Street
Denver, CO 80237

Jaya Om Enterprises, Inc.
401 FM 1187 South
Aledo, TX 76008

JayMar Investments, Inc. Jay Davidson
PO Box 2
Decatur, TX 76234

Jayne Taylor Scheele
3692 Via Real
Carpinteria, CA 93013

JCJ Investments LLC
P.O. Box 1048
Pentwater, MI 49449

JCP Trust A Joe Carl Payne TTEE
650 Old Authon Rd.
Weatherford, TX 76088

JDM Beasley Holdings, LLC
5133 Valburn Ct.
Austin, TX 78737

JDMI, LLC
PO Box 271120
Corpus Christi, TX 78427-1120

Jean Annen Spangler, Trustee of the Clar
3535 Hall Street, #616
Dallas, TX 75219

Jean Broussard
221 Ross Street
Bellevue, TX 76228

Jean C English Executor Gaines H English
1281 Bluebird Avenue
Miami Springs, FL 33166

Jean R. Brown
6409 Chauncery Pl.
Ft. Worth, TX 76116

Jean R. Brown
6409 Chauncery Place
Fort Worth, TX 76116

Jeanette D. Howell
1006 Grace Street
Deer Park, TX 77536

Jeanne Marie Crisp
300 Alexander Street
Jacksonville, TX 75766

Jeanne Marie Jones Getz
137 Lakeview Circle
Montgomery, TX 77356

Jeanne Moore Hoke
147 CR 1745
Clifton, TX 76634

Jeanne Pauline Taylor Cureton
63 Haverhill Way
San Antonio, TX 78209

Jeff Carlile Trust Jeff Carlile Trustee
3725 154th Street
Lubbock, TX 79423-6318

Jeff Lancaster
308 Chateau Drive
Fort Worth, TX 76134

Jeff Tollotson
750 N St PAul
Suite 610
Dallas, TX 75201

Jeffery & Barbara Barnhill
2016 Grayson Dr.
Navarre, FL 32566

Jeffery Hogan
PO Box 161
Fischer, TX 78623

Jeffery L. Ferrell & Juanita V. Ferrell
504 Rolling Hills Dr.
Aledo, TX 76008

Jeffery Lynn Buckner
3776 FM 1810
Chico, TX 76431

Jeffery M Kellam
1702 104 Place SW
Everett, WA 98204

Jeffery R. Ohl
8711 Allenbrook Court
Dallas, TX 75243

Jeffery Thomas Carey
541 Claremont Rd
Springfield, PA 19064-3414

Jeffery Wade Pierce
549 Hwy 287 South
Henrietta, TX 76365

Jeffrey and Sheryl Cole
1272 Jenkins Road
Aledo, TX 76008

Jeffrey B. Young
P.O. Box 8258
Horseshoe Bay, TX 78657

Jeffrey D and Taras C Kellam
101 Hidden Valley
Aledo, TX 76008

Jeffrey Johnston
10167 Ranchitos Ct.
Lakeside, CA 92040

Jeffrey L and Nicole B Bolf
154 Sanchez Trail
Aledo, TX 76008

Jeffrey Paul Boone
21207 Promontory Circle
San Antonio, TX 78258

Jeffrey Streetman
211 Sanchez Circle
Aledo, TX 76008

Jenet Lynn Dechary
1330 Northgate Square
Reston, VA 22090

Jenks Boston
31201 Keeneland Drive
Fair Oaks Ranch, TX 78015

Jennie Kay Van Dyke Blough
PO Box 630247
Nacogdoches, TX 75963

Jennifer Burgess
99 Petes Lane
Ponder, TX 76259

Jennifer Rae Powell
245 CR 4896
Boyd, TX 76023

Jenny McCall
5949 Burgandy Street
Plano, TX 75093

Jerald M Goldberg
2844 Wisconsin Ave Apt 910
Washington, DC 20007

Jerod A and Patricia A Turner
3604 Bordeaux Ln
Hurst, TX 76054-2094

Jerrold Eugene Killough and Cheryl Killo
411 Rolling Hills Dr.
Aledo, TX 76008

Jerry and Glendia Mara
4831 E Hwy 380
Decatur, TX 76234

Jerry and Sandra I. Morgan
P.O. Box 917
Aledo, TX 76008

Jerry Bryon Sessions
3710 Shady Valley
Arlington, TX 76013

Jerry D Reynolds Debby Reynolds
562 Boyd Rd
Forestburg, TX 76239

Jerry D. & Charlotte L. Sadler
4536 Tin Top Rd.
Weatherford, TX 76086

Jerry Donna Pohlmann
727 E. William David Parkway
Metairie, LA 70005

Jerry Gentry
230 Pr 3471
Big Sandy, TX 75755

Jerry George Bullard Life Estate
2018 Layton Ave
Haltom City, TX 76617

Jerry Hess
PO Box 557
Muenster, TX 76252

Jerry Hess Operating Company
P.O. Box 557
Muenster, TX 76252-0557

Jerry Hickson
403 Hazeltine Drive
Austin, TX 78734

Jerry Kelley
PO Box 572
Claude, TX 79019

Jerry L. Hampton and Susan E. Hampton
608 Rolling Hills Dr.
Aledo, TX 76008

Jerry Mack Parker
2201 Mcgown Ave
Fort Worth, TX 76106

Jerry Nivens
2312 Bordeaux Dr
Granbury, TX 76048-2698

Jerry Ray Chapman
281 Overlook Trail
Azle, TX 76020

Jerry Reese Reed
Box 79123
Saginaw, TX 76179

Jerry Rowe
PO Box 154248
Belmead, TX 76715

Jerry Sustala
6367 Lansdale Rd.
Ft. Worth, TX 76116

Jerry Thomas White
PO Box 413
Davenport, OK 74026

Jerry Z & Gracy A. Smith Trustee for Zee
4454 Bethel Road
Weatherford, TX 76087

Jerrye B Bullard Price
2320 Marigold Ave
Forth Worth, TX 76111

Jess & Mona Luna
P.O. Box 341
Alvord, TX 76225

Jess Energy Company
PO Box 1360
Tyler, TX 75710

Jesse W. Smith Jr.
Box 10
Frankston, TX 75763

Jessica C. Bush
440 Rolling Hills Dr.
Aledo, TX 76008

Jet Specialty, Inc.
PO Box 678286
Dallas, TX 75267

Jewel Kimberlin Estate
8600 Skyline #1146
Dallas, TX 75243

Jill Vann
1329 Shetland Rd
Plano, TX 75093

Jim Baxter Fortenberry
5660 Jamaica Circle
N. Richland Hills, TX 76180

Jim G Gunter, Sr.
9045 Dickson Road
Fort Worth, TX 76179

Jim Griffin Gunter Jr
4110 Shore Front Drive
Fort Worth, TX 76135

Jim Lovett
555 Republic Drive
Suite 505
Plano, TX 75074

Jim Max Sears
3150 South Garrison Road, # 1918
Corinth, TX 76210

Jim Mayes Estate C/O Charlotte Clowers
211 W Franklin St
Alvord, TX 76225

Jim Wren
4013 Shady Valley Ct
Arlington, TX 76013

Jimile Brissey
265 South Timbercreek Drive
Amarillo, TX 79118

Jimme D Or Reba Brown
5811 Mills Rd
Denton, TX 76208-4513

Jimmie D. Hollandsworth
220 Rolling Hills Dr.
Aledo, TX 76008

Jimmie Joe Wiley and Susan E. Wiley
PO Box 681
Aledo, TX 76008

Jimmie Max Sears
3150 S Garrison Rd Apt 1918
Corinth, TX 76210

Jimmie N Richards, Trustee Jimmie N Rich
1828 S Roosevelt Road 7
Portales, NM 88130

Jimmy & Elaine Tompkins Living Trust Agr
Jimmy & Elaine Tompkins Trustees
700 West Highway 82
Nocona, TX 76255

Jimmy C Phillips
1404 Hiawatha
Burkburnett, TX 76354

Jimmy Carr
4108 Bismarck Street
Vernon, TX 76384

Jimmy Don Steadham
P.O. Box 188
St. Jo, TX 76265

Jimmy J Sherman
889 S Acron Drive
Decatur, TX 76234

Jimmy Ray and Monell Hix
520 South FM 1187
Aledo, TX 76008

JJP Gas Venture
P.O. Box 601328
Dallas, TX 75360-1328

JMD Consulting
PO Box 2
Decatur, TX 76234

JMW, LLC
PO Box 52177
Tulsa, OK 74152

Jo Ann Wright
298 CR 2610
Decatur, TX 76234

Jo Etta Cowley
337 South 3rd Street
Jacksboro, TX 76458-1616

Jo Helen Rosacker
6425 Chauncery Place
Fort Worth, TX 76116

Joalan Amanda Breaux
3 Burton Hill Rd
Weatherford, TX 76087

Joan Cullinane
1818 W. Alabama St.
Houston, TX 77098-2606

Joan Franklin
P.O. Box 144
Sunset, TX 76270

Joan Nutt Veale
5508 State Highway 175
Montague, TX 76251

Joan Riley
PO Box 341
Aledo, TX 76008

Joanne English Redick
103 Hollyberry Road
Severna Park, MS 21146

JoAnne R. Law
149 Portales Dr.
Aledo, TX 76008

Jody Lynn Jachimowicz
2452 Jane Adams Drive
Schertz, TX 78154

Joe and Holley Flores
196 Hidden Valley Drive
Aledo, TX 76008

Joe B and Dora Boydstun
106 Hidden Valley Drive
Aledo, TX 76008

Joe Bob Tinney
12307 Villmont
Houston, TX 77077

Joe Carl & Sandra Payne Est IND/IND EXEC
650 Old Authon Road
Weatherford, TX 76088

Joe David Donnell
Hc 75 Box 584
Eliasville, TX 76481

Joe Faulkner
3902 Fitzgerald Street
#2608
Marshall, TX 75672

Joe H Staley Jr Law Office Of Joe H. Sta
3100 Monticello Ave, Ste 850
Dallas, TX 75205

Joe Houston
1140 W Main Suite A/B
Arlington, TX 76013

Joe Lee Coursey
1406 Cobb St.
Bridgeport, TX 76426

Joe Paul Cole
714 N Walnut
Weatherford, TX 76086

Joe R Forman
1607 Fairway Dr.
Corinth, TX 76210

Joe S Carr
3750 Overall Road
Lascassas, TN 37085

Joe Watt Hardin, Jr.
8328 Thorncrest Cr.
North Richland Hill, TX 76182

Joe William Bailey Management Trust
21207 Promontory Circle
San Antonio, TX 78258

Joe Ynostrosa
4404 Bonita Drive
Fort Worth, TX 76114

Joel Artis Crane
29712 Brook Lane
Tecumseh, OK 74873

Joel David Hill
2203 Brookside Drive
Arlington, TX 76012

Joel Hawk And Carolyn Hawk
4434 Dye Mound Rd
Forestburg, TX 76239

Joel Shannon and Alicia Gay Kirkpatrick
112 Sanchez Trail
Aledo, TX 76008

Joey Don Greenwood
9 Prairie Lace Court
Wichita Falls, TX 76310-3311

Joey G Skinner
1411 Auburn
Denton, TX 76201

John & Kathryn Rhoads
113 Yeary Lane
Aledo, TX 76008

John & Lucy Calhoun
132 Yeary Lane
Aledo, TX 76008

John A Goforth
401 West Thompson
Jacksboro, TX 76458

John A. Winder
511 Private Road 2518
Decatur, TX 76234

John Allen Bond
4016 Green Valley Dr
Bryan, TX 00077-8002

John and Jacqueline Johnson, III
775 Jenkins Road
Aledo, TX 76008

John and Jacqueline Johnston, III
775 Jenkins Road
Aledo, TX 76008

John and Patsy Lemmons
305 Hidden Valley Drive
Aledo, TX 76008

John Brandon Burt
2701 Larkin Ave
Fort Worth, TX 76133

John C & Ava J Butts Revocable Living Tr
2736 S Gary Drive
Tulsa, OK 74114

John C. Frank
2246 East 37th Street
Tulsa, OK 74105

John Christopher David Price
108 Ina Avenue
Jackson, AL 36545

John D. Brown and Christie Brown
358 Scenic View Dr.
Aledo, TX 76008

John D. Rinker and Julie A. Rinker
401 Rolling Hills Dr.
Aledo, TX 76008

John David Niblett
339 CR 4681
Boyd, TX 76023

John David Yarbrough
300 East Austin
Nacogdoches, TX 75965-2868

John Dunaway Ackley
1011 Custer Avenue
Colorado Springs, CO 80903

John E and Amy Davis
129 Sanchez Trail
Aledo, TX 76008

John E Burt Comptroller Public Accounts
Box 13528
Capitol Station
Austin, TX 78711

John E Kiker
P.O. Box 5739
Kingwood, TX 77325

John E. Chase and Pamela L. Chase
217 Walnut St.
Aledo, TX 76008

John E. Tweedell Jr. & Patti E. Tweedell
504 Underwood Rd.
Aledo, TX 76008

John Edward Flake
11512 E. Dover Street
Mesa, AZ 85207

John Elmer Peters
315 N. Loop Drive
Camarillo, CA 93010

John Freemon Anderson
5612 Fairfax Dr
Frisco, TX 75034

John G & Mary R Ripperton
PO Box1566
Aledo, TX 76008

John G Mackie
956 Derbyshire Rd
Daytona Beach, FL 32117

John G. & Judy A. Burt
820 Thompson Rd.
Weatherford, TX 76087

John Goodlett
129 Trinity Bluffs Road
Aledo, TX 76008

John Goodlett
129 Trinity Bluffs Rd
Aledo, TX 76008

John  Gustofson
432 Pecan Dr.
Aledo, TX 76008

John  H  &  Doris  J  Shelton  Rev  Trust  Dtd  4
11711  South  Granite
Tulsa, OK 74137

John  H  Dorie  &  Martha  D  Fordyce,  Co  Succ
PO  Box  670231
Dallas, TX 75367-0231

John  H  Fostel
P.O.  Box  765
Decatur, TX 76234

John  H  Webb
PO  Box  972548
Dallas, TX 75397

John  H.  Burt  and  Shirley  Boone  Burt
453  Pecan  Dr.
Aledo, TX 76008

John  Hancock  Dorie
PO  Box  670231
Dallas, TX 75367-0231

John  Higgins  ------------Hold - Tax ID  d
4456  Harvest  Hill  Road
Dallas, TX 75244

John  J  Hill
4531  Ridge  Rd
Cazenovia, NY 13035

John  Jay  Blanton
3909  Floyd  Drive
Fort Worth, TX 76116

John  LeRoy  Beeson
6312  S.W.  Parkway
Austin, TX 78735

John  M  Bauserman
23  Mesquite  Place
Palmyra, VA 22963-2439

John  M  Moore
P.O.  Box  392
Shreveport, LA 71162

John  M.  Mouser  Company
P.O.  Box  2014
Allen, TX 78364

John Malcolm Peterson
1575 Tanglewood Lane
#1-132
Escondido, CA 92029

John Manly Bryan M D
P.O. Box 839
Graham, TX 76450

John Mitchum
504 W Ash St
Decatur, TX 76234-1255

John O Mccoy & Wife Nancy M Mccoy
3711 Aberdeen Way
Houston, TX 77025

John Pappas
5002 Wooldridge Road
Corpus Christi, TX 78413-2733

John Parker Jameson
8 Troon Drive
Austin, TX 78738

John Patrick Warren Revocable Trust
P. O. Box 722280
Norman, OK 73070

John Paul Perron And Hazel Mary Thibodea
10433 Rosedale Road
Port Allen, LA 70767

John Paul Sessions
775 Monaco
Puntagorda, FL 33950

John R and Marsha Z Ammons
120 Sanchez Trail
Aledo, TX 76008

John R Morris MD
6302 Crestcreek CT
Louisville, KY 40241

John R Penn Jr
6003 Raleigh
Tyler, TX 75703

John R. Gentry
PO Box 92187
Southlake, TX 76092-6734

John R. Keck
428 Pecan Dr.
Aledo, TX 76008

John Scott Sullins
1065 Morris Town Rd
Victoria, TX 77905

John T Syler
3300 Hartley Field Road
Denton, TX 76028

John T. Montford
1 Buckingham Court
San Antonio, TX 78257-1708

John Thomas Perkins
2305 Corn Valley Rd
Apt 209
Grand Prairie, TX 75051

John W Burton & Jennifer Burton Trust We
1202 SE 103rd Ave
Vancouver, WA 98664

John Westhoff
1250 Santa Fe Drive
Weatherford, TX 76086

John Westhoff Trustee FBO/FBC/Weatherfor
1250 Santa Fe Drive
Weatherford, TX 76086-5218

John Will Nichols, Jr
1416 Barbis Way
Concord, CA 94518-1220

John Willborn Mattix
3425 FM 585 North
Bangs, TX 76823

Johna Sue Meyer
518 Big Horn Drive
Old Hickory, TN 37138

Johnelle DeBrueys Jackson
3117 Carmel Valley Dr.
Missouri City, TX 77459

Johnna Adams
8116 South 107th East Ave
Apt. Q
Tulsa, OK 74133

Johnna McDougal Jones
1431 Honeysuckle Ridge Court
Midlothian, TX 76065

Johnnie Ruth Parr Lee
1208 Patton Drive
Odessa, TX 79761-1417

Johnny Holman
9211 Gem St. SE
Olympia, WA 98513

Johnny Ince
P.O. Box 325
Alvord, TX 76225

Johnny K & Sherri L Campbell
1432 Saratoga Lane
Aledo, TX 76008

Johnny Mack Parker
7008 Diamond Oaks Dr
Mansfield, TX 76063

Jolene Brown
108 Stagecoach Drive
Red Oak, TX 75154

Jon Brown
P. O. Box 246
Palestine, TX 75802

Jon Finley Helm
1700 Sunset
Apt 14
Fort Worth, TX 76102

Jon Howard
Rt 1 Box 4
Balko, OK 73931

Jon Kendall Wells & Sunny J Glenn
2423 College Ave.
Fort Worth, TX 76110

Jon Scruggs
1604 Oak Ridge Drive
Corinth, TX 76210-3042

Jonalstem Investments, Limited
P.O. Box 141355
Irving, TX 75014

Jonathan & Marianne Honea
6506 Tucker Dr
Weatherford, TX 76086

Jordan C Williamson
812 Glenn Brook
Allen, TX 75002

Jorden Wood
10911 FM 1187 W
Ft. Worth, TX 76126-5153

Jose & Griselda Zuniga
310 County Road 2723
Decatur, TX 76234-7322

Joseph & Rebecca Baker
317 Smyth Street
Aledo, TX 76008

Joseph and Melissa Besancon
400 E. Oak St.
Aledo, TX 76008

Joseph Beasley III
3596 C.R. S
Little Suamico, WI 54141-3905

Joseph Carl Thibodeaux
2525 Deloak Drive #413
St Louis, MO 63129

Joseph E. Goldman
6843 Quarterway
Dallas, TX 75248

Joseph Lee Bailey
444 Hunters Trophy
New Braunfels, TX 78132

Joseph R. Besancon and Melissa M. Besanc
105 Oak Ct.
Aledo, TX 76008

Joseph Roy Whiteside
P.O. Box 540
Nocona, TX 76255

Joseph W & Martha Knox
1554 CR 2937
Decatur, TX 76234

Joseph W. Bailey, Jr.
1205 Camden Ct.
Woodway, TX 76712

Josephine Richardson
5520 El Capitan Ct
Arlington, TX 76017

Josephine Woodruff
P.O. Box 141
Valley View, TX 76272

Joshua C. Bauserman
701 East Byrd St. 17th Floor
Richmond, VA 23219

Joy Allred Ritchie
1108 Rosedale Drive
Gainesville, TX 76240-2952

Joy E Nichols
1306 Bois D' Arc
Weatherford, TX 76086

Joy E. Nichols, Life Estate
1306 Bois D' Arc
Weatherford, TX 76086

Joy Weldon
1991 Thompson Road
Weatherford, TX 76087

Joyce Cook
1506 Whitefield Street
Stephenville, TX 76401

Joyce Knupp
P.O. Box 297
Barker, TX 77413

Joyce Read Tucker
2221 Crimson Cove Court
League City, TX 77573

Joycln Taggart
637 Catalpa Rd.
Fort Worth, TX 76131

Joye Zylka---DECEASED
7531 Ridge Road
Sarasota, FL 34238

JP Elder Family Limited Partnership+B265
400 Jenkins Ridge
Aledo, TX 76008

Juanita Ann Farr
850 FM 205
Stephenville, TX 76401

Juanita Chase
P.O. Box 248
Naches, WA 98937

Juanita Hester c/o POA Richard Hester
1906 Martha Ann Blvd. #613
Snyder, TX 75949

Juanita Joyce Beasley
5133 Valburn Ct.
Austin, TX 78737

Judith A Gerth
P.O. Box 357
Ruidoso, NM 88355-0357

Judith J. Van Dine
2057 Meservey Hill Road
Wellsville, NY 14895

Judith Layne Harris
3352 6Th Street Se
Washington, DC 20032

Judy & Emil Schreck
1200 Mosswood Lane
Irving, TX 75061

Judy L and Bruce Ramsey
PO Box 687
Aledo, TX 76008

Judy L Ramsey
116 Orman Drive
Aledo, TX 76008

Judy L. Coates
2501 Neri Road
Granbury, TX 76048

Judy Light Storey
5904 Kentucky
Joshua, TX 76058

Judy Mcclung Parker
2052 S FM 1655
Alvord, TX 76225

Judy South
817 Andi Way
Weatherford, TX 76086

Judy Watkins Tinsley
3535 Santa Fe #41
Corpus Christi, TX 78411

Judy Wittmer Montano
2312 Calle Halcon
Santa Fe, NM 87505

Julia Campbell Roland
1701 Campbell Tr.
Richardson, TX 75082

Julia S. Tucker General Trust u/w dated
P.O. Box 501
Rusk, TX 75785

Julia S. Tucker Special Trust u/w dated
P.O. Box 501
Rusk, TX 75785

Julie Ann Rumage, Life Estate
712 N 4th St
Jacksboro, TX 76458

Julie Hensley
103 Polk St
Burlington, IA 52601

Julie Rebecca Moore
1313 Wayne Street
Haltom City, TX 76117

Julie W. Clendenen
1803 Michele Dr.
Sugar Land, TX 77498

June Arbert Adkins
C/O Adkins Enterprises Inc
P.O. Box 488
Weleetka, OK 74880

June Benner Page
5535 Caladium Drive
Dallas, TX 75230-2619

June Ens
P.O. Box 82
Montague, TX 76251

June Goode
1140 W. Marksberry Road
Owensboro, KY 42301

June Pearson
4723 Spiser
Wichita Falls, TX 76302

Justin & Nicole Wolfe
129 Meadow Lane
Aledo, TX 76008

Justin House
3242 Duncan Street
Kilgore, TX 75662

Kaitlin Winarsky
2000 Hicks Avenue
San Jose, CA 95125

Kala Juan Seward
549 Dunmoreland Dr
Shreveport, LA 71106

Kalkman Habeck Co.
PO Box 2518
Ardmore, OK 73402

Kandi Faulkenberry
P.O. Box 1102
Minden, LA 71058

Kandice Lee
P. O Box 672
Weatherford, TX 76086

Kansas City Title Insurance Co
112 E 10Th St
Kansas City, MO 64116

Karan Lee Ridley Jezek
4604 Wolf Way
Antioch, CA 94531

Karen Ann Cox Stephens
333 Holly Creek Ct. #904
The Woodlands, TX 77381

Karen Bussell
10910 Sheila Court
Beaumont, TX 77705

Karen Carter Hughes
1855 Lynnview Dr.
Houston, TX 77055

Karen Caswell Fowler
3160 N Highway 101
Chico, TX 76431

Karen Dow
1104 Coffield
Bowie, TX 76230

Karen E Ball Brucker
3744 Bear Creek Road
Canon, GA 30520

Karen H Barlow
208 Rockwood Park Dr.
Fort Worth, TX 76107

Karen Hellman Doolittle
5162 Brook Meadow Lane
Fort Worth, TX 76133

Karen Kildall
421 Rio Gabriel Cove
Liberty Hill, TX 78642

Karen Lee Rosenau
1431 Gordan Ace
Reno,, NV 89509

Karen Lee Wilson Wagner
2405 Glen Haven
Houston, TX 77030

Karen S Sinclair
705 Joanna Drive
Hurst, TX 76053

Karen Smith
9028 Villa Park Circle
Dallas, TX 75225

Karen Young Masri
5805 Gary Lane
Arlington, TX 76016

Karl B Becker
101 Sanchez Trail
Aledo, TX 76008

Karl Trubenbach
P.O. Box 275
Muenster, TX 76252

Karl Trubenbach Minerals, LLC
P.O. Box 275
Muenster, TX 76252

Karol Lynn Wilson
7510 E Grand #1105
Dallas, TX 75214

Karon Sue Pass
437 Pecan Dr.
Aledo, TX 76008

Karper Oil and Gas Corporation
PO Box 149
Graham, TX 76450

Karran Kuhler
1413 Broadmoor Drive
Richardson, TX 75082

Katana Energy LLC
16285 Park Ten Place Suite 600
Houston, TX 77084

Katherine Michelle Gear
PO Box 940
Mineral Wells, TX 76068

Katherine Schwing Bickham
P.O. Box 23081
Harahan, LA 70183

Kathi Hellman Stanton
216 Muir Hill Dr
Aledo, TX 76008

Kathleen A. Cantrell
4985 Highway MM
Mountain Grove, MO 65711

Kathleen B Forman BAD ADDRESS-SEE NOTES
2500 Hinkle Drive #36 South
Denton, TX 76201

Kathleen Marie Dupre Kenney and PaulScot
138 Muirfield Dr.
Willow Park, TX 76008

Kathleen Powell
P.O. Box 147
Secretary, MD 21664

Kathleen Warnock c/o Jacob A Warnock Oil
P.O. Box 9285
Wichita Falls, TX 76308

Kathryn Hope Upton
7712 Easton Club Drive
Easton, MD 21601-8388

Kathryn Jane Cole, Life Estate
213 South Hampshire Street
Saginaw, TX 76179

Kathryn Schmitt
3054 Jeannie Anna Ct.
Herndon, VA 20171-4073

Kathy Bearden White
PO Box 35
Broken Arrow, OK 74013

Kathy Burnett, Individually and as Remai
2030 Houston Street
Vernon, TX 76384

Kathy Cooper
201 Fair Lane
Tyler, TX 75701

Kathy Ridley Boynton
6123 Capella
Burke, VA 22015

Kathy Sherrill
3224 FM 2048
Boyd, TX 76023

Kathy Sue Spriggs
3874 Limestone Road
Kinburn, Ontario
K0A 2H0 Canada

Kathy Works Perkins
602 Valleyridge Ct.
Decatur, TX 76234

Kay C. Allen
37143 Parsons Creek Road
Springfield, OR 97478

Kay Lawson
100 West Gaither
Throckmorton, TX 76483

Kay Lindsay
PO Box 211
Bluegrove, TX 76352

Kay Siegel
600 3Rd Street
Bellevue, TX 76228

Kay Yates
4 Briar Lane
Kilgore, TX 75662

Kayla Robertson
1109 Blackbird Ct
Burleson, TX 76028

Kaysi Hamilton
PO Box 321
Alvord, TX 76225

KCSC, LLC
PO Box 21254
Billings, MT 59104

KDMM Interests, LLC
1900 Preston Road
#267-PMB78
Plano, TX 75093

Keiko Kelly
2504 Prestonwood Drive
Plano, TX 75093-8891

Keith Greeley
125 Peatree Lane
Low Gap, NC 27024

Keith Paul Robinson
2531 Southland Blvd.
Apt. 61
San Angelo, TX 76904

Kelli D'Ann Windrow
3205 Glenmore Avenue
Baltimore, MD 21214

Kelly G. Hamby
2095 Old Baywood Road
Galax, VA 24333

Kelly Rice
3047 NE Hoyt St.
Portland, OR 97232

Kelly Swope
PO Box 775
Granbury, TX 76048

Kelly Wasserman
306 W. 7th Street
Suite 710
Fort Worth, TX 76102

Kellyne Gayle Holladay, SSP
2623 W Alabama
Hobbs, NM 88242

Kelsey J Taylor
PO Box 327
Alma, CO 80420

Ken E. Gray
P.O. Box 1752
Mineral Wells, TX 76068

Ken or Roberta Stovall
1103 Parkview Trail
Kennedale, TX 76060

Kenneth & Beverly Bryant
1811 E. FM 1187
Aledo, TX 76008

Kenneth B and Kathlene Eagleton
425 E. Oak Street
Aledo, TX 76008

Kenneth Dunnaway
1729 W Bypass 287
Alvord, TX 76225

Kenneth E. Burnett, Life Tenant
2030 Houston Street
Vernon, TX 76384

Kenneth J Reynolds In Fee Simple Interst
1005 FM 1749
Forestburg, TX 76239

Kenneth J Reynolds Life Estate
1005 FM 1749
Forestburg, TX 76239

Kenneth Knox Reed
9400 Old Decatur Road
Fort Worth, TX 76179

Kenneth M Warnock II c/o Jacob A Warnock
P.O. Box 9285
Wichita Falls, TX 76308

Kenneth McCoy
10410 Copperdale Lane
Houston, TX 77064

Kenneth or Vernell Chadwell
PO Box 485
Springtown, TX 76082

Kenneth Preston Hudson
P.O. Box 113
Bridgeport, TX 76426

Kenneth R and Sonja Spain
409 Old Annetta Road
Aledo, TX 76008

Kenneth Richard Hoffman
212 Scenic Dr.
Aledo, TX 76008

Kenneth Sage
2626 Bonita Ave
La Verne, CA 91750

Kenneth Thibodeaux
1060 Silvery Lane
Port Allen, LA 70767

Kenton B Ramsey
6110 Preston Creek Drive
Dallas, TX 75240

Kerry Burnett-Higgins Individually and a
2030 Houston Street
Vernon, TX 76384

Kerry Clower
308 Scenic Dr
Alvord, TX 76225

Kerry Kathleen Bogart Murrill
13411 Alchester
Houston, TX 77079

Kerry L. Haynes Estate Alan S. Haynes Pe
4839 South Zang Court
Morrison, CO 80465

Kevin & Kristen Canaday
139 Samantha Lane
Aledo, TX 76008

Kevin Bliss Norman
600 Cranberry Woods Drive
Suite 150
Cranberry Township, PA 16066

Kevin Halbert
PO Box 1170
Tyler, TX 75710

Kevin Kent Leonard
P.O. Box 50688
Midland, TX 79710

Kevin Scott Capper
PO Box 1176
McKinney, TX 75070

Kevin Shane Scoggins & Bonita Scoggins
216 Scenic Dr.
Aledo, TX 76008

Kevin W Kiss, Jr. Life Estate
808 Emily Trail
Azle, TX 76020

Killough Family Trust
1336 S. Lamar St.
Weatherford, TX 76086

Kim Barnes
13661 Pruett Road
Krum, TX 76249

Kim Boyd Bates
105 Indigo Heights Ct
Azle, TX 76020

Kim Heptner
1107 Oriole
Burkburnett, TX 76354

Kim Pate
1014 Foley
Iowa Park, TX 76367

Kim Rhodes
210 Fletcher Road
Weatherford, TX 76087

Kimark Systems, Inc.
2105 Greenwood Drive
Southlake, TX 76092

Kimball Midwest
Dept L-2780
Columbus, OH 43260

Kimball Trent Smith
2420 Cross Timbers Trail
Arlington, TX 76006

Kimberly A Fry
1003 Raintree Lane
Siloam Springs, AR 72761

Kimberly Diane Wolfe
539 D. West 25th Street
Houston, TX 77008

Kimberly G Burkett & Colonial Savings FA
2626 West Freeway - Bldg B
Fort Worth, TX 76102

Kimberly Read Bogart Wetmore
188 Reinicke
Houston, TX 77007

Kimberly Texeira
19218 Hillward Court
Riverside, CA 92508

King Royalty Corporation Attn: Michelle
6142 Campbell Road
Dallas, TX 75248

Kingdom Investments
1601 Elm Street
Suite 3400
Dallas, TX 75201-7201

Kip Altman
908 Elmhill Ct
Coppell, TX 75019

Kirby and Jonnie Williams
956 Mockingbird
Stephenville, TX 76401

Klaus Ulrich Schubert c/o Ron Tharp
12900 Preston Road, Suite 800
Dallas, TX 75230

Knox # 1 Joint Venture
17304 Preston Rd
Suite 700
Dallas, TX 75252-5697

Knox # 2 Joint Venture
17304 Preston Rd
Suite 700
Dallas, TX 75252-5697

Kollman-Moore LLC Robert Kollman Moore M
777 Saturn Drive # 203
Colorado Springs, CO 80905-7827

Kota Group LLC c/o Jacob A Warnock Oil &
P.O. Box 9285
Wichita Falls, TX 76308

Kraemer Allen Lovelace
8202 Kelwood Avenue
Baton Rouge, LA 70806

Krenger Oil & Gas, LLC
1601 E 19th
Edmond, OK 73013

Kris Garrison
2706 Oak Lawn Drive
Vernon, TX 76384

Krissi Hellman Kendrick
2773 Salado Trail
Fort Worth, TX 76118

Kristen Allen Tollett
1402 Diana Ct.
Houston, TX 77062

Kristen Duperron
1722 Hillcrest Dr.
Woodward, OK 73801-4346

Kristi & Billy Duran
129 Yeary Lane
Aledo, TX 76008

Kristi P. Craig-Nightengale
P.O. Box 420
Pine, CO 80470

Kristin Rae Reed
2924 Luke Dr.  Apt 518
Fort Worth, TX 76108-5959

Kurt Turner
1814 Ricky Street
Granbury, TX 76049

Kyle & Celeste Pfeiffer
P.O. Box 7
Rio Medina, TX 78066

Kyle Stephens
PO Box 331
Decatur, TX 76234

Kym Alexander Lipscomb
3936 Consolvo Drive
Flower Mound, TX 75022

L W Taylor
514 Wayne Drive
Shreveport, LA 71105

L. A. Stemmons Residuary Trust
1605 Dowling Drive
Irving, TX 75038

L. J. Alexander
100 Watermark Blvd Apt 331
Granbury, TX 76048-4550

L. J. Fletcher, Jr.
5907 Nancy Dr
Austin, TX 78745

L. P. Moore
11 Meadows Edge Drive
Chapel Hill, NC 27516

L.T. Smith, Jr.
5413 75 th Street
Lubbock, TX 79424

LAC Industries
21 Bloomfield Avenue
Depew, NY 14043

Lacy Joy Champion
4000 Ace Lane, #337
Lewisville, TX 75067

Lacy Shaw
207 Shary St.
Aledo, TX 76008

Laddie Annette Van Dyke
3418 Hidden Creek
Sugarland, TX 77479

Ladonna Gay Finch
2519 Sycamore Avenue
Oklahoma City, OK 73128

LaDonna Jo Wren
1521 Old Reunion Rd.
Decatur, TX 76234

Lake Country Baptist Church
8777 Boat Club Road
Fort Worth, TX 76179

Lake Country Christian School
7050 Lake Country Road
Fort Worth, TX 76179

Lake Travis 620 Properties LP
1107 Ranch Road 620 S
Lakeway, TX 78734

LaKeitha Kaye Lindsay
P.O. Box 211
Bluegrove, TX 76352

Lakewind LLC
P.O. Box 1765
Enid, OK 73702

Lamar B Roemer
5401 Judalon Lane
Houston, TX 77056

Lamar C. McLeod
236 Gallagher
McQueeney, TX 78123

Lana Caswell Garcia
203 W Belden
Sherman, TX 75092

Lana J. Burton
92 Hummingbird Lane
Ardmore, OK 73401

Lance Lawrence from Thomas Dumont Pike
302 Whispering Cypress
Charleston, SC 29414

Lance Norman
8190 McDaniel Road
Aledo, TX 76126

Lane Family Revocable Trust Lemaryles K
5900 S Ventura Drive
Oklahoma City, OK 73135

Lane Taylor
PO Box 327
Alma, CO 80420

Lanette Mcclure
2628 FM 1204
Decatur, TX 76234

Larry & Maria Ragle
PO Box 175
Paradise, TX 76073

Larry and Lisa Lock
116 Sanchez Trail
Aledo, TX 76008

Larry Beasley
2038 Well Service Rd
Bowie, TX 76230

Larry C. Christopher
8614 Mile Run Rd
Humble, TX 77346

Larry Dean Mizer
2496 Burt Street
Upland, CA 91784

Larry Earl Campbell
1720 Tower Street
Springtown, TX 76082

Larry F Beard
1704 Wisteria Way
Westlake, TX 76262-9082

Larry Glazer
5565 Cosmo Ave
Dallas, TX 75248-6440

Larry Hudson Coursey
2164 Cuba Road
Bridgeport, TX 76426

Larry K and Shirley Evans Revocable Trus
117 Hidden Valley Drive
Aledo, TX 76008

Larry K Evans
117 Hidden Valley Dr.
Aledo, TX 76008

Larry L and LaDonna Brown
208 Hidden Valley Drive
Aledo, TX 76008

Larry McCrary
1761 Stewart Street
Reno, NV 89502

Larry P and Joyce L Ruddick
121 Sanchez Trail
Aledo, TX 76008

Larry Thomas Smith
4521 64th Street
Lubbock, TX 79414

Larry W. & Marion K. Marrs
4538 Tin Top Rd.
Weatherford, TX 76087

Larry W. Hinshaw
420 Walker Creek Road
Reedsport, OR 97467-9750

Larry W. Jemison and Alva Jemison
PO Box 244
Aledo, TX 76008

Larry Whitley
3604 Teakwood Dr
Plano, TX 75075

Lateral Resources
165 Brush Creek Drive
Azle, TX 76020

Latigo Oil & Gas Inc
P.O. Box 1208
Woodward, OK 73802

Laura Ann Smith
4521 64th Street
Lubbock, TX 79414

Laura Bailey
818 Mansfield Dr. Unit 255
Port Mansfield, TX 78598

Laura Beth Bowling Rice
17325 FM Road 3 South
Normangee, TX 77871

Laura J. Hicks Veith
20812 Hixon Creek Dr.
Porter, TX 77365

Laura L Stanley
3504 Versante Drive
Bedford, TX 76021

Laura Long Bartee
2812 Northhaven
Cornith, TX 76210

Laurel E. Strachan
408 E. Oak Street
Aledo, TX 76008-4342

Lauren Nicole Cortez
12596 Paseo Alegre Drive
El Paso, TX 79928

Lauri LeBow Fleming Lueder
9158 Drumcliffe Lane
Dallas, TX 75231-4037

Laurie Dunkin
418 Lakeview Ct
Aledo, TX 76008

Laurie M. Olson
1445 East Irish Lane
Centennial, CO 80121

Laurie Mcfarline Rollings
P.O. Box 831807
Richardson, TX 75083

LaVerne M. Whatley
4400 Crown Oak
Schertz, TX 78154

Lawrence D Brady, Jr
6214 Highgate Lane
Dallas, TX 75214

Lawrence D. Brady Jr.
6214 Highgate Ln.
Dallas, TX 75214

Lawrence Tobe
2489 Elfinwing Lane
Tallahasse, FL 32309

Lea Wallis
208 Rolling Hills Dr.
Aledo, TX 76008

Leah Parish Wells
1906 Live Oak
Weslaco, TX 78596

Leanne & Michael Mathis and Bank of Amer
Customer Service Dept. CA6-919-01-41
P O Box 5170
Simi Valley, CA 99062-5170

Lee Ann Tenbroek
8628 Avenida Marco
El Cajon, CA 92021

Lee B. Nichols
1306 Bois D Arc St.
Weatherford, TX 76086

Lee C Mitchell
1610 Sheffield Road
Oklahoma, OK 73120

Lee Claude Boring
6101 N Camino De La Tierra
Tucson, AZ 85741

Lee Roy and Sue Cooke
378 CR 4790
Boyd, TX 76023

Lee Smith Dickenson
PO Box 1301
Frankston, TX 75763

Lee Una Leverett
1307 Navaho Trail
Richardson, TX 75080

LeeAnn Wiegand
1819 Lyndon Road
San Diego, CA 92103

Leeota Davidson
16259 West Hollister Hills
Hauser, ID 83854

Legend Bank NA Attn: Traci Robertson
P.O. Box 1081
Bowie, TX 76230

Legend Operating LLC
P.O. Box 9067
Dallas, TX 75209

Leggett Oil Company
P.O. Box 795786
Dallas, TX 75379

Leigh and Steve Bowen
1304 Apryl Drive
Aledo, TX 76008

Leighla Ann Young
10805 Deer Meadow Cir
Colorado Springs, CO 80925-1366

Leisa Bob Fortenberry
625 Headlee Street
Denton, TX 76201

Leisa G Waylett
326 W. Ridge Street
Decatur, TX 76234

Lela Busey Revocable Trust
5450 Witherspoon Dr. G304
Colfax, NC 27235

Leland & Sharon Boenisch
113 Meadow Lane Drive
Aleda, TX 76008-4462

Leland W Carter
3908 Miramar Avenue
Dallas, TX 75205

Lena Lawrence
2187 Hunter Creek Drive
Charleston, SC 29414

Lenore G. McLeland c/o Robert W. Decker
P.O. Box 101507
Ft. Worth, TX 76185

Leon Wilkerson
P.O. Box 344
Bridgeport, TX 76426

Leona K Davis
800 Ross Trail
Arlington, TX 76012-4621

Leona Ruth Hogan
750 FM 80N
Streetman, TX 75859

Leonard D Denney
2912-SFM 1655
Chico, TX 76431

Leonard Family Trust
PO Box 1718
Fort Worth, TX 76101-1718

Leresa Mae Greenwood
P.O. Box 524
Alvord, TX 76225

Leslie Baker
112 Jearl St.
Aledo, TX 76008

Leslie Bracewell
P.O Box 1425
Paonia, CO 81428

Leslie Ford (Life Estate)
PO Box 1492
Paducah, TX 79248

Leslie Fore
711 Old Canyon Road
Spc 92
Freemont, CA 94536-1766

Leslie Realty, LLC
1605 Dowling Dr.
Irving, TX 75038

Lester M & Karen Alberthal Jr. c/o Buzza
500 Coates Rd.
Granbury, TX 76048

Lettie Guinn c/o Betty Rumbo
2113 Yosemite Court
Fort Worth, TX 76112

Lewis J. Powers Jr. c/o Linda Powers, PO
1084 Black Rock Road
Block Island, RI 02807

LFT Petroleum Partners LTD
3311 Oak Lawn Avenue
Suite 250
Dallas, TX 75219

LH Chaney Materials, Inc.
PO Box 1665
Roanoke, TX 76262

LHM 2006 Oil & Gas Trust Attn: J. Wade M
PO Box 470155
Fort Worth, TX 76147

Libby Earlene Niblett
1309 N Church
Decatur, TX 76234

Libby Gear
PO Box 940
Mineral Wells, TX 76070

Libby L. Gear
PO Box 940
Mineral Wells, TX 76068

Liddie Pauline Campbell
8243 W. Hodges
Dallas, TX 75217

Liesa Hull Smith
313 Croom
Wharton, TX 77488

Lilla Anne Schwing Blackburn
3239 Delmonte
Houston, TX 77019

Lillian Cone c/o William L. Hodges,POA
7252 Wembley Place
Castle Pines, CO 80108

Lillian Lois Hoyer Marek
11 Kings Heath
The Dominion
San Antonio, TX 78257

Lillie Mae Elliott Residuary Trust   A #W
PO Box 1600
San Antonio, TX 78296

Lillie Mae Elliott Residuary Trust B #WA
PO Box 1600
San Antonio, TX 78296

Linda & John Askew Payable to Affiliated
147 Aledo Creeks Drive
Fort Worth, TX 76126-6034

Linda Adkins
129 Overlake Knoll
Holly Lake Ranch, TX 75765

Linda B. Robinson
16391 County Rd 20
Sanford, CO 81151

Linda D Cavender
150 Vincas Shadow Court
Driftwood, TX 78619

Linda F Haedge Family Trust
The Fountains of Franklin
300 Celebration Circle #263
Franklin, TN 37067

Linda Griffith
13625 CR 358
Blanket, TX 76432

Linda Higginbotham Trust
6541 Danbury Lane
Dallas, TX 75214

Linda Hissam
1128 Becky Drive
Aledo, TX 76008

Linda Jo Harris
3417 Hwy 2563
Eatland, TX 76448

Linda Jo Harris
PO Box 3083
Early, TX 76803

Linda Jo Price Ison
10100 Long Meadow Rd.
Madison, AL 35756

Linda Joe Ball
633 Inca Road
Forth Worth, TX 76116

Linda K. Brockman
608 Monterrey Court
Granbury, TX 76049

Linda K. Holub
4922 Duck Creek Drive
Garland, TX 75043

Linda K. Reyburn Trust Linda K. Reburn,
9645 S Indianapolis Avenue
Tulsa, OK 74137

Linda L Proctor
1406 Jefferson
Bowie, TX 76230-2923

Linda Littell
4131 Westcliff Court
Boulder, CO 80301

Linda Lou Crow
7909 Northhaven Road
Dallas, TX 75230

Linda Moore Hughes
2818 Gary St
Fort Smith, AR 72901

Linda Nell Densmore
428 Rolling Hills Dr.
Aledo, TX 76008

Linda Pearl Motley
1510 Hillside Drive
Midlothian, TX 76065

Linda Rochelle Owen
223 Fairway Villas Circle
Diamondhead, MS 39525-4293

Linda S. Corbin
P.O. Box 3795
McKinney, TX 75070

Linda Simmonds
2537 County Road 2234
Lampasas, TX 76550

Linda Staslicki
P.O. Box 743
Helendale, CA 92342

Linda Sue Huff
2117 Continental
Abilene, TX 79601

Linda Sue Jones
529 Greenwood Circle
Hurst, TX 76053

Linda Winn
601 Willow Lane
Seymour, TX 76380

Lindley # 2 Joint Venture
17304 Preston Rd
Suite 700
Dallas, TX 75252-5697

Lindsay B. Holland
2209 Stanolind Ave.
Midland, TX 79705

Lindsay Cherie Slaughter
1205 Circle Lane
Bedford, TX 76022

Lindsay M. Conrad
4017 Sundown Drive
Benbrook, TX 76116

Lindsay Wayne Southerland
6646 Veal Station Road
Weatherford, TX 76085

Lindsey Nicole Duhon
8838 Branchwood Trail
Fort Worth, TX 76116

Lino A and Lorraine A Grillo
127 Sanchez Trail
Aledo, TX 76008

Lionel E Gilly
5585 Caruth Haven Lane #301
Dallas, TX 75225-8157

Lionel Gilly
5585 Caruth Haven #301
Dallas, TX 75225-8157

Lisa Burt Thompson
PO Box 843
Mansfield, TX 76063-0843

Lisa Coker & Charles Coker
647 Newfield Lane
Springtown, TX 76082

Lisa Cortese
4936 Obrien Way
Fort Worth, TX 76244

Lisa Ellis
1147 River Rock
New Braunfels, TX 78130

Lisa J. Freeny
1501 Ems Rd.
Fort Worth, TX 76116

Lisa Johnson
162 Saint Clare
Crowley, TX 76036

Lisa Parr
c/o Richard Capshaw
3031 Allen Street
Suite 201
Dallas, TX 75204

Lisa Thibodeaux
415 Una Street
Denham Springs, LA 70726

Lisa Walker Schaded
5536 Caladium Dr.
Dallas, TX 75230

Living Word Assembly Of God Church
Box 62
Alvord, TX 76225

LLD Interests, Inc.
1250 N. E. Loop 410
Suite 415
San Antonio, TX 78209

Loida Ynostrosa
16932 Culpepper Ave.
Baton Rouge, LA 70817

Lois & Mary Burks Family Trust
907 Forrest Trail
Jacksonville, TX 75766

Lois Anders
595 Flat Rock Road
Azle, TX 76020

Lois Juanita Barker
604 W. Dempsey Street
Bryson, TX 76427-3002

Lois Kent Menefee c/o David K. Menefee,
3701 Parkcrest Court
Fort Worth, TX 76109-3413

Lois Lavonia Murphy Chandler
2215 Highlake Dr.
Weatherford, TX 76087

Lois Lee Dominguez
970 Spring Street
Oak View, CA 93022

Lois McGehee
125 Whispering Wind
Georgetown, TX 78633

Loma Jean George
1001 Saint Andrews Drive
Upland, CA 91784

Lomand Britt Harbour
4601 Western Hills
Wichita Falls, TX 76310

Lomis J. Carpenter
132 Jearl St.
Aledo, TX 76008

Longhorn Royalty Assoc
P.O. Drawer 447
Jacksboro, TX 76458

Lorena Brennan
8000 Calmont, #248
Fort Worth, TX 76116

Lorinda and Donald Bell
322 Sanchez Ct.,
Aledo, TX 76008

Louie Lowrance
425 FM 1749
Sunset, TX 76270

Louis Elvin Mosier
718 CR 1590
Alvord, TX 76225

Louis W Gage C/O C L Gage Jr
P. O. Box 167
Decatur, TX 76234

Louis Wayne Gage
PO Box 167
Decatur, TX 76234

Louis Wayne Gage
P.O. Box 167
Decatur, TX 76234

Louise H. Gossett c/o Ralph F. Howell
1825 Courtney Drive
Tyler, TX 75701

Loweda Wood
113 West Oak Street
Aledo, TX 76008

Lowell C. Thronson
10802 Candlewood
Houston, TX 77042

Loye Nell Gage
404 E. Oak St.
Aledo, TX 76008

LSU Foundation Attn: W G Bowdon
3838 W Lakeshore Drive
Baton Rouge, LA 70808

LTD Fidelity Venture Capital
1800 N Northwood Drive
Suite 104
Hurst, TX 76053

Luci Schulz
20249 Southwood Oaks Drive
Porter, TX 77365

Luciano L Correa Geology Foundation-UT A
1 University Station, C1160
Austin, TX 78712-0254

Lucille Brinkley Branson
2401 Berryhill Place
Greenboro, NC 27406

Lucille Parker
408 Theressa Street
Henrietta, TX 76365

Lucretia Young
7620 Sybil Drive
N. Richland Hills, TX 76180

Lucy Holt
P.O.Box 116
Aledo, TX 76008

Lula Mae Campbell
1720 Tower Street
Springtown, TX 76025

Lunamar Partners, LP
P.O. Box 459
Paradise, TX 76073

Luther D. Christopherm Jr.
2642 CR 4055
Jacksonville, TX 75766

Luther L Parr
13205 Signature Blvd
Oklahoma City, OK 73142-4442

Lydia Caroline Ohlmeyer Chopin
8403 Silver Mountain Cove
Austin, TX 78737-3136

Lynda Gale Miller Dailey
618 Kirby Lane
Richardson, TX 75080

Lynda Kay Byrd
2202 Woodville Drive
Bridgeport, TX 76426

Lyndi Lou Anderson
PO Box 13986
Tucson, AZ 85732

Lynn Alexander Casamajor
9141 Shady Hollow Way
Fair Oaks, CA 95628-6558

Lynn Grayson Bryant
2203 Miramar
Wichita Falls, TX 76308

Lynn Nobile
2617 FM 1806
Montague, TX 76251

Lynn Renee Hobbs
2001 East 21st Street
Unit 130
Signal Hill, CA 90755

Lynn Smith and Laura Smith
5777 Forest HIghlands Dr.
Ft. Worth, TX 76132

M & M Joint Venture
777 East 15Th St
Plano, TX 75074

M & S Financial
4925 Greenville Avenue
Suite 915
Dallas, TX 75206

M Eileen Wilborn
4601 Horseshoe Bend
Austin, TX 78731

M R & Doris Neighbors
4965 County Road 2690
Alvord, TX 76225

M&J Valve Services
PO Box 3307
Lafayette, LA 70502

M&R Minerals Ltd
3300 Hartlee Field Rd
Denton, TX 76028

M.N. and Judy Isham, Jr
P.O.Box 174
Aledo, TX 76008

M2M Designs LLC
213 Pinnacle Peak Lane
Weatherfird, TX 76087

Macaleb-Allen Properties Inc
1135 Chattahoochee Ave NW
Atlanta, GA 30318

Mack Wayne Dobbins
9521 Bellechase Rd.
Granbury, TX 76049

Maenica Berry
4415 Bethel Rd
Weatherford, TX 76087

Maggie Balthrop
P.O. Box 95
Slidell, TX 76267

Maggie Louise Perkins White
901 South Trinity St
Decatur, TX 76234

Magma Assets LLC c/o Eddye Dreyer Financ
4925 Greenville Avenue
Suite 900
Dallas, TX 75206

Manoushagian Family Trust
PO Box 95
Bridgeport, TX 76426

MAP Production Company, Inc.
P.O. Box 131483
Tyler, TX 75713

MAP00-NET
PO Box 268946
Oklahoma City, OK 73126-8946

MAPFCB13-Net
PO Box 268988
Oklahoma City, OK 73126-8988

Marc and Tiffany McKelvey
305 Belle Circle
Aledo, TX 76008

Marc Breaux
90 Washington St. Apt #18N
New York, NY 10006

Marcus and Cathy Bailey
1201 Becky Drive
Aledo, TX 76008

Marcus Eric Peterson
1742 Country Lane
Escondido, CA 92025

Marcus J Whitfield c/o Jacob Warnock Oil
P.O. Box 9285
Wichita Falls, TX 76308

Marcus Keith Allen
4816 Alamo Dr.
Wichita Falls, TX 76302-4146

Margaret A. Neil Riemitis
P.O. Box 16681
Fort Worth, TX 76162

Margaret Alicia Grace Ohlmeyer
2825 Jefferson Ave
Neworleans, LA 70115

Margaret Bishop
1427 Sunnyvale
Sweetwater, TX 79556

Margaret C Wilborn
1944 Laurel Lane
Germantown, TN 38139

Margaret F Ohlmeyer Maddox
24155 Eden Street
Plaquemine, LA 70764

Margaret Glancy
9702 Joliet Ave.
Lubbock, TX 79423

Margaret Hancock Wade Benson
52 Meadowview
Texarkana, AR 71854

Margaret Lynn Irwin
6260 Crestwood Way
Los Angeles, CA 90042

Margaret Reed McMullin
2829 Liverpool Lane
Grand Prairie, TX 75052

Margaret Sue Cherryhomes
P.O. Box 445
Jacksboro, TX 76458

Margaret Wooley Sunbarger
4224 Clear Lake Circle
Fort Worth, TX 76109

Marget Adams
116 Meadow Lane
Aledo, TX 76008

Margetta Quigley
PO Box 1601
Weaverville, CA 96093

Margie Jenkins
257 Belle Circle
Aledo, TX 76008

Margie Newton
212 Orange
Merkel, TX 79536

Margret Ann Cude
PO Box 451
Decatur, TX 76234

Maria Chapman Sullivan
1700 Rider Road
Azle, TX 76020

Maria Moreno
1111 E. FM 1187
Aledo, TX 76008

Maria Sanchez
301 Westgate
Aledo, TX 76008

Marianne Bornefeld Martin
2752 LaStrada Grande Heights
Colorado Springs, CO 80906

Marianne Paredes and David A. Paredes
441 Pecan Dr.
Aledo, TX 76008

Marie Christopher
1895 Crestlake Drive
Rockwall, TX 75087

Marie Hagler
7312 Pebbleford Road
Fort Worth, TX 76134

Marie Rowlett
16740 Red Bud Drive
Mckinney, TX 75071

Marijon M Rutherford Individually
575 CR 2646
Decatur, TX 76234

Marilyn McConnell
13115 Halwin Circle
Dallas, TX 75243

Marilyn O. Abbett
5521 Naaman Forest Blvd.
#1234
Garland, TX 75044

Marilyn Parrott C/O Holly A Sinn-Bailey,
28 North Main Street
Kenton, OH 43326

Marilyn Ransom
8125 Quail Trail
Grandview, TX 76050-3280

Marilyn Weiss
8009 Cahoba Drive
Fort Worth, TX 76135

Marion D. Bailey
655 Riverside Dr. #607
Memphis, TN 38103-4623

Marion Johnston
1243 Cuba Road
Bridgeport, TX 76426

Marion Sue Harris
16869 Cottage Circle, Apt. M
Belton, MO 64012

Marital Deduction Terminable Interest Pr
C/O John P Mowrey POA
442 Paradise Point
Boerne, TX 78006

Marjorie Ann Henry
7402 Cottonwood Road
Sapulpa, OK 74066

Marjorie Joann Taylor Butler
1261 Victory Drive
Kerrville, TX 78028

Mark A Pinkerton
8945 Kingston Court
N Richland Hills, TX 76182

Mark Allan Gershner-BAD ADDRESS
1600 CR 805,    #7
Cleburne, TX 76301

Mark Andrew Bickham
P.O. Box 10631
Jefferson, LA 70181-0631

Mark Childers
2968 Linville Rd
Wichita Falls, TX 76305

Mark Fitzgerald
7600 Ambassador Row
Dallas, TX 75247

Mark  Henderson  C/O  Micrin  Technology
Attn  Nanine  Barnes
P.O.  Box  7640
Dallas,  TX  75209

Mark  Jaehne
P.O.  Box  726
Giddings,  TX  78942

Mark  K  O'Briant,  Trustee  EGD  Trust
5004  Sea  Pines  Dr.
Dallas,  TX  75287

Mark  R.  and  Martha  Bronson
5521  Bellaire  Dr.,  Ste  100
Fort  Worth,  TX  76109

Mark  Ray  Robinson
10401  S.  Richmond  Place
Tulsa,  OK  74137-6240

Mark  Richard  Rodgers
300  Midland
Houma,  LA  70360

Mark  Stephen  Siegmund  B1022
819  Old  Annetta  Road
Aledo,  TX  76008

Marla  Dianne  Buckles
10917  Hawkins  Home  Blvd
Benbrook,  TX  76126-4744

Marlin  Jones  and  Nancy  Jones
617  Cherry  St.
Aledo,  TX  76008

Marlys  Durham  Mulkey
4810  Lloyd  Ct
Flower  Mound,  TX  75028

Marrick  Ferguson
29523  Legends  Stone  Dr.
Spring,  TX  77386

Marsha  Althea  Deering
192  Private  Road  3350
Paradise,  TX  76073

Marsha  Dale
P.  O.  Box  297
Paradise,  TX  76073

Marsha Dale Sessions Teague
1116 E Hanson Street
Stillwater, OK 74075

Marsha Gage Rodden
PO Box 1718
Decatur, TX 76234

Marsha Welch Bradley
P.O. Box 777
Bowie, TX 76230

Martha Ann Cother-Hoag
7616 Chestnut Drive
North Richland Hill, TX 76180

Martha Ann Field Sweet
369 Williams Lane
Versailles, KY 40383

Martha Ann Morgan
681 Newfield Lane
Springtown, TX 76082

Martha Ann Skelton
310 Baumgarten
Schulenburg, TX 78956

Martha Bea Staley
2217 Ivan Street, #1006
Dallas, TX 75201

Martha Dorie Fordyce
12387 Montego Plaza
Dallas, TX 75230

Martha Helm Pendleton
8675 E. Corrine Drive
Scottsdale, AZ 85260

Martha Hopkins
311 Pr 1608
Sunset, TX 76270

Martha J Skinner
2311 Creekedge Court
Corinth, TX 76210

Martha Jane Wofford
P.O. Box 693
Leakey, TX 78873

Martha Knox
1554 CR 2937
Decatur, TX 76234

Martha L Koch
2046 Pilgrim Lane
Lorena, TX 76655

Martha Purifoy Adams
2800 Rock Way
Austin, TX 78746

Martha Reeves
8901 FM 1885
Weatherford, TX 76088

Martha Walker Frost
119 Scissortail Trail
Georgetown, TX 78633-4811

Marti Jo Salisbury
1614 Broken Hill Dr.
Van Buren, AR 72956

Martin B Woodruff
PO Box 338
Decatur, TX 76234

Martin Lowe
1135 Chattahoochee Ave Nw
Atlanta, GA 30318

Martin O Siegmund
10 Taylor Court
Aledo, TX 76008

Martin Varela
1907 St Michaels Dr
Santa Fe, NM 87505-7658

Marty Holt
1007 Don Rovin Lane
Farmington, NM 87401

Marty Landman
3805 Brookhaven Circle
Fort Worth, TX 76109

Marvin Binkley Stafford
PO Box 534
Madill, OK 73446

Marvin Douglas Hudson
1707 13th Street
Bridgeport, TX 76426

Marvin Raines
600 Ruth Avenue
Kennedale, TX 76060-2627

Marvin Ray Bigbie
737 Betz Street
Bellevue, TX 76228

Mary A Ohlmeyer Martinez
57835 Fort Street
Plaquemine, LA 70464

Mary A. Neil Watson
4962 Dumfries Dr.
Houston, TX 77096

Mary Alan Bonnick
3834 Regent Drive
Dallas, TX 75229

Mary Ann Boubel
1300 N. Nolan River Rd.
Apt. B
Cleburne, TX 76033

Mary Ann Fortenberry
1804 Wisteria St.
Denton, TX 76205-7418

Mary Ann Healy
483 Old Mill Drive
Gahanna, OH 43230-2268

Mary Ann Hymel
2233 Shenley Park Ln
Duluth, GA 30097

Mary Ann Wright
1670 County Road 1560
Chico, TX 76431

Mary Anna Kirby Estate Diane P Kirby Tho
3165 County Road 345
Forestberg, TX 76239

Mary Avella Hay
3430 Marquess Moor
Johns Creek, GA 30022

Mary Beth Hoeffner, Trustee     UNLEASED M
3140 Mapleleaf Lane
Dallas, TX 75233

Mary Bucci
2147 Goldfinch Dr
Lewisville, TX 75077

Mary  Busey  Garner
13918  Windjammer  Dr.
Corpus Christi, TX 78418

Mary  C  Spurlock  Ancelet
151  Rue  Des  Babineaux
Scott, LA 70583

Mary  Caroline  P  Spurlock
151  Rue  Des  Babineaux
Scott, LA 70593-4400

Mary  Dorlores  Wills
8200  Southwestern  Blvd
#1315
Dallas, TX 75206

Mary  E  Rutherford
401  East  Walker  Street
Decatur, TX 76234

Mary  E.  Leeton
P.O.  Box  10561
Midland, TX 79702

Mary  E.  Smith  and  Timothy  W.  Smith
2057  Meservey  Hill  Road
Wellsville, NY 14895

Mary  Edith  Rose
4820  Roxie
Fort Worth, TX 76117

Mary  Elise  Hennessey
4532  Versailles  Ave
Dallas, TX 75205

Mary  Elizabeth  Hancock
1308  N  Trinty
Decatur, TX 76234

Mary  Ella  Gabler  Bitzer
411  West  7th  Street, #507
Ft. Worth, TX 76102

Mary  Ellen  Maddox
18758  FM  2332
Henrietta, TX 76365

Mary  Ethel  Row  Hutchinson
P.O.  Box  102
Rosedale, LA 70772-0015

Mary F Bridges
164 CR 3585
Paradise, TX 76073-4308

Mary Francis Mackie
309 Southgate Ave
Virginia Beach, VA 23462

Mary Francis Perkins Burkett
401 N Trinity St
Decatur, TX 76234

Mary G Ohlmeyer Lovelace
8202 Kelwood Avenue
Baton Rouge, LA 70806-7801

Mary Griffith Wallace
3417 Milam Street
Houston, TX 77002

Mary Hanson
613 Smyth Street
Aledo, TX 76008

Mary Jo Eldridge
4101 Colina Avenue
Denton, TX 76210-4630

Mary Katharine Cameron
111 Cameron Road
Fredericksburg, TX 78642

Mary Katherine Gear
PO Box 940
Mineral Wells, TX 76068

Mary Katherine Gear
PO Box 940
Mineral Wells, TX 76070

Mary Kathleen Upham
P. O. Box 940
Mineral Wells, TX 76068

Mary Kirby c/o Diane Thornton
3163 CR 345
Forestburg, TX 76239

Mary L. Beck
2707 Biarritz Ave
West Palm Beach, FL 33410

Mary Lee Guy C/O Roger Jones
1821 CR 2896
Alvord, TX 76225

Mary Lee Monroe Reilly
6451 Desco Drive
Dallas, TX 75225

Mary Lois Posey
10 Shadow Ridge
Irving, TX 75061

Mary Lou Henderson
4259 Kehrer Hill Road
Montoursville, PA 17754

Mary Lou King
209 Greenwood
Alvord, TX 76225

Mary Lou Phillips
3816 Wasington Street
Pasadena, TX 77503

Mary Lou Wilson
6339 Kelly Dr
Granbury, TX 76048

Mary Louise Woodruff
PO Box 515
Decatur, TX 76234

Mary Melinda Mayes
PO Box 940
Mineral Wells, TX 76068

Mary Michael McKenzie
P.O. Box 1012
Aledo, TX 76008

Mary Nell Heaton Stacie L Burns Or Thoma
Box 111
Alvord, TX 76225

Mary Olive Hagelstein Judson
211 Lamont
San Antonio, TX 78209

Mary S Langley
12326 Lipan Hwy
Lipan, TX 76462

Mary Schniederjan
492 Dairy Road
Gainesville, TX 76240

Mary Theatus Sessions, Life Estate
1109 E. Hanson St.
Stillwater, OK 74075-7943

Mary Thibodeaux Smith
4668 Highway #81 North
Fordoche, LA 70732

Mary V. Jones (see owner 4595 also)
12525 Coursey Blvd, #1022
Baton Rouge, LA 70816

Maryana Hart Symes
1809 Club House Lane
San Angelo, TX 76904

Maryanne N. Aman
200 North Franklin Turnpike
Ho-ho-kus, NJ 07423

Marylou Conquest
1705 Boston
Bridgeport, TX 76426

Maryna Good
5611 Overton Drive
Allen, TX 75002

Mason House
3711 Texas 42 Lot #44
Longview, TX 75604

Mason L Woodruff
PO Box 977
Decatur, TX 76234

Masonic Charity Foundation Of Oklahoma
P.O. Box 2406
Edmond, OK 73083

Masonic Lodge #512 Alvord National Bank
Box 66
Alvord, TX 76225

Mathew M Bauserman
701 East Byrd St. 17th Floor
Richmond, VA 23219

Matson Pearce
3614 S. Versailles Ave.
Dallas, TX 75209

Matthew Walter Andrews Trust
11117 Blue Sky Drive
Haslet, TX 76052

Mattie Allred Carr Lawrence
2008 Kingston Avenue
Norfolk, VA 23503

Mattie Elizabeth Row Riley
26 Riverview Road
Rome, GA 30161

Maude Isabell Ramsey
5615 Belmont Ave., C-514
Dallas, TX 75206

Maudie Hilton Comptroller Public Account
Box 13528
Capitol Station
Austin, TX 78711

Maureen R Walker
2555 Kummer Drive
Columbus, NE 68601-2508

Maurice Waters
116 W. 21st Street
Clovis, NM 88101-4364

Maximillian Production Company
25815 Oak Ridge Drive
Spring, TX 77380

Maxine Jackson Estate Comptroller Public
Box 13528
Capitol Station
Austin, TX 78711

Mayola Lasater
PO Box 65
Aledo, TX 76008

McCarter Middlebrook Life Estate
P.O. Box 456
Tierra Amarilla, NM 87575

McCaughey Oil Corp.
PO Box 6990
Tyler, TX 75711

Mccauley O Bullock Jr Inc
P.O. Box 66953
Baton Rouge, LA 70896

McCutchin Investments, LP
8343 Douglas Suite 370
Dallas, TX 75225

McKenzie Living Trust Mary Michael McKen
P.O. Box 1012
Aledo, TX 76008

Meagan A. Lee
2205 Clairborne Dr.
Fort Worth, TX 76177

Mears Trust Carl Thomas Mears, Jr., Trus
9200 Bear Lake Way NW
Albuquerque, NM 87120-7425

Megan House
3242 Duncan Street
Kilgore, TX 75662

Mel Hainey
1434 E Brooklake Drive
Houston, TX 77077

Melanie Brownrigg
1405 Belle Place
Fort Worth, TX 76107

Melanie Kathryn Robertson
540 Magnolia
Fort Worth, TX 76126

Melanie Sue Burkhart
7434 County Road 48
Rosharon, TX 77583

Melissa Ann Wynn
2221 E. 46th Street
Tulsa, OK 74105

Melissa R. Thompson
100 Oak Ct.
Aledo, TX 76008

Melissa Russell Clay and Thomas William
449 Pecan Dr.
Aledo, TX 76008

Melody Lightfoot %IRS ACS Support
Re: Bere J 04
P.O. Box 24017
Fresno, CA 93779-4017

Melton David Cude
PO Box 136
Decatur, TX 76234

Memorial Machine, Inc.
6303 S 40th W Avenue
Tulsa, OK 74132

Meredith Cameron Smith
PO Box 10
Frankston, TX 75763

Meredith Mccall
777 E 15Th Street
Plano, TX 75074

Merilynn Kay Howard Potter
1308 West Redbud Drive
Hurst, TX 76053

Merle C Parr
11344 Stonebriar Ln
Knowville, TN 37932

Merlyn W. Dahlin Trust
8401 Lake Harbor Court
Fort Worth, TX 76179

Merrilee Rutherford Morris
1243 Cemetery Road
Decatur, TX 76234

Merrill Bond Kirkpatrick
3206 Woodcrest Dr
Bryan, TX 77802

MERS and Donald and Carol Webster
1901 E. Voorhees Street, Suite C
Danville, IL 61834

Metcalfe Minerals, L.P.
P.O. Box 670069
Dallas, TX 75367-0069

MHM Resources
PO Box 202656
Dallas, TX 75230-2656

Michael & Christina Smith
204 Westgate Drive
Aledo, TX 76008

Michael & Frances Mcclain
129 Antioch Drive
Mccormick, SC 29835

Michael A Reilly, Trustee
1017 South FM 5
Aledo, TX 76008-4558

Michael A Simpson
P.O. Box 685
Bridgeport, TX 76426

Michael  A  Zimmerman
9100 Teasley Lane
#26H
Denton, TX 76210

Michael  and  Debra  Schwanz
221 hidden Valley Drive
Aledo, TX 76008

Michael  Banta
6409 Rosemont Avenue
Fort Worth, TX 76116

Michael  Breaux
509 Mith Dr.
Metairie, LA 70005

Michael  Childers
284 CR 2510
Decatur, TX 76234

Michael  Claude  Price
17534 Black Granite Drive
San Diego, CA 92127

Michael  D  Tillman
747 8th Avenue
Suite C
Fort Worth, TX 76104

Michael  Davis
1513 Park Ridge
Arlington, TX 76012-1930

Michael  Dean  Stevens
713 Becca Ct
Cleburne, TX 76031

Michael  Dean  Stevens
713 Becca Court
Cleburne, TX 76031

Michael  E.  Ray  and  Rhonda  Ray
8420 McDaniel Rd.
Fort Worth, TX 76126

Michael  G  and  Southara  Maloney
373 Creek Bend Drive
Aledo, TX 76008

Michael  H.  Thompson
10217 Fieldcrest Dr
Benbrook, TX 76126

Michael Joseph Moncrief Ft. Worth Club T
777 Taylor St.
Suite 1030
Ft. Worth, TX 76102

Michael Kyle Leonard
P.O. Box 2625
Eagle Pass, TX 78853

Michael L Osterman
117 Yeary Lane
Aledo, TX 76008

Michael Lee Hughes
8911 Rustown
Dallas, TX 75228

Michael McCrary
2816 Old Minden Road
Bossier City, LA 71112

Michael Nivens
1416 S Wickman St
Alvord, TX 76225

Michael O Esse
212 Rolling Hills
Aledo, TX 76008

Michael O'Bryan
123 Rock Dove Lane
McQueeney, TX 78123

Michael P Carey
3397 Windsong Ct
Roswell, GA 30075

Michael P Middleton
24005 Ferdinana Street
Plaquemine, LA 70764

Michael Palmer Trustee Michael Palmer Tr
4828 E Grant Rd. #47
Tucson, AZ 85712

Michael Rather BAD ADDRESS-DO NOT MAIL
3131 Turtle Creek Boulevard
Suite 1210
Dallas, TX 75219

Michael Robert Wells
165 Country Club Drive
Graham, TX 76450

Michael  S  Andrade
PO  Box  670547
Dallas, TX 75367

Michael  Shane  Hixon
603Janson Court
Ridgeland, MS 39157

Michael  T  and  Susan  Brunner
113 Sanchez  Trail
Aledo, TX 76008

Michael  T.  Anderson
PO  Box  292
Aledo, TX 76008

Michael  V  and  Howardine  Thompson
10217 Fieldcrest  Dr.
Benbrook, TX 76126

Mickey  Ann  Murphy  Bennett  Anderson
2226 Gathright Dr.
Abilene, TX 79606

Mickey  Gale  Pike
1310 E.  51st.  Street
Odessa, TX 79762

Mickey  Timbes
511 Salt Creek Lane
Georgetown, TX 78633-5408

Midland  Trust  c/o  Stephen  Flanagan,  Trus
PO  Box  9257
Dallas, TX 75209-9257

Mike  &  Betty  Curran  -----------not  good
3912 Shawn Trail
Fort Worth, TX

Mike  &  Elizabeth  Meza
108 Yeary Lane
Aledo, TX 76008

Mike  &  Julie  Gremminger
345 Twin Springs Ranch Lane
Weatherford, TX 76087

Mike  Fenoglio
4923 Cypress Street
Wichita Falls, TX 76310

Mike  Hale  Companies,  LLC
P.O.Box  732
Aledo, TX 76008

Mike McAlister
555 Republic
Suite 505
Plano, TX 75074

Mike McAlister
1608 Thistledown Dr.
Plano, TX 75093

Mildred and James Strowd
P.O. Box 1008
Springtown, TX 76082

Mildred Ann Bohning, Trustee UWO Robert
891 CR 2579
Lometa, TX 76853

Mildred C. Read
3425 Brown Trail
Bedford, TX 76021

Mildred M. Read
P.O. Box 895
Decatur, TX 76234

Mildred Powers
2 Westwood Street
Baytown, TX 77520-7412

Mildred Strowd
P.O. Box 25014
Dallas, TX 75225-1014

Mildred Whatley Nunneley
P.O. Box 59
Nocona, TX 76255

Mildred Willis Oaks
P.O. Box 226
Pocasset, OK 73079-0226

Miles Production, LP
2821 W. 7th Street
Suite 200
Fort Worth, TX 76107

Miranda Fagan
3110 Galemeadow Dr.
Fort Worth, TX 76123

Mistie Walden
5220 Broadwalk Dr. #D23
Fort Collins, CO 80525

Mitzi Potter
P.O. Box 1152
Melbourne, AR 72556

MKB Partners, Ltd.
101 Avant Lane
Port Arthur, TX 77642

Mollie Ann Cummings Freeman
3418 Vista Oaks
Garland, TX 75043

Molly Estelle Walker
11900 E. View Drive
Amarillo, TX 79124-4746

Molly M. Plitt
107 Country Club Road
Brownsville, TX 78520

Molly Michelle Azopardi
P.O. Box 620
Wimberly, TX 78676-0620

Mona Lou Crane Kriz
4820 Berryman Road
Oklahoma City, OK 73150

Monarch Resources, Inc.
306 W. Seventh Street
Suite 701
Fort Worth, TX 76102-4906

Monarch Royalties LLC
PO Box 660082
Dallas, TX 75266-0082

Moncrief Oil & Gas Master LLC
Moncrief Bldg.
950 Commerce St.
Ft. Worth, TX 76102-5418

Monnie & Margaret Hunt
2606 FM 1758
Bowie, TX 76230

Montague CAD
PO Box 121
Montague, TX 76251

Montague County Tax Office
P.O. Box 8
Montague, TX 76251

Montague Resources c/o Tommy Fenoglio
P.O. Box 417
Montague, TX 76251

Monty Huston
PO Box 945
Decatur, TX 76234

Morris & Ann Hataway
P.O.Box 261
Aledo, TX 76008

Mowery Family Living Trust
PO Box 11534
Fort Worth, TX 76110

Mowery Family Living Trust Marianne Mowe
PO Box 11534
Fort Worth, TX 76110

MPH Production
PO Box 2955
Victoria, TX 77902

Msw Exploration FBO Dan Poland, Deceased
301 Commerce Street Suite 2900
Fort Worth, TX 76102

Msw Exploration FBO David Bonderman
301 Commerce Street Suite 2900
Fort Worth, TX 76102

Msw Exploration FBO Tommy E Roddy, Decea
301 Commerce Street Suite 2900
Fort Worth, TX 76102

Muras Energy, Inc.
P.O. Box 5525
Edmond, OK 73083

Murray Paul Cude
P.O. Box 451
Decatur, TX 76234

Mustang Minerals LLC A Delaware Limited
1111 Bagby Street, Suite 2150
Houston, TX 77002

Mustang Minerals, LLC
1111 Bagby Street, Suite 2150
Houston, TX 77002

Myrell Kassell
10548 Berry Knoll Drive
Dallas, TX 75230

Myrl Mozelle Smith
521 Jeam Maire Drive
Norman, OK 73069

Myrtle Mae Bryce
4317 Harry
Corpus Christi, TX 78412-2935

Nadine Robinson
1015 Yager Trail
Austin, TX 78753

Nadyne Perkins
6912 Martha Lane
Fort Worth, TX 76112

Namanny Management Venture Three Lp
8713 Airport Freeway Suite 110
North Richland Hill, TX 76180

Nan Mccoy
3500 Fairmount Street, #613
Dallas, TX 75219

Nancy Cagle Mayo
430 Blueberry Lane
Grand Prairie, TX 75052

Nancy Caswell Laughton
1104 Sessions St.
Bowie, TX 76230

Nancy Field Hartley
224 Ashby Circle
Versailles, KY 40383

Nancy H. Dozier
4709 Crestline Road
Fort Worth, TX 76107

Nancy L Schroder
220 N. Fremont Street
Naperville, IL 60540

Nancy Neil Murphy
466 Pennsylvania Ave., Unit E
Glen Ellyn, IL 60137

Nancy Nussbaum Friedliand
4333 N Oakland
Milwaukee, WI 53211

Nancy Stovall (Life Estate)
116 Populus Drive
Harvest, AL 35749

Nancy Taylor Scott
P.O. Box 988
Boerne, TX 78006

Nancy Yarbrough Endres
6175 FM 1198
Gainesville, TX 76240

Nannette W Williams
714 Headlee Street
Denton, TX 76201

Naomi Morris Green
2750 US Highway 287
Clarendon, TX 79226

Naomi Morris Green, Life Estate
2750 US Highway 287
Clarendon, TX 79226

Ned Hampton
10397 S FM 51
Springtown, TX 76082

Neil Don Couey
408 East 4th Street
Sweeny, TX 77480

Nell Inez Reynolds By: James E Stauffer
10833 Whippletree Lane
Spring Valley, CA 91978

Nellie Pearl Harbour
225 Loch Lomand Drive
Wichita Falls, TX 76302

NeoFirma, Inc.
8140 Walnut Hill
Suite 830
Dallas, TX 75231

Neoma Pewitt Gwaltney
527 W. Belknap St, Apt 3
Jacksboro, TX 76458-2258

Neuman C. Larkin
PO Box 414
Chandler, TX 75758

New Beginning Resources, Inc.
PO Box 509
Porter, TX 77365

New Harp Cemetery C/O Olita Lanier
745 Lanier Rd
Forestburg, TX 76239

Newby Properties, Inc. c/o Loe, Warren,
PO Box 100609
Fort Worth, TX 76185-0609

NextEra Energy Gas Producing, LLC Attn:
601 Travis
Suite 1900
Houston, TX 77002

Nextera Energy Producer Services LLC
700 Universe Blvd
Juno Beach, FL 33408

Nicholas Bell
1002 E Gilbert
Henrietta, TX 76365

Nicholas Van Walker and Annie Elizabeth
413 Pecan Dr.
Aledo, TX 76008

Nick Zagorski
6206 Woodrow Ave.
Austin, TX 78757

Nicolas Moreno
1111 E. FM 1187
Aledo, TX 76008

Nina Massie
620 Chuckwagon Trail
Azle, TX 76020

Nirvana Minerals
5423 Tanbark Road
Dallas, TX 75229

Nistad Gruppen AS c/o Ox Oil & Gas, Inc.
12900 Preston Road
Suite 800
Dallas, TX 75230

Noah P. Walker
2606 Burly Oaks Drive
Austin, TX 78745

Nola W. Cocanougher
415 Indian Trail
Decatur, TX 76234

Norbert Ponder
P.O. Box 5413
Bossier City, LA 71111

Norma J Davis
301 N Main St
Ste 600
Wichita, KS 67202

Norma Jean Canet
7061 Regalview Circle
Dallas, TX 75248

Norma Jean Lolley
505 Old Annetta Road
Aledo, TX 76008

Norma Susana Ortega and Santiago Melo
205 Scenic Dr.
Aledo, TX 76008

Norman Caswell
P.O. Box 547
Bowie, TX 76230

Norman Rowe
188 PR 3478
Paradise, TX 76073

Norman's Well Services, Inc
PO Box 875
Gainesville, TX 76241

Northstar Production & Land
P.O. Box 2454
Midland, TX 79702

NRC-MMX, LTD c/o Marlin Royalty Company,
P.O. Box 25409
Dallas, TX 75225

Nytex Petroleum LLC
12222 Merit Drive, Suite 1850
Dallas, TX 75251-2217

O P Leonard, Jr Investment Company, LTD
PO Box 1718
Fort Worth, TX 76101-1718

O. P. Leonard Jr. Investment Co. Ltd.
PO Box 1718
Fort Worth, TX 76101-1718

Odis and Gale Harris
540 South FM Road 1187
Aledo, TX 76008-4554

Old Town Properties LLC
P.O. Box 1863
Lake Charles, LA 70602

Ole J. Sandal
555 Republic Dr.
Suite 505
Plano, TX 76374

Ole Jacob Sandal C/O Ron Tharp CPA
12900 Preston Road Suite 800
Dallas, TX 75230

Olicha Properties LLC
233 Rockridge Circle
Allen, TX 75002

Olive Ellis Rumage c/o Ed Rumage
146 Quail Run
Jacksboro, TX 76458

Oliver Jahnke C/O Charles Schwab Acct: 4
P.O. Box 52114
Phoenix, AZ 85072-2114

Olivia Beck Upham
PO Box 940
Mineral Wells, TX 76068

Oma Nobles
133 Marshall
Newark, TX 76071

Ombre Properties Group, LLC
10303 East Bankhead Hwy., Suite 103
Aledo, TX 76008

ONRR Office Of Natural Resources Revenue
P.O. Box 25627
Denver, CO 80225-0627

Opal Gable
1951 E. FM 1187
Aledo, TX 76008

Opelousas - St Landry Realty Co Inc
132 E Landry Street
Opelousas, LA 70670-0110

Ophelia Henderson
708 N 4th St
Jacksboro, TX 76458

Oran Rolly Woody
8103 Teakwood Forest
Spring, TX 77379

Orville Dale Price
502 Willowrick
Port Lavaca, TX 77979

Oscar Ray Chancellor
1101 Irma St
Brownwood, TX 76801-3434

Osceola Energy LLC
P.O. Box 1186
Bridgeport, TX 76426

Osprey Resources, Inc. David S. Welsh, P
P.O. Box 56449
Houston, TX 77256-6449

OT Invest AB ----------------Waiting on
Drottninggatan 83
598 36  Vimmery
Sweden

Outpost Minerals, LLC
2610 Dunes Dr
League City, TX 77573

Owen Thomas Tumelty
2021 Greenwood Rd
Decatur, TX 76234

Ox 10 General Partnership c/o Ron Tharp
12900 Preston Road, Suite 800
Dallas, TX 75230

Ox 19 General Partnership c/o Ron Tharp
12900 Preston Road
Suite 800
Dallas, TX 75230

Ox Lease Program II LP c/o Ron Tharp
12900 Preston Road, Suite 800
Dallas, TX 75230

OX Leasebank V c/o Ox Oil & Gas, Inc. GP
12900 Preston Road Suite 800
Dallas, TX 75230

Ox Oil & Gas Inc
c/o Ronald Tharp, PC
12900 Preston Road, Suite 800
Dallas, TX 75230

Ox Oil & Gas Inc c/o Ron Tharp
12900 Preston Road
Suite 800
Dallas, TX 75230

Ox Oil & Gas Inc. /FBO c/o Ron Tharp
12900 Preston Road
Suite 800
Dallas, TX 75230

Oxoil & Gas for Rox Holdings c/o Ron Tha
12900 Preston Road
Suite 800
Dallas, TX 75230

Oxoil Carson Turner/Mauldin GP c/o Ron T
12900 Preston Road
Suite 800
Dallas, TX 75230

Oxoil Limited Partnership c/o Ron Tharp
12900 Preston Road
Suite 800
Dallas, TX 75230

Oxoil Stevens/Rowe GP c/o Ron Tharp
12900 Preston Road
Suite 800
Dallas, TX 75230

Oxoil Waggoner GP c/o Ron Tharp
12900 Preston Road
Suite 800
Dallas, TX 75230

Oxoil Wright/Leonard GP c/o Ron Tharp
12900 Preston Road
Suite 800
Dallas, TX 75230

Pace Property Trust Attn: Melissa Arnson
Northern Trust Company
4370 La Jolla Village Drive, Suite 1000
San Diego, CA 92122

Palo Pinto Investments Inc
P.O. Box 1326
Graham, TX 76450

Pamela A Wooten
405 E Oak Street
Aledo, TX 76008

Pamela Carr
3456 Corte Selva
Carlsbad, CA 92009

Pamela Faye Arthur
209 N. Osage
Caldwell, KS 67022

Pamela Gast Butler
955 Eudora Street
#805
Denver, CO 80220

Pamela Irvine Parker
Box 6251 NDCBU
Taos, NM 87571

Pamela J Cosselman
212 W Cheryl Avenue
Hurst, TX 76053

Pamela L. Christiansen
444 Rolling Hills Dr.
Aledo, TX 76008

Pamela Lyon & Terry Fuqua
1300 Farmer Road
Weatherford, TX 76087

Pamela Monaghen
105 Parkway Drive
Willow Park, TX 76087

Pamela Newkumet
1887 Trailview Dr.
Norman, OK 73072

Pamela Peterson Strickler
2042 Bolsa Chica Glen
Escondido, CA 92026

Pamela Prendergas Chapman, Trustee of th
12020 De Or Drive
Dallas, TX 75230

Pamela Susan Chambless
4900 Lariet Trail
North Richland Hill, TX 76180

Pamela Thompkins Shumake
P.O. Box 471727
Tulsa, OK 74147

Park Avenue Properties LLC
P.O. Box 418
Montague, TX 76251

Park Springs Oil Company
6079 W. Mequon Road Box 10
Mequon, WI 53092

Parker County Appraisal District
1108 Santa Fe Dr.
Weatherford, TX 76086

Parker County ESD No. 1 ATTN: Silver Cre
PO Box 323
Springtown, TX 76082

Parker Station Homeowners Association
206 Sanchez Circle
Aledo, TX 76008

Parkerhood Partners, LP
3963 Maple Ave. Suite 200
Dallas, TX 75219

Pat & Lois Garrett
543 N FM Road 1655
Alvord, TX 76225

Pat Browing
440 Rathberger Rd
Wichita Falls, TX 76310

Patric Bruce Stovall
2780 CR 2013
Walnut Springs, TX 76690

Patricia A Ingram
1210 Bonniefield Lane
Houston, TX 77077

Patricia A. Bogart Murrill
1131 Bayou Island Dr
Houston, TX 77063

Patricia Ann Jones Porretto
431 Green Haven Lane
Kaukauna, WI 54130

Patricia Anne Leonard
1129 Challenger
Lakeway, TX 78734-3825

Patricia Blankenship Chrisptoher
2642 CR 4055
Jacksonville, TX 75766

Patricia Bryant
58937 Postell Ave
Plaquemine, LA 70764

Patricia Gay Read
328 School House Rd
Paradise, TX 76073

Patricia Hayes Smith
4200 John Ct.
Flower Mound, TX 75028

Patricia J. McDonald Nelson
4213 South Drive
Fort Worth, TX 76109

Patricia Joyce Barnett
625 Saddle Ridge Trail
Weatherford, TX 76087

Patricia Lynn Fincher
10037 Huey Trail
Hurst, TX 76053

Patricia Lynn Kitterman
2337 S. Popular
Sapulpa, OK 74066

Patricia McClelland Barr Arnold Trustee,
2412 Colonial Parkway
Fort Worth, TX 76109

Patricia Renfro
1309 Country Manor
Fort Worth, TX 76134

Patricia Sue Butler Jaynes
1410 Country Club
Arlington, TX 76103

Patrick Banta
10133 Peppertree Lane
Fort Worth, TX 76108

Patrick J & Annie Campbell
4000 Cleburne Hwy.
Weatherford, TX 76087

Patrick Shawn Leonard
P.O. Box 700633
San Antonio, TX 78270-0633

Patrick Sneed, Trustee UWO George Mills
1849 Wall Street
Weatherford, TX 76086

Patrick Tisk
200 W Hanover Avenue
Morristown, NJ 07960

Patrick W Carr
477 Brentview Hills
Nashville, TN 37220

Patsy J Watson
211 Aqua Vista Drive
Granbury, TX 76049

Patsy L Read
1613 Northumberland Road
Austin, TX 78703

Patsy Lou Simpson West
100 Watermark Blvd #341
Granbury, TX 76048

Patsy LR Partnership, Ltd
1613 Northumberland Road
Austin, TX 78703

Patty Donnell
7908 Citadel Ct
North Richland Hill, TX 76182

Patty Lavern Segars
P.O. Box 488
Weleetke, OK 74880

Paul & Stephanie Sights
133 Yeary Lane
Aledo, TX 76008

Paul & Terri Wright
17102 Fairmount Road
Basehor, KS 66007

Paul C. Rodriguez and Antonia Rodriguez
PO Box 615
Aledo, TX 76008

Paul D Stalling
200 Squaw Creek Road
Weatherford, TX 76087-8242

Paul K Harbour
4028 NW 15th Street
Oklahoma City, OK 73107-4321

Paul L and Deborah H Jenkins
213 Hidden Valley Drive
Aledo, TX 76008

Paul McMillian C/O Michael N. McMillian
3309 Rockbrook Dr.
Kilgore, TX 75662

Paul Olsen
5208 Tiara Encarta
Whittier, CA 90601

Paul Or Geneva White
203 W Greenwood St
Alvord, TX 76225

Paul Rader Nichols Succession Laura Mill
1009 Nw Greenwoods Street
Ankeny, IA 50023

Paula Dickerson
3342 Oakshade Ct.
Fairfax, VA 22033-1236

Paula Hoog Mangold
P.O. Box 382
Castroville, TX 78009

Paula Jean Caswell Mayoral
7152 Fire Hill Dr
Fort Worth, TX 76137

Paula Jo Stevens White
771 Deauville Cir E.
Ft. Worth, TX 76108

Paula Jo White
771 Deauville Circle E.
Fort Worth, TX 76108

Paula Marie Vecellio
223 Bolivar Drive
Bradford, PA 16701-3130

Paula Moeller Sharp
530 Richardson St
Jacksboro, TX 76458

Paula Rutherford
P.O. Box 501
Decatur, TX 76234

Paula Yokoyama
7941 Grado El Tupelo
Carlsbad, CA 92009-9022

Pauline Elliott
333 Pr 2778
Alvord, TX 76225

Pauline Smith Lindsay
15210 Falling Creek
Houston, TX 77068

PCS Ferguson, Inc
PO Box 732131
Dallas, TX 75373

PDWN, LLC
PO Box 420
Pine, CO 80470

Pearl States, Inc.
2800 N. Henderson Ave.
Suite 202
Dallas, TX 75206

Pearline Massie
220 James St.
Aledo, TX 76008

Pecos Bend Royalties LLLP
PO Box 2802
Midland, TX 79702

Pedigree Eneregy Partners, LLC
PO Box 17599
Fort Worth, TX 76102

Peggy C Carder
2548 Natchez Trace
Denton, TX 76210

Peggy Hartman
13495 Fennel Rd
Newark, IL 60541

Peggy Jane Gregory
4409 Trotter Lane
Flower Mound, TX 75028-8773

Peggy Joyce Klasky (Bridges)
8040 Frankford Dr #106
Dallas, TX 75252

Penelope Ruth Pardue
208 Scenic Dr.
Aledo, TX 76008

Penroc Oil Corporation
P.O. Box 2769
Hobbs, NM 88241-2769

Percy J Wheeler
P.O. Box 52043
Shreveport, LA 71135

Pergamos, LP
5416 Birchman Ave
Fort Worth, TX 76107

Perline Brownlee
140 Dove Haven Road
Weatherford, TX 76085

Perry Mader
P.O. Box 254
Weatherford, TX 76086

Pete Edward Miller
317 Brock Street
Coppell, TX 75019

Peter J Denker
3838 Oaklawn Ave. Ste 1650
Dallas, TX 75219

Petro Capital Holdings LLC
3710 Rawlins St. Ste. 1000
Dallas, TX 75219

PetroQuest Exploration
12222 Merit Drive, Suite 955
Dallas, TX 75251

Pheasant Energy, LLC
PO Box 471458
Fort Worth, TX 76147

Philip & Angela Griffin
3119 Ponds Edge Trail
Grand Prairie, TX 75052

Philip B. Garner
1012 Clear Lake Ct.
Colleyville, TX 76034

Philip S. Adkins
2182 Bromly Drive
Navarre, FL 32566

Phillip Bell
1110 N Watson Road
Arlington, TX 76011

Phillip Ellis
1136 Misty Acres
New Braunfels, TX 78130

Phillip J and Dulce Martinez
318 Sanchez Court
Aledo, TX 76008

Phillip Joe Wiley & Colette Amber Wiley
PO Box 1670
Mansfield, TX 76063

Phillip Stoll
110 CR 3694
Springtown, TX 76082

Phylis & Lacie Ballinger
103 Henson Ct
Weatherford, TX 76086

Phyllis Ann Young Mashburn
1317 Williard Lane
Celina, TX 75009

Phyllis Boone
PO Box 6683
Siloam Springs, AR 72761

Phyllis Carol Floyd
7805 Briardale Ct.
Fort Worth, TX 76180

Phyllis Hunt Trustee for the Shelburn Fa
3821 Matheny Rd NE
Gervais, OR 97026

Phyllis M. Johnson
7028 Spanish Oaks Dr
N. Richland Hills, TX 76182-3275

Phyllis Mcmahan Hoge Deceased
400 Blue Sage Court
Irving, TX 75063

Pingo Exploration, LLC Attn:   Tom Reinha
5006 Westgrove Lane
Colleyville, TX 76034

Pingo Royalties, LP
5006 Westgrove Lane
Colleyville, TX 76034

PNC Mortgage and Danny and Andra Jo Gabb
Reserach & Subordination Dept
PO Box 1820
Dayton, OH 45401-1820

Pollard Chevrolet Lp
P.O. Box 1550
Big Spring, TX 79721

Polly Ruth Allred Helm
106 George Muck Drive
Kerrville, TX 76028

Premium Assignment corporation
PO Box 800
Tallahassee, FL 32314

Preston C Gaines Jr
1151 24Th Street
Hondo, TX 78861

Preston L Lovelace
8202 Kelwood Avenue
Baton Rouge, LA 70806

Prince Petroleum Company
306 W 7th Street
Suite 701
Fort Worth, TX 76102

Priscilla C Gilpin
10231 Sugar Creek
Flint, TX 75762

Providence Engineering and Environ
1201 Main Street
Baton Rouge, LA 70802

PTTTP, LLC
2412 Colonial Parkway
Fort Worth, TX 76109

Pursuit Energy Corp
P.O. Box 671098
Dallas, TX 75367-1098

Purvis Industries
PO Box 540757
Dallas, TX 75354

Q'Zella Ann Lewis
21203 FM 1155E
Washington, TX 77880

Quaker Hill Development Corp
P.O. Box 2240
Healdsburg, CA 95448

Quay W. McCall
PO Box 730
Comanche, TX 76442

R & R Exploration, Inc
PO Box 828
Denton, TX 76202

R Craig Martin
6250 Clearview Rd
Dover, PA 17315

R Crist Vial
4807 Thunder Road
Dallas, TX 75244

R P Walker
P.O. Box 478
Weatherford, TX 76086

R R Minter Sole Heir To The Estate Of Es
4924 Red Oak Lane
Fort Worth, TX 76114

R W Stoddard
1530 E. Sandy Lake Road, No. 101
Coppell, TX 75019

R. D. & Claudia Stitle
104 Yeary Lane
Aledo, TX 76008

R. Geoff Ice
4308 Kirkland Drive
Fort Worth, TX 76109

R. L. Barbee Trustee
P. O. Box 1944
Weatherford, TX 76086

R.B. Moncrief Grantors Trust c/o C. Jan
PO Box 471610
Ft. Worth, TX 76147

RALI 2006 QAI c/o GMAC MRT LLC
1100 Virgina Drive
Fort Washington, PA 19034

Ralph & Gloria Karnes
7529 Tamarack Rd.
Ft. Worth, TX 76116

Ralph Albert Hoog
18507 CR 4711
Castroville, TX 78009

Ralph F. Howell
P.O. Box 950
Bullard, TX 75757

Ralph Glenn Davis
PO Box1862
Denton, TX 76202

Ralph Jo Rice
177 Cheney Place
Castle Rock, CO 80104

Ralph Wren
1006 N Trinty
Decatur, TX 76234

Rama Jo Whaley
4701 Holiday Lane East
Fort Worth, TX 76180-8275

Ramona M Dabbs
2304 Sunnett Place
Nashville, TN 37211

Randall Dale Holladay, SSP
10418 Knowles Road
Hobbs, NM 88242

Randall Ellis
5602 Bienville Dr Apt C6
San Antonio, TX 78233

Randall Jones
404 West North Street
Weimer, TX 78962-1105

Randall Wayne & Lavenia Irene Mcdonald
602 South Hubbard
Alvord, TX 76225

Randalyn A Bullard Norris
1001 Forest Trail Ct
Euless, TX 76039

Randolph Fox Hancock
6127 Valley Forge Drive
Houston, TX 77057-1153

Randy Aaron
3311 Robin Lane
Wichita Falls, TX 76308

Randy Ball
302 Saint Andrews Dr
Mabank, TX 75156

Randy Dean Smith
521 Jean Marie Drive
Norman, OK 73069

Randy Loy McDougal
181 Eastpark
Graham, TX 76450

Randy Nobile
201 Prairie Street
Nocona, TX 76255

Ranger Resources Inc
P.O. Box 11534
Fort Worth, TX 76110

RANJ, Inc.
5354 Airport Freeway
Fort Worth, TX 76102

Rave Energy Inc
P. O. Box 3087
Houston, TX 77253-3087

Ray Lynn Mitchum
P.O. Box 552
Alvord, TX 76225

Rayetta Susan Beall
2150 NW Evergreen St.
Corvallis, OR 97330

Rayford Troy Allen
7060 FM 576 W
Breckenridge, TX 76424

Raymon J. Rhodes, Jr.
604 PR 1094
Stephenville, TX 76401

Raymond & Lisa Hoffman
112 Meadow Lane Drive
Aledo, TX 76008

Raymond and Rebecca Golden
1317 Pete Drive
Aledo, TX 76008-2671

Raymond C. Steed General Trust u/w dated
Box 916
Brenham, TX 77834

Raymond C. Steed Special Trust n/w dated
Box 916
Brenham, TX 77834

Raymond D Meyers Succession Ronald D Mey
83 Fruitland Ave
Watsonville, CA 75076

Raymond Leroy Sullivan --------------pas
4505 Hillcrest Circle
Apt. A-2
Ft. Worth, TX 76116

Raymond Or Melba Barnett
P.O. Box 72
Alvord, TX 76225

Raymond T Sage
1318 Maywood Ave.
Upland, CA 91786

RB Durham Jr & Wife Sharon K Durham
451 Cr 324
Forestburg, TX 76239

RCPTX LTD
777 Taylor Street, Suite 810
Fort Worth, TX 76102

RCPTX Ltd A Texas Limited Partnership
777 Taylor Street, Suite 810
Fort Worth, TX 76102

Reagan G Mitchell
2624 Nw 35Th Street
Oklahoma, OK 73112

Rebecca Ann Harral
3405 Dunes
Denton, TX 76209

Rebecca Anne Robertson
312 Stratford Drive
Benbrook, TX 76126-6710

Rebecca Coursey Trust,   use#1273
6425 Chauncery Place
Fort Worth, TX 76116-8148

Rebecca Gail Coursey Trust Jo Helen Rosa
16391 County Rd 20
Sanford, CO 81151

Rebecca Gayle Coursey Trust Deborah Morg
P.O. Box 29104
Austin, TX 78701

Rebecca Kay Fleming Calwell
851 Maple Rd
Charleston, WV 25302-2823

Rebecca L Smith
4215 Corral Dr
Rapid City, SD 57702-9287

Rebecca Lu Rhodes Lee
1004 Mockingbird Dr
Graford, TX 76449

Reggie L. Hickerson
PO Box 435
Royce City, TX 75189

Reginald & Cindy Ward
208 Westgate Drive
Aledo, TX 76008

Rejeana Paulk Bucy
1015 Glenfawn
Jacksonville, TX 75766

Remora Operating, LLC
1717 West 6th Street,, Suite 290
Austin, TX 78703

Remora Petroleum, LP
1717 West 6th Street, Suite 290
Austin, TX 78703

Renaissance Petroleum Comp LLC c/o Aries
1301 Mckinney Suite 3350
Houston, TX 77010

Renaud P. Rodrigue
8230 Walnut Hill Lane
Suite 320
Dallas, TX 75204

Renee Lynn Allensworth
1840 Sunflower Road
Paradise, TX 76073

Republic Partners VII, LLC LOE Account
4925 Greenville Avenue
Suite 1050
Dallas, TX 75206

RES Energy Solutions
PO Box 848545
Dallas, TX 75284

Retta Nell Brown
2585 CR 4312
Campbell, TX 75422

Reubene Gressett Scott
101 Queen St.
PO Box 5
Aledo, TX 76008

Rex & Wife Sylvia Frye
2548 CR 2690
Alvord, TX 76225

Rex K & Dorthy Boulware
PO Box 1212
Bridgeport, TX 76426

Rhea Hudson
1406 Fairway Drive
Camarillo, CA 93010-8433

Rhett B Burnett
4017 Nw Pioneer Circle
Norman, OK 73072

Rhoda Pearl Stevens
1824 Timbercreek Rd.
Benbrook, TX 76126

Rhoda Sue Wollaston
3002 80th St
Lubbock, TX 79423

Rhonda Faye Riese
8720 Mystic Trail
Fort Worth, TX 76118

Richard A Ellis
4513 Stillwood Ln
Lake Charles, LA 70605

Richard A King
PO Box 537
Aledo, TX 76008

Richard A Robba
3302 Sprindletree
Grapevine, TX 76051

Richard and Nancy Stephens
1200 Gerry Drive
Aledo, TX 76008

Richard Braden Neiman c/o Jacob A Warnoc
P.O. Box 9285
Wichita Falls, TX 76308

Richard C Silver
385 Wildwood Circle
Winchester, TN 37398-3859

Richard Campbell Becker Trust Argent Tru
P.O. Box 1410
Ruston, LA 71273

Richard Collett and Patricia Collett
3304 Riverwell Ct.
Fort Worth, TX 76116

Richard Daniel Boston
1810 Caldwell Drive
Garland, TX 75041

Richard H Stephens
9230 Meadowglen
Dallas, TX 75238

Richard J. Trubenbach Minerals, LLC
P.O. Box 678
Muenster, TX 76252

Richard Jeter
PO Box 1007
Holliday, TX 76366

Richard Kantosky
380 Robin Lane
New Braunfels, TX 78132

Richard Micheletti
3505 Williams Rd.
Ft. Worth, TX 76116

Richard Olsen
168 Thunderbird Drive
Gun Barrel City, TX 75156

Richard R Frazier Trustee - Frazier Livi
1905 Cottonwood Valley Circle S
Irving, TX 75038-6216

Richard S. Griffith Trust
3417 Milam Street
Houston, TX 77002

Richard Shaeffer Gast
3628 Bidens Gate Drive
Timnath, CO 80547

Richard Sweeney
PO Box 451
Hydro, OK 73048

Richard Tow Jr
P.O. Box 1171
Cameron, TX 76520-8171

Richard Trubenbach
P.O. Box 678
Muenster, TX 76252

Richard Wiese
1205 Elm Street
Fort Worth, TX 76021

Richardson Family Living Trust Charles P
2607 Bunker Hill
McKinney, TX 75070

Rick G and Cynthia Wade
651 Tidwell
Weatherford, TX 76087

Rickey Dale Pike
2328 Friarcreek Loop
Round Rock, TX 78664

Ricky Fritz Woods
3809 E Highway 114
Rhome, TX 76078

Ricky G Harbour
507 Wakefield Road
Perry, OK 73007

Ricky Glen Gable
901 Friar Drive
Saginaw, TX 76179

Ricky Lynn Lancaster
2016 Clover Lane
Fort Worth, TX 76107

Rita Dodson Aka M Rita Dodson
1103 Berkshire Court
Trophy Club, TX 76262

Rita Mccleery
6951 Jamestown Drive
Irvington, AL 36544

Riverside Energy, LLC
906 W McDermott Dr, Suite 116-334
Allen, TX 75013

RLM Properties, LLC
P.O.Box 22775
Oklahoma City, OK 73123-1775

RMD Company
2033 Woodridge Dr.
Abilene, TX 79605

Rob Hawkins
1909 9th Street
Bridgeport, TX 76426

Robbie J Lynch
3629 N FM Road 1655
Alvord, TX 76225

Robert   Dawson
114 W Cherry Dr
Azle, TX 76020

Robert & Judy Legge
PO Box 1692
Azle, TX 76098

Robert A & Tina Johnson
1368 CR 2690
Alvord, TX 76225

Robert Albin and Joanne Carlson
112 Hidden Valley Drive
Aledo, TX 76008

Robert and Catherine Parker
P.O. Box 1013
Aledo, TX 76008

Robert and Natalie Davis
1217 Robyn Drive
Aledo, TX 76008

Robert B Ray
5223 Beckington Lane
Dallas, TX 75287

Robert B. Carter and Yoneko Carter
413 E. Oak St.
Aledo, TX 76008

Robert Bashein
4509 Oak Manor Dr., Apt. 73
Ft. Worth, TX 76116

Robert  Brennan
6016 Lawrenceberg
Kansas City, KS 66104

Robert  Browder
153 Quail Bluff Lane
Aledo, TX 76008

Robert  C Donald
P.O. Box 94
Sunset, TX 76270

Robert  C Lynch
P.O. Box 349
Alvord, TX 76225

Robert  C. Johnston
1711 Monte Vista Drive
Vista, CA 92084

Robert  D. Akers
3116 W 5th Street
Fort Worth, TX 76107

Robert  D. Burrow
2950 CR 484
Elgin, TX 78621

Robert  D. Miller
608 Scurry
Big Spring, TX 79720

Robert  E Nolte
6820 Bankhead Hwy
Aledo, TX 76008

Robert  E. Nolte
6820 E. Bankhead Hwy
Aledo, TX 76008

Robert  F Bethke
382 Pr 2781
Alvord, TX 76225

Robert  H Bunting
515 North Bridge
Henrietta, TX 76365

Robert  H Fenoglio
510 W Hughway 82
Nocona, TX 76255

Robert  H. Whan  III and  Connie  E.  Whan
120 Prairie View St.
Aledo, TX 76008

Robert Hood Chatham, III
211 Sherman Drive
Scotts Valley, CA 95066

Robert James Richter and Sharon J. Richt
250 Wedgewood St.
Lake Jackson, TX 77566

Robert Joseph Bruns
5709 Wortham Lane
Dallas, TX 75252

Robert L. Crockett
625 Goodwin Drive
Richardson, TX 75081

Robert Lawrence
302 South Ladd Court
Daniel Island, SC 29492

Robert Lee Jeter, Jr.
15735 County Road 4007
Mabank, TX 75147

Robert Lindsay
1149 Hickory Hill Rd
Argyle, TX 76226

Robert M & Raynette Wilson
107 S Cowan
Decatur, TX 76234

Robert M & Sharon Lehr
PO Box 83
Snyder, TX 79550

Robert M Garrett III
6241 Revere Place
Dallas, TX 75214

Robert March Mead
3891 Congress Street
Fairfield, CT 06824

Robert McAnally
400 E. Oak St.
Aledo, TX 76008

Robert Mcdonald
602 S Hubbard St
Alvord, TX 76225

Robert Minnick
125 Vista Way
Benbrook, TX 76126

Robert P. Adkins
203 Maplewood
Victoria, TX 77901

Robert R Obier
4255 Hyacinth Avenue
Baton Rouge, LA 70808

Robert R Tipton
9535 Dartridge Circle
Dallas, TX 75238

Robert R. Mayer
4109 E. Bankhead
Aledo, TX 76087

Robert R. Mayer and Anna Sue Mayer
117 Robert St.
Aledo, TX 76008

Robert Randall Rumage
1910 Mount Olympus Drive
Los Angeles, CA 90046

Robert Ray Cox, Jr
243 Amanda Way
Decatur, TX 76234

Robert Robertson IRR TR (W00750400) c/o
P.O. Box 1600
San Antonio, TX 78296

Robert Robertson REV TR (W00751400) c/o
P.O. Box 1600
San Antonio, TX 78296

Robert S. Welborn
220 Carefree Trail N
Kerrville, TX 78028

Robert T Taylor
706 Indigo
San Antonio, TX 78216

Robert W McDaniel
P.O. Box 1423
Decatur, TX 76234-6145

Robert W. Boston, Jr.
6622 Trebeck
Spring, TX 77379

Robert W. Leonard Family Trust
101 Summit Avenue
Suite 312
Fort Worth, TX 76102

Robert Wilson
107 S. Cowan
Decatur, TX 76234

Roberta Purvis Bartee
1750 St Charles Ave #433
New Orleans, LA 70130

Roberto M. Sanchez, Jr.
7144 Hunt Ln
Rockwall, TX 75087

Robertson Trusts Oil Control, #2   c/o Fr
P.O. Box 1600
San Antonio, TX 78296

Robin Lawrence
3702 Swift Creek Dr.
Kingwood, TX 77339

Robin Schmidt
P.O. Box 21254
Billings, MT 59104

Robin Schmidt & Eddie Schmidt Tennants W
P.O. Box 21254
Billings, MT 59104

ROC Service Company, LLC
PO Box 95405
Grapevine, TX 76099

Roca Resources Co., Inc.
PO Box 1981
Midland, TX 79702

Rock Chalk Royalties Ltd
6505 E Central #237
Wichita, KS 67206

Rock Fund I, Ltd
1000 Ballpark Way, Ste 216
Arlington, TX 76011

Rock Porosity LLC
1000 Ball Park Way
Suite 200
Arlington, TX 76011

Rock Reserves Ltd
1000 Ballpark Way
Suite 200
Arlington, TX 76011

Rockhound Exploration Inc Robert Miller
P.O. Box 796
Addison, TX 75001

Rod A Maclean
2603 Concord Court
Mckinney, TX 75070

Roger & Margie Yates
300 Belle Circle
Aledo, TX 76008

Roger A. Sikes
7500 Black Mountain Dr.
Austin, TX 78736

Roger Hoch
3001 RR 620 S Suite 322
Austin, TX 78738

Roger Lee Coursey
906 W Jackson
Floydada, TX 79235

Roger M Jordan
257 Jamacha Rd
El Cajon, CA 92020

Roger N. Brown
4022 Bunting Avenue
Fort Worth, TX 76107

Roger Rhoads
9647 Addersley
San Antonio, TX 78254

Rolf K Leutwyler
P.O. Box 802223
Aventura, FL 33280-2223

Ron Gettys
PO Box 367
Decatur, TX 76234

Ronald & Lisa Canion
122 Western Breeze Drive
Fort Worth, TX 76126

Ronald A Lowrance Revocable Trust
2101 E. FM 1187
Aledo, TX 76008

Ronald G Atkins
3716 Spring Meadow Lane
Flower Mound, TX 75028

Ronald Harold Holt
1604 Mockingbird Lane
Bridgeport, TX 76426

Ronald J Reynolds
2629 Fm 1749
Forestburg, TX 76239

Ronald L Cheek
903 Glen Rose Drive
Allen, TX 75013

Ronald M Taylor
16657 County Road 126
Pine Grove, CO 80470-8811

Ronald Mankin
3440 Bell St
Suite 316
Amarillo, TX 79106

Ronald Staley
152 Farley Place
Paducah, KY 42003-1442

Ronnie H. Bryan
2070 Trailwood Dr. W
Burleson, TX 76028-1708

Ronnie L Stewart
300 Broad
Nocona, TX 76255

Ronnie M & Verona S Woods
1883 Parker Dairy Road
Alvord, TX 76225

Ronnie M. and Verona S. Woods--use 3205
1883 Parker Dairy Rd
Alvord, TX 76225

Ronny Whitley
1015 Caladium Drive
Mesquite, TX 75149

Rory Don Sayles c/o Jackie Sayles
117 E. Cherry Drive
Azle, TX 76020

Rosa Linda Gossett
PO Box 654
Aledo, TX 76008

Rose Cerullo
9805 Canyon Crest Circle
Irving, TX 75074

Rosemary Harris
P.O. Box 1563
Aledo, TX 76008

Rosentreter Land & Minerals, LLC
P.O. Box 121937
Ft. Worth, TX 76121-1937

Ross L. Stephenson
4305 Wendell St.
Bellaire, TX 77401

Ross Phillip Rodgers
7025 Saucon Valley Dr
Fort Worth, TX 76132

Rowe Legacy Trust Kevin Rowe Trustee
1151 County Road 3470
Paradise, TX 76073

Rowena Christina McGehee
222 Browder, Apt 204
Dallas, TX 75201

Rowena Scherer
4728 Collin Wood Avenue
Fort Worth, TX 76126

Roxanna Rumage Maddox
1309 North Main Street
Jacksboro, TX 76458

Roxanne Alexander
10120 Northlake Drive
Dallas, TX 75218

Roy & Lana Chance
6508 S FM 730
Azle, TX 76020

Roy & Linda Proctor
1406 Jefferson
Bowie, TX 76230-2923

Roy C & Diane Hutto
P.O. Box 162
Sunset, TX 76270

Roy E. King
PO Box 123
Alvord, TX 76225

Roy E. Lindsay
6605 Buckhorn Court
Fort Worth, TX 76137

Roy E. Ray
2000 Underwood Rd
Aledo, TX 76008

Roy Hartman
488 CR 310
Muenster, TX 76252

Roy Ranch LP Attn: John C Cox
1033 N Plymouth Road
Dallas, TX 75208

Roy Schmidt and Vicki Schmidt
6810 Candice Lane
Christoval, TX 76935

Roy T Dies
1306 Roanoke
Graham, TX 76450

Roy W Proctor
1406 Jefferson
Bowie, TX 76230-2923

Roy Wayne Norris
2214 Dennis Rd.
Weatherford, TX 76087

Roy Y Rollin & Frances Bernell Rollin AB
520 Springhill Dr.
Hurst, TX 76054

Royalties of America Marketing LLC
PO BOX 13240
Odessa, TX 79768

Royalty Clearing House LTD
401 Congress Ave #1750
Austin, TX 78701

Royalty Exchange Inc Attn: James H Cummi
P.O. Box 6264
San Antonio, TX 78209

Royce and Kimberly Young
309 Hidden Valley Drive
Aledo, TX 76008

Royce L. Hudgins
601 N Bledsoe St.
Gilmer, TX 75644

RPP II, LLC
838 E High Street, Suite 265
Lexington, KY 40502

Ruby Darden
6360 FM 1758
Bowie, TX 76230-6986

Rudy Ellis Ltd c/o Texas Capital Bank
P.O. Box 570717
Houston, TX 77257-0717

Russell & Rita Steagall
P.O. Box 136639
Ft. Worth, TX 76136

Russell Lee Brown
300 Smyth Street
Aledo, TX 76008

Russell Pinkerton
1705 10th St
Floresville, TX 78114

Russell R and LeeAnn Bearden
111 McKinzie Ln.
Weatherford, TX 76087

Russell R. Bearden
111 McKinzie Lane
Weatherford, TX 76087

Russell Reynolds
650 Leora Lane #10310
Lewisville, TX 75056

Russell Stephens
179 PR 2178
Decatur, TX 76234

Russell W Baity
10464 E Northwest Hwy Suite B
Dallas, TX 75238

Russell W Schell
15455 Dallas Parkway
Suite 550
Addison, TX 75001

Ruth Baker Simon
4320 Bellaire Dr. South, Apt. 118
Ft. Worth, TX 76109-5117

Ruth G Dahlin Ruth G Dahlin Revocable Tr
8401 Lake Harbor Court
Fort Worth, TX 76179

Ruth Joyce Traylor Trust Bobby Matthews,
8585 Business Park Drive
Shreveprot, LA 71105

Ruth N Garrett
6238 Bandera Ave
Unit A
Dallas, TX 75225

Ruth Read 2006 Living Trust
5850 E. Lovers Lane Apt 350
Dallas, TX 75206

Ruth Shubert
4810 Cresthills Lane
Garland, TX 75043

RWM 1988 Trust R. W. Moncrief Trustee
Moncrief Bldg.
950 Commerce St.
Ft. Worth, TX 76102-5418

S Rand Stinnett
351 Regency Court
Denton, TX 76210-8504

S Ruskin Beheler
212 E. Oak St.,
Aledo, TX 76008

S Scott Stewart
5209 Elm Street
Colleyville, TX 76034

S&C Properties Attn: Scott Fikes
PO Box 601295
Dallas, TX 75360

S. Stephen Sidner Family Trust
10695 E Bahia Drive
Scottsdale, AZ 85259

Sabine Investment, LLC Attn:   Robert Lin
103 South Woodrow Suite #3
Denton, TX 76205

Sabrina Sayles Foley
1910 Fair Oaks Ln
Prosper, TX 75078

Saddle Creek Energy Development c/o Mark
12770 Coit Road, Suite 541
Dallas, TX 75251

Sally A Nichols
4000 Parkside Center Blvd #3209
Farmers Branch, TX 75240

Sally Ann Daetwyler c/o Jacob A Warnock
P.O. Box 9285
Wichita Falls, TX 76308

Sally Gallagher
4512 Kelsey Lane
Arlington, TX 76017

Salt Fork Land Services, LLC
3706 Cedar ElmLane
Wichita Falls, TX 76308

Sam J & Helen S Wilborn
Pleasant Valley Manor
204 West Main St
West Plains, MO 65775

Sam Jay Allen
1340 Rock Dove Ct., #131
Punta Gorda, FL 33950

Sam L Wolf
P.O. Box 869
Tyler, TX 75710

Sam Lucas, III
123 Sunrise Drive
Boerne, TX 78006-7896

Sam W. Nigh
18420 36th Ave W, Apt #332
Lynnwood, WA 98037

Samantha Jo Johnson
9200 160th Street SE
Snohomish, WA 98296

Sameual  Kevin  Allen
3802 Galena Hills Loop
Round Rock, TX 78681

Sammie  K.  and Delaine  P.  Casey
520 E. Henry St.
Hamilton, TX 76531

Sammye  K  Bullard Jorge
308 Marseille Dr
Hurst, TX 76054

Samuel  F Wren,  III
8212 Clovergien
Forth Worth, TX 76123

Samuel  J.  Allen
5403 Grape Creek Road
San Angelo, TX 76903

Samuel  Joseph  Allen
5403 Grape Creek Road
San Angelo, TX 76903

Samuel  M Bailey
9168 Spring Creek Rd
Cookeville, TN 38506

Sanders  Oil  &  Gas
PO Box 805
Alto, NM 88312

Sandford  Family  Ltd  Partnership
P.O.  Box  660
Decatur, TX 76234

Sandra  Ann  Anderson  Thompson
P.O.  Box  394
Alvord, TX 76225

Sandra  Bell
2553 Fountain Cove
Carrollton, TX 75006

Sandra  D.  Crane
2547 Red River Street
Mesquite, TX 75150

Sandra  F  Kunasek
405 Carlin Road
Mansfield, TX 76063

Sandra  Faries
139 Lakeview Drive
Aledo, TX 76008

Sandra French
1304 S Church Street
Decatur, TX 76234

Sandra Jean Bigbie
104 6th Street
Bellevue, TX 76228

Sandra Kay Miller
625 Saddle Ridge Trail
Weatherford, TX 76807

Sandra L. Clark
3723 Hulen Park Drive
Fort Worth, TX 76109

Sandra Lea Hewett
107 Ellen Lane
Trinidad, TX 75209

Sandra Lynn Sheetz Gavin
13021 Evanston St
Rockville, MD 20853-3028

Sandra McAllister
313 Westgate Drive
Aledo, TX 76008

Sandra Michelle Cagle Grant
8309 Arroyo Ln
Fort Worth, TX 76126

Sandra Robinson
408 Walnut St.
Aledo, TX 76008

Sandra Thomas 1990 Mgmt Trust
4715 Collinwood Avenue
Fort Worth, TX 76107

Sandy Lynch Parker
309 Woody
Alvord, TX 76225

Sandy Poer
7121 Blackwood Dr
Dallas, TX 75231

Sandy Wren
4940 Cloyce Ct, Apt C
North Richland Hill, TX 76180

Sanford P Fagadau
4849 Greenville Avenue #1600
Dallas, TX 75206

Sara Alicia Flores
2514 Mickelson
Laredo, TX 78045

Sara Jane Harding
662 Red Cut Road
De Queen, AR 71832

Sarah Ann Mettauer Summers
4200 Old Omen Road
#1305
Tyler, TX 75707

Sarah Hutson
810 Cherrywood Court
Irving, TX 75060

Sarah Jane C Leblanc
57705 Mcclung Drive
Plaquemine, LA 70764

Sarah Lee Rumage
2008 Timberland
Jacksboro, TX 76458

Sarah O. Sowan
203 Long Canyon Court
Richardson, TX 75080-2669

SAT Petroleum Resources
555 Republic Drive, Suite 505
Plano, TX 75074

Scarlette Sullivan
3534 S. Weller Ave.
Springfield, MO 65804

Schoellkoph Shenandoah Partners
c/o Tolleson Wealth Management
5500 Preston Rd., Suite 250
Dallas, TX 75205

Schwing Acquisitions LLC
9422 Common Street Suite 2
Baton Rouge, LA 70809

Scofield Ventures, L.P.
21 Ashton Court
Dallas, TX 75230

Scott Bouline
1107 Marblewood Dr
Keller, TX 76248

Scott Covington
1029 Canyon Bend Dr
Dripping Springs, TX 78620

Scott D Bouline, LLC
1107 Marblewood Dr.
Keller, TX 76248

Scott Horn
204 Scenic Dr.
Aledo, TX 76008

Seacoast Production, Ltd.
PO Box 670717
Dallas, TX 75367-0717

Seadance, Inc. C/O Ms Pinksa CPA
PO Box 5428
Granbury, TX 76049

Seamless Capital LP c/o Jacob A Warnock
P.O. Box 9285
Wichita Falls, TX 76308

Sean C Burke
PO Box 1175
Aledo, TX 76008

Sean Knight Properties, Inc.
4650 Annett Centerpoint Road
Aledo, TX 76008

Seliece Duckwitz
1406 Golder Avenue
Odessa, TX 79761

Serena Ynostrosa Davis
34953 Napoleon Dr.
Denham Springs, LA 70706

Setay Ltd.
300 Belle Circle
Aledo, TX 76008

Seth R. Bauserman
c/o Mathew M. Bauserman
701 East Byrd St. 1
Richmond, VA 23219

SFRM, LLC
18452 E. 111th Street
Broken Arrow, OK 74011-9408

Shalinda Thibodeaux
14990 S Bolivar
Baton Rouge, LA 70819

Shane Fontenot
201 James St.
Aledo, TX 76008-4331

Shannon Cobey Leonard
1018 Sunset Canyon Drive North
Dripping, TX 78620

Shannon L Chapman
19021 Cottonwood Drive #221
Parker, CO 80138

Shannon Morgan Partners, LLC
650 Old Authon Road
Weatherford, TX 76088

Shannon Sayles Carter
8912 Allendale Rd
Heurico, VA 23229

Sharee Enterprises, Inc.
2268 CR 1340
Chico, TX 76431

Sharilyn Stewart
313 Smyth Street
Aledo, TX 76008

Sharla K. Cox
1000 Camden Court Circle
Waco, TX 76712

Sharon D Chambers
P.O. Box 857
Red Bluff, CA 96080

Sharon Evans
9332 Harbour View Lane
Fort Worth, TX 76179

Sharon K Scheele
101 Aupuni St
Ph 1001
Hilo, HI 96720

Sharon Kay Bunn
2032 Meadow Glen
Irving, TX 75060

Sharon Keegan (Woolard)
564 Meadow Hill Rd
Fort Worth, TX 76108-9594

Sharon Lynn Holcombe
4001 Masters Drive
League City, TX 77573

Sharon Mccall
777 East 15Th Street
Plano, TX 75074

Sharon Meyer Callaway
716 Waterwood Street
Rockport, TX 78382

Sharon Moran Grimes
9045 Sion Hill
Christiansted, VI 00820

Sharon Siegmund Horn
121 Lakeview Drive
Aledo, TX 76008

Shauna Gettys Tomme
7801 Bursey Court
N. Richland Hills, TX 76182

Shawn Newby
PO Box 1573
Springtown, TX 76082

Shelby Lewis
911 Hidden Moss Dr.
Cockeysville, MD 21030-5409

Sheli Allen Truly
1403 Diana Ct.
Houston, TX 77062

Shelia & Mike Mcmanus
678 CR 2788
Sunset, TX 76270-3302

Shelia Rhoads
9830 Camino Villa
Apt 126
San Antonio, TX 78254

Shelley Rene Moody
1520 Laurel Oak Loop
Round Rock, TX 78665

Shelli R Hewitt Hill
P.O.Box 692
Aledo, TX 76008

Shelly D Morgan
135 Walton Lane
Springton, TX 76082

Shenandoah Memorial Hospital
759 S Main St.
Woodstock, VA 22664

Sheri Ann Jeter
Rural Route 1, Box 90
Soper, OK 74759

Sheri Frances Huling
1800 N Business Hwy 287
Decatur, TX 76234

Sheri Kay Crane
125 Central Hog Farm Road
Pineville, LA 71360

Sheridan J. Ropp
144 Overhill Road
Salina, KS 67401-3582

Sherri Deneise Stockon
113 McKinzie Lane
Weatherford, TX 76087

Sherri Hewett Owen
3616 Bryn Mawr Drive
Dallas, TX 75225

Sherry A Brown
3900 Chisholm Trail
Salado, TX 76571-5541

Sherry Jones
#6 Vera Court
Wichita Falls, TX 76310

Sherry L. Kantosky Richards
3921 Delaware Trail
Fort Worth, TX 76135

Sherry Lynn Parker-Lemon
1011 Shady Oaks Drive
Bridgeport, TX 76426

Sherry Watkins Young
P.O. Box 120099
Tyler, TX 75712

Sherryl Sayles Thomas
4228 Glenwood Ave
Dallas, TX 75205

Sheryl Grayson Murphy
115 Woodcrest Drive
Haughton, LA 71037

Shilo Nelson
102 Hombre Cr.
Panama City Beach, FL 32407

Shirley Brice
4053 N O'Connor Rd
Irving, TX 75062

Shirley M Klein
2930 Vinny Drive
Prescott, AZ 86301

Shirley Mann c/o Sandi George
2303 Fair Oaks Drive
Bridgeport, TX 76426

Shirley Nobles
5635 Greenwood Rd.
Decatur, TX 76234-7182

Shirley Roland
2426 Belknap Creek
Bellevue, TX 76228

Shirley Sylvis
P.O.Box 114
Aledo, TX 76008

Shirley Wright Poteet
1909 Canyon Ct
Denton, TX 76205

SHK Investments, LLC
18 Fairview Ln.
Aledo, TX 76008

Shriners Hospital For Children C/O North
P.O. Box 226270
Dallas, TX 75222-6270

Sidney Boyd
1220 Scarlet Sage Parkway
Burleson, TX 76028

Sidney Denise Schutze
8600 Thackery St #2203
Dallas, TX 75225

Silver Creek Oil & Gas LLC
P.O. Box 1499
Gainesville, TX 76241

Silver Creek Properties, Inc.
3505 Williams Rd.
Ft. Worth, TX 76116

Silver Royalties, LLC
PO Box 1949
Odessa, TX 79760

Silversmith
PO Box 1934
Gaylord, MI 49735

Simpson Family Living Trust c/o Dick Sim
2218 West Leland
Chicago, IL 60625

Skinner Tank Trucks, Inc.
Box 353
Nocona, TX 76255

Slade Charless Upham
PO Box 940
Mineral Wells, TX 76068

Slagle Trust Robert S Howard & George W
P.O. Box 532
Henrietta, TX 76365-0532

Slick Rock Lp
5416 Birchman Ave
Fort Worth, TX 76107

Smith Family Trust Ronald L Smith, Trust
28305 N 53RD Street
Cave Creek, AZ 85331

Smith Number 2 Joint Venture
207 S Denton Tap Road
Suite 500
Coppell, TX 75019

Smith-Thomas Investments, LLC
6300 Ridglea Place, Suite 810
Fort worth, TX 76116

SMJ Ranch
1651 Rhoades Lane
Springtown, TX 76082

Snowmor Investments LLC
P.O.Box 312
Aledo, TX 76008

Sobra Anne Roberts
P.O. Box 1448
Kilgore, TX 75663

Southern Methodist University fbo J Rosc
Minerals Management Office
PO Box 750193
Dallas, TX 75275-0193

Southwest Consultants LLC
P.O. Box 158
Montague, TX 76251

Southwest Petroleum Company, LP
PO Box 702377
Dallas, TX 75370-2377

Spartan Exploration Co
P.O. Box 191627
Dallas, TX 75219

SPCA of Texas
2400 Lone Star Drive
Dallas, TX 75212

Specialty Research Associates, LLC
P.O.Box 397
Aledo, TX 76008

Spiro Resources Ltd
P.O. Box 6387
San Antonio, TX 78209

SSP Trust B Joe Carl Payne TTEE
650 Old Authon Rd.
Weatherford, TX 76088

St Andrews Royalties LLC
PO Box 50592
Midland, TX 79710

St James Episcopal Church
Attn: Debbie Spiltmer
P.O. Box 126
Baton Rouge, LA 70821

St Luke'S Episcopal Church
8833 Goodwood Blvd
Baton Rouge, LA 70806

St Paul Minerals Inc
PO Box 25163
Dallas, TX 75225

St. Paul Lutheran Church
1800 W Freeway
Fort Worth, TX 76102

Stacy Reynolds
224 Parkview Drive
Aledo, TX 76008

Stacy Sue Sayles
2901 Morning Cloud Court
Pearland, TX 77584

Stacy Wilson
P. O. Box 1014
Graham, TX 76450

Stanley Newby
6966 Concord Hills Loop NE
Rio Rancho, NM 87144

Staples Advantage
PO Box 1486
Houston, TX 77251

Stasha Siegert
606 S Cedar
Seymour, TX 76380

State of Texas
Stephen F Austin Building
1700 North Congress
Austin, TX 78701

State of Texas
1700 North Congress
Ste 840
Austin, TX 78701

Stella Joanne Johnson Thorp
6601 Reamer Street
Houston, TX 77074

Stephan Kronberger
470 Meadowlark Circle
Rogersville, MO 65742

Stephanie Belmonte
4214 Redfield Ave
North Las Vegas, NV 89032

Stephanie Beth Gage
403 Brookview Dr
Decatur, TX 76234

Stephanie Eberle
5713 McCall Drive
Plano, TX 75093

Stephanie Stephens Capt
PO Box 1227
Kilgore, TX 75663

Stephen and Jane Noble
6408 Lakeside Drive
Flower Mound, TX 75028

Stephen and Susan Fulbright
219 North 7th Street
Jacksboro, TX 76458

Stephen Gene Chase
PO Box 248
Naches, WA 98937

Stephen J Wren
1521 Old Reunion Rd.
Decatur, TX 76234

Stephen M Cooper
719 West Front Street
Suite 100
Tyler, TX 75702

Stephen M. Dangos
5409 Park Place Drive
Argyle, TX 76226

Stephen McCrary
235 S. 11th St.
Payette, ID 83661

Stephen Thomas Hodges
211 N Texas Street
Hereford, TX 79045-4227

Steve L Strange
7709 Grassland
Fort Worth, TX 76133

Steve Monroe Balthrop
4965 Sh 25N
Electra, TX 76360

Steve Van & Jo Lynn Harris
7050 Highway 199
West Springtown, TX 76082

Steven & Joann Dunn
101 Yeary Lane
Aledo, TX 76008

Steven & Sheryl Aldridge
116 Yeary Lane
Aledo, TX 76008

Steven D Gunter
4906 Camp Bowie Blvd.
Ft. Worth, TX 76107

Steven Erik Sabine, Individually and as
2030 Houston Street
Vernon, TX 76384

Steven Fitzgerald
7600 Ambassador Row
Dallas, TX 75247

Steven J Sage
1385 Wedgewood Ave.
Upland, CA 91786

Steven L Gage, Trustee, c/o Gerry Orth T
2501 Parkview Drive, Suite 123
Fort Worth, TX 76102

Steven L. Gage
3417 Bryn Mawr Dr.
Dallas, TX 75225

Steven Lee Peters
970 Spring Street
Oak View, CA 93022

Steven M. Hicks
4165 Clover Lane
Marietta, OK 73448

Steven W and Melanie K Green
109 Chestnut Street
Aledo, TX 76008

Stewart Hellman
7921 Calla Court
Fort Worth, TX 76123

Stockman Group LLC
113 W. McKinzie Lane
Weatherford, TX 76087

Stone Haus Resources, LLC Attn:   John S.
12900 Stroh Ranch Place, Suite 200-M
Parker, CO 80134

Stoney T. White
125 Jearl St
Aledo, TX 76008

Strategic Petroleum Investments Consulta
23501 Cinco Ranch Blvd, Suite H210
Katy, TX 77494-3095

Sue Ella Boone Hatch
257 Wightman Lane
Rusk, TX 75785

Sue Fitch Couey c/o Neil Couey, POA
408 E. 4th Street
Sweeny, TX 77480

Sue Holman Blair
9304 Raymond Landtrip Road
Mansfield, AR 72944

Sue Holman Blair
2919 Zora Chapel Dr.
Rudy, AR 72952

Sue McKnight
1130 Marc Street
Burleson, TX 76028-6458

Sue Nell Sewell
205 Carolyn Road
Nocona, TX 76255-3102

Sue Robertson
901 West 6th Street
Idalou, TX 79329

Sue S. Parker
5701 Virginia Parkway
Apt #4313
McKinney, TX 75071

Sue Schwing Tannehill
2728 Windrush Way
Baton Rouge, LA 70809

Sugarberry Oil & Gas 2005
5950 Cedar Springs Rd.
Suite 230
Dallas, TX 75235-6803

Susan Black Trust Susan Ross Black, Trus
99 North Post Oak Lane
Suite 3304
Houston, TX 77024

Susan Campbell
515 Country Club Drive
Henrietta, TX 76365

Susan D. Shamblin
835 Hunterwood Drive
Jasper, TX 75951

Susan Elain Wilson
7401 FM 281
Sunray, TX 79086

Susan Elaine Capper
P.O. Box 1176
McKinney, TX 75070

Susan Hewett Lucas
906 Dove Creek
Athens, TX 75751

Susan J Yackley Gale
5460 E Sandridge
Morris, IL 60450

Susan Jones
789 County Road 2896
Alvord, TX 76225-3017

Susan L. Kiel
1206 Brookhollow Ct.
Bryan, TX 77802

Susan Mackie Fowler
2760 Hydraulic Road
Charlottesville, VA 22901

Susan Meyers Elliott
2420 N Drexel Blvd
Oklahoma City, OK 73107

Susan Moran Jones
17 Trinity Oaks Road
Fort Worth, TX 76114

Susan Petty Connally
PO Box 64701
Lubbock, TX 79464-5258

Susan Pierce Jansen
1704 Crisp Rd.
Ennis, TX 75119

Susan Siegmund
2501 Old Annetta Road
Aledo, TX 76008

Susan Stephenson
2900 Buckskin Run
Apt 203
Fort Worth, TX 76116

Susan V. Matlock
425 Rolling Hills Dr.
Aledo, TX 76008

Susie Nivens Trust M Conquest Trustee
1705 Boston
Bridgeport, TX 76426

Sustainable Forests LLC
Attn: Tom Connor
6400 Popular Avenue
Memphis, TN 38197

Suzanna Mead Feldmann
521 Ridgemont Avenue
San Antonio, TX 78209

Suzanne Browne McNeill
1809 Elm Crest Drive
Arlington, TX 76012

Suzanne Burke Kennedy
801 W 5th, #1506
Austin, TX 78703

Suzanne Hoefle Moody
P.O. Box 1045
Bridgeport, TX 76426

Suzanne T. and Bradford L. Williamson
305 James St
Aledo, TX 76008

Swanson Oil & Gas Inc
105 Edgeview Drive, Suite 400
Bloomfield, CO 80021

Sylvia Todd Porteous c/o Travis Property
P.O. Box 56429
Houston, TX 77256-6429

T J Tinney
Address No Longer Valid
2327 Brook Hollow
Wichita Falls, TX 76308-2206

T L South
4705 Spring Meadow Lane
Unit #2
Midland, TX 79705

T Makphailbulchoke
3005 Regatta Lane #1
Fort Collins, CO 80525

T Marie Barnett Smith
671 Awatobi Ovi
Flagstaff, AZ 86001-3715

T R McClellan
P.O. Box 1086
Benton, LA 71006

T&D Real Estate Ltd
P. O. Box 4140
Carlsbad, CA 92018-4140

T&M Line Locators, LLC
3810 FM 1758
Bowie, TX 76230

T. P. Reynolds
125 Hwy 101 West
Sunset, TX 76270

Tadmar Investments, LLC
1101 Hugh Wallis Road S
Suite 105
Lafayette, LA 70508

Tait Dupont
P.O. Box 1332
Brusly, LA 70719

Tallum Dupont
1151 Chateau Court
Baton Rouge, LA 70815

Tamera Dugan
234 Highland Dr.
Aledo, TX 76008

Tami Eason Murphy, SSP
812 Katy Rd
Fort Worth, TX 76244

Tammie Easley
#4 Northglen Road
Breckenridge, TX 76424

Tammie Jean Masters
P.O. Box 2696
San Angelo, TX 76902

Tammy G Howes
417 Rolling Hills
Aledo, TX 76008

Tanya Sadeghian
8 Saddlewood Estates Drive
Houston, TX 77024-6841

Targa North Texas Lp
1000 Louisiana St Suite 4300
Houston, TX 77002

Tarrant County Tax Assessor Collec
PO Box 961018
Fort Worth, TX 76161

Taryn Robertson
653 Kerry St
Crowley, TX 76036-2756

Tas Royalty Company
P.O. Box 5279
Austin, TX 78763

Taylor Oil
3701 No. Sylvania
Fort Worth, TX 76137

TBT Family Partnership
PO Box 510
Decatur, TX 76234

TDJS, LLC
617 Pine Street
Aledo, TX 76008

Ted G. Kitchens
1585 Kelly Rd.
Aledo, TX 76008

Ted Gordon Renshaw
1010 League Road
Lewisville, TX 75067

Ted M Pierce
74-5602 Alapa St
#768
Kailua Kona, HI 96740

Teddy G. & Lynn Kitchens
1585 Kelly Rd
Aledo, TX 76008

TEMK, LP
2706 FM 3003
Graham, TX 76450

Teresa Kay Mayo Decker
259 CR 4896
Boyd, TX 76082

Teresa Kelly
#5 Kelly Green
Wichita Falls, TX 76310

Teri Anne Bedillion
3608 Colgate Avenue
Dallas, TX 75225

Teri Hardaway
2547 Red River Street
Mesquite, TX 75150

Terra Oil And Gas Inc C/O Solid Resource
12900 Preston Road Suite 800
Dallas, TX 75230

Terri G. Lowe
2904 Old Low Gap Road
Low Gap, NC 27024

Terri H Crow
198 Forest Bend Ln
Weatherford, TX 76087

Terry Ann Parker Dyer
P.O. Box 811
Venus, TX 76084

Terry Diane Ward
1801 Foxwood Ct.
Arlington, TX 76012

Terry I. Burke
PO Box 1035
Aledo, TX 76008

Terry J & Arta Cooper
8153 E Davies Avenue
Centennial, CO 80112

Terry Skinner
148 PR 3378
Paradise, TX 76073

Terry W and Gwen Seiley
113 Hidden Valley Drive
Aledo, TX 76008

TESG 1 GP
9430 Priority Way W Drive
Indianapolis, IN 46240

Tess Chaillou
708 Franham Place
Bellaire, MD 21014

Tessa Compton Thomas
1707 Hilltop Lane
Pantego, TX 76013

Tevis Treville Green
718 Suncrest Drive
Kemp, TX 75143

Texas American Bank of Fort Worth Truste
500 Throckmorton Street
Fort Worth, TX 76113

Texas Butane Company
103 W Church St.
Weatherford, TX 76086

Texas Energy Investors LLC
712 Boling Ranch Rd
Azle, TX 76020

Texas Excavation Safety System, In
PO Box 678058
Dallas, TX 75267

Texas General Land Office
P. O. Box 12873
Austin, TX 78711-2873

Texas Luthern University
1000 West Court Street
Seguin, TX 78155

Texas Q A Service, Inc.
PO Box 975073
Dallas, TX 75397

Texas Scottish Rite Hospital Attn: Contr
P. O. Box 199300
Dallas, TX 75219

Texas Scottish Rite Hospital For Cripple
P.O. Box 199300
Dallas, TX 75219

Texas Talents
P.O. Box 136639
Ft. Worth, TX 76136

Texas Tech University
ATTN: Micah Malouf
PO Box 41081
Lubbock, TX 79409

Texon Lp
11757 Katy Freeway Ste 1400
Houston, TX 77079

The Amy Vernae Dahlin Trust c/o William
6300 Ridglea Place, Suite 611
Ft. Worth, TX 76116

The AWP 1983 Trust c/o Petroleum F. Inc
309 West 7th Street
Suite 200
Forth Worth, TX 76102-6902

The Discovery Foundation
6060 N Central Expressway
Suite 560
Dallas, TX 75206

The EDG Trust c/o Mark K O'Briant Truste
5004 Sea Pines Dr.
Dallas, TX 75287

The Estate of Cecil Richey Paula M. Dick
3342 Oakshade Ct.
Fairfax, VA 22033-1236

The Estate of Michael Lowrance c/o Linda
PO Box 468
Azel, TX 76098-0468

The Estate of Nancy Murphy Attn: Harry J
466 Pennsylvania Ave, Unit E
Glen Ellyn, IL 60137

The Estate of Tommie Mae Badgett Gary D.
151 Hillcrest
Jacksboro, TX 76458

The Harry J. and Delma L. Deaver Trust
1508 Jefferson
Bowie, TX 76230

The Klein Living Trust, Shirley M Klein
2930 Vinny Drive
Prescott, AZ 86301

The Merlya Holland Wright Family Trust c
6300 Ridglea Place, Suite 611
Ft. Worth, TX 76116

The Miles Foundation
2821 W. 7th Street
Suite 200
Fort Worth, TX 76107

The Oxbridge Fund LTD
16051 Addison Road
Suite 212
Addison, TX 75001

The Prospect Company
PO Box 1100
Edmond, OK 73083

The Pruett Family Limited Partnership
PO Box 87
Slidell, TX 76267

The Robert T. Lambert and Dorothy J. Lam
201 Robert St.
Aledo, TX 76008

The Taurus Corporation
P. O. Box 1477
Little Elm, TX 75068

The Yield Master Fund II, LP
1000 Ballpark Way, Ste 216
Arlington, TX 76001

Thelma Youngblood O'Kelley
711 W State St
Alvord, TX 76225

Theodore Mark Bedillion
2704 Valley Springs Road
Austin, TX 78746

Theodore T. Sendak
138 Inwood Trail
Madison, AL 35758

Therese  Williams
P.O. Box 6
Boyd, TX 76023

third  party


Thomas  A  Taylor
165  W  Rampart  #  405
San Antonio, TX 78216

Thomas  Adcock
1883  Dexter  Lane
Frisco, TX 75034

Thomas  and  Diane  Brown
6  Bankhead  Cove
Aledo, TX 76008

Thomas  and  Kristie  A.  Vanover
420  Rolling  Hills  Dr
Aledo, TX 76008

Thomas  and  Suzanne  Lenio
46  Biddle  Road
Montoursville, PA 17754

Thomas  B.  Standefer
120  Denver  Trail  Court
Azle, TX 76020

Thomas  Bishop  Standefer
120  Denver  Trail  Ct.
Azle, TX 76020

Thomas  Carlile  Nichols
P.O.  Box  96197
South Lake, TX 76092

Thomas  Cooke  Bussey
3624  CR  805-B
Cleburne, TX 76031-7865

Thomas  D  Binford  Et  Ux  Bettie  Jo
2075  CR  442
Muenster, TX 76252

Thomas  E  Brown
4416  Stanley  Keller  Rd
Fort Worth, TX 76117-2216

Thomas  E.  Faulkner
1513  Chippewa
Longview, TX 75605

Thomas  Edwin  Hayes
1412 Riva Del Garda Way
St. Augustine, FL 32092

Thomas  G.  Hixon, Jr.
2055 Heritage Hill Dr.
Jackson, MS 39211

Thomas  G.  Hixon,  Sr.
149 Woodmont Way
Ridgeland, MS 39157

Thomas  Harding,  III  &  Sarah  Jane  Harding
662 Red Cut Road
De Queen, AZ 71832

Thomas  Hartman
PO Box 403
Muenster, TX 76262

Thomas  J  Tinney  III
4696 South Clarkson
Englewood, CO 80110

Thomas  Karl  Heinz  Teltscher
303 Randle Street
Roanoke, AL 36274

Thomas  Lee  Wright
106 Cheyenne Street
Gilmer, TX 75644

Thomas  M  Scott  Exec  Mrs  W  E  Scott
3960 N Ridgecrest
Tuscon, AZ 85701

Thomas  O  Bailey
9530 Dartridge Dr
Dallas, TX 07523-8182

Thomas  Or  Sybil  Nivens  Comptroller  Publi
Box 13528
Capitol Station
Austin, TX 78711

Thomas  R.  and  Bridgett  Smith
171 Crooked Creek Lane
Aledo, TX 76008

Thomas  R.  Smith  and  Susan  J.  Smith
120 Robert St.
Aledo, TX 76008

Thomas W Cooper MD
201 Fair Lane
Tyler, TX 75701

Thomas W Lett, Jr.
400 N. Saint Paul St. Ste 800
Dallas, TX 75219

Thomas W. Moore III
901 Winged Foot
Corsicana, TX 75110

Tim Crane
2547 Red River Street
Mesquite, TX 75150

Tim W Woodruff
PO Box 443
Decatur, TX 76234

Timothy and Cheryl Foster
127 Lakeview Dr.,
Aledo, TX 76008

Timothy Keith and Julie A Watts
171 Loma Blanca Lane
Cresson, TX 76035

Timothy McDougal
8516 Jordan Drive
Lubbock, TX 79423

Timothy R. Sendak
1302 South Indiana Ave
Crown Point, IN 46307

Timothy Slagle
4001 Merrett Dr.
Lake Worth, TX 76135

Timothy Sullins Works
1003 Fletcher
Gainsville, TX 76240

Tin Can Tech Inc Attn: Larry Kelly
3314 Roosevelt Drive
Arlington, TX 76016

Tina Lenore Duhon
P. O. Box 13304
Lake Charles, LA 70612

Tina Renee Tillery
5310 Stonewood Ct
Arlington, TX 76017

Tipton P Reynolds POA For Weda L Reynold
1300 Woodbrook Street
Arlington, TX 76011

Titan OBO Energy LP
15603 Kuykendahl Rd
Suite 200
Houston, TX 77090

TJ Farms LLC C/O Antonio Clayton
3741 Highway 1 South
Port Allen, LA 70767

TMAK, Inc.
5101 Alexandria Drive
Rowlett, TX 75088

TNT Land & Minerals, Inc.
207 Dover Lane
Friendswood, TX 77546-3515

Tolbert and Diane Mayfield
1113 Cottonwood Ct.
Cleburne, TX 76033

Tom M Woldert
4300 Kinsey Dr
Tyler, TX 75703

Tom O Moncrief 1967 Trust Tom O Moncrief
Moncrief Bldg
950 Commerce St.
Ft. Worth, TX 76102-5418

Tom South
3534 Cerromar Ct.
Abilene, TX 79606-5649

Tom Uglialoro
14001 Dallas Parkway Suite 1200
Dallas, TX 75240

Tomlinson Realty Co LLC
132 E Landry Street
Opelousas, LA 70670-0110

Tommie E Kemp
10069 Calle Chulita, NW
Albuquerque, NM 87114

Tommie Joe Hudson
221 Longview Dr.
Columbia, IL 62236

Tommie Ritchie
4436 Westward Drive
Wichita Falls, TX 76308

Tommy & Tammy Manuel
305 Smyth Street
Aledo, TX 76008

Tommy Allen and Leanna Emily Thompson
3809 Snow Creek Drive
Aledo, TX 76008-3594

Tommy Calvin Lyon
PO Box 172
Aledo, TX 76008

Tommy F. Fletcher
1110 Fletcher Rd.
Weatherford, TX 76086

Tommy Gene Throneberry
P.O. Box 1414
Decatur, TX 76234

Tommy Holman
P.O. Box 1428
Canton, TX 75103

Tommy Merritt Jones
207 West 1St
Justin, TX 76247

Tommy R Lynch
P.O. Box 377
Alvord, TX 76225

Tommy Shawn Clower
1302 Woodland Trail Dr.
Bowie, TX 76230-2934

Tony & Thelma Trubenbach
P.O. Box 426
Muenster, TX 76252

Tony Fenoglio
1296 South Greenbriar
Nocona, TX 76255

Tony Redwine
292 Private Road 2316
Decatur, TX 76234

Tonya L Isaacowitz
2511 East Rocky Slope Drive
Phoenix, AZ 85048

Tonya Linn Barbee Family Trust Janie Fay
PO Box 1944
Weatherford, TX 76086

Touchstone Petroleum Corporation
4028 Tamworth Road
Fort Worth, TX 76116

Toyo Harrah
508 Hilldale Dr
Aledo, TX 76008

Traci L Gage, Use #616
100 Brookview
Decatur, TX 76234

Traci L. Gage
PO Box 1233
Decatur, TX 76234

Tracie Janell Wilson-Boyd
112 Sunflower St
Lake Jackson, TX 77566-4317

Tracker Industries LLC
9805 Canyon Crest Circle
Irving, TX 75063

Tracy & Kristen Auen
308 Smyth Street
Aledo, TX 76008

Tracy G. Dillon
6384 Meadowcreek Road
Galax, VA 24333

Tracy Hulse
P. O. Box 693
Archer City, TX 76351

Tracy L Clower
410 Rock Hill Rd
Bowie, TX 76230-5743

Tracy Lynn Childers
9293 McDaniel Road
Fort Worth, TX 76126

Travis Coursey
114 PR 3206
Bridgeport, TX 76426

Travis Ritchie
1908 7Th Street
Wichita Falls, TX 76301

Travis W and Margaret Henckell
312 Hidden Valley Drive
Aledo, TX 76008

Trellis Harrington
PO Box 58
Seymour, TX 76380-0058

Treo Oil & Gas, Inc.
1715 Devon Drive
Carrollton, TX 75007

Treva L Alexander
10314 Baronee Circle
Dallas, TX 75218

Trevor Dupont
8149 Tranquility Circle
Denham Springs, LA 70706

Trevor Kyle Jones
1425 Carrigan Lane
Denton, TX 76207

Tri County Royalty Co Inc
15222 King Road, Suite 201
Frisco, TX 75034-8703

Tricia Carleton
2801 Chelsea Dr.
Norman, OK 73072

Trinity Bluffs Homeowners Association
102 Trinity Bluffs Road
Aledo, TX 76008

Trinity Classic Homes
P.O. Box 1894
Burleson, TX 76028

Trinity Land & Minerals, LP
309 West 7th Street, Suite 500
Fort Worth, TX 76102

Troy Glen Hudson
307 Richards Street
Throckmorton, TX 76483

Troy Willingham
1552 Englewood Dr.
Rockwall, TX 75032

Trumbull Oil Properties LLC
333 Tigertail Road
Losa Angeles, CA 90049

Trust - Will of Carol Andrade Mills FBO
1849 Wall Street
Weatherford, TX 76086

Trust UWO John Joseph Dorie FBO Mark Hen
PO Box 670155
Dallas, TX 75367

Trustee of the CWJ Trust fbo Charles Jos
918 South Main Street
Weatherford, TX 76086

TTPYP, LTD
P.O. Box 1558
Fairview, NC 28730

Tubing Testers Inc.
P.O. Box 655
Archer City, TX 76351

Two-Bills Inc
P.O. Box 575
Burkburnett, TX 76354

Ty & Amy Elizabeth Howorth
163 Lakeview Drive
Aledo, TX 76008

Ty Tia
3514 Slopeview Dr.
San Jose, CA 95148

Tycho Thruston Horning
611 Columbia Street NW
Slip 2
Olympia, WA 98501-1000

Tyron Dupont
4417 Mike Lane
Fort Worth, TX 76116

UNI Royalty Group, Ltd.
PO Box 3009
Greenwood Village, CO 80155

Union Fcb Texas, Ltd
113 W 8Th Ave
Amarillo, TX 79101

Union Pacific Railroad Co
P.O. Box 301764
Dallas, TX 75303

United States Treasury Mc5028Dal Kelly K
1100 Commerce Street
Dallas, TX 75242

Universal Royalty Company, Ltd. Attn: Je
PO Box 12167
Dallas, TX 75225

University of Texas System Homer Wyatt F
PO Box 551
Midland, TX 79702

University Of The South Office Of The Tr
735 University Avenue
Sewanee, TN 37375-1000

Unlimited Ventures
1135 Terminal Way, Suite 208
Reno, NV 89502

Unlimited Ventures Inc William C Gage
P.O. Box 459
Paradise, TX 76073

Upham III LLC
P.O. Box 940
Mineral Wells, TX 76068

Upham Oil & Gas Company
PO Box 940
Mineral Wells, TX 76068

Upham Producing LP
PO Box 940
Mineral Wells, TX 76068

US Energy Group AB
Box 225
781 23 Borlange
Sweden

USG Properties Barnett II, LLC Attn: T.
601 Travis
Suite 1900
Houston, TX 77002

USG Properties Barnett II, LLC Newark Ac
700 Universe Blvd.
Juno Beach, FL 33408

Vada Snow
1432 CR 2675
Alvord, TX 76225

Valerie Ann Vidal Attn Ann Hartline
713 Arbor Downs Drive
Plano, TX 75023

Valerie Flake Pederson
1115 E Concorda Dr
Tempe, AZ 85282

Vanessa Redman
5423 Caruth Blvd.
Dallas, TX 75209

Vaquero Royalty LLC
P.O. Box 114
Bullard, TX 75757

Vaughn Brothers LP
P.O. Box 191627
Dallas, TX 75219

Vaughn Exploration Company
P.O. Box 191445
Dallas, TX 75219

Vaughna Burrow
2950 CR 484
Elgin, TX 78621

Veda Sue Mathis
4101 Angus Drive
Fort Worth, TX 76116

Velma Joyce Smith
1803 E. FM 1187
Aledo, TX 76008

Vera Nichols Ball
3742 Bear Creek Road
Canon, GA 30520

Verneice Louise Taylor Heyen
306 South Wind Court
Visalia, CA 93292

Vernetta Jeter
2920 Barrow Drive
Denton, TX 76207

Vernon Bowman, Jr. and  Cheryl Bowman
P.O. Box 386
Aledo, TX 76008

Vernon Eugene Elliott Family Trust
131Deer Valley Drive
Eagleville, TN 37060

Vernon Hardee
474 CR 1697
Sunset, TX 76270-2916

Vesile Kutaruk
Wortherbruschstrasse 3
Hagen Germany 58089

Vicars Living Trust
11886 Fm 1288 South
Bowie, TX 76230

Vicki Bunnell
10910 Sheila Court
Beaumont, TX 77705

Vickie Garrett
501 Settlers Valley Dr.
Pflugerville, TX 78660

Vickie K Ballow
124 Hidden Valley Drive
Aledo, TX 76008

Vicky Young
3841 Cedar Falls Drive
Fort Worth, TX 76244

Victor Coll Stevens c/o Thomas R. Steven
Stevens & Weiss, P.C.
14310 Northbrook, Ste. 200
San Antonio, TX 78232

Victor L Nichols
11991 South Main Street
Houston, TX 77035

Victor W. Walker
9009 Sue Ct.
Beaver Lake, NE 68048

Victor Wilford Walker
9009 SWE Ct.
Beaver Lake, NE 68048

Victoria Rosen Picca
475 Bedford Road
Armonk, NY 10504

Vida Leigh Traylor Yancy
1333 Coates Bluff Drive
Apt. 1421
Shreveport, LA 71104-2800

Vincent Shilling
109 Canyon Lake Drive
Aledo, TX 76008

Vintage Properties, LP
2 Hedge Lane
Austin, TX 78746

Virgil E. and Pamela K. Hodges
221 Walnut St.
Aledo, TX 76008

Virgil Odell Stevens
65 Reds Landing Trail
Norfolk, AR 72658

Virgina A. Leonard
PO Box 1718
Fort Worth, TX 76101-1718

Virgina L. Hodges
7252 Wembley Place
Castle Pines, CO 80108

Virgina Leonard Marital Trust
PO Box 1718
Fort Worth, TX 76101-1718

Virgina M. Leonard
PO Box 1718
Fort Worth, TX 76101-1718

Virginia A. Gaines Living Trust
1113 Michigan Avenues
Beaumont, CA 92223

Virginia A. Leonard Marital Trust
PO Box 1718
Fort Worth, TX 76101-1718

Virginia Campbell Becker C/O Schwing Man
9422 Common Street Suite 2
Baton Rouge, LA 70809

Virginia Crane Life Estate
2547 Red River Street
Mesquite, TX 75150

Virginia Dolores Taylor Riley
6121 Rue Francois
San Antonio, TX 78238

Virginia G. Rhodes
7570 E. Manley Dr.
Prescott Valley, AZ 86314

Virginia  Johnson
5206 Ledgestone Dr.
Fort Worth, TX 76032

Virginia  L.  Mantzuranis
17110 Spanky Place
Dallas, TX 75248

Virginia  R.  Mattson
5500 East Parkview Ave
#1218
Centennial, CO 80121

Virginia  Rae  Loving
1308 Gonzales Drive
Mesquite, TX 75150

Virginia  Rouer
4304 Whitfield
Fort Worth, TX 76109

Virginia  Smith
3714 Clearwell
Amarillo, TX 79109

Virginia  Thibodeaux  Lavalley
10211 Rosedale Road
Port Allen, LA 70767

Vivian  E  Engelhardt
5920 South Santa Clara Road
Sequin, TX 78155

VJM  Resources  LLC
1249 N Meaker
Beaumont, TX 77713

W  B  Woodruff
P.O. Box 515
Decatur, TX 76234

W  Brad  James
606 West Forest
Houston, TX 77079-6916

W  D  &  Virgina  Foreman
3978 N. US Highway 287 #5
Alvord, TX 76225

W  M  Lewis  DMV
1168 CR 4127
Decatur, TX 76234

W.A. Moncrief Trust III R. W. Moncrief T
Moncrief Bldg.
950 Commerce St.
Ft. Worth, TX 76102-5418

W.L. Edwards
1200 Anetta St.
Bowie, TX 76230

Wade & Sandra McBride
798 Chuckwagon Trail
Azle, TX 76020

Wade Joseph Carey
205 Spinner Dr.
Jefferson, GA 30549-6750

Wade W Burton& Christopher Burton Trust
1004 S Trinty
Decatur, TX 76234

Wadie Gribble And Melissa Gribble
P.O. Box 1232
Gainesville, TX 76241

Wallie Row Obier
P.O. Box 202
Rosedale, LA 70772-0202

Walsh & Watts, Inc.
1111 Seventh Street
Wichita Falls, TX 76301

Walter C Carr
17997 FM 98
Vernon, TX 76384

Walter Edward Schwing
473 Chery Hollow Road
Fredericksburg, TX 78624

Walter Kirk Davis
301 Plum St.
Aledo, TX 76008

Walter Nathan Watson
5511 Crowley St
Fort Worth, TX 76114-1228

Walter P and Judith A McCombs
P.O.Box 96
Aledo, TX 76008

WAM3, LP Moncrief Building
950 Commerce Street
Fort Worth, TX 76102-5418

Wanda Boase
310 E Vilbig
Irving, TX 75060

Wanda Brucille Mauldin
PO Box 940
Springtown, TX 76082

Wanda C Bowerman
257 Fillingim Rd
Livingston, TX 77351

Wanda Cosby
1301 Holland Lake Dr Apt.154
Weatherford, TX 76086

Wanda F. Guthrie
1720 13th Street
Brownwood, TX 76801

Wanda Faye Sanford
304 Emma Call Ct
Decatur, TX 76234

Wanda Hinkle Wren Life Estate
3204 Mesquite Rd
Fort Worth, TX 76111

Wanda Rosentreter Trust
PO Box 121937
Fort Worth, TX 76121-1937

Wanell Shaw
2240 S Willis Street
Abilene, TX 79605

Ward Brady
2521 W Marlboro Drive
Chandler, AZ 85224

Ward N. Adkins, Jr.
5519 Tupper Lake
Houston, TX 77056

Warner Killough
1336 S. Lamar St.
Weatherford, TX 76086

Warren Carter Gable
PO Box 150
Arlington, AZ 85322

Watkins Metal Fabrication, Inc.
PO Box 1268
Mineral Wells, TX 76068

Wayne and Rita Mohr
4 Bankhead Cove
Aledo, TX 76008

Wayne Ball
25810 SE 182nd Street
Maple Valley, WA 98038-7301

Wayne C Rhoads - Individually
20 Lauren Lane
Texarkana, TX 75503

Wayne D Woody
4101 El Dedo Ct
Rio Ranche, NM 87124

Wayne Or Margie Rhoads
20 Lauren Lane
Texarkana, TX 75503-9664

Wayne Robinson
285 Cedar Creek Ct.
Azle, TX 76020

Wayne Stockton
3006 Garland
Decatur, TX 76234

WB Jr & Mary Louise Woodruff
P.O. Box 515
Decatur, TX 76234

Weatherford Artificial Lift Systems
PO Box 301003
Dallas, TX 75303

Welddon Jaynes
1204 Canterbury Court
Arlington, TX 76103

Weldon Garrison
390 Hwy 71 North
Ashdown, AR 71822

Weldon L and Doris E Turner
P.O.Box 171
Aledo, TX 76008

Weldon T & Carole Burton
2 South 56th Place
Suite 201-B
Ridgefield, WA 98642

Weldon T. Burton
2 South 56th Place
Suite 201-E
Ridgefield, WA 98642

Wellbore Capital LLC
4925 Greenville Ave Ste 500
Dallas, TX 75206

Wellspring Royalties, Ltd.
3811 Turtle Creek Blvd Suite 1800
Dallas, TX 75219

Wellstar Corporation
11990 Grant St
Ste 550
Northglen, CO 80233

Welton Redwine
734 CR 2315
Decatur, TX 76234

Wes-Tex Drilling Company LP
P.O. Box 3739
Abilene, TX 79604

Wesley Duvall
8540 E Bankhead Hwy
Aledo, TX 76008

Wesley F Driskill
712 W State St
Alvord, TX 76225

Wesley L. Reynolds
868 Fm 1749
Forestburg, TX 76239

Wesley Turner
2508 Falls Drive
Dallas, TX 75211

Weston Gourley
104 Torrey Pines
Lufkin, TX 75901

White Capital Group LLC
P.O. Box 1943
Dalton, GA 30722

White Star Energy, Inc
PO Box 51108
Midland, TX 79710

Whitney Head
3209 Red Fox Ridge
Bentonville, AR 72712

Wiley Oil Co
6502 CR 398
Decatur, TX 76234

Wilford Wayne Buckner
PO Box 92
Roby, TX 79543

Will Edd Hopper
PO Box 261
Gordon, TX 76453

Will Lane
109 Sheffield Circle
Chapel Hill, NC 27517-6514

Willard D. Gentry
2456 CR 3555
Paradise, TX 76073

Willard Howell
1800 Oakmeadow Drive
Decatur, TX 76234

William & Amy Foust
157 E. Bozeman Lane
Fort Worth, TX 76108-9662

William & Belinda Woodruff
132 W Cherry Dr
Azle, TX 76020

William & Donnalee Vickers
P.O. Box 271
Decatur, TX 76234

William & Jorea Cooper
108 W Cherry Dr
Azle, TX 76020

William A and Glenda Mitchell William Mi
1141 Westgrove Dr
Saginaw, TX 76179

William and Laurie Brewer
121 Hidden Valley Drive
Aledo, TX 76008

William B Middleton III
57845 Plaquemine Street
Plaquemine, LA 70764

William C Dupont
P.O. Box 300
Plaquemine, LA 70765

William C Gage
PO Box 459
Paradise, TX 76073

William C Gage
P.O. Box 459
Paradise, TX 76073

William C. Butler
P.O. Box 1106
Rosenberg, TX 77471

William Caswell
P.O. Box 567
Bowie, TX 76230

William D Cobb
2319 Brookside Dr.
Arlington, TX 76012

William D Marshall
206 Thorp Ln
Weatherford, TX 76088

William Dave Bailey
8804 Reigate Ln.
Raleigh, NC 27603

William Dean Hall Allen
62650 Bayou Road
Plaquemine, LA 70764

William Donald Mathis
4101 Angus Drive
Fort Worth, TX 76116

William E & Elizabeth Trumbull
333 Tigertrail Rd
Los Angeles, CA 90049

William E. Kimble
2247 Ridgeview Rd
Columbus, OH 43221

William E. Parker
5701 Virginia Parkway
Apt #4313
McKinney, TX 75071

William E. Smith
2204 Wells Fargo Ct.
Bridgeport, TX 76426

William F. Edwards
7454 East FM 174
Bellevue, TX 76228-2247

William Gordon Gray Life Estate
4 Cheltenham Court
San Antonio, TX 78218

William H Bearden Jr.
111 Mckinzie Lane
Weatherford, TX 76087-7562

William H Mcrae
3625 Hall St
Suite 510
Dallas, TX 75219

William H. Neil, II
P.O. Box 126052
Benbrook, TX 76126

William Hans Baker
112 Jearl Street
Aledo, TX 76008

William Ince
1450 Cuba Road
Bridgeport, TX 76426

William Jackson Hubbard
P.O. Box 516
Mansfield, TX 76063-0516

William K Robinette III
3150 Chapel Downs
Dallas, TX 75229-5833

William L And Marilyn Joyce Frye
9358 Horton Highway
College Grove, TN 37046

William M. Fitch, Jr.
5041 Giverny Lane
Fort Worth, TX 76116-9197

William Mack Stafford
PO Box 336
Madill, OK 73446

William Neil Hardin
4301 42nd Street
Lubbock, TX 79413

William P Obier III
P.O. Box 6
Rosedale, LA 70772-0006

William P Obier Jr Usufruct
P.O. Box 202
Rosedale, LA 70772

William Pitchlynn Poland
P.O. Box 121877
Fort Worth, TX 76121

William R. and Joyce L. Kelley
4447 E. 86th St. North
Sperry, OK 76097-3243

William R. Bearden
1201 CR 4430
Whitewright, TX 75491

William R. McDavid
4317 Ridge North Road
Fort Worth, TX 76126

William Ray Wilson
P.O. Box 292775
Phelan, CA 92329

William Redman
2009 Sherwood Loop
Mertzon, TX 76941

William Ross Watson
4519 Nassau Drive
Sugarland, TX 77479

William S. Squyres
143 Kourtney Drive
Weatherford, TX 76087

William T. Miller
600 Travis, Suite 4200
Houston, TX 77002

William W Oxsheer
2191 E. FM 1187
Aledo, TX 76008

William Walter Potter II
2502 SW 77th Street
Oklahoma City, OK 73159

William Zeigler
7345 S. FM 730
Azle, TX 76060-1337

Williams James
6351 Vego drive
Apt#1003
Fort Worth, TX 76133

Williams Petroleum Inc
P.O. Box 998
Burkburnett, TX 76354-0998

Wilma Louise Vanderhoff
1301 North Masch Branch Road
Denton, TX 76207

Wilson Family Sokobi, LLC
5459 N. Hondo Dr.
Prescott, AZ 86314

Wilson M. Griffith Trust
3417 Milam Street
Houston, TX 77002

Winford Carlile Trust c/o Catherine Sims
424 East Zia Drive
Hobbs, NM 88240

Winfred and Olivia Dickey
1826 Laura St.,
Weatherford, TX 76086

Winifred B. Kimble
2247 Ridgeview Rd
Columbus, OH 43221

Winifred MacBean Parker
Box 6251 NDCBU
Taos, NM 87571

Wise Appraisal District
400 E. Business 380
Decatur, TX 76234

Wise County Tax Assessor-Collecto
404 W. Walnut
Decatur, TX 76234

Wise County Tax Office
404 W. Walnut
Decatur, TX 76234

Wise Oil & Gas Ltd
6851 N E Loop 820
Suite 110
North Richland Hill, TX 76180

WJH Energy Inc
102 North College Ave
Suite 807
Tyler, TX 75702

WolfePak, Inc
2901 South First Street
Abilene, TX 79605

Wolverine Directional LLC
c/o Jeff Smith
9201 n Central Expressway
Suite 600
Dallas, TX 75231

Woodard T. Read
3425 Brown Trail
Bedford, TX 76021

Woodbine Royalty, LLC
PO Box 4431
Wichita Falls, TX 76308

Wyatt T. Norman III
P.O. Box 457
Corpus Christi, TX 78403-0457

Wynne Petroleum Company
301 Commerce St Suite 2900
Fort Worth, TX 76102

Wynona Lou Jackson
PO Box 987
Aledo, TX 76008

XTO Energy Inc. Attn: OBO-JIB (BGK-2)
810 Houston St.
Ft. Worth, TX 76102

Yeary Estates HOA c/o Stockman Group, LL
113 McKinzie Lane
Weatherford, TX 76087-7562

YMC Royalty Company, LP
15603 Kuykendahl, Suite 200
Houston, TX 77090-3655

Yoni Strange
925 Devargas
Hobbs, NM 88240

Zee Ann Smith
905 Muldoon Rd
Spc. A35
Anchorage, AK 99504

Zeus Petroleum, Inc
PO Box 458
Bellaire, TX 77402-0458

Zollie A. Atkinson
23506 Belle Vernon Drive
Spring, TX 77389

Zollie Lee and Sue Carol Allen
P.O.Box. 173
Aledo, TX 76008

# United States Bankruptcy Court
## Eastern District of Texas

In re   **Aruba Petroleum, Inc.**

Debtor(s)

Case No.   **16-42121**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aruba Petroleum, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 11, 2017**

Date

**/s/ Eric A. Liepins**

**Eric A. Liepins 12338110**

Signature of Attorney or Litigant

Counsel for   **Aruba Petroleum, Inc.**

**Eric A. Liepins P.C.**

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**