**Monthly Operating Report**
**CASH BASIS**

| | |
|---|---|
| CASE NAME: | Aruba Petroleum, Inc. |
| CASE NUMBER: | 16-42121 |
| JUDGE: | Honorable Brenda T. Rhoades |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

MONTH ENDING: __Dec__ __2016__
　　　　　　　　　MONTH　　YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_　　　　　　　　　　　　　　　　President
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY　　　　TITLE

James L. Poston　　　　　　　　　　　　　　　　26-Jan-17
PRINTED NAME OF RESPONSIBLE PARTY　　　　　　　DATE


**PREPARER:**

_[signature]_　　　　　　　　　　　　　　　　CFO
ORIGINAL SIGNATURE OF PREPARER　　　　　　　　TITLE

James R. Lovett　　　　　　　　　　　　　　　26-Jan-17
PRINTED NAME OF PREPARER　　　　　　　　　　　DATE

**Monthly Operating Report**
**CASH BASIS-1**

CASE NAME: Aruba Petroleum, Inc.

CASE NUMBER: 16-42121

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Nov-16 | MONTH Dec-16 | MONTH | MONTH |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 728,203 | $ 609,450 | $ 937,215 | $ 937,215 |
| RECEIPTS | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | $ 11,715 | $ 582,643 | | |
| 4. LOANS AND ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | |
| 7. WAGES | | $ 7,600 | | |
| 8. OTHER (ATTACH LIST - 1.1 RECEIPTS) | $ 497 | $ 239,732 | | |
| 9. TOTAL RECEIPTS | $ 12,212 | $ 829,975 | $ - | $ - |
| DISBURSEMENTS | | | | |
| 10. NET PAYROLL | $ 37,551 | $ 74,531 | | |
| 11. PAYROLL TAXES PAID | | $ 28,115 | | |
| 12. SALES, USE & OTHER TAXES PAID | | $ 302 | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | $ 9,184 | $ 9,308 | | |
| 17. UTILITIES | $ 231 | | | |
| 18. INSURANCE | | | | |
| 19. VEHICLE EXPENSES | | $ 3,226 | | |
| 20. TRAVEL | | | | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | | $ 2,114 | | |
| 23. SUPPLIES | | $ 143 | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | $ 1,208 | $ 211 | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST - 1.1) | $ 82,792 | $ 375,711 | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 130,965 | $ 493,660 | $ - | $ - |
| REORGANIZATION EXPENSES | | | | |
| 30. PROFESSIONAL FEES | | $ 8,550 | | |
| 31. U.S. TRUSTEE FEES | | | | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ - | $ 8,550 | $ - | $ - |
| 34. TOTAL DISBURSEMENTS | $ 130,965 | $ 502,210 | $ - | $ - |
| 35. NET CASH FLOW | $ (118,753) | $ 327,765 | $ - | $ - |
| 36. CASH - END OF MONTH | $ 609,450 | $ 937,215 | $ 937,215 | $ 937,215 |

* Debtor receives revenues on behalf of interest holders, which are distributed to the interest holders once received.

# Monthly Operating Report
## CASH BASIS-ATTACHMENT 1.1 RECEIPTS

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

**ADDITIONAL RECEIPTS: NOV 2016**

| | |
|---|---:|
| OIL & GAS INCOME | 497 |
| ADJUSTMENT | |
| TOTAL | 497 |

**ADDITIONAL RECEIPTS: DEC 2016**

| | |
|---|---:|
| OIL & GAS INCOME | 38,437 |
| REIMBURSEMENTS | 1,984 |
| INTEREST EARNED | 1 |
| VOID SHUTIN PAYMENTS | 15,074 |
| RETAIN REVENUE FOR JIB PAYMENT | 184,237 |
| TOTAL | 239,732 |

## Monthly Operating Report
### CASH BASIS-ATTACHMENT 1.1 DISBURSEMENTS

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

**ADDITIONAL DISBURSEMENTS: NOV 2016**

| | |
|---|---:|
| OPERATIONS | 66,255 |
| EMPLOYEE BENEFITS | 16,537 |
| PAYMENTS ASSOC WITH WELLS | 0 |
| TOTAL | 82,792 |

**ADDITIONAL DISBURSEMENTS: DEC 2016**

| | |
|---|---:|
| POST FILING - NORMAL OPERATIONS | 362,864 |
| EMPLOYEE BENEFITS | 12,163 |
| PAYMENTS ASSOC WITH WELLS | 685 |
| TOTAL | 375,711 |

# Monthly Operating Report
## CASH BASIS-1A

**2016**

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

**CASH DISBURSEMENTS DETAIL**  **MONTH:** Dec

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL CASH DISBURSEMENTS | | $ - |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | (See Attachment 1A Register) | various | 502,210 |
| | | TOTAL BANK ACCOUNT DISBURSEMENTS | | $ 502,210 |

| TOTAL DISBURSEMENTS FOR THE MONTH | $ 502,210.45 |
|---|---|

**Monthly Operating Report**
CASH BASIS-ATTACHMENT 1.1 RECEIPTS

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

| CHECK # | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 5936 | 12/02/2016 | IRS (EFTPS) | Payroll Taxes Paid | 14,337.38 |
| 50000 | 12/05/2016 | Patrick J & Annie Campbell | Payments associated with wells | 17.53 |
| 50001 | 12/05/2016 | Texas Butane Company | Payments associated with wells | 7.50 |
| 50002 | 12/05/2016 | Betty Noel Mills | Payments associated with wells | 103.29 |
| 50003 | 12/05/2016 | Patrick Sneed, Trustee UWO George Mills | Payments associated with wells | 103.29 |
| 50004 | 12/05/2016 | Patrick Sneed, Trustee UWO George Mills | Payments associated with wells | 103.29 |
| 50006 | 12/05/2016 | Parker County Clerk | Payments associated with wells | 222.00 |
| GLO00117 | 12/05/2016 | Texas General Land Office | Sales Use & Other Taxes Paid | 34.67 |
| GLO00118 | 12/05/2016 | Texas General Land Office | Sales Use & Other Taxes Paid | 44.07 |
| 50008 | 12/06/2016 | Jay Brisco | Post Filing Business Operations | 700.00 |
| 50009 | 12/06/2016 | Chevron and Texaco Universal Card | Vehicle | 3,225.61 |
| 50010 | 12/06/2016 | Will Pryor | Post Filing Business Operations | 950.00 |
| 50011 | 12/06/2016 | Cooke County Electric Cooperative Assoc | Post Filing Business Operations | 866.03 |
| 50012 | 12/06/2016 | Wise Electric Cooperative, Inc. | Post Filing Business Operations | 2,081.88 |
| 50013 | 12/07/2016 | Parker County Appraisal District | Post Filing Business Operations | 25.14 |
| 50014 | 12/07/2016 | Novacopy, Inc. | Post Filing Business Operations | 164.22 |
| 50015 | 12/07/2016 | Federal Express | Post Filing Business Operations | 82.70 |
| BNK CHRGE | 12/07/2016 | Chase Bank | Bank Charge | 210.64 |
| 50017 | 12/08/2016 | Taylor Oil | Post Filing Business Operations | 10,830.41 |
| 50018 | 12/08/2016 | Texas Scottish Rite Hospital | Post Filing Business Operations | 0.85 |
| 50019 | 12/12/2016 | Bridgeport Fishing & Rental Tools, Inc. | Post Filing Business Operations | 2,920.05 |
| 50020 | 12/12/2016 | Bridgeport Pump & Supply, Inc. | Post Filing Business Operations | 4,640.56 |
| 50022 | 12/12/2016 | Bruckner Truck Sales, Inc. | Post Filing Business Operations | 168.45 |
| 50023 | 12/12/2016 | CSI Compressco LP | Post Filing Business Operations | 2,128.00 |
| 50024 | 12/12/2016 | Darla Duty | Post Filing Business Operations | 65.00 |
| 50025 | 12/12/2016 | Gilbow Tank Truck Service, Inc. | Post Filing Business Operations | 108,158.70 |
| 50034 | 12/12/2016 | Greenwell Energy Solutions | Post Filing Business Operations | 24,563.46 |
| 50036 | 12/12/2016 | Michael Hoffman | Post Filing Business Operations | 40.00 |
| 50037 | 12/12/2016 | Kimark Systems, Inc. | Post Filing Business Operations | 2,239.69 |
| 50038 | 12/12/2016 | Shon Luttrell | Post Filing Business Operations | 286.59 |
| 50039 | 12/12/2016 | Norman's Well Services, Inc | Post Filing Business Operations | 6,435.46 |
| 50040 | 12/12/2016 | PCS Ferguson, Inc | Post Filing Business Operations | 2,126.52 |
| 50041 | 12/12/2016 | Pitney Bowes | Post Filing Business Operations | 347.00 |
| 50042 | 12/12/2016 | James Larry Poston | Post Filing Business Operations | 651.21 |
| 50043 | 12/12/2016 | Premium Assignment Corporation | Post Filing Business Operations | 22,090.37 |
| 50044 | 12/12/2016 | T&M Line Locators, LLC | Post Filing Business Operations | 3,188.86 |
| 50046 | 12/12/2016 | Clear Sky Group LLC | Post Filing Business Operations | 2,718.75 |
| 50047 | 12/12/2016 | WolfePak, Inc. | Post Filing Business Operations | 642.79 |
| 50047 | 12/12/2016 | WolfePak, Inc. | Pre Filing Repairs/Main Payment | 1,976.25 |
| 50048 | 12/12/2016 | LightSpar, LLC | Post Filing Business Operations | 1,074.88 |
| 50049 | 12/14/2016 | Wise County Clerk | Payments associated with wells | 402.00 |
| 50051 | 12/14/2016 | Parker County Clerk | Payments associated with wells | 176.00 |
| 5941 | 12/15/2016 | Chase Bank | Bank Charge | 312.41 |
| E000000001 | 12/15/2016 | Bloomfield, Jill R | Payroll | 1,746.55 |
| E000000002 | 12/15/2016 | Driskell, Katherine K | Payroll | 4,343.69 |
| E000000003 | 12/15/2016 | Duty, Darla G | Payroll | 1,038.55 |
| E000000004 | 12/15/2016 | Goforth, John A | Payroll | 4,672.08 |
| E000000005 | 12/15/2016 | Good, William J | Payroll | 3,017.45 |
| E000000006 | 12/15/2016 | Hoffman, Michael R | Payroll | 2,411.30 |
| E000000007 | 12/15/2016 | Johnson, Robert L | Payroll | 2,023.26 |
| E000000008 | 12/15/2016 | Land, Lori M | Payroll | 2,433.94 |
| E000000009 | 12/15/2016 | Lovett, James R | Payroll | 3,332.90 |
| E000000010 | 12/15/2016 | Luttrell, Shon D | Payroll | 2,386.76 |
| E000000011 | 12/15/2016 | Martin, Terecia I | Payroll | 2,206.55 |
| E000000012 | 12/15/2016 | Maxwell, Dennis D | Payroll | 2,398.55 |
| E000000013 | 12/15/2016 | Poston, James L | Payroll | 4,109.03 |

Monthly Operating Report
CASH BASIS-ATTACHMENT 1.1 RECEIPTS

CASE NAME: Aruba Petroleum, Inc.

CASE NUMBER: 16-42121

| CHECK # | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| E000000014 | 12/16/2016 | IRS (EFTPS) | Payroll Taxes Paid | 13,777.56 |
| 50052 | 12/19/2016 | Chase Card Services | Post Filing Business Operations | 2,430.82 |
| 50053 | 12/20/2016 | Ballard, George T | Payroll | 1,753.96 |
| 50054 | 12/21/2016 | Advanced Virtual Surveillance | Post Filing Business Operations | 138.02 |
| 50055 | 12/21/2016 | AT&T Teleconference Services | Post Filing Business Operations | 41.72 |
| 50056 | 12/21/2016 | AT&T Mobility | Post Filing Business Operations | 627.57 |
| 50057 | 12/21/2016 | AXH Air Coolers | Post Filing Business Operations | 958.88 |
| 50058 | 12/21/2016 | Russell Baity & Associates, Inc. | Post Filing Business Operations | 2,720.00 |
| 50059 | 12/21/2016 | The Banks Group, Inc. | Post Filing Business Operations | 861.63 |
| 50060 | 12/21/2016 | Ben K. Barron, P.C. | PROFESSIONAL | 8,050.00 |
| 50060 | 12/21/2016 | Ben K. Barron, P.C. | Post Filing Business Operations | 195.46 |
| 50061 | 12/21/2016 | Blue Cross Blue Shield of Texas | Employee Benefit | 10,829.30 |
| 50062 | 12/21/2016 | 555 Republic, LLC | Rental & Lease Payments | 9,307.51 |
| 50063 | 12/21/2016 | Bridgeport Pump & Supply, Inc. | Post Filing Business Operations | 4,729.18 |
| 50065 | 12/21/2016 | Century Link | Post Filing Business Operations | 300.36 |
| 50066 | 12/21/2016 | Dodaro, Matta & Cambest, PC | PROFESSIONAL | 500.00 |
| 50067 | 12/21/2016 | Doloraso Services, LLC | Post Filing Business Operations | 70,280.00 |
| 50068 | 12/21/2016 | DTI | Post Filing Business Operations | 1,591.45 |
| 50069 | 12/21/2016 | Federal Express | Post Filing Business Operations | 117.33 |
| 50070 | 12/21/2016 | Geomap Company | Post Filing Business Operations | 232.74 |
| 50071 | 12/21/2016 | Gilbow Tank Truck Service, Inc. | Post Filing Business Operations | 39,740.35 |
| 50075 | 12/21/2016 | Greenwell Energy Solutions | Post Filing Business Operations | 10,102.83 |
| 50076 | 12/21/2016 | Guardian | Employee Benefit | 1,333.26 |
| 50077 | 12/21/2016 | Haynes and Boone, LLP | Post Filing Business Operations | 967.23 |
| 50078 | 12/21/2016 | Hy-Bon Engineering Co., Inc. | Post Filing Business Operations | 4,950.00 |
| 50079 | 12/21/2016 | LightSpar, LLC | Post Filing Business Operations | 1,074.88 |
| 50080 | 12/21/2016 | LMN Enterprises Inc. | Post Filing Business Operations | 175.00 |
| 50081 | 12/21/2016 | M&J Valve Services | Post Filing Business Operations | 1,313.34 |
| 50082 | 12/21/2016 | NeoFirma, Inc. | Post Filing Business Operations | 3,712.88 |
| 50083 | 12/21/2016 | Novacopy, Inc. | Post Filing Business Operations | 752.10 |
| 50084 | 12/21/2016 | Omni Management Services, Inc. | Post Filing Business Operations | 259.80 |
| 50085 | 12/21/2016 | Progressive Waste Solutions of Tx, Inc | Post Filing Business Operations | 220.46 |
| 50086 | 12/21/2016 | Purchase Power | Post Filing Business Operations | 371.73 |
| 50087 | 12/21/2016 | RES Energy Solutions | Post Filing Business Operations | 1,287.33 |
| 50088 | 12/21/2016 | Silversmith | Post Filing Business Operations | 453.90 |
| 50089 | 12/21/2016 | T&M Line Locators, LLC | Post Filing Business Operations | 1,962.20 |
| 50090 | 12/21/2016 | Taylor Oil | Post Filing Business Operations | 3,296.21 |
| 50091 | 12/21/2016 | TCO Integrated Solutions | Post Filing Business Operations | 32.00 |
| 50092 | 12/21/2016 | Clear Sky Group LLC | Post Filing Business Operations | 2,622.88 |
| 50093 | 12/21/2016 | Texas Excavation Safety System, Inc. | Post Filing Business Operations | 55.10 |
| 50094 | 12/21/2016 | Tubing Testers Inc. | Post Filing Business Operations | 1,593.92 |
| 50095 | 12/22/2016 | Texas Scottish Rite Hospital | Post Filing Business Operations | 127.15 |
| 50096 | 12/27/2016 | Frontier Communications | Post Filing Business Operations | 503.02 |
| 50097 | 12/27/2016 | Konica Minolta Business Solutions | Post Filing Business Operations | 224.81 |
| 50098 | 12/27/2016 | ReadyRefresh | Post Filing Business Operations | 46.69 |
| 50099 | 12/27/2016 | Staples Advantage | Post Filing Business Operations | 96.80 |
| 50100 | 12/27/2016 | Clear Sky Group LLC | Post Filing Business Operations | 500.00 |
| 50101 | 12/27/2016 | Verizon Wireless | Post Filing Business Operations | 527.43 |
| E000000016 | 12/30/2016 | Bloomfield, Jill R | Payroll | 1,746.55 |
| E000000017 | 12/30/2016 | Driskell, Katherine K | Payroll | 4,343.69 |
| E000000018 | 12/30/2016 | Duty, Darla G | Payroll | 1,038.55 |
| E000000019 | 12/30/2016 | Goforth, John A | Payroll | 4,672.08 |
| E000000020 | 12/30/2016 | Good, William J | Payroll | 3,017.45 |
| E000000021 | 12/30/2016 | Hoffman, Michael R | Payroll | 2,946.89 |
| E000000022 | 12/30/2016 | Johnson, Robert L | Payroll | 2,023.26 |
| E000000023 | 12/30/2016 | Land, Lori M | Payroll | 2,433.94 |

**Monthly Operating Report**
CASH BASIS-ATTACHMENT 1.1 RECEIPTS

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

| CHECK # | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| E000000024 | 12/30/2016 | Lovett, James R | Payroll | 3,332.90 |
| E000000025 | 12/30/2016 | Luttrell, Shon D | Payroll | 2,386.77 |
| E000000026 | 12/30/2016 | Martin, Terecia I | Payroll | 2,206.55 |
| E000000027 | 12/30/2016 | Maxwell, Dennis D | Payroll | 2,398.55 |
| E000000028 | 12/30/2016 | Poston, James L | Payroll | 4,109.03 |
| GLO00121 | 12/30/2016 | Texas General Land Office | Sales Use & Other Taxes Paid | 155.77 |
| GLO00122 | 12/30/2016 | Texas General Land Office | Sales Use & Other Taxes Paid | 67.57 |
| | | | | 502,210.45 |

**Monthly Operating Report**
**CASH BASIS-2**

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | TOTAL |
|---|---|---|---|---|
| A. BANK: | Chase | | | |
| B. ACCOUNT NUMBER: | 1531 | | | |
| C. PURPOSE (TYPE): | DIP OP Acct | | | |
| 1. BALANCE PER BANK STATEMENT | $ 984,397.02 | | | $ 984,397.02 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ 47,182.09 | | | $ 47,182.09 |
| 4. OTHER RECONCILING ITEMS | | | | $ - |
| 5. MONTH END BALANCE PER BOOKS | $ 937,214.93 | $ - | $ - | $ 937,214.93 |
| 6. NUMBER OF LAST CHECK WRITTEN | | | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | $ - |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | $ - |
| 13. TOTAL CASH - END OF MONTH | $ 937,214.93 |

**Monthly Operating Report**
**CASH BASIS-3**

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

| ASSETS OF THE ESTATE | | | | |
|---|---|---|---|---|
| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE AMOUNT | MONTH<br>Nov-16 | MONTH<br>Dec-16 | MONTH |
| 1. 10 acres Decater, TX | $ 150,000 | $ 150,000 | $ 150,000 | |
| 2. 30 acres north Decater, TX | $ 500,000 | $ 500,000 | $ 500,000 | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ 650,000 | $ 650,000 | $ 650,000 | $ - |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | $ 706,000 | $ 609,450 | $ 937,215 | |
| 2. CHECKING, SAVINGS, ETC. | | | | |
| 3. ~~SECURITY~~ APPEAL DEPOSITS | $ 2,300,000 | $ 2,300,000 | $ 2,300,000 | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. EDUCATION | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | |
| 13. STOCKS | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | |
| 16. ACCOUNTS RECEIVABLE | $ 700,000 | $ 631,874 | $ 762,470 | |
| 17. ALIMONY | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | |
| 19. EQUITABLE INTERESTS | | | | |
| 20. CONTINGENT INTERESTS | | | | |
| 21. OTHER CLAIMS | | | | |
| 22. PATENTS & COPYRIGHTS | | | | |
| 23. LICENSES & FRANCHISES | | | | |
| 24. CUSTOMER LISTS | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | $ 176,000 | $ 176,000 | $ 176,000 | |
| 26. BOATS & MOTORS | | | | |
| 27. AIRCRAFT | | | | |
| 28. OFFICE EQUIPMENT | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | $ 500,000 | $ 500,000 | $ 500,000 | |
| 30. INVENTORY | | | | |
| 31. ANIMALS | | | | |
| 32. CROPS | | | | |
| 33. FARMING EQUIPMENT | | | | |
| 34. FARM SUPPLIES | | | | |
| 35. OTHER (ATTACH LIST) | $ 2,783,000 | $ 2,783,000 | $ 2,783,000 | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $ 7,165,000 | $ 7,000,324 | $ 7,458,685 | $ - |
| 37. TOTAL ASSETS | $ 7,815,000 | $ 7,650,324 | $ 8,108,685 | $ - |

**Monthly Operating Report**
**CASH BASIS-ATTACHMENT 3.1 - PERSONAL PROPERTY**

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

| | |
|---|---:|
| OTHER PERSONAL PROPERTY INTEREST IN VARIOUS OIL & GAS PROPERTIES | 2,783,000 |
| TOTAL | 2,783,000 |

**Monthly Operating Report**
**CASH BASIS-4**

CASE NAME: Aruba Petroleum, Inc.

CASE NUMBER: 16-42121

MONTH: Dec

| LIABILITIES OF THE ESTATE | | |
|---|---|---|
| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
| 1. SECURED | $ 75,000.00 | |
| 2. PRIORITY | $ 153,764.52 | |
| 3. UNSECURED | $ 4,383,402.85 | $ 1,976.25 |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ 4,612,167.37 | $ 1,976.25 |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ - | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ - | | $ - |

**Monthly Operating Report**
**CASH BASIS-4A**

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

MONTH: Dec

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH Nov-16 | MONTH Dec-17 | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | | $ 653,165.41 | $ 764,634.53 | |
| 2. 31 - 60 | | $ 12,336.01 | $ 29,283.59 | |
| 3. 61 - 90 | | $ 7,431.46 | $ 8,391.47 | |
| 4. 91 + | | $ 736,092.63 | $ 465,330.97 | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ 700,000.00 | $ 1,409,025.51 | $ 1,267,640.56 | $ - |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | $ 505,171.00 | $ 505,171.00 | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ 700,000.00 | $ 903,854.51 | $ 762,469.56 | $ - |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | | |
|---|---|---|---|---|
| TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
| 1. FEDERAL | | | | $ - |
| 2. STATE | | | | $ - |
| 3. LOCAL | | | | $ - |
| 4. OTHER (ATTACH LIST) | | | | $ - |
| 5. TOTAL TAXES PAYABLE | $ - | $ - | $ - | $ - |
| 6. ACCOUNTS PAYABLE | | | | $ - |

| STATUS OF POSTPETITION TAXES | | | | |
|---|---|---|---|---|
| FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| 1. WITHHOLDING | | | | $ - |
| 2. FICA-EMPLOYEE | | | | $ - |
| 3. FICA-EMPLOYER | | | | $ - |
| 4. UNEMPLOYMENT | | | | $ - |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) | | | | $ - |
| 7. TOTAL FEDERAL TAXES | $ - | $ - | $ - | $ - |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | | | | $ - |
| 10. EXCISE | | | | $ - |
| 11. UNEMPLOYMENT | | | | $ - |
| 12. REAL PROPERTY | | | | $ - |
| 13. PERSONAL PROPERTY | | | | $ - |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | $ - | $ - | $ - | $ - |
| 16. TOTAL TAXES | $ - | $ - | $ - | $ - |

**Monthly Operating Report**
CASH BASIS-5

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

MONTH: Dec

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 1. James L. Poston | Salary | $ 11,250.00 | $ 16,875.00 |
| 2. James R. Lovett | Salary | $ 9,375.00 | $ 14,062.50 |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ 20,625.00 | $ 30,937.50 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. Ben Barron | | | $ 8,050.00 | $ 8,050.00 | |
| 2. Dodaro, Matta & Cambest | | | $ 500.00 | $ 500.00 | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ 8,550.00 | $ 8,550.00 | $ - |

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ - | $ - | $ - |

**Monthly Operating Report**
**CASH BASIS-6**

**2016**

| CASE NAME: | Aruba Petroleum, Inc. |
|---|---|
| CASE NUMBER: | 16-42121 |

MONTH: Dec

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

HIG

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|---|
| General Liability/Crime/ Property | HIG | 07/20/16 | 07/20/17 | $ 22,090.37 monthly |
| | | | | |
| | | | | |
| | | | | |