# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ARUBA PETROLEUM, INC., | § | Case No.: 16-42121 |
| | § | Chapter 11 |
| Debtor. | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 22

Jay and Melissa Gribble specially appear for the limited purpose of giving Notice of Withdrawal of Proof of Claim No. 22 in the amount of $1,648,547.18, filed January 22, 2017, without prejudice.

Dated: March 9, 2017.

                                              Respectfully submitted,

                                              */s/ Neil R. Burger*
                                              David Lance Currie
                                                TBN# 19524200
                                              Neil R. Burger
                                                TBN# 24036289
                                              **CARRINGTON, COLEMAN, SLOMAN**
                                                **& BLUMENTHAL, L.L.P.**
                                              901 Main Street, Suite 5500
                                              Dallas, TX  75202
                                              Phone:  214-855-3000
                                              Email:    lcurrie@ccsb.com
                                              Email:    nburger@ccsb.com

                                              *COUNSEL FOR JAY AND MELISSA GRIBBLE*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served via ECF-Notice on all parties receiving such notice in this case, on this 9th day of March 2017.

                                       /s/ Neil R. Burger
                                       Neil R. Burger